| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| Southern District of Texas (State) | |
| Case number (If known): 23-90086   Chapter 11 | ☑ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Tehum Care Services, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Corizon Health, Inc. and Corizon, LLC

3. **Debtor's federal Employer Identification Number** (EIN)

   2 3 – 2 1 0 8 8 5 3

4. **Debtor's address**

   **Principal place of business**

   205 Powell Place
   Number    Street

   Suite 104

   Brentwood              TN     37027
   City                   State  ZIP Code

   Williamson
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)  _____

Debtor  Tehum Care Services, Inc.  
Name

Case number *(if known)* 23-90086

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   
   8129

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check **all** that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor  Tehum Care Services, Inc.
_____
Name

Case number (if known) 23-90086
_____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY
           District _____  When _____  Case number _____
                                       MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                              MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number   Street
    _____
    _____  _____  _____
    City                              State   ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

| **Statistical and administrative information** |

| Debtor | Tehum Care Services, Inc. | Case number (if known) | 23-90086 |
|---|---|---|---|
| | Name | | |

| 13. | Debtor's estimation of available funds | Check one:<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | Estimated number of creditors | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☑ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/15/2023
             MM  /  DD  /  YYYY

✗  /s/ Russell A. Perry                    Russell A. Perry
Signature of authorized representative of debtor    Printed name

Title  Chief Restructuring Officer

| | | | |
|---|---|---|---|
| Debtor | Tehum Care Services, Inc.<br>Name | Case number (if known) | 23-90086 |

**18. Signature of attorney**

✗ /s/ Jason S. Brookner
Signature of attorney for debtor

Date 02/15/2023
MM / DD / YYYY

Jason S. Brookner
Printed name

Gray Reed
Firm name

1300 Post Oak Blvd., Suite 2000
Number     Street

Houston                                          TX            77056
City                                             State         ZIP Code

469.320.6132                                     jbrookner@grayreed.com
Contact phone                                    Email address

24033684                                         TX
Bar number                                       State

**Fill in this information to identify the case:**

Debtor name: Tehum Care Services, Inc.

United States Bankruptcy Court for the: Southern District   District of: Texas (State)

Case number (If known): 23-90086

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | St. Alphonsus<br>1055 North Curtis Road<br>Boise, ID 83706-1309 | Keely Duke<br>ked@dukeevett.com<br>208-342-3310 | Medical Services | C, D, U | | | Unknown |
| 2 | St. Lukes<br>190 E. Bannock<br>Boise, ID 83712-6241 | Wendy Olson - Stoel Rives LLP<br>Wendy.olson@stoelrives.com | Medical Services | C, D, U | | | Unknown |
| 3 | Capital Region Medical Center / Curators of the University of MO<br>1125 Madison Street<br>Jefferson City, MO 65102-1128 | Patrick Stueve<br>stueve@stuevesiegel.com<br>816-714-7100 | Medical Services | C, D, U | | | $12,000,000 |
| 4 | Maxim Healthcare<br>12558 Collections Center Drive<br>Chicago, IL 60693 | Erno Lindner<br>elindner@bakerdonelson.com<br>423-209-4206 | Staffing Services | C, D, U | | | $5,000,000 |
| 5 | Blue Cross Blue Shield of MI<br>600 East Lafayette Boulevard<br>Detroit, MI 48226-2996 | Paul Wilk, Jr.<br>Paul.wilk@kitch.com<br>313-965-7848 | Medical Services | C, D, U | | | $3,500,000 |
| 6 | GHR General Healthcare Resources<br>2250 Hickory Road, Ste. 240<br>Plymouth Meeting, PA 19462 | Jessica Glatzer Mason<br>jmason@foley.com<br>713-276-5793 | Staffing Services | C, D, U | | | $3,400,000 |
| 7 | Rifkin Law Office<br>3630 High Str. Ste. 18917<br>Oakland, CA 94619 | Lori Rifkin<br>lrifkin@rifkinlawoffice.com<br>510-414-4132 | Litigation | C, D, U | | | $2,631,593 |
| 8 | Arizona DOC<br>Struck Love Bojanski & Acedo, PLC<br>3100 W. Ray Rd, Ste 300<br>Chandler, AZ 85226 | Tim Bojanowski<br>bojanowski@strucklove.com<br>480-420-1604 | Indemnification | C, D, U | | | $2,615,496 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor  Tehum Care Services, Inc.
Name

Case number (*if known*)  23-90086

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Highwoods Properties  P.O. Box 409355  Atlanta, GA 30384 | Ronn Steen  Ronn.steen@thompsonburton.com  615-465-6010 | Commercial Lease | C, D, U | | | $2,000,000 |
| 10 | Cameron Regional Medical Center  1600 East Evergreen  Cameron, MO 64429 | Mark Cole  mcole@spencerfane.com  913-345-8100 | Medical Services | C, D, U | | | $1,500,000 |
| 11 | Mercy Hospital (MO)  1400 US Highway 61  Festus, MO 63028-4100 | Lisa Manziel  info@manziel.com  214-369-5500 | Staffing Services | C, D, U | | | $1,250,000 |
| 12 | HCA Health Services of FL  2020 59th Street West  Bradenton, FL 34209-4604 | David Tassa  dtassa@kslaw.com  213-443-4335 | Medical Services | C, D, U | | | $986,000 |
| 13 | New York State Nurses Association Pension Plan  Bldg. 3, Pinewest Plaza  Albany, New York 12205 | Jonathan M. Cerrito  Cohen Weiss and Simon  jcerrito@cwsny.com  212-356-0211 | Pension Obligation | | | | $500,000 |
| 14 | Capitol Eye Class Action  1705 Christy Drive, #101  Jefferson City, MO 65101 | Blake Marcus  Blake.m@carsoncoil.com  573-636-2177 | Medical Services | C, D, U | | | $450,000 |
| 15 | Microsoft  P. O. Box 844510  Dallas, TX 75284-4510 | Amy Scoville  amdevi@microsoft.com  701-492-3529 | Trade Vendor | | | | $390,000 |
| 16 | Supplemental Healthcare  P.O. Box 27124  Salt Lake City, UT 84127-0124 | Fariha Haider  fhaider@shccares.com  832-404-6708 | Trade Vendor | | | | $360,045 |
| 17 | Alight  P.O. Box 95135  Chicago, IL 60694-5135 | Jessica Lazenby  Jessica.lazenby@alight.com | Trade Vendor | | | | $345,000 |
| 18 | Halo Branded Solutions  3182 Momentum Place  Chicago, IL 60689-5331 | Scott Schaefer  Scott@schaeferslaw.com | Trade Vendor | | | | $172,000 |
| 19 | BDO  P.O. Box 642743  Pittsburgh, PA 15264-2743 | Randy Wise  Randy.wise@abc-amega.com  716-885-4444 | Professional Services | C, D, U | | | $163,000 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20 | Truman Medical University Health<br>Office of General Counsel<br>2301 Holmes Street<br>Kansas City, MO 64108 | Claire Hillman<br>816-404-3628 | Litigation | C, D, U | | | $150,000 |
| 21 | Cell Staff<br>1715 N Westshore Boulevard<br>Tampa, FL 33607 | Mike Landon<br>mlandon@cellstaff.com<br>813-977-0648 | Trade Vendor | C, D, U | | | $149,767 |
| 22 | Vang, Ka et al<br>c/o Webb Law Group<br>466 W. Fallbrook Ave., #102<br>Fresno, CA 93711 | Lenden Webb<br>lwebb@webblawgroup.com<br>559-431-4888 | Agreement | | | | $147,314 |
| 23 | Dell Financial Services, LLC<br>P.O. BOX 6547<br>Carol Stream, IL 60197-6547 | Richard Villa<br>collections@slollp.com<br>512-236-9903 | Trade Vendor | | | | $140,000 |
| 24 | WhiteGlove Placement<br>89 Bartlett Street<br>Brooklyn, NY 11206 | Linda Markowitz<br>lmarkowitz@whiteglovecare.net<br>718-387-8181 x 133 | Trade Vendor | | | | $119,809 |
| 25 | Liftforward / Hitachi / Mitsubishi<br>P.O. BOX 1880<br>Minneapolis, MN 55480-1880 | Mark Magnozzi<br>mmagnozzi@magnozzilaw.com<br>631-923-2858 | Trade Vendor | C, D, U | | | $101,000 |
| 26 | Nephrology and Hypertension Associates L.L.P.<br>1205 West Broadway<br>Columbia, MO 65203 | Thomas Riley<br>triley@rsb.com<br>573-642-7661 | Medical Services | C, D, U | | | $82,000 |
| 27 | Canon Financial<br>14904 Collections Drive<br>Chicago, IL 60693-0149 | Brian Fleischer<br>bfleischer@fleischerlaw.com<br>856-489-8977 | Trade Vendor | C, D, U | | | $78,000 |
| 28 | Newman, Kathleen<br>c/o TGH Litigation LLC<br>28 N. 8th Street, Suite 317<br>Columbia, MO 65201 | J. Andrew Hirth<br>andy@tghlitigation.com<br>573-256-2850 | Agreement | | | | $75,000 |
| 29 | Willis Towers Watson<br>29754 Network Place<br>Chicago, IL 60673-1297 | RMS LLC<br>888-545-4170 | Professional Services | C, D, U | | | $70,727 |
| 30 | Bio-Rad Laboratories, Inc.<br>1000 Alfred Nobel Drive<br>Hercules, CA 94547 | Thomas Burg<br>thomas@bbslaw.com<br>650-857-9500 | Trade Vendor | C, D, U | | | $62,000 |