# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TEHUM CARE SERVICES, INC.,[1] | ) | Case No. 23-90086 (CML) |
| | ) | |
| Debtor. | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that on February 17, 2023, I caused a copy of the *Debtor's Emergency Motion to Extend and Enforce the Automatic Stay* [Docket No. 7] to be served via electronic mail on the parties listed in the attached service list.

                                                */s/ Jason S. Brookner*
                                                Jason S. Brookner

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

4868-2025-9409

## Service List
*(all parties served via e-mail)*

**Ha Minh Nguyen**
Office of the United States Trustee
515 Rusk St
Ste 3516
Houston, TX 77002
202-590-7962
Email: ha.nguyen@usdoj.gov

**Tehum Care Services, Inc.**
Russell Perry, Chief Restructuring Officer
Ankura Consulting Group, LLC
2021 McKinney Ave., Ste. 340
Dallas, TX 75201
Email:  russell.perry@ankura.com

**Tehum Care Services, Inc.**
Gray Reed
1601 Elm Street, Suite 4600
Dallas, TX 75201
Email: jbrookner@grayreed.com,
akaufman@grayreed.com,
lwebb@grayreed.com,
acarson@grayreed.com

**Andrew Jimenez**
U.S. Department of Justice
Office of the U.S. Trustee
606 N Carancahua St
Ste 1107
Corpus Christi, TX 78401
361-888-3261
Email: andrew.jimenez@usdoj.gov

**YesCare Corp. and CHS TX**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
Attn:  Samuel P. Hershey
sam.hershey@whitecase.com

**YesCare Corp. and CHS TX**
Dowd Bennett LLP
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Attn: Philip A. Cantwell & Robyn Parkinson
pcantwell@dowdbennett.com
rparkinson@dowdbennett.com

### ATTORNEYS GENERAL

Alabama Attorney General
Scheduling@stevemarshall.gov

Arizona Attorney General
aginfo@azag.gov

Arkansas Attorney General
oag@arkansasag.gov

Arkansas Attorney General
oag@arkansasag.gov

Colorado Attorney General
cora.request@coag.gov

Connecticut Attorney General
attorney.general@ct.gov

Delaware Attorney General
attorney.general@state.de.us

Louisiana Attorney General
constituentservices@ag.louisiana.gov

Maryland Attorney General
oag@oag.state.md.us

Massachusetts Attorney General
ago@state.ma.us

Michigan Attorney General
miag@mi.gov

Montana Attorney General
contactdoj@mt.gov

Nebraska Attorney General
ago.info.help@nebraska.gov

Nevada Attorney General
aginfo@ag.nv.gov

North Dakota Attorney General
ndag@nd.gov

Oregon Attorney General
fred.boss@doj.state.or.us

Pennsylvania Attorney General
press@attorneygeneral.gov

South Dakota Attorney General
info@martyjackley.com

Utah Attorney General
uag@agutah.gov

### TOP 30 UNSECURED CREDITORS

**St. Adolphus**
1055 North Curtis Road
Boise, ID 83706-1309
Attn: Keely Duke
ked@dukeevett.com

**St. Luke's**
190 E. Bannock
Boise, ID 83712-6241
Attn: Wendy Olson, Stoel Rives, LLP
Wendy.olson@stoelrives.com

**Capital Region Medical Center / Curators of the University of MO**
1125 Madison Street
Jefferson City, MO 65102-1128
Attn:  Patrick Stueve
stueve@stuevesiegel.com

**Maxim Healthcare**
12558 Collections Center Drive
Chicago, IL 60693
Attn: Erno Lindner
elindner@bakerdonelson.com

**Blue Cross Blue Shield of MI**
600 East Lafayette Boulevard
Detroit, MI 48226-2996
Attn: Paul Wilk, Jr.
Paul.wilk@kitch.com

**GHR General Healthcare Resources**
2250 Hickory Road, Ste. 240
Plymouth Meeting, PA 19462
Attn: Jessica Glatzer Mason
jmason@foley.com

4868-2025-9409

**Rifkin Law Office**
3630 High Str. Ste. 18917
Oakland, CA 94619
Attn: Lori Rifkin
lrifkin@rifkinlawoffice.com

**Cameron Regional Medical Center**
1600 East Evergreen
Cameron, MO 64429
Attn: Mark Cole
mcole@spencerfane.com

**Capitol Eye et al.**
1705 Christy Drive, #101
Jefferson City, MO 65101
Attn: Blake Marcus
Blake.m@carsoncoil.com

**Alight**
P.O. Box 95135
Chicago, IL 60694-5135
Attn: Jessica Lazenby
Jessica.lazenby@alight.com

**Truman Medical**
University Health
Office of General Counsel
2301 Holmes Street
Kansas City, MO 64108
Attn: Claire Hillman
(Email unavailable– not served)

**Dell Financial Services, LLC**
P.O. BOX 6547
Carol Stream, IL 60197-6547
Attn: Richard Villa
collections@slollp.com

**Canon Financial**
14904 Collections Drive Chicago, IL 60693-0149
Attn: Brian Fleischer
bfleischer@fleischerlaw.com

**Bio-Rad Laboratories, Inc.**
1000 Alfred Nobel Drive
Hercules, CA 94547
Attn: Thomas Burg
thomas@bbslaw.com

**Arizona DOC**
Struck Love Bojanowski & Acedo, PLC
3100 W. Ray Rd, Ste 300
Chandler, AZ 85226
Attn: Tim Bojanowski
bojanowski@strucklove.com

**Mercy Hospital (MO)**
1400 US Highway 61
Festus, MO 63028-4100
Attn: Lisa Manziel
info@manziel.com

**Microsoft**
P. O. Box 844510
Dallas, TX 75284-4510
Attn: Amy Scoville
amdevi@microsoft.com

**Halo Branded Solutions**
3182 Momentum Place
Chicago, IL 60689-5331
Attn: Scott Schaefer
Scott@schaeferslaw.com

**Cell Staff**
1715 N Westshore Boulevard
Tampa, FL 33607
Attn: Mike Landon
mlandon@cellstaff.com

**Liftforward / Hitachi / Mitsubishi**
P.O. BOX 1880
Minneapolis, MN 55480-1880
Attn: Mark Magnozzi
mmagnozzi@magnozzilaw.com

**Newman, Kathleen**
c/o TGH Litigation LLC
28 N. 8th Street, Suite 317
Columbia, MO 65201
Attn: J. Andrew Hirth
andy@tghlitigation.com

**WhiteGlove Placement**
89 Bartlett Street
Brooklyn, NY 11206
Attn: Linda Markowitz
lmarkowitz@whiteglovecare.net

**Highwoods Properties**
P.O. Box 409355
Atlanta, GA 30384
Attn: Ronn Steen
Ronn.steen@thompsonburton.com

**HCA Health Services of FL**
2020 59th Street West
Bradenton, FL 34209-4604
Attn: David Tassa
dtassa@kslaw.com

**Supplemental Healthcare**
P.O. Box 27124
Salt Lake City, UT 84127-0124
Attn: Fariha Haider
fhaider@shccares.com

**BDO**
P.O. Box 642743
Pittsburgh, PA 15264-274
Attn: Randy Wise
Randy.wise@abc-amega.com

**Vang, Ka et al**
c/o Webb Law Group
466 W. Fallbrook Ave., #102 Fresno, CA 93711
Attn: Lenden Webb
lwebb@webblawgroup.com

**Nephrology and Hypertension Associates L.L.P.**
1205 West Broadway
Columbia, MO  65203
Attn: Thomas Riley
triley@rsb.com

**Willis Towers Watson**
29754 Network Place
Chicago, IL 60673-1297
RMS LLC
(Email unavailable – not served)

**Pike County Memorial Hospital**
2305 West Georgia St.
Louisiana, MO 63353
Attn: Jonathan Shoener
fandblegal@gmail.com

## NOTICES OF APPEARANCE AND PLAINTIFFS

**Sean Deloatch**
1500 JFK Blvd., Ste 620
Philadelphia, PA 19102
Attn: Brian Zeiger
zeiger@levinzeiger.com

**Curtis Lee**
c/o Rania Major, P.C
2915 North 5th St.
Philadelphia, PA 19133
allcourts@comcast.net

**Andrew Lyles**
Margolis Gallagher & Cross
214 South Main St Ste 200
Ann Arbor, MI 48104
Attn: Larry Margolis
larry@lawinannarbor.com

**Gregory Barrow**
1500 JFK Blvd., Ste 620
Philadelphia, PA 19102
Attn: Brian Zeiger
zeiger@levinzeiger.com

**James Hyman**
Kay Griffin
222 Second Ave North Ste 340-M
Nashville TN 37201
Attn: Michael A. Johnson
mjohnson@kaygriffin.com

**Kohchise Jackson**
Margolis Gallagher & Cross
214 South Main St Ste 200
Ann Arbor, MI 48104
Attn: Larry Margolis
larry@lawinannarbor.com

**Leona Miotke**
Dunn Carney Allen Higgins & Tongue, LLP
851 SW 6th Ave., Ste. 1500,
Portland, OR 97204
Attn: Anne D. Foster, Samuel T. Smith
ssmith@dunncarney.com

**William Kelly**
Margolis Gallagher & Cross
214 South Main St Ste 200
Ann Arbor, MI 48104
Attn: Larry Margolis
larry@lawinannarbor.com

**Phillip Buchanan**
St. Louis University Legal Clinic
100 N. Tucker Blvd
St. Louis, MO 63101
Attn: Matt Vigil
matt.vigil@slu.edu

**Susan Szakalos**
Law offices of Oscar Syger
2255 Glades Rd, Ste 324A
Boca Raton FL 33431
Attn: Oscar Syger
oscarsyger1218@gmail.com

**Waheed Nelson**
Law Office of James Cook
314 Jefferson St.
Tallahassee, FL 32301
Attn: James V. Cook
cookjv@gmail.com

**Adree Edmo**
Ferguson Durham PLLC
223 N. 6th St., Suite 325
Boise, ID 83702
Attn: Deborah Ferguson
daf@fergusondurham.com

**Frederick Carr**
Marie A. Mattox, PA
203 North Gadsden St.
Tallahassee, FL 32301
Attn: Marie Mattox
marie@mattoxlaw.com

**Antonio Reali**
Coyte Law, PC
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109
Attn: Matt Coyte
mcoyte@me.com

**Hector Garcia, Jr.**
Coyte Law, PC
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109
Attn: Matt Coyte
mcoyte@me.com

**Joseph P. Hunter**
Ralson Pope & Diehl LLC
2913 SW Maupin Lane
Topeka, Kansas 66614
Attn: Ronald Pope
ron@ralstonpope.com

**Drew Daddano**
HDR LLC
44 Broad Street NW, Suite 200
Atlanta, GA 30303
Attn: Dallas LePierre
dlepierre@hdrattoneys.com

**Robert Gamez, Jr.**
601 S. California Ave., Ste 100
Palo Alto, CA 94304
Attn: Anne M. Voigts
avoigts@kslaw.com

**Christopher Brightly**
c/o Stacy Scheff
PO Box 40611
Tucson, AZ 85717
stacy.scheff@gmail.com

**Angela Branum & Estate of Justin Branum**
c/o Joy Bertrand
PO Box 2734
Scottsdale, AZ 85252
joyous@mailbag.com

**Kimberly Briggs for Estate of Sean Parks**
c/o Nathan Cohen
210 South Bemiston Ave
St. Louis, MO 63105
nathan@nathanscohen.com

**Isaac Bernstein**
c/o Thomas SanFilippo
211 N. Broadway, Ste 2323
St. Louis, MO 63102
thomas@tsalawoffice.com