## Master Service List
**Tehum Care Services, Inc., Case No. 23-90086 (CML)**
as of 2/20/2023

| | | |
|---|---|---|
| **Office of the United States Trustee**<br>515 Rusk St<br>Ste 3516<br>Houston, TX 77002<br>Attn: Ha Minh Nguyen<br>ha.nguyen@usdoj.gov | **Tehum Care Services, Inc.**<br>Ankura Consulting Group, LLC<br>2021 McKinney Ave., Ste. 340<br>Dallas, TX 75201<br>Attn: Russell Perry, Chief Restructuring Officer<br>russell.perry@ankura.com | **Counsel - Tehum Care Services, Inc.**<br>Gray Reed<br>1300 Post Oak Boulevard, Suite 2000<br>Houston, Texas 77056<br>Attn: Jason Brookner, Aaron Kaufman, Lydia Webb, & Amber Carson<br>jbrookner@grayreed.com,<br>akaufman@grayreed.com,<br>lwebb@grayreed.com,<br>acarson@grayreed.com |
| **U.S. Department of Justice**<br>**Office of the U.S. Trustee**<br>606 N Carancahua St<br>Ste 1107<br>Corpus Christi, TX 78401<br>361-888-3261<br>Attn: Andrew Jimenez<br>andrew.jimenez@usdoj.gov | **Counsel - YesCare Corp. and CHS TX**<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Attn: Samuel P. Hershey<br>sam.hershey@whitecase.com | **Counsel - YesCare Corp. and CHS TX**<br>Dowd Bennett LLP<br>7733 Forsyth Blvd., Suite 1900<br>St. Louis, MO 63105<br>Attn: Philip A. Cantwell & Robyn Parkinson<br>pcantwell@dowdbennett.com<br>rparkinson@dowdbennett.com |

## GOVERNMENTAL AGENCIES

| | | |
|---|---|---|
| **Florida Attorney General**<br>Ashley Moody<br>Office of the Attorney General<br>The Capitol<br>PL-01<br>Tallahassee FL 32399-1050 | **Kansas Attorney General**<br>Kris W Kobach<br>120 SW 10th Ave<br>2nd Fl<br>Topeka KS 66612-1597 | **Kentucky Attorney General**<br>Daniel Cameron<br>700 Capitol Ave<br>Capital Bldg Ste 118<br>Frankfort KY 40601 |
| **Maryland Attorney General**<br>Anthony G Brown<br>200 St Paul Pl<br>Baltimore MD 21202-2022<br>oag@oag.state.md.us | **Michigan Attorney General**<br>Dana Nessel<br>PO Box 30212<br>525 W Ottawa ST<br>Lansing MI 48909-0212<br>miag@mi.gov | **Missouri Attorney General**<br>Andrew Bailey<br>Supreme Ct Bldg<br>207 W High ST<br>Jefferson City MO 65101 |
| **New Jersey Attorney General**<br>Matthew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St 8th Fl West Wing<br>Trenton NJ 08625 | **New Mexico Attorney General**<br>Raul Torrez<br>408 Glisteo St<br>Villagra Bldg<br>Santa Fe NM 87501 | **New York Attorney General**<br>Letitia James<br>Dept. of Law<br>The Capitol, 2ND Floor<br>Albany, NY 12224-0341 |
| **Pennsylvania Attorney General**<br>Michelle Henry<br>1600 Strawberry Square<br>16th Fl<br>Harrisburg PA 17120<br>press@attorneygeneral.gov | **Virginia Attorney General**<br>Jason Miyares<br>202 North Ninth St<br>Richmond VA 23219 | **Wyoming Attorney General**<br>Bridget Hill<br>200 W 24th St<br>State Capitol Bldg Rm 123<br>Cheyenne WY 82002 |
| **Internal Revenue Svc**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | **Internal Revenue Svc**<br>Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | **Franchise Tax Board**<br>Bankruptcy Section, MS: A-340<br>PO Box 2952<br>Sacramento CA 95812-2952 |

4854-6287-9313

**United States Attorney**
Southern District of Texas
1000 Louisiana Ste 2300
Houston TX 77002
usatxs.atty@usdoj.gov

## TOP 30 UNSECURED CREDITORS

**St. Adolphus**
1055 North Curtis Road
Boise, ID 83706-1309
Attn: Keely Duke
ked@dukeevett.com

**St. Luke's**
190 E. Bannock
Boise, ID 83712-6241
Attn: Wendy Olson, Stoel Rives, LLP
Wendy.olson@stoelrives.com

**Capital Region Medical Center / Curators of the University of MO**
1125 Madison Street
Jefferson City, MO 65102-1128
Attn: Patrick Stueve
stueve@stuevesiegel.com

**Maxim Healthcare**
12558 Collections Center Drive
Chicago, IL 60693
Attn: Erno Lindner
elindner@bakerdonelson.com

**Blue Cross Blue Shield of MI**
600 East Lafayette Boulevard
Detroit, MI 48226-2996
Attn: Paul Wilk, Jr.
Paul.wilk@kitch.com

**GHR General Healthcare Resources**
2250 Hickory Road, Ste. 240
Plymouth Meeting, PA 19462
Attn: Jessica Glatzer Mason
jmason@foley.com

**Rifkin Law Office**
3630 High Str. Ste. 18917
Oakland, CA 94619
Attn: Lori Rifkin
lrifkin@rifkinlawoffice.com

**Arizona DOC**
Struck Love Bojanowski & Acedo, PLC
3100 W. Ray Rd, Ste 300
Chandler, AZ 85226
Attn: Tim Bojanowski
bojanowski@strucklove.com

**Highwoods Properties**
P.O. Box 409355
Atlanta, GA 30384
Attn: Ronn Steen
Ronn.steen@thompsonburton.com

**Cameron Regional Medical Center**
1600 East Evergreen
Cameron, MO 64429
Attn: Mark Cole
mcole@spencerfane.com

**Mercy Hospital (MO)**
1400 US Highway 61
Festus, MO 63028-4100
Attn: Lisa Manziel
info@manziel.com

**HCA Health Services of FL**
2020 59th Street West
Bradenton, FL 34209-4604
Attn: David Tassa
dtassa@kslaw.com

**Capitol Eye et al.**
1705 Christy Drive, #101
Jefferson City, MO 65101
Attn: Blake Marcus
Blake.m@carsoncoil.com

**Microsoft**
P. O. Box 844510
Dallas, TX 75284-4510
Attn: Amy Scoville
amdevi@microsoft.com

**Supplemental Healthcare**
P.O. Box 27124
Salt Lake City, UT 84127-0124
Attn: Fariha Haider
fhaider@shccares.com

**Alight**
P.O. Box 95135
Chicago, IL 60694-5135
Attn: Jessica Lazenby
Jessica.lazenby@alight.com

**Halo Branded Solutions**
3182 Momentum Place
Chicago, IL 60689-5331
Attn: Scott Schaefer
Scott@schaeferslaw.com

**BDO**
P.O. Box 642743
Pittsburgh, PA 15264-274
Attn: Randy Wise
Randy.wise@abc-amega.com

**Truman Medical**
University Health
Office of General Counsel
2301 Holmes Street
Kansas City, MO 64108
Attn: Claire Hillman

**Cell Staff**
1715 N Westshore Boulevard
Tampa, FL 33607
Attn: Mike Landon
mlandon@cellstaff.com

**Vang, Ka et al**
c/o Webb Law Group
466 W. Fallbrook Ave., #102 Fresno, CA 93711
Attn: Lenden Webb
lwebb@webblawgroup.com

**Dell Financial Services, LLC**
P.O. BOX 6547
Carol Stream, IL 60197-6547
Attn: Richard Villa
collections@slollp.com

**Liftforward / Hitachi / Mitsubishi**
P.O. BOX 1880
Minneapolis, MN 55480-1880
Attn: Mark Magnozzi
mmagnozzi@magnozzilaw.com

**Nephrology and Hypertension Associates L.L.P.**
1205 West Broadway
Columbia, MO 65203
Attn: Thomas Riley
triley@rsb.com

4854-6287-9313

3

| | | |
|---|---|---|
| **Canon Financial**<br>14904 Collections Drive Chicago, IL 60693-0149<br>Attn: Brian Fleischer<br>bfleischer@fleischerlaw.com | **Newman, Kathleen**<br>c/o TGH Litigation LLC<br>28 N. 8th Street, Suite 317<br>Columbia, MO 65201<br>Attn: J. Andrew Hirth<br>andy@tghlitigation.com | **Willis Towers Watson**<br>RMS LLC<br>29754 Network Place<br>Chicago, IL 60673-1297 |
| **Bio-Rad Laboratories, Inc.**<br>1000 Alfred Nobel Drive<br>Hercules, CA 94547<br>Attn: Thomas Burg<br>thomas@bbslaw.com | **WhiteGlove Placement**<br>89 Bartlett Street<br>Brooklyn, NY 11206<br>Attn: Linda Markowitz<br>lmarkowitz@whiteglovecare.net | **Pike County Memorial Hospital**<br>2305 West Georgia St.<br>Louisiana, MO 63353<br>Attn: Jonathan Shoener<br>fandblegal@gmail.com |

**NOTICES OF APPEARANCE**

(none)

4854-6287-9313