# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| TEHUM CARE SERVICES, INC.,[1] | ) |
| | ) Case No. 23-90086 (CML) |
| Debtor. | ) |
| | ) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hybrid hearing to consider the *Debtor's Emergency Motion to Extend and Enforce the Automatic Stay* [Docket No. 7] has been scheduled for **Friday, March 3, 2023, at 1:00 p.m. (Central Time)** Courtroom 401, 515 Rusk, Houston, TX 77002 before the Hon. Christopher M. Lopez, United States Bankruptcy Judge for the Southern District of Texas, Houston Division.

**PLEASE TAKE FURTHER NOTICE** that parties may attend the hearing either in person or by an audio/video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page. The meeting code is "judgelopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

4895-6952-2258

"Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "submit" to complete your appearance.

Respectfully submitted this 20th day of February, 2023.

**GRAY REED**

By: */s/ Jason S. Brookner*
Jason S. Brookner
Texas Bar No. 24033684
Aaron M. Kaufman
Texas Bar No. 24060067
Lydia R. Webb
Texas Bar No. 24083758
Amber M. Carson
Texas Bar No. 24075610
1300 Post Oak Boulevard, Suite 2000
Houston, Texas 77056
Telephone:   (713) 986-7127
Facsimile:    (713) 986-5966
Email:          jbrookner@grayreed.com
                    akaufman@grayreed.com
                    lwebb@grayreed.com
                    acarson@grayreed.com

*Proposed Counsel to the Debtor
and Debtor in Possession*

## CERTIFICATE OF SERVICE

I certify that on February 20, 2023, I caused a copy of the foregoing document to be served (a) by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas to all parties authorized to receive electronic notice in this case, and (b) via electronic mail (where available) and via U.S. First Class Mail on the parties listed on the attached service list.

*/s/ Jason S. Brookner*
Jason S. Brookner

4895-6952-2258

**Service List**

| | | |
|---|---|---|
| **Ha Minh Nguyen**<br>Office of the United States Trustee<br>515 Rusk St<br>Ste 3516<br>Houston, TX 77002<br>202-590-7962<br>Email: ha.nguyen@usdoj.gov | **Tehum Care Services, Inc.**<br>Russell Perry, Chief Restructuring Officer<br>Ankura Consulting Group, LLC<br>2021 McKinney Ave., Ste. 340<br>Dallas, TX 75201<br>Email: russell.perry@ankura.com | **Counsel - Tehum Care Services, Inc.**<br>Gray Reed<br>1300 Post Oak Boulevard, Suite 2000<br>Houston, Texas 77056<br>Email: jbrookner@grayreed.com,<br>akaufman@grayreed.com,<br>lwebb@grayreed.com,<br>acarson@grayreed.com |
| **Andrew Jimenez**<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>606 N Carancahua St<br>Ste 1107<br>Corpus Christi, TX 78401<br>361-888-3261<br>Email: andrew.jimenez@usdoj.gov | **YesCare Corp. and CHS TX**<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Attn: Samuel P. Hershey<br>sam.hershey@whitecase.com | **YesCare Corp. and CHS TX**<br>Dowd Bennett LLP<br>7733 Forsyth Blvd., Suite 1900<br>St. Louis, MO 63105<br>Attn: Philip A. Cantwell & Robyn Parkinson<br>pcantwell@dowdbennett.com<br>rparkinson@dowdbennett.com |

**GOVERNMENTAL AGENCIES**

| | | |
|---|---|---|
| **Florida Attorney General**<br>Ashley Moody<br>Office of the Attorney General<br>The Capitol<br>PL-01<br>Tallahassee FL 32399-1050 | **Kansas Attorney General**<br>Kris W Kobach<br>120 SW 10th Ave<br>2nd Fl<br>Topeka KS 66612-1597 | **Kentucky Attorney General**<br>Daniel Cameron<br>700 Capitol Ave<br>Capital Bldg Ste 118<br>Frankfort KY 40601 |
| **Maryland Attorney General**<br>Anthony G Brown<br>200 St Paul Pl<br>Baltimore MD 21202-2022<br>oag@oag.state.md.us | **Michigan Attorney General**<br>Dana Nessel<br>PO Box 30212<br>525 W Ottawa ST<br>Lansing MI 48909-0212<br>miag@mi.gov | **Missouri Attorney General**<br>Andrew Bailey<br>Supreme Ct Bldg<br>207 W High ST<br>Jefferson City MO 65101 |
| **New Jersey Attorney General**<br>Matthew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St 8th Fl West Wing<br>Trenton NJ 08625 | **New Mexico Attorney General**<br>Raul Torrez<br>408 Glisteo St<br>Villagra Bldg<br>Santa Fe NM 87501 | **New York Attorney General**<br>Letitia James<br>Dept. of Law<br>The Capitol, 2ND Floor<br>Albany, NY 12224-0341 |
| **Pennsylvania Attorney General**<br>Michelle Henry<br>1600 Strawberry Square<br>16th Fl<br>Harrisburg PA 17120<br>press@attorneygeneral.gov | **Virginia Attorney General**<br>Jason Miyares<br>202 North Ninth St<br>Richmond VA 23219 | **Wyoming Attorney General**<br>Bridget Hill<br>200 W 24th St<br>State Capitol Bldg Rm 123<br>Cheyenne WY 82002 |
| **Internal Revenue Svc**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | **Internal Revenue Svc**<br>Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | **Franchise Tax Board**<br>Bankruptcy Section, MS: A-340<br>PO Box 2952<br>Sacramento CA 95812-2952 |

4895-6952-2258

**United States Attorney**
Southern District of Texas
1000 Louisiana Ste 2300
Houston TX 77002
usatxs.atty@usdoj.gov

## TOP 30 UNSECURED CREDITORS

**St. Adolphus**
1055 North Curtis Road
Boise, ID 83706-1309
Attn: Keely Duke
ked@dukeevett.com

**St. Luke's**
190 E. Bannock
Boise, ID 83712-6241
Attn: Wendy Olson, Stoel Rives, LLP
Wendy.olson@stoelrives.com

**Capital Region Medical Center / Curators of the University of MO**
1125 Madison Street
Jefferson City, MO 65102-1128
Attn: Patrick Stueve
stueve@stuevesiegel.com

**Maxim Healthcare**
12558 Collections Center Drive
Chicago, IL 60693
Attn: Erno Lindner
elindner@bakerdonelson.com

**Blue Cross Blue Shield of MI**
600 East Lafayette Boulevard
Detroit, MI 48226-2996
Attn: Paul Wilk, Jr.
Paul.wilk@kitch.com

**GHR General Healthcare Resources**
2250 Hickory Road, Ste. 240
Plymouth Meeting, PA 19462
Attn: Jessica Glatzer Mason
jmason@foley.com

**Rifkin Law Office**
3630 High Str. Ste. 18917
Oakland, CA 94619
Attn: Lori Rifkin
lrifkin@rifkinlawoffice.com

**Arizona DOC**
Struck Love Bojanowski & Acedo, PLC
3100 W. Ray Rd, Ste 300
Chandler, AZ 85226
Attn: Tim Bojanowski
bojanowski@strucklove.com

**Highwoods Properties**
P.O. Box 409355
Atlanta, GA 30384
Attn: Ronn Steen
Ronn.steen@thompsonburton.com

**Cameron Regional Medical Center**
1600 East Evergreen
Cameron, MO 64429
Attn: Mark Cole
mcole@spencerfane.com

**Mercy Hospital (MO)**
1400 US Highway 61
Festus, MO 63028-4100
Attn: Lisa Manziel
info@manziel.com

**HCA Health Services of FL**
2020 59th Street West
Bradenton, FL 34209-4604
Attn: David Tassa
dtassa@kslaw.com

**Capitol Eye et al.**
1705 Christy Drive, #101
Jefferson City, MO 65101
Attn: Blake Marcus
Blake.m@carsoncoil.com

**Microsoft**
P. O. Box 844510
Dallas, TX 75284-4510
Attn: Amy Scoville
amdevi@microsoft.com

**Supplemental Healthcare**
P.O. Box 27124
Salt Lake City, UT 84127-0124
Attn: Fariha Haider
fhaider@shccares.com

**Alight**
P.O. Box 95135
Chicago, IL 60694-5135
Attn: Jessica Lazenby
Jessica.lazenby@alight.com

**Halo Branded Solutions**
3182 Momentum Place
Chicago, IL 60689-5331
Attn: Scott Schaefer
Scott@schaeferslaw.com

**BDO**
P.O. Box 642743
Pittsburgh, PA 15264-274
Attn: Randy Wise
Randy.wise@abc-amega.com

**Truman Medical**
University Health
Office of General Counsel
2301 Holmes Street
Kansas City, MO 64108
Attn: Claire Hillman

**Cell Staff**
1715 N Westshore Boulevard
Tampa, FL 33607
Attn: Mike Landon
mlandon@cellstaff.com

**Vang, Ka et al**
c/o Webb Law Group
466 W. Fallbrook Ave., #102 Fresno, CA 93711
Attn: Lenden Webb
lwebb@webblawgroup.com

**Dell Financial Services, LLC**
P.O. BOX 6547
Carol Stream, IL 60197-6547
Attn: Richard Villa
collections@slollp.com

**Liftforward / Hitachi / Mitsubishi**
P.O. BOX 1880
Minneapolis, MN 55480-1880
Attn: Mark Magnozzi
mmagnozzi@magnozzilaw.com

**Nephrology and Hypertension Associates L.L.P.**
1205 West Broadway
Columbia, MO 65203
Attn: Thomas Riley

2

4895-6952-2258

Case 23-90086   Document 11   Filed in TXSB on 02/20/23   Page 5 of 6

**Canon Financial**
14904 Collections Drive Chicago, IL 60693-0149
Attn: Brian Fleischer
bfleischer@fleischerlaw.com

**Newman, Kathleen**
c/o TGH Litigation LLC
28 N. 8th Street, Suite 317
Columbia, MO 65201
Attn: J. Andrew Hirth
andy@tghlitigation.com

triley@rsb.com

**Willis Towers Watson**
29754 Network Place
Chicago, IL 60673-1297
RMS LLC

**Bio-Rad Laboratories, Inc.**
1000 Alfred Nobel Drive
Hercules, CA 94547
Attn: Thomas Burg
thomas@bbslaw.com

**WhiteGlove Placement**
89 Bartlett Street
Brooklyn, NY 11206
Attn: Linda Markowitz
lmarkowitz@whiteglovecare.net

**Pike County Memorial Hospital**
2305 West Georgia St.
Louisiana, MO 63353
Attn: Jonathan Shoener
fandblegal@gmail.com

## PLAINTIFFS

**Sean Deloatch**
1500 JFK Blvd., Ste 620
Philadelphia, PA 19102
Attn: Brian Zeiger
zeiger@levinzeiger.com

**Curtis Lee**
c/o Rania Major, P.C
2915 North 5th St.
Philadelphia, PA 19133
allcourts@comcast.net

**Andrew Lyles**
Margolis Gallagher & Cross
214 South Main St Ste 200
Ann Arbor, MI 48104
Attn: Larry Margolis
larry@lawinannarbor.com

**Gregory Barrow**
1500 JFK Blvd., Ste 620
Philadelphia, PA 19102
Attn: Brian Zeiger
zeiger@levinzeiger.com

**James Hyman**
Kay Griffin
222 Second Ave North Ste 340-M
Nashville TN 37201
Attn: Michael A. Johnson
mjohnson@kaygriffin.com

**Kohchise Jackson**
Margolis Gallagher & Cross
214 South Main St Ste 200
Ann Arbor, MI 48104
Attn: Larry Margolis
larry@lawinannarbor.com

**Leona Miotke**
Dunn Carney Allen Higgins & Tongue, LLP
851 SW 6th Ave., Ste. 1500,
Portland, OR 97204
Attn: Anne D. Foster, Samuel T. Smith
ssmith@dunncarney.com

**William Kelly**
 Margolis Gallagher & Cross
214 South Main St Ste 200
Ann Arbor, MI 48104
Attn: Larry Margolis
larry@lawinannarbor.com

**Phillip Buchanan**
St. Louis University Legal Clinic
100 N. Tucker Blvd
St. Louis, MO 63101
Attn: Matt Vigil
matt.vigil@slu.edu

**Susan Szakalos**
Law offices of Oscar Syger
2255 Glades Rd, Ste 324A
Boca Raton FL 33431
Attn: Oscar Syger
oscarsyger1218@gmail.com

**Waheed Nelson**
 Law Office of James Cook
314 Jefferson St.
Tallahassee, FL 32301
Attn: James V. Cook
cookjv@gmail.com

**Adree Edmo**
Ferguson Durham PLLC
223 N. 6th St., Suite 325
Boise, ID 83702
Attn: Deborah Ferguson
daf@fergusondurham.com

**Frederick Carr**
Marie A. Mattox, PA
203 North Gadsden St.
Tallahassee, FL 32301
Attn: Marie Mattox
marie@mattoxlaw.com

**Antonio Reali**
Coyte Law, PC
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109
Attn: Matt Coyte
mcoyte@me.com

**Hector Garcia, Jr.**
Coyte Law, PC
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109
Attn: Matt Coyte
mcoyte@me.com

**Joseph P. Hunter**
Ralson Pope & Diehl LLC
2913 SW Maupin Lane
Topeka, Kansas 66614
Attn: Ronald Pope

**Drew Daddano**
HDR LLC
44 Broad Street NW, Suite 200
Atlanta, GA 30303
Attn: Dallas LePierre

**Robert Gamez, Jr.**
601 S. California Ave., Ste 100
Palo Alto, CA 94304
Attn: Anne M. Voigts
avoigts@kslaw.com

3

4895-6952-2258

ron@ralstonpope.com

**Christopher Brightly**
c/o Stacy Scheff
PO Box 40611
Tucson, AZ 85717
stacy.scheff@gmail.com

**Isaac Bernstein**
c/o Thomas SanFilippo
211 N. Broadway, Ste 2323
St. Louis, MO 63102
thomas@tsalawoffice.com

**Chester Bird #18008**
Wyoming Medium Corr. Inst.
7076 Road 55 F
Torrington WY 82240

**Richard Dague #30592**
Wyoming Medium Corr. Inst.
7076 Road 55 F
Torrington WY 82240

**Ryan Brown #30488**
Wyoming Medium Corr. Inst.7076 Road 55 F
Torrington WY 82240

**Kerrie Milkiewicz**
**PR of the Estate of Milkiewicz**
c/o Gina Puzzuoli
Fieger Law 19390 W 10 Mile Rd.
Southfield, MI 48075

dlepierre@hdrattoneys.com

**Angela Branum & Estate of Justin Branum**
c/o Joy Bertrand
PO Box 2734
Scottsdale, AZ 85252
joyous@mailbag.com

**Wilbur Hasty**
c/o Khazaeli Wyrsch, LLC
911 Washington Ave, Suite 211
St. Louis, MO 63101
Attn: James Wyrsch
james.wyrsch@kwlawstl.com

**Andrew Wolf #35408**
Idaho State Correctional Center
PO Box 70010
Boise, ID 83707

**Camron Belcher #91436**
Idaho Maximum Security Inst.
PO Box 51
Boise, ID 83707

**Jeremy Wilkinson, #47239**
Idaho State Correctional Center
P.O. Box 70010
Boise, ID 83707

**Martin Olsen #18706**
Wyoming Medium Corr. Inst.
7076 Road 55 F
Torrington WY 82240

**Kimberly Briggs for Estate of Sean Parks**
c/o Nathan Cohen
210 South Bemiston Ave
St. Louis, MO 63105
nathan@nathanscohen.com

**Noah Schroder #72050**
Treasue Valley Comm. Reentry Center
PO Box 8509
Boise, ID 83707

**Dennis Mintun #69558**
Idaho State Correctional Center
PO Box14
Boise ID 83707

**Alex Scott #98450**
Idaho Maximum Security Inst
PO Box 51
Boise, ID 83707

**Michael Chapman #271129**
Elmore Correctional Facility
3520 Marion Spillway Road
Elmore, AL 36025

4895-6952-2258