United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 22, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division |  | Main Case Number |  |
|---|---|---|---|
| Debtor | In Re: | | |

This lawyer, who is admitted to the State Bar of _____:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | |
|---|---|

Seeks to appear as the attorney for this party:

| |
|---|
| Dated:         Signed: _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:         Signed: _____ Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: February 22, 2023

_____
Christopher Lopez
United States Bankruptcy Judge