| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90086 |
|---|---|---|---|
| | Debtor | In Re: | TEHUM CARE SERVICES, INC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Wendy J. Olson<br>Stoel Rives LLP<br>101 S. Capitol Blvd., Ste. 1900<br>Boise, ID  83702<br>(208) 389-9000<br>wendy.olson@stoel.com<br>Idaho - 7634 |
|---|---|

| Name of party applicant seeks to appear for: | St. Luke's Health System, Ltd. and St. Luke's Regional Medical Center, Ltd. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 2/23/2023 | Signed: | /s/ Wendy J. Olson |
|---|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

**Order**       **This lawyer is admitted *pro hac vice*.**

Dated: _____       _____
United States Bankruptcy Judge