IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TEHUM CARE SERVICES, INC.,[1] | ) ) ) | Case No. 23-90086 (CML) |
| Debtor. | ) ) | |

**NOTICE OF REVISED PROPOSED ORDER**

**PLEASE TAKE NOTICE** that attached hereto is a revised proposed order granting the *Debtor's Emergency Motion to Extend and Enforce the Automatic Stay* [Docket No. 7].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a redline of the revised proposed order marked against the version filed at Docket No. 7-1.

[*Remainder of page intentionally left blank.*]

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

4865-8151-4067

Respectfully submitted this 27th day of February, 2023.

**GRAY REED**

By: */s/ Jason S. Brookner*
Jason S. Brookner
Texas Bar No. 24033684
Aaron M. Kaufman
Texas Bar No. 24060067
Lydia R. Webb
Texas Bar No. 24083758
Amber M. Carson
Texas Bar No. 24075610
1300 Post Oak Boulevard, Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7127
Facsimile: (713) 986-5966
Email: jbrookner@grayreed.com
akaufman@grayreed.com
lwebb@grayreed.com
acarson@grayreed.com

*Proposed Counsel to the Debtor
and Debtor in Possession*

### Certificate of Service

I certify that on February 27, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas to all parties authorized to receive electronic notice in this case.

*/s/ Jason S. Brookner*
Jason S. Brookner

4865-8151-4067