United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 28, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90086 |
|---|---|---|---|
| Debtor | | In Re: | Tehum Care Services, Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ian T. Cross<br>Cross Law PLLC<br>402 W Liberty St<br>Ann Arbor, MI 48103<br>(734) 994-9590<br>ian@lawinannarbor.com<br>Michigan Bar No. P83367 |
|---|---|

| Name of party applicant seeks to appear for: | Andrew Lyles, Kohchise Jackson, William Kelly, and Derico Thompson |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:   2/24/2023 | Signed: | /s/ Ian T. Cross |
|---|---|---|

| The state bar reports that the applicant's status is: Active Member in Good Standing | |
|---|---|
| Dated:   02/28/2023 | Clerk's signature: /s/ R. Saldaña |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Signed: February 28, 2023

Christopher M. Lopez
Christopher Lopez
United States Bankruptcy Judge