UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | | 23-90086 |
|---|---|---|---|---|
| | Debtor | In Re: | | TEHUM CARE SERVICES, INC., |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | MILICA FILIPOVIC<br>Fieger, Fieger, Kenney & Harrington, P.C.<br>19390 West Ten Mile Rd.,<br>Southfield, MI 48075<br>MICHIGAN- P80189<br>USDC- Eastern District of Michigan; |
|---|---|

| Name of party applicant seeks to appear for: | Please see Attached Addendum |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   2/28/2023 | Signed:   *Milica Filipović* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____         _____

United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TEHUM CARE SERVICES, INC.,[1] | ) | Case No. 23-90086 |
|  | ) |  |
| Debtor. | ) |  |

## ADDENDUM TO
## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE*

NOW COMES, MILICA FILIPOVIC, of FIEGER, FIEGER, KENNEY & HARRINGTON, P.C., and hereby requests to appear on behalf of the following individuals/entities with Professional Liability Claims and/or Lawsuits currently pending as follows:

| Individual | Claim/Incident | Policy # | Jurisdiction/Venue |
|---|---|---|---|
| Kerrie Milkiewicz | 2017PL09244 | 4-100159 | USDC-Eastern District of Michigan |
| Ricky Scott | 2019PL12276 | 4-454719 | USDC- Eastern District of Michigan |
| Jones Wade | 2018PL09943 | 4-453668 | USDC- Eastern District of Michigan |
| Gregory Abraham | 2020PL12703 | 4-455844 | Kent County Circuit Court- Michigan |
| Sabrie Alexander | 2014PL08841 | 679-7600 | USDC- Eastern District of Michigan |

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

{01402948.DOCX}