ANANT KUMAR TRIPATI
10208/
P.O- BOX 8900
Yuma, AZ 85349
Tel: 928 - 627 - 8871  c/o County Lien

United States Courts
Southern District of Texas
FILED

FEB 28 2023

Nathan Ochsner, Clerk of Court

IN THE
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | |
|---|---|
| In Re: | 23- 90086 (CML) |
| TEHUM CARE SERVICE | NOTICE OF |
| d/b/a CORIZON Health | INTENT TO |
| Inc | MOVE TO Dismiss |
| Petitioner | Petition And |
| | TO SUBMIT |
| | OBJECTIONS |

THE UNDERSIGNED intends

to MOVE to Dismiss This

Petition FOR BAD Faith

Filing And BANKRUPTCY

Fraud, Requesting the stay

be lifted For violations or the

Eighth Amendment And

Fraud upon the Courts by

Petitioner in re Central

Mortgage And Trust Inc

1985 U.S.Dist Lexis 17773 (S.D.

TX-1985)

AND

To submit Objections to

Reorganization Due to

Fraud upon the Courts

-2-

INMATE MAIL - ARIZONA DEPARTMENT OF CORRECTIONS

Inmate A K TERRAT

ADC# 102001

Arizona State Prison Complex Yuma

Unit CIBOLA

BOX 8906

City Yuma AZ 83365

5th

LEGAL MAIL

United States Courts
Southern District of Texas
FILED

FEB 28 2023

Nathan Ochsner, Clerk of Court

PHOENIX AZ 852

FEB 2023 PM 6

★ USA ★ FOREVER ★

UNITED STATES BANKRUPTCY
COURT 515 RUSK St
HOUSTON, TEXAS 77208
77002

Chapter 11
23 - 90086 (BCmL)

77002-262399