United States Bankruptcy Court
Southern District Texas
Houston

| | |
|---|---|
| In Re: | 23-90086 (CML) |
| Tehum Care Service | Notice of |
| d/b/a Corizon Health Inc | Appearance |
| Petitioner | |

The undersigned enters his/her appearance.

Anant Kumar Tripati
102001
P.O. Box 8909
Yuma AZ 85349
928-627-8871
C/o Co III Lien

All pleadings must be served by mail as I am not a efiler

Respectfully

2/22/23
Anant Kumar Tripati

perpetrated by Petitioner to commit fraud in the procurement of contracts to provide prisoners with health care - as well as fraud in obtaining federal funds to ensure prisoners are provided health care

Respectfully submitted

Omomar Imam Nawad

Attorney

INMATE MAIL - ARIZONA DEPARTMENT OF CORRECTIONS
Inmate: A. K. TERRAT
ADC#: 102091
Arizona State Prison Complex: Yuma
Unit: Cibola
Box 8906
City: Yuma, AZ 85365

5th

LEGAL MAIL

United States Courts
Southern District of Texas
FILED
FEB 28 2023
Nathan Ochsner, Clerk of Court

PHOENIX AZ 852
24 FEB 2023 PM 6 L

UNITED STATES BANKRUPTCY COURT 515 RUSK ST
HOUSTON, TEXAS ~~77208~~
77002

Chapter 11
23-90086 (SCML)