IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| TEHUM CARE SERVICES, INC.,[1] | ) Case No. 23-90086 (CML) |
| Debtor. | ) |

**DEBTOR'S WITNESS AND EXHIBIT LIST FOR MARCH 3, 2023 HEARING**

The above-captioned debtor and debtor in possession (the "Debtor") files this Witness and Exhibit List for the hearing to be held on March 3, 2023, at 1:00 p.m. (prevailing Central Time) on the *Debtor's Emergency Motion to Extend and Enforce the Automatic Stay* [Docket No. 7] (the "Hearing").

**Witnesses**

1. Russell A. Perry, Chief Restructuring Officer of Tehum Care Services, Inc.;
2. Any witness called or listed by any other party in interest; and
3. Impeachment witnesses, as necessary.

**Exhibits**

| Ex. No. | Description |
|---|---|
| 1. | *Declaration of Russell A. Perry in Support of Debtor's Emergency Motion to Extend and Enforce the Automatic Stay* [Docket No. 7 at 21] |
| 2. | *Notice of Hearing* regarding *Debtor's Emergency Motion to Extend and Enforce the Automatic Stay* [Docket No. 11] |
| 3. | *Supplemental Certificate of Service* regarding Debtor's Emergency Motion to Extend Stay [Docket No. 8] |
| 4. | *Second Supplemental Certificate of Service* regarding Debtor's Emergency Motion to Extend Stay [Docket No. 26] |

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

4863-8950-5363

| Ex. No. | Description |
|---|---|
| 5. | *Third Supplemental Certificate of Service* regarding Debtor's Emergency Motion to Extend Stay and the Notice of Hearing on Same[Docket No. 27] |
| 6. | *Certificate of Service re: Notice of Revised Proposed Order* [Docket No. 43] |
| 7. | Second Amended and Restated By-Laws of Corizon Health, Inc., adopted June 26, 2020 (Delaware) |
| 8. | Bylaws of Corizon Health, Inc. (Texas) |
| 9. | Unanimous Written Consent of the Board of Directors and the Stockholders of Valitas Intermediate Holdings, Inc. Valitas Health Services, Inc., Corizon Health, Inc., dated September 1, 2020 |
| 10. | Unanimous Written Consent of the Board of Directors of Corizon Health, Inc., dated May 1, 2022 |
| 11. | Certificate of Records by Office of the Secretary of State, dated February 22, 2023 |
| 12. | Alabama Department of Corrections ("DOC") Agreement |
| 13. | *Excerpt of* Arizona DOC Agreement |
| 14. | *Excerpt of* Florida DOC Agreement |
| 15. | Idaho DOC Agreement |
| 16. | Kansas PA Agreement |
| 17. | Michigan Genesee County Agreement |
| 18. | Michigan – Dr. Schmidt Agreement |
| 19. | Missouri – St. Louis Agreement |
| 20. | *Excerpt of* Missouri DOC Agreement |
| 21. | New Mexico - Doña Ana County Agreement |
| 22. | New York City Agreement |
| 23. | New York City PC Agreement |
| 24. | Oregon Clackamas County Agreement |
| 26. | Any document or pleading filed with the Court in the above-captioned cases. |
| 27. | Any exhibit necessary for impeachment purposes. |
| 28. | Any exhibit identified or offered by any other party. |

4863-8950-5363

**Reservation of Rights**

The Debtor reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement or otherwise amend this Witness and Exhibit List prior to the Hearing.

Respectfully submitted this 1st day of March, 2023.

                                                **GRAY REED**

                                                By:  */s/ Jason S. Brookner*
                                                        Jason S. Brookner
                                                        Texas Bar No. 24033684
                                                        Aaron M. Kaufman
                                                        Texas Bar No. 24060067
                                                        Lydia R. Webb
                                                        Texas Bar No. 24083758
                                                        Amber M. Carson
                                                        Texas Bar No. 24075610
                                  1300 Post Oak Boulevard, Suite 2000
                                  Houston, Texas 77056
                                  Telephone:    (713) 986-7000
                                  Facsimile:     (713) 986-7100
                                  Email:           jbrookner@grayreed.com
                                                              akaufman@grayreed.com
                                                              lwebb@grayreed.com
                                                              acarson@grayreed.com

                                  *Proposed Counsel to the Debtor*
                                  *and Debtor in Possession*

**Certificate of Service**

I certify that on March 1, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Jason S. Brookner*
                                                Jason S. Brookner