# EXHIBIT 7

**Monday, February 27, 2023 at 13:12:00 Central Standard Time**

| | |
|---|---|
| **Subject:** | RE: [EXTERNAL] Re: In re Tehum Care Services, Inc., et al.; Case No. 23-90086 - Notice of Hearing |
| **Date:** | Monday, February 27, 2023 at 12:08:42 PM Central Standard Time |
| **From:** | Amber M. Carson |
| **To:** | Michael Johnson |
| **CC:** | Casey Malloy, Jason S. Brookner |
| **Attachments:** | image001.jpg, logo_2ae552f4-f7fd-481b-9e82-8e233ab81b9e.jpg |

Mr. Johnson,

As you'll see in the list we plan to file with a revised proposed order later today, we discovered we inadvertently missed a few D&Os in Mr. Hyman's case. We are currently requesting to extend the stay to Isaac Lefkowitz, Abraham Goldberger, and David Gefner, in addition to the parties I previously mentioned.

---

**From:** Amber M. Carson <acarson@grayreed.com>
**Sent:** Friday, February 24, 2023 12:32 PM
**To:** Michael Johnson <mjohnson@kaygriffin.com>
**Cc:** Casey Malloy <cmalloy@kaygriffin.com>; Jason S. Brookner <jbrookner@grayreed.com>
**Subject:** Re: [EXTERNAL] Re: In re Tehum Care Services, Inc., et al.; Case No. 23-90086 - Notice of Hearing

Mr. Johnson,

No, we are not currently seeking to stay Mr. Hyman's case entirely. Our motion, as it relates to Mr. Hyman, currently proposes only to extend the stay to YesCare/CHS, Scott King, and Sara Tidwell. In addition, after discussions with the US Trustee, we are going to modify our order to provide only interim relief, for 35 days, until further order of the Court. The amended order isn't ready for prime time yet, but we will file it with a notice as soon as possible. The current draft includes an exhibit specifically listing each party over whom we are seeking to extend the stay.

If you have any questions, feel free to call me at 469-320-6199.

Sent from my iPhone

**Amber M. Carson**
**Partner**
Tel 469.320.6199  | Fax 469.320.6916 | acarson@grayreed.com
1601 Elm St., Suite 4600 | Dallas, TX 75201
grayreed.com | Connect with me on LinkedIn



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

On Feb 24, 2023, at 12:10 PM, Michael Johnson <mjohnson@kaygriffin.com> wrote:

Ms. Carson—I'm reaching out to you pursuant to LR 9013-1(g)(1). Our client is James Hyman, who has a pending lawsuit in the Middle District of Tennessee that is implicated, at least in part, by the Debtor's

emergency motion in this case. We are planning to file a response today. But before we do, as required by local rules, I wanted to see if we could resolve any issues before filing our response.

Specifically, I'm assuming Tehum is seeking a stay of all claims in the attached lawsuit and is not willing to allow any of the claims to proceed? If so, what is the basis for the stay with respect to Perigrove, LLC?

Happy to discuss via phone. Thank you.

Expertise. Commitment. Results.

**Michael A. Johnson**
Member

**Direct**: 615.690.2473
**Mobile:** 615.594.5329
**Email:** mjohnson@kaygriffin.com

222 Second Ave. North
Suite 340M
Nashville, TN 37201

**www.kaygriffin.com**

*U.S. News & World Report – Best Lawyers, Commercial Litigation and Mediation, Nashville (Tier 1) (2021-2022)*

The information contained in this message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (615) 742-4800 and return the message to us *via* e-mail.

**From:** Veronica Salazar <vsalazar@grayreed.com>
**Date:** Monday, February 20, 2023 at 6:15 PM
**To:** Veronica Salazar <vsalazar@grayreed.com>
**Cc:** Amber M. Carson <acarson@grayreed.com>
**Subject:** In re Tehum Care Services, Inc., et al.; Case No. 23-90086 - Notice of Hearing

Please see attached *Notice of Hearing* which was filed earlier with the Court today.  Thank you.

**Veronica Salazar**
**Paralegal**
Tel 469.320.6096  | Fax 469.320.6815 | vsalazar@grayreed.com
1601 Elm St., Suite 4600 | Dallas, TX 75201
grayreed.com | Connect with me on LinkedIn

**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.