IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| TEHUM CARE SERVICES, INC., | ) Case No. 23-90086 (CML) |
| Debtor. | ) |

WITNESS AND EXHIBIT LIST

| Judge: | Hon. Christopher M. Lopez |
|---|---|
| Hearing Date: | Friday, March 3, 2023 |
| Hearing Time: | 1:00 p.m. (Central Standard Time) |
| Party's Name: | Hector Garcia, Jr., Adam Baker, Antonio Reali, David Wichterman, Jr., Eileen McNamara, and Clarence Dean (collectively, the "Claimants") |
| Attorney's Name: | R. J. Shannon |
| Attorney's Phone: | (713) 714-5770 |
| Nature of Proceeding: | Hearing on:<br>• Debtor's Emergency Motion to Extend and Enforce the Automatic Stay [ECF No. 7] (the "Stay Extension Motion") |

The Claimants, tort claimant creditors of the debtor in the above-captioned case, hereby submit this witness and exhibit list in connection with the hearing to be held on March 3, 2023, at 1:00 p.m. (Central Standard Time) (the "Hearing") on the Stay Extension Motion.

**WITNESSES**

The Claimants may call any of the following witnesses at the hearing, whether in person or by proffer:

1. Any witness listed or called by any other party; and

2. Rebuttal witnesses as necessary.

**EXHIBITS**

The Claimants may offer for admission into evidence any of the following exhibits, and any exhibit designated by any other party, at the Hearing:

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Docket Sheet for Wichterman v. City of Philadelphia et al., Case No. 16-cv-05796-JMY (E.D.P.A.) | | | | |
| 2 | Memorandum Opinion re Summary Judgement in Wichterman v. City of Philadelphia et al., Case No. 16-cv-05796-JMY (E.D.P.A.) | | | | |
| 3 | Docket Sheet for McNamera v. City of Philadelphia et al., Case No. 20-cv-04570-RBS (E.D.P.A.) | | | | |
| 4 | Complaint in McNamera v. City of Philadelphia et al., Case No. 20-cv-04570-RBS (E.D.P.A.) | | | | |
| 5 | Docket Sheet for Reali v. Board of County Commissioners for the County of Dona Ana et al., Case No. 19-cv-00603-MV-GBW (D.N.M.) | | | | |
| 6 | Amended Complaint in Reali v. Board of County Commissioners for the County of Dona Ana et al., Case No. 19-cv-00603-MV-GBW (D.N.M.) | | | | |
| 7 | Docket Sheet for Garcia v. Board of County Commissioners for the County of Dona Ana et al., Case No. 21-cv-00485-DHU-GJF (D.N.M.) | | | | |
| 8 | Second Amended Complaint in Garcia v. Board of County Commissioners for the County of Dona Ana et al., Case No. 21-cv-00485-DHU-GJF (D.N.M.) | | | | |
| 9 | Docket Sheet for Baker v. Corizon Health Inc. et al., Case No. 22-cv-00152-KWR-KRS (D.N.M.) | | | | |

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 10 | Complaint Baker v. Corizon Health Inc. et al., Case No. 22-cv-00152-KWR-KRS (D.N.M.) | | | | |
| 11 | Docket Sheet for Brown v. McNeil et al., Case No. 19-cv-00345-MW-MAF (N.D. Fla.) | | | | |
| 12 | Complaint in Brown v. McNeil et al., Case No. 19-cv-00345-MW-MAF (N.D. Fla.) | | | | |
| 13 | Docket Sheet for Frederick v. McNeil et al., Case No. 19-cv-00162-MW-MAF (N.D. Fla.) | | | | |
| 14 | Amended Complaint in Frederick v. McNeil et al., Case No. 19-cv-00162-MW-MAF (N.D. Fla.) | | | | |
| 15 | Plaintiff's Notice of Settlement as to Sheriff McNeil Only in Frederick v. McNeil et al., Case No. 19-cv-00162-MW-MAF (N.D. Fla.) | | | | |

The Claimants reserve the right to supplement, amend or delete any witness and exhibits prior to the hearing.  The Claimants also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document.  The Claimants finally reserve the right to introduce exhibits previously admitted.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 1, 2023              **SHANNON & LEE LLP**

/s/ *R. J. Shannon*
Kyung S. Lee
State Bar No. 12128400
klee@shannonleellp.com
R. J. Shannon
State Bar No. 24108062
rshannon@shannonleellp.com
700 Milam Street, STE 1300
Houston, Texas 77002
Tel. (713) 714-5770

*Bankruptcy Counsel to the Claimants for the Limited Purpose of Responding to the Stay Extension Motion*