Query　　Reports ▾　　Utilities ▾　　Help　　Log Out

RECAP Actions ▾

STANDARD

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:20-cv-04570-RBS

McNamara v. CITY OF PHILADELPHIA et al  
Assigned to: HONORABLE R. BARCLAY SURRICK  
Referred to: MAGISTRATE JUDGE MARILYN HEFFLEY (Settlement)  
Cause: 42:1983 Civil Rights Act  

Date Filed: 09/18/2020  
Jury Demand: Both  
Nature of Suit: 550 Prisoner Petitions: Civil Rights  
Jurisdiction: Federal Question  

**Plaintiff**

**Eileen McNamara**  
*as Administrator of the Estate of Jonathan Gleaves, Jr.*

represented by **JONATHAN H. FEINBERG**  
KAIRYS RUDOVSKY MESSING FEINBERG & LIN LLP  
THE CAST IRON BLDG STE 501 SOUTH  
718 ARCH STREET  
PHILADELPHIA, PA 19106  
215-925-4400  
Fax: 215-925-5365  
Email: jfeinberg@krlawphila.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CITY OF PHILADELPHIA**

represented by **ANNE B. TAYLOR**  
CITY OF PHILA LAW DEPT  
1515 ARCH ST 14TH FL  
PHILADELPHIA, PA 19102  
215-683-5381  
Fax: 215-683-5397  
Email: anne.taylor@phila.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Katelyn Lori Mays**  
Ahmad Zaffarese LLC  
Law Department  
One South Broad  
18th Floor  
Philadelphia, PA 19107  
215-496-9373  
Email: kmays@azlawllc.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**CORIZON HEALTH**                    represented by   **THOMAS J. GREGORY**
O'CONNOR KIMBALL LLP
TWO PENN CENTER - STE. 1100
1500 JOHN F KENNEDY BLVD
PHILADELPHIA, PA 19102
215-564-0400
Fax: 215-564-1973
Email: tgregory@okllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Gerald Slory                    represented by   **ANNE B. TAYLOR**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katelyn Lori Mays**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ELIZABETH BRADLEY**                 represented by   **THOMAS J. GREGORY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Lalitha Trivikram                  represented by   **THOMAS J. GREGORY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Matu Gaye                      represented by   **THOMAS J. GREGORY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN DOE(S)**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2020 | 1 R | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 0313-14574559.), filed by Eileen McNamara. (Attachments: # 1 Civil Cover Sheet, # 2 Case Management Track Form, # 3 Designation Form)(FEINBERG, JONATHAN) (Entered: 09/18/2020) |
| 09/18/2020 | | Summons Issued as to ELIZABETH BRADLEY, CITY OF PHILADELPHIA, CORIZON HEALTH, Matu Gaye, Gerald Slory, Lalitha Trivikram. E-MAILED To: |

| | | |
|---|---|---|
| | | COUNSEL on 9/18/2020 (bw, ) (Entered: 09/18/2020) |
| 09/18/2020 | | DEMAND for Trial by Jury by Eileen McNamara. (JL) (Entered: 09/18/2020) |
| 10/09/2020 | 2 | WAIVER OF SERVICE Returned Executed by Eileen McNamara. CITY OF PHILADELPHIA waiver sent on 10/7/2020, answer due 12/7/2020; Gerald Slory waiver sent on 10/7/2020, answer due 12/7/2020. (FEINBERG, JONATHAN) (Entered: 10/09/2020) |
| 10/26/2020 | 3 | NOTICE of Appearance by THOMAS J. GREGORY on behalf of CORIZON HEALTH with Certificate of Service(GREGORY, THOMAS) (Entered: 10/26/2020) |
| 10/26/2020 | 4 | NOTICE of Appearance by THOMAS J. GREGORY on behalf of ELIZABETH BRADLEY with Certificate of Service(GREGORY, THOMAS) (Entered: 10/26/2020) |
| 10/26/2020 | 5 | NOTICE of Appearance by THOMAS J. GREGORY on behalf of Matu Gaye with Certificate of Service(GREGORY, THOMAS) (Entered: 10/26/2020) |
| 10/26/2020 | 6 | NOTICE of Appearance by THOMAS J. GREGORY on behalf of Lalitha Trivikram with Certificate of Service(GREGORY, THOMAS) (Entered: 10/26/2020) |
| 10/26/2020 | 7 | WAIVER OF SERVICE Returned Executed by ELIZABETH BRADLEY. ELIZABETH BRADLEY waiver sent on 10/1/2020, answer due 11/30/2020. (GREGORY, THOMAS) (Entered: 10/26/2020) |
| 10/26/2020 | 8 | WAIVER OF SERVICE Returned Executed by CORIZON HEALTH. CORIZON HEALTH waiver sent on 10/1/2020, answer due 11/30/2020. (GREGORY, THOMAS) (Entered: 10/26/2020) |
| 10/26/2020 | 9 | WAIVER OF SERVICE Returned Executed by Matu Gaye. Matu Gaye waiver sent on 10/1/2020, answer due 11/30/2020. (GREGORY, THOMAS) (Entered: 10/26/2020) |
| 10/26/2020 | 10 | WAIVER OF SERVICE Returned Executed by Lalitha Trivikram. Lalitha Trivikram waiver sent on 10/1/2020, answer due 11/30/2020. (GREGORY, THOMAS) (Entered: 10/26/2020) |
| 10/26/2020 | 11 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by CORIZON HEALTH.(GREGORY, THOMAS) (Entered: 10/26/2020) |
| 11/30/2020 | 12 | ANSWER to Complaint *with Certificate of Service* by CITY OF PHILADELPHIA, Gerald Slory.(TAYLOR, ANNE) (Entered: 11/30/2020) |
| 12/02/2020 | 13 | ANSWER to Complaint by ELIZABETH BRADLEY, CORIZON HEALTH, Matu Gaye, Lalitha Trivikram.(GREGORY, THOMAS) (Entered: 12/02/2020) |
| 12/03/2020 | 14 | ORDER THAT AN INITIAL PRETRIAL CONFERENCE WILL BE HELD ON 12/14/2020, AT 2:00 PM, VIA TELEPHONE, BEFORE HONORABLE R. BARCLAY SURRICK, ETC. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 12/3/20. 12/3/20 ENTERED AND COPIES E-MAILED.(amas, ) (Entered: 12/03/2020) |
| 12/09/2020 | 15 | Discovery Plan by Eileen McNamara.(FEINBERG, JONATHAN) (Entered: 12/09/2020) |
| 12/15/2020 | 16 | Minute Entry for proceedings held before HONORABLE R. BARCLAY SURRICK. Re: An Initial Pretrial Telephone Conference was held on 12/14/20. (fdc) (Entered: 12/15/2020) |
| 12/15/2020 | 17 | SCHEDULING ORDER.ORDER THAT A SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE LYNNE A. SITARSKI WILL BE SCHEDULED AT THE REQUEST OF COUNSEL. A FINAL PRETRIAL CONFERENCE SET FOR 1/6/22 AT 11:00 AM IN CHAMBERS BEFORE HONORABLE R. BARCLAY SURRICK. |

| | | | |
|---|---|---|---|
| | | | DISCOVERY DUE BY 7/30/21. DISPOSITIVE MOTIONS DUE BY 9/30/21. MOTIONS IN LIMINE DUE BY 12/9/21. TRIAL DATE SET FOR 1/10/22 AT 9:30 AM IN COURTROOM 8-A BEFORE HONORABLE R. BARCLAY SURRICK. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 12/15/20. 12/15/20 ENTERED & E-MAILED.(fdc) (Entered: 12/15/2020) |
| 05/28/2021 | | 18 | Consent MOTION for Extension of Time to Complete Discovery filed by Eileen McNamara..(FEINBERG, JONATHAN) (Entered: 05/28/2021) |
| 06/01/2021 | | 19 | AMENDED SCHEDULING ORDER THAT A SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE LYNNE A. SITARSKI WILL BE SCHEDULED AT THE REQUEST OF COUNSEL. ALL FACT AND EXPERT DISCOVERY SHALL BE COMPLETED BY 10/29/21. MOTIONS IN LIMINE ARE DUE BY 3/3/22. DISPOSITIVE MOTIONS ARE DUE BY 12/30/21. A FINAL PRETRIAL CONFERENCE IS SCHEDULED FOR 4/7/22 AT 11:00 A.M.. TRIAL IS SCHEDULED FOR 4/11/22 AT 9:30 A.M.; ETC.. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 6/1/21. 6/1/21 ENTERED AND E-MAILED.(JL ) (Entered: 06/01/2021) |
| 08/31/2021 | | 20 | Second MOTION for Extension of Time to Complete Discovery filed by Eileen McNamara..(FEINBERG, JONATHAN) (Entered: 08/31/2021) |
| 09/02/2021 | | 21 | SECOND AMENDED SCHEDULING ORDER. ORDER THAT A SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE LYNNE A. SITARSKI WILL BE SCHEDULED AT THE REQUEST OF COUNSEL. A FINAL PRETRIAL CONFERENCE IS SET FOR 8/11/22 AT 3:00 PM IN JUDGE'S CHAMBERS BEFORE HONORABLE R. BARCLAY SURRICK. DISCOVERY DUE BY 1/28/22. MOTIONS DUE BY 3/20/22. MOTION IN LIMINE DUE BY 6/9/22. TRIAL DATE SET FOR 8/15/22 09:30 AM IN COURTROOM 8A BEFORE HONORABLE R. BARCLAY SURRICK. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 9/2/21. 9/2/21 ENTERED & E-MAILED.(fdc) (Entered: 09/02/2021) |
| 12/01/2021 | | 22 | Joint MOTION for Extension of Time to Complete Discovery filed by Eileen McNamara..(FEINBERG, JONATHAN) (Entered: 12/01/2021) |
| 12/02/2021 | | 23 | THIRD AMENDED SCHEDULING ORDER. ORDER THAT A FINAL PRETRIAL CONFERENCE IS SET FOR 11/10/22 AT 11:00 AM IN JUDGE'S CHAMBERS BEFORE HONORABLE R. BARCLAY SURRICK. ALL FACT AND EXPERT DISCOVERY DUE BY 4/29/22. DISPOSITIVE MOTIONS ARE DUE BY 7/1/22. MOTIONS IN LIMINE ARE DUE BY 10/6/22. TRIAL DATE SET FOR 11/14/22 AT 9:30 AM IN COURTROOM 8A BEFORE HONORABLE R. BARCLAY SURRICK. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 12/2/21. 12/2/21 ENTERED & E-MAILED.(fdc) (Entered: 12/02/2021) |
| 03/01/2022 | | 24 | Joint MOTION for Extension of Time to Complete Discovery filed by Eileen McNamara..(FEINBERG, JONATHAN) (Entered: 03/01/2022) |
| 04/08/2022 | | 25 | ORDER THAT UPON CONSIDERATION OF THE LETTERS THAT PLAINTIFF AND DEFENDANT CORIZON HEALTH HAVE SUBMITTED TO CHAMBERS VIA EMAIL REGARDING A DISCOVERY DISPUTE, IT IS ORDERED THAT, WITHIN TWENTY-ONE (21) DAYS OF THE DATE OF THIS ORDER, PLAINTIFF AND DEFENDANT CORIZON HEALTH SHALL SUBMIT BRIEFS ON THE OUTSTANDING DISCOVERY DISPUTE, ETC. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 4/8/22. 4/8/22 ENTERED AND COPIES E-MAILED.(ti) (Entered: 04/08/2022) |

| | | |
|---|---|---|
| 04/08/2022 | 26 | FOURTH AMENDED SCHEDULING ORDER THAT A SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE MARILYN HEFFLEY WILL BE SCHEDULED AT THE REQUEST OF COUNSEL. ALL FACT AND EXPERT DISCOVERY SHALL BE COMPLETED NO LATER THAN 6/28/2022. DISPOSITIVE MOTIONS SHALL BE FILED NO LATER THAN 8/30/2022. MOTIONS IN LIMINE SHALL BE FILED NO LATER THAN 12/5/2022. A FINAL PRETRIAL CONFERENCE IS SCHEDULED 1/12/2023, AT 12:00 PM IN CHAMBERS. TRIAL IS SCHEDULED FOR 1/16/2023, AT 9:30 AM IN COURTROOM 8-A, ETC. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 4/8/22. 4/8/22 ENTERED AND COPIES E-MAILED.(ti) (Entered: 04/08/2022) |
| 04/28/2022 | 27 | Memorandum of Law *in Opposition to Plaintiff's Motion to Compel Production of Mortality Review* by ELIZABETH BRADLEY, CORIZON HEALTH, Matu Gaye, Lalitha Trivikram. (Attachments: # 1 Certificate of Service) (GREGORY, THOMAS) (Entered: 04/28/2022) |
| 04/29/2022 | 28 | Memorandum of Law in Support of Request to Produce Mortality Review Documents by Eileen McNamara. (Attachments: # 1 Exhibit A, B, C, D) (FEINBERG, JONATHAN) (Entered: 04/29/2022) |
| 04/29/2022 | 29 | Consent MOTION for Extension of Time to Complete Discovery filed by Eileen McNamara..(FEINBERG, JONATHAN) (Entered: 04/29/2022) |
| 05/03/2022 | 30 | ORDER THAT FIFTH MOTION TO EXTEND DISCOVERY DEADLINES IS GRANTED, AND ALL DEADLINES SET FORTH IN THE COURT'S FOURTH AMENDED SCHEDULING ORDER OF 4/8/22 SHALL BE EXTENDED BY 90 DAYS; ETC.. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 5/3/22. 5/3/22 ENTERED AND E-MAILED.(JL) (Entered: 05/03/2022) |
| 05/03/2022 | 31 | FIFTH SCHEDULING ORDER THAT A SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE HEFFLEY WILL BE SCHEDULED AT THE REQUEST OF COUNSEL. ALL FACT AND EXPERT DISCOVERY SHALL BE COMPLETED BY 9/26/22. DISPOSITIVE MOTIONS ARE DUE BY 11/28/22. MOTIONS IN LIMINE ARE DUE BY 3/5/23. A FINAL PRETRIAL CONFERENCE IS SCHEDULED FOR 4/13/23 AT 12:00 P.M. IN CHAMBERS. TRIAL IS SCHEDULED FOR 4/17/23 AT 9:30 A.M. IN COURTROOM 8-A; ETC.. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 5/3/22. 5/3/22 ENTERED AND E-MAILED.(JL) (Entered: 05/03/2022) |
| 06/14/2022 | 32 R | NOTICE of Appearance by Katelyn Lori Mays on behalf of CITY OF PHILADELPHIA, Gerald Slory with Certificate of Service(Mays, Katelyn) (Entered: 06/14/2022) |
| 06/30/2022 | 33 R | MEMORANDUM; ETC.. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 6/30/22. 6/30/22 ENTERED AND E-MAILED.(JL) (Entered: 06/30/2022) |
| 06/30/2022 | 34 R | ORDER THAT PLAINTIFF EILEEN MCNAMARA'S MEMORANDUM OF LAW IN SUPPORT OF REQUEST TO PRODUCE MORTALITY REVIEW DOCUMENTS IS GRANTED; ETC.. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 6/30/22. 6/30/22 ENTERED AND E-MAILED.(JL) (Entered: 06/30/2022) |
| 08/31/2022 | 35 | Sixth MOTION for Extension of Time to Complete Discovery *(Joint)* filed by Eileen McNamara..(FEINBERG, JONATHAN) (Entered: 08/31/2022) |
| 09/13/2022 | 36 | SIXTH AMENDED SCHEDULING ORDER THAT THE PARTIES SIXTH JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY IS GRANTED. ALL FACT AND EXPERT DISCOVERY SHALL BE COMPLETED NO LATER THAN 12/27/22. DISPOSITIVE MOTIONS SHALL BE FILED BY 1/31/23. MOTIONS IN LIMINE ARE DUE BY 5/15/23. A FINAL PRETRIAL CONFERENCE |

| | | |
|---|---|---|
| | | IS SCHEDULED FOR 6/8/23 AT 12:00 P.M.. TRIAL IS SCHEDULED FOR 6/12/23 AT 9:30 A.M. IN COURTROOM 8-A; ETC.. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 9/13/22. 9/13/22 ENTERED AND E-MAILED.(JL) (Entered: 09/13/2022) |
| 01/31/2023 | 37 | MOTION to Seal *Exhibits in Support of Motion for Summary Judgment* filed by CITY OF PHILADELPHIA, Gerald Slory.Memorandum, Certificate of Service.(Mays, Katelyn) (Entered: 01/31/2023) |
| 01/31/2023 | 38 | MOTION for Summary Judgment filed by CITY OF PHILADELPHIA, Gerald Slory.Memorandum, Certificate of Service. (Attachments: # 1 Appendix Statement of Facts, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R)(Mays, Katelyn) (Entered: 01/31/2023) |
| 01/31/2023 | 39 | EXHIBITS by CITY OF PHILADELPHIA, Gerald Slory.. (FILED UNDER SEAL) (lvj) (Additional attachment(s) added on 2/1/2023: # 1 Exhibit SEALED EXHIBIT, # 2 Exhibit SEALED EXHIBIT, # 3 Exhibit SEALED EXHIBIT, # 4 Exhibit SEALED EXHIBIT, # 5 Exhibit SEALED EXHIBIT, # 6 Exhibit SEALED EXHIBIT, # 7 Exhibit SEALED EXHIBIT) (lvj). (Entered: 02/01/2023) |
| 02/01/2023 | 40 | ORDER THAT DEFENDANTS UNOPPOSED MOTION TO FILE UNDER SEAL IS GRANTED TO PRESERVE THE CONFIDENTIALITY OF SENSITIVE MEDICAL INFORMATION OF PLAINTIFF; ETC.. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 2/1/23.2/2/23 ENTERED AND E-MAILED.(JL) (Entered: 02/02/2023) |
| 02/16/2023 | 41 | SUGGESTION OF BANKRUPTCY by ELIZABETH BRADLEY, CORIZON HEALTH, Matu Gaye, Lalitha Trivikram under Chapter Number 11 of the Bankruptcy Code in the Bankruptcy Court for the District of Texas filed under case number 23-90086 . (GREGORY, THOMAS) (Entered: 02/16/2023) |
| 02/28/2023 | 42 | RESPONSE in Opposition re 38 MOTION for Summary Judgment filed by Eileen McNamara. (Attachments: # 1 Text of Proposed Order, # 2 Plaintiffs Statement of Facts in Support of Opposition to Defendant Slorys Motion for Summary Judgment, # 3 Plaintiffs Response to Defendant Slorys Statement of Facts in Support of Motion for Summary Judgment, # 4 Exhibit 1 - Trivikram Deposition, # 5 Exhibit 2 - McCall Report)(FEINBERG, JONATHAN) (Entered: 02/28/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/28/2023 21:34:13 | | | |
| **PACER Login:** | rjshannontxwb | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:20-cv-04570-RBS |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |