Query   Reports   Utilities   Help   Log Out

RECAP Actions

SMV22,STAYED

# U.S. District Court
## United States District Court - District of New Mexico (Las Cruces)
## CIVIL DOCKET FOR CASE #: 2:19-cv-00603-MV-GBW

Reali v. Board of County Commissioners for the County of Dona Ana et al
Assigned to: District Judge Martha Vazquez
Referred to: Chief Magistrate Jud Gregory B. Wormuth
Cause: 42:1983 Civil Rights Act

Date Filed: 06/28/2019
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Antonio Reali**  represented by  **Matthew Coyte**
Coyte Law, PC
Suite 2
3800 Osuna Rd NE
Albuquerque, NM 87109
(505) 244-3030
Fax: (505) 672-7088
Email: mcoyte@me.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa D Quijano**
Ives & Flores, P.A.
925 Luna Cir. NW
Albuquerque, NM 87102
505-364-3858
Email: alyssa.q@nmcivilrights.com
*TERMINATED: 08/31/2021*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Board of County Commissioners for the County of Dona Ana**  represented by  **Damian L Martinez**
Mynatt Martinez Springer P.C.
P.O. Box 2699
Las Cruces, NM 88004-2699
(575) 524-8812
Fax: (575) 524-0726
Email: dlm@mmslawpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Blaine T. Mynatt**

|  |  |
|---|---|
|  | Mynatt Martinez Springer P.C.<br>P.O. Box 2699<br>Las Cruces, NM 88004<br>575-524-8812<br>Fax: 575-524-0726<br>Email: btm@mmslawpc.com<br>*ATTORNEY TO BE NOTICED* |
|  | **Bradley A. Springer**<br>Mynatt Martinez Springer P.C.<br>P.O. Box 2699<br>Las Cruces, NM 88004<br>575-524-8812<br>Fax: 575-524-0726<br>Email: bas@mmslawpc.com<br>*ATTORNEY TO BE NOTICED* |
|  | **Haley R. Grant**<br>Mynatt Martinez Springer P.C.<br>Post Office Box 2699<br>Las Cruces, NM 88004-2699<br>575-524-8812<br>Fax: 575-524-0726<br>Email: hrg@mmslawpc.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| Corizon Health, Inc. | represented by | **Henry John Paoli**<br>Scott Hulse, P.C.<br>P.O. Box 99123<br>El Paso, TX 79999-9123<br>(915) 533-2493<br>Fax: (915) 546-8333<br>Email: hpao@scotthulse.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| Christopher Barela | represented by | **Damian L Martinez**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| Veronica Salazar | represented by | **Henry John Paoli**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Casey S Stevenson**<br>Scott Hulse, PC |

                                                      1100 Chase Tower
                                                      201 E. Main Dr.
El Paso, TX 79901
915-533-2493
Fax: 915-546-8333
Email: cste@scotthulse.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Miller**                                                 represented by  **Henry John Paoli**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Casey S Stevenson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Roslyn Strohm**                                      represented by  **Henry John Paoli**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Casey S Stevenson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin Silva**                                                    represented by  **Damian L Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley A. Springer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Haley R. Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chad Hill**                                                       represented by  **Damian L Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley A. Springer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Haley R. Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2019 | 1 R | COMPLAINT *FOR THE RECOVERY OF DAMAGES CAUSED BY THE DEPRIVATION OF CIVIL RIGHTS* against All Defendants ( Filing Fee - Online Payment), filed by Antonio Reali. (Attachments: # 1 Civil Cover Sheet)(Quijano, Alyssa) (Entered: 06/28/2019) |
| 06/28/2019 | | Filing and Administrative Fees Received: $ 400 receipt number 1084-6513602 re 1 R Complaint filed by Antonio Reali (Payment made via Pay.gov)(Quijano, Alyssa) (Entered: 06/28/2019) |
| 07/01/2019 | | Magistrate Judge Gregory J. Fouratt and Magistrate Judge Stephan M. Vidmar assigned. (khs) (Entered: 07/01/2019) |
| 07/01/2019 | 2 | PLEASE TAKE NOTICE that this case has been randomly assigned to United States Magistrate Judge Gregory J. Fouratt to conduct dispositive proceedings in this matter, including motions and trial. Appeal from a judgment entered by a Magistrate Judge will be to the United States Court of Appeals for the Tenth Circuit. **It is the responsibility of the case filer to serve a copy of this Notice upon all parties with the summons and complaint.** *Consent is strictly voluntary, and a party is free to withhold consent without adverse consequences. Should a party choose to consent, notice should be made no later than 21 days after entry of the Order setting the Rule 16 Initial Scheduling Conference.* For e-filers, visit our Web site at www.nmd.uscourts.gov for more information and instructions.<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (khs) (Entered: 07/01/2019) |
| 07/24/2019 | 3 | NOTICE of Appearance by Bradley A. Springer on behalf of Board of County Commissioners for the County of Dona Ana, Chad Hill, Kevin Silva (Springer, Bradley) (Entered: 07/24/2019) |
| 07/24/2019 | 4 | NOTICE of Appearance by Damian L Martinez on behalf of Board of County Commissioners for the County of Dona Ana, Chad Hill, Kevin Silva (Martinez, Damian) (Entered: 07/24/2019) |
| 08/07/2019 | 6 | WAIVER OF SERVICE Returned Executed by Board of County Commissioners for the County of Dona Ana as to Board of County Commissioners for the County of Dona Ana. (Springer, Bradley) (Entered: 08/07/2019) |
| 08/07/2019 | 7 | WAIVER OF SERVICE Returned Executed by Kevin Silva as to Kevin Silva. (Springer, Bradley) (Entered: 08/07/2019) |
| 08/08/2019 | | Summons Issued as to Christopher Barela, Corizon Health, Inc., Chad Hill, David Miller, Veronica Salazar, Roslyn Strohm. (jg) (Entered: 08/08/2019) |
| 08/14/2019 | 9 | NOTICE of Appearance by Haley R. Grant on behalf of Board of County Commissioners for the County of Dona Ana, Chad Hill, Kevin Silva (Grant, Haley) (Entered: 08/14/2019) |
| 08/14/2019 | 10 | WAIVER OF SERVICE Returned Executed by Chad Hill as to Chad Hill. (Martinez, Damian) (Entered: 08/14/2019) |

| | | |
|---|---|---|
| 08/20/2019 | 12 | PLEASE TAKE NOTICE that this case has been reassigned to District Judge Martha Vazquez as the trial judge.<br><br>Under D.N.M.LR-Civ. 10.1, the first page of each document must have the case file number and initials of the assigned judges.<br><br>***Accordingly, further documents filed in this matter must bear the case number and the judges' initials shown in the case caption and the NEF for this document.*** **Kindly reflect this change in your filings.**<br><br>Magistrate Judge Gregory J. Fouratt no longer assigned to this case.<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (ln) (Entered: 08/20/2019) |
| 08/23/2019 | 13 | NOTICE REGARDING DOCUMENT ENTRIES: Because this case has been reassigned to a district judge, please be advised that any documents filed by the parties under Rule 73(b) have been permanently removed from the docket. Document(s) removed: Nos. 5, 8 and 11.<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (kg) (Entered: 08/23/2019) |
| 09/06/2019 | 14 | *Original* ANSWER to 1 Complaint by Corizon Health, Inc.. Related document: 1 Complaint filed by Antonio Reali.(Paoli, Henry) (Entered: 09/06/2019) |
| 09/06/2019 | 15 | NOTICE of Appearance by Henry John Paoli on behalf of Corizon Health, Inc. (Paoli, Henry) (Entered: 09/06/2019) |
| 09/16/2019 | 16 | NOTICE of Appearance by Henry John Paoli on behalf of Corizon Health, Inc., David Miller, Veronica Salazar, Roslyn Strohm (Paoli, Henry) (Entered: 09/16/2019) |
| 09/16/2019 | 17 | *Original* ANSWER to 1 Complaint by Veronica Salazar. Related document: 1 Complaint filed by Antonio Reali.(Paoli, Henry) (Entered: 09/16/2019) |
| 09/16/2019 | 18 | *Original* ANSWER to 1 Complaint by David Miller. Related document: 1 Complaint filed by Antonio Reali.(Paoli, Henry) (Entered: 09/16/2019) |
| 09/16/2019 | 19 | *Original* ANSWER to 1 Complaint by Roslyn Strohm. Related document: 1 Complaint filed by Antonio Reali.(Paoli, Henry) (Entered: 09/16/2019) |
| 09/16/2019 | 20 | *First Amended* ANSWER to 1 Complaint by Corizon Health, Inc.. Related document: 1 Complaint filed by Antonio Reali.(Paoli, Henry) (Entered: 09/16/2019) |
| 09/26/2019 | 21 | SUMMONS Returned Executed by Antonio Reali. Veronica Salazar served on 8/24/2019, answer due 9/16/2019. (Coyte, Matthew) (Entered: 09/26/2019) |
| 09/26/2019 | 22 | SUMMONS Returned Executed by Antonio Reali. Roslyn Strohm served on 8/24/2019, answer due 9/16/2019. (Coyte, Matthew) (Entered: 09/26/2019) |
| 09/26/2019 | 23 | SUMMONS Returned Executed by Antonio Reali. David Miller served on 8/24/2019, answer due 9/16/2019. (Coyte, Matthew) (Entered: 09/26/2019) |
| 09/26/2019 | 24 | MOTION to Extend (other) *Time to Serve Defendant Barela* by Antonio Reali. (Attachments: # 1 Exhibit 1: Letter Corizon Summons and Complaint, # 2 Exhibit 2: Certified Return Receipt Service Corizon, # 3 Exhibit 3 Affidavit of Service) (Coyte, Matthew) (Entered: 09/26/2019) |
| 09/27/2019 | 25 | ORDER by Magistrate Judge Stephan M. Vidmar GRANTING 24 Plaintiff's Motion to Extend Time to Serve Defendant Barela until **December 26, 2019**. [THIS IS A TEXT-ONLY ENTRY. NO DOCUMENTS ARE ATTACHED.] (am) (Entered: 09/27/2019) |

| | | |
|---|---|---|
| 10/07/2019 | 26 | *Defendant Dona Ana County's* ANSWER to 1 Complaint by Board of County Commissioners for the County of Dona Ana. Related document: 1 Complaint filed by Antonio Reali.(Martinez, Damian) (Entered: 10/07/2019) |
| 10/07/2019 | 27 | *Defendant Silva's* ANSWER to 1 Complaint by Kevin Silva. Related document: 1 Complaint filed by Antonio Reali.(Martinez, Damian) (Entered: 10/07/2019) |
| 10/09/2019 | 28 | FILED IN ERROR-*Defendant Hill's* ANSWER to 1 Complaint by Chad Hill. Related document: 1 Complaint filed by Antonio Reali.(Martinez, Damian) Modified on 10/9/2019 (vv). (Entered: 10/09/2019) |
| 10/09/2019 | 29 | *Defendant Chad Hill's* ANSWER to 1 Complaint by Chad Hill. Related document: 1 Complaint filed by Antonio Reali.(Martinez, Damian) (Entered: 10/09/2019) |
| 11/13/2019 | 30 | Unopposed MOTION for Service by Publication *of Defendant Christopher Barela* by Antonio Reali. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Coyte, Matthew) (Entered: 11/13/2019) |
| 12/03/2019 | 31 | MEMORANDUM OPINION AND ORDER by Magistrate Judge Stephan M. Vidmar DENYING without prejudice 30 Plaintiff's Motion for Service by Publication. (jcm) (Entered: 12/03/2019) |
| 12/11/2019 | 32 | WAIVER OF SERVICE Returned Executed by Christopher Barela as to Christopher Barela. (Martinez, Damian) (Entered: 12/11/2019) |
| 01/21/2020 | 33 | *Defendant Barela's* ANSWER to 1 Complaint by Christopher Barela. Related document: 1 Complaint filed by Antonio Reali.(Martinez, Damian) (Entered: 01/21/2020) |
| 01/23/2020 | 34 | ORDER by Magistrate Judge Stephan M. Vidmar SETTING telephonic Status Conference for **February 6, 2020, at 9:30 a.m.** Counsel must call Judge Vidmar's AT&T Conference Line at **(888) 363-4734 (access code: 4382538)** to connect to the proceedings. (jcm) (Entered: 01/23/2020) |
| 02/06/2020 | 35 | Clerk's Minutes for telephonic status conference held before Magistrate Judge Stephan M. Vidmar on February 6, 2020. (Recording Info: Liberty - Picacho Courtroom) (jcm) (Entered: 02/06/2020) |
| 02/06/2020 | 36 | INITIAL SCHEDULING ORDER by Magistrate Judge Stephan M. Vidmar. Joint Status Report is due by **March 19, 2020**. A telephonic Rule 16 Scheduling Conference is set for **April 9, 2020, at 9:30 a.m.** Counsel must call Judge Vidmar's AT&T Conference Line at **(888) 363-4734 (access code: 4382538)** to connect to the proceedings. (jcm) Modified on 2/6/2020 (rh). (Entered: 02/06/2020) |
| 02/14/2020 | 37 | CERTIFICATE OF SERVICE by Antonio Reali *Plaintiff's Initial Disclosures* (Quijano, Alyssa) (Entered: 02/14/2020) |
| 02/19/2020 | 38 | CERTIFICATE OF SERVICE by Board of County Commissioners for the County of Dona Ana *Initial Disclosures* (Martinez, Damian) (Entered: 02/19/2020) |
| 02/20/2020 | 39 | CERTIFICATE OF SERVICE by Corizon Health, Inc., David Miller, Veronica Salazar, Roslyn Strohm *of Initial Rule 26(a) Disclosures* (Paoli, Henry) (Entered: 02/20/2020) |
| 02/28/2020 | 40 | CERTIFICATE OF SERVICE by Antonio Reali *First Supplemental Initial Disclosures* (Quijano, Alyssa) (Entered: 02/28/2020) |
| 03/04/2020 | 41 | CERTIFICATE OF SERVICE by Board of County Commissioners for the County of Dona Ana *First Supplemental Initial Disclosures* (Martinez, Damian) (Entered: 03/04/2020) |

| | | |
|---|---|---|
| 03/10/2020 | 42 | CERTIFICATE OF SERVICE by Corizon Health, Inc., David Miller, Veronica Salazar, Roslyn Strohm (Paoli, Henry) (Entered: 03/10/2020) |
| 03/17/2020 | 43 R | Joint Status Report by Antonio Reali (Quijano, Alyssa) (Entered: 03/17/2020) |
| 04/07/2020 | 44 | CERTIFICATE OF SERVICE by Antonio Reali *Plaintiff's Second Supplemental Initial Disclosures* (Quijano, Alyssa) (Entered: 04/07/2020) |
| 04/09/2020 | 45 | Clerk's Minutes for telephonic Rule 16 Scheduling Conference held before Magistrate Judge Stephan M. Vidmar on April 9, 2020. (jcm) (Entered: 04/09/2020) |
| 04/09/2020 | 46 | SCHEDULING ORDER by Magistrate Judge Stephan M. Vidmar. Discovery terminates **November 5, 2020**. Pretrial Motions due by **December 7, 2020**. Proposed Pretrial Order due to the Court by **February 5, 2021**. (jcm) (Entered: 04/09/2020) |
| 04/09/2020 | 47 | CERTIFICATE OF SERVICE by Antonio Reali *Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admission to Defendants* (Quijano, Alyssa) (Entered: 04/09/2020) |
| 04/10/2020 | | Set Deadlines: Proposed Pretrial Order due by 1/22/2021. Pretrial Order due by 2/5/2021. (gr) (Entered: 04/10/2020) |
| 04/20/2020 | 48 | CERTIFICATE OF SERVICE by Antonio Reali *Plaintiff's Answers to Medical Defendants' First Set of Interrogatories and Requests for Production of Documents* (Quijano, Alyssa) (Entered: 04/20/2020) |
| 04/29/2020 | 49 | CERTIFICATE OF SERVICE by Christopher Barela, Board of County Commissioners for the County of Dona Ana, Chad Hill, Kevin Silva *of Defendants' Second Supplemental Initial Disclosures* (Martinez, Damian) (Entered: 04/29/2020) |
| 04/30/2020 | 50 | CERTIFICATE OF SERVICE by Christopher Barela, Board of County Commissioners for the County of Dona Ana, Chad Hill, Kevin Silva *of Defendants' Third Supplemental Initial Disclosures* (Martinez, Damian) (Entered: 04/30/2020) |
| 05/01/2020 | 51 | MOTION for Summary Judgment *on the Basis of Qualified Immunity* by Christopher Barela, Board of County Commissioners for the County of Dona Ana, Chad Hill, Kevin Silva. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11) (Martinez, Damian) (Entered: 05/01/2020) |
| 05/01/2020 | 52 | NOTICE by Christopher Barela, Board of County Commissioners for the County of Dona Ana, Chad Hill, Kevin Silva re 51 MOTION for Summary Judgment *on the Basis of Qualified Immunity of Filing Audio Visual Material* (Martinez, Damian) (Entered: 05/01/2020) |
| 05/01/2020 | 53 | Unopposed MOTION to Stay re 51 MOTION for Summary Judgment *on the Basis of Qualified Immunity* by Christopher Barela, Board of County Commissioners for the County of Dona Ana, Chad Hill, Kevin Silva. (Martinez, Damian) (Entered: 05/01/2020) |
| 05/01/2020 | 54 | NOTICE by Christopher Barela, Board of County Commissioners for the County of Dona Ana, Chad Hill, Kevin Silva re 51 MOTION for Summary Judgment *on the Basis of Qualified Immunity of Errata* (Martinez, Damian) (Entered: 05/01/2020) |
| 05/01/2020 | 55 R | STIPULATED ORDER by Magistrate Judge Stephan M. Vidmar GRANTING 53 Unopposed Motion to Stay Pending Resolution of Qualified Immunity Defense (am) (Entered: 05/01/2020) |

| | | |
|---|---|---|
| 05/08/2020 | 56 | NOTICE by Antonio Reali *Notice of Extension of Briefing* (Quijano, Alyssa) (Entered: 05/08/2020) |
| 05/21/2020 | 57 | Unopposed MOTION to Amend/Correct *Motion to Amend Complaint* by Antonio Reali. (Attachments: # 1 Exhibit Exhibit 1 - Amended Complaint) (Quijano, Alyssa) (Entered: 05/21/2020) |
| 05/27/2020 | 58 | STIPULATED ORDER by Magistrate Judge Stephan M. Vidmar GRANTING 57 Plaintiff's Unopposed Motion to Amend the Complaint. Plaintiff must file the amended complaint no later than **June 3, 2020**. (jcm) (Entered: 05/27/2020) |
| 05/27/2020 | 59 R | AMENDED COMPLAINT *Plaintiff's Amended Complaint for the Recovery of Damages Caused by the Deprivation of Civil Rights* against All Defendants., filed by Antonio Reali. (Quijano, Alyssa) (Entered: 05/27/2020) |
| 05/28/2020 | 60 | Unopposed MOTION to Extend (other) *Page Limits* by Antonio Reali. (Quijano, Alyssa) (Entered: 05/28/2020) |
| 05/29/2020 | 61 | ORDER EXTENDING PAGE LIMITS by District Judge Martha Vazquez GRANTING 60 ORDER on Motion to Extend. WHEREFORE, it is Ordered, Adjudged, and Decreed that the Motion be granted, extending the briefing page limit for Plaintiff's Response to Defendants Board of County Commissioners for the County of Dona Ana, Christopher Barela, Kevin Silva, and Chad Hill's Motion for Summary Judgment to 30 pages. (gr) (Entered: 05/29/2020) |
| 05/29/2020 | 62 | CERTIFICATE OF SERVICE by Antonio Reali *Plaintiff's Third Supplemental Initial Disclosures* (Quijano, Alyssa) (Entered: 05/29/2020) |
| 05/29/2020 | 63 | CERTIFICATE OF SERVICE by Antonio Reali *Plaintiff's First Supplemental Answers and Responses to Defendants Veronica Salazar, David Miller, Roslyn Strohm and Corizon Health, Inc.'s First Set of Interrogatories and Requests for Production to Plaintiff* (Quijano, Alyssa) (Entered: 05/29/2020) |
| 06/01/2020 | 64 | RESPONSE in Opposition re 51 MOTION for Summary Judgment *on the Basis of Qualified Immunity Plaintiff's Response in Opposition to Defendants' Motion* filed by Antonio Reali. (Attachments: # 1 Exhibit DACDC and Corizon Contract Oversight, # 2 Exhibit Antonio Reali's Release Paperwork, # 3 Exhibit Antonio Reali's Affidavit, # 4 Exhibit DACDC SOPs, # 5 Exhibit Rule 56(d) Affidavit, # 6 Exhibit Antonio Reali's Medical Notes, # 7 Exhibit July 3, 2017 Incident Report, # 8 Exhibit Affidavit of Ross Hensel, # 9 Exhibit Chad Hill's HR File, # 10 Exhibit Kevin Silva's HR File, # 11 Exhibit Christopher Barela's Criminal Complaint, # 12 Exhibit Christopher Barela's HR File) (Quijano, Alyssa) (Entered: 06/01/2020) |
| 06/08/2020 | 65 | NOTICE by Christopher Barela, Board of County Commissioners for the County of Dona Ana, Chad Hill, Kevin Silva re 64 Response in Opposition to Motion,,, *of Extension to File Reply* (Martinez, Damian) (Entered: 06/08/2020) |
| 06/09/2020 | 66 | *Board of County Commissioners for the County of Dona Ana's* ANSWER to 59 R Amended Complaint by Board of County Commissioners for the County of Dona Ana. (Martinez, Damian) (Entered: 06/09/2020) |
| 06/09/2020 | 67 | *Christopher Barela's* ANSWER to 59 R Amended Complaint by Christopher Barela. (Martinez, Damian) (Entered: 06/09/2020) |
| 06/09/2020 | 68 | *Kevin Silva's* ANSWER to 59 R Amended Complaint by Kevin Silva.(Martinez, Damian) (Entered: 06/09/2020) |
| 06/09/2020 | 69 | *Chad Hill's* ANSWER to 59 R Amended Complaint by Chad Hill.(Martinez, Damian) |

| | | |
|---|---|---|
| | | (Entered: 06/09/2020) |
| 06/09/2020 | 70 | *Original* ANSWER to 59 **R** Amended Complaint by Corizon Health, Inc..(Paoli, Henry) (Entered: 06/09/2020) |
| 06/09/2020 | 71 | *Original* ANSWER to 59 **R** Amended Complaint by David Miller.(Paoli, Henry) (Entered: 06/09/2020) |
| 06/09/2020 | 72 | *Original* ANSWER to 59 **R** Amended Complaint by Roslyn Strohm.(Paoli, Henry) (Entered: 06/09/2020) |
| 06/09/2020 | 73 | *Original* ANSWER to 59 **R** Amended Complaint by Veronica Salazar.(Paoli, Henry) (Entered: 06/09/2020) |
| 06/24/2020 | 74 | Unopposed MOTION for Leave to File Excess Pages *to Plaintiff's Response (Doc. 64)* by Board of County Commissioners for the County of Dona Ana. (Martinez, Damian) (Entered: 06/24/2020) |
| 06/24/2020 | 75 | ORDER by District Judge Martha Vazquez GRANTING 74 Motion for Leave to File Excess Pages. IT IS THEREFORE ORDERED that the County Defendants' Unopposed Motion to Exceed Page Limits (Doc. 74) is GRANTED extending the briefing page limit for Defendant Board of County Commissioners for the County of Dona Ana Reply to Plaintiff's Response in Opposition to Defendants Board of County Commissioners for the County of Dona Ana, Christopher Barela, Kevin Silva, and Chad Hill's Motion for Summary Judgment and Supporting Brief (Doc. 64 ) to 25 pages. (gr) (Entered: 06/24/2020) |
| 06/26/2020 | 76 | REPLY to Response to Motion re 51 MOTION for Summary Judgment *on the Basis of Qualified Immunity* filed by Christopher Barela, Board of County Commissioners for the County of Dona Ana, Chad Hill, Kevin Silva. (Attachments: # 1 Supplement Declaration) (Martinez, Damian) (Entered: 06/26/2020) |
| 06/26/2020 | 77 | NOTICE of Briefing Complete by Christopher Barela, Board of County Commissioners for the County of Dona Ana, Chad Hill, Kevin Silva re 51 MOTION for Summary Judgment *on the Basis of Qualified Immunity* filed by Board of County Commissioners for the County of Dona Ana, Kevin Silva, Chad Hill, Christopher Barela (Martinez, Damian) (Entered: 06/26/2020) |
| 07/15/2020 | 78 **R** | Partial MOTION for Summary Judgment *Based on Qualified Immunity* by David Miller, Veronica Salazar, Roslyn Strohm. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit) (Paoli, Henry) (Entered: 07/15/2020) |
| 07/22/2020 | 79 | NOTICE by Antonio Reali *Notice of Extension of Briefing* (Quijano, Alyssa) (Entered: 07/22/2020) |
| 07/24/2020 | 80 | CERTIFICATE OF SERVICE by Antonio Reali *Plaintiff's Fourth Supplemental Initial Disclosures* (Quijano, Alyssa) (Entered: 07/24/2020) |
| 07/24/2020 | 81 | CERTIFICATE OF SERVICE by Antonio Reali *Plaintiff's Second Supplemental Responses to Corizon Defendants' First Set of Requests for Production to Plaintiff* (Quijano, Alyssa) (Entered: 07/24/2020) |
| 08/10/2020 | 82 | Unopposed MOTION to Extend (other) *Notice of Extension of Briefing* by Antonio Reali. (Quijano, Alyssa) (Entered: 08/10/2020) |
| 08/11/2020 | 83 | ORDER by District Judge Martha Vazquez GRANTING 82 ORDER on Motion to Extend Page Limits. WHEREFORE, it is Ordered, Adjudged, and Decreed that the Motion be granted, extending the briefing page limit for Plaintiff's Response to Defendants David Miller, Roslyn Strohm and Veronica Salazar's Motion for Partial |

| | | |
|---|---|---|
| | | Summary Judgment Based on Qualified Immunity to 30 pages. (gr) (Entered: 08/11/2020) |
| 08/12/2020 | 84 R | RESPONSE in Opposition re 78 R Partial MOTION for Summary Judgment *Based on Qualified Immunity* filed by Antonio Reali. (Attachments: # 1 R Exhibit Affidavit of Dr. Alon Steinberg, # 2 R Exhibit Declaration of Madeleine LaMarre, # 3 R Exhibit Affidavit of Alyssa Quijano, Esq.) (Quijano, Alyssa) (Entered: 08/12/2020) |
| 08/21/2020 | 85 | MOTION for Extension of Time to File Response/Reply *PLAINTIFFS RESPONSE CONCERNING THE MOTION FOR SUMMARY JUDGMENT AND MOTION FOR EXTENSION OF PAGE LIMITS* by Corizon Health, Inc., David Miller, Veronica Salazar, Roslyn Strohm. (Paoli, Henry) (Entered: 08/21/2020) |
| 08/21/2020 | 86 | ORDER by District Judge Martha Vazquez GRANTING 85 Motion for Extension of Time to File Response/Reply re 85 MOTION for Extension of Time to File Response/Reply *PLAINTIFFS RESPONSE CONCERNING THE MOTION FOR SUMMARY JUDGMENT AND MOTION FOR EXTENSION OF PAGE LIMITS*. Response due by 9/3/2020. (gr) (Entered: 08/21/2020) |
| 09/02/2020 | 87 | RESPONSE in Support re 78 R Partial MOTION for Summary Judgment *Based on Qualified Immunity* filed by David Miller, Veronica Salazar, Roslyn Strohm. (Paoli, Henry) (Entered: 09/02/2020) |
| 09/02/2020 | 88 | NOTICE of Briefing Complete by David Miller, Veronica Salazar, Roslyn Strohm re 78 R Partial MOTION for Summary Judgment *Based on Qualified Immunity* filed by Roslyn Strohm, David Miller, Veronica Salazar (Paoli, Henry) (Entered: 09/02/2020) |
| 10/08/2020 | 89 | CERTIFICATE OF SERVICE by Antonio Reali *Plaintiff's Fifth Supplemental Initial Disclosures* (Quijano, Alyssa) (Entered: 10/08/2020) |
| 10/08/2020 | 90 | CERTIFICATE OF SERVICE by Antonio Reali *Plaintiff's Third Supplemental Answers and Responses to Medical Defendants' First Set of Interrogatories and Requests for Production* (Quijano, Alyssa) (Entered: 10/08/2020) |
| 06/24/2021 | 91 | CERTIFICATE OF SERVICE by Antonio Reali *Plaintiff's Sixth Supplemental Initial Disclosures* (Quijano, Alyssa) (Entered: 06/24/2021) |
| 07/28/2021 | 92 | NOTICE by Antonio Reali re 78 R Partial MOTION for Summary Judgment *Based on Qualified Immunity*, 84 R Response in Opposition to Motion, *Notice of Supplemental Authority* (Quijano, Alyssa) (Entered: 07/28/2021) |
| 08/31/2021 | 93 | Unopposed MOTION to Withdraw as Attorney by Antonio Reali. (Quijano, Alyssa) (Entered: 08/31/2021) |
| 08/31/2021 | 94 | ORDER by Magistrate Judge Stephan M. Vidmar GRANTING 93 Attorney Quijano's Motion to Withdraw as Counsel. Attorney Quijano is terminated from this action. Attorney Coyte remains as counsel for Plaintiff. [THIS IS A TEXT-ONLY ENTRY. NO DOCUMENTS ARE ATTACHED.] (am) (Entered: 08/31/2021) |
| 11/16/2022 | 95 | NOTICE of Appearance by Blaine T. Mynatt on behalf of Board of County Commissioners for the County of Dona Ana (Mynatt, Blaine) (Entered: 11/16/2022) |
| 12/28/2022 | 96 | PLEASE TAKE NOTICE that this case has been reassigned to Chief Magistrate Judge Gregory B. Wormuth as the pretrial judge.<br><br>Under D.N.M.LR-Civ. 10.1, the first page of each document must have the case file number and initials of the assigned judges. |

| | | |
|---|---|---|
| | | *Accordingly, further documents filed in this matter must bear the case number and the judges' initials shown in the case caption and the NEF for this document.* **Kindly reflect this change in your filings.**<br><br>Magistrate Judge Stephan M. Vidmar no longer assigned to this case. [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (cer) (Entered: 12/28/2022) |
| 01/16/2023 | 97 | Corporate Disclosure Statement by Corizon Health, Inc. identifying Corporate Parent Valitas Intermediate Holdings, Inc., Other Affiliate M2 EquityCo., LLC for Corizon Health, Inc.. (Paoli, Henry) (Entered: 01/16/2023) |
| 02/15/2023 | 98 | SUGGESTION OF BANKRUPTCY Upon the Record *and Notice of Automatic Stay* by Corizon Health, Inc. (Paoli, Henry) (Entered: 02/15/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/28/2023 18:22:45 | | | |
| **PACER Login:** | rjshannontxwb | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-cv-00603-MV-GBW |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |