

Additional contributions that Corizon has made to its partnership with MDOC:

- Development and implementation of updated and evidence-informed treatment program based on best practice recommendations.
- Expanded infirmary bed usage resulting in fewer hospital days and less officer utilization, as illustrated in Section 2.1 of Exhibit B.
- Enhanced Care Units – worked together to provide special housing units for our infirmed and demented offenders
- Established Vivitrol Program
- Established Troponin program – to reduce outcounts for non-cardiac chest pain complaints
- Developed patient education for: diabetes, hypertension, flu, COVID, overdoses, suicide prevention
- Established/Expanded telehealth program
- Implemented weekly rounds by mental health staff for offenders in isolation due to COVID positive results
- Statewide Infection Control Nurse entering offender COVID data into the DOC COVID database.
- Established medical unit at Transition Center of St. Louis
- Provided more chronic care clinics than required by contract
- Corizon physician (Dr. Thomas Pryor, Medical Director at OCC) became HIV certified to manage HIV patients
- Infectious disease referrals to community for releasing offenders; for example,  TB/HIV – Positive Start program came on site to talk with offenders prior to release
- Established on-site clinics for oral surgery, endoscopy, and physical therapy
- Established programs with professional schools to allow students to participate in clinical rotations at our facilities
- Assisted with development and implementation of MARS (electronic medical record)
- Developed the Benefits Guide for Offenders
- Formed a grievance committee and developed a handbook for managers to respond to offender grievances
- Set up FRDC lab to conduct HIV, syphilis, and hepatitis tests
- Funded and set up the dialysis unit at MCC
- Assisted DOC with development and implementation of the hospice program
- Assisted with WSRU move to CCC to expand number of patients that can be treated outside of the segregation setting

## Contracts Gained and Lost in Past Five Years

The tables on the following page list the contracts gained and lost over the past five years, the average daily population, and the reasons for any lost contract. All contracts were for correctional medical care services and some also included mental health and pharmacy services. The table on page 12,  which lists all contracts for the past five years, also indicates the scope of services provided for each contract.



| Contracts Gained | |
|---|---|
| | **ADP** |
| Brevard County (FL) Sheriff's Office | 1,626 |
| Maryland Department of Public Safety and Correctional Services | 17,629 |
| Riverside Regional Jail (VA)* | 1,228 |
| St. Clair County (MI) Sheriff's Office | 327 |

*\* Riverside Regional Jail contract expired in 2019 and was re-awarded to Corizon through competitive bid in 2020.*

| Contracts Lost | | |
|---|---|---|
| | **Reason** | **ADP** |
| Alabama Department of Corrections | Expired | 21,278 |
| Alameda County (CA) Jail & Detention Center | Expired | 2,474 |
| Anne Arundel County (MD) Sheriff's Office | Expired | 762 |
| Arizona Department of Corrections | Expired | 33,587 |
| Bergen County (NJ) Jail | Expired | 483 |
| Chatham County (GA) Sheriff's Office | Expired | 1,650 |
| Clackamas County (OR) Sheriff's Office | Expired | 478 |
| Cumberland County (ME) Sheriff's Office | Expired | 399 |
| Florida Department of Corrections | Vendor Initiated | 72,483 |
| Fresno County (CA) Sheriff's Office | Expired | 3,230 |
| Fulton County (GA) Jail | Expired | 2,522 |
| Gwinnett County (GA) Sheriff's Office | Expired | 2,180 |
| Henderson, City of (NV) Jail | Expired | 490 |
| Hennepin County (MN) Sherriff's Office | Terminated by county to use statewide DOC vendor, in accordance with state statutes. | 420 |
| Indiana Department of Corrections | Expired | 25,387 |
| Kansas Department of Corrections | Expired | 10,070 |
| Kintock Group (NJ & PA) | Expired | 682 |
| Mohave County (AZ) Jail & Detention Center | Expired | 465 |
| New Mexico Corrections Department | Expired | 7,215 |
| Polk County (IA) Sheriff's Office | Expired | 875 |
| Riverside Regional Jail (VA)* | Expired | 1,354 |
| Santa Barbara (CA) County Jail & Juvenile | Expired | 1,128 |
| Somerset County (NJ) Jail | Expired | 175 |
| St. Lucie (FL) County Sheriff's Office | Expired | 1,301 |
| Tulare County (CA) Adult & Juvenile Facilities | Expired | 1,683 |

*\* Riverside Regional Jail contract expired in 2019 and was re-awarded to Corizon through competitive bid in 2020.*



## Contracts/Clients for Past Five Years

The following table is a summary of Corizon's contracts/clients over the past five years. All contracts have been for the provision of correctional health and/or mental health service with the specific scope of work indicated. State correctional systems are **shaded and shown in bold type.**

| Contract/Client | Average Daily Population | Medical | Mental Health | Dental | Pharmacy | Support Services* |
|---|---|---|---|---|---|---|
| Adams County (CO) | 908 | X | X | X | X | X |
| **Alabama Department of Corrections** | **21,278** | **X** | | **X** | **X** | **X** |
| Alachua County (FL) | 707 | X | X | X | X | X |
| Alameda County (CA) | 2,474 | X | | X | X | X |
| Allegheny County (PA) | 2,422 | X | X | X | X | X |
| Anne Arundel County (MD) | 762 | X | X | X | X | X |
| **Arizona Department of Corrections** | **33,587** | **X** | **X** | **X** | **X** | **X** |
| Arlington County (VA) | 253 | X | X | X | | X |
| Bergen County (NJ) | 483 | | | | | X |
| Brevard County (FL) | 1,537 | X | | X | X | X |
| Calhoun County (MI) | 402 | X | X | X | X | X |
| Charlotte County (FL) | 514 | X | X | X | X | X |
| Chatham County (GA) | 1,650 | X | X | X | | X |
| City of Henderson (NV) | 490 | X | X | X | | X |
| Clackamas County (OR) | 478 | X | X | X | | X |
| Collier County (FL) | 793 | X | X | X | X | X |
| Cumberland County (ME) | 399 | X | X | X | X | X |
| Cumberland County (NJ) | 601 | X | X | X | | X |
| Doña Ana County (NM) | 525 | X | X | X | X | X |
| El Paso County (TX) | 2,078 | X | X | X | | X |
| Essex County (NJ) | 95 | X | X | X | X | X |
| **Florida Department of Corrections** | **72,486** | **X** | **X** | **X** | | **X** |
| Fresno County (CA) | 3,230 | X | X | X | X | X |
| Fulton County (GA) | 2,522 | X | X | X | X | X |
| Genesee County (MI) | 563 | X | X | X | X | X |
| Gwinnett County (GA) | 2,180 | X | X | X | X | X |
| Hennepin County (MN) | 420 | X | X | X | X | X |
| Hunterdon County (NJ) | 65 | X | X | | | X |
| **Idaho Department of Corrections** | **6,777** | **X** | **X** | **X** | **X** | **X** |
| **Indiana Department of Corrections** | **25,387** | **X** | **X** | **X** | **X** | **X** |
| Kent County (MI) | 806 | X | X | X | | X |
| Kintock Group ( NJ & PA) | 341 | X | X | | | X |
| Lane County (OR) | 321 | X | X | X | X | X |
| Lee County (FL) | 1,691 | X | X | X | | X |



| Contract/Client | Average Daily Population | Medical | Mental Health | Dental | Pharmacy | Support Services* |
|---|---|---|---|---|---|---|
| Leon County (FL) | 929 | X | X | X | X | X |
| Lexington-Fayette County (KY) | 980 | X | | X | X | X |
| **Maryland Department of Public Safety and Correctional Services** | **18,313** | **X** | | | | **X** |
| **Michigan Department of Corrections** | **34,540** | **X** | **X** | **X** | **X** | **X** |
| **Missouri Department of Corrections** | **23,420** | **X** | **X** | **X** | **X** | **X** |
| Mohave County (AZ) | 465 | X | X | X | X | X |
| **New Mexico Corrections Department** | **7,215** | **X** | | **X** | **X** | **X** |
| Okaloosa County (FL) | 675 | X | X | X | X | X |
| Passaic County (NJ) | 495 | X | X | | | X |
| Philadelphia, City of (PA) | 4,222 | X | | X | X | X |
| Polk County (FL) | 2,328 | X | X | X | X | X |
| Polk County (IA) | 875 | X | X | X | X | X |
| Prince George's County (MD) | 699 | X | X | X | X | X |
| Rikers Island (NY) | 8,226 | X | X | X | X | X |
| Riverside Regional Jail (VA) | 1,193 | X | X | X | | X |
| Santa Barbara County (CA) | 1,128 | X | | X | X | X |
| Shawnee County (KS) | 479 | X | X | X | X | X |
| Somerset County (NJ) | 175 | X | X | X | X | X |
| St. Clair County (MI) | 287 | X | X | X | X | X |
| St. Louis, City of (MO) | 763 | X | X | X | X | X |
| St. Lucie County (FL) | 1,301 | X | | X | X | X |
| **Tennessee Department of Corrections** | **15,013** | | | | **X** | |
| **Tennessee Department of Corrections** | **12,427** | | **X** | | | |
| Tulare County (CA) | 1,683 | X | X | X | X | X |
| Union County (NJ) | 782 | X | X | X | | X |
| Volusia County (FL) | 1,348 | X | | X | | X |
| Washington County (ME) | 39 | | | | X | |
| Washington County (OR) | 512 | X | X | X | | X |
| **Wyoming Department of Corrections** | **1,848** | **X** | **X** | **X** | **X** | **X** |

*Support Services include, but are not limited to: recruiting and retention, training and education, utilization management, IT support, professional development, telehealth, claims and billing, network development, and continuous quality improvement.*

## Healthcare Experience with Comparable State Correctional Systems

In addition to the state correctional systems served in the past five years, Corizon has also provided medical, mental health, and/or pharmacy services to the following state systems:

- Arkansas Department of Corrections: 1997-2013
- Delaware Department of Corrections: 1985-2002; 2005-2010