# 2023 FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT

DOCUMENT# L20000164216

**Entity Name:** M2 LOANCO, LLC

**FILED**
**Jan 18, 2023**
**Secretary of State**
**9754466797CR**

**Current Principal Place of Business:**

666 NE 125TH ST
STE 212
NORTH MIAMI, FL 33161

**Current Mailing Address:**

666 NE 125TH ST
STE 212
NORTH MIAMI, FL 33161 US

**FEI Number:** NOT APPLICABLE

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

VOGEL, LEVI
9507 NW 38TH STREET
CORAL SPRINGS, FL 33065 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: LEVI VOGEL                                                                                     01/18/2023
Electronic Signature of Registered Agent                                                                  Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AUTHORIZED MEMBER |
| Name | GOLDBERGER, ABRAHAM |
| Address | 666 NE 125TH ST STE 212 |
| City-State-Zip: | NORTH MIAMI FL 33161 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ABRAHAM GOLDBERGER                    AUTHORIZED MEMBER       01/18/2023
Electronic Signature of Signing Authorized Person(s) Detail                                Date