IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| TEHUM CARE SERVICES, INC.,[1] | § | Case No. 23-90086 (CML) |
| | § | |
| DEBTOR(S) | § | |

### NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Section 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| | |
|---|---|
| St. Luke's Health System, Ltd.<br>190 E. Bannock Street<br>Boise, ID 83712 | David Barton<br>(208) 493-0560<br>bartond@slhs.org |
| Capital Region Medical Center<br>1125 Madison St.<br>Jefferson City, MO 65101 | Tom Luebbering<br>(573) 632-5001<br>tluebbering@crmc.org |
| Maxim Healthcare Staffing Services, Inc.<br>7227 Lee Deforest Drive<br>Columbia, MD 21046 | Neil M. Williamson<br>(410) 910-6191<br>newillia@maximstaffing.com |
| Saint Alphonsus Health System, Inc.<br>1055 N. Curtis Road<br>Boise, ID 83706 | Stephanie Westermeier<br>(208) 367-6325<br>stephanie.westermeier@trinity-health.org |

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

| Truman Medical Center, Inc. d/b/a University Health 2301 Holmes Street Kansas City, MO 63108 | Claire Hillman (816) – 404-3617 Claire.hillman@uhkc.org |
|---|---|
| Rachell Garwood 31956 West Cranston Street New Haven, MI 48048 | (586) 260-8325 rachellgarwood@yahoo.com |

Dated: March 2, 2023

          KEVIN M. EPSTEIN
          UNITED STATES TRUSTEE


          By: /s/ Andrew Jiménez
          Andrew Jiménez, Trial Attorney
          District of Columbia Bar 991907
          Email: Andrew.Jimenez@usdoj.gov
          606 N. Carancahua Street, Suite 1107
          Corpus Christi, TX 78401
          (361) 888-3261
          (361) 888-3263 Fax

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on March 2, 2023.

          */s/ Andrew Jiménez*
          Andrew Jiménez
          Trial Attorney