**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Adam B. Nach – 013622
Email: adam.nach@lane-nach.com

*Attorney for Jennifer Power, Henry Snook, Aanda Slocum, Linda Floyd and successors and assigns*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>TEHUM CARE SERVICES, INC.,<br><br>Debtor. | (Chapter 11 Case)<br><br>No. 23-90086 (CML) |

**STATEMENT PURSUANT TO RULE 2019 OF FEDERAL RULES OF BANKRUPTCY**

The undersigned, Adam B. Nach, a partner in the law firm of Lane & Nach, P.C. ("Lane & Nach"), is authorized to make the following declaration pursuant to the requirements of Rule 2019 of the Federal Rules of Bankruptcy:

1. Lane & Nach represents the following creditors (the "Listed Creditors") in this case and has filed a Notice of Appearance on their behalf:

    a. Jennifer Power

    b. Henry Snook

    c. Aanda Slocum

    d. Linda Floyd

    e. Successors and assigns

2. The Debtor, as the time of the filing of the petition initiating this case, and

continues to be, may be indebted to the Listed Creditors.

3. Lane & Nach is representing the Listed Creditors in this Bankruptcy Proceeding.

4. Lane & Nach expressly reserves the right to supplement or amend this statement in any respect. In filing this statement, Lane & Nach does not submit itself to the jurisdiction of the Court for any purpose other than with respect to this statement.

I declare under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED this 3rd day of March, 2023.

**LANE & NACH, P.C.**

By /s/ Adam B. Nach
Adam B. Nach
Attorneys for Listed Creditors

COPY of the foregoing delivered
via electronic notification as follows:

Jason S Brookner
Gray Reed & McGraw LLP
1601 Elm Street
Suite 4600
Dallas, TX 75201
Email: jbrookner@grayreed.com
Attorney for Debtor

Andrew Jimenez
U.S. Department of Justice
Office of the U.S.Trustee
606 N Carancahua St
Ste 1107
Corpus Christi, TX 78401
Email: andrew.jimenez@usdoj.gov

Ha Minh Nguyen
Office of the United States Trustee
515 Rusk St
Ste 3516
Houston, TX 77002
Email: ha.nguyen@usdoj.gov

By /s/ Sheila Rochin