United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TEHUM CARE SERVICES, INC., | ) ) | Case No. 23-90086 (CML) |
| Debtor. | ) ) ) | **Re: Docket No. 7** |

## ORDER REGARDING DEBTOR'S EMERGENCY MOTION
## TO EXTEND AND ENFORCE THE AUTOMATIC STAY

Pursuant to Section 105(a) of the Bankruptcy Code, and for the reasons stated on the record at the March 3, 2023 hearing (including preserving the rights of affected parties and preserving estate assets), the Court temporarily extends the automatic stay to the litigation claims on the attached Exhibit 1 through May 18, 2023.

The Court will conduct an evidentiary hearing to consider the relief requested in the Debtor's Motion to Extend and Enforce the Automatic Stay (Docket No. 7) on May 17, 2023 at 1:00 p.m. (Central Time). Objections to the Motion must be filed by April 3, 2023. The Debtor must file any reply to objections by April 24, 2023.

Signed: March 03, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

## **Exhibit 1**

| Case Caption | Indemnified Clients | Non-Debtor Affilates | Indemnified D&Os / Employees |
|---|---|---|---|
| *Edmo v. Corizon Inc. et al.*, No. 1:17-cv-00151-BLW<br>U.S. District Court for the District of Idaho | Idaho Department of Corrections | | |
| N/A (Tort Claim Notice of Alex Scott) | Idaho Department of Corrections | | |
| *Lyles v. Papendick et al.*, No. 2:19-cv-10673-LJM-KGA<br>U.S. District Court for the Eastern District of Missouri | | YesCare Corp.<br>CHS TX, Inc. | |
| *Wolf v. Tewalt, et al.*, No. 1:21-cv-00226-BLW<br>U.S. District Court for the District of Idaho | Rona Seigert<br>(Idaho DOC employee) | | |
| *Branum v. City of Phoenix, et al*, No. 4:21-cv-00357-RM<br>U.S. District Court for the District of Arizona | David Shinn,<br>Arizona DOC Director | | |
| N/A (Tort Claim Notice of Bradley Armstrong) | Idaho Department of Corrections | | |
| *Cameron Regional Medical Center, Inc v. Corizon Health, Inc., et al.*, No. 5:22-cv-6122<br>U.S. District Court for the Western District of Missouri | | YesCare Corp.<br>CHS TX, Inc. | |
| *Belcher v. Tewalt, et al.*, No. 1:21-cv-00393-BLW<br>U.S. District Court for the District of Idaho | Rona Seigert<br>(Idaho DOC employee) | | |
| *Belcher v. Grace, et al.*, No. 1:22-cv-00256-BLW<br>U.S. District Court for the District of Idaho | Rona Seigert<br>(Idaho DOC employee) | | |
| *Curators of the Univ. of Missouri et al. v. Tehum Care Servs., Inc., et al.*, No. 23-04005<br>U.S. Bankruptcy Court for the Western District of Missouri<br>(*removed from* the Circuit Court of Boone County, Mo., Div. 4, No. 22BA-CV01701-01) | | YesCare Corp.<br>CHS TX, Inc. | |
| *Capitol Eye Care Inc. v. Tehum Care Services Inc.*, No. 22AC-CC07354<br>Circuit Court of Cole County, Missouri | | YesCare Corp.<br>CHS TX, Inc. | |
| *Brightly v. Corizon Health Inc., et al.*, No. 4:21-cv-127-JCH-PSOT<br>U.S. District Court for the District of Arizona | David Shinn,<br>Arizona DOC Director | | |
| *Mintun v. Corizon Health Inc., et al.*, No. 1:21-cv-00124-BLW<br>U.S. District Court for the District of Idaho | Rona Seigert<br>(Idaho DOC employee) | | |
| *Stenberg v. Corizon Health, Inc., et al.*, No. 4:20-cv-10674<br>U.S. District Court for the Eastern District of Michigan | | YesCare Corp.<br>CHS TX, Inc. | Patricia Schmidt |
| *Halo Branded Solutions, Inv. v. Corizon Health Inc., et al.*, No. 2023LA000124<br>Circuit Court of 18th Judicial Circuit Court of Illinois | | YesCare Corp.<br>CHS TX, Inc. | |
| *Bernstein v. Corizon Health Inc. et al.*, No. 18PI-CC00022<br>Circuit Court of Pike County, Missouri | Missouri Department of Corrections | | |
| *Hyman v. YesCare Corp. et al.*, No. 3:22-cv-01081<br>U.S. District Court for the Middle District of Tennessee | | YesCare Corp.<br>CHS TX, Inc. | Sara Tirschwell, Scott King, Isaac Lefkowitz, Abraham Goldberger, & David Gefner |
| *Wilkinson v. Corizon Medical Services, et al.*, No. 1:22-cv-00104-REP<br>U.S. District Court for the District of Idaho | Rona Seigert<br>(Idaho DOC employee) | | |
| *Snider v. Corizon Medical et al.*, No. 1:20-cv-648<br>U.S. District Court for the Western District of Michigan | | | Patricia Schmidt |
| *Estate of Milkiewicz v. Genesee County et al.*, No. 2:17-cv-13047<br>U.S. District Court for the Eastern District of Michigan | Genesee County | | |
| *K.A. et al. v. City of New York et al.*, No. 1:16-cv-04936<br>U.S. District Court for the Southern District of New York | City of New York | | Sidney Wilson |
| *Jackson v. Corizon Health Inc. et al.*, No. 2:19-cv-13382-GAD-PTM<br>U.S. District Court for the Eastern District of Michigan | | YesCare Corp.<br>CHS TX, Inc. | |
| *Miotke v. Corizon Health Inc. et al.*, No. 19-cv-47201<br>Circuit Court of Oregon, County of Multnoman | Clackamas County | | |
| *Stewart v. Ryan et al.*, No. 2:20-cv-01376-ROS-DMF<br>U.S. District Court for the District of Arizona | Charles Ryan<br>(Arizona DOC Director) | | |
| *Maxim Healthcare Staffing Servs., Inc. v. Tehum Care Servs., Inc. et al.*, No. 3:23-cv-0018<br>U.S. District Court for the Middle District of Tennessee | | YesCare Corp.<br>CHS TX, Inc. | |
| *Chapman v. Dunn et al.*, No. 2:20-cv-00007-WKW-CSC<br>U.S. District Court for the Middle District of Alabama | Jefferson Dunn, Ruth Naglich, & Mary Cooks (Alabama DOC employees) | | |
| *Schroder v. Johnson, et al.*, No. 1:21-cv-00106-BLW<br>U.S. District Court for the District of Idaho | Rona Seigert<br>(Idaho DOC employee) | | |

| Case Caption | Indemnified Clients | Non-Debtor Affilates | Indemnified D&Os / Employees |
|---|---|---|---|
| *Schroder v. Zarkoff et al.*, No. 1:21-cv-00052-BLW<br>U.S. District Court for the District of Idaho | Rona Seigert<br>(Idaho DOC employee) | | |
| *Buchanan v. Tehum Care Services, Inc. et al.*, No. 4:22-cv-01361<br>U.S. District Court for the Eastern District of Missouri | | YesCare Corp.<br>CHS TX, Inc. | |
| *Coleman v. Corizon et al.*, No. 5:21-cv-13061<br>U.S. District Court for the Eastern District of Michigan | | | Patricia Schmidt |
| *Gamez v. United States, et al.*, No. 20-16180, 9th Cir. Court of Appeals<br>*(on appeal from* 2:17-cv-02044-JJT-ESW, U.S. District Court for the District of Arizona) | Charles Ryan & Richard Pratt<br>(Arizona DOC employees) | | |
| *Johnson v. Gulick et al.*, No. 2:20-cv-10147<br>U.S. District Court for the Eastern District of Michigan | | | Patricia Schmidt |
| *Blake v. Corizon et al.*, No. 22-3048, 10th Cir. Court of Appeals<br>*(on appeal from* 5:21-cv-3140-JAR-ADM, U.S. District Court for the District of Kansas) | | | Scot Yarnell |
| *Saint Alphonsus Health Sys., Inc. v. Tehum Care Servs., Inc., et al.*, No. 1:23-cv-00065<br>U.S. District Court for the District of Idaho | | YesCare Corp.<br>CHS TX, Inc. | Sara Tirschwell<br>Scott King |
| *Saint Alphonsus Health Sys., Inc. v. Tehum Care Servs., Inc., et al.*, No. 1:23-cv-00065<br>U.S. District Court for the District of Idaho | | YesCare Corp.<br>CHS TX, Inc. | |
| *St. Luke's Health System, Ltd et al v. Corizon, LLC et al.*, No. 1:18-cv-00289-DCN<br>U.S. District Court for the District of Idaho | | YesCare Corp.<br>CHS TX, Inc. | |
| *Nelson v. Corizon LLC*, et al., No. 8:19-cv-449-CEH-JSS<br>U.S. District Court for the Middle District of Florida | Florida Department of Corrections | | |
| *Hasty v. Corizon LLC et al.*, No. 2:22-cv-04054-SRB<br>U.S. District Court for the Western District of Missouri | | YesCare Corp.<br>CHS TX, Inc. | |
| *Kelly v. Corizon Health Inc. et al.*, No. 2:22-cv-10589-MAG-DRG<br>U.S. District Court for the Eastern District of Michigan | | YesCare Corp.<br>CHS TX, Inc. | |