| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Main Case Number | 23-90086 |
|---|---|---|---|
| Debtor | | In Re: | Tehum Care Services, Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brendan D. Roediger<br>Saint Louis University School of Law Legal Clinic<br>100 N. Tucker Blvd., Ste. 704<br>Saint Louis, MO 63101<br>314-977-2551<br>Missouri 60585, Illinois 6287213<br>EDMO IL6287213, WDMO MO60585, 8th Circuit 22-0076 |
|---|---|

| Name of party applicant seeks to appear for: | Phillip Buchanan |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/6/2023 | Signed: | /s/ Brendan Roediger |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature: |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____         _____
                                                                    United States Bankruptcy Judge