IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| TEHUM CARE SERVICES, INC.,[1] | § | Case No. 23-90086 (CML) |
| | § | |
| DEBTOR(S) | § | |

AMENDED[2] NOTICE OF APPOINTMENT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Section 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| | |
|---|---|
| St. Luke's Health System, Ltd.<br>190 E. Bannock Street<br>Boise, ID 83712 | David Barton<br>(208) 493-0560<br>bartond@slhs.org |
| Capital Region Medical Center<br>1125 Madison St.<br>Jefferson City, MO 65101 | Tom Luebbering<br>(573) 632-5001<br>tluebbering@crmc.org |
| Maxim Healthcare Staffing Services, Inc.<br>7227 Lee Deforest Drive<br>Columbia, MD 21046 | Neil M. Williamson<br>(410) 910-6191<br>newillia@maximstaffing.com |
| Saint Alphonsus Health System, Inc.<br>1055 N. Curtis Road<br>Boise, ID 83706 | Stephanie Westermeier<br>(208) 367-6325<br>stephanie.westermeier@trinity-health.org |

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

[2] Notice of Appointment amended to add Latricia Revell onto the Official Committee of Unsecured Creditors.

| | |
|---|---|
| Truman Medical Center, Inc. d/b/a University Health 2301 Holmes Street Kansas City, MO 63108 | Claire Hillman (816) 404-3617 Claire.hillman@uhkc.org |
| Rachell Garwood 31956 West Cranston Street New Haven, MI 48048 | (586) 260-8325 rachellgarwood@yahoo.com |
| Latricia Revell 1568 Sterling Place Brooklyn, NY 11212 | (929) 234-1835 Latriciarevell227@gmail.com |

Dated: March 6, 2023

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

*/s/ Ha M. Nguyen*
Ha Nguyen, Trial Attorney
CA Bar #305411 | FED ID NO. 3623593
United States Department of Justice
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
E-mail: Ha.Nguyen@usdoj.gov
Cell: 202-590-7962

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Amended Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on March 6, 2023.

*/s/ HA M. NGUYEN*
Ha M. Nguyen
Trial Attorney