United States Courts
Southern District of Texas
FILED
MAR 06 2023
Nathan Ochsner, Clerk of Court

THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:

TEHUM CARE SERVICES, INC.,

    Debtor.

Case No. 23-90086 (CML)

## PARTY OF INTEREST'S REQUEST FOR APPOINTMENT OF COUNSEL

I, Robert L. Dykes-Bey, declare under the penalty of perjury 28 U.S.C. 1746, that the foregoing is TRUE and Correct.

1. I, Robert L. Dykes-Bey #201541, am a prisoner incarcerated in the Michigan Department of Corrections, at the Gus Harrison Correctional Facility, 2727 E. Beecher street, Adrian, MI 49221.

2. I, Robert L. Dykes-Bey am the Plaintiff in the ongoing litigation against Tehum Care Services, Inc. d/b/a Corizon Health Inc., and its employees Timothy Stallman, and Wendy Jamros.

3. Parties to the case: Robert L. Dykes-Bey (Plaintiff), Corizon Inc. (Defendant), Timothy Stallman (Defendant), Wendy Jamros (Defendant).

4. Title of the case: Robert L. Dykes-Bey V. Corizon, Inc., et al.

5. Case No. 2:22-cv-113.

6. Name of Court: United States District Court For the Western District of Michigan.

7. Relief sought: $135,000.00 (one hundred and thirty five thousand dollars).

8. Tehum Caer Services, Inc. has filed a "Suggestion of Bankruptcy"

(1)

under Chapter 11 in the United States Bankruptcy Court For The Southern District of Texas. Case No. 23-90086 (CML).

9. Because this case is a complex case, I respectfully ask this Court to appoint me counsel.

10. I have no Bankruptcy knowledge.

11. I only have a G.E.D.

12. I have no money to acquire an attorney which is way I have filed this motion on my own behalf.

13. I have no way of attending any future hearings.

Respectfully,

Robert L. Dykes-Bey #201541
Gus Harrison Correctional Facility
2727 E. Beecher Street
Adrian, MI 49221

Date: 2/26/2023

C.C. Filed

(2)

THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:
TEHUM CARE SERVICES, INC.,
              Debtor,

Case No. 23-90086 (CML)

## PROOF OF SERVICE

I, Robert L. Dykes-Bey, declare under the penalty of perjury 28 U.S.C. 1746, that I mailed a copy of the enclosed pleadings to

    Chapman Law Group
    1441 West Long Lake Rd.
    Suite 310
    Troy, MI 48098

Counsel for the Tehum Care Services, Inc., by placing them in an envelope, using U.S. postage, and placing it in the mailbox on 2/26/2023.

*Robert L. Dykes-Bey* (signature)

Robert L. Dykes-Bey #201541
Gus Harrison Correctional Facility
2727 E. Beecher Street
Adrian, MI 49221

US POSTAGE PITNEY BOWES
ZIP 49221 $ 000.84
0000385939 FEB. 27. 2023

METROPLEX MI 480
28 FEB 2023 PM 1 L

United States Courts
Southern District of Texas
FILED
MAR 06 2023
Nathan Ochsner, Clerk of Court

Clerk of the Court
Nathan Ochsner
P.O. BOX 61010
Houston, Tx 72208

77208-101010