United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 22, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90086 |
|---|---|---|---|
| Debtor | | In Re: | Tehum Care Services, Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Martin L. Daesch<br>OnderLaw, LLC<br>110 East Lockwood Ave<br>314-963-6000<br>daesch@onderlaw.com<br>Missouri Bar No. 40494 |
|---|---|

| Name of party applicant seeks to appear for: | See attached. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 3/20/2023 | Signed: | /s/ Martin L. Daesch |
|---|---|---|---|

| The state bar reports that the applicant's status is: | Active Member in Good Standing |
|---|---|
| Dated: | Clerk's signature: |

**Order**

**This lawyer is admitted *pro hac vice*.**

Signed: March 22, 2023

_____
Christopher Lopez
United States Bankruptcy Judge