# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TEHUM CARE SERVICES, INC.,[1] | ) Case No. 23-90086 (CML) |
| | ) |
| Debtor. | ) |
| | ) |

## MASTER SERVICE LIST AS OF MARCH 27, 2023

Pursuant to paragraph 1 of the *Order Granting Complex Case Treatment* entered on February 16, 2023 [Docket No. 6], attached hereto is the updated Master Service List for the above-referenced cases as of March 27, 2023.

Dated: March 27, 2023

*/s/ Jonathan J. Thomson*
Jonathan J. Thomson
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

Master Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Aakash Dalal SBI# 792652E | | 215 Burlington Road South | | Bridgeton | NJ | 08302 | | | | Interested Party |
| Alight | Jessica Lazenby | P.O. Box 95135 | | Chicago | IL | 60694-5135 | | | Jessica.lazenby@alight.com | Top 30 Creditor |
| Arizona DOC | Tim Bojanowski | Struck Love Bojanowski & Acedo, PLC | 3100 W. Ray Rd, Ste 300 | Chandler | AZ | 85226 | | | bojanowski@strucklove.com | Top 30 Creditor |
| Arvant Kumar Tripati #102681 | | P.O. Box 8909 | | Yuma | AZ | 85349 | 928-627-8871 | | | Interested Party |
| BDO | Randy Wise | P.O. Box 642743 | | Pittsburgh | PA | 15264-274 | | | | Top 30 Creditor |
| Bio-Rad Laboratories, Inc. | Thomas Burg | 1000 Alfred Nobel Drive | | Hercules | CA | 94547 | | | thomas@bbslaw.com | Top 30 Creditor |
| Blue Cross Blue Shield of MI | Paul Wilk, Jr. | 600 East Lafayette Boulevard | | Detroit | MI | 48226-2996 | | | Paul.wilk@kitch.com | Top 30 Creditor |
| Cameron Regional Medical Center | Mark Cole | 1600 East Evergreen | | Cameron | MO | 64429 | | | mcole@spencerfane.com | Top 30 Creditor |
| Canon Financial | Brian Fleischer | 14904 Collections Drive | | Chicago | IL | 60693-0149 | | | bfleischer@fleischerlaw.com | Top 30 Creditor |
| Capital Region Medical Center/Curators of the University of MO | Patrick Stueve, Tom Luebbering | 1125 Madison Street | | Jefferson City | MO | 65101 | 573-632-5001 | | stueve@stuevesiegel.com; tluebbering@crmc.org | Top 30 Creditor and Committee of Unsecured Creditors |
| Capitol Eye et al. | Blake Marcus | 1705 Christy Drive, #101 | | Jefferson City | MO | 65101 | | | Blake.m@carsoncoil.com | Top 30 Creditor |
| Cell Staff | Mike Landon | 1715 N Westshore Boulevard | | Tampa | FL | 33607 | | | mlandon@cellstaff.com | Top 30 Creditor |
| Christopher D. Harrell WMCI #26939 | | 7076 Road 55F | | Torrington | WY | 82240-7771 | | | | Interested Party |
| Dell Financial Services, LLC | Richard Villa | P.O. BOX 6547 | | Carol Stream | IL | 60197-6547 | | | collections@slollp.com | Top 30 Creditor |
| Doshi Legal Group, P.C. | Amish R. Doshi | 1979 Marcus Avenue | Suite 210E | Lake Success | NY | 11042 | 516-622-2335 | | amish@doshilegal.com | Counsel to Mitsubishi HC Capital America, Inc. f/k/a Hitachi Capital America, Corp. |
| Dowd Bennett LLP | Philip A. Cantwell, Robyn Parkinson | 7733 Forsyth Blvd., Suite 1900 | | St. Louis | MO | 63105 | | | pcantwell@dowdbennett.com; rparkinson@dowdbennett.com | Counsel to YesCare Corp. and CHS TX |
| Duke Evett, PLLC | Keely E. Duke and Molly E. Mitchell | P.O. Box 7387 | | Boise | ID | 83702 | 208-342-3310 | 208-342-3299 | ked@dukeevett.com; mem@dukeevett.com | Counsel for Saint Alphonsus Health System, Inc |
| Fleischer, Fleischer & Suglia, P.C. | Nicola G. Suglia | Four Greentree Centre | 601 Route 73 North, Suite 305 | Marlton | NJ | 08053 | 856-489-8977 | | nsuglia@fleischerlaw.com | Counsel for Canon Financial Services, Inc. |
| Florida Attorney General | Ashley Moody, Office of the AG | The Capitol PL-01 | | Tallahassee | FL | 32399-1050 | | | | FL Attorney General |
| Franchise Tax Board | Bankruptcy Section, MS: A-340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | | | Franchise Tax Board |
| GHR General Healthcare Resources | Jessica Glatzer Mason | 2250 Hickory Road, Ste. 240 | | Plymouth Meeting | PA | 19462 | | | jmason@foley.com | Top 30 Creditor |
| Gray Reed & McGraw LLP | Jason S. Brookner, Aaron M. Kaufman, Lydia R. Webb, Amber M. Carson | 1300 Post Oak Boulevard, Suite 2000 | | Houston | TX | 77056 | 713-986-7127 | 713-986-5966 | jbrookner@grayreed.com; akaufman@grayreed.com; lwebb@grayreed.com; acarson@grayreed.com | Proposed Counsel for the Debtor and Debtor in Possession |
| Halo Branded Solutions | Scott Schaefer | 3182 Momentum Place | | Chicago | IL | 60689-5331 | | | Scott@schaeferslaw.com | Top 30 Creditor |
| HCA Health Services of FL | David Tassa | 2020 59th Street West | | Bradenton | FL | 34209-4604 | | | dtassa@kslaw.com | Top 30 Creditor |
| Highwoods Properties | Ronn Steen | P.O. Box 409355 | | Atlanta | GA | 30384 | | | Ronn.steen@thompsonburton.com | Top 30 Creditor |
| Internal Revenue Svc | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | | | IRS |
| Internal Revenue Svc | Centralized Insolvency Operation | 2970 Market St | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | | | | IRS |
| Kansas Attorney General | Kris W Kobach | 120 SW 10th Ave, 2nd Fl | | Topeka | KS | 66612-1597 | | | | KS Attorney General |
| KCC | Darlene S. Calderon | 222 N Pacific Coast Highway, Suite 300 | | El Segundo | CA | 90245 | 781-575-2040 | | tehuminfo@kccllc.com | Claims and Noticing Agent |
| Kentucky Attorney General | Daniel Cameron | 700 Capitol Ave | Capital Bldg Ste 118 | Frankfort | KY | 40601 | | | | KY Attorney General |
| Lane & Nach, P.C. | Adam B. Nach | 2001 E. Campbell St., #103 | | Phoenix | AZ | 85016 | | | adam.nach@lane-nach.com | Counsel for Henry Snook, Jennifer Power, Aanda Slocum, Linda Floyd, successors and assigns |
| Latricia Revell | | 1568 Sterling Place | | Brooklyn | NY | 11212 | 929-234-1835 | | Latriciarevell227@gmail.com | Committee of Unsecured Creditors |
| Liftforward / Hitachi / Mitsubishi | Mark Magnozzi | P.O. BOX 1880 | | Minneapolis | MN | 55480-1880 | | | mmagnozzi@magnozzilaw.com | Top 30 Creditor |

Master Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| M.E. Heard, Attorney, PLLC | Mary Elizabeth Heard | 100 NE Loop 410, Suite 605 | | San Antonio | TX | 78216 | 210-572-4925 | | meheard@heardlawfirm.net | Co-Counsel for Adree Edmo |
| Maryland Attorney General | Anthony G Brown | 200 St Paul Pl | | Baltimore | MD | 21202-2022 | | | oag@oag.state.md.us | MD Attorney General |
| Maxim Healthcare | Erno Lindner | 12558 Collections Center Drive | | Chicago | IL | 60693 | | | elindner@bakerdonelson.com | Top 30 Creditor |
| Maxim Healthcare Staffing Services, Inc. | Neil M. Williamson | 7227 Lee Deforest Drive | | Columbia | MD | 21046 | 410-910-6191 | | newillia@maximstaffing.com | Committee of Unsecured Creditors |
| Mehaffy Weber, P.C. | Blake Hamm and Holly Hamm | P.O. Box 16 | | Beaumont | TX | 77704 | 409-835-5011 | 409-835-5177 | BlakeHamm@MehaffyWeber.com; HollyHamm@MehaffyWeber.com | Counsel for Saint Alphonsus Health System, Inc |
| Mercy Hospital (MO) | Lisa Manziel | 1400 US Highway 61 | | Festus | MO | 63028-4100 | | | info@manziel.com | Top 30 Creditor |
| Michigan Attorney General | Dana Nessel | PO Box 30212 | 525 W Ottawa St | Lansing | MI | 48909-0212 | | | miag@mi.gov | MI Attorney General |
| Microsoft | Amy Scoville | P. O. Box 844510 | | Dallas | TX | 75284-4510 | | | amdevi@microsoft.com | Top 30 Creditor |
| Missouri Attorney General | Andrew Bailey | Supreme Ct Bldg | 207 W High St | Jefferson City | MO | 65101 | | | | MO Attorney General |
| Nephrology and Hypertension Associates L.L.P. | Thomas Riley | 1205 West Broadway | | Columbia | MO | 65203 | | 573-449-1787 | triley@rsb.com | Top 30 Creditor |
| New Jersey Attorney General | Matthew J Platkin | Richard J Hughes Justice Complex | 25 Market St 8th Fl West Wing | Trenton | NJ | 08625 | | | | NJ Attorney General |
| New Mexico Attorney General | Raul Torrez | 408 Glisteo St | Villagra Bldg | Santa Fe | NM | 87501 | | | | NM Attorney General |
| New York Attorney General | Letitia James Dept. of Law | The Capitol, 2nd Floor | | Albany | NY | 12224-0341 | | | | NY Attorney General |
| Newman, Kathleen | TGH Litigation LLC, J. Andrew Hirth | 28 N. 8th Street, Suite 317 | | Columbia | MO | 65201 | | | andy@tghlitigation.com | Top 30 Creditor |
| Norton Rose Fulbright | Julie Goodrich Harrison | 1301 McKinney | Suite 5100 | Houston | TX | 77010-3095 | 713-651-5434 | | julie.harrison@nortonrosefulbright.com | Counsel to DIP Agent M2 LoanCo, LLC |
| Norton Rose Fulbright | Kristian W. Gluck | 2200 Ross Avenue | Suite 3600 | Dallas | TX | 75201-7932 | 214-855-8210 | | kristian.gluck@nortonrosefulbright.com | Counsel to DIP Agent M2 LoanCo, LLC |
| Office of the United States Trustee | Ha Minh Nguyen | 515 Rusk St Ste 3516 | | Houston | TX | 77002 | | | ha.nguyen@usdoj.gov | Office of the United States Trustee |
| Osborn Maledon, P.A. | Warren J. Stapleton and Christopher C. Simpson | 2929 N. Central Ave, Ste. 2000 | | Phoenix | AZ | 85012 | 602-640-9000 | 602-640-9050 | wstapleton@omlaw.com; csimpson@omlaw.com | Counsel for Arizona Department of Corrections, Rehabilitation, and Reentry |
| Pennsylvania Attorney General | Michelle Henry | 1600 Strawberry Square, 16th Fl | | Harrisburg | PA | 17120 | | | press@attorneygeneral.gov | PA Attorney General |
| Pike County Memorial Hospital | Jonathan Shoener | 2305 West Georgia St. | | Louisiana | MO | 63353 | | | fandblegal@gmail.com | Top 30 Creditor |
| Rachell Garwood | | 31956 West Cranston Street | | New Haven | MI | 48048 | 586-260-8325 | | rachellgarwood@yahoo.com | Committee of Unsecured Creditors |
| Rifkin Law Office | Lori Rifkin | 3630 High St. Ste. 18917 | | Oakland | CA | 94619 | | | lrifkin@rifkinlawoffice.com | Top 30 Creditor and Co-Counsel for Adree Edmo |
| Saint Alphonsus Health System, Inc. | Keely Duke, Stephanie Westermeier | 1055 North Curtis Road | | Boise | ID | 83706-1309 | 208-367-6325 | | ked@dukeevett.com; stephanie.westermeier@trinity-health.org | Top 30 Creditor and Committee of Unsecured Creditors |
| St. Luke's Health System, Ltd. | Wendy Olson, Stoel Rives, LLP and David Barton | 190 E. Bannock | | Boise | ID | 83712-6241 | 208-493-0560 | | wendy.olson@stoel.com; bartond@slhs.org | Top 30 Creditor and Committee of Unsecured Creditors |
| Stinson LLP | Paul B. Lackey | 2200 Ross Ave., Suite 2900 | | Dallas | TX | 75201 | 214-560-2201 | 214-560-2203 | paul.lackey@stinson.com | Proposed Counsel for the Official Unsecured Creditors' Committee |
| Stromberg Stock, PLLC | Mark Stromberg | 8350 N. Central Expressway, Suite 1225 | | Dallas | TX | 75206 | 972-458-5353 | 972-861-5339 | mark@strombergstock.com | Counsel for Lone Star Alliance Inc., A Risk Retention Company, a subsidiary of Texas Medical Liability Trust |
| Stueve Siegel Hanson LLP | Ethan M. Lange | 460 Nichols Rd., Suite 200 | | Kansas City | MO | 64112 | 816-714-7174 | 816-714-7101 | lange@stuevesiegel.com | Counsel for the Curators of the University of Missouri and Capital Region Medical Center |
| Supplemental Healthcare | Fariha Haider | P.O. Box 27124 | | Salt Lake City | UT | 84127-0124 | | | fhaider@shccares.com | Top 30 Creditor |

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Tehum Care Services, Inc. | Russell Perry, Chief Restructuring Officer, Ankura Consulting Group, LLC | 2021 McKinney Ave., Ste. 340 | | Dallas | TX | 75201 | | | russell.perry@ankura.com | Debtor and Debtor in Possession |
| Tehum Care Services, Inc. | | 205 Powell Place, Suite 104 | | Brentwood | TN | 37027 | | | | Debtor and Debtor in Possession |
| Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | Austin | TX | 78701 | 512-463-2100 | 512-475-2994 | bankruptcytax@oag.texas.gov; communications@oag.texas.gov | TX Attorney General |
| Truman Medical Center, Inc. d/b/a University Health | Office of General Counsel, Claire Hillman | 2301 Holmes Street | | Kansas City | MO | 63108 | | | Claire.hillman@uhkc.org | Top 30 Creditor and Committee of Unsecured Creditors |
| U.S. Department of Justice Office of the U.S. Trustee | Andrew Jimenez | 606 N Carancahua St, Ste 1107 | | Corpus Christi | TX | 78401 | | | andrew.jimenez@usdoj.gov | U.S. Department of Justice |
| US Attorney Southern District of Texas | | 1000 Louisiana Ste 2300 | | Houston | TX | 77002 | | | usatxs.atty@usdoj.gov | United States Attorney |
| Vang, Ka et al | c/o Webb Law Group, Lenden Webb | 466 W. Fallbrook Ave., #102 | | Fresno | CA | 93711 | | | lwebb@webblawgroup.com | Top 30 Creditor |
| Virginia Attorney General | Jason Miyares | 202 North Ninth St | | Richmond | VA | 23219 | | | | VA Attorney General |
| White & Case LLP | Samuel P. Hershey | 1221 Avenue of the Americas | | New York | NY | 10020 | | | sam.hershey@whitecase.com | Counsel to YesCare Corp. and CHS TX |
| WhiteGlove Placement | Linda Markowitz | 89 Bartlett Street | | Brooklyn | NY | 11206 | | | lmarkowitz@whiteglovecare.net | Top 30 Creditor |
| Willis Towers Watson RMS LLC | | 29754 Network Place | | Chicago | IL | 60673-1297 | | | | Top 30 Creditor |
| Wyoming Attorney General | Bridget Hill | 200 W 24th St | State Capitol Bldg Rm 123 | Cheyenne | WY | 82002 | | | | WY Attorney General |