To: Judge Lopez
Attention to Bankruptcy Court
P.O. Box 61010
Houston, Texas 77208

From: Tyrone-Anthony: Bell
MDOC 240434
c/o Lapeer Correctional Facility
3225 John Conely
Lapeer, Michigan 48446

United States Courts
Southern District of Texas
FILED

MAR 24 2023

Nathan Ochsner, Clerk of Court

Re: In re Corizon Health Inc. Bankruptcy Case No 23-90086,

Dear Judge Lopez,

    I am Tyrone-Anthony: Bell, secured creditor/party of interest/pro se litigant. writing to you directly because there is a lot of confusion. I have never received (i) a Notice pursuant to Fed.R.Bankr.P. 2002(a);(f), (ii) copy of the petition; (iii) schedule of assets and liabilities; (iv) schedule of current income and expenditures; (v) schedule of executory contracts and unexpired leases; (vi) statement of financial affairs pursuant to Fed.R.Bankr.P 1007 (b).

    In fact, Tyrone-Anthony: Bell was not made aware of the Bankruptcy petition until the attorneys for Corizon Health Inc. filed a Suggestion of Bankruptcy and Notice of Automatic Stay in all of Mr. Bell's pending litigation against Corizon Health Inc. in the United States District Court for the Eastern District of Michigan under case nos. 2:21-cv-10705; 2:21-cv-10399; 2:21-cv-12481 and the United States Court of Appeals for the Sixth Circuit case no. 22-2132 where the bankruptcy was mention to Mr. Bell for the first time.

    Mr. Bell contends that this dishonest clandestine actions constitutes a bad faith filing, where there was an "intent to hinder, delay or defraud a creditor" 11 USC § 727. This is cause for the court to dismiss the petition for bankruptcy. The actions of Chapman Law Group the attorneys for Corizon Health not providing Mr. Bell a party in interest with a copy of the filing and a notice of the filing hindered and delayed Mr. Bell's ability to timely object Fed.R.Bankr.P 1011(b).

    Further due to Mr. Bell being a prisoner in the custody of the Michigan Department of Correction Mr. Bell has limited access to any information about bankruptcy. I ask that the court schedule a video conference to discuss this matter and that the court order the clerk to send Mr. Bell and federal forms related to bankruptcy. If this court has any local court rules, please include that in the mailing.

    I, Tyrone-Anthony: Bell declare (verify, certify, state) that the aforementioned is true and correct under the penalty of perjury pursuant to 28 USC § 1746.

    I thank the court for the time and consideration of reading this letter.

Respectfully Submitted,

Tyrone-Anthony: Bell

March 17, 2023

**NAME:** Tyrone-Anthony: Bell
**Number:** 240434
**Address:** Lapeer Correctional Facility
**Address:** [illegible]

TCC

METROPLEX MI 480
20 MAR 2023 PM 3 L

USA ★ FOREVER

United States Courts
Southern District of Texas
FILED

MAR 24 2023

Nathan Ochsner, Clerk of Court

Judge Lopez
Attention to Bankruptcy Court
P.O. Box 61010
Houston, Texas 77208

77208-101010