United States Courts
Southern District of Texas
F I L E D

APR 0 4 2023

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TEHUM CARE SERVICES, INC. | ) | Case No. 23-90086 (CML) |
| | ) | |
| Debtor. | | |

## CREDITOR'S REQUEST FOR SERVICE OF PLEADINGS

**COMES NOW,** Creditor Frank James William Patterson, *pro se,* and pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C §§ 101-1532 (the "Bankruptcy Code"), Hereby requests that the Court and interested Parties provide service to him of all future Filed pleadings in the above-entitled cause of action, as he is a creditor to the debtor.

Service of all filed pleadings related to this cause of action should be served upon this creditor, as follows:

> Frank Patterson
> WMCI #13216
> 7076 Road 55 F
> Torrington, WY. 82240-7771

**DATED** this 28th day of March, 2023.

*Frank Patterson*

Frank Patterson
WMCI #13216
7076 Road 55 F
Torrington, WY.
82240-7771

# CERTIFICATE OF SERVICE

I hereby certify that:

☐ All other Parties to this litigation are either: (1) represented by attorneys; or (2) a pro se, litigant, or (3) have consented to electronic service in this case; or

☒ On this 28Th day of March, 2023. I sent a copy of the above and foregoing **Creditor's Request for Service of Pleadings** To: clerk of The court at united States district court Natan Ochsner Southern district of texas, the last known address/email address, by 515 Rusk Ave, Houston Texas 77002 U.S. Mail Service. (Method of service).

DATED this 28th Day of March, 2023.

*Frank Patterson* (signature)

Frank Patterson. *Pro se:*

Frank JW Patterson
WMCI #13216
7076 Road 55 F
Torrington, Wy.
82240

Legal Mail

United States Courts
Southern District of Texas
FILED
APR 04 2023
Nathan Ochsner, Clerk of Court

Attn: Nathan Ochsner
Clerk of the court
United States Bankruptcy court
Southern district of Texas
515 Rusk Avenue
Houston, TX. 77002

7700232623

CHEYENNE WY 820
31 MAR 2023 PM 1 T



THIS IS AN UNCENSORED LETTER FROM AN INMATE AT THE WYOMING MEDIUM CORRECTIONAL INSTITUTION