| | |
|---|---|
| **From:** | Isaac Lefkowitz <il@perigrove.com> |
| **Sent:** | Tuesday, October 6, 2020 12:03 PM |
| **To:** | David Fiveson |
| **Cc:** | Gilbert Backenroth; Stephen J. Grable |
| **Subject:** | Re: 20-10-06 to Gil and Stephen re RS Old Mill our file 3969 06391 |

We clearly explained to you over a 90 minute conference call that you are not to dictate over an agreement that Suffern had directly with the trustee, not Old Republic or Hann and Hessen was a party to this settlement agreement.

We agreed on the call for us to hire title council to explore the claims of rights Suffern has under the title policy.

We received the surplus funds from the trustee as per the settlement agreement Suffern executed with the trustee . We undertake to refund to Old Republic any monies due to them once we are certain that we have no other claims against Old Republic, however, if you wish to fly off the handle and not give us that chance but to start litigation sooner, then we might as well litigate on all the open matters we have with Old Republic and Riverside Abstract.

**Isaac Lefkowitz**
Director


A prolific private equity investment firm

C. +1.646.623.5200
O. +1.212.737.4478
D. +1.212.951.1076

il@perigrove.com
www.perigrove.com



On Oct 6, 2020 6:39 PM, David Fiveson <dfiveson@bffmlaw.com> wrote:

> Gil and Stephen:
>
> I was very dismayed to learn this morning that despite my e-mail below you nonetheless negotiated the surplus monies check to Suffern Partners and that Suffern Partner now has Old Republic's portion of the surplus funds.
>
> Demand is made for the immediate payment to Old Republic of its portion of the surplus funds with an accounting of the monies received by Suffern Partners from the trustee.