# ARTICLES OF ORGANIZATION
# OF
# PERIGROVE LLC

Under Section 203 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

**PERIGROVE LLC**

**SECOND:** The county, within this state, in which the office of the limited liability company is to be located is ROCKLAND.

**THIRD:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

PERIGROVE LLC
351 SPOOK ROCK ROAD STE 200
SUFFERN, NY 10901

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

DAVID GEFNER, ORGANIZER  (signature)
_____
DAVID GEFNER , ORGANIZER

**Filed by:**
USACORP INC
325 DIVISION AVE.
SUITE 201
BROOKLYN, NY 11211

**USACORP INC. (CS)**

**DRAWDOWN**

**CUSTOMER REF# PELL**

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 01/17/2017**
**FILE NUMBER: 170117010496; DOS ID: 5069100**

170404000167

# CERTIFICATE OF PUBLICATION
## OF
## Perigrove LLC

Under Section 206 of the Limited Liability Company Law

The undersigned is the authorized person of **Perigrove LLC.**

If the name of the limited liability company has changed, the name under which it was organized is:

The articles of organization were filed by the Department of State on: **1/17/2017.**

The published notices described in the annexed affidavits of publication contain all of the Information required by Section 206 of the Limited Liability Company Law.

The newspapers described in such affidavits of publication satisfy the requirements set forth in the Limited Liability Company Law and the designation made by the county clerk.

I certify the foregoing statements to be true under penalties of perjury.

3/16/2017
*(Date)*

/s/ *Joseph Strauss*
*(Signature)*

Joseph Strauss
*(Type or Print Name)*

170404000167

# AFFIDAVIT OF PUBLICATION
## Under section 206 of the Limited Liability Company Law
## Hamodia Newspaper

State of New York
County of Rockland

The undersigned is the publisher of Hamodia, a daily newspaper published in the county of Kings, New York. A notice regarding Perigrove LLC was published in said newspaper once a week for six successive weeks, commencing on 1/27/2017 and ending 3/3/2017. The text of the notice as published in said newspaper is as set forth in the annexed exhibit. This newspaper has been designated by the Clerk of Rockland County for this purpose.

By: *[signature]*
Peri Waldner

Authorized Designee of Ruth Lichtenstein, publisher of Hamodia

Affirmed and Subscribed to Before me this 6th Day of May 20 17

*[signature]*
Notary Public

ABRAHAM J. HESCHEL
Notary Public, State of New York
No. 01HE6076299
Qualified in Kings County
Commission Expires June 19, 2018

Perigrove LLC. Filed 1/17/17. Office: Rockland Co. SSNY designated as agent for process & shall mail to: 351 Spook Rock Rd Ste 200, Suffern, NY 10901. Purpose: General.
HA# 8040
1/27, 2/3, 2/10, 2/17
2/24, 3/3/17

Affidavit of Publication
Under Section 206 of the
Limited Liability Company Law

State of New York
County of New York, ss.:

The undersigned is the publisher of The Jewish Press, a weekly newspaper published in Brooklyn, New York. A notice regarding Perigrove LLC was published in said newspaper once in each week for six successive weeks, commencing on January 27, 2017 and ending March 3, 2017. The text of the notice as published in said newspaper is set forth below. This newspaper has been designated by the Clerk of Rockland County for this purpose.

Naomi Klass Mauer, Publisher

By: _____

Rose Gluckman, Authorized Designee of the Publisher

Sworn to before me this ___7___ day of __May__, 2017

_____
Notary Public

**Arthur Klass**
Notary Public State of NY
No. 01KL4922689
Qualified in Kings County
Comm. Expires 3/7/2018

Perigrove LLC. Filed 1/17/17. Office: Rockland Co. SSNY designated as agent for process & shall mail to: 351 Spook Rock Rd Ste 200, Suffern, NY 10901. Purpose: General.     JP# 9132   1/27,2/3,10,17,24,3/3/17

167

# CERTIFICATE OF PUBLICATION
## OF
### Perigrove LLC

Under Section 206 of the Limited Liability Company Law

Filed by:

USACORP INC

325 DIVISION AVE. SUITE 201

BROOKLYN, NY 11211

## *CUST. REF.*
## *MAR1651*

---

For DOS Use Only

## DRAWDOWN ACCOUNT: CS
## USACORP INC

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED   APR 0 4 2017

TAX $ _____

BY: _____

177

# Biennial Statement

NYS Department of State
Division of Corporations, State Records &
Uniform Commercial Code
http://www.dos.ny.gov

**BUSINESS NAME:** PERIGROVE LLC

**FILING PERIOD:** 01/2019

___

**Part 1 - Service of Process Address (Address must be within the United States or its territories)**

| Name |
|---|
| PERIGROVE LLC |

| Address Line 1 |
|---|
| 351 SPOOK ROCK ROAD STE 200 |

| Address Line 2 |
|---|
| |

| City | State | Zip Code |
|---|---|---|
| SUFFERN | NY | 10901 |

## Signer Information

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

| Electronic Signature |
|---|
| DAVID GEFNER |

| Capacity of Signer |
|---|
| MANAGER |

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 01/08/2019**
**FILING NUMBER: 190108060644 - 5069100**

## Biennial Statement

NYS Department of State
Division of Corporations, State Records &
Uniform Commercial Code
http://www.dos.ny.gov

**BUSINESS NAME:** PERIGROVE LLC
**FILING PERIOD:** 1/1/2021 12:00:00 AM

### Part 1 - Service of Process Address (Address must be within the United States or its territories)

Name
PERIGROVE LLC
Address Line 1
351 SPOOK ROCK ROAD
Address Line 2

| City | State | Zip Code |
|---|---|---|
| SUFFERN | NY | 10901 |

### Signer Information

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

Electronic Signature
DAVID GEFNER
Capacity of Signer
MANAGER

Filed with the NYS Department of State on 06/07/2022
Filing Number: 220607001889 DOS ID: 5069100