Electronic Appearance Sheet

Ian Cross, Cross Law PLLC
Client(s): Kohchise Jackson and William Kelly

Kenneth Beams, Kenneth R. Beams, PLLC
Client(s): Estate of Kerrie Milkiewicz

Michael Johnson, Kay Griffin, PLLC
Client(s): James Hyman

Warren Stapleton, Osborn Maledon, P.A.
Client(s): Arizona Department of Corrections, Rehabilitation, and Reentry

Jason Brookner, Gray Reed
Client(s): Debtor

Amber Carson, Gray Reed
Client(s): Debtor

Aaron Kaufman, Gray Reed
Client(s): Debtor

Lydia Webb, Gray Reed
Client(s): Debtor

Blake Hamm, Mehaffy Weber PC
Client(s): Saint Alphonsus Health Alliance and Saint Alphonsus Health System

Zachary Hemenway, Stinson
Client(s): Official Committee

Nicholas Zluticky, Stinson LLP
Client(s): Official Committee of Unsecured Creditors

Adam Nach, Lane & Nach, P.C.
Client(s): Jennifer Power, Henry Snook, Aanda Slocum, Linda Floyd

Erin Jones, Jones Murray LLP
Client(s): Capital Region Medical Center

Julie Harrison, Norton Rose Fulbright US LLP
Client(s): M2 LoanCo, LLC

Val Early, Frank Ozment Attorney at Law LLC
Client(s): Tracey Grissom, Creditor

Erin Jones, Jones Murray LLP
Client(s): The Curators of the University of Missouri

Electronic Appearance Sheet

Joseph Robinson, Riley & Jacobson PLC
Client(s): (1) Tallahassee Medical Center, Inc. d/b/a Capital Regional Medical Center, (2) Memorial Healthcare Group, Inc. d/b/a Memorial Hospital Jacksonville, (3) North Florida Regional Medical Center, Inc. d/b/a North Florida Regional Medical Center, (4) Marion Community Hospital, Inc. d/b/a Ocala Regional Medical Center, (5) Bay Hospital, Inc. d/b/a Gulf Coast Regional Medical Center, (6) HCA Health Services of Florida, Inc. d/b/a St. Lucie Medical Center, and (7) Lawnwood Medical Center, Inc. d/b/a Lawnwood Regional Medical Center and Heart Institute

Lori Rifkin, Rifkin Law Office
Client(s): Adree Edmo

Ha Nguyen, U.S. Trustee
Client(s): U.S. Trustee

Kristian Gluck, Norton Rose Fulbright
Client(s): M2 LoanCo

Joy Bertrand, Joy Bertrand, Esq., LLc
Client(s): Angela Branum and estate of Justin Branum

Mark Stromberg, Stromberg Stock, PLLC
Client(s): Lone Star Alliance

Blake Markus, Carson & Coil, P.C.
Client(s): Capitol Eye Care, et al.

Janel Glynn, The Burgess Law Group
Client(s): Al-Amins and Rides

Brenda Funk, Munsch, Hardt, Kopf & Harr
Client(s): State of Idaho, Idaho Department of Correction and related parties

Johnie Patterson, Walker & Patterson
Client(s): RMSC Plaintiffs

ANANT TRIPATI , PRO SE
Client(s): SELF