United States Courts
Southern District of Texas
FILED
JUN 06 2023
Nathan Ochsner, Clerk of Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In Re: Tehum Care Services, Inc., Debtor | Chapter 11, 23-90086 (CML)

Anant Kumar Tripati vs Sara Tirschwell et al | Adv. 23 AP 3072

NOTICE OF ADDRESS

I notify the court of my phone number and address

Anant Kumar Tripati
102081
P.O. Box 8909
Yuma AZ 85349
928-627-8871 ext 17361
OR 17226

Respectfully Submitted

5/31/23 [signature]

[illegible] [illegible]
Served [illegible] [illegible]

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate [illegible]
ADC# [illegible]
Arizona State Prison Complex Yuma
Unit [illegible]
[illegible]
City Yuma AZ [illegible]

PHOENIX AZ 852
2 JUN 2023 PM 11 L

United States Courts
Southern District of Texas
FILED

JUN 06 2023

Nathan Ochsner, Clerk of Court

U.S. Bankruptcy Court
515 Rusk
Houston, TX 77002

77002-260099