**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| TEHUM CARE SERVICES, INC.,[1] | § | Case No. 23-90086 (CML) |
|  | § |  |
| Debtor. | § |  |
|  | § |  |

**GENEVA CONSULTING LLC'S WITNESS AND EXHIBIT LIST FOR**
**HEARING ON JUNE 27, 2023, AT 1:00 P.M. (PREVAILING CENTRAL TIME)**

Geneva Consulting LLC ("**Geneva**") files this Witness and Exhibit List for the hearing to

be held on June 27, 2023, at 1:00 p.m. (prevailing Central Time) (the "**Hearing**").

**WITNESSES**

Geneva may call any of the following witnesses at the Hearing:

1. Any witness listed by any other party; and

2. Rebuttal witnesses as necessary.

**EXHIBITS**

Geneva may offer into evidence any of the following exhibits at the Hearing:

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Notice of Service of Subpoenas to Geneva Consulting, LLC [Docket No. 401] |  |  |  |  |
| 2. | Geneva Consulting LLC's Responses and Objections to Official Unsecured Creditors' Committee Subpoena |  |  |  |  |
| 3. | Email chain dated May 30, 2023 between Committee counsel and Geneva counsel |  |  |  |  |

---

[1] The last four digits of the Debtor's federal tax identification number is 8853.  The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 4. | Email chain dated June 7, 2023 between Committee counsel and Geneva counsel | | | | |
| 5. | Geneva document production emails date June 22, 2023 and June 9, 2023 | | | | |
| 6. | Email chain dated June 22, 2023 between Committee counsel and Geneva counsel | | | | |
| | Any document or pleading filed in the above-captioned case | | | | |
| | Any exhibit introduced by any other party | | | | |
| | Rebuttal exhibits as necessary | | | | |

Geneva reserves the right to amend or supplement this Witness and Exhibit List as necessary in advance of the Hearing.

Dated:   June 23, 2023
         Houston, Texas

Respectfully Submitted,

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Joseph P. Rovira (TX Bar No. 24066008)
Philip M. Guffy (TX Bar No. 24113705)
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas  77002
Tel:     713-220-4200
Fax:     713-220-4285
Email:  taddavidson@HuntonAK.com
       josephrovira@HuntonAK.com
       pguffy@HuntonAK.com

*Counsel for Geneva Consulting LLC*

2

DMS 302721633

**CERTIFICATE OF SERVICE**

I certify that on June 23, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II

3

DMS 302721633