United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 07, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TEHUM CARE SERVICES, INC.,[1] | ) | Case No. 23-90086 (CML) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) | **Re: Docket No. 664** |

## ORDER EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS
## TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

Upon the motion (the "Motion")[2] of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order (this "Order") extending the Debtor's Exclusive Periods by ninety (90) days, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

4875-7200-9837

the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Debtor's exclusive period to file a chapter 11 plan is extended through and including September 11, 2023 (the "<u>Filing Exclusivity Period</u>").

2. The Debtor's exclusive period to solicit acceptances of a chapter 11 plan is extended through and including November 10, 2023 (the "<u>Solicitation Exclusivity Period</u>" and, collectively with the Filing Exclusivity Period, the "<u>Exclusivity Periods</u>").

3. Entry of this Order is without prejudice to (i) the Debtor's right to seek such additional and further extensions of the Exclusivity Periods as it may deem necessary or appropriate and (ii) the rights of parties in interest to oppose any such further extension or seek to shorten the Exclusivity Periods by separation motion after notice and a hearing, *provided*, *however*, that the Debtor shall confer with the Committee before seeking any further extensions.

4. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

5. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules for the Southern District of Texas are satisfied by such notice.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4875-7200-9837

3

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: July 07, 2023

*Christopher M. Lopez*
Christopher Lopez
United States Bankruptcy Judge

4875-7200-9837