IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| TEHUM CARE SERVICES, INC.,[1] | ) Case No. 23-90086 (CML) |
| Debtor. | ) |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On July 5, 2023, at my direction and under my supervision, employees of KCC caused the following documents to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

- [Customized] **Proof of Claim Form** (substantially in the form attached as Exhibit 1 to Docket No. 499)

- **Notice of Deadlines for the Filing of Proofs of Claim** (substantially in the form attached as Exhibit 2 to Docket No. 499)

Dated: July 7, 2023

/s/ Heather Fellows
Heather Fellows
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

# Exhibit A

**Exhibit A**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Miller, Joseph P. | Address on File | | | |