IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TEHUM CARE SERVICES, INC.,[1] | ) Case No. 23-90086 (CML) |
| | ) |
| Debtor. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I, Jonathan J. Thomson, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On July 14, 2023, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Debtor's Objection to Motion for Limited Relief from the Automatic Stay by Reuben Cortes Individually and as Class Representative, and Hearn Law, PLC. as Class Counsel in Cortes, et al., v. Josh Tewalt, et al., Pending in the United States District Court for the District of Idaho, Case No. 1:18 -cv-00001-BLW** [Docket No. 797]

Furthermore, on July 14, 2023, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit B**:

- **Declaration of Disinterestedness of Williams, Porter, Day & Neville, P.C. Pursuant to the Order (I) Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief** [Docket No. 798]

Dated: July 25, 2023

/s/ Jonathan J. Thomson
Jonathan J. Thomson
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The last four digits of the Debtor's federal tax identification number is 8853.  The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

# Exhibit A

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor | Alight | Jessica Lazenby | Jessica.lazenby@alight.com |
| Top 30 Creditor | Arizona DOC | Tim Bojanowski | bojanowski@strucklove.com |
| Counsel for Maxim Healthcare Staffing Services, Inc. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Susan C. Mathews | smathews@bakerdonelson.com |
| Top 30 Creditor | Bio-Rad Laboratories, Inc. | Thomas Burg | thomas@bbslaw.com |
| Top 30 Creditor | Blue Cross Blue Shield of MI | Paul Wilk, Jr. | Paul.wilk@kitch.com |
| Counsel for Ginger Headley and Mark Coffelt | Brown & Crouppen, P.C. | Stephen L. Bishop | stephenb@getbc.com |
| Counsel for Consilium Staffing, LLC | Brown Fox PLLC | Eric C. Wood | eric@brownfoxlaw.com |
| Top 30 Creditor | Cameron Regional Medical Center | Mark Cole | mcole@spencerfane.com |
| Top 30 Creditor | Canon Financial | Brian Fleischer | bfleischer@fleischerlaw.com |
| Top 30 Creditor and Committee of Unsecured Creditors | Capital Region Medical Center/Curators of the University of MO | Patrick Stueve, Tom Luebbering | stueve@stuevesiegel.com; tluebbering@crmc.org |
| Top 30 Creditor | Capitol Eye et al. | Blake Marcus | Blake.m@carsoncoil.com |
| Top 30 Creditor | Cell Staff | Mike Landon | mlandon@cellstaff.com |
| Interested Party | Christopher D. Harrell WMCI #26939 | | doc-wmci-court@wyo.gov |
| Top 30 Creditor | Dell Financial Services, LLC | Richard Villa | collections@slollp.com |
| Interested Party | Dickinson Wright PLLC | Ashley Fernandez and Collin Kelly | afernandez@dickinsonwright.com; ckelly@dickinsonwright.com |
| Counsel to Mitsubishi HC Capital America, Inc. f/k/a Hitachi Capital America, Corp. | Doshi Legal Group, P.C. | Amish R. Doshi | amish@doshilegal.com |
| Counsel to YesCare Corp. and CHS TX | Dowd Bennett LLP | Philip A. Cantwell, Robyn Parkinson | pcantwell@dowdbennett.com; rparkinson@dowdbennett.com |
| Counsel for Saint Alphonsus Health System, Inc | Duke Evett, PLLC | Keely E. Duke and Molly E. Mitchell | ked@dukeevett.com; mem@dukeevett.com |
| Counsel for Canon Financial Services, Inc. | Fleischer, Fleischer & Suglia, P.C. | Nicola G. Suglia | nsuglia@fleischerlaw.com |
| Top 30 Creditor | GHR General Healthcare Resources | Jessica Glatzer Mason | jmason@foley.com |
| Counsel for Former Michigan Medical Provider Employees | Hackney Odlem & Dardas, PLC | Thomas G. Hackney | thackney@hodlawyers.com |
| Top 30 Creditor | Halo Branded Solutions | Scott Schaefer | Scott@schaeferslaw.com |
| Top 30 Creditor | HCA Health Services of FL | David Tassa | dtassa@kslaw.com |
| Top 30 Creditor | Highwoods Properties | Ronn Steen | Ronn.steen@thompsonburton.com |
| Counsel for Capital Region Medical Center and The Curators of the University of Missouri | Jones Murray LLP | Erin Jones | erin@jonesmurray.com |
| Counsel for Henry Snook, Jennifer Power, Aanda Slocum, Linda Floyd, successors and assigns | Lane & Nach, P.C. | Adam B. Nach | adam.nach@lane-nach.com |
| Committee of Unsecured Creditors | Latricia Revell | | Latriciarevell227@gmail.com |
| Top 30 Creditor | Liftforward / Hitachi / Mitsubishi | Mark Magnozzi | mmagnozzi@magnozzilaw.com |
| Co-Counsel for Adree Edmo | M.E. Heard, Attorney, PLLC | Mary Elizabeth Heard | meheard@heardlawfirm.net |
| MD Attorney General | Maryland Attorney General | Anthony G Brown | oag@oag.state.md.us |
| Counsel for ANV Global Services Inc. on behalf of Associated Industries Insurance Company Inc. | Maurice Wutscher LLP | Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Top 30 Creditor | Maxim Healthcare | Erno Lindner | elindner@bakerdonelson.com |
| Committee of Unsecured Creditors | Maxim Healthcare Staffing Services, Inc. | Neil M. Williamson | newillia@maximstaffing.com |
| Counsel for Saint Alphonsus Health System, Inc | Mehaffy Weber, P.C. | Blake Hamm and Holly Hamm | BlakeHamm@MehaffyWeber.com; HollyHamm@MehaffyWeber.com |
| Top 30 Creditor | Mercy Hospital (MO) | Lisa Manziel | info@manziel.com |
| MI Attorney General | Michigan Attorney General | Dana Nessel | miag@mi.gov |
| Top 30 Creditor | Microsoft | Amy Scoville | amdevi@microsoft.com |
| Counsel to State of Idaho, Idaho Department of Corrections, and certain officials or employees of the State of Idaho | Munsch Hardt Kopf & Harr, P.C. | John D. Cornwell and Brenda L. Funk | jcornwell@munsch.com; bfunk@munsch.com |
| Counsel to State of Idaho, Idaho Department of Corrections, and certain officials or employees of the State of Idaho | Munsch Hardt Kopf & Harr, P.C. | Randall W. Miller | rwmiller@munsch.com |
| Top 30 Creditor | Newman, Kathleen | TGH Litigation LLC, J. Andrew Hirth | andy@tghlitigation.com |
| Counsel to DIP Agent M2 LoanCo, LLC | Norton Rose Fulbright | Julie Goodrich Harrison | julie.harrison@nortonrosefulbright.com |
| Counsel to DIP Agent M2 LoanCo, LLC | Norton Rose Fulbright | Kristian W. Gluck | kristian.gluck@nortonrosefulbright.com |
| Office of the United States Trustee | Office of the United States Trustee | Ha Minh Nguyen | ha.nguyen@usdoj.gov |
| Counsel for Arizona Department of Corrections, Rehabilitation, and Reentry | Osborn Maledon, P.A. | Warren J. Stapleton and Christopher C. Simpson | wstapleton@omlaw.com; csimpson@omlaw.com |

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| PA Attorney General | Pennsylvania Attorney General | Michelle Henry | press@attorneygeneral.gov |
| Top 30 Creditor | Pike County Memorial Hospital | Jonathan Shoener | fandblegal@gmail.com |
| Committee of Unsecured Creditors | Rachell Garwood | | rachellgarwood@yahoo.com |
| Counsel for Idaho Claimants | Racine Olson, PLLP | Daniel C. Green | dan@racineolson.com |
| Top 30 Creditor and Co-Counsel for Adree Edmo | Rifkin Law Office | Lori Rifkin | lrifkin@rifkinlawoffice.com |
| Top 30 Creditor and Committee of Unsecured Creditors | Saint Alphonsus Health System, Inc. | Keely Duke, Stephanie Westermeier | ked@dukeevett.com; stephanie.westermeier@trinity-health.org |
| Top 30 Creditor and Committee of Unsecured Creditors | St. Luke's Health System, Ltd. | Wendy Olson, Stoel Rives, LLP and David Barton | wendy.olson@stoel.com; bartond@slhs.org |
| Counsel for the Official Unsecured Creditors' Committee | Stinson LLP | Paul B. Lackey | paul.lackey@stinson.com; ed.caldie@stinson.com; phillip.ashfield@stinson.com; nicholas.zluticky@stinson.com |
| Counsel for Dell Financial Services L.L.C. | Streusand, Landon, Ozburn & Lemmon, LLP | Richard D. Villa | villa@slollp.com |
| Counsel for Lone Star Alliance Inc., A Risk Retention Company, a subsidiary of Texas Medical Liability Trust | Stromberg Stock, PLLC | Mark Stromberg | mark@strombergstock.com |
| Counsel for the Curators of the University of Missouri and Capital Region Medical Center | Stueve Siegel Hanson LLP | Ethan M. Lange | lange@stuevesiegel.com |
| Top 30 Creditor | Supplemental Healthcare | Fariha Haider | fhaider@shccares.com |
| TX Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel for David Hall | The Essmyer Law Firm | Michael M. Essmyer, Sr. | messmyer@essmyerlaw.com |
| TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | steve.butler@ag.tn.gov |
| Top 30 Creditor and Committee of Unsecured Creditors | Truman Medical Center, Inc. d/b/a University Health | Office of General Counsel, Claire Hillman | Claire.hillman@uhkc.org |
| U.S. Department of Justice | U.S. Department of Justice Office of the U.S. Trustee | Andrew Jimenez | andrew.jimenez@usdoj.gov |
| United States Attorney | US Attorney Southern District of Texas | | usatxs.atty@usdoj.gov |
| Top 30 Creditor | Vang, Ka et al | c/o Webb Law Group, Lenden Webb | lwebb@webblawgroup.com |
| Counsel to YesCare Corp. and CHS TX | White & Case LLP | Samuel P. Hershey | sam.hershey@whitecase.com |
| Top 30 Creditor | WhiteGlove Placement | Linda Markowitz | lmarkowitz@whiteglovecare.net |

# Exhibit B

**Exhibit B**
**OCP Notice Parties**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for the Debtor and Debtor in Possession | Gray Reed & McGraw LLP | Jason S. Brookner, Aaron M. Kaufman, Lydia R. Webb, Amber M. Carson | jbrookner@grayreed.com; akaufman@grayreed.com; lwebb@grayreed.com; acarson@grayreed.com |
| Counsel to DIP Agent M2 LoanCo, LLC | Norton Rose Fulbright | Julie Goodrich Harrison | julie.harrison@nortonrosefulbright.com |
| Counsel to DIP Agent M2 LoanCo, LLC | Norton Rose Fulbright | Kristian W. Gluck | kristian.gluck@nortonrosefulbright.com |
| Office of the United States Trustee | Office of the United States Trustee | Ha Minh Nguyen | ha.nguyen@usdoj.gov |
| Counsel for the Official Unsecured Creditors' Committee | Stinson LLP | Paul B. Lackey | paul.lackey@stinson.com; ed.caldie@stinson.com; phillip.ashfield@stinson.com; nicholas.zluticky@stinson.com |
| Debtor and Debtor in Possession | Tehum Care Services, Inc. | Russell Perry, Chief Restructuring Officer, Ankura Consulting Group, LLC | russell.perry@ankura.com |
| U.S. Department of Justice | U.S. Department of Justice Office of the U.S. Trustee | Andrew Jimenez | andrew.jimenez@usdoj.gov |

In re: Tehum Care Services, Inc.
Case No.: 23-90086 (CML)

Page 1 of 1