IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § § § | Chapter 11 |
| TEHUM CARE SERVICES, INC.,[1] | § § § § | Case No. 23-90086 (CML) |
| Debtor. | § § | |

# RULE 2019 DISCLOSURE OF MULTIPLE REPRESENTATION

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Clark Hill PLC and Nichols Kaster, PLLP (the "**Firms**"), submit this Rule 2019 Disclosure of Multiple Representation (the "**Verified Statement**") to provide the following information:

1. The Firms represent the following parties in interest with respect to the above captioned matter:

    a) Machelle Pearson
    b) Maria Sheldon
    c) Rachell Garwood
    d) Putative class of similarly situated women as defined in *Pearson v. Washington*, No. 2:19-cv-10707 (E.D. Mich.) (the "**Pearson Lawsuit**")

2. The individuals listed above (the "**Pearson Putative Class**") are each an unsecured creditor of the Debtor, as well as a member of a putative class in the *Pearson Lawsuit*. The nature of the Pearson Putative Class is unsecured with an estimated total claim of $43,200,000.

3. The Pearson Putative Class has consented to multiple representation by the Firms in the above-captioned matter.

4. The Firms reserve the right to amend this Verified Statement as necessary.

---

[1] The last four digits of Tehum Care Services, Inc.'s (the "**Debtor**") federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

Dated: August 14, 2023

                                                Respectfully submitted,
*/s/ Robert P. Franke*_____
Robert P. Franke
State Bar No. 07371200
Audrey L. Hornisher
State Bar No. 24094369
**CLARK HILL PLC**
901 Main Street, Suite 6000
Dallas, Texas 75202-3794
(214) 651-4300
(214) 651-4330 (fax)
bfranke@clarkhill.com
ahornisher@clarkhill.com

Rebekah L. Bailey (MN0389599)
*Admitted pro hac vice*
**NICHOLS KASTER, PLLP**
80 South Eighth Street, Suite 4700
Minneapolis, MN 55402
(612) 256-3200
bailey@nka.com

**ATTORNEY FOR PLAINTIFFS PEARSON, SHELDON, GARWOOD, AND THE PUTATIVE PEARSON CLASS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 14, 2023, a true and correct copy of the foregoing document was served upon all parties who have consented to service via this Court's ECF System.

                                                */s/ Robert P. Franke*____
                                                Robert P. Franke