Electronic Appearance Sheet

Warren Stapleton, Osborn Maledon, P.A.
Client(s): Arizona Department of Corrections, Rehabilitation, and Reentry

Daniel Green, Racine Olson, PLLP
Client(s): Class of Idaho Department of Corrections Inmates

Warren Stapleton, Osborn Maledon PA
Client(s): Arizona Department of Corrections, Rehabilitation, and Reentry

Mark Cole, Spencer Fane, LLP
Client(s): Cameron Regional Medical Center

Steven Holmes, Cavazos Hendricks Poirot, P.C.
Client(s): Monique Shennell Ford, Administrator of the Estate of Darryl Terrell Becton, Deceased

Steven Holmes, Cavazos Hendricks Poirot, .C.
Client(s): Monique Shennell Ford, Administrator of the Estate of Darryl Terrell Becton, deceased

Matt Vigil, SLU Law Legal Clinics
Client(s): Phillip Buchanan

Nicholas Zluticky, Stinson LLP
Client(s): Official Committee of Unsecured Creditors

Warren Stapleton, Osborn Maledon, PA
Client(s): Arizona Department of Corrections Rehabilitation and Reentry

Zachary Hemenway, Stinson LLP
Client(s): Unsecured Creditors' Committee

Lori Rifkin, Rifkin Law Office
Client(s): Adree Edmo

Ian Cross, Cross Law PLLC
Client(s): Kohchise Jackson, William Kelly, Derico Thompson

Ha Nguyen, U.S. Trustee
Client(s): U.S. Trustee

Valrey Early, Frank Ozment Attorney at Law LLC
Client(s): Tracey Grissom

Valerie Shea, Marting Law, LLC
Client(s): North Kansas City Hospital

Tom Hackney, Hackney Odlum & Dardas
Client(s): Former Corizon Employees

Electronic Appearance Sheet

Mary Elizabeth Heard, M.E. Heard, Attorney, PLLC
Client(s): Ms. Adree Edmo

Johnie Patterson, Walker & Patterson
Client(s): New York Plaintiffs

Janel Glynn, The Burgess Law Group
Client(s): The Al-Amins

Philip Guffy, Hunton Andrews Kurth LLP
Client(s): Geneva Consulting LLC

Aaron Kaufman, Gray Reed
Client(s): Debtor

Erin Jones, Jones Murray LLP
Client(s): Capital Region Medical Center

Amber Carson, Gray Reed
Client(s): Debtor

Erin Jones, Jones Murray LLP
Client(s): The Curators of the University of Missouri

Lydia Webb, Gray Reed
Client(s): Debtor

Jason Brookner, Gray Reed
Client(s): Debtor

Kristian Gluck, Norton Rose Fulbright
Client(s): M2 LoanCo