Case 23-90086   Document 909-1   Filed in TXSB on 08/31/23   Page 1 of 1



Ian Cross <ian@lawinannarbor.com>

## Tehum Trustee motion

**Jason S. Brookner** <jbrookner@grayreed.com>                                         Mon, Jul 17, 2023 at 10:29 AM
To: "ian@lawinannarbor.com" <ian@lawinannarbor.com>
Cc: "Amber M. Carson" <acarson@grayreed.com>, Aaron Kaufman <akaufman@grayreed.com>, Nicholas Zluticky <nicholas.zluticky@stinson.com>

Ian, thank you for the call just now.

This email will confirm our discussions, and that you have agreed to extend our objection deadline to the trustee motion for one week on a tentative basis, pending the status conference tomorrow and our further discussions late tomorrow or Wednesday morning following the status conference in a further extension.

Thank you again for your courtesies and considerations, and feel free to give me a buzz to discuss anything at any time, and I'll talk to you after the status conference.

**Jason S. Brookner**
**Partner**
Tel 469.320.6132 | Fax 469.320.6894 | jbrookner@grayreed.com
Dallas Office: 1601 Elm St., Suite 4600 | Dallas, TX 75201
Houston Office: 1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056
grayreed.com | Connect with me on LinkedIn



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.