

Ian Cross <ian@lawinannarbor.com>

## Tehum (23-90086) - Conferring regarding hearing on Trustee Motion (dkt 731)

**Aaron Kaufman** <akaufman@grayreed.com>                                            Fri, Aug 4, 2023 at 2:36 PM
To: Ian Cross <ian@lawinannarbor.com>, "Blake.m@carsoncoil.com" <Blake.m@carsoncoil.com>, "jjp@walkerandpatterson.com" <jjp@walkerandpatterson.com>, "thackney@hodlawyers.com" <thackney@hodlawyers.com>, "meheard@heardlawfirm.net" <meheard@heardlawfirm.net>, "lrifkin@rifkinlawoffice.com" <lrifkin@rifkinlawoffice.com>, Amy Whelan <AWhelan@nclrights.org>
Cc: TehumBK <tehumbk@grayreed.com>, "Nicholas Zluticky (nicholas.zluticky@stinson.com)" <nicholas.zluticky@stinson.com>, "Zachary H. Hemenway - Stinson LLP (zachary.hemenway@stinson.com)" <zachary.hemenway@stinson.com>, "Russell A. Perry - Ankura Consulting Group, Llc (Russell.Perry@ankura.com)" <Russell.Perry@ankura.com>, Michael Russano <Michael.Russano@ankura.com>, Scott Rinaldi <Scott.Rinaldi@ankura.com>, Steven Petrocelli <Steven.Petrocelli@ankura.com>

Ian, Blake, Johnny, Thomas, M.E., Lori and Amy –

We saw that the Court scheduled your trustee motion for Friday, 9/1 @ 10:00 am, without conferring with anyone on the Debtor's side regarding our availability.

As I explained to Ian by phone moments ago, this date does not work for the majority of the Debtor's professional team (at least two of us are out of state at an ABI conference that week, and I had planned to be out of office that Thursday/Friday hosting my out of town guests for my oldest son's bar mitzvah that weekend).

We would like to avoid filing a motion to continue if there is consensus among that movants to agree to the following:

- Reset the hearing to the Court's next available setting on Tuesday 9/5 or any date thereafter. Note that you should request a block that is at least 4-6 hours to ensure the Court has ample time to hear everyone's evidence and arguments.
- The Debtor will file any supplements to its initial objection by 8/30, which will be one week after our mediation concludes.

Please advise if this is agreeable. If not, we will note your opposition in a motion to continue to be filed next week.

Thanks and have a great weekend.

-amk

**Aaron Kaufman**
**Partner**
Tel 469.320.6050  | Fax 469.320.6886 | akaufman@grayreed.com
1601 Elm St., Suite 4600 | Dallas, TX 75201
grayreed.com  |  Connect with me on LinkedIn



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.