

# Transcript of Isaac Lefkowitz, Corporate Designee (PHARMACORR)

**Date:** August 14, 2023
**Case:** Tehum 2004 Exams, In Re:

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

- - - - - - - - - - - - x

IN RE:                          :

TEHUM CARE SERVICES, INC.       :     Case No.

                DEBTOR.        :     23-90086 (CML)

                         :     CHAPTER 11

- - - - - - - - - - - - x

REMOTELY CONDUCTED VIDEOTAPED DEPOSITION OF

ISAAC LEFKOWITZ

AS CORPORATE DESIGNEE FOR PHARMACORR, LLC

MONDAY, AUGUST 14, 2023

11:55 A.M. CST

JOB NO.: 503115

PAGES: 1 - 76

REPORTED BY: KARISA EKENSEAIR, CCR RMR

1       DEPOSITION OF ISAAC LEFKOWITZ, CORPORATE

2   DESIGNEE, CONDUCTED VIA ZOOM VIDEOCONFERENCE.

3

4

5

6

7

8

9

10          Pursuant to notice, before Karisa J.

11   Ekenseair, Certified Shorthand Reporter in and for

12   the States of Arkansas, Oklahoma, Missouri,

13   Tennessee, Georgia, Washington, and Illinois;

14   National Registered Professional Reporter,

15   National Registered Merit Reporter, Notary Public

16   in and for the State of Arkansas.

17

18

19

20

21

22

23

24

25

```
1                  A P P E A R A N C E S

2        ON BEHALF OF OFFICIAL COMMITTEE OF UNSECURED

3    CREDITORS (VIA ZOOM):

4            ZACHARY HEMENWAY, ESQUIRE

5            NICHOLAS ZLUTICKY, ESQUIRE

6            ANNA TURNER, ESQUIRE

7            STINSON, LLP

8            1201 WALNUT STREET, SUITE 2900

9            KANSAS CITY, MISSOURI 64103

10           816-842-9600

11

12

13       ON BEHALF OF PHARMACORR, LLC AND PERIGROVE

14   1018, LLC (VIA ZOOM):

15

16           MELISSA HAYWARD, ESQUIRE

17           HAYWARD PLLC

18           10501 N. CENTRAL EXPY, SUITE 106

19           DALLAS, TEXAS 75231

20           972-755-7104

21

22

23

24

25
```

```
1          A P P E A R A N C E S   C O N T I N U E D

2

3    ON BEHALF OF TEHUM CARE SERVICES, INC. (VIA ZOOM):

4            AARON KAUFMAN, ESQUIRE

5            GRAY REED

6            1601 ELM STREET, SUITE 4600

7            DALLAS, TEXAS   75201

8            214-954-4134

9

10   ON BEHALF OF KOHCHISE JACKSON, WILLIAM KELLY, AND

11   DERICO THOMPSON (VIA ZOOM):

12           IAN CROSS, ESQUIRE

13           CROSS LAW, PLLC

14           402 WEST LIBERTY STREET

15           ANN ARBOR, MICHIGAN   48103

16           734-994-9590

17

18   ALSO PRESENT:

19           MALCOLM COOKE, REMOTE TECHNICIAN

20           LAWRENCE WALLACE, VIDEOGRAPHER

21

22

23

24

25
```

1          T A B L E   O F   C O N T E N T S

2                                            PAGE

3     STYLE AND NUMBER....................... 1

4     APPEARANCES............................ 3

5

6     WITNESS:   ISAAC LEFKOWITZ

7     EXAMINATION BY MR. HEMENWAY.......... 9

8

9     CERTIFICATE OF REPORTER.............. 76

10

11                    EXHIBITS

12              (ATTACHED TO TRANSCRIPT)

13    NUMBER  DESCRIPTION                  PAGE

14    Ex.1       PERIGROVE WEBSITE...............19

15    Ex.2       THIRD AMENDED AND RESTATED

16             CREDIT AGREEMENT, DATED AUGUST

17             17, 2020, BATES NUMBER

18             YC-E-037687 THROUGH 37799,

19             CONFIDENTIAL....................38

20    Ex.3       PAY-OFF LETTER DATED APRIL 29,   46

21             2022, BATES NUMBER DEBTOR004292

22             THROUGH 4295, CONFIDENTIAL.......

23

24

25

```
 1                      EXHIBITS

 2                     (CONTINUED)

 3   NUMBER  DESCRIPTION                      PAGE

 4   Ex.4      FIFTH AMENDMENT, ASSIGNMENT,

 5             ASSUMPTION, WAIVER AND RELEASE

 6             TO THIRD AMENDED AND RESTATED

 7             CREDIT AGREEMENT, BATES NUMBER

 8             DEBTOR004354 THROUGH 4489,

 9             CONFIDENTIAL....................50

10   Ex.5      SECURITY AGREEMENT AND GUARANTY

11             AGREEMENT RELEASE, BATES NUMBER

12             DEBTOR004490 THROUGH 4492,

13             CONFIDENTIAL....................52

14   Ex.6      DOCUMENT 811 PAGE 220 OF 225.....58

15   Ex.7      E-MAIL CHAIN, SUBJECT

16             BOOK1.XLSX WITH ATTACHMENT,

17             DATED NOVEMBER 17, 2022, BATES

18             NUMBER YC-E-005672 THROUGH

19             5673, CONFIDENTIAL...............61

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | THE VIDEOGRAPHER:  Here begins Media | 11:55:26 |
| 3 | Number 1 in the videotaped deposition of Isaac | 11:55:28 |
| 4 | Lefkowitz, designated representative in the matter | 11:55:30 |
| 5 | of Tehum 2004 exams, In Re the United States | 11:55:33 |
| 6 | Bankruptcy Court for the Southern District of | 11:55:40 |
| 7 | Texas, Houston Division, Case Number | 11:55:43 |
| 8 | 23-90086(CML). | 11:55:52 |
| 9 | Today's date is August 14, 2023.  The time | 11:55:52 |
| 10 | on video monitor is 11:55 a.m. Central time.  The | 11:55:58 |
| 11 | videographer today is Lawrence Wallace | 11:56:03 |
| 12 | representing Planet Depos. | 11:56:06 |
| 13 | This video deposition is taking place | 11:56:07 |
| 14 | remotely via Zoom. | 11:56:10 |
| 15 | Will counsel please voice-identify | 11:56:11 |
| 16 | themselves and state whom they represent beginning | 11:56:14 |
| 17 | with the taking attorney, please. | 11:56:17 |
| 18 | MR. HEMENWAY:  Zach Hemenway from Stinson | 11:56:18 |
| 19 | LLP, for the Committee, and Anna Turner from my | 11:56:18 |
| 20 | firm is here as well. | 11:56:18 |
| 21 | MS. HAYWARD:  Melissa Hayward on behalf of | 11:56:30 |
| 22 | PharmaCorr, LLC of Hayward PLLC. | 11:56:30 |
| 23 | And just so that the record is clear, this | 11:56:32 |
| 24 | 2004 examination is being taken of PharmaCorr, | 11:56:35 |
| 25 | LLC.  And Mr. Lefkowitz is appearing as the | 11:56:38 |

1    designated represented of PharmaCorr, LLC.                11:56:42

2          THE VIDEOGRAPHER:  The court reporter               11:56:48

3    today --                                                  11:56:51

4          MR. HEMENWAY:  Yeah.  We need one more              11:56:51

5    attorney here.                                            11:56:52

6          THE VIDEOGRAPHER:  Oh, I'm sorry.  My               11:56:52

7    apologies.  Go ahead.                                     11:56:54

8          MR. KAUFMAN:  For the debtor, Tehum Care            11:56:56

9    Services, Inc., this is Aaron Kaufman with the law        11:56:58

10   firm Gray Reed.                                           11:57:01

11         MR. HEMENWAY:  And Ian, go ahead.                   11:57:01

12         MR. CROSS:  And Ian Cross for Kohchise              11:57:05

13   Jackson, William Kelly, and Derek Thompson.               11:57:09

14         MR. HEMENWAY:  All right.                           11:57:12

15         THE VIDEOGRAPHER:  The court reporter               11:57:14

16   today is Karisa Ekenseair representing Planet             11:57:15

17   Depos.                                                    11:57:15

18         Will the reporter please swear in the              11:57:15

19   witness?                                                  11:57:18

20                  ISAAC LEFKOWITZ                            11:57:18

21   of lawful age, being first duly sworn, deposes and        11:57:18

22   says in reply to the questions propounded as              11:57:18

23   follows:                                                  11:57:18

24         MR. HEMENWAY:  All right.  Before we get            11:57:38

25   started, I'm just going to put on the record the          11:57:39

1   same agreement that we mentioned at the Geneva            11:57:41

2   2004, that the Committee has agreed to a limited          11:57:45

3   scope of topics to focus on information relevant          11:57:49

4   to mediation with the understanding and agreement         11:57:52

5   from PharmaCorr, LLC that moving forward with this        11:57:56

6   list of topics doesn't impact the Committee's             11:58:02

7   right to conduct a future 2004 exam, nor                  11:58:05

8   PharmaCorr's right to object to any future topics.        11:58:08

9        MS. HAYWARD:  And agreed with that.                  11:58:13

10  However, with the caveat that the list of topics          11:58:14

11  that was served are different from the list of            11:58:18

12  topics that PharmaCorr has agreed to provide              11:58:20

13  testimony on.  And so to the extent that these            11:58:24

14  questions go beyond what PharmaCorr agreed to             11:58:28

15  provide testimony on, I will object.                      11:58:32

16                    EXAMINATION                             11:58:44

17  BY MR. HEMENWAY:                                          11:58:44

18       Q  Okay.  So Mr. Lefkowitz, I'll dispense            11:58:44

19  with the preliminaries, not to be impolite, but           11:58:46

20  because we already did them this morning when you         11:58:48

21  were representative for another party.  So we also        11:58:51

22  went through how to respond to questions and how          11:58:54

23  the -- to get everything for the court reporter.          11:58:57

24       So let's start with what did you do to               11:59:00

25  prepare for this deposition?                              11:59:03

| | | |
|---|---|---|
| 1 | A  Before we get started -- could | 11:59:04 |
| 2 | Mr. Cross -- | 11:59:07 |
| 3 | Q  He already did? | 11:59:09 |
| 4 | A  No.  Could he clarify whether he's going | 11:59:11 |
| 5 | to be asking the witness any questions? | 11:59:14 |
| 6 | MS. HAYWARD:  He will not. | 11:59:16 |
| 7 | MR. CROSS:  I will not be asking the | 11:59:18 |
| 8 | witness any questions. | 11:59:19 |
| 9 | THE WITNESS:  Okay.  Go ahead, Zach. | 11:59:24 |
| 10 | BY MR. HEMENWAY: | 11:59:25 |
| 11 | Q  Mr. Lefkowitz, what did you do to prepare | 11:59:25 |
| 12 | for this deposition? | 11:59:27 |
| 13 | A  Discussed it with counsel. | 11:59:29 |
| 14 | Q  Discussed it with anybody else? | 11:59:31 |
| 15 | A  No. | 11:59:34 |
| 16 | Q  And when you say counsel, who is that? | 11:59:39 |
| 17 | A  Melissa Hayward. | 11:59:42 |
| 18 | Q  Any other attorneys? | 11:59:42 |
| 19 | A  No. | 11:59:45 |
| 20 | Q  Does PharmaCorr have a general counsel? | 11:59:47 |
| 21 | A  No. | 11:59:51 |
| 22 | Q  And I assume you reviewed the list of | 11:59:51 |
| 23 | topics, either the one Ms. Hayward was referencing | 11:59:57 |
| 24 | or the one that was served? | 12:00:02 |
| 25 | A  Correct. | 12:00:04 |

| | | |
|---|---|---|
| 1 | Q  Did you review any documents? | 12:00:04 |
| 2 | A  Yes. | 12:00:07 |
| 3 | Q  What documents did you review? | 12:00:07 |
| 4 | A  Whatever was produced. | 12:00:12 |
| 5 | Q  By whom? | 12:00:13 |
| 6 | A  PharmaCorr. | 12:00:15 |
| 7 | Q  PharmaCorr hasn't produced documents, | 12:00:17 |
| 8 | Mr. Lefkowitz. | 12:00:20 |
| 9 | A  Whatever they produced. | 12:00:21 |
| 10 | Q  Who is they? | 12:00:24 |
| 11 | A  If PharmaCorr produced documents, I | 12:00:25 |
| 12 | reviewed them.  Whatever PharmaCorr produced, I | 12:00:29 |
| 13 | had discussion about it.  Could be some of them | 12:00:31 |
| 14 | were attorney-client privileged documents. | 12:00:34 |
| 15 | Q  So you reviewed attorney-client privileged | 12:00:37 |
| 16 | documents relating to Corizon and YesCare? | 12:00:40 |
| 17 | MS. HAYWARD:  Objection, form. | 12:00:45 |
| 18 | A  I'm here on behalf of PharmaCorr right | 12:00:49 |
| 19 | now. | 12:00:52 |
| 20 | Q  I am asking what documents -- | 12:00:52 |
| 21 | A  I reviewed the documents request and I | 12:00:53 |
| 22 | reviewed the deposition request.  And whatever is | 12:00:57 |
| 23 | related to that, I reviewed. | 12:01:02 |
| 24 | Q  And what documents are related to that? | 12:01:03 |
| 25 | A  Have you gotten any documents from | 12:01:10 |

| | | |
|---|---|---|
| 1 | PharmaCorr? | 12:01:12 |
| 2 | MS. HAYWARD:  No.  PharmaCorr has not | 12:01:13 |
| 3 | produced any documents. | 12:01:16 |
| 4 | THE WITNESS:  Not produced any documents. | 12:01:18 |
| 5 | Okay. | 12:01:20 |
| 6 | So probably reviewed, you know, internal | 12:01:20 |
| 7 | files and folders, and I prepared myself for | 12:01:23 |
| 8 | deposition. | 12:01:25 |
| 9 | BY MR. HEMENWAY: | 12:01:25 |
| 10 | Q  So you reviewed PharmaCorr's internal | 12:01:25 |
| 11 | files and folders? | 12:01:30 |
| 12 | A  Correct. | 12:01:31 |
| 13 | Q  And what was in those internal files and | 12:01:31 |
| 14 | folders, information relating to the topics? | 12:01:34 |
| 15 | A  Correct. | 12:01:37 |
| 16 | Q  And how many files and folders did you | 12:01:38 |
| 17 | review? | 12:01:48 |
| 18 | A  I looked into my e-mails, searched, | 12:01:50 |
| 19 | reviewed.  I'm ready for the deposition.  If you | 12:01:56 |
| 20 | have a question, go ahead and I'll answer it. | 12:01:58 |
| 21 | Q  My question is what documents you | 12:02:01 |
| 22 | reviewed.  That's what I'm trying to ask right | 12:02:04 |
| 23 | now. | 12:02:07 |
| 24 | A  I looked at the financial documents of the | 12:02:07 |
| 25 | company. | 12:02:12 |

| | | |
|---|---|---|
| 1 | Q  And are those maintained -- do you | 12:02:12 |
| 2 | maintain those documents? | 12:02:15 |
| 3 | A  PharmaCorr does. | 12:02:16 |
| 4 | Q  And how do you access PharmaCorr's | 12:02:17 |
| 5 | financial documents? | 12:02:22 |
| 6 | MS. HAYWARD:  Objection, form.  Again, | 12:02:23 |
| 7 | where is this within the scope of topics? | 12:02:24 |
| 8 | MR. HEMENWAY:  Well, payments, | 12:02:27 |
| 9 | transactions, and transfers of funds and other | 12:02:28 |
| 10 | assets made to PharmaCorr. | 12:02:30 |
| 11 | MS. HAYWARD:  Okay.  I don't know that -- | 12:02:33 |
| 12 | how PharmaCorr maintains documents falls with | 12:02:34 |
| 13 | that.  If you want to ask the witness about | 12:02:38 |
| 14 | transfers or payments to PharmaCorr, by all means | 12:02:40 |
| 15 | show him documents, but -- | 12:02:44 |
| 16 | MR. HEMENWAY:  He reviewed financial | 12:02:45 |
| 17 | documents.  I am asking which financial documents. | 12:02:47 |
| 18 | Q  Which financial documents, Mr. Lefkowitz? | 12:02:50 |
| 19 | A  Books and records of the company. | 12:02:53 |
| 20 | Q  And where are those maintained? | 12:02:54 |
| 21 | A  Oklahoma. | 12:03:00 |
| 22 | Q  You went to Oklahoma to review them? | 12:03:00 |
| 23 | A  I don't have to go to Oklahoma. | 12:03:02 |
| 24 | Q  So how did you review them? | 12:03:04 |
| 25 | A  Access to them. | 12:03:08 |

| | | |
|---|---|---|
| 1 | Q   Via what means? | 12:03:09 |
| 2 | A   Via the server. | 12:03:16 |
| 3 | Q   Whose server? | 12:03:19 |
| 4 | A   PharmaCorr's server. | 12:03:21 |
| 5 | Q   Are other companies' information kept on | 12:03:22 |
| 6 | that server as well? | 12:03:26 |
| 7 | MS. HAYWARD:  Objection, form.  This is | 12:03:27 |
| 8 | outside the scope of the topics.  I'm going to | 12:03:29 |
| 9 | instruct the witness not to answer.  Let's talk | 12:03:32 |
| 10 | about issues that are within the topics here. | 12:03:34 |
| 11 | Q   What system is PharmaCorr's financial | 12:03:36 |
| 12 | records maintained on? | 12:03:38 |
| 13 | A   Financial system. | 12:03:39 |
| 14 | Q   Is it -- are these bank statements? | 12:03:43 |
| 15 | MS. HAYWARD:  Objection, form.  Again, | 12:03:50 |
| 16 | Mr. Hemenway, what topic do you believe that this | 12:03:52 |
| 17 | line of -- you did not include a topic about how | 12:03:55 |
| 18 | PharmaCorr maintains its documents. | 12:04:00 |
| 19 | MR. HEMENWAY:  I'm asking about the | 12:04:01 |
| 20 | documents he reviewed for the deposition. | 12:04:03 |
| 21 | MS. HAYWARD:  Well, no.  You're asking | 12:04:05 |
| 22 | about much broader than that and how PharmaCorr | 12:04:06 |
| 23 | maintains its records. | 12:04:09 |
| 24 | MR. HEMENWAY:  I'm asking about the | 12:04:11 |
| 25 | documents he reviewed for the deposition, so... | 12:04:12 |

1     Q   You reviewed financial records for the          12:04:15

2   deposition.  That was your testimony.                 12:04:17

3         What system did you review these in?            12:04:19

4     A   You say what system?  What do you mean          12:04:23

5   what system?  What monitor I looked at?               12:04:26

6     Q   What form are these documents?                  12:04:29

7     A   The financial system.                           12:04:33

8     Q   What is that?                                   12:04:36

9     A   Financial system is a system where             12:04:40

10  financial records a kept, books and records.          12:04:43

11    Q   So you reviewed PharmaCorr's financial          12:04:54

12  statements?                                            12:04:58

13    A   Books and records.                              12:05:02

14    Q   Okay.  Did you review any other documents,      12:05:04

15  anything other than financial records?                 12:05:10

16    A   Agreements.                                      12:05:16

17    Q   What agreements?                                 12:05:17

18    A   The agreements that PharmaCorr has.             12:05:18

19    Q   You reviewed every agreement that              12:05:23

20  PharmaCorr has in preparation for this deposition?     12:05:26

21    A   Whatever is relative.                           12:05:28

22    Q   So you reviewed every agreement that            12:05:35

23  relates to services PharmaCorr performed for the       12:05:38

24  merger parties of the debtor since November 1st,       12:05:41

25  2021?                                                  12:05:47

| | | |
|---|---|---|
| 1 | A  Correct. | 12:05:47 |
| 2 | Q  And any agreement that relates to payments | 12:05:47 |
| 3 | transactions or transfers of funds made to | 12:05:51 |
| 4 | PharmaCorr? | 12:05:54 |
| 5 | A  Correct. | 12:05:54 |
| 6 | Q  Or on its behalf? | 12:05:55 |
| 7 | A  Correct. | 12:06:00 |
| 8 | Q  Okay.  So PharmaCorr is a Perigrove | 12:06:00 |
| 9 | portfolio company, correct? | 12:06:10 |
| 10 | A  Not correct. | 12:06:12 |
| 11 | Q  What's the relationship between PharmaCorr | 12:06:15 |
| 12 | and Perigrove? | 12:06:17 |
| 13 | MS. HAYWARD:  Objection, form.  Can you | 12:06:18 |
| 14 | clarify what Perigrove you're talking about, | 12:06:20 |
| 15 | please? | 12:06:22 |
| 16 | Q  What's the relationship between PharmaCorr | 12:06:25 |
| 17 | and Perigrove, LLC? | 12:06:29 |
| 18 | A  I don't know if there is a relationship. | 12:06:30 |
| 19 | Q  What's the relationship between PharmaCorr | 12:06:32 |
| 20 | and Perigrove 1018, LLC? | 12:06:34 |
| 21 | A  I don't know if there is a relationship. | 12:06:37 |
| 22 | Q  And you're here testifying on behalf of | 12:06:39 |
| 23 | PharmaCorr, correct? | 12:06:43 |
| 24 | A  Correct. | 12:06:44 |
| 25 | Q  So you're not aware of Perigrove calling | 12:06:44 |

| | | |
|---|---|---|
| 1 | PharmaCorr a portfolio company? | 12:06:54 |
| 2 | A  I am aware. | 12:06:55 |
| 3 | Q  Okay.  Why does Perigrove call PharmaCorr | 12:06:59 |
| 4 | a portfolio company? | 12:07:05 |
| 5 | A  Perigrove is not here in the deposition. | 12:07:06 |
| 6 | Q  I'm asking you as the representative of | 12:07:08 |
| 7 | PharmaCorr. | 12:07:11 |
| 8 | MS. HAYWARD:  Objection, form. | 12:07:11 |
| 9 | A  As far as a representative of PharmaCorr, | 12:07:15 |
| 10 | I don't know why Perigrove calls it a portfolio | 12:07:19 |
| 11 | company. | 12:07:23 |
| 12 | Q  Are you testifying that PharmaCorr does | 12:07:23 |
| 13 | not have a relationship with Perigrove? | 12:07:25 |
| 14 | MS. HAYWARD:  Objection -- | 12:07:28 |
| 15 | A  Not that I am aware of. | 12:07:29 |
| 16 | MS. HAYWARD:  -- form.  Which Perigrove? | 12:07:30 |
| 17 | Q  You said not that you're aware of? | 12:07:35 |
| 18 | A  Counsel asked you which Perigrove are you | 12:07:39 |
| 19 | talking about. | 12:07:42 |
| 20 | Q  Does PharmaCorr have a relationship with | 12:07:43 |
| 21 | Perigrove, LLC? | 12:07:46 |
| 22 | A  Not that I am aware of. | 12:07:48 |
| 23 | Q  Yet you're aware that Perigrove lists | 12:07:50 |
| 24 | PharmaCorr as a portfolio company? | 12:07:53 |
| 25 | A  Yes.  On their website. | 12:07:56 |

| | | |
|---|---|---|
| 1 | Q  Does PharmaCorr have a relationship with | 12:07:58 |
| 2 | Perigrove 1018, LLC? | 12:08:03 |
| 3 | A  No. | 12:08:05 |
| 4 | Q  Do you know who owned PharmaCorr prior | 12:08:05 |
| 5 | to -- or scratch that.  I'll start over. | 12:08:22 |
| 6 | Do you know who owned PharmaCorr as of | 12:08:24 |
| 7 | November 21st, 2021? | 12:08:28 |
| 8 | A  No. | 12:08:29 |
| 9 | Q  Do you know who owned it as of December | 12:08:29 |
| 10 | 31st, 2021? | 12:08:32 |
| 11 | A  No. | 12:08:33 |
| 12 | MS. HAYWARD:  And to be clear, for the | 12:08:43 |
| 13 | record, PharmaCorr did not agree to produce a | 12:08:45 |
| 14 | corporate representative to talk about the | 12:08:47 |
| 15 | ownership of PharmaCorr entities.  That is | 12:08:49 |
| 16 | something that was added to the scope of topics by | 12:08:51 |
| 17 | the Committee over my objection. | 12:08:54 |
| 18 | MR. HEMENWAY:  I mean, we know who owned | 12:08:55 |
| 19 | it.  That's fine. | 12:08:57 |
| 20 | So let's do Exhibit 1.  Let's just pull up | 12:09:07 |
| 21 | the website.  So Mr. Lefkowitz, you mentioned that | 12:09:16 |
| 22 | you were aware that Perigrove lists PharmaCorr on | 12:09:27 |
| 23 | its website as a portfolio company.  We're going | 12:09:31 |
| 24 | to pull up that website. | 12:09:34 |
| 25 | REMOTE TECHNICIAN:  All right.  Stand by. | 12:09:37 |

| | | |
|---|---|---|
| 1 | (Exhibit 1 marked for identification.) | 12:09:45 |
| 2 | BY MR. HEMENWAY: | 12:09:45 |
| 3 | Q  Mr. Lefkowitz, do you know who owns | 12:09:54 |
| 4 | PharmaCorr? | 12:09:56 |
| 5 | A  No. | 12:09:56 |
| 6 | Q  Do you know if it's affiliated with | 12:09:56 |
| 7 | Perigrove, LLC? | 12:09:58 |
| 8 | A  No.  It's not. | 12:09:59 |
| 9 | Q  It's not affiliated with Perigrove, LLC? | 12:10:01 |
| 10 | A  Not that I'm aware of. | 12:10:04 |
| 11 | Q  Is it affiliated with Perigrove 1018, LLC? | 12:10:06 |
| 12 | MS. HAYWARD:  Objection, form.  Again, the | 12:10:10 |
| 13 | witness -- we did not agree to -- | 12:10:12 |
| 14 | Q  Is it affiliated with YesCare, Corp.? | 12:10:14 |
| 15 | MS. HAYWARD:  Objection, form. | 12:10:17 |
| 16 | A  I don't remember. | 12:10:20 |
| 17 | Q  Is it affiliated with YesCare, Corp.? | 12:10:24 |
| 18 | I couldn't hear the answer. | 12:10:27 |
| 19 | A  No not that I'm aware of. | 12:10:28 |
| 20 | Q  Okay.  Let's scroll down here.  So | 12:10:31 |
| 21 | Perigrove is not affiliated with PharmaCorr, but | 12:10:56 |
| 22 | it lists PharmaCorr here and says PharmaCorr | 12:11:00 |
| 23 | creates strategic partnerships with correctional | 12:11:03 |
| 24 | healthcare providers and medical services. | 12:11:07 |
| 25 | Is that an accurate description of what | 12:11:08 |

1    PharmaCorr does?                                          12:11:11

2        A   PharmaCorr has its own website.  You can         12:11:15

3    scroll on PharmaCorr's website to see what it            12:11:19

4    does.                                                    12:11:21

5        Q   That's not an answer to my question.             12:11:23

6            Is that what PharmaCorr does?  Does it           12:11:25

7    create strategic partnerships with correctional          12:11:27

8    healthcare providers and medical services to             12:11:31

9    provide integrated pharmacy services?                    12:11:33

10       A   I didn't create this website.  I'm not           12:11:37

11   involved in this website.  I'm not going to              12:11:39

12   testify about the website.  If you want to know          12:11:41

13   what PharmaCorr does --                                  12:11:41

14       Q   What --                                          12:11:41

15       A   -- tell you exactly what -- you're not           12:11:44

16   going to let me finish my sentence?  That's okay         12:11:46

17   too.                                                     12:11:48

18       Q   What does PharmaCorr do?                         12:11:49

19       A   They're a closed-end pharmacy.                   12:11:51

20       Q   What does that mean?                             12:11:56

21       A   Pharmacy.                                        12:12:00

22       Q   You said a word before pharmacy and it          12:12:02

23   sounded like it was a descriptor of what type of         12:12:06

24   pharmacy.                                                12:12:10

25       A   Closed-end pharmacy.                             12:12:11

1    Q   And what does closed-end mean?                    12:12:13

2    A   It does not provide retail pharmacy.              12:12:16

3    Q   Who does it provide pharmacy services to?         12:12:21

4  I'm not asking about the companies, but you say         12:12:25

5  not retail so who are the customers?                    12:12:27

6    A   Anything but retail.                              12:12:30

7    Q   Okay.  Was PharmaCorr an affiliate of             12:12:32

8  Corizon Healthcare?                                      12:12:55

9      MS. HAYWARD:  Objection, form.  You have a           12:12:58

10  time period?                                            12:13:02

11      MR. HEMENWAY:  If he needs to clarify the           12:13:05

12  time period, he can.                                    12:13:07

13    Q   Was PharmaCorr an affiliate of Corizon            12:13:07

14  Healthcare.  I promise you --                           12:13:11

15    A   It was at some point.  What?                      12:13:12

16    Q   It was at some point.                             12:13:18

17      Do you know when?                                   12:13:20

18    A   No.  I was not involved.                          12:13:23

19    Q   When did your involvement with PharmaCorr         12:13:25

20  begin?                                                  12:13:28

21    A   December of '21.                                  12:13:28

22    Q   Did you say September or December?                12:13:32

23    A   December of '21.                                  12:13:34

24    Q   And how did it begin?                             12:13:37

25    A   What do you mean how?                             12:13:39

| | |
|---|---|
| 1 | Q   How did you get involved with PharmaCorr? | 12:13:44 |
| 2 | A   PharmaCorr changed hands and I was hired | 12:13:48 |
| 3 | as a director of the operation. | 12:13:55 |
| 4 | Q   Who hired you? | 12:13:59 |
| 5 | A   Abe Goldberger. | 12:14:01 |
| 6 | Q   Abe Goldberger? | 12:14:07 |
| 7 | A   Yes. | 12:14:09 |
| 8 | Q   Was he at PharmaCorr -- I'm hearing -- | 12:14:09 |
| 9 | A   You were breaking up. | 12:14:21 |
| 10 | Q   Was Abe Goldberger somebody who is | 12:14:22 |
| 11 | still -- what was Abe Goldberger's role at | 12:14:26 |
| 12 | PharmaCorr? | 12:14:32 |
| 13 | A   I don't know what title he had, but he | 12:14:33 |
| 14 | asked me to be the director of the company. | 12:14:37 |
| 15 | Q   And he had a title at the company, but you | 12:14:42 |
| 16 | don't know what? | 12:14:46 |
| 17 | A   I don't know what title he had at the time | 12:14:47 |
| 18 | he asked me to be a director of the company. | 12:14:50 |
| 19 | Q   What title did he have after that time? | 12:14:54 |
| 20 | A   He had a passive role. | 12:14:57 |
| 21 | Q   Did he ever have a title at PharmaCorr? | 12:15:02 |
| 22 | A   Not that I am aware of. | 12:15:08 |
| 23 | Q   And did he ask you on behalf of PharmaCorr | 12:15:09 |
| 24 | or on behalf of whomever it changed hands to? | 12:15:14 |
| 25 | A   He had a -- | 12:15:18 |

| | | |
|---|---|---|
| 1 | MS. HAYWARD:  Objection, form. | 12:15:20 |
| 2 | Q  And you said this happened in | 12:15:23 |
| 3 | December 2021? | 12:15:25 |
| 4 | A  Correct. | 12:15:28 |
| 5 | Q  Did PharmaCorr change hands at the time | 12:15:28 |
| 6 | that Corizon changed hands? | 12:15:32 |
| 7 | A  I don't know what that same time means. | 12:15:36 |
| 8 | Same year?  Same month?  Same day?  Same minute? | 12:15:41 |
| 9 | What does the same time mean? | 12:15:44 |
| 10 | Q  Same day, let's start with. | 12:15:46 |
| 11 | A  I don't think so. | 12:15:48 |
| 12 | Q  Okay.  And was PharmaCorr an affiliate of | 12:15:50 |
| 13 | Corizon at the time it changed hands? | 12:16:03 |
| 14 | MS. HAYWARD:  Objection, form. | 12:16:05 |
| 15 | Q  Do you need me to repeat the question, | 12:16:11 |
| 16 | Mr. Lefkowitz? | 12:16:12 |
| 17 | A  I don't believe so. | 12:16:14 |
| 18 | Q  And what is that belief based on? | 12:16:15 |
| 19 | A  I believe PharmaCorr changed hands prior | 12:16:19 |
| 20 | to Corizon's change of hands. | 12:16:24 |
| 21 | Q  How -- how long prior? | 12:16:27 |
| 22 | A  I don't know.  It was prior because when | 12:16:31 |
| 23 | we took over PharmaCorr, we had no -- we had no | 12:16:34 |
| 24 | knowledge of Corizon other than being a customer | 12:16:42 |
| 25 | of PharmaCorr. | 12:16:45 |

1      Q   Who is the we in that sentence,                    12:16:47

2  Mr. Lefkowitz?                                             12:16:51

3      A   Myself and the PharmaCorr team.                    12:16:51

4      Q   Who is the PharmaCorr team?                        12:16:53

5      A   Back then?                                         12:16:55

6      Q   Yeah.                                              12:16:57

7      A   A fellow by the name of Charles                    12:16:58

8  Gassenheimer.  There was a fellow by the name              12:17:04

9  Fowler.  A couple -- few guys who are no longer            12:17:09

10 with the company.                                          12:17:14

11     Q   And so when you said we took over, you             12:17:16

12 meant yourself, Mr. Fowler, and Mr. Gassenheimer?          12:17:19

13     A   Correct.                                           12:17:23

14     Q   Weren't Mr. Fowler and Mr. Gassenheimer            12:17:23

15 already at PharmaCorr before December 2021?                12:17:30

16     A   Gassenheimer was, but Fowler was not.  Not         12:17:34

17 too sure when they started with the company.               12:17:38

18     Q   Okay.  When did Mr. Fowler come in?                12:17:40

19     A   I don't recall.                                    12:17:45

20     Q   But you know that he wasn't with the               12:17:47

21 company prior to December 20th, 2021?                      12:17:50

22     A   That I can't recall.  And don't try to             12:17:54

23 trap me with a date.                                       12:17:56

24     Q   I'm not trying to trap you.  I'm trying to         12:17:57

25 clarify your testimony.                                    12:17:59

| | | |
|---|---|---|
| 1 | I said, they were there prior to | 12:18:00 |
| 2 | December '21 and that you said Mr. Gassenheimer | 12:18:03 |
| 3 | was but you don't believe Mr. Fowler -- | 12:18:05 |
| 4 | A  Yeah.  But the word prior could be a | 12:18:07 |
| 5 | minute, could mean a day, could mean an hour.  I | 12:18:10 |
| 6 | think Gassenheimer was there before.  Fowler -- | 12:18:14 |
| 7 | then came Fowler; then came myself.  And we | 12:18:15 |
| 8 | regrouped as a team.  I remained, and they're | 12:18:17 |
| 9 | gone. | 12:18:20 |
| 10 | Q  Okay.  So Mr. Fowler came to PharmaCorr | 12:18:20 |
| 11 | before you did, and you came in December 2021. | 12:18:24 |
| 12 | A  Correct. | 12:18:31 |
| 13 | Q  Okay.  And did you bring -- did you engage | 12:18:31 |
| 14 | any additional employees at PharmaCorr as a | 12:18:38 |
| 15 | director? | 12:18:43 |
| 16 | A  No. | 12:18:44 |
| 17 | Q  Who did you -- | 12:18:45 |
| 18 | A  Who did I what? | 12:18:49 |
| 19 | Q  Who did you engage? | 12:18:50 |
| 20 | A  Why is that relevant? | 12:18:54 |
| 21 | Q  I'm asking about the leadership of | 12:18:55 |
| 22 | PharmaCorr. | 12:19:00 |
| 23 | A  I'm the director of PharmaCorr.  I'm the | 12:19:03 |
| 24 | leader of PharmaCorr. | 12:19:06 |
| 25 | Q  Okay.  And you have -- | 12:19:08 |

| | | |
|---|---|---|
| 1 | A   PharmaCorr has -- | 12:19:08 |
| 2 | Q   Go ahead.  I'm sorry, I didn't mean to cut | 12:19:10 |
| 3 | you off. | 12:19:12 |
| 4 | A   No.  It's okay.  You cut me off. | 12:19:12 |
| 5 | So why don't you ask your question. | 12:19:14 |
| 6 | Q   You said you were the director at | 12:19:17 |
| 7 | PharmaCorr and you run PharmaCorr.  And I was just | 12:19:19 |
| 8 | going to ask a clarifying question about the time | 12:19:21 |
| 9 | period. | 12:19:24 |
| 10 | You said you started in December 2021. | 12:19:24 |
| 11 | When you say you're the director, is that from | 12:19:27 |
| 12 | December 2021 forward? | 12:19:30 |
| 13 | A   Correct. | 12:19:32 |
| 14 | Q   And you run PharmaCorr from December 2021 | 12:19:33 |
| 15 | forward? | 12:19:36 |
| 16 | A   Correct. | 12:19:37 |
| 17 | Q   Okay.  Does anybody else make financial | 12:19:37 |
| 18 | decisions on behalf of PharmaCorr? | 12:19:43 |
| 19 | A   I don't know what financial decisions | 12:19:47 |
| 20 | mean. | 12:19:49 |
| 21 | Q   Does anyone other than you decide whether | 12:19:52 |
| 22 | PharmaCorr should enter into a contract? | 12:19:57 |
| 23 | A   Depending on the size of the contract.  If | 12:20:00 |
| 24 | it's a contract about a cell phone for 9.99 a | 12:20:04 |
| 25 | month, no, I'm not involved. | 12:20:07 |

1     Q   All right.  Let's take the contracts for          12:20:08

2   over a thousand dollars.                                 12:20:11

3        Does anybody other than you make that              12:20:14

4   decision?                                                12:20:15

5     A   Depends on -- I don't know about a                 12:20:15

6   thousand dollars, but anything significant come          12:20:18

7   through me.                                              12:20:20

8     Q   Okay.  Say 5,000 or more?  10,000 or more?        12:20:21

9     A   Anything significant.                              12:20:25

10     Q   Okay.  When things are insignificant, who         12:20:27

11   do they go through at PharmaCorr?                        12:20:32

12     A   They have their internal operation.               12:20:34

13     Q   And you're in charge of those internal            12:20:39

14   operations as the director of PharmaCorr?                12:20:42

15     A   Correct.                                          12:20:45

16     Q   They report to you?                               12:20:45

17     A   Yes.                                              12:20:47

18     Q   Okay.  Do you report to anybody as                12:20:48

19   director of PharmaCorr?                                  12:20:54

20     A   No.                                               12:20:56

21     Q   Buck stops with you?                              12:20:56

22     A   Very simple, smooth operation company.            12:21:03

23   Nothing -- no reporting.                                 12:21:07

24     Q   Gotcha.  What was PharmaCorr's financial          12:21:09

25   situation when you came in, in December 2021?            12:21:21

| 1 | A  It was distressed and duressed. | 12:21:24 |
| 2 | Q  Was the company considering filing for | 12:21:29 |
| 3 | bankruptcy protection? | 12:21:32 |
| 4 | A  I don't even know if they were a candidacy | 12:21:33 |
| 5 | for bankruptcy.  It was basically a company with | 12:21:37 |
| 6 | no business. | 12:21:40 |
| 7 | Q  So they had no business. | 12:21:41 |
| 8 | Did they have any assets? | 12:21:44 |
| 9 | A  Had very little assets.  Very little | 12:21:45 |
| 10 | liability.  They just lost their business. | 12:21:49 |
| 11 | Q  Okay.  Did they have any debt obligations | 12:21:51 |
| 12 | at that point? | 12:21:55 |
| 13 | A  No. | 12:21:56 |
| 14 | Q  Okay.  And you said they lost their | 12:21:57 |
| 15 | business.  What -- what was their business prior | 12:22:08 |
| 16 | to December 2021? | 12:22:10 |
| 17 | A  Closed-end pharmacy. | 12:22:13 |
| 18 | Q  And do you know who any of their customers | 12:22:17 |
| 19 | were? | 12:22:20 |
| 20 | A  Even if I would, what difference does it | 12:22:23 |
| 21 | make? | 12:22:26 |
| 22 | Q  Just trying to understand what you mean | 12:22:26 |
| 23 | when you said they lost their business. | 12:22:28 |
| 24 | Were they -- | 12:22:30 |
| 25 | A  They lost their revenue. | 12:22:31 |

1    Q  So they weren't performing services for          12:22:34

2  Corizon at that point?                                12:22:38

3    A  Very little.                                      12:22:40

4    Q  What does very little mean?  100,000 a            12:22:42

5  month?  500,000?  10,000?                             12:22:45

6    A  Insignificant.                                    12:22:52

7    Q  Well, insignificant means different things       12:22:54

8  to different people, Mr. Lefkowitz.                   12:22:57

9    A  That's right.  So the company that I said        12:22:58

10 was under stress, under duress, was insignificant,    12:23:02

11 lost most of their revenue.  And it was -- you         12:23:04

12 know, we took over a potential company where a         12:23:08

13 company, if you would, put energy to it, you can       12:23:12

14 gave new business and that's exactly what we did.      12:23:16

15 What we stepped in, it was a worthless company         12:23:20

16 that lost all its previous revenue.                    12:23:24

17   Q  Okay.  And the "we stepped in", again, is        12:23:27

18 you, Mr. Fowler, Mr. Gassenheimer?                    12:23:30

19   A  Correct.                                          12:23:33

20   Q  Okay.  So how did you -- you said you put        12:23:33

21 energy into it to -- to turn -- make the company       12:23:41

22 make revenue; is that right?                           12:23:44

23   A  Correct.                                          12:23:46

24   Q  What did you change?                              12:23:46

25   A  Strategy.                                         12:23:50

| | | |
|---|---|---|
| 1 | Q   How so? | 12:23:52 |
| 2 | A   How I changed my strategy in the company? | 12:23:53 |
| 3 | Q   Yeah.  You said that the company was not | 12:23:59 |
| 4 | being -- didn't have any business, and that you | 12:24:03 |
| 5 | changed the strategy and it got more business. | 12:24:06 |
| 6 | What changed in the strategy? | 12:24:10 |
| 7 | A   It was my business skill. | 12:24:11 |
| 8 | Q   Did -- did you bring in new customers that | 12:24:17 |
| 9 | weren't customers before? | 12:24:22 |
| 10 | A   Yes. | 12:24:24 |
| 11 | Q   And who were some of those customers? | 12:24:25 |
| 12 | MS. HAYWARD:  Objection.  Zach, at this | 12:24:30 |
| 13 | point, I've given you some rope here, but, again, | 12:24:32 |
| 14 | I don't see where this falls within the topics for | 12:24:34 |
| 15 | today's examination.  The focus here should be | 12:24:37 |
| 16 | PharmaCorr's relationship with the debtor and the | 12:24:39 |
| 17 | merger parties. | 12:24:41 |
| 18 | MR. HEMENWAY:  So Mr. -- Melissa, I guess | 12:24:49 |
| 19 | I'll direct this to Mr. Lefkowitz. | 12:24:53 |
| 20 | Q   Were any of the customers that you | 12:24:54 |
| 21 | performed services for after December 2021 | 12:24:59 |
| 22 | affiliated with the merger parties or YesCare? | 12:25:03 |
| 23 | A   No. | 12:25:07 |
| 24 | Q   PharmaCorr didn't perform services for | 12:25:08 |
| 25 | Corizon or any of its affiliates after | 12:25:11 |

| | | |
|---|---|---|
| 1 | December 2021? | 12:25:16 |
| 2 | A  That's not what you asked. | 12:25:17 |
| 3 | Q  It is what I asked. | 12:25:19 |
| 4 | A  You asked -- | 12:25:20 |
| 5 | Q  I asked the question -- | 12:25:21 |
| 6 | A  That's not what you -- that's not what you | 12:25:22 |
| 7 | asked.  You can read back the question. | 12:25:26 |
| 8 | You asked whether the new strategy of new | 12:25:27 |
| 9 | business -- | 12:25:30 |
| 10 | Q  That's not what I asked.  Let's -- | 12:25:30 |
| 11 | MR. HEMENWAY:  Move to strike as | 12:25:32 |
| 12 | nonresponsive. | 12:25:33 |
| 13 | Q  Mr. Lefkowitz -- | 12:25:34 |
| 14 | A  You know before -- before you ask, let me | 12:25:34 |
| 15 | give you the answer. | 12:25:36 |
| 16 | Q  You're just going to -- | 12:25:38 |
| 17 | A  No.  We can go -- I'll answer -- I'll | 12:25:39 |
| 18 | answer. | 12:25:42 |
| 19 | Before December 21st, I have no idea what | 12:25:43 |
| 20 | PharmaCorr did.  When we stepped into PharmaCorr, | 12:25:47 |
| 21 | PharmaCorr was with their lights out.  When I came | 12:25:50 |
| 22 | into PharmaCorr in December '21, we changed the | 12:25:54 |
| 23 | strategy.  We did new business with Corizon, the | 12:25:57 |
| 24 | debtor.  We did do business later on with YesCare. | 12:26:02 |
| 25 | But we picked up a lot of other clients and other | 12:26:04 |

| | | |
|---|---|---|
| 1 | customers that PharmaCorr is doing business with | 12:26:07 |
| 2 | that had nothing to do with YesCare and has | 12:26:09 |
| 3 | nothing to do with Corizon.  Is this clear? | 12:26:13 |
| 4 | Q  That is much clearer than the last answer | 12:26:14 |
| 5 | and I appreciate it. | 12:26:17 |
| 6 | A  Thank you. | 12:26:18 |
| 7 | Q  So down -- you said that you came in | 12:26:18 |
| 8 | December 2021, and from that point forward you | 12:26:34 |
| 9 | were in charge. | 12:26:36 |
| 10 | Who was in charge before you?  Who did you | 12:26:38 |
| 11 | take over for? | 12:26:42 |
| 12 | A  Disoriented company. | 12:26:43 |
| 13 | Q  Do you know who was running it? | 12:26:45 |
| 14 | A  No. | 12:26:47 |
| 15 | Q  Okay.  And when you were running the | 12:26:48 |
| 16 | company, in addition to -- | 12:26:58 |
| 17 | A  Still run it. | 12:26:59 |
| 18 | Q  Beg your pardon? | 12:26:59 |
| 19 | A  Still run it. | 12:27:01 |
| 20 | Q  So during your time running the company, | 12:27:05 |
| 21 | you've performed services for Corizon you said. | 12:27:10 |
| 22 | Did anybody from Corizon perform services | 12:27:14 |
| 23 | for PharmaCorr? | 12:27:18 |
| 24 | A  No. | 12:27:20 |
| 25 | Q  Were there any shared -- | 12:27:20 |

1    A  By the way -- by the way, let me correct          12:27:23

2  you.                                                   12:27:25

3        We didn't perform any services.  We sold a       12:27:26

4  product.  There's a commodity that we sold and we      12:27:28

5  got paid for.  There was no services.                  12:27:32

6    Q  Appreciate the clarification.                     12:27:33

7        So did anybody from Corizon or any of its        12:27:34

8  affiliated entities perform services for               12:27:40

9  PharmaCorr?                                            12:27:43

10   A  No.                                                12:27:43

11   Q  Who handled PharmaCorr's accounting?              12:27:44

12   A  There's an accounting -- there's a                12:27:52

13  financial team at PharmaCorr.                          12:27:55

14   Q  Did Corizon accounting ever assist with          12:27:57

15  PharmaCorr's accounting?                               12:28:02

16   A  No.                                                12:28:03

17   Q  And on the products sold to Corizon, was          12:28:03

18  there a contract for those products?                   12:28:19

19   A  Yes.                                               12:28:22

20   Q  And what were the terms of that contract?         12:28:23

21  Not -- not in terms of price of individual, you       12:28:27

22  know, pharmaceuticals, but in terms of payment.        12:28:30

23   A  I don't have the contract in front of me.         12:28:37

24   Q  Do you know how the services were                 12:28:40

25  invoiced?                                              12:28:45

| | | |
|---|---|---|
| 1 | A   By product shipped. | 12:28:46 |
| 2 | Q   And were they paid monthly to PharmaCorr? | 12:28:48 |
| 3 | A   Few times a month. | 12:28:52 |
| 4 | Q   Did Corizon ever prepay PharmaCorr | 12:28:54 |
| 5 | invoices? | 12:28:59 |
| 6 | A   Yes. | 12:29:00 |
| 7 | Q   Why was that? | 12:29:00 |
| 8 | A   Just the pharmacy industry is a very | 12:29:02 |
| 9 | short-term industry.  PharmaCorr had very short | 12:29:10 |
| 10 | terms with its suppliers.  And when there was a | 12:29:15 |
| 11 | large purchase, we asked Corizon to prepay the | 12:29:17 |
| 12 | invoice so we can ship the product. | 12:29:23 |
| 13 | Q   And who did PharmaCorr ask to do that? | 12:29:25 |
| 14 | A   Corizon's financial team. | 12:29:30 |
| 15 | Q   Who is that? | 12:29:34 |
| 16 | A   At what point? | 12:29:38 |
| 17 | Q   Prior to the divisional merger. | 12:29:40 |
| 18 | A   Jeff Sholey was the CFO of Corizon and he | 12:29:45 |
| 19 | had a whole team underneath him. | 12:29:51 |
| 20 | Q   So PharmaCorr asked Jeff Sholey to | 12:29:53 |
| 21 | prepay -- | 12:29:57 |
| 22 | A   I didn't say Jeff Sholey.  I said they | 12:29:57 |
| 23 | asked the team to prepay.  You're asking me who is | 12:29:59 |
| 24 | the team and I told you it's Jeff Sholey. | 12:30:02 |
| 25 | Q   Okay.  Do you know who PharmaCorr asked to | 12:30:05 |

1   prepay its invoice?                                  12:30:09

2       A  Do you have a specific prepayment you're      12:30:10

3   referring to?                                        12:30:14

4       Q  Is it different people based on which time    12:30:15

5   you asked them to prepay?                            12:30:17

6       A  I don't know.  How would I know by heart?     12:30:19

7   If you have something specific, I can answer to      12:30:24

8   it.                                                  12:30:27

9       Q  How many times -- how many times did         12:30:27

10  PharmaCorr ask Corizon to prepay its invoice?        12:30:29

11      A  I don't have that information in front of     12:30:33

12  me.                                                  12:30:36

13      Q  Okay.  Do you know the names of anybody       12:30:36

14  PharmaCorr asked to prepay at Corizon?               12:30:41

15      A  Again, PharmaCorr provided product to         12:30:47

16  Corizon or to Corizon's clients.  There was a        12:30:52

17  small invoice, you can wait for the terms.  If it    12:30:55

18  was a very large invoice that PharmaCorr didn't      12:30:59

19  have the financial means to fund it, they asked      12:31:01

20  Corizon.  Was it on every occasion?  No.  Was it     12:31:05

21  on some occasions?  Yes.  Who exactly asked whom,    12:31:12

22  you have to show me a transaction so I can refer     12:31:17

23  to it.                                               12:31:19

24      Q  And that's because you didn't know or         12:31:19

25  didn't remember or --                                12:31:23

1      A   No.  I do know.  I told you I know of such      12:31:26

2   an existence --                                       12:31:29

3      Q   No --                                          12:31:32

4      A   -- I just don't know the specifics.  So        12:31:32

5   obviously, you're zeroing in on the specifics and     12:31:35

6   you're asking me to remember specifics.  I don't      12:31:37

7   remember specifics.                                   12:31:40

8      Q   You just know them?                            12:31:40

9      A   Correct.                                       12:31:42

10     Q   Okay.  So when Corizon paid PharmaCorr for     12:31:42

11  medicines, who -- who owned those products?           12:31:55

12     A   Say that again.                                12:32:01

13     Q   If Corizon made payment to PharmaCorr and      12:32:02

14  PharmaCorr sent the -- sent the inventory, did        12:32:07

15  Corizon then own the inventory?                       12:32:10

16     MS. HAYWARD:  Objection, form.                     12:32:13

17     A   I don't even understand your question.         12:32:15

18     Q   I'm just asking how the contract worked.       12:32:20

19  Maybe let's start with, you know, step by step.       12:32:22

20     So PharmaCorr has a contract where it's            12:32:24

21  providing products to Corizon.  It sends Corizon      12:32:27

22  an invoice, receives payment from Corizon, and        12:32:34

23  then sends the products; is that right?               12:32:38

24     A   I don't know if it sends the product or        12:32:42

25  sometimes the invoice gets prepaid before the         12:32:46

| | | |
|---|---|---|
| 1 | product is -- is sent.  So you're asking who owns | 12:32:48 |
| 2 | the inventory at what point? | 12:32:52 |
| 3 | Q  I'll ask -- | 12:32:54 |
| 4 | A  What -- | 12:32:55 |
| 5 | Q  Yeah. | 12:32:55 |
| 6 | A  All right.  So let's go through a supplier | 12:32:58 |
| 7 | arrangement.  There is a drug manufacturer who | 12:33:01 |
| 8 | manufacturers the drug, sells the drug to a | 12:33:03 |
| 9 | wholesaler company.  The wholesaler company sells | 12:33:05 |
| 10 | it to PharmaCorr.  PharmaCorr sells it to Corizon, | 12:33:09 |
| 11 | and Corizon does not take possession of it but | 12:33:13 |
| 12 | rather asks PharmaCorr to ship it to the facility. | 12:33:17 |
| 13 | Once it's in the facility, the facility owns the | 12:33:24 |
| 14 | product.  And once the facility has the product, | 12:33:27 |
| 15 | the facility dispenses to each individual patient, | 12:33:31 |
| 16 | so the patient is in possession of it. | 12:33:32 |
| 17 | Q  Great. | 12:33:33 |
| 18 | A  You're asking -- you're asking the custody | 12:33:33 |
| 19 | of the chain of drug.  I just gave it to you. | 12:33:37 |
| 20 | Q  Perfect.  That answered my question. | 12:33:39 |
| 21 | Thank you. | 12:33:41 |
| 22 | So when we talked about PharmaCorr as of | 12:33:42 |
| 23 | December 2021, I asked you if they had any debt | 12:33:52 |
| 24 | obligations. | 12:33:57 |
| 25 | And I believe you said no; is that | 12:33:59 |

| | | |
|---|---|---|
| 1 | correct? | 12:34:03 |
| 2 | A  Other than to its suppliers. | 12:34:03 |
| 3 | Q  Okay.  Let's pull up the -- are you | 12:34:06 |
| 4 | familiar with the credit agreement from | 12:34:25 |
| 5 | August 2020? | 12:34:27 |
| 6 | A  No. | 12:34:28 |
| 7 | Q  And you're just saying PharmaCorr isn't | 12:34:28 |
| 8 | familiar with it.  I am sure you're familiar with | 12:34:33 |
| 9 | it, correct?  I mean you don't have to answer | 12:34:35 |
| 10 | that. | 12:34:37 |
| 11 | But PharmaCorr is not familiar with it, | 12:34:37 |
| 12 | correct? | 12:34:41 |
| 13 | A  You said I don't have to answer, so I'll | 12:34:41 |
| 14 | pick -- I'll take that option. | 12:34:44 |
| 15 | Q  Fair enough.  What's the Bates number? | 12:34:46 |
| 16 | MR. HEMENWAY:  Malcolm, we're going to | 12:34:54 |
| 17 | pull up YC-037687. | 12:34:56 |
| 18 | (Exhibit 2 marked for identification.) | 12:35:04 |
| 19 | Q  So Mr. Lefkowitz, you're not familiar with | 12:35:05 |
| 20 | this agreement? | 12:35:09 |
| 21 | A  I couldn't view it, even if I wished.  Now | 12:35:10 |
| 22 | I can see it.  Go ahead. | 12:35:14 |
| 23 | Q  Are you familiar with this agreement? | 12:35:15 |
| 24 | A  Not with under my PharmaCorr deposition, | 12:35:20 |
| 25 | no. | 12:35:24 |

| | | |
|---|---|---|
| 1 | Q  Not with your PharmaCorr hat on? | 12:35:24 |
| 2 | A  Not a hat.  I'm not wearing a hat.  But on | 12:35:27 |
| 3 | behalf of PharmaCorr, this document does not exist | 12:35:31 |
| 4 | in any of PharmaCorr's custodian of books and | 12:35:35 |
| 5 | records. | 12:35:38 |
| 6 | Q  And so your testimony is that PharmaCorr | 12:35:39 |
| 7 | was not an obligor on this agreement? | 12:35:43 |
| 8 | A  I have no idea.  This is a 113-page | 12:35:46 |
| 9 | agreement. | 12:35:49 |
| 10 | Would you tell me who signed this | 12:35:50 |
| 11 | agreement? | 12:35:53 |
| 12 | Q  Well, I mean, you're not familiar with it | 12:35:53 |
| 13 | with your PharmaCorr hat on, so we can just -- we | 12:35:56 |
| 14 | can take it off. | 12:36:00 |
| 15 | So -- your testimony is -- | 12:36:00 |
| 16 | MS. HAYWARD:  Objection to form. | 12:36:05 |
| 17 | Q  Your testimony is that PharmaCorr was not | 12:36:07 |
| 18 | an obligor under a 2020 agreement? | 12:36:09 |
| 19 | A  I didn't say not.  I said I'm not aware of | 12:36:12 |
| 20 | any 2020 agreement. | 12:36:15 |
| 21 | Q  Gotcha. | 12:36:17 |
| 22 | A  Pull me up a 2020 agreement and show me | 12:36:18 |
| 23 | where PharmaCorr is part of it and I will answer | 12:36:22 |
| 24 | that question. | 12:36:24 |
| 25 | Q  And to your knowledge, was PharmaCorr | 12:36:25 |

| | | |
|---|---|---|
| 1 | collateral for any of the obligations under that | 12:36:30 |
| 2 | agreement? | 12:36:32 |
| 3 | A  Just said, why don't you bring me back | 12:36:34 |
| 4 | that exhibit and let me see what that agreement is | 12:36:37 |
| 5 | all about. | 12:36:40 |
| 6 | Q  I'm asking about PharmaCorr's knowledge. | 12:36:41 |
| 7 | We're not asking what you can look at and decide | 12:36:43 |
| 8 | to answer while we're sitting here. | 12:36:46 |
| 9 | Is PharmaCorr collateral under that | 12:36:48 |
| 10 | agreement? | 12:36:51 |
| 11 | A  To which agreement? | 12:36:51 |
| 12 | Q  Under any agreement. | 12:36:53 |
| 13 | MS. HAYWARD:  Objection, form. | 12:36:58 |
| 14 | A  Yes, PharmaCorr -- | 12:36:59 |
| 15 | Q  Go ahead. | 12:37:00 |
| 16 | A  PharmaCorr does have UCC obligations. | 12:37:01 |
| 17 | Q  Can you clarify -- can you explain that, | 12:37:09 |
| 18 | has what obligation? | 12:37:11 |
| 19 | A  UCC. | 12:37:13 |
| 20 | Q  And what does that mean to you, | 12:37:16 |
| 21 | Mr. Lefkowitz? | 12:37:19 |
| 22 | A  UCC is Uniform Commercial Code. | 12:37:19 |
| 23 | Q  What Uniform Commercial Code obligations | 12:37:25 |
| 24 | does PharmaCorr have? | 12:37:27 |
| 25 | A  Inventory and its assets. | 12:37:35 |

1    Q  And was PharmaCorr's inventory and assets          12:37:38

2  collateral for any debt when you took over the          12:37:43

3  company in December 2021?                               12:37:45

4    A  I think that question was asked and               12:37:50

5  answered.                                                12:37:53

6    Q  It wasn't.                                          12:37:53

7    A  Yes, it was.                                        12:37:54

8    Q  What was the answer?                                12:37:57

9    A  Read back the record.                               12:38:01

10    Q  We're not going to waste our time on that.        12:38:02

11    A  You may have other things on my mind, but        12:38:05

12  I have my PharmaCorr things on my mind.  And I         12:38:08

13  know that's accurate.  You asked me the question       12:38:11

14  before whether December '21 PharmaCorr had any         12:38:13

15  debt.                                                   12:38:18

16        By the way, you asked this twice.  You got       12:38:19

17  twice the same answer.  Now, this is asked             12:38:23

18  question number three.  Is there a reason why          12:38:26

19  you're asking the same question three times?           12:38:28

20    Q  So I asked before if they had any debt           12:38:31

21  obligations.  And now I'm asking if they were          12:38:33

22  collateral, if the company was collateral, or its      12:38:36

23  inventory.                                              12:38:38

24        If you -- if you are viewing collateral as       12:38:38

25  being a debt obligation, then I understand --          12:38:42

1    A   If it's -- if it didn't have any debt          12:38:44

2    obligation, how could it have been collateral?     12:38:47

3    Q   How could it be collateral?  Different --       12:38:50

4    A   Correct.                                        12:38:52

5    Q   -- people have different understanding of       12:38:53

6    the word debt obligation.  So I'm asking about     12:38:55

7    collateral.                                         12:38:58

8        If your testimony is that it wasn't            12:38:58

9    collateral, we've clarified that and we can move   12:39:00

10   on.                                                 12:39:02

11   A   I -- I can move on or I can stay on the         12:39:02

12   subject because I'm very clear.                     12:39:06

13       PharmaCorr did not have any debt               12:39:08

14   obligations.  PharmaCorr's inventory had been      12:39:10

15   collateralized.  PharmaCorr's assets has been      12:39:13

16   collateralized.  You asked me how, and I said UCC. 12:39:16

17   I don't know what you don't understand in my        12:39:21

18   answer.                                             12:39:23

19   Q   And in terms of PharmaCorr's UCC               12:39:24

20   collateralization, what loans is that in           12:39:30

21   connection with?                                    12:39:36

22   A   Not in connection to any loan.                  12:39:36

23   Q   What is it in connection with?                  12:39:40

24   A   Supplier.  Supplier credit.                     12:39:44

25   Q   And we talked about in December 2021,          12:39:57

1   since that date, has PharmaCorr taken on any debt          12:40:00

2   obligations?                                               12:40:04

3        MS. HAYWARD:  Objection, form.  How is                12:40:04

4   that within the scope of the topics?                       12:40:07

5        MR. HEMENWAY:  We're going to talk about              12:40:09

6   transfers made on behalf of PharmaCorr.                    12:40:11

7        MS. HAYWARD:  Well, then let's talk about             12:40:13

8   transfers.  Let's not talk about PharmaCorr                12:40:16

9   general business.                                          12:40:18

10       MR. HEMENWAY:  20 -- sorry, Melissa, I                 12:40:20

11  didn't mean to talk over you.                              12:40:22

12       MS. HAYWARD:  That's all right.  But I                 12:40:23

13  mean, I need you -- you're going to need to focus           12:40:24

14  your questions in on payments, transactions, or             12:40:27

15  transfers of funds made to PharmaCorr or on its             12:40:30

16  behalf by the merger parties or the debtor.                 12:40:33

17       MR. HEMENWAY:  We know that those were                 12:40:36

18  made to PharmaCorr's lender, so I'm asking about            12:40:38

19  PharmaCorr's lender.                                        12:40:42

20       MS. HAYWARD:  So let's target the question             12:40:43

21  so that it falls within the topics, please.                12:40:45

22  BY MR. HEMENWAY:                                            12:40:47

23       Q  Since December 2021, PharmaCorr has                 12:40:47

24  borrowed money, correct?                                    12:40:52

25       MS. HAYWARD:  Again, objection, form.                  12:40:55

| | | |
|---|---|---|
| 1 | That's whether -- | 12:40:57 |
| 2 | BY MR. HEMENWAY: | 12:40:59 |
| 3 | Q  Do you know the answer, Mr. Lefkowitz? | 12:40:59 |
| 4 | MS. HAYWARD:  Hold on.  I'm objecting to | 12:41:00 |
| 5 | the question and the broadness of the question. | 12:41:02 |
| 6 | You need to target it such that it has some | 12:41:05 |
| 7 | relation to transfers made to PharmaCorr by the | 12:41:10 |
| 8 | merger parties or the debtor. | 12:41:13 |
| 9 | MR. HEMENWAY:  Yeah.  I think it relates | 12:41:24 |
| 10 | to the merger -- or to the management structure | 12:41:25 |
| 11 | and the ownership of PharmaCorr, which I know you | 12:41:28 |
| 12 | objected to, but I'm asking the question. | 12:41:31 |
| 13 | Q  Do you know the answer, Mr. Lefkowitz? | 12:41:34 |
| 14 | A  I don't understand your question. | 12:41:35 |
| 15 | PharmaCorr is an independent company that did | 12:41:38 |
| 16 | business with the debtor prior to the merger, or | 12:41:41 |
| 17 | it did business with YesCare after the merger by | 12:41:44 |
| 18 | selling them goods and getting paid for it. | 12:41:48 |
| 19 | Q  I understand -- | 12:41:50 |
| 20 | A  Anything outside these two companies that | 12:41:51 |
| 21 | you have any interest in that's not the topic of | 12:41:54 |
| 22 | the scope? | 12:41:58 |
| 23 | Q  Did PharmaCorr borrow money from | 12:42:00 |
| 24 | AmerisourceBergen? | 12:42:03 |
| 25 | MS. HAYWARD:  Again -- | 12:42:05 |

| | | |
|---|---|---|
| 1 | A   No -- | 12:42:05 |
| 2 | Q   Okay.  Does PharmaCorr have a relationship | 12:42:08 |
| 3 | with AmerisourceBergen? | 12:42:11 |
| 4 | A   The customer is AmerisourceBergen. | 12:42:13 |
| 5 | Q   Okay.  All right. | 12:42:17 |
| 6 | MR. HEMENWAY:  Let's -- I guess we're at | 12:42:33 |
| 7 | 12:45.  Yeah.  Let's break for lunch.  Why don't | 12:42:34 |
| 8 | we do 20 minutes.  Does that work for everybody? | 12:42:41 |
| 9 | MS. HAYWARD:  That's fine.  Isaac, is that | 12:42:45 |
| 10 | okay with you? | 12:42:47 |
| 11 | THE WITNESS:  Aaron, did you order your | 12:42:48 |
| 12 | sandwich? | 12:42:50 |
| 13 | THE VIDEOGRAPHER:  The time is 12:42 p.m. | 12:42:55 |
| 14 | We're off the record. | 12:42:57 |
| 15 | (Whereupon a break was had.) | 12:42:58 |
| 16 | THE VIDEOGRAPHER:  The time is 1:06 p.m. | 13:06:40 |
| 17 | We're back on the record. | 13:06:43 |
| 18 | MR. HEMENWAY:  Okay.  So let's pull up -- | 13:06:46 |
| 19 | this will be Exhibit 1, right, Malcolm? | 13:06:52 |
| 20 | REMOTE TECHNICIAN:  I think it's Exhibit 3 | 13:06:55 |
| 21 | actually because we had the website and then the | 13:06:57 |
| 22 | agreement. | 13:06:59 |
| 23 | MR. HEMENWAY:  Get the right Bates number. | 13:07:14 |
| 24 | Let's do the document that ends in 4292. | 13:07:16 |
| 25 | REMOTE TECHNICIAN:  Stand by. | 13:07:21 |

| 1 | Sorry, counsel.  I'm looking and maybe I'm | 13:07:36 |
| 2 | just missing it, but I'm not seeing that document | 13:07:38 |
| 3 | at the moment. | 13:07:43 |
| 4 | MR. HEMENWAY:  Clarifying that right now. | 13:07:44 |
| 5 | I apologize. | 13:07:48 |
| 6 | REMOTE TECHNICIAN:  No worries.  I see it | 13:07:48 |
| 7 | now.  I will mark it in just one minute. | 13:07:54 |
| 8 | MR. HEMENWAY:  Thank you. | 13:07:56 |
| 9 | (Exhibit 3 marked for identification.) | 13:07:59 |
| 10 | MS. HAYWARD:  Isaac, is there a problem? | 13:07:59 |
| 11 | MR. HEMENWAY:  Mr. Lefkowitz, are you | 13:08:26 |
| 12 | ready to move forward? | 13:08:28 |
| 13 | MS. HAYWARD:  Isaac, I'm not sure if we | 13:08:36 |
| 14 | have your audio. | 13:08:40 |
| 15 | MR. HEMENWAY:  Why don't we go off the | 13:09:02 |
| 16 | record while we're waiting. | 13:09:04 |
| 17 | MS. HAYWARD:  Isaac, can you hear us? | 13:09:05 |
| 18 | REMOTE TECHNICIAN:  And Lawrence, if | 13:09:15 |
| 19 | you're reading us off the record, we can't hear | 13:09:17 |
| 20 | you. | 13:09:19 |
| 21 | THE WITNESS:  Can you hear me now? | 13:09:21 |
| 22 | MS. HAYWARD:  Yes.  We can hear. | 13:09:23 |
| 23 | MR. HEMENWAY:  Okay.  We -- I -- I think | 13:09:24 |
| 24 | we're -- my request to go off the record was | 13:09:26 |
| 25 | probably recorded.  We didn't go off the record, | 13:09:29 |

| | | |
|---|---|---|
| 1 | so we are still on the record, just for | 13:09:31 |
| 2 | the -- okay. | 13:09:34 |
| 3 | BY MR. HEMENWAY: | 13:09:34 |
| 4 | Q  So we're pulling up this -- | 13:09:35 |
| 5 | A  But I -- but I for sure was off the | 13:09:38 |
| 6 | record. | 13:09:42 |
| 7 | Q  Yeah.  We couldn't hear you.  Correct. | 13:09:43 |
| 8 | A  Okay. | 13:09:47 |
| 9 | Q  All right.  So are you familiar with | 13:09:49 |
| 10 | Exhibit 3? | 13:09:55 |
| 11 | MS. HAYWARD:  Would you scroll down, | 13:09:58 |
| 12 | please, so I can see it? | 13:10:00 |
| 13 | MR. HEMENWAY:  Sure. | 13:10:02 |
| 14 | MS. HAYWARD:  Okay. | 13:10:15 |
| 15 | MR. HEMENWAY:  Okay. | 13:10:16 |
| 16 | Q  Are you familiar with Exhibit 3, | 13:10:19 |
| 17 | Mr. Lefkowitz? | 13:10:21 |
| 18 | A  Yes. | 13:10:21 |
| 19 | Q  Is this financial documents you reviewed | 13:10:22 |
| 20 | in preparation for your deposition today? | 13:10:28 |
| 21 | A  No. | 13:10:32 |
| 22 | Q  Okay.  Do you see that Exhibit 3 | 13:10:36 |
| 23 | references promissory notes with Valitas and a | 13:10:38 |
| 24 | number of other entities including PharmaCorr, | 13:10:44 |
| 25 | LLC? | 13:10:47 |

| | | |
|---|---|---|
| 1 | A   Correct. | 13:10:49 |
| 2 | Q   And principal amounts set forth in the | 13:10:49 |
| 3 | exhibit issued by the parties thereto, | 13:10:54 |
| 4 | subsequently assigned to M2Loanco? | 13:10:56 |
| 5 | A   Correct. | 13:11:02 |
| 6 | Q   Do you consider these debt obligations | 13:11:02 |
| 7 | for -- for PharmaCorr? | 13:11:05 |
| 8 | A   No. | 13:11:07 |
| 9 | Q   Why not? | 13:11:08 |
| 10 | A   They were just listed there, but on | 13:11:10 |
| 11 | April 29, '22, PharmaCorr did not owe any money to | 13:11:15 |
| 12 | anyone. | 13:11:20 |
| 13 | Q   Why were they listed in the pay-off | 13:11:20 |
| 14 | letter? | 13:11:22 |
| 15 | A   I guess in the history, PharmaCorr | 13:11:23 |
| 16 | Endeavor was obligated so they added it to it. | 13:11:28 |
| 17 | Q   Did they -- did they pay -- did they make | 13:11:30 |
| 18 | payments on these notes prior to this day? | 13:11:36 |
| 19 | A   To be again, clear, this is a promissory | 13:11:36 |
| 20 | note dated June 26, 2020.  What happened between | 13:11:53 |
| 21 | 2020 and December of '21, I don't have any | 13:11:56 |
| 22 | knowledge.  I have knowledge from December '21 to | 13:11:56 |
| 23 | present. | 13:11:59 |
| 24 | April 29th, '22, this document was | 13:12:02 |
| 25 | prepared on behalf of the merger.  They included | 13:12:06 |

| | | |
|---|---|---|
| 1 | in this pay-off letter a bunch of entities.  Not | 13:12:09 |
| 2 | all the entities were actually owed money through | 13:12:15 |
| 3 | this lender on that day.  They were listed as "me | 13:12:19 |
| 4 | too," but I'm not aware of any obligation | 13:12:27 |
| 5 | April 29, '22 from PharmaCorr or Endeavor to M2. | 13:12:31 |
| 6 | Q  So PharmaCorr doesn't know why M2 listed | 13:12:41 |
| 7 | them on this letter? | 13:12:45 |
| 8 | A  I didn't say that.  I said it didn't | 13:12:49 |
| 9 | matter. | 13:12:52 |
| 10 | Q  Why didn't it matter? | 13:12:52 |
| 11 | A  Because they owed no money. | 13:12:54 |
| 12 | Q  And what was your basis for -- | 13:12:58 |
| 13 | A  Would you mind if your name is on this | 13:13:00 |
| 14 | pay-off letter?  You're not a signatory to the | 13:13:03 |
| 15 | account -- to the letter, so list whatever you | 13:13:09 |
| 16 | wish to list.  Historically, they could have been; | 13:13:12 |
| 17 | so therefore, M2 lender has included | 13:13:15 |
| 18 | PharmaCorr -- could you go back again to the | 13:13:22 |
| 19 | fourth page? | 13:13:24 |
| 20 | No, page 3.  Right.  So there is no | 13:13:36 |
| 21 | signator from PharmaCorr here. | 13:13:38 |
| 22 | Q  No.  Just from you as M2 lender -- | 13:13:39 |
| 23 | M2Loanco's director? | 13:13:43 |
| 24 | A  Exactly. | 13:13:43 |
| 25 | Q  So you said that your understanding as of | 13:13:44 |

| | | |
|---|---|---|
| 1 | April 29th, 2022, is that PharmaCorr didn't owe | 13:13:49 |
| 2 | anything on these notes? | 13:13:53 |
| 3 | A  They had no loan on the books. | 13:13:54 |
| 4 | Q  What was your basis for that | 13:13:56 |
| 5 | understanding, your review of the books? | 13:14:00 |
| 6 | A  Correct. | 13:14:02 |
| 7 | Q  Okay.  And did you have any understanding | 13:14:03 |
| 8 | as to how they -- | 13:14:06 |
| 9 | A  One sec.  Give me one -- just one second, | 13:14:07 |
| 10 | please.  Hold one sec, please. | 13:14:12 |
| 11 | Go ahead.  What did you say? | 13:14:13 |
| 12 | Q  Did you have any understanding as to how | 13:14:23 |
| 13 | they originally owed funds and then came to not | 13:14:24 |
| 14 | owe funds? | 13:14:29 |
| 15 | A  Yes.  I can only believe a historically in | 13:14:32 |
| 16 | 2020, PharmaCorr did owe money, or did obligate | 13:14:39 |
| 17 | itself to M2.  It then came '21.  In '21, | 13:14:43 |
| 18 | PharmaCorr got spun off.  Then came April '22. | 13:14:53 |
| 19 | There was a payment made on behalf of a pay-0off | 13:14:59 |
| 20 | letter.  Lender lifted PharmaCorr because | 13:15:03 |
| 21 | historically they owed money. | 13:15:11 |
| 22 | Q  And -- okay.  Let's pull up 4354. | 13:15:13 |
| 23 | REMOTE TECHNICIAN:  Stand by. | 13:15:23 |
| 24 | (Exhibit 4 marked for identification.) | 13:15:25 |
| 25 | Q  And Mr. Lefkowitz, this is another one of | 13:15:43 |

```
1    those long documents.  I'm only going to ask you        13:15:45
2    about the paragraph at the bottom of the first          13:15:49
3    page, but you're welcome to read other pages if         13:15:49
4    you need to.                                            13:15:52
5        A  Let's go to the signature page first.            13:15:58
6    More signatures too.                                    13:16:11
7        Q  I'm scrolling down.  I just wanted to give       13:16:12
8    you time to see those.                                  13:16:16
9        A  Okay.  So is PharmaCorr a signor on this         13:16:18
10   agreement?                                              13:16:21
11       Q  It is not.                                       13:16:22
12       A  Okay.  So there's your answer.                   13:16:23
13       Q  I haven't asked a question.                      13:16:27
14       A  Whatever question you're going to ask            13:16:29
15   about PharmaCorr and this document, PharmaCorr is       13:16:31
16   not a signor to this agreement.  You don't              13:16:34
17   expect -- you don't expect me to read 136 pages         13:16:43
18   and give you a clarification.                           13:16:45
19       Q  I'm just going to go ahead and ask my            13:16:48
20   question.                                               13:16:49
21       The fifth paragraph where I have                    13:16:49
22   highlighted here, see this paragraph?  It says,         13:16:53
23   Each of existing holdings PharmaCorr, LLC, and          13:16:59
24   then it lists some other companies, shall be            13:17:02
25   released of its obligations under the credit            13:17:04
```

1   agreement and the other loan documents as              13:17:07

2   guarantors and in any other capacity.                  13:17:10

3       A   Sure.  Because they were -- historically,      13:17:13

4   they were guarantors; they're not obligors.            13:17:15

5       Q   So your understanding is that they had         13:17:18

6   guarantee obligations at this point?                   13:17:20

7       A   They had guarantee obligations that was        13:17:23

8   inherited historically, but not obligation as          13:17:31

9   debt.  In other words, when the payoff was paid        13:17:36

10  off, they released all the guarantors, including a     13:17:38

11  company here, PHS Community Care, LLC.                  13:17:43

12      Q   Uh-huh.  And so PharmaCorr was released        13:17:46

13  from its guarantee obligations as a result of a        13:17:55

14  payoff?                                                 13:17:59

15      A   I don't know it was a result of what, but      13:18:01

16  they got released in this release.                     13:18:03

17      Q   Okay.                                          13:18:05

18      A   The payoff could be only -- or the             13:18:07

19  exchange could be for $10.                             13:18:10

20      Q   Okay.                                          13:18:13

21      MR. HEMENWAY:  All right.  Let's go to             13:18:25

22  4490.                                                  13:18:27

23      (Exhibit 5 marked for identification.)             13:18:30

24      Q   And I'm happy to scroll down on this one       13:18:40

25  if you'd like, Mr. Lefkowitz, but I'll represent       13:18:43

| | | |
|---|---|---|
| 1 | to you the only signature on this one is Portland | 13:18:45 |
| 2 | Capital Market Services as administrative agent. | 13:18:49 |
| 3 | A  Okay. | 13:18:52 |
| 4 | Q  And my question is about the release | 13:18:52 |
| 5 | language on the first page in the paragraph | 13:18:59 |
| 6 | starting, The administrative agent agrees. | 13:19:02 |
| 7 | A  Right. | 13:19:07 |
| 8 | Q  And can you tell me what obligations are | 13:19:07 |
| 9 | being released of PharmaCorr here? | 13:19:12 |
| 10 | A  I guess the title, guaranty agreement. | 13:19:16 |
| 11 | Q  So PharmaCorr's guaranty obligation. | 13:19:20 |
| 12 |     And what did PharmaCorr do in exchange for | 13:19:23 |
| 13 | a release of that? | 13:19:26 |
| 14 | A  Must have gotten a dollar or $10.00. | 13:19:27 |
| 15 | Q  PharmaCorr gave a dollar or $10.00?  To | 13:19:30 |
| 16 | whom? | 13:19:37 |
| 17 | A  Who they gave $10.00 to? | 13:19:37 |
| 18 | Q  Yeah.  The lender? | 13:19:41 |
| 19 | A  I would assume so. | 13:19:44 |
| 20 | Q  Okay. | 13:19:45 |
| 21 |     MR. HEMENWAY:  All right.  We can take | 13:19:51 |
| 22 | that exhibit down. | 13:19:53 |
| 23 | Q  And I believe you said that earlier after | 13:20:04 |
| 24 | the divisional merger PharmaCorr dealt with | 13:20:06 |
| 25 | YesCare? | 13:20:11 |

| | | |
|---|---|---|
| 1 | A  Yes. | 13:20:14 |
| 2 | Q  And what -- what was the -- what did | 13:20:14 |
| 3 | PharmaCorr do for YesCare? | 13:20:20 |
| 4 | MS. HAYWARD:  Objection.  Where is that | 13:20:23 |
| 5 | within the scope of the topics? | 13:20:23 |
| 6 | MR. HEMENWAY:  I was asking a follow-up | 13:20:26 |
| 7 | question on one of his answers earlier. | 13:20:28 |
| 8 | MS. HAYWARD:  Okay.  It's not -- if it's | 13:20:30 |
| 9 | not within the scope of the topics, then we're not | 13:20:33 |
| 10 | going to be testifying regarding it. | 13:20:34 |
| 11 | MR. HEMENWAY:  It's about transactions | 13:20:36 |
| 12 | with any of the entities since December 2021 or | 13:20:38 |
| 13 | November 2021.  So I'm -- | 13:20:43 |
| 14 | MS. HAYWARD:  With the merger parties. | 13:20:44 |
| 15 | Q  Well, does PharmaCorr have a relationship | 13:21:00 |
| 16 | with YesCare, Mr. Lefkowitz? | 13:21:02 |
| 17 | MS. HAYWARD:  Again, please point me to | 13:21:05 |
| 18 | where that's within these topics? | 13:21:05 |
| 19 | MR. HEMENWAY:  Are you instructing him not | 13:21:05 |
| 20 | to answer? | 13:21:05 |
| 21 | MS. HAYWARD:  I'm asking you as counsel to | 13:21:08 |
| 22 | tell me where that is within these topics before I | 13:21:08 |
| 23 | instruct the witness one way or the other. | 13:21:10 |
| 24 | MR. HEMENWAY:  The topics involve | 13:21:13 |
| 25 | financial -- hold on.  I'm trying to pull up the | 13:21:19 |

| | | |
|---|---|---|
| 1 | notice.  Sorry. | 13:21:21 |
| 2 | MS. HAYWARD:  I'll share it. | 13:21:29 |
| 3 | MR. HEMENWAY:  Yeah.  Thank you.  So the | 13:21:31 |
| 4 | services PharmaCorr performed for the merger | 13:21:39 |
| 5 | parties or to the debtor. | 13:21:41 |
| 6 | MS. HAYWARD:  Okay.  Merger parties -- | 13:21:44 |
| 7 | MR. HEMENWAY:  No.  I understand the | 13:21:48 |
| 8 | definitions, but he's testified that YesCare | 13:21:49 |
| 9 | didn't exist until after the divisional merger. | 13:21:51 |
| 10 | And we're asking about services performed in -- in | 13:21:57 |
| 11 | February, March 2022 for YesCare. | 13:22:05 |
| 12 | MS. HAYWARD:  Okay.  That is not within | 13:22:08 |
| 13 | the scope of these topics, unless you can point me | 13:22:09 |
| 14 | to where it is. | 13:22:13 |
| 15 | MR. HEMENWAY:  All right. | 13:22:15 |
| 16 | BY MR. HEMENWAY: | 13:22:15 |
| 17 | Q  Mr. Lefkowitz, who is PharmaCorr | 13:22:16 |
| 18 | performing services for in February and | 13:22:18 |
| 19 | March 2022, when it was working with YesCare to | 13:22:23 |
| 20 | submit RFP responses? | 13:22:30 |
| 21 | MS. HAYWARD:  I'm sorry -- | 13:22:34 |
| 22 | A  I think the question -- Melissa, I think I | 13:22:35 |
| 23 | can handle this question because I asked -- this | 13:22:38 |
| 24 | question was asked and answered numerous times. | 13:22:42 |
| 25 | He likes to clarify it in plain English, I think. | 13:22:43 |

1        So PharmaCorr did not provide services to          13:22:46

2    anyone.  PharmaCorr sells drugs.  It's a drug          13:22:49

3    dealer, has a license to buy drugs and sell drugs.     13:22:54

4        Prior to the divisional merger, it sold            13:23:00

5    drugs to Corizon and Corizon's clients.  After the     13:23:03

6    divisional merger, it sold drugs to YesCare or         13:23:08

7    YesCare's clients.                                     13:23:11

8        For every drug they sold, they invoiced            13:23:13

9    and they got paid.  All other services has been        13:23:17

10   provided to Corizon or to YesCare.  No other           13:23:20

11   monies has PharmaCorr received from Corizon or per     13:23:25

12   YesCare, other than the sale of drugs.                 13:23:31

13   Q   Okay.  So I'm asking about Corizon RFPs in         13:23:34

14   February and March 2022.  If PharmaCorr was            13:23:42

15   referenced in those, was that done by Corizon          13:23:49

16   without involving PharmaCorr?                          13:23:54

17       MS. HAYWARD:  Objection, form.  If you're          13:23:56

18   going to ask the witness about a document, please      13:23:57

19   show him the document.                                 13:23:59

20       MR. HEMENWAY:  I didn't ask about a                13:24:01

21   document.                                              13:24:02

22       MS. HAYWARD:  Well, you referenced an RFP          13:24:03

23   which I have to assume is some kind of a document.     13:24:06

24   So if you're going to be asking the witness to         13:24:08

25   testify regarding something that is within the         13:24:11

| | | |
|---|---|---|
| 1 | document, the witness needs to see the document. | 13:24:14 |
| 2 | MR. HEMENWAY:  I'm not asking about | 13:24:16 |
| 3 | something in the document. | 13:24:17 |
| 4 | MS. HAYWARD:  Then objection, best | 13:24:18 |
| 5 | evidence; hearsay; and vague. | 13:24:20 |
| 6 | Q  Did PharmaCorr work with Corizon on RFPs? | 13:24:26 |
| 7 | A  So I have a problem because this is the | 13:24:32 |
| 8 | third time you're asking about an RFP. | 13:24:35 |
| 9 | An RFP is a request for proposal.  RFP is | 13:24:38 |
| 10 | not an agreement.  An RFP is not a contract.  RFP | 13:24:42 |
| 11 | is not an obligation.  An RFP is a fail switch. | 13:24:45 |
| 12 | Anyone can go and sell to anyone that's seeking an | 13:24:50 |
| 13 | RFP. | 13:24:55 |
| 14 | And in the RFP you provide information:  I | 13:24:56 |
| 15 | will sell particular service, and I will drive an | 13:25:00 |
| 16 | electric car that I'm going to buy from Tesla | 13:25:06 |
| 17 | that's owned by Elon Musk.  That's all it does. | 13:25:10 |
| 18 | PharmaCorr has not done any RFPs other | 13:25:15 |
| 19 | than to PharmaCorr's clients, not to PharmaCorr's | 13:25:20 |
| 20 | client's clients.  So when PharmaCorr sells, it | 13:25:25 |
| 21 | pitches to its clients. | 13:25:29 |
| 22 | One of the numerous clients that | 13:25:31 |
| 23 | PharmaCorr has was Corizon, no longer, and | 13:25:35 |
| 24 | YesCare.  When they make a sale, they pitch their | 13:25:41 |
| 25 | goods.  They pitch their pricing.  They pitch | 13:25:45 |

1   their terms.  And they pitch the products.  That's          13:25:48

2   as far as it goes, PharmaCorr's involvement in an           13:25:52

3   RFP.                                                        13:25:56

4      Q  Okay.                                                 13:25:57

5         MR. HEMENWAY:  Let's pull up the -- what              13:26:00

6   we'll -- whatever the next exhibit number is.  And         13:26:05

7   this is from the most -- most recent amended               13:26:08

8   statement of financial affairs.                            13:26:14

9      A  Of which company?                                    13:26:18

10     Q  The only company that has filed in                   13:26:20

11  the -- the debtor.                                         13:26:23

12        REMOTE TECHNICIAN:  Sorry, Counsel, do you           13:26:32

13  have a Bates number?                                       13:26:33

14        MR. HEMENWAY:  This is one of the ones               13:26:35

15  that wouldn't have a Bates.  It's page 220 in the          13:26:37

16  title.                                                     13:26:42

17        REMOTE TECHNICIAN:  Page 220.  Okay.                 13:26:42

18  Stand by.  I see it.                                       13:26:43

19        (Exhibit 6 marked for identification.)               13:26:43

20  BY MR. HEMENWAY:                                           13:27:02

21     Q  So Mr. Lefkowitz, did PharmaCorr receive             13:27:02

22  $300,000 on February 3rd as referenced in the             13:27:06

23  bottom column of this?                                     13:27:10

24     A  Can you make this larger?  Okay.  I got it           13:27:12

25  now.                                                       13:27:15

| | | |
|---|---|---|
| 1 | Q  Yeah.  Yeah. | 13:27:17 |
| 2 | A  Yes. | 13:27:22 |
| 3 | Q  What was that $300,000 for? | 13:27:22 |
| 4 | A  For goods. | 13:27:25 |
| 5 | Q  Was it a prepayment? | 13:27:27 |
| 6 | A  But there was -- this is part of a list | 13:27:33 |
| 7 | of -- of affiliated companies, and the debtor | 13:27:38 |
| 8 | chose to list PharmaCorr as an affiliated company, | 13:27:41 |
| 9 | but it was payment for product. | 13:27:44 |
| 10 | Q  Was it payment in response to an invoice | 13:27:58 |
| 11 | or was it one of the prepayments that we talked | 13:28:01 |
| 12 | about earlier? | 13:28:04 |
| 13 | A  I don't know.  And when I say I don't | 13:28:06 |
| 14 | know, I don't know looking at this exhibit here. | 13:28:08 |
| 15 | I would have to go back to the debtor and see the | 13:28:12 |
| 16 | backup for it. | 13:28:15 |
| 17 | Q  Okay.  What about the first two entries on | 13:28:16 |
| 18 | here, AmerisourceBergen?  You testified earlier | 13:28:23 |
| 19 | that they were a pharmaceutical company that | 13:28:26 |
| 20 | PharmaCorr worked with. | 13:28:29 |
| 21 | A  Correct. | 13:28:31 |
| 22 | Q  Were these payments made on PharmaCorr's | 13:28:31 |
| 23 | behalf? | 13:28:36 |
| 24 | A  On behalf of the debtor. | 13:28:36 |
| 25 | Q  The debtor -- can you explain that? | 13:28:42 |

1     A   So in December or January of '22, the        13:28:48

2  debtor owed $950,000 to AmerisourceBergen.          13:28:56

3  Nothing to do with PharmaCorr.                      13:29:02

4     Q   So the debtor purchased pharmaceuticals      13:29:07

5  directly from AmerisourceBergen in addition to      13:29:10

6  producing them from PharmaCorr?                      13:29:12

7     A   No.  It was -- I went through -- it went     13:29:14

8  through PharmaCorr's license, but it wasn't a       13:29:16

9  PharmaCorr.  In other words, AmerisourceBergen      13:29:21

10  insisted that Corizon pays this bill.  It was for   13:29:28

11  a term contract.                                    13:29:33

12     Q   And PharmaCorr didn't owe                    13:29:34

13  AmerisourceBergen any funds?                        13:29:40

14     A   Would have been other -- those two          13:29:45

15  invoices of $956,707.08 was a Corizon obligation    13:29:47

16  to a PharmaCorr vendor.                             13:29:58

17     Q   Okay.                                        13:30:00

18        MR. HEMENWAY:  Let's go ahead and pull up    13:30:03

19  5672.  They have that?  Go ahead and pull up 5672,  13:30:11

20  Malcolm, and we're going to pull up 5673 after      13:30:19

21  that.                                               13:30:22

22        REMOTE TECHNICIAN:  All right.  Stand by.    13:30:23

23  BY MR. HEMENWAY:                                    13:30:30

24     Q   Mr. Lefkowitz, this first -- I'm just       13:30:31

25  showing you this first one because I don't want to  13:30:34

| | | |
|---|---|---|
| 1 | show you a spreadsheet out of context. | 13:30:38 |
| 2 | The first one just shows when you received | 13:30:40 |
| 3 | this spreadsheet. | 13:30:43 |
| 4 | REMOTE TECHNICIAN: Sorry, Counsel, just | 13:30:50 |
| 5 | one moment. I am pulling it up. I have to find | 13:30:51 |
| 6 | it. | 13:30:56 |
| 7 | (Exhibit 7 marked for identification.) | 13:30:56 |
| 8 | BY MR. HEMENWAY: | 13:30:56 |
| 9 | Q Well, we'll zoom in a little, | 13:31:09 |
| 10 | Mr. Lefkowitz, so you can see the spreadsheet | 13:31:11 |
| 11 | received from Michelle Rice on November 17, 2022. | 13:31:13 |
| 12 | So if we could go to the next one, or call this | 13:31:20 |
| 13 | part of the same exhibit, but 5673. | 13:31:22 |
| 14 | MR. HEMENWAY: Did we lose Mr. Lefkowitz | 13:31:33 |
| 15 | again? | 13:31:35 |
| 16 | MS. HAYWARD: Isaac? | 13:31:38 |
| 17 | THE WITNESS: I'm here. | 13:31:40 |
| 18 | MR. HEMENWAY: Oh, you're not on -- | 13:31:40 |
| 19 | MS. HAYWARD: Maybe we lost the video. | 13:31:44 |
| 20 | THE WITNESS: You want to see me as well. | 13:31:46 |
| 21 | MR. HEMENWAY: Yes, sir. | 13:31:48 |
| 22 | THE WITNESS: I got to log out and log | 13:31:50 |
| 23 | back in because my camera froze. | 13:31:52 |
| 24 | MR. HEMENWAY: Okay. Thank you. | 13:31:54 |
| 25 | THE VIDEOGRAPHER: Should we go off the | 13:31:57 |

| | | |
|---|---|---|
| 1 | record until he comes back in? | 13:32:05 |
| 2 | MR. HEMENWAY:  Sure.  That's fine. | 13:32:06 |
| 3 | THE VIDEOGRAPHER:  Time is 1:32 p.m. | 13:32:10 |
| 4 | We're off the record. | 13:32:11 |
| 5 | (Whereupon a break was had.) | 13:32:15 |
| 6 | THE VIDEOGRAPHER:  Time is 1:32 p.m. | 13:32:43 |
| 7 | We're back on the record. | 13:32:49 |
| 8 | BY MR. HEMENWAY: | 13:32:51 |
| 9 | Q  Okay.  So we're going to scroll up on this | 13:32:54 |
| 10 | document.  And then you can see that at the top, | 13:32:56 |
| 11 | we've got a column that says PharmaCorr. | 13:33:04 |
| 12 | A  Where did you get this document from? | 13:33:13 |
| 13 | Q  Did you see the parent e-mail?  We put it | 13:33:15 |
| 14 | up so we could see the context from it.  It was | 13:33:18 |
| 15 | e-mailed to you in November.  We can go back to it | 13:33:20 |
| 16 | if you'd like. | 13:33:23 |
| 17 | A  This spreadsheet, where did you get this | 13:33:24 |
| 18 | spreadsheet from? | 13:33:25 |
| 19 | Q  It was produced in litigation. | 13:33:28 |
| 20 | A  Which -- who produced it?  I thought you | 13:33:30 |
| 21 | said PharmaCorr did not produce anything. | 13:33:35 |
| 22 | Q  It was produced by YesCare? | 13:33:38 |
| 23 | A  Okay.  So YesCare here?  Is someone from | 13:33:39 |
| 24 | YesCare here? | 13:33:43 |
| 25 | Q  Well, you're from YesCare, but we're | 13:33:43 |

| | | |
|---|---|---|
| 1 | asking PharmaCorr questions, so -- | 13:33:46 |
| 2 | A But YesCare's counsel is not here so I | 13:33:48 |
| 3 | don't know if YesCare produced it or not. You're | 13:33:51 |
| 4 | showing me a spreadsheet. I don't know where it | 13:33:53 |
| 5 | came from. | 13:33:55 |
| 6 | Q That's fine. I'm representing you it came | 13:33:56 |
| 7 | from your e-mail. | 13:33:59 |
| 8 | A You can represent what you wish -- | 13:33:59 |
| 9 | MS. HAYWARD: Can we go back to the | 13:34:00 |
| 10 | e-mail? And again, if this is a YesCare document | 13:34:01 |
| 11 | that was sent to the witness in a different | 13:34:04 |
| 12 | capacity, then that's going to be outside the | 13:34:07 |
| 13 | scope of this deposition. | 13:34:09 |
| 14 | MR. HEMENWAY: No, it's not. The content | 13:34:12 |
| 15 | of the document is what determines the scope. And | 13:34:12 |
| 16 | we're going to ask about the content of the | 13:34:14 |
| 17 | document. | 13:34:15 |
| 18 | MS. HAYWARD: Hold on. If these are | 13:34:15 |
| 19 | PharmaCorr and YesCare relations, then that is not | 13:34:17 |
| 20 | within the scope of the document. | 13:34:21 |
| 21 | MR. HEMENWAY: So look at the dates on | 13:34:23 |
| 22 | these transfers. | 13:34:25 |
| 23 | MS. HAYWARD: Okay. And? | 13:34:26 |
| 24 | MR. HEMENWAY: They predate YesCare by | 13:34:29 |
| 25 | four months. I can pull up an earlier version of | 13:34:32 |

| | | |
|---|---|---|
| 1 | the spreadsheet that's from the data if you want. | 13:34:36 |
| 2 | MS. HAYWARD: I'm sorry, can you go back | 13:34:39 |
| 3 | to the -- | 13:34:40 |
| 4 | MR. HEMENWAY: Sure. Malcolm, could you | 13:34:40 |
| 5 | go back to the prior page? | 13:34:42 |
| 6 | But Melissa, I just want to clarify your | 13:34:46 |
| 7 | position. Is your position that if we ask the | 13:34:48 |
| 8 | witness about a document that wasn't produced by | 13:34:51 |
| 9 | the party that's subject to the 30(b)(6) notice, | 13:34:53 |
| 10 | that that's improper? | 13:34:55 |
| 11 | MS. HAYWARD: No. | 13:34:57 |
| 12 | MR. HEMENWAY: Okay. | 13:34:57 |
| 13 | MS. HAYWARD: My -- my position is that | 13:34:58 |
| 14 | asking the witness about topics that are not | 13:35:00 |
| 15 | included on your notice of topics is improper. | 13:35:03 |
| 16 | MR. HEMENWAY: Yeah. And the topics that | 13:35:07 |
| 17 | included are transfers by the debtor -- | 13:35:08 |
| 18 | MS. HAYWARD: To the merger parties, | 13:35:10 |
| 19 | between the merger parties and PharmaCorr. This | 13:35:12 |
| 20 | appears to be a YesCare document. | 13:35:14 |
| 21 | MR. HEMENWAY: No. It's -- if you look at | 13:35:17 |
| 22 | the document, but if he wants to say that it | 13:35:18 |
| 23 | wasn't, that's fine. He can testify how he | 13:35:21 |
| 24 | testifies. I'm asking about the content of the | 13:35:23 |
| 25 | document which is well within the scope of topics. | 13:35:25 |

| | | |
|---|---|---|
| 1 | Are you instructing him not to answer? | 13:35:28 |
| 2 | MS. HAYWARD:  I haven't heard your | 13:35:30 |
| 3 | question yet. | 13:35:32 |
| 4 | MR. HEMENWAY:  Well, earlier that didn't | 13:35:32 |
| 5 | stop you, but let's go to the -- | 13:35:34 |
| 6 | MS. HAYWARD:  Objection, sidebar. | 13:35:36 |
| 7 | MR. HEMENWAY:  Can we go to the next page | 13:35:38 |
| 8 | now? | 13:35:43 |
| 9 | And I apologize for the sidebar.  It was | 13:35:46 |
| 10 | unnecessary. | 13:35:51 |
| 11 | BY MR. HEMENWAY: | 13:35:53 |
| 12 | Q  So on January 10th, 2022, there's a | 13:35:54 |
| 13 | $200,000 transfer to PharmaCorr.  And then | 13:36:01 |
| 14 | following that, there's a credit for prepayment. | 13:36:05 |
| 15 | Is that how things worked?  If PharmaCorr | 13:36:11 |
| 16 | needed funds like you described earlier, a | 13:36:15 |
| 17 | transfer would be made and then a credit on the | 13:36:17 |
| 18 | next -- is that on the next invoice?  How would | 13:36:19 |
| 19 | that work? | 13:36:23 |
| 20 | MS. HAYWARD:  Objection, form. | 13:36:23 |
| 21 | A  So Mr. Hemenway, you confirmed that this | 13:36:24 |
| 22 | spreadsheet that you're putting in front of me you | 13:36:37 |
| 23 | received from YesCare.  I happen to be a director | 13:36:38 |
| 24 | in YesCare and YesCare has counsel.  Unless | 13:36:43 |
| 25 | YesCare's counsel is here, I object to the form, | 13:36:46 |

| | | |
|---|---|---|
| 1 | the validity, the legality. | 13:36:53 |
| 2 | I will not respond to any questions | 13:36:55 |
| 3 | regarding a document that you say that you picked | 13:36:57 |
| 4 | up from YesCare. I'm here for PharmaCorr. If you | 13:37:00 |
| 5 | have a question about PharmaCorr, I can explain | 13:37:04 |
| 6 | you and I can testify. | 13:37:08 |
| 7 | Q  Did PharmaCorr risk $200,000 from Corizon | 13:37:10 |
| 8 | on January 10th, 2022? | 13:37:15 |
| 9 | A  I don't have the financial records of | 13:37:18 |
| 10 | PharmaCorr in front of me. You can leave it blank | 13:37:19 |
| 11 | and I can fill it in, but I can't here testify on | 13:37:22 |
| 12 | a detail of a transaction and a date. | 13:37:27 |
| 13 | Q  Did PharmaCorr -- did PharmaCorr have a | 13:37:29 |
| 14 | relationship with Charles Gassenheimer as of | 13:37:31 |
| 15 | January and February 2022? | 13:37:35 |
| 16 | A  I don't know the dates of it, but there | 13:37:39 |
| 17 | was -- he was terminated and he was -- I think | 13:37:45 |
| 18 | there was some compensation for his termination. | 13:37:51 |
| 19 | Q  Monthly compensation? | 13:37:54 |
| 20 | A  Monthly, weekly, daily. I don't have the | 13:37:59 |
| 21 | records in front of me. | 13:38:01 |
| 22 | Q  Was the compensation for his termination | 13:38:03 |
| 23 | paid to him directly or through a company that he | 13:38:05 |
| 24 | was affiliated with? | 13:38:10 |
| 25 | A  I don't have the records in front of me. | 13:38:13 |

| | | |
|---|---|---|
| 1 | Q   Okay.  Did PharmaCorr receive $500,000 | 13:38:15 |
| 2 | from Corizon on March 31st, 2022? | 13:38:20 |
| 3 | A   Sir, I just answered you the previous | 13:38:25 |
| 4 | question, that I don't have the financial records | 13:38:31 |
| 5 | of PharmaCorr in front of me.  I will not answer | 13:38:33 |
| 6 | something that's not in front of me that I have to | 13:38:38 |
| 7 | go by memory -- | 13:38:40 |
| 8 | Q   Well, one of the -- | 13:38:41 |
| 9 | A   -- remember -- you going to let me finish? | 13:38:44 |
| 10 | Q   Go ahead. | 13:38:47 |
| 11 | A   To remember -- to remember a date and a | 13:38:47 |
| 12 | dollar amount on a specific.  If you can give me a | 13:38:50 |
| 13 | PharmaCorr record, I can testify to it. | 13:38:59 |
| 14 | Q   Well, PharmaCorr refused to produce | 13:39:02 |
| 15 | records, so I can't give you any records. | 13:39:06 |
| 16 | A   That you'll take up in your remedy, | 13:39:07 |
| 17 | whatever remedies you have, whether they refuse or | 13:39:11 |
| 18 | they don't refuse. | 13:39:13 |
| 19 | But if -- I'm here as the corporate | 13:39:14 |
| 20 | representative of PharmaCorr to testify.  If you | 13:39:17 |
| 21 | want to leave a blank on a specific date and the | 13:39:18 |
| 22 | specific dollar amount on a specific payee, you | 13:39:22 |
| 23 | want us to fill it in, I'll be glad to do it.  But | 13:39:26 |
| 24 | I can't testify from memory, remember dollar | 13:39:29 |
| 25 | amounts and dates without the documents in front | 13:39:33 |

| | | |
|---|---|---|
| 1 | of me.  I'm talking about the financial records in | 13:39:36 |
| 2 | front of me. | 13:39:38 |
| 3 |     Q  Okay.  So if you -- if we ask about | 13:39:38 |
| 4 | specific dates and payments, you'll look at the | 13:39:44 |
| 5 | financial records and tell us the answers? | 13:39:46 |
| 6 |     MS. HAYWARD:  Objection -- | 13:39:49 |
| 7 |     A  Absolutely. | 13:39:51 |
| 8 |     MS. HAYWARD:  -- form. | 13:39:52 |
| 9 |     Q  I'm trying to understand your last | 13:39:53 |
| 10 | question -- your last response. | 13:39:55 |
| 11 |     A  If you have a legitimate blank question | 13:40:00 |
| 12 | that I don't have information here and that's part | 13:40:02 |
| 13 | of the scope of discovery and it's part of the | 13:40:05 |
| 14 | topics that we agreed on, I just don't have the | 13:40:08 |
| 15 | records in front of me, and if you want me at a | 13:40:11 |
| 16 | later date to fill in that information and as it | 13:40:14 |
| 17 | correlates with -- | 13:40:17 |
| 18 |     Q  I see. | 13:40:17 |
| 19 |     A  What's that? | 13:40:18 |
| 20 |     Q  I -- that -- | 13:40:20 |
| 21 |     A  What did you say? | 13:40:20 |
| 22 |     Q  -- that clarification.  I understand now. | 13:40:22 |
| 23 |     A  No, no, no -- | 13:40:24 |
| 24 |     MS. HAYWARD:  To be clear -- | 13:40:24 |
| 25 |     A  But you interrupted me the answer, so let | 13:40:26 |

1    me repeat my answer.                                    13:40:31

2         If you have a specific question that              13:40:31

3    relates to financial documents that I don't have       13:40:33

4    in front of me but you want me to fill it in, and      13:40:36

5    it's part of the scope of topics that we agreed        13:40:40

6    that we're going to testify on, a later date we'll     13:40:43

7    provide it to you.                                     13:40:46

8         MS. HAYWARD:  Just so the record is very          13:40:48

9    clear, I requested from the Committee a detailed       13:40:51

10   list of topics, including specific transactions        13:40:54

11   that the Committee intended to ask questions           13:40:56

12   about, so that the witness could prepare himself.      13:40:59

13        MR. HEMENWAY:  Record of -- we're not             13:41:01

14   going to create a record of false statements.         13:41:03

15   Let's just --                                          13:41:05

16        MS. HAYWARD:  That's not a false statement        13:41:05

17   at all.                                                13:41:07

18        MR. HEMENWAY:  Next question.                     13:41:07

19        MS. HAYWARD:  That's the whole point of           13:41:08

20   requesting detailed lists of scope of topics.         13:41:09

21        MR. HEMENWAY:  We'll just keep moving             13:41:13

22   forward.                                               13:41:15

23        MS. HAYWARD:  Okay.                               13:41:16

24   BY MR. HEMENWAY:                                       13:41:16

25      Q  Mr. Lefkowitz, what happens to medical          13:41:18

1   inventory when a contract ends, do you know from        13:41:23

2   your experience at PharmaCorr?                          13:41:29

3        MS. HAYWARD:  Objection, form.                     13:41:32

4    A  It gets --                                          13:41:32

5    Q  I couldn't hear you, Mr. Lefkowitz.                 13:41:37

6    A  So medical inventory, you need to define           13:41:40

7   medical inventory.  Usable inventory?  Nonusable        13:41:44

8   inventory?                                              13:41:47

9    Q  Let's say medications that are usable.             13:41:48

10   A  The vendor that takes over the term picks           13:41:59

11  up the inventory.                                       13:42:03

12   Q  And do they compensate the prior vendor             13:42:04

13  for that?                                               13:42:08

14   A  Yes, in general.                                    13:42:12

15   Q  Did that occur with PharmaCorr inventory            13:42:14

16  in connection with Idaho facilities?                    13:42:20

17       MS. HAYWARD:  Objection, form.  Are those          13:42:24

18  facilities with respect to the debtor?                  13:42:26

19   Q  Facilities in -- sure.  Facilities with             13:42:30

20  respect to the debtor.                                  13:42:35

21   A  I wasn't involved when the Idaho contract           13:42:37

22  was terminated.                                         13:42:40

23   Q  Were you involved in negotiating any                13:42:41

24  settlement with the new provider in Idaho as to         13:42:45

25  inventory?                                              13:42:50

| | | |
|---|---|---|
| 1 | A   I don't believe so. | 13:42:51 |
| 2 | Q   How about Kansas, did that happen when the | 13:42:54 |
| 3 | Kansas contract terminated? | 13:42:57 |
| 4 | A   I wasn't involved there either. | 13:42:59 |
| 5 | Q   In the termination of the contract, or in | 13:43:06 |
| 6 | the negotiation of any settlement, or both? | 13:43:08 |
| 7 | A   Neither. | 13:43:10 |
| 8 | Q   Do you know if PharmaCorr received any | 13:43:11 |
| 9 | funds in connection with inventory in either of | 13:43:14 |
| 10 | those locations, the debtor's facilities in Idaho | 13:43:18 |
| 11 | or in Kansas? | 13:43:21 |
| 12 | A   What period? | 13:43:24 |
| 13 | Q   In any period. | 13:43:25 |
| 14 | A   Like I said, you can't ask me a question | 13:43:30 |
| 15 | without information in front of me. | 13:43:33 |
| 16 | Q   I -- | 13:43:35 |
| 17 | A   You can -- | 13:43:37 |
| 18 | Q   I asked in your -- | 13:43:37 |
| 19 | A   Are you going to let me finish?  Are you | 13:43:38 |
| 20 | going to let me finish the answer? | 13:43:39 |
| 21 | You show me a date and a time and either | 13:43:42 |
| 22 | recollect my memory if I'm involved or I can tell | 13:43:48 |
| 23 | you that I wasn't involved.  I don't remember | 13:43:51 |
| 24 | being involved in Idaho, and I don't remember | 13:43:53 |
| 25 | being involved in Kansas. | 13:43:55 |

1    You're asking me whether they ever got                13:43:59

2    compensation.  I don't know if you're talking         13:44:00

3    2020, 2021, 2022, 2023, and you're asking at any      13:44:05

4    time.                                                 13:44:08

5    And I say, I can't give you a broad answer            13:44:09

6    on any time unless there's specifics.  If you         13:44:11

7    want, I can go back and do the research and come      13:44:15

8    back with an answer, but I don't have the answer      13:44:20

9    in front of me.                                       13:44:22

10   Q  Are you through?                                   13:44:22

11   A  Usually when I stay silent, I'm through.           13:44:23

12   I don't interrupt you and you shouldn't interrupt     13:44:29

13   me.                                                   13:44:32

14   Q  Okay.  I'll take that as a yes.                    13:44:32

15   So the question that I'm asking is about a            13:44:34

16   very specific type of payment.                        13:44:37

17   I asked if PharmaCorr received funds in               13:44:39

18   connection with inventory that was sold, provided,    13:44:45

19   whatever, to a new provider in those locations.       13:44:52

20   A  So you must be extremely confused or               13:45:02

21   deliberately trying to confuse me.  I'm ready to      13:45:06

22   explain it again.  I thought that I gave you a        13:45:10

23   clear explanation and you even told me you            13:45:12

24   appreciated the explanation.                          13:45:16

25   When we buy inventory, we become the owner           13:45:19

1    of the inventory, talking about we as PharmaCorr.          13:45:22

2       Q   Uh-huh.                                             13:45:25

3       A   When we sell the inventory, we are no              13:45:26

4    longer the seller or the -- we are no longer the           13:45:29

5    owner of that inventory.  Whoever bought that              13:45:32

6    inventory from us, that inventory belongs to that          13:45:35

7    person who bought it.                                      13:45:40

8          So let's say Idaho.  PharmaCorr, once it            13:45:42

9    ships to Idaho and it gets paid, they are divorced         13:45:48

10   forward the product.  There is, however, certain           13:45:50

11   guidelines and rules and laws and custody chain of         13:45:56

12   pharmaceuticals.  You can't just have                      13:46:01

13   pharmaceuticals, usable or unusable, laying around         13:46:03

14   if it's not being used.  It needs to go back to            13:46:07

15   the pharmacy.  The pharmacy needs to send it back          13:46:14

16   to the wholesaler.  The wholesaler needs to send           13:46:18

17   it back to the manufacturer for destruction, to            13:46:21

18   destroy the product.                                       13:46:28

19          So what is it exactly specifically that            13:46:29

20   you're referring to that you believe myself, as a          13:46:32

21   representative of PharmaCorr and a specific                13:46:34

22   transaction that I need to have direct knowledge           13:46:38

23   of?  The general scope I gave you, custody of              13:46:40

24   drugs, how it's moved into the facility and how            13:46:46

25   it's moved back out unusable, so what is it                13:46:50

| | | |
|---|---|---|
| 1 | exactly that you're referring to? | 13:46:53 |
| 2 | Q  Well, I think that did answer it.  Because | 13:46:54 |
| 3 | I -- I was referring to what happens after it's | 13:46:56 |
| 4 | been delivered and there's somebody else in the | 13:46:58 |
| 5 | facility. | 13:47:01 |
| 6 | And it sounds like once it's been | 13:47:01 |
| 7 | delivered, PharmaCorr doesn't own it anymore so | 13:47:04 |
| 8 | PharmaCorr wouldn't be involved in that, correct? | 13:47:07 |
| 9 | A  Exactly. | 13:47:09 |
| 10 | Q  Okay. | 13:47:10 |
| 11 | A  Except -- except that PharmaCorr sometimes | 13:47:10 |
| 12 | is obligated to take back the drug, to ship it | 13:47:15 |
| 13 | back to its chain of custody, to go back to the | 13:47:20 |
| 14 | wholesaler, to go back to the manufacture to | 13:47:24 |
| 15 | destroy the drug. | 13:47:27 |
| 16 | Q  And did that occur with Idaho or Kansas to | 13:47:28 |
| 17 | your knowledge? | 13:47:30 |
| 18 | A  I don't know about Idaho and Kansas.  I'm | 13:47:30 |
| 19 | just giving you a general rule what happens to | 13:47:34 |
| 20 | pharmacy drugs in a facility, whether it's a | 13:47:37 |
| 21 | correctional facility, nursing home facility, or | 13:47:40 |
| 22 | any facility where the drugs are there, it's a | 13:47:43 |
| 23 | chain of custody, needs to go back to its origin. | 13:47:45 |
| 24 | And at that point, PharmaCorr is a chain -- is a | 13:47:50 |
| 25 | link in the chain that is involved in the return | 13:47:53 |

| | | |
|---|---|---|
| 1 | of goods. | 13:47:56 |
| 2 | Q  Okay. | 13:47:57 |
| 3 | MR. HEMENWAY:  Let's take a short break | 13:48:07 |
| 4 | and I think then we'll wrap up with PharmaCorr and | 13:48:09 |
| 5 | go into Perigrove. | 13:48:12 |
| 6 | MS. HAYWARD:  Okay.  How long do you want? | 13:48:13 |
| 7 | Five minutes?  Ten minutes? | 13:48:16 |
| 8 | MR. HEMENWAY:  Let's just start up at | 13:48:18 |
| 9 | 2:00. | 13:48:20 |
| 10 | MS. HAYWARD:  Okay. | 13:48:20 |
| 11 | MR. HEMENWAY:  All right.  Thanks guys. | 13:48:20 |
| 12 | THE VIDEOGRAPHER:  The time is 1:48 p.m. | 13:48:23 |
| 13 | We're going off the record. | 13:48:24 |
| 14 | (Whereupon a break was had.) | 13:48:26 |
| 15 | MR. HEMENWAY:  The 2004 four of PharmaCorr | 14:00:53 |
| 16 | concludes. | 14:00:57 |
| 17 | (Whereupon the proceedings concluded at | |
| 18 | 2:01 p.m. CST) | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

1       CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2           I, Karisa Ekenseair, the officer before

3    whom the foregoing deposition was taken, do hereby

4    certify that the foregoing transcript is a true

5    and correct record of the testimony given; that

6    said testimony was taken by me stenographically

7    and thereafter reduced to typewriting under my

8    direction; that reading and signing was not

9    requested; and that I am neither counsel for,

10   related to, nor employed by any of the parties to

11   this case and have no interest, financial or

12   otherwise, in its outcome.

13          IN WITNESS WHEREOF, I have hereunto set my

14   hand and affixed my seal this 21st day of August,

15   2023.

16

17

18       Karisa Ekenseair, CCR, RMR  LS #5753

19

20

21

22

23

24

25

**A**

**aaron**
4:4, 8:9, 45:11
**abe**
22:5, 22:6,
22:10, 22:11
**about**
11:13, 13:13,
14:10, 14:17,
14:19, 14:22,
14:24, 16:14,
17:19, 18:14,
20:12, 21:4,
25:21, 26:8,
26:24, 27:5,
37:22, 40:5,
40:6, 42:6,
42:25, 43:5,
43:7, 43:8,
43:18, 51:2,
51:15, 53:4,
54:11, 55:10,
56:13, 56:18,
56:20, 57:2,
57:8, 59:12,
59:17, 63:16,
64:8, 64:14,
64:24, 66:5,
68:1, 68:3,
69:12, 71:2,
72:15, 73:1,
74:18
**absolutely**
68:7
**access**
13:4, 13:25
**account**
49:15
**accounting**
33:11, 33:12,
33:14, 33:15
**accurate**
19:25, 41:13
**actually**
45:21, 49:2
**added**
18:16, 48:16

**addition**
32:16, 60:5
**additional**
25:14
**administrative**
53:2, 53:6
**affairs**
58:8
**affiliate**
21:7, 21:13,
23:12
**affiliated**
19:6, 19:9,
19:11, 19:14,
19:17, 19:21,
30:22, 33:8,
59:7, 59:8,
66:24
**affiliates**
30:25
**affixed**
76:14
**after**
22:19, 30:21,
30:25, 44:17,
53:23, 55:9,
56:5, 60:20,
74:3
**again**
13:6, 14:15,
19:12, 29:17,
30:13, 35:15,
36:12, 43:25,
44:25, 48:19,
49:18, 54:17,
61:15, 63:10,
72:22
**age**
8:21
**agent**
53:2, 53:6
**agree**
18:13, 19:13
**agreed**
9:2, 9:9, 9:12,
9:14, 68:14,
69:5
**agreement**
5:16, 6:7,

6:10, 6:11, 9:1,
9:4, 15:19,
15:22, 16:2,
38:4, 38:20,
38:23, 39:7,
39:9, 39:11,
39:18, 39:20,
39:22, 40:2,
40:4, 40:10,
40:11, 40:12,
45:22, 51:10,
51:16, 52:1,
53:10, 57:10
**agreements**
15:16, 15:17,
15:18
**agrees**
53:6
**ahead**
8:7, 8:11,
10:9, 12:20,
26:2, 38:22,
40:15, 50:11,
51:19, 60:18,
60:19, 67:10
**all**
8:14, 8:24,
13:14, 18:25,
27:1, 29:16,
37:6, 40:5,
43:12, 45:5,
47:9, 49:2,
52:10, 52:21,
53:21, 55:15,
56:9, 57:17,
60:22, 69:17,
75:11
**already**
9:20, 10:3,
24:15
**also**
4:18, 9:21
**amended**
5:15, 6:6, 58:7
**amendment**
6:4
**amerisourcebergen**
44:24, 45:3,

45:4, 59:18,
60:2, 60:5,
60:9, 60:13
**amount**
67:12, 67:22
**amounts**
48:2, 67:25
**ann**
4:15
**anna**
3:6, 7:19
**another**
9:21, 50:25
**answer**
12:20, 14:9,
19:18, 20:5,
31:15, 31:17,
31:18, 32:4,
35:7, 38:9,
38:13, 39:23,
40:8, 41:8,
41:17, 42:18,
44:3, 44:13,
51:12, 54:20,
65:1, 67:5,
68:25, 69:1,
71:20, 72:5,
72:8, 74:2
**answered**
37:20, 41:5,
55:24, 67:3
**answers**
54:7, 68:5
**any**
9:8, 10:5,
10:8, 10:18,
11:1, 11:25,
12:3, 12:4,
15:14, 16:2,
25:14, 28:8,
28:11, 28:18,
30:4, 30:20,
30:25, 32:25,
33:3, 33:7,
37:23, 39:4,
39:20, 40:1,
40:12, 41:2,
41:14, 41:20,

42:1, 42:13, 42:22, 43:1, 44:21, 48:11, 48:21, 49:4, 50:7, 50:12, 52:2, 54:12, 57:18, 60:13, 66:2, 67:15, 70:23, 71:6, 71:8, 71:13, 72:3, 72:6, 74:22, 76:10

**anybody**
10:14, 26:17, 27:3, 27:18, 32:22, 33:7, 35:13

**anymore**
74:7

**anyone**
26:21, 48:12, 56:2, 57:12

**anything**
15:15, 21:6, 27:6, 27:9, 44:20, 50:2, 62:21

**apologies**
8:7

**apologize**
46:5, 65:9

**appearances**
5:4

**appearing**
7:25

**appears**
64:20

**appreciate**
32:5, 33:6

**appreciated**
72:24

**april**
5:20, 48:11, 48:24, 49:5, 50:1, 50:18

**arbor**
4:15

**arkansas**
2:12, 2:16

**around**
73:13

**arrangement**
37:7

**asked**
17:18, 22:14, 22:18, 31:2, 31:3, 31:4, 31:5, 31:7, 31:8, 31:10, 34:11, 34:20, 34:23, 34:25, 35:5, 35:14, 35:19, 35:21, 37:23, 41:4, 41:13, 41:16, 41:17, 41:20, 42:16, 51:13, 55:23, 55:24, 71:18, 72:17

**asking**
10:5, 10:7, 11:20, 13:17, 14:19, 14:21, 14:24, 17:6, 21:4, 25:21, 34:23, 36:6, 36:18, 37:1, 37:18, 40:6, 40:7, 41:19, 41:21, 42:6, 43:18, 44:12, 54:6, 54:21, 55:10, 56:13, 56:24, 57:2, 57:8, 63:1, 64:14, 64:24, 72:1, 72:3, 72:15

**asks**
37:12

**assets**
13:10, 28:8, 28:9, 40:25, 41:1, 42:15

**assigned**
48:4

**assignment**
6:4

**assist**
33:14

**assume**
10:22, 53:19, 56:23

**assumption**
6:5

**attached**
5:12

**attachment**
6:16

**attorney**
7:17, 8:5

**attorney-client**
11:14, 11:15

**attorneys**
10:18

**audio**
46:14

**august**
1:14, 5:16, 7:9, 38:5, 76:14

**aware**
16:25, 17:2, 17:15, 17:17, 17:22, 17:23, 18:22, 19:10, 19:19, 22:22, 39:19, 49:4

**B**

**b) (6**
64:9

**back**
24:5, 31:7, 40:3, 41:9, 45:17, 49:18, 59:15, 61:23, 62:1, 62:7, 62:15, 63:9, 64:2, 64:5, 72:7, 72:8, 73:14, 73:15, 73:17, 73:25, 74:12, 74:13, 74:14, 74:23

**backup**
59:16

**bank**
14:14

**bankruptcy**
1:1, 7:6, 28:3, 28:5

**based**
23:18, 35:4

**basically**
28:5

**basis**
49:12, 50:4

**bates**
5:17, 5:21, 6:7, 6:11, 6:17, 38:15, 45:23, 58:13, 58:15

**because**
9:20, 23:22, 35:24, 42:12, 45:21, 49:11, 50:20, 52:3, 55:23, 57:7, 60:25, 61:23, 74:2

**become**
72:25

**been**
42:2, 42:14, 42:15, 49:16, 56:9, 60:14, 74:4, 74:6

**before**
2:10, 8:24, 10:1, 20:22, 24:15, 25:6, 25:11, 30:9, 31:14, 31:19, 32:10, 36:25, 41:14, 41:20, 54:22, 76:2

**beg**
32:18

**begin**
21:20, 21:24

**beginning**
7:16

**begins**
7:2

**behalf**
3:2, 3:13, 4:3,
4:10, 7:21,
11:18, 16:6,
16:22, 22:23,
22:24, 26:18,
39:3, 43:6,
43:16, 48:25,
50:19, 59:23,
59:24
**being**
7:24, 8:21,
23:24, 30:4,
41:25, 53:9,
71:24, 71:25,
73:14
**belief**
23:18
**believe**
14:16, 23:17,
23:19, 25:3,
37:25, 50:15,
53:23, 71:1,
73:20
**belongs**
73:6
**best**
57:4
**between**
16:11, 16:16,
16:19, 48:20,
64:19
**beyond**
9:14
**bill**
60:10
**blank**
66:10, 67:21,
68:11
**book1**
6:16
**books**
13:19, 15:10,
15:13, 39:4,
50:3, 50:5
**borrow**
44:23
**borrowed**
43:24

**both**
71:6
**bottom**
51:2, 58:23
**bought**
73:5, 73:7
**break**
45:7, 45:15,
62:5, 75:3,
75:14
**breaking**
22:9
**bring**
25:13, 30:8,
40:3
**broad**
72:5
**broader**
14:22
**broadness**
44:5
**buck**
27:21
**bunch**
49:1
**business**
28:6, 28:7,
28:10, 28:15,
28:23, 29:14,
30:4, 30:5,
30:7, 31:9,
31:23, 31:24,
32:1, 43:9,
44:16, 44:17
**buy**
56:3, 57:16,
72:25

---
**C**
---
**call**
17:3, 61:12
**calling**
16:25
**calls**
17:10
**came**
25:7, 25:10,
25:11, 27:25,

31:21, 32:7,
50:13, 50:17,
50:18, 63:5,
63:6
**camera**
61:23
**can't**
24:22, 46:19,
66:11, 67:15,
67:24, 71:14,
72:5, 73:12
**candidacy**
28:4
**capacity**
52:2, 63:12
**capital**
53:2
**car**
57:16
**care**
1:6, 4:3, 8:8,
52:11
**case**
1:6, 7:7, 76:11
**caveat**
9:10
**ccr**
1:20, 76:18
**cell**
26:24
**central**
3:18, 7:10
**certain**
73:10
**certificate**
5:9, 76:1
**certified**
2:11
**certify**
76:4
**cfo**
34:18
**chain**
6:15, 37:19,
73:11, 74:13,
74:23, 74:24,
74:25
**change**
23:5, 23:20,

29:24
**changed**
22:2, 22:24,
23:6, 23:13,
23:19, 30:2,
30:5, 30:6,
31:22
**chapter**
1:8
**charge**
27:13, 32:9,
32:10
**charles**
24:7, 66:14
**chose**
59:8
**city**
3:9
**clarification**
33:6, 51:18,
68:22
**clarified**
42:9
**clarify**
10:4, 16:14,
21:11, 24:25,
40:17, 55:25,
64:6
**clarifying**
26:8, 46:4
**clear**
7:23, 18:12,
32:3, 42:12,
48:19, 68:24,
69:9, 72:23
**clearer**
32:4
**client's**
57:20
**clients**
31:25, 35:16,
56:5, 56:7,
57:19, 57:20,
57:21, 57:22
**closed-end**
20:19, 20:25,
21:1, 28:17
**cml**
1:7

code
40:22, 40:23
collateral
40:1, 40:9,
41:2, 41:22,
41:24, 42:2,
42:3, 42:7, 42:9
collateralization
42:20
collateralized
42:15, 42:16
column
58:23, 62:11
come
24:18, 27:6,
72:7
comes
62:1
commercial
40:22, 40:23
committee
3:2, 7:19, 9:2,
18:17, 69:9,
69:11
committee's
9:6
commodity
33:4
community
52:11
companies
14:5, 21:4,
44:20, 51:24,
59:7
company
12:25, 13:19,
16:9, 17:1,
17:4, 17:11,
17:24, 18:23,
22:14, 22:15,
22:18, 24:10,
24:17, 24:21,
27:22, 28:2,
28:5, 29:9,
29:12, 29:13,
29:15, 29:21,
30:2, 30:3,
32:12, 32:16,

32:20, 37:9,
41:3, 41:22,
44:15, 52:11,
58:9, 58:10,
59:8, 59:19,
66:23
compensate
70:12
compensation
66:18, 66:19,
66:22, 72:2
concluded
75:17
concludes
75:16
conduct
9:7
conducted
1:11, 2:2
confidential
5:19, 5:22,
6:9, 6:13, 6:19
confirmed
65:21
confuse
72:21
confused
72:20
connection
42:21, 42:22,
42:23, 70:16,
71:9, 72:18
consider
48:6
considering
28:2
content
63:14, 63:16,
64:24
context
61:1, 62:14
continued
6:2
contract
26:22, 26:23,
26:24, 33:18,
33:20, 33:23,
36:18, 36:20,

57:10, 60:11,
70:1, 70:21,
71:3, 71:5
contracts
27:1
cooke
4:19
corizon
11:16, 21:8,
21:13, 23:6,
23:13, 23:24,
29:2, 30:25,
31:23, 32:3,
32:21, 32:22,
33:7, 33:14,
33:17, 34:4,
34:11, 34:18,
35:10, 35:14,
35:16, 35:20,
36:10, 36:13,
36:15, 36:21,
36:22, 37:10,
37:11, 56:5,
56:10, 56:11,
56:13, 56:15,
57:6, 57:23,
60:10, 60:15,
66:7, 67:2
corizon's
23:20, 34:14,
35:16, 56:5
corp
19:14, 19:17
corporate
1:13, 2:1,
18:14, 67:19
correct
10:25, 12:12,
12:15, 16:1,
16:5, 16:7,
16:9, 16:10,
16:23, 16:24,
23:4, 24:13,
25:12, 26:13,
26:16, 27:15,
29:19, 29:23,
33:1, 36:9,
38:1, 38:9,

38:12, 42:4,
43:24, 47:7,
48:1, 48:5,
50:6, 59:21,
74:8, 76:5
correctional
19:23, 20:7,
74:21
correlates
68:17
could
10:1, 10:4,
11:13, 25:4,
25:5, 42:2,
42:3, 49:16,
49:18, 52:18,
52:19, 61:12,
62:14, 64:4,
69:12
couldn't
19:18, 38:21,
47:7, 70:5
counsel
7:15, 10:13,
10:16, 10:20,
17:18, 46:1,
54:21, 58:12,
61:4, 63:2,
65:24, 65:25,
76:9
couple
24:9
court
1:1, 7:6, 8:2,
8:15, 9:23
create
20:7, 20:10,
69:14
creates
19:23
credit
5:16, 6:7,
38:4, 42:24,
51:25, 65:14,
65:17
creditors
3:3
cross
4:12, 4:13,

8:12, 10:2, 10:7
**cst**
1:15, 75:18
**custodian**
39:4
**custody**
37:18, 73:11,
73:23, 74:13,
74:23
**customer**
23:24, 45:4
**customers**
21:5, 28:18,
30:8, 30:9,
30:11, 30:20,
32:1
**cut**
26:2, 26:4

**D**

**daily**
66:20
**dallas**
3:19, 4:7
**data**
64:1
**date**
7:9, 24:23,
43:1, 66:12,
67:11, 67:21,
68:16, 69:6,
71:21
**dated**
5:16, 5:20,
6:17, 48:20
**dates**
63:21, 66:16,
67:25, 68:4
**day**
23:8, 23:10,
25:5, 48:18,
49:3, 76:14
**dealer**
56:3
**dealt**
53:24
**debt**
28:11, 37:23,

41:2, 41:15,
41:20, 41:25,
42:1, 42:6,
42:13, 43:1,
48:6, 52:9
**debtor**
1:7, 5:21, 6:8,
6:12, 8:8,
15:24, 30:16,
31:24, 43:16,
44:8, 44:16,
55:5, 58:11,
59:7, 59:15,
59:24, 59:25,
60:2, 60:4,
64:17, 70:18,
70:20
**debtor's**
71:10
**december**
18:9, 21:21,
21:22, 21:23,
23:3, 24:15,
24:21, 25:2,
25:11, 26:10,
26:12, 26:14,
27:25, 28:16,
30:21, 31:1,
31:19, 31:22,
32:8, 37:23,
41:3, 41:14,
42:25, 43:23,
48:21, 48:22,
54:12, 60:1
**decide**
26:21, 40:7
**decision**
27:4
**decisions**
26:18, 26:19
**define**
70:6
**definitions**
55:8
**deliberately**
72:21
**delivered**
74:4, 74:7

**depending**
26:23
**depends**
27:5
**depos**
7:12, 8:17
**deposes**
8:21
**deposition**
1:11, 2:1, 7:3,
7:13, 9:25,
10:12, 11:22,
12:8, 12:19,
14:20, 14:25,
15:2, 15:20,
17:5, 38:24,
47:20, 63:13,
76:3
**derek**
8:13
**derico**
4:11
**described**
65:16
**description**
5:13, 6:3,
19:25
**descriptor**
20:23
**designated**
7:4, 8:1
**designee**
1:13, 2:2
**destroy**
73:18, 74:15
**destruction**
73:17
**detail**
66:12
**detailed**
69:9, 69:20
**determines**
63:15
**difference**
28:20
**different**
9:11, 29:7,
29:8, 35:4,

42:3, 42:5,
63:11
**direct**
30:19, 73:22
**direction**
76:8
**directly**
60:5, 66:23
**director**
22:3, 22:14,
22:18, 25:15,
25:23, 26:6,
26:11, 27:14,
27:19, 49:23,
65:23
**discovery**
68:13
**discussed**
10:13, 10:14
**discussion**
11:13
**disoriented**
32:12
**dispense**
9:18
**dispenses**
37:15
**distressed**
28:1
**district**
1:2, 7:6
**division**
1:3, 7:7
**divisional**
34:17, 53:24,
55:9, 56:4, 56:6
**divorced**
73:9
**document**
6:14, 39:3,
45:24, 46:2,
48:24, 51:15,
56:18, 56:19,
56:21, 56:23,
57:1, 57:3,
62:10, 62:12,
63:10, 63:15,
63:17, 63:20,

64:8, 64:20,
64:22, 64:25,
66:3
**documents**
11:1, 11:3,
11:7, 11:11,
11:14, 11:16,
11:20, 11:21,
11:24, 11:25,
12:3, 12:4,
12:21, 12:24,
13:2, 13:5,
13:12, 13:15,
13:17, 13:18,
14:18, 14:20,
14:25, 15:6,
15:14, 47:19,
51:1, 52:1,
67:25, 69:3
**doing**
32:1
**dollar**
53:14, 53:15,
67:12, 67:22,
67:24
**dollars**
27:2, 27:6
**done**
56:15, 57:18
**down**
19:20, 32:7,
47:11, 51:7,
52:24, 53:22
**drive**
57:15
**drug**
37:7, 37:8,
37:19, 56:2,
56:8, 74:12,
74:15
**drugs**
56:2, 56:3,
56:5, 56:6,
56:12, 73:24,
74:20, 74:22
**duly**
8:21
**duress**
29:10

**duressed**
28:1
**during**
32:20

**E**

**e-mail**
6:15, 62:13,
63:7, 63:10
**e-mailed**
62:15
**e-mails**
12:18
**each**
37:15, 51:23
**earlier**
53:23, 54:7,
59:12, 59:18,
63:25, 65:4,
65:16
**either**
10:23, 71:4,
71:9, 71:21
**ekenseair**
1:20, 2:11,
8:16, 76:2,
76:18
**electric**
57:16
**elm**
4:6
**elon**
57:17
**else**
10:14, 26:17,
74:4
**employed**
76:10
**employees**
25:14
**endeavor**
48:16, 49:5
**ends**
45:24, 70:1
**energy**
29:13, 29:21
**engage**
25:13, 25:19

**english**
55:25
**enough**
38:15
**enter**
26:22
**entities**
18:15, 33:8,
47:24, 49:1,
49:2, 54:12
**entries**
59:17
**esquire**
3:4, 3:5, 3:6,
3:16, 4:4, 4:12
**even**
28:4, 28:20,
36:17, 38:21,
72:23
**ever**
22:21, 33:14,
34:4, 72:1
**every**
15:19, 15:22,
35:20, 56:8
**everybody**
45:8
**everything**
9:23
**evidence**
57:5
**ex**
5:14, 5:15,
5:20, 6:4, 6:10,
6:14, 6:15
**exactly**
20:15, 29:14,
35:21, 49:24,
73:19, 74:1,
74:9
**exam**
9:7
**examination**
5:7, 7:24,
9:16, 30:15
**exams**
7:5
**except**
74:11

**exchange**
52:19, 53:12
**exhibit**
18:20, 19:1,
38:18, 40:4,
45:19, 45:20,
46:9, 47:10,
47:16, 47:22,
48:3, 50:24,
52:23, 53:22,
58:6, 58:19,
59:14, 61:7,
61:13
**exhibits**
5:11, 6:1
**exist**
39:3, 55:9
**existence**
36:2
**existing**
51:23
**expect**
51:17
**experience**
70:2
**explain**
40:17, 59:25,
66:5, 72:22
**explanation**
72:23, 72:24
**expy**
3:18
**extent**
9:13
**extremely**
72:20

**F**

**facilities**
70:16, 70:18,
70:19, 71:10
**facility**
37:12, 37:13,
37:14, 37:15,
73:24, 74:5,
74:20, 74:21,
74:22
**fail**
57:11

fair
38:15
falls
13:12, 30:14,
43:21
false
69:14, 69:16
familiar
38:4, 38:8,
38:11, 38:19,
38:23, 39:12,
47:9, 47:16
far
17:9, 58:2
february
55:11, 55:18,
56:14, 58:22,
66:15
fellow
24:7, 24:8
few
24:9, 34:3
fifth
6:4, 51:21
filed
58:10
files
12:7, 12:11,
12:13, 12:16
filing
28:2
fill
66:11, 67:23,
68:16, 69:4
financial
12:24, 13:5,
13:16, 13:17,
13:18, 14:11,
14:13, 15:1,
15:7, 15:9,
15:10, 15:11,
15:15, 26:17,
26:19, 27:24,
33:13, 34:14,
35:19, 47:19,
54:25, 58:8,
66:9, 67:4,
68:1, 68:5,

69:3, 76:11
find
61:5
fine
18:19, 45:9,
62:2, 63:6,
64:23
finish
20:16, 67:9,
71:19, 71:20
firm
7:20, 8:10
first
8:21, 51:2,
51:5, 53:5,
59:17, 60:24,
60:25, 61:2
five
75:7
focus
9:3, 30:15,
43:13
folders
12:7, 12:11,
12:14, 12:16
follow-up
54:6
following
65:14
follows
8:23
foregoing
76:3, 76:4
form
11:17, 13:6,
14:7, 14:15,
15:6, 16:13,
17:8, 17:16,
19:12, 19:15,
21:9, 23:1,
23:14, 36:16,
39:16, 40:13,
43:3, 43:25,
56:17, 65:20,
65:25, 68:8,
70:3, 70:17
forth
48:2

forward
9:5, 26:12,
26:15, 32:8,
46:12, 69:22,
73:10
four
63:25, 75:15
fourth
49:19
fowler
24:9, 24:12,
24:14, 24:16,
24:18, 25:3,
25:6, 25:7,
25:10, 29:18
front
33:23, 35:11,
65:22, 66:10,
66:21, 66:25,
67:5, 67:6,
67:25, 68:2,
68:15, 69:4,
71:15, 72:9
froze
61:23
fund
35:19
funds
13:9, 16:3,
43:15, 50:13,
50:14, 60:13,
65:16, 71:9,
72:17
future
9:7, 9:8

G

gassenheimer
24:8, 24:12,
24:14, 24:16,
25:2, 25:6,
29:18, 66:14
gave
29:14, 37:19,
53:15, 53:17,
72:22, 73:23
general
10:20, 43:9,

70:14, 73:23,
74:19
geneva
9:1
georgia
2:13
getting
44:18
give
31:15, 50:9,
51:7, 51:18,
67:12, 67:15,
72:5
given
30:13, 76:5
giving
74:19
glad
67:23
go
8:7, 8:11,
9:14, 10:9,
12:20, 13:23,
26:2, 27:11,
31:17, 37:6,
38:22, 40:15,
46:15, 46:24,
46:25, 49:18,
50:11, 51:5,
51:19, 52:21,
57:12, 59:15,
60:18, 60:19,
61:12, 61:25,
62:15, 63:9,
64:2, 64:5,
65:5, 65:7,
67:7, 67:10,
72:7, 73:14,
74:13, 74:14,
74:23, 75:5
goes
58:2
going
8:25, 10:4,
14:8, 18:23,
20:11, 20:16,
26:8, 31:16,
38:16, 41:10,

43:5, 43:13,
51:1, 51:14,
51:19, 54:10,
56:18, 56:24,
57:16, 60:20,
62:9, 63:12,
63:16, 67:9,
69:6, 69:14,
71:19, 71:20,
75:13
**goldberger**
22:5, 22:6,
22:10
**goldberger's**
22:11
**gone**
25:9
**goods**
44:18, 57:25,
59:4, 75:1
**gotcha**
27:24, 39:21
**gotten**
11:25, 53:14
**gray**
4:5, 8:10
**great**
37:17
**guarantee**
52:6, 52:7,
52:13
**guarantors**
52:2, 52:4,
52:10
**guaranty**
6:10, 53:10,
53:11
**guess**
30:18, 45:6,
48:15, 53:10
**guidelines**
73:11
**guys**
24:9, 75:11

**H**

**hand**
76:14

**handle**
55:23
**handled**
33:11
**hands**
22:2, 22:24,
23:5, 23:6,
23:13, 23:19,
23:20
**happen**
65:23, 71:2
**happened**
23:2, 48:20
**happens**
69:25, 74:3,
74:19
**happy**
52:24
**hat**
39:1, 39:2,
39:13
**hayward**
3:16, 3:17,
7:21, 7:22, 9:9,
10:6, 10:17,
10:23, 11:17,
12:2, 13:6,
13:11, 14:7,
14:15, 14:21,
16:13, 17:8,
17:14, 17:16,
18:12, 19:12,
19:15, 21:9,
23:1, 23:14,
30:12, 36:16,
39:16, 40:13,
43:3, 43:7,
43:12, 43:20,
43:25, 44:4,
44:25, 45:9,
46:10, 46:13,
46:17, 46:22,
47:11, 47:14,
54:4, 54:8,
54:14, 54:17,
54:21, 55:2,
55:6, 55:12,
55:21, 56:17,

56:22, 57:4,
61:16, 61:19,
63:9, 63:18,
63:23, 64:2,
64:11, 64:13,
64:18, 65:2,
65:6, 65:20,
68:6, 68:8,
68:24, 69:8,
69:16, 69:19,
69:23, 70:3,
70:17, 75:6,
75:10
**healthcare**
19:24, 20:8,
21:8, 21:14
**hear**
19:18, 46:17,
46:19, 46:21,
46:22, 47:7,
70:5
**heard**
65:2
**hearing**
22:8
**hearsay**
57:5
**heart**
35:6
**hemenway**
3:4, 5:7, 7:18,
8:4, 8:11, 8:14,
8:24, 9:17,
10:10, 12:9,
13:8, 13:16,
14:16, 14:19,
14:24, 18:18,
19:2, 21:11,
30:18, 31:11,
38:16, 43:5,
43:10, 43:17,
43:22, 44:2,
44:9, 45:6,
45:18, 45:23,
46:4, 46:8,
46:11, 46:15,
46:23, 47:3,
47:13, 47:15,

52:21, 53:21,
54:6, 54:11,
54:19, 54:24,
55:3, 55:7,
55:15, 55:16,
56:20, 57:2,
58:5, 58:14,
58:20, 60:18,
60:23, 61:8,
61:14, 61:18,
61:21, 61:24,
62:2, 62:8,
63:14, 63:21,
63:24, 64:4,
64:12, 64:16,
64:21, 65:4,
65:7, 65:11,
65:21, 69:13,
69:18, 69:21,
69:24, 75:3,
75:8, 75:11,
75:15
**here**
7:2, 7:20, 8:5,
11:18, 14:10,
16:22, 17:5,
19:20, 19:22,
30:13, 30:15,
40:8, 49:21,
51:22, 52:11,
53:9, 59:14,
59:18, 61:17,
62:23, 62:24,
63:2, 65:25,
66:4, 66:11,
67:19, 68:12
**hereby**
76:3
**hereunto**
76:13
**highlighted**
51:22
**himself**
69:12
**hired**
22:2, 22:4
**historically**
49:16, 50:15,

50:21, 52:3,
52:8
**history**
48:15
**hold**
44:4, 50:10,
54:25, 63:18
**holdings**
51:23
**home**
74:21
**hour**
25:5
**houston**
1:3, 7:7
**however**
9:10, 73:10

**I**

**ian**
4:12, 8:11,
8:12
**idaho**
70:16, 70:21,
70:24, 71:10,
71:24, 73:8,
73:9, 74:16,
74:18
**idea**
31:19, 39:8
**identification**
19:1, 38:18,
46:9, 50:24,
52:23, 58:19,
61:7
**illinois**
2:13
**impact**
9:6
**impolite**
9:19
**improper**
64:10, 64:15
**inc**
1:6, 4:3, 8:9
**include**
14:17
**included**
48:25, 49:17,

64:15, 64:17
**including**
47:24, 52:10,
69:10
**independent**
44:15
**individual**
33:21, 37:15
**industry**
34:8, 34:9
**information**
9:3, 12:14,
14:5, 35:11,
57:14, 68:12,
68:16, 71:15
**inherited**
52:8
**insignificant**
27:10, 29:6,
29:7, 29:10
**insisted**
60:10
**instruct**
14:9, 54:23
**instructing**
54:19, 65:1
**integrated**
20:9
**intended**
69:11
**interest**
44:21, 76:11
**internal**
12:6, 12:10,
12:13, 27:12,
27:13
**interrupt**
72:12
**interrupted**
68:25
**inventory**
36:14, 36:15,
37:2, 40:25,
41:1, 41:23,
42:14, 70:1,
70:6, 70:7,
70:8, 70:11,
70:15, 70:25,

71:9, 72:18,
72:25, 73:1,
73:3, 73:5, 73:6
**invoice**
34:12, 35:1,
35:10, 35:17,
35:18, 36:22,
36:25, 59:10,
65:18
**invoiced**
33:25, 56:8
**invoices**
34:5, 60:15
**involve**
54:24
**involved**
20:11, 21:18,
22:1, 26:25,
70:21, 70:23,
71:4, 71:22,
71:23, 71:24,
71:25, 74:8,
74:25
**involvement**
21:19, 58:2
**involving**
56:16
**isaac**
1:12, 2:1, 5:6,
7:3, 8:20, 45:9,
46:10, 46:13,
46:17, 61:16
**issued**
48:3
**issues**
14:10
**itself**
50:17

**J**

**jackson**
4:10, 8:13
**january**
60:1, 65:12,
66:8, 66:15
**jeff**
34:18, 34:20,
34:22, 34:24

**job**
1:18
**june**
48:20

**K**

**kansas**
3:9, 71:2,
71:3, 71:11,
71:25, 74:16,
74:18
**karisa**
1:20, 2:10,
8:16, 76:2,
76:18
**kaufman**
4:4, 8:8, 8:9
**keep**
69:21
**kelly**
4:10, 8:13
**kept**
14:5, 15:10
**kind**
56:23
**know**
12:6, 13:11,
16:18, 16:21,
17:10, 18:4,
18:6, 18:9,
18:18, 19:3,
19:6, 20:12,
21:17, 22:13,
22:16, 22:17,
23:7, 23:22,
24:20, 26:19,
27:5, 28:4,
28:18, 29:12,
31:14, 32:13,
33:22, 33:24,
34:25, 35:6,
35:13, 35:24,
36:1, 36:4,
36:8, 36:19,
36:24, 41:13,
42:17, 43:17,
44:3, 44:11,
44:13, 49:6,

52:15, 59:13,
59:14, 63:3,
63:4, 66:16,
70:1, 71:8,
72:2, 74:18
**knowledge**
23:24, 39:25,
40:6, 48:22,
73:22, 74:17
**kohchise**
4:10, 8:12

**L**

**language**
53:5
**large**
34:11, 35:18
**larger**
58:24
**last**
32:4, 68:9,
68:10
**later**
31:24, 68:16,
69:6
**law**
4:13, 8:9
**lawful**
8:21
**lawrence**
4:20, 7:11,
46:18
**laws**
73:11
**laying**
73:13
**leader**
25:24
**leadership**
25:21
**leave**
66:10, 67:21
**lefkowitz**
1:12, 2:1, 5:6,
7:4, 7:25, 8:20,
9:18, 10:11,
11:8, 13:18,
18:21, 19:3,

23:16, 24:2,
29:8, 30:19,
31:13, 38:19,
40:21, 44:3,
44:13, 46:11,
47:17, 50:25,
52:25, 54:16,
55:17, 58:21,
60:24, 61:10,
61:14, 69:25,
70:5
**legality**
66:1
**legitimate**
68:11
**lender**
43:18, 43:19,
49:3, 49:17,
49:22, 50:20,
53:18
**let's**
9:24, 14:9,
18:20, 19:20,
23:10, 27:1,
31:10, 36:19,
37:6, 38:3,
43:7, 43:8,
43:20, 45:6,
45:7, 45:18,
45:24, 50:22,
51:5, 52:21,
58:5, 60:18,
65:5, 69:15,
70:9, 73:8,
75:3, 75:8
**letter**
5:20, 48:14,
49:1, 49:7,
49:14, 49:15,
50:20
**liability**
28:10
**liberty**
4:14
**license**
56:3, 60:8
**lifted**
50:20

**lights**
31:21
**likes**
55:25
**limited**
9:2
**line**
14:17
**link**
74:25
**list**
9:6, 9:10,
9:11, 10:22,
49:15, 49:16,
59:6, 59:8,
69:10
**listed**
48:10, 48:13,
49:3, 49:6
**lists**
17:23, 18:22,
19:22, 51:24,
69:20
**litigation**
62:19
**little**
28:9, 29:3,
29:4, 61:9
**llc**
1:13, 3:13,
3:14, 7:22,
7:25, 8:1, 9:5,
16:17, 16:20,
17:21, 18:2,
19:7, 19:9,
19:11, 47:25,
51:23, 52:11
**llp**
3:7, 7:19
**loan**
42:22, 50:3,
52:1
**loans**
42:20
**locations**
71:10, 72:19
**log**
61:22

**long**
23:21, 51:1,
75:6
**longer**
24:9, 57:23,
73:4
**look**
40:7, 63:21,
64:21, 68:4
**looked**
12:18, 12:24,
15:5
**looking**
46:1, 59:14
**lose**
61:14
**lost**
28:10, 28:14,
28:23, 28:25,
29:11, 29:16,
61:19
**lot**
31:25
**ls**
76:18
**lunch**
45:7

**M**

**m2**
49:5, 49:6,
49:17, 49:22,
50:17
**m2loanco**
48:4
**m2loanco's**
49:23
**made**
13:10, 16:3,
36:13, 43:6,
43:15, 43:18,
44:7, 50:19,
59:22, 65:17
**maintain**
13:2
**maintained**
13:1, 13:20,
14:12

maintains
13:12, 14:18,
14:23
make
26:17, 27:3,
28:21, 29:21,
29:22, 48:17,
57:24, 58:24
malcolm
4:19, 38:16,
45:19, 60:20,
64:4
management
44:10
manufacture
74:14
manufacturer
37:7, 73:17
manufacturers
37:8
many
12:16, 35:9
march
55:11, 55:19,
56:14, 67:2
mark
46:7
marked
19:1, 38:18,
46:9, 50:24,
52:23, 58:19,
61:7
market
53:2
matter
7:4, 49:9,
49:10
maybe
36:19, 46:1,
61:19
mean
15:4, 18:18,
20:20, 21:1,
21:25, 23:9,
25:5, 26:2,
26:20, 28:22,
29:4, 38:9,
39:12, 40:20,

43:11, 43:13
means
13:14, 14:1,
23:7, 29:7,
35:19
meant
24:12
media
7:2
mediation
9:4
medical
19:24, 20:8,
69:25, 70:6,
70:7
medications
70:9
medicines
36:11
melissa
3:16, 7:21,
10:17, 30:18,
43:10, 55:22,
64:6
memory
67:7, 67:24,
71:22
mentioned
9:1, 18:21
merger
15:24, 30:17,
30:22, 34:17,
43:16, 44:8,
44:10, 44:16,
44:17, 48:25,
53:24, 54:14,
55:4, 55:6,
55:9, 56:4,
56:6, 64:18,
64:19
merit
2:15
michelle
61:11
michigan
4:15
mind
41:11, 41:12,

49:13
minute
23:8, 25:5,
46:7
minutes
45:8, 75:7
missing
46:2
missouri
2:12, 3:9
moment
46:3, 61:5
monday
1:14
money
43:24, 44:23,
48:11, 49:2,
49:11, 50:16,
50:21
monies
56:11
monitor
7:10, 15:5
month
23:8, 26:25,
29:5, 34:3
monthly
34:2, 66:19,
66:20
months
63:25
more
8:4, 27:8,
30:5, 51:6
morning
9:20
most
29:11, 58:7
move
31:11, 42:9,
42:11, 46:12
moved
73:24, 73:25
moving
9:5, 69:21
much
14:22, 32:4
musk
57:17

must
53:14, 72:20
myself
12:7, 24:3,
25:7, 73:20

**N**

name
24:7, 24:8,
49:13
names
35:13
national
2:14, 2:15
need
8:4, 23:15,
43:13, 44:6,
51:4, 70:6,
73:22
needed
65:16
needs
21:11, 57:1,
73:14, 73:15,
73:16, 74:23
negotiating
70:23
negotiation
71:6
neither
71:7, 76:9
new
29:14, 30:8,
31:8, 31:23,
70:24, 72:19
next
58:6, 61:12,
65:7, 65:18,
69:18
nicholas
3:5
nonresponsive
31:12
nonusable
70:7
notary
2:15
note
48:20

notes
47:23, 48:18,
50:2
nothing
27:23, 32:2,
32:3, 60:3
notice
2:10, 55:1,
64:9, 64:15
november
6:17, 15:24,
18:7, 54:13,
61:11, 62:15
number
5:3, 5:13,
5:17, 5:21, 6:3,
6:7, 6:11, 6:18,
7:3, 7:7, 38:15,
41:18, 45:23,
47:24, 58:6,
58:13
numerous
55:24, 57:22
nursing
74:21

O

object
9:8, 9:15,
65:25
objected
44:12
objecting
44:4
objection
11:17, 13:6,
14:7, 14:15,
16:13, 17:8,
17:14, 18:17,
19:12, 19:15,
21:9, 23:1,
23:14, 30:12,
36:16, 39:16,
40:13, 43:3,
43:25, 54:4,
56:17, 57:4,
65:6, 65:20,
68:6, 70:3,

70:17
obligate
50:16
obligated
48:16, 74:12
obligation
40:18, 41:25,
42:2, 42:6,
49:4, 52:8,
53:11, 57:11,
60:15
obligations
28:11, 37:24,
40:1, 40:16,
40:23, 41:21,
42:14, 43:2,
48:6, 51:25,
52:6, 52:7,
52:13, 53:8
obligor
39:7, 39:18
obligors
52:4
obviously
36:5
occasion
35:20
occasions
35:21
occur
70:15, 74:16
officer
76:2
official
3:2
oh
8:6, 61:18
okay
9:18, 10:9,
12:5, 13:11,
15:14, 16:8,
17:3, 19:20,
20:16, 21:7,
23:12, 24:18,
25:10, 25:13,
25:25, 26:4,
26:17, 27:8,
27:10, 27:18,

28:11, 28:14,
29:17, 29:20,
32:15, 34:25,
35:13, 36:10,
38:3, 45:2,
45:5, 45:10,
45:18, 46:23,
47:2, 47:8,
47:14, 47:15,
47:22, 50:7,
50:22, 51:9,
51:12, 52:17,
52:20, 53:3,
53:20, 54:8,
55:6, 55:12,
56:13, 58:4,
58:17, 58:24,
59:17, 60:17,
61:24, 62:9,
62:23, 63:23,
64:12, 67:1,
68:3, 69:23,
72:14, 74:10,
75:2, 75:6,
75:10
oklahoma
2:12, 13:21,
13:22, 13:23
once
37:13, 37:14,
73:8, 74:6
one
8:4, 10:23,
10:24, 46:7,
50:9, 50:10,
50:25, 52:24,
53:1, 54:7,
54:23, 57:22,
58:14, 59:11,
60:25, 61:2,
61:5, 61:12,
67:8
ones
58:14
only
50:15, 51:1,
52:18, 53:1,
58:10

operation
22:3, 27:12,
27:22
operations
27:14
option
38:14
order
45:11
origin
74:23
originally
50:13
other
10:18, 13:9,
14:5, 15:14,
15:15, 23:24,
26:21, 27:3,
31:25, 38:2,
41:11, 47:24,
51:3, 51:24,
52:1, 52:2,
52:9, 54:23,
56:9, 56:10,
56:12, 57:18,
60:9, 60:14
otherwise
76:12
out
31:21, 61:1,
61:22, 73:25
outcome
76:12
outside
14:8, 44:20,
63:12
over
18:5, 18:17,
23:23, 24:11,
27:2, 29:12,
32:11, 41:2,
43:11, 70:10
owe
48:11, 50:1,
50:14, 50:16,
60:12
owed
49:2, 49:11,

50:13, 50:21,
60:2
**own**
20:2, 36:15,
74:7
**owned**
18:4, 18:6,
18:9, 18:18,
36:11, 57:17
**owner**
72:25, 73:5
**ownership**
18:15, 44:11
**owns**
19:3, 37:1,
37:13

**P**

**page**
5:2, 5:13, 6:3,
6:14, 39:8,
49:19, 49:20,
51:3, 51:5,
53:5, 58:15,
58:17, 64:5,
65:7
**pages**
1:19, 51:3,
51:17
**paid**
33:5, 34:2,
36:10, 44:18,
52:9, 56:9,
66:23, 73:9
**paragraph**
51:2, 51:21,
51:22, 53:5
**pardon**
32:18
**parent**
62:13
**part**
39:23, 59:6,
61:13, 68:12,
68:13, 69:5
**particular**
57:15
**parties**
15:24, 30:17,

30:22, 43:16,
44:8, 48:3,
54:14, 55:5,
55:6, 64:18,
64:19, 76:10
**partnerships**
19:23, 20:7
**party**
9:21, 64:9
**passive**
22:20
**patient**
37:15, 37:16
**pay**
48:17
**pay-0off**
50:19
**pay-off**
5:20, 48:13,
49:1, 49:14
**payee**
67:22
**payment**
33:22, 36:13,
36:22, 50:19,
59:9, 59:10,
72:16
**payments**
13:8, 13:14,
16:2, 43:14,
48:18, 59:22,
68:4
**payoff**
52:9, 52:14,
52:18
**pays**
60:10
**people**
29:8, 35:4,
42:5
**perfect**
37:20
**perform**
30:24, 32:22,
33:3, 33:8
**performed**
15:23, 30:21,
32:21, 55:4,

55:10
**performing**
29:1, 55:18
**perigrove**
3:13, 5:14,
16:8, 16:12,
16:14, 16:17,
16:20, 16:25,
17:3, 17:5,
17:10, 17:13,
17:16, 17:18,
17:21, 17:23,
18:2, 18:22,
19:7, 19:9,
19:11, 19:21,
75:5
**period**
21:10, 21:12,
26:9, 71:12,
71:13
**person**
73:7
**pharmaceutical**
59:19
**pharmaceuticals**
33:22, 60:4,
73:12, 73:13
**pharmacorr's**
9:8, 12:10,
13:4, 14:4,
14:11, 15:11,
20:3, 27:24,
30:16, 33:11,
33:15, 39:4,
40:6, 41:1,
42:14, 42:15,
42:19, 43:18,
43:19, 53:11,
57:19, 58:2,
59:22, 60:8
**pharmacy**
20:9, 20:19,
20:21, 20:22,
20:24, 20:25,
21:2, 21:3,
28:17, 34:8,
73:15, 74:20
**phone**
26:24

**phs**
52:11
**pick**
38:14
**picked**
31:25, 66:3
**picks**
70:10
**pitch**
57:24, 57:25,
58:1
**pitches**
57:21
**place**
7:13
**plain**
55:25
**planet**
7:12, 8:16
**please**
7:15, 7:17,
8:18, 16:15,
43:21, 47:12,
50:10, 54:17,
56:18
**pllc**
3:17, 4:13,
7:22
**point**
21:15, 21:16,
28:12, 29:2,
30:13, 32:8,
34:16, 37:2,
52:6, 54:17,
55:13, 69:19,
74:24
**portfolio**
16:9, 17:1,
17:4, 17:10,
17:24, 18:23
**portland**
53:1
**position**
64:7, 64:13
**possession**
37:11, 37:16
**potential**
29:12

predate
63:24
preliminaries
9:19
prepaid
36:25
preparation
15:20, 47:20
prepare
9:25, 10:11,
69:12
prepared
12:7, 48:25
prepay
34:4, 34:11,
34:21, 34:23,
35:1, 35:5,
35:10, 35:14
prepayment
35:2, 59:5,
65:14
prepayments
59:11
present
4:18, 48:23
previous
29:16, 67:3
price
33:21
pricing
57:25
principal
48:2
prior
18:4, 23:19,
23:21, 23:22,
24:21, 25:1,
25:4, 28:15,
34:17, 44:16,
48:18, 56:4,
64:5, 70:12
privileged
11:14, 11:15
probably
12:6, 46:25
problem
46:10, 57:7
proceedings
75:17

produce
18:13, 62:21,
67:14
produced
11:4, 11:7,
11:9, 11:11,
11:12, 12:3,
12:4, 62:19,
62:20, 62:22,
63:3, 64:8
producing
60:6
product
33:4, 34:1,
34:12, 35:15,
36:24, 37:1,
37:14, 59:9,
73:10, 73:18
products
33:17, 33:18,
36:11, 36:21,
36:23, 58:1
professional
2:14
promise
21:14
promissory
47:23, 48:19
proposal
57:9
propounded
8:22
protection
28:3
provide
9:12, 9:15,
20:9, 21:2,
21:3, 56:1,
57:14, 69:7
provided
35:15, 56:10,
72:18
provider
70:24, 72:19
providers
19:24, 20:8
providing
36:21

public
2:15, 76:1
pull
18:20, 18:24,
38:3, 38:17,
39:22, 45:18,
50:22, 54:25,
58:5, 60:18,
60:19, 60:20,
63:25
pulling
47:4, 61:5
purchase
34:11
purchased
60:4
pursuant
2:10
put
8:25, 29:13,
29:20, 62:13
putting
65:22

## Q

question
12:20, 12:21,
20:5, 23:15,
26:5, 26:8,
31:5, 31:7,
36:17, 37:20,
39:24, 41:4,
41:13, 41:18,
41:19, 43:20,
44:5, 44:12,
44:14, 51:13,
51:14, 51:20,
53:4, 54:7,
55:22, 55:23,
55:24, 65:3,
66:5, 67:4,
68:10, 68:11,
69:2, 69:18,
71:14, 72:15
questions
8:22, 9:14,
9:22, 10:5,
10:8, 43:14,

63:1, 66:2,
69:11

## R

rather
37:12
read
31:7, 41:9,
51:3, 51:17
reading
46:19, 76:8
ready
12:19, 46:12,
72:21
reason
41:18
recall
24:19, 24:22
receive
58:21, 67:1
received
56:11, 61:2,
61:11, 65:23,
71:8, 72:17
receives
36:22
recent
58:7
recollect
71:22
record
7:23, 8:25,
18:13, 41:9,
45:14, 45:17,
46:16, 46:19,
46:24, 46:25,
47:1, 47:6,
62:1, 62:4,
62:7, 67:13,
69:8, 69:13,
69:14, 75:13,
76:5
recorded
46:25
records
13:19, 14:12,
14:23, 15:1,
15:10, 15:13,

15:15, 39:5,
66:9, 66:21,
66:25, 67:4,
67:15, 68:1,
68:5, 68:15
**reduced**
76:7
**reed**
4:5, 8:10
**refer**
35:22
**referenced**
56:15, 56:22,
58:22
**references**
47:23
**referencing**
10:23
**referring**
35:3, 73:20,
74:1, 74:3
**refuse**
67:17, 67:18
**refused**
67:14
**regarding**
54:10, 56:25,
66:3
**registered**
2:14, 2:15
**regrouped**
25:8
**related**
11:23, 11:24,
76:10
**relates**
15:23, 16:2,
44:9, 69:3
**relating**
11:16, 12:14
**relation**
44:7
**relations**
63:19
**relationship**
16:11, 16:16,
16:18, 16:19,
16:21, 17:13,

17:20, 18:1,
30:16, 45:2,
54:15, 66:14
**relative**
15:21
**release**
6:5, 6:11,
52:16, 53:4,
53:13
**released**
51:25, 52:10,
52:12, 52:16,
53:9
**relevant**
9:3, 25:20
**remained**
25:8
**remedies**
67:17
**remedy**
67:16
**remember**
19:16, 35:25,
36:6, 36:7,
67:9, 67:11,
67:24, 71:23,
71:24
**remote**
4:19, 18:25,
45:20, 45:25,
46:6, 46:18,
50:23, 58:12,
58:17, 60:22,
61:4
**remotely**
1:11, 7:14
**repeat**
23:15, 69:1
**reply**
8:22
**report**
27:16, 27:18
**reported**
1:20
**reporter**
2:11, 2:14,
2:15, 5:9, 8:2,
8:15, 8:18, 9:23

**reporter-notary**
76:1
**reporting**
27:23
**represent**
7:16, 52:25,
63:8
**representative**
7:4, 9:21,
17:6, 17:9,
18:14, 67:20,
73:21
**represented**
8:1
**representing**
7:12, 8:16,
63:6
**request**
11:21, 11:22,
46:24, 57:9
**requested**
69:9, 76:9
**requesting**
69:20
**research**
72:7
**respect**
70:18, 70:20
**respond**
9:22, 66:2
**response**
59:10, 68:10
**responses**
55:20
**restated**
5:15, 6:6
**result**
52:13, 52:15
**retail**
21:2, 21:5,
21:6
**return**
74:25
**revenue**
28:25, 29:11,
29:16, 29:22
**review**
11:1, 11:3,

12:17, 13:22,
13:24, 15:3,
15:14, 50:5
**reviewed**
10:22, 11:12,
11:15, 11:21,
11:22, 11:23,
12:6, 12:10,
12:19, 12:22,
13:16, 14:20,
14:25, 15:1,
15:11, 15:19,
15:22, 47:19
**rfp**
55:20, 56:22,
57:8, 57:9,
57:10, 57:11,
57:13, 57:14,
58:3
**rfps**
56:13, 57:6,
57:18
**rice**
61:11
**right**
8:14, 8:24,
9:7, 9:8, 11:18,
12:22, 18:25,
27:1, 29:9,
29:22, 36:23,
37:6, 43:12,
45:5, 45:19,
45:23, 46:4,
47:9, 49:20,
52:21, 53:7,
53:21, 55:15,
60:22, 75:11
**risk**
66:7
**rmr**
1:20, 76:18
**role**
22:11, 22:20
**rope**
30:13
**rule**
74:19
**rules**
73:11

**run**
26:7, 26:14,
32:17, 32:19
**running**
32:13, 32:15,
32:20

**S**

**said**
17:17, 20:22,
23:2, 24:11,
25:1, 25:2,
26:6, 26:10,
28:14, 28:23,
29:9, 29:20,
30:3, 32:7,
32:21, 34:22,
37:25, 38:13,
39:19, 40:3,
42:16, 49:8,
49:25, 53:23,
62:21, 71:14,
76:6
**sale**
56:12, 57:24
**same**
9:1, 23:7,
23:8, 23:9,
23:10, 41:17,
41:19, 61:13
**sandwich**
45:12
**say**
10:16, 15:4,
21:4, 21:22,
26:11, 27:8,
34:22, 36:12,
39:19, 49:8,
50:11, 59:13,
64:22, 66:3,
68:21, 70:9,
72:5, 73:8
**saying**
38:7
**says**
8:22, 19:22,
51:22, 62:11
**scope**
9:3, 13:7,

14:8, 18:16,
43:4, 44:22,
54:5, 54:9,
55:13, 63:13,
63:15, 63:20,
64:25, 68:13,
69:5, 69:20,
73:23
**scratch**
18:5
**scroll**
19:20, 20:3,
47:11, 52:24,
62:9
**scrolling**
51:7
**seal**
76:14
**searched**
12:18
**sec**
50:9, 50:10
**second**
50:9
**security**
6:10
**see**
20:3, 30:14,
38:22, 40:4,
46:6, 47:12,
47:22, 51:8,
51:22, 57:1,
58:18, 59:15,
61:10, 61:20,
62:10, 62:13,
62:14, 68:18
**seeing**
46:2
**seeking**
57:12
**sell**
56:3, 57:12,
57:15, 73:3
**seller**
73:4
**selling**
44:18
**sells**
37:8, 37:9,

37:10, 56:2,
57:20
**send**
73:15, 73:16
**sends**
36:21, 36:23,
36:24
**sent**
36:14, 37:1,
63:11
**sentence**
20:16, 24:1
**september**
21:22
**served**
9:11, 10:24
**server**
14:2, 14:3,
14:4, 14:6
**service**
57:15
**services**
1:6, 4:3, 8:9,
15:23, 19:24,
20:8, 20:9,
21:3, 29:1,
30:21, 30:24,
32:21, 32:22,
33:3, 33:5,
33:8, 33:24,
53:2, 55:4,
55:10, 55:18,
56:1, 56:9
**set**
48:2, 76:13
**settlement**
70:24, 71:6
**shall**
51:24
**share**
55:2
**shared**
32:25
**ship**
34:12, 37:12,
74:12
**shipped**
34:1

**ships**
73:9
**sholey**
34:18, 34:20,
34:22, 34:24
**short**
34:9, 75:3
**short-term**
34:9
**shorthand**
2:11, 76:1
**should**
26:22, 30:15,
61:25
**shouldn't**
72:12
**show**
13:15, 35:22,
39:22, 56:19,
61:1, 71:21
**showing**
60:25, 63:4
**shows**
61:2
**sidebar**
65:6, 65:9
**signator**
49:21
**signatory**
49:14
**signature**
51:5, 53:1
**signature-bi6ds**
76:16
**signatures**
51:6
**signed**
39:10
**significant**
27:6, 27:9
**signing**
76:8
**signor**
51:9, 51:16
**silent**
72:11
**simple**
27:22

since
15:24, 43:1,
43:23, 54:12
sir
61:21, 67:3
sitting
40:8
situation
27:25
size
26:23
skill
30:7
small
35:17
smooth
27:22
sold
33:3, 33:4,
33:17, 56:4,
56:6, 56:8,
72:18
some
11:13, 21:15,
21:16, 30:11,
30:13, 35:21,
44:6, 51:24,
56:23, 66:18
somebody
22:10, 74:4
someone
62:23
something
18:16, 35:7,
56:25, 57:3,
67:6
sometimes
36:25, 74:11
sorry
8:6, 26:2,
43:10, 46:1,
55:1, 55:21,
58:12, 61:4,
64:2
sounded
20:23
sounds
74:6

southern
1:2, 7:6
specific
35:2, 35:7,
67:12, 67:21,
67:22, 68:4,
69:2, 69:10,
72:16, 73:21
specifically
73:19
specifics
36:4, 36:5,
36:6, 36:7, 72:6
spreadsheet
61:1, 61:3,
61:10, 62:17,
62:18, 63:4,
64:1, 65:22
spun
50:18
st
18:7, 18:10,
31:19, 67:2,
76:14
stand
18:25, 45:25,
50:23, 58:18,
60:22
start
9:24, 18:5,
23:10, 36:19,
75:8
started
8:25, 10:1,
24:17, 26:10
starting
53:6
state
2:16, 7:16
statement
58:8, 69:16
statements
14:14, 15:12,
69:14
states
1:1, 2:12, 7:5
stay
42:11, 72:11

stenographically
76:6
step
36:19
stepped
29:15, 29:17,
31:20
still
22:11, 32:17,
32:19, 47:1
stinson
3:7, 7:18
stop
65:5
stops
27:21
strategic
19:23, 20:7
strategy
29:25, 30:2,
30:5, 30:6,
31:8, 31:23
street
3:8, 4:6, 4:14
stress
29:10
strike
31:11
structure
44:10
style
5:3
subject
6:15, 42:12,
64:9
submit
55:20
subsequently
48:4
suite
3:8, 3:18, 4:6
supplier
37:6, 42:24
suppliers
34:10, 38:2
sure
24:17, 38:8,
46:13, 47:5,

47:13, 52:3,
62:2, 64:4,
70:19
swear
8:18
switch
57:11
sworn
8:21
system
14:11, 14:13,
15:3, 15:4,
15:5, 15:7, 15:9

**T**

take
27:1, 32:11,
37:11, 38:14,
39:14, 53:21,
67:16, 72:14,
74:12, 75:3
taken
7:24, 43:1,
76:3, 76:6
takes
70:10
taking
7:13, 7:17
talk
14:9, 18:14,
43:5, 43:7,
43:8, 43:11
talked
37:22, 42:25,
59:11
talking
16:14, 17:19,
68:1, 72:2, 73:1
target
43:20, 44:6
team
24:3, 24:4,
25:8, 33:13,
34:14, 34:19,
34:23, 34:24
technician
4:19, 18:25,
45:20, 45:25,

46:6, 46:18,
50:23, 58:12,
58:17, 60:22,
61:4
**tehum**
1:6, 4:3, 7:5,
8:8
**tell**
20:15, 39:10,
53:8, 54:22,
68:5, 71:22
**ten**
75:7
**tennessee**
2:13
**term**
60:11, 70:10
**terminated**
66:17, 70:22,
71:3
**termination**
66:18, 66:22,
71:5
**terms**
33:20, 33:21,
33:22, 34:10,
35:17, 42:19,
58:1
**tesla**
57:16
**testified**
55:8, 59:18
**testifies**
64:24
**testify**
20:12, 56:25,
64:23, 66:6,
66:11, 67:13,
67:20, 67:24,
69:6
**testifying**
16:22, 17:12,
54:10
**testimony**
9:13, 9:15,
15:2, 24:25,
39:6, 39:15,
39:17, 42:8,

76:5, 76:6
**texas**
1:2, 3:19, 4:7,
7:7
**th**
24:21, 48:24,
50:1, 65:12,
66:8
**thank**
32:6, 37:21,
46:8, 55:3,
61:24
**thanks**
75:11
**themselves**
7:16
**thereafter**
76:7
**therefore**
49:17
**thereto**
48:3
**things**
27:10, 29:7,
41:11, 41:12,
65:15
**think**
23:11, 25:6,
41:4, 44:9,
45:20, 46:23,
55:22, 55:25,
66:17, 74:2,
75:4
**third**
5:15, 6:6, 57:8
**thompson**
4:11, 8:13
**thought**
62:20, 72:22
**thousand**
27:2, 27:6
**three**
41:18, 41:19
**through**
5:18, 5:22,
6:8, 6:12, 6:18,
9:22, 27:7,
27:11, 37:6,

49:2, 60:7,
60:8, 66:23,
72:10, 72:11
**time**
7:9, 7:10,
21:10, 21:12,
22:17, 22:19,
23:5, 23:7,
23:9, 23:13,
26:8, 32:20,
35:4, 41:10,
45:13, 45:16,
51:8, 57:8,
62:3, 62:6,
71:21, 72:4,
72:6, 75:12
**times**
34:3, 35:9,
41:19, 55:24
**title**
22:13, 22:15,
22:17, 22:19,
22:21, 53:10,
58:16
**today**
7:11, 8:3,
8:16, 47:20
**today's**
7:9, 30:15
**told**
34:24, 36:1,
72:23
**took**
23:23, 24:11,
29:12, 41:2
**top**
62:10
**topic**
14:16, 14:17,
44:21
**topics**
9:3, 9:6, 9:8,
9:10, 9:12,
10:23, 12:14,
13:7, 14:8,
14:10, 18:16,
30:14, 43:4,
43:21, 54:5,

54:9, 54:18,
54:22, 54:24,
55:13, 64:14,
64:15, 64:16,
64:25, 68:14,
69:5, 69:10,
69:20
**transaction**
35:22, 66:12,
73:22
**transactions**
13:9, 16:3,
43:14, 54:11,
69:10
**transcript**
5:12, 76:4
**transfer**
65:13, 65:17
**transfers**
13:9, 13:14,
16:3, 43:6,
43:8, 43:15,
44:7, 63:22,
64:17
**trap**
24:23, 24:24
**true**
76:4
**try**
24:22
**trying**
12:22, 24:24,
28:22, 54:25,
68:9, 72:21
**turn**
29:21
**turner**
3:6, 7:19
**twice**
41:16, 41:17
**two**
44:20, 59:17,
60:14
**type**
20:23, 72:16
**typewriting**
76:7

| U |
|---|

**ucc**
40:16, 40:19,

40:22, 42:16,
42:19
**uh-huh**
52:12, 73:2
**under**
29:10, 38:24,
39:18, 40:1,
40:9, 40:12,
51:25, 76:7
**underneath**
34:19
**understand**
28:22, 36:17,
41:25, 42:17,
44:14, 44:19,
55:7, 68:9,
68:22
**understanding**
9:4, 42:5,
49:25, 50:5,
50:7, 50:12,
52:5
**uniform**
40:22, 40:23
**united**
1:1, 7:5
**unless**
55:13, 65:24,
72:6
**unnecessary**
65:10
**unsecured**
3:2
**until**
55:9, 62:1
**unusable**
73:13, 73:25
**usable**
70:7, 70:9,
73:13
**usually**
72:11

**V**

**vague**
57:5
**validity**
66:1

**valitas**
47:23
**vendor**
60:16, 70:10,
70:12
**version**
63:25
**via**
2:2, 3:3, 3:14,
4:3, 4:11, 7:14,
14:1, 14:2
**video**
7:10, 7:13,
61:19
**videoconference**
2:2
**videographer**
4:20, 7:2,
7:11, 8:2, 8:6,
8:15, 45:13,
45:16, 61:25,
62:3, 62:6,
75:12
**videotaped**
1:11, 7:3
**view**
38:21
**viewing**
41:24
**voice-identify**
7:15

**W**

**wait**
35:17
**waiting**
46:16
**waiver**
6:5
**wallace**
4:20, 7:11
**walnut**
3:8
**want**
13:13, 20:12,
60:25, 61:20,
64:1, 64:6,
67:21, 67:23,

68:15, 69:4,
72:7, 75:6
**wanted**
51:7
**wants**
64:22
**washington**
2:13
**waste**
41:10
**way**
33:1, 41:16,
54:23
**we'll**
58:6, 61:9,
69:6, 69:21,
75:4
**we're**
18:23, 38:16,
40:7, 40:8,
41:10, 43:5,
45:6, 45:14,
45:17, 46:16,
46:24, 47:4,
54:9, 55:10,
60:20, 62:4,
62:7, 62:9,
62:25, 63:16,
69:6, 69:13,
75:13
**we've**
42:9, 62:11
**wearing**
39:2
**website**
5:14, 17:25,
18:21, 18:23,
18:24, 20:2,
20:3, 20:10,
20:11, 20:12,
45:21
**weekly**
66:20
**welcome**
51:3
**went**
9:22, 13:22,
60:7

**weren't**
24:14, 29:1,
30:9
**west**
4:14
**whatever**
11:4, 11:9,
11:12, 11:22,
15:21, 49:15,
51:14, 58:6,
67:17, 72:19
**whereof**
76:13
**whereupon**
45:15, 62:5,
75:14, 75:17
**whether**
10:4, 26:21,
31:8, 41:14,
44:1, 67:17,
72:1, 74:20
**whoever**
73:5
**whole**
34:19, 69:19
**wholesaler**
37:9, 73:16,
74:14
**whomever**
22:24
**william**
4:10, 8:13
**wish**
49:16, 63:8
**wished**
38:21
**within**
13:7, 14:10,
30:14, 43:4,
43:21, 54:5,
54:9, 54:18,
54:22, 55:12,
56:25, 63:20,
64:25
**without**
56:16, 67:25,
71:15
**witness**
5:6, 8:19,

10:5, 10:8,
10:9, 12:4,
13:13, 14:9,
19:13, 45:11,
46:21, 54:23,
56:18, 56:24,
57:1, 61:17,
61:20, 61:22,
63:11, 64:8,
64:14, 69:12,
76:13
**word**
20:22, 25:4,
42:6
**words**
52:9, 60:9
**work**
45:8, 57:6,
65:19
**worked**
36:18, 59:20,
65:15
**working**
55:19
**worries**
46:6
**worthless**
29:15
**wouldn't**
58:15, 74:8
**wrap**
75:4

--- **X** ---

**xlsx**
6:16

--- **Y** ---

**yc**
38:17
**yc-e**
5:18, 6:18
**yeah**
8:4, 24:6,
25:4, 30:3,
37:5, 44:9,
45:7, 47:7,
53:18, 55:3,

59:1, 64:16
**year**
23:8
**yescare**
11:16, 19:14,
19:17, 30:22,
31:24, 32:2,
44:17, 53:25,
54:3, 54:16,
55:8, 55:11,
55:19, 56:6,
56:10, 56:12,
57:24, 62:22,
62:23, 62:24,
62:25, 63:3,
63:10, 63:19,
63:24, 64:20,
65:23, 65:24,
66:4
**yescare's**
56:7, 63:2,
65:25
**yourself**
24:12

--- **Z** ---

**zach**
7:18, 10:9,
30:12
**zachary**
3:4
**zeroing**
36:5
**zluticky**
3:5
**zoom**
2:2, 3:3, 3:14,
4:3, 4:11, 7:14,
61:9

--- **$** ---

**$10**
52:19
**$10.00**
53:14, 53:15,
53:17
**$200,000**
65:13, 66:7

**$300,000**
58:22, 59:3
**$500,000**
67:1
**$950,000**
60:2
**$956,707.08**
60:15

--- **(** ---

**(cml**
7:8

--- **.** ---

**.1**
5:14
**.19**
5:14
**.2**
5:15
**.3**
5:20
**.38**
5:19
**.4**
6:4
**.5**
6:10
**.50**
6:9
**.52**
6:13
**.58**
6:14
**.6**
6:14
**.61**
6:19
**.7**
6:15

--- **0** ---

**00**
75:9
**004292**
5:21
**004354**
6:8

**004490**
6:12
**005672**
6:18
**01**
75:18
**037687**
5:18, 38:17
**06**
45:16

--- **1** ---

**1**
45:16, 62:3,
62:6, 75:12
**10**
65:12, 66:8
**10,000**
27:8, 29:5
**100,000**
29:4
**1018**
3:14, 16:20,
18:2, 19:11
**10501**
3:18
**106**
3:18
**11**
1:8, 1:15, 7:10
**113**
39:8
**12**
45:7, 45:13
**1201**
3:8
**136**
51:17
**14**
1:14, 7:9
**1601**
4:6
**17**
5:17, 6:17,
61:11
**1st**
15:24

--- **2** ---

**2**
75:9, 75:18

**20**
18:7, 24:21,
43:10, 45:8
**2004**
7:5, 7:24, 9:2,
9:7, 75:15
**2020**
5:17, 38:5,
39:18, 39:20,
39:22, 48:20,
48:21, 50:16,
72:3
**2021**
15:25, 18:7,
18:10, 23:3,
24:15, 24:21,
25:11, 26:10,
26:12, 26:14,
27:25, 28:16,
30:21, 31:1,
32:8, 37:23,
41:3, 42:25,
43:23, 54:12,
54:13, 72:3
**2022**
5:21, 6:17,
50:1, 55:11,
55:19, 56:14,
61:11, 65:12,
66:8, 66:15,
67:2, 72:3
**2023**
1:14, 7:9,
72:3, 76:15
**21**
18:7, 21:21,
21:23, 24:21,
25:2, 31:19,
31:22, 41:14,
48:21, 48:22,
50:17, 76:14
**214**
4:8
**22**
48:11, 48:24,
49:5, 50:18,
60:1
**220**
6:14, 58:15,

58:17
**225**
6:14
**23**
1:7, 7:8
**26**
48:20
**29**
5:20, 48:11,
48:24, 49:5,
50:1
**2900**
3:8

---
**3**
---
**30**
64:9
**31**
18:10, 67:2
**32**
62:3, 62:6
**37799**
5:18
**3rd**
58:22

---
**4**
---
**402**
4:14
**4134**
4:8
**42**
45:13
**4292**
45:24
**4295**
5:22
**4354**
50:22
**4489**
6:8
**4490**
52:22
**4492**
6:12
**45**
45:7
**46**
5:20

**4600**
4:6
**48**
75:12
**48103**
4:15

---
**5**
---
**5,000**
27:8
**500,000**
29:5
**503115**
1:18
**55**
1:15, 7:10
**5672**
60:19
**5673**
6:19, 60:20,
61:13
**5753**
76:18

---
**6**
---
**64103**
3:9

---
**7**
---
**7104**
3:20
**734**
4:16
**75201**
4:7
**75231**
3:19
**755**
3:20
**76**
1:19, 5:9

---
**8**
---
**811**
6:14
**816**
3:10
**842**
3:10

---
**9**
---
**9.99**
26:24
**90086**
1:7, 7:8
**954**
4:8
**9590**
4:16
**9600**
3:10
**972**
3:20
**994**
4:16