**Exhibit #**

**Lefkowitz 5**
08/14/23 - MC

**From:** "Patel, Maya" <Maya.Patel@CorizonHealth.com>
**To:** "Bartoli, Tracy" <Tracy.Bartoli@CorizonHealth.com>
**Subject:** FW: Shawnee Transmittal Letter
**Date:** Thu, 24 Feb 2022 16:48:01 +0000
**Importance:** Normal
**Inline-Images:** image003.png; image001.png

---

**From:** Rawnsley, Holly <Holly.Rawnsley@corizonhealth.com>
**Sent:** Tuesday, February 22, 2022 2:46 PM
**To:** Patel, Maya <Maya.Patel@CorizonHealth.com>
**Cc:** Bell, Dana <Dana.Bell@corizonhealth.com>
**Subject:** RE: Shawnee Transmittal Letter

This was provided by Isaac for the Arizona bid re: corporate structure.

YesCare, Corp. is managed and financially supported by Geneva Consulting, LLC which is a subsidiary of Genesis Healthcare, a publicly traded company (GENN).  The company's organizational chart is below.



**Holly Rawnsley**
**Vice President of Proposal Development**
**Corizon Health**
**Office:** 615.376.0644
**Cell:** 615.335.4517

---

**From:** Patel, Maya <Maya.Patel@CorizonHealth.com>
**Sent:** Tuesday, February 22, 2022 10:43 AM

Confidential

DEBTOR113011

**To:** Rawnsley, Holly <Holly.Rawnsley@corizonhealth.com>
**Cc:** Bell, Dana <Dana.Bell@corizonhealth.com>
**Subject:** RE: Shawnee Transmittal Letter

I had already made a note next to that section about PCorr because strictly from a corporate governance standpoint we are still related.  So for those other entities like United, I guess we would also need a statement from them.  It also asks for a discussion of the relationship of the project and other lines of business as well as an organizational chart.  It's not clear if they mean an entity organizational chart or roles.  I frankly am not wholly clear on the organizational structure.  Did we provide anything in the AZ bid?

---

**From:** Rawnsley, Holly <Holly.Rawnsley@corizonhealth.com>
**Sent:** Tuesday, February 22, 2022 10:34 AM
**To:** Patel, Maya <Maya.Patel@CorizonHealth.com>
**Cc:** Bell, Dana <Dana.Bell@corizonhealth.com>
**Subject:** RE: Shawnee Transmittal Letter

Correct; however my question was  more around the requirements pertaining to our affiliate companies which we will be mentioning in all likelihood in the proposal and the disclosures pertaining to them; or whatever statement we need to make (submitting the written certification and authorization, etc.) – I just want to make sure we are clear on what we need to do (or not do).

**Holly Rawnsley**
**Vice President of Proposal Development**
**Corizon Health**
**Office:** 615.376.0644
**Cell:** 615.335.4517

---

**From:** Patel, Maya <Maya.Patel@CorizonHealth.com>
**Sent:** Tuesday, February 22, 2022 10:18 AM
**To:** Rawnsley, Holly <Holly.Rawnsley@corizonhealth.com>
**Cc:** Bell, Dana <Dana.Bell@corizonhealth.com>
**Subject:** RE: Shawnee Transmittal Letter

I am fairly certain we would be submitting similarly to how we did Arizona for the entities.  Tracy said Isaac was having her register a new entity in Kansas like we did in Arizona that would fall under the new company.  I don't think we are bidding as Corizon in anything going forward.  I will confirm with Scott.

---

**From:** Rawnsley, Holly <Holly.Rawnsley@corizonhealth.com>
**Sent:** Monday, February 21, 2022 5:05 PM
**To:** Patel, Maya <Maya.Patel@CorizonHealth.com>
**Cc:** Bell, Dana <Dana.Bell@corizonhealth.com>
**Subject:** Shawnee Transmittal Letter

Pg. 16 4.1 (h) transmittal letter:  In the Arizona bid we had a lot of language around working with our affiliated companies (Genova, Genesis, United Staffing, etc.) which I think Sara would be expecting us to include this RFP.  Right now, it's not clear as to how we are bidding (based on the announcement of the new branding etc.), but I just wanted you to look at this section now, rather than when, I mean if, we implement a last minute change in the bidding entity, as to what we are agreeing to.  This won't be brought up on the call tomorrow… just want to keep it on the radar.

Thanks!

**Holly Rawnsley**
**Vice President of Proposal Development**

Confidential

DEBTOR113012

**Corizon Health**
**103 Powell Court, Brentwood, TN 37027**
**Office: 615.376.0644**
**Cell: 615.335.4517**



Confidential                                                                                                          DEBTOR113013