IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TEHUM CARE SERVICES, INC.,[1] | ) | Case No. 23-90086 (CML) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**CERTIFICATE OF SERVICE**

I, Jonathan J. Thomson, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On August 28, 2023, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Debtor's Second Motion to Extend the Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof** [Docket No. 902]

- **Joint Emergency Motion to Continue Hearing on Various Creditors' Motion to Appoint a Chapter 11 Trustee** [Docket No. 903]

Furthermore, on August 28, 2023, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit C**; and via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **Joint Emergency Motion to Continue Hearing on Various Creditors' Motion to Appoint a Chapter 11 Trustee** [Docket No. 903]

Dated: August 31, 2023

/s/ Jonathan J. Thomson
Jonathan J. Thomson
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

# Exhibit A

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor | Alight | Jessica Lazenby | Jessica.lazenby@alight.com |
| Top 30 Creditor | Arizona DOC | Tim Bojanowski | bojanowski@strucklove.com |
| Counsel for Maxim Healthcare Staffing Services, Inc. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Susan C. Mathews | smathews@bakerdonelson.com |
| Top 30 Creditor | Bio-Rad Laboratories, Inc. | Thomas Burg | thomas@bbslaw.com |
| Top 30 Creditor | Blue Cross Blue Shield of MI | Paul Wilk, Jr. | Paul.wilk@kitch.com |
| Counsel for Ginger Headley and Mark Coffelt | Brown & Crouppen, P.C. | Stephen L. Bishop | stephenb@getbc.com |
| Counsel for Consilium Staffing, LLC | Brown Fox PLLC | Eric C. Wood | eric@brownfoxlaw.com |
| Counsel for MMS Minnesota Supply Inc. | Buchalter, A Professional Corporation | Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| Top 30 Creditor | Cameron Regional Medical Center | Mark Cole | mcole@spencerfane.com |
| Top 30 Creditor | Canon Financial | Brian Fleischer | bfleischer@fleischerlaw.com |
| Top 30 Creditor and Committee of Unsecured Creditors | Capital Region Medical Center/Curators of the University of MO | Patrick Stueve, Tom Luebbering | stueve@stuevesiegel.com; tluebbering@crmc.org |
| Top 30 Creditor | Capitol Eye et al. | Blake Marcus | Blake.m@carsoncoil.com |
| Top 30 Creditor | Cell Staff | Mike Landon | mlandon@cellstaff.com |
| Interested Party | Christopher D. Harrell WMCI #26939 | | doc-wmci-court@wyo.gov |
| Top 30 Creditor | Dell Financial Services, LLC | Richard Villa | collections@slollp.com |
| Interested Party | Dickinson Wright PLLC | Ashley Fernandez and Collin Kelly | afernandez@dickinsonwright.com; ckelly@dickinsonwright.com |
| Counsel to Mitsubishi HC Capital America, Inc. f/k/a Hitachi Capital America, Corp. | Doshi Legal Group, P.C. | Amish R. Doshi | amish@doshilegal.com |
| Counsel to YesCare Corp. and CHS TX | Dowd Bennett LLP | Philip A. Cantwell, Robyn Parkinson | pcantwell@dowdbennett.com; rparkinson@dowdbennett.com |
| Counsel for Saint Alphonsus Health System, Inc | Duke Evett, PLLC | Keely E. Duke and Molly E. Mitchell | ked@dukeevett.com; mem@dukeevett.com |
| Counsel for Canon Financial Services, Inc. | Fleischer, Fleischer & Suglia, P.C. | Nicola G. Suglia | nsuglia@fleischerlaw.com |
| Top 30 Creditor | GHR General Healthcare Resources | Jessica Glatzer Mason | jmason@foley.com |
| Counsel for Former Michigan Medical Provider Employees | Hackney Odlem & Dardas, PLC | Thomas G. Hackney | thackney@hodlawyers.com |
| Top 30 Creditor | Halo Branded Solutions | Scott Schaefer | Scott@schaeferslaw.com |
| Top 30 Creditor | HCA Health Services of FL | David Tassa | dtassa@kslaw.com |
| Top 30 Creditor | Highwoods Properties | Ronn Steen | Ronn.steen@thompsonburton.com |
| Counsel for Capital Region Medical Center and The Curators of the University of Missouri | Jones Murray LLP | Erin Jones | erin@jonesmurray.com |
| Counsel for Henry Snook, Jennifer Power, Aanda Slocum, Linda Floyd, successors and assigns | Lane & Nach, P.C. | Adam B. Nach | adam.nach@lane-nach.com |
| Committee of Unsecured Creditors | Latricia Revell | | Latriciarevell227@gmail.com |
| Top 30 Creditor | Liftforward / Hitachi / Mitsubishi | Mark Magnozzi | mmagnozzi@magnozzilaw.com |
| Co-Counsel for Adree Edmo | M.E. Heard, Attorney, PLLC | Mary Elizabeth Heard | meheard@heardlawfirm.net |
| MD Attorney General | Maryland Attorney General | Anthony G Brown | oag@oag.state.md.us |
| Counsel for ANV Global Services Inc. on behalf of Associated Industries Insurance Company Inc. | Maurice Wutscher LLP | Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Top 30 Creditor | Maxim Healthcare | Erno Lindner | elindner@bakerdonelson.com |
| Committee of Unsecured Creditors | Maxim Healthcare Staffing Services, Inc. | Neil M. Williamson | newillia@maximstaffing.com |
| Counsel for Saint Alphonsus Health System, Inc | Mehaffy Weber, P.C. | Blake Hamm and Holly Hamm | BlakeHamm@MehaffyWeber.com; HollyHamm@MehaffyWeber.com |
| Top 30 Creditor | Mercy Hospital (MO) | Lisa Manziel | info@manziel.com |
| MI Attorney General | Michigan Attorney General | Dana Nessel | miag@mi.gov |
| Top 30 Creditor | Microsoft | Amy Scoville | amdevi@microsoft.com |
| Counsel to State of Idaho, Idaho Department of Corrections, and certain officials or employees of the State of Idaho | Munsch Hardt Kopf & Harr, P.C. | John D. Cornwell and Brenda L. Funk | jcornwell@munsch.com; bfunk@munsch.com |
| Counsel to State of Idaho, Idaho Department of Corrections, and certain officials or employees of the State of Idaho | Munsch Hardt Kopf & Harr, P.C. | Randall W. Miller | rwmiller@munsch.com |
| Top 30 Creditor | Newman, Kathleen | TGH Litigation LLC, J. Andrew Hirth | andy@tghlitigation.com |
| Counsel to DIP Agent M2 LoanCo, LLC | Norton Rose Fulbright | Julie Goodrich Harrison | julie.harrison@nortonrosefulbright.com |
| Counsel to DIP Agent M2 LoanCo, LLC | Norton Rose Fulbright | Kristian W. Gluck | kristian.gluck@nortonrosefulbright.com |
| Office of the United States Trustee | Office of the United States Trustee | Ha Minh Nguyen | ha.nguyen@usdoj.gov |

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Arizona Department of Corrections, Rehabilitation, and Reentry | Osborn Maledon, P.A. | Warren J. Stapleton and Christopher C. Simpson | wstapleton@omlaw.com; csimpson@omlaw.com |
| PA Attorney General | Pennsylvania Attorney General | Michelle Henry | press@attorneygeneral.gov |
| Top 30 Creditor | Pike County Memorial Hospital | Jonathan Shoener | fandblegal@gmail.com |
| Committee of Unsecured Creditors | Rachell Garwood | | rachellgarwood@yahoo.com |
| Counsel for Idaho Claimants | Racine Olson, PLLP | Daniel C. Green | dan@racineolson.com |
| Top 30 Creditor and Co-Counsel for Adree Edmo | Rifkin Law Office | Lori Rifkin | lrifkin@rifkinlawoffice.com |
| Top 30 Creditor and Committee of Unsecured Creditors | Saint Alphonsus Health System, Inc. | Keely Duke, Stephanie Westermeier | ked@dukeevett.com; stephanie.westermeier@trinity-health.org |
| Top 30 Creditor and Committee of Unsecured Creditors | St. Luke's Health System, Ltd. | Wendy Olson, Stoel Rives, LLP and David Barton | wendy.olson@stoel.com; bartond@slhs.org |
| Counsel for the Official Unsecured Creditors' Committee | Stinson LLP | Paul B. Lackey | paul.lackey@stinson.com; ed.caldie@stinson.com; phillip.ashfield@stinson.com; nicholas.zluticky@stinson.com |
| Counsel for Dell Financial Services L.L.C. | Streusand, Landon, Ozburn & Lemmon, LLP | Richard D. Villa | villa@slollp.com |
| Counsel for Lone Star Alliance Inc., A Risk Retention Company, a subsidiary of Texas Medical Liability Trust | Stromberg Stock, PLLC | Mark Stromberg | mark@strombergstock.com |
| Counsel for the Curators of the University of Missouri and Capital Region Medical Center | Stueve Siegel Hanson LLP | Ethan M. Lange | lange@stuevesiegel.com |
| Top 30 Creditor | Supplemental Healthcare | Fariha Haider | fhaider@shccares.com |
| TX Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel for David Hall | The Essmyer Law Firm | Michael M. Essmyer, Sr. | messmyer@essmyerlaw.com |
| TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | steve.butler@ag.tn.gov |
| Top 30 Creditor and Committee of Unsecured Creditors | Truman Medical Center, Inc. d/b/a University Health | Office of General Counsel, Claire Hillman | Claire.hillman@uhkc.org |
| U.S. Department of Justice | U.S. Department of Justice Office of the U.S. Trustee | Andrew Jimenez | andrew.jimenez@usdoj.gov |
| United States Attorney | US Attorney Southern District of Texas | | usatxs.atty@usdoj.gov |
| Top 30 Creditor | Vang, Ka et al | c/o Webb Law Group, Lenden Webb | lwebb@webblawgroup.com |
| Counsel to YesCare Corp. and CHS TX | White & Case LLP | Samuel P. Hershey | sam.hershey@whitecase.com |
| Top 30 Creditor | WhiteGlove Placement | Linda Markowitz | lmarkowitz@whiteglovecare.net |

# Exhibit B

Exhibit B
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Interested Party | Aakash Dalal SBI# 792652E | | 215 Burlington Road South | | Bridgeton | NJ | 08302 |
| Interested Party | Alex Scott #98450 | Idaho Maximum Security Inst (I.M.S.F. C-Block) | PO Box 51 | | Boise | ID | 83707 |
| Interested Party | Anant Kumar Tripati #102081 | | P.O. Box 8909 | | Yuma | AZ | 85349 |
| Top 30 Creditor | BDO | Randy Wise | P.O. Box 642743 | | Pittsburgh | PA | 15264-274 |
| Interested Party | Benjamin Bedogwar Oryang AIS# 168079 F2-34A | Staton Correctional Facility | 2690 Marion Spillway Road | | Elmore | AL | 36025 |
| Interested Party | Christopher D. Harrell WMCI #26939 | | 7076 Road 55F | | Torrington | WY | 82240-7771 |
| Interested Party | Edward Albert Stenberg #124629 | Lakeland Correctional Facility | 141 First St. | | Coldwater | MI | 49036 |
| FL Attorney General | Florida Attorney General | Ashley Moody, Office of the AG | The Capitol PL-01 | | Tallahassee | FL | 32399-1050 |
| Franchise Tax Board | Franchise Tax Board | Bankruptcy Section, MS: A-340 | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| Interested Party | Frank Patterson WMCI #13216 | | 7076 Road 55 F | | Torrington | WY | 82240-7771 |
| Interested Party | Gordon S. Dittmer MDOC No. 175464 | Lakeland Correctional Facility | 141 First Street | | Coldwater | MI | 49036-9687 |
| IRS | Internal Revenue Svc | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| KS Attorney General | Kansas Attorney General | Kris W Kobach | 120 SW 10th Ave, 2nd Fl | | Topeka | KS | 66612-1597 |
| KY Attorney General | Kentucky Attorney General | Daniel Cameron | 700 Capitol Ave | Capital Bldg Ste 118 | Frankfort | KY | 40601 |
| MI Attorney General | Michigan Attorney General | Dana Nessel | PO Box 30212 | 525 W Ottawa St | Lansing | MI | 48909-0212 |
| MO Attorney General | Missouri Attorney General | Andrew Bailey | Supreme Ct Bldg | 207 W High St | Jefferson City | MO | 65101 |
| Top 30 Creditor | Nephrology and Hypertension Associates L.L.P. | Thomas Riley | 1205 West Broadway | | Columbia | MO | 65203 |
| NJ Attorney General | New Jersey Attorney General | Matthew J Platkin | Richard J Hughes Justice Complex | 25 Market St 8th Fl West Wing | Trenton | NJ | 08625 |
| NM Attorney General | New Mexico Attorney General | Raul Torrez | 408 Glisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| NY Attorney General | New York Attorney General | Letitia James Dept. of Law | The Capitol, 2nd Floor | | Albany | NY | 12224-0341 |
| PA Attorney General | Pennsylvania Attorney General | Michelle Henry | 1600 Strawberry Square, 16th Fl | | Harrisburg | PA | 17120 |
| Interested Party | Scott W. Woodbury #203038 | Kinross Correctional Facility | 4533 W. Inductrial Park Drive | | Kincheloe | MI | 49788 |
| VA Attorney General | Virginia Attorney General | Jason Miyares | 202 North Ninth St | | Richmond | VA | 23219 |
| Top 30 Creditor | Willis Towers Watson RMS LLC | | 29754 Network Place | | Chicago | IL | 60673-1297 |
| WY Attorney General | Wyoming Attorney General | Bridget Hill | 200 W 24th St | State Capitol Bldg Rm 123 | Cheyenne | WY | 82002 |

In re: Tehum Care Services, Inc.
Case No.: 23-90086 (CML)

Page 1 of 1

# Exhibit C

**Exhibit C**
**Counsel to the Movants Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Kohchise Jackson, William Kelly, and Andrew Lyles | Margolis & Cross | Ian T. Cross | ian@lawinannarbor.com |
| Co-Counsel for Adree Edmo | National Center for Lesbian Rights | Amy Whelan | AWhelan@NCLRights.org |
| Counsel for the RMSC Plaintiffs | Walker & Patterson, P.C | Johnie Patterson and Miriam Goott | jjp@walkerandpatterson.com |

# Exhibit D

**Exhibit D**
**Counsel to the Movants Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for Kohchise Jackson, William Kelly, and Andrew Lyles | Margolis & Cross | Ian T. Cross | 402 W. Liberty St. | Ann Arbor | MI | 48103 |
| Co-Counsel for Adree Edmo | National Center for Lesbian Rights | Amy Whelan | 870 Market Street, Suite 370 | San Francisco | CA | 94102 |
| Counsel for Phillip Buchanan | Saint Louis University School of Law Legal Clinic | Matt W. Vigil and Brendan D. Roediger | 100 N. Tucker Blvd Suite 704 | Saint Louis | MO | 63101 |
| Counsel for the RMSC Plaintiffs | Walker & Patterson, P.C | Johnie Patterson and Miriam Goott | P.O. Box 61301 | Houston | TX | 77208 |

In re: Tehum Care Services, Inc.
Case No.: 23-90086 (CML)

Page 1 of 1