IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TEHUM CARE SERVICES, INC., | Case No. 23-90086 (CML) |
| Debtor. | |

### KOHCHISE JACKSON'S, DERICO THOMPSON'S, AND WILLIAM KELLY'S WITNESS AND EXHIBIT LIST FOR SEPTEMBER 5, 2023 HEARING ON THE TRUSTEE MOTION

Kohchise Jackson, Derico Thompson, and William Kelly file this Witness and Exhibit List for the hearing to be held on September 5, 2023, at 1:00 p.m. (prevailing Central Time) on the Various Creditor's Motion to Appoint a Chapter 11 Trustee [Dkt. 731] (the "Hearing").

### WITNESSES

1. Russell A. Perry

2. Yitzchok ("Isaac") Lefkowitz

3. Any witness called or listed by any other party in interest

4. Impeachment witnesses, as necessary.

5. Authentication witnesses, as necessary.

### EXHIBITS

| Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Transcript of Deposition of Isaac Lefkowitz as M2 LoanCo corporate representative, 5/12/23 (Docket 731-4) | | | | |
| 2. | Transcript of Tehum Care Services meeting of creditors, 5/12/23 (Docket 731-6) | | | | |
| 3. | Transcript and UST recording of Tehum Care Services meeting of creditors, 6/13/23 (Docket 854-1) | | | | |
| 4. | Transcript and UST recording of Tehum Care Services meeting of creditors, 7/21/23 (Docket 854-2) | | | | |
| 5. | Debtor's SOFA (Docket 481) | | | | |
| 6. | Debtor's Amended SOFA (Docket 677) | | | | |
| 7. | Debtor's Second Amended SOFA (Docket 811) | | | | |
| 8. | 2004 Examination of Isaac Lefkowitz as corporate representative of Geneva Consulting LLC (transcript and video) | | | | |
| 9. | 2004 Examination of Isaac Lefkowitz as | | | | |

|   | | | | | |
|---|---|---|---|---|---|
|   | corporate representative of Pharmacorr LLC (transcript and video) | | | | |
| 10. | 2004 Examination of Isaac Lefkowitz as corporate representative of Perigrove 1018 LLC (transcript and video) | | | | |
| 11. | Email from Corizon CFO Jeff Sholey to Isaac Lefkowitz with attachment | | | | |
| 12. | Email from Michelle Rice to Isaac Lefkowitz with attachment | | | | |
| 13. | Email from Isaac Lefkowitz to Corizon CEO Sara Tirschwell | | | | |
| 14. | Emails exchanged between Corizon employees re: corporate structure | | | | |
| 15. | Declaration of Isaac Lefkowitz in Seven Trade LLC v. Medical Engineering LLC et. al., 7:22-cv-01673 (S.D.N.Y.), signed and filed 06/27/2022 | | | | |
| 16. | Supplemental Declaration of David Gefner in Luxwear Ltd. et. al. v. Adaptiv Research et. al, 1:22-cv-05458 (S.D.N.Y.), filed | | | | |

|     |                                                                                                                                         |  |  |  |  |
|-----|-----------------------------------------------------------------------------------------------------------------------------------------|--|--|--|--|
|     | 01/04/2023                                                                                                                              |  |  |  |  |
| 17. | Delaware Certificate of Formation for Geneva Consulting LLC                                                                             |  |  |  |  |
| 18. | March 22, 2022 Letter of Commitment from Geneva Consulting LLC to CHS AZ LLC                                                            |  |  |  |  |
| 19. | Consulting Agreement between Geneva Consulting and Valitas Health Services, 12/08/2021                                                  |  |  |  |  |
| 20. | Geneva Consulting-Yescare Stock Restriction Agreement, Joinder Agreement, and Managed Services Agreement, May 5, 2022                   |  |  |  |  |
| 21. | Third Amended and Restated Credit Agreement                                                                                             |  |  |  |  |
| 22. | Payoff letter for M2 LoanCo notes, 4/29/22                                                                                              |  |  |  |  |
| 23. | Email from Lefkowitz to James Hyman, 4/26/22                                                                                            |  |  |  |  |
| 24. | Email from Lefkowitz to James Hyman, 12/10/21                                                                                           |  |  |  |  |
| 25. | Letter from Lefkowitz to James Hyman, 12/9/21                                                                                           |  |  |  |  |
| 26. | March 3 interim DIP financing hearing                                                                                                   |  |  |  |  |

|     |                                                                                                                                                                    |  |  |  |  |
|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|--|--|--|--|
|     | transcript                                                                                                                                                         |  |  |  |  |
| 27. | March 22 interim DIP financing hearing transcript                                                                                                                  |  |  |  |  |
| 28. | Ankura engagement letter                                                                                                                                           |  |  |  |  |
| 29. | Transcript and UST audio recording of 341 meeting in Case No. 21-22280, Suffern Partners LLC, (Bankr. S.D.N.Y.), June 24, 2021                                     |  |  |  |  |
| 30. | Affidavit of Isaac Lefkowitz in 1528 56th Street LLC v. Moshe Preizler et. al., filed 5/30/2023                                                                    |  |  |  |  |
| 31. | Photos of 1528 56th St. filed with Affidavit of Isaac Lefkowitz in 1528 56th Street LLC v. Moshe Preizler et. al., Superior Court for Kings County, NY, Case No. 515734/2023 |  |  |  |  |
| 32. | Email from Jennifer Finger at Sigma Risk Management, 3-24-23                                                                                                       |  |  |  |  |
| 33. | Voluntary Petition for Tehum Care Services, Inc.                                                                                                                   |  |  |  |  |
| 34. | Articles of Organization for 1528 56th Street, LLC                                                                                                                 |  |  |  |  |
| 35. | Yescare Corp. Tennessee financing                                                                                                                                  |  |  |  |  |

|     | statement and attached security agreement |     |     |     |     |
| --- | --- | --- | --- | --- | --- |
| 36. | Any document or pleading filed with the Court in the above-captioned bankruptcy case, including but not limited to any MORs and Schedule A/Bs. |     |     |     |     |
| 37. | Any exhibit necessary for impeachment purposes. |     |     |     |     |
| 38. | Any exhibit identified or offered by any other party |     |     |     |     |

Respectfully submitted,

/s/ *Ian T. Cross*

Ian T. Cross (P83367)

Attorney for Kohchise Jackson, William Kelly and Derico Thompson
402 W. Liberty St.
Ann Arbor, MI 48103
734-994-9590
ian@lawinannarbor.com