

# Transcript of Isaac Lefkowitz, Designated Representative

**Date:** May 12, 2023
**Case:** In re: Tehum Care Services, Inc.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

**Page 1**

```
 1          UNITED STATES BANKRUPTCY COURT
 2          SOUTHERN DISTRICT OF TEXAS
 3                 HOUSTON DIVISION
 4   ------------------------- x
 5   In re              :   Chapter 11
 6   Tehum Care Services, Inc.  :  Case No. 23-90086 (CML)
 7                      :
 8             Debtor :
 9   ------------------------- x
10
11        Remote deposition of M2 LoanCo., LLC.,
12    By and through its Designated Representative,
13               ISAAC LEFKOWITZ,
14               taken by the Official
15          Committee of Unsecured Creditors
16
17   DATE:    May 12, 2023
18   TIME:    10:02 a.m. to 12:48 p.m. EST
19   PLACE:   - Remote -
20   BEFORE:  Lisa M. Barrett, RPR, CRR, CRC, CSR
21            Stenographic Reporter, Notary Public
22   JOB NO:  492510
23
24
25
```

**Page 2**

```
 1      A P P E A R A N C E S :
 2   ON BEHALF OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS:
 3       NICHOLAS ZLUTICKY, ESQUIRE
 4       STINSON LLP,
 5       1201 Walnut Street
 6       Suite 2900
 7       Kansas City, MO 64106
 8       816.842.8600
 9
10   ON BEHALF OF M2 LOANCO LLC,
11       ANDREA D'AMBRA, ESQUIRE
12       JULIA HARRISON, ESQUIRE
13       NORTON ROSE FULBRIGHT
14       1301 6th Ave, New York,
15       New York 10019
16       212.318.3000
17   -and-
18       AARON KAUFMAN, ESQUIRE
19       GRAY REED
20       1601 Elm St, Suite 4600,
21       Dallas, TX 75201
22       214.954.4135
23
24   Also present:  Blake Winchester, Remote Technician
25              Ian Cross, Mary Elizabeth Heard
```

**Page 3**

```
 1            C O N T E N T S
 2   EXAMINATION OF ISAAC LEFKOWITZ
 3   By Mr. Zluticky                          PAGE
 4                                             4
 5            E X H I B I T S
 6       (Attached to transcript.)
 7   DEPOSITION EXHIBITS
 8                                            PAGE
 9   Exhibit 1   Notice of service of          8
10            Subpoena to M2 Loanco, LLC
11
12   Exhibit 2   Geneva facilitator agreement  79
13            Bates Nos. m2LoanCo 00006620.
14            to -6624
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1   --- Commencing at 10:02 a.m.
 2          P R O C E E D I N G S
 3       REMOTE TECHNICIAN:  Hello and thank you
 4   to everyone for attending this proceeding
 5   remotely, which we anticipate will run smoothly.
 6   Please remember to speak slowly and do your best
 7   not to talk over one another and please be aware
 8   we are recording this proceeding for backup
 9   purposes.  Any off-the-record discussions should
10   be had away from the computer, and please remember
11   to mute your mic for those conversations.
12       Please have your video enabled to help
13   the reporter identify who is speaking.  If you are
14   unable to connect with video and connect via
15   phone, please identify yourself each time when
16   speaking.
17       We will provide a complimentary
18   unedited recording of this deposition with the
19   purchase of a transcript, and I apologize in
20   advance for any technical-related interruptions.
21   Thank you.
22   (Oath stipulation read and agreed by counsel.)
23       ISAAC LEFKOWITZ was sworn and
24       testified as follows:
25            EXAMINATION
```

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

---

**5**

1  BY MR. ZLUTICKY:
2      Q   Thank you, Mr. Lefkowitz, my name is
3  Nick Zluticky.  I'm an attorney representing the
4  Official Committee of Unsecured Creditors in the
5  bankruptcy case of Tehum Care Services Inc.
6          Would you please state your full name
7  for the record?
8      A   Isaac Lefkowitz.
9      Q   Do you have any middle names or
10 surnames you use?
11     A   Yes.
12     Q   Could you please identify those?
13     A   Y-I-T-Z-C-H-O-K Y-A-K-O-V.
14     Q   And is your legal name on your driver's
15 license "Isaac Lefkowitz"?
16     A   No.
17     Q   What is the name on your driver's
18 license?
19     A   Y-I-T-Z-C-H-O-K.
20     Q   And what is your current address?
21     A   58 C Drive, Fallsburg, New York.
22 12733.
23     Q   So this happens from time to time in
24 these depositions, but I didn't hear the first
25 part.  So, if you could repeat -- and I

---

**6**

1  apologize -- part of the address?
2      A   Which was the first part?
3      Q   The street number.
4      A   58 C Drive.
5      Q   58 C Drive, okay.  Thank you.  And you
6  understand that you are here today as the
7  designated corporate representative of M2 Loanco
8  LLC; is that your understanding?
9      A   Correct.
10     Q   Have you ever had your deposition taken
11 before?
12     A   Yes.
13     Q   About how many times?
14     A   Can't count.
15     Q   More than a hundred?
16     A   In that range.
17     Q   So we're just going to go through
18 a couple of preliminary rules.  You've done this
19 quite a bit, it sounds like, so you are probably
20 familiar with these rules, but the court reporter
21 is here, we want a clean record, and so when
22 you're answering questions that are "yes" or "no"
23 questions, if you could please answer "yes" or
24 "no" because "uh-uhs" sound a lot like "ahas" to
25 court reporters.  And then also if you could

---

**7**

1  answer verbally, so nodding the head, shaking the
2  head, it's difficult for the court reporter to
3  grasp and -- and record.
4          So, do you understand all of that so
5  far?
6      A   Yes, sir.
7      Q   And the other thing is I'm going to try
8  really hard not to talk over you and I would ask
9  that you do the same so that we can have a clean
10 record for the court reporter, especially when
11 we're doing this virtually.  And then the other
12 thing is, if you don't understand a question that
13 I'm asking, please let me know and I'll do my best
14 to rephrase it or explain the question; is that
15 fair?
16     A   Yes.
17     Q   All right.  And so then if you do
18 answer a question then I'm going to assume that
19 you did understand the question that I asked; is
20 that fair?
21     A   Okay.
22     Q   Is that fair?
23     A   "Okay" means yes.
24     Q   All right.  So the first document --
25 and you may have this in front of you but if you

---

**8**

1  don't, we can have it pulled up -- is the subpoena
2  notice itself.
3          Do you have a copy of that at your
4  fingertips?
5          MS. D'AMBRA:  We do.  One second.  We
6  can pull that out and make sure to have all of it.
7  BY MR. ZLUTICKY:
8      Q   So, Lisa and Blake, we're going to mark
9  this is as Exhibit 1.
10         (Exhibit No. 1 was marked for
11 identification.)
12         REMOTE TECHNICIAN:  And can you give me
13 the title of that document, counsel?
14         MR. ZLUTICKY:  It's -- it's the notice
15 of service of subpoena to M2 Loanco, LLC.  It's
16 docket number 535.
17         REMOTE TECHNICIAN:  Thank you.
18 BY MR. ZLUTICKY:
19     Q   Have you seen this document before,
20 Mr. Lefkowitz?
21     A   Just one second please.  Yes, I do.
22     Q   So this is a subpoena to provide
23 testimony on a set list of topics.
24         I have previously had discussions with
25 M2 Loanco's counsel, what we are doing today is

**9**

1    we're limiting our discussion to topics.
2          If you look on page 9 of the PDF but it
3    would be page 4 of the exhibit, it looks -- it
4    lists several topics.
5          At the top it starts with 5.  Do you
6    see that?
7    **A    Right.**
8    Q    Okay.  So what we've agreed to with
9    your counsel is that what we're going to do is
10   talk about topics 8, 9, 10, 11, 13, 14, 15, 16 and
11   17 today and that we're going to address the rest
12   of the topics at a later date.
13         So just focusing on those topics today,
14   what did you do to prepare yourself for your
15   deposition today?
16   **A    Discussed it with counsel.**
17   Q    Did you review any documents to prepare
18   for your deposition today?
19   **A    No.**
20   Q    Did you speak to anyone other than your
21   counsel to prepare for your deposition today?
22   **A    No.**
23   Q    Did you speak to Alan Rubenstein?
24   **A    No.**
25   Q    Did you review any of your emails --

**10**

1    **A    Yes.**
2    Q    -- to prepare for today.
3    **A    Yes.**
4    Q    Okay.  So what emails did you review?
5    **A    I handed over my email box to counsel.**
6    Q    So let's drill down on that for a
7    moment.
8          When you say "my email box," what do
9    you mean by "my email box?"
10   **A    Email address has an email intake box.**
11   Q    So you turned over a box that contains
12   all of the emails associated with your email
13   address; is that correct?
14   **A    No, associated with M2 Loanco.**
15   Q    What email address is that?
16   **A    IL@perigrove.com.**
17   Q    And you said that you turned over that
18   box of emails to counsel for M2 Loanco, LLC; is
19   that right?
20   **A    Correct.**
21   Q    Who is Perigrove?
22   **A    Who is Perigrove?**
23   Q    Yes, who is Perigrove?
24   **A    Perigrove is a company.**
25   Q    Okay, can -- what's the name of the

**11**

1    company?
2    **A    Perigrove.**
3    Q    It has -- it's not an LLC; it's not a
4    corporation; it's not a partnership; it has no
5    other names.  It's just one word, "Perigrove?"
6    **A    I believe it's an LLC.**
7    Q    Okay.  What's your position at
8    Perigrove?
9    **A    I'm a VP.**
10   Q    The vice-president?
11   **A    One of them.**
12   Q    And in your capacity as vice-president
13   of Perigrove, you have an email account at
14   Perigrove; is that right?
15   **A    Correct.**
16   Q    From that email address have you
17   communicated with anyone regarding the business of
18   M2 Loanco, LLC?
19   **A    Yes.**
20   Q    Who did you communicate with?
21   **A    I don't have the details in front of**
22   **me.**
23   Q    What do you remember about who you
24   spoke with?
25   **A    Business relating to M2 Loanco.**

**12**

1    Q    Well, that's the what.  I'm asking
2    about the who.
3    **A    Who I communicated with?**
4    Q    Correct.
5    **A    I think I testified that I don't have**
6    **it in front of me.**
7    Q    So you're saying, sitting here today,
8    you don't remember anyone you communicated with on
9    behalf of M2 Loanco?
10   **A    I wouldn't have the details.  I handed**
11   **over the entire box.**
12   Q    But sitting here today, you don't
13   remember anyone you communicated with on behalf of
14   M2 Loanco?
15   **A    You can ask me an individual and it**
16   **will jog my memory.**
17   Q    No, that's not what I was asking.
18   I was asking do you remember anyone that you
19   communicated with on behalf of M2 Loanco?
20   **A    Sure.  I remember communicating with**
21   **counsel.**
22   Q    Who's counsel?
23   **A    There's quite a few.**
24   Q    Okay.  Well, let's go through them.
25   **A    Firm of White & Case.**

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

**Page 13**

1  Q  So let's start there. So White & Case
2  was counsel for M2 Loanco?
3  **A  Correct.**
4  Q  Is White & Case still counsel for M2
5  Loanco?
6  **A  No.**
7  Q  Okay. When did that engagement begin?
8  **A  Sometime early 2022.**
9  Q  When did that engagement conclude?
10  **A  Mid '22.**
11  Q  When in 2022?
12  **A  Correct.**
13  Q  When in 2022?
14  **A  I don't recall. I said mid year '22.**
15  Q  And at that point White & Case no
16  longer represented M2 Loanco?
17  **A  I believe so.**
18  Q  What other counsel did M2 Loanco have
19  that you communicated with?
20  **A  We have in-house counsel.**
21  Q  M2 Loanco has in-house counsel?
22  **A  Perigrove has in-house counsel.**
23  Q  Does M2 Loanco have in-house counsel?
24  **A  No.**
25  Q  Who's the in-house counsel at Perigrove

**Page 14**

1  you communicated with?
2  **A  His name is Zalman Shapiro.**
3  Q  Okay. Would you please spell that for
4  me?
5  **A  Z-A-L-M-A-N, S-C-H-A-P-I-R-O.**
6  MS. D'AMBRA: Objection. Can we get
7  some clarification on whether or not you're asking
8  if he communicated with Mr. Shapiro with respect
9  to M2 Loanco?
10  BY MR. ZLUTICKY:
11  Q  Well, I'm just asking how to spell his
12  name. I mean, I'll get there but I just want to
13  know how to spell his name first.
14  So it's Z-A-L-M-A-N, and it's
15  S-C-H-A-P-I-R-O?
16  **A  Correct.**
17  Q  Did you communicate with Mr. Shapiro
18  regarding the business of M2 Loanco, LLC?
19  **A  I don't recall.**
20  Q  What other counsel did M2 Loanco, LLC
21  have?
22  **A  Alan Rubenstein.**
23  Q  And Rubenstein is spelled
24  R-U-B-E-N-S-T-E-I-N?
25  **A  I don't know, E-I or I-E. People spell**

**Page 15**

1  them differently.
2  Q  And Alan Rubenstein was with which
3  firm?
4  **A  He was a -- his own firm called**
5  **Rubenstein and Horowitz.**
6  Q  Did you communicate with Alan
7  Rubenstein regarding the business of M2 Loanco,
8  LLC?
9  **A  Yes.**
10  Q  Any other counsel that M2 Loanco, LLC
11  had?
12  **A  I wouldn't recall.**
13  Q  So the only counsel that's ever
14  represented M2 Loanco, LLC other than in this
15  bankruptcy case that you can recall is White
16  & Case, Zalman Shapiro and Alan Rubenstein?
17  **A  Correct.**
18  Q  Just to be clear once again, to prepare
19  for today's deposition did you speak with
20  Mr. Rubenstein?
21  **A  No.**
22  Q  Did you speak with Mr. Shapiro?
23  **A  No.**
24  Q  Did you speak with anyone at White
25  & Case?

**Page 16**

1  **A  No.**
2  Q  Did you speak with anyone else at
3  M2 Loanco about what attorneys M2 Loanco had?
4  **A  No.**
5  Q  Did you speak with anyone else at
6  M2 Loanco about anything at all to prepare for
7  today?
8  **A  No.**
9  Q  Other than speaking with your attorney,
10  which is Norton Rose Fulbright -- is that correct,
11  the attorney for M2 Loanco?
12  **A  Correct.**
13  Q  Other than speaking with attorneys at
14  Norton Rose Fulbright -- and I do not want to get
15  into those communications; I'm not asking about
16  that -- but other than those communications did
17  you speak with anyone else to prepare for your
18  deposition today?
19  **A  No.**
20  Q  And you said you reviewed no documents
21  to prepare for today?
22  **A  Correct.**
23  Q  What's your title at M2 Loanco, LLC?
24  **A  Director.**
25  Q  How long have you been a director of

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

17

1  M2 Loanco, LLC?
2      A  Since December of '21.
3      Q  Why you did become a director of
4  M2 Loanco, LLC?
5      A  Why?
6      Q  Why?
7      A  I don't know why.  What does "why"
8  mean?  I don't know why.
9      Q  Is it -- did somebody ask you to be
10 director?  Did you ask to be director of M2
11 Loanco?
12     A  I asked myself to be a director.
13     Q  Okay.  And I assume you agreed?
14     A  Agree.
15     Q  In what capacity did you ask yourself
16 to be director of M2 Loanco, LLC?
17     A  The director.
18     Q  Of which company?
19     A  Of M2 Holdco.
20     Q  Let's talk about M2 Loanco's
21 organizational structure for a moment.
22         Who are the members of M2 Loanco, LLC?
23     A  M2 Holdco.
24     Q  M2 Holdco is the member of M2 Loanco,
25 LLC; is that correct?

18

1      A  Correct.
2      Q  Is M2 Loanco a member-managed LLC or
3  a manager-managed LLC?
4      A  I believe a member-managed.
5      Q  Are there any directors of M2 Loanco,
6  LLC other than you?
7      A  Yes.
8      Q  Who are they?
9      A  Alan Rubenstein.
10     Q  And that's the same Alan Rubenstein of
11 Rubenstein and Horowitz?
12     A  Correct.
13     Q  Are there any other directors
14 M2 Loanco, LLC?
15     A  No.
16     Q  Were there any directors of M2 Loanco,
17 LLC prior to you becoming a director of M2 Loanco,
18 LLC in December of 2021?
19     A  I don't know.
20     Q  You don't know if there were any
21 directors prior to you becoming a director of
22 M2 Loanco, LLC?
23     A  Correct.
24     Q  Have there been any directors, since
25 you became a director of M2 Loanco, LLC, other

19

1  than Alan Rubenstein?
2      A  No.
3      Q  Is Alan Rubenstein still a director of
4  M2 Loanco, LLC?
5      A  Correct.
6      Q  Other than Alan Rubenstein and you, are
7  there any other directors of M2 Loanco, LLC?
8      A  I believe the question was asked and
9  answered three times, and the answer is "No."
10     Q  Okay.  So I'm going to -- your attorney
11 can object to questions, but unless your attorney
12 instructs you not to answer them, you are going to
13 need to answer them, okay?
14     A  And I did, for the fourth time.
15     Q  Does M2 Loanco, LLC have any officers?
16     A  No.
17     Q  Since you joined M2 Loanco, LLC as a
18 director in December 2021 did M2 Loanco, LLC have
19 any officers?
20     A  No.
21     Q  So, from December 2021 forward,
22 M2 Loanco, LLC is operated with two directors and
23 no officers; is that correct?
24     A  Correct.
25     Q  Has -- does M2 Loanco, LLC have any

20

1  employees?
2      A  No.
3      Q  Has M2 Loanco, LLC ever had any
4  employees?
5      A  I don't know.
6      Q  Has M2 Loanco, LLC had any employees
7  from and after December 2021?
8      A  No.
9      Q  Do you have a position within
10 M2 Holdco, LLC?
11     A  Yes.
12     Q  What is that position?
13     A  Director.
14     Q  When did you become director of
15 M2 Holdco, LLC?
16     A  November of '21.
17     Q  And was that another situation where
18 you asked yourself to be director of M2 Holdco,
19 LLC?
20     A  Correct.
21     Q  And in what capacity did you ask
22 yourself to be director?
23     A  Director.
24     Q  Of which entity?
25     A  Holdco.

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

21

1    Q   So -- but you -- you weren't director
2  until you were, right?  So if you're saying you
3  asked yourself to be a director of M2 Holdco and
4  you were asking on behalf of another entity, what
5  other entity were you asking on behalf of?
6    A   Perigrove 1018 LLC.
7    Q   Perigrove 1018 LLC?
8    A   Correct?
9    Q   What's the relationship between
10 Perigrove 1018 LLC and M2 Holdco, LLC?
11   A   100 per cent member.
12   Q   So Perigrove 1018 LLC is the sole
13 member of M2 Holdco, LLC?
14   A   Correct.
15   Q   And you are a director of Perigrove
16 1018 LLC.?
17   A   Correct.
18   Q   When did you become director of
19 Perigrove 1018 LLC?
20   A   December of '21.
21   Q   Okay.  And in this very extensive
22 conversation that you were having with yourself,
23 how is it that you came to be the director of
24 Perigrove 1018 LLC?
25   A   I don't recall.

22

1    Q   Did you ask yourself to do it again?
2    A   I believe so.
3    Q   Okay.  And on behalf of what entity did
4  you ask yourself?
5    A   Myself.
6    Q   So you individually asked you
7  individually to be a director of Perigrove 1018
8  LLC?
9    A   Correct.
10   Q   Okay.  And do you have any ownership
11 interest in Perigrove 1018 LLC?
12   A   Yes.
13   Q   Okay.  And what is that interest?
14   A   5 percent.
15   Q   Can you restate your answer, please?
16   A   5 percent.
17   Q   How long have you held a 5 percent
18 membership interest in Perigrove 1018 LLC?
19   A   Since December of '21.
20   Q   Who are the other members of Perigrove
21 1018 LLC?
22   A   Group of investors.
23   Q   Who are they?
24   A   I don't have their names in front of
25 me.

23

1    Q   Do you know who they are?
2    A   A whole group of individual investors.
3    Q   Okay.  Do you remember any of them?
4    A   I do.
5    Q   Who?
6    A   I remember Abe Goldberger.
7    Q   And how do you spell that?
8    A   G-O-L-D-B-E-R-G-E-R.
9    Q   And the first name is Abe?
10   A   Correct.
11   Q   Okay.  Who else?
12   A   David Gefner.
13   Q   And Gefner, is that G-E-F-F-N-E-R?
14   A   I believe one F.
15   Q   One.  Who else?
16   A   I don't recall the rest.
17   Q   Those are the only two members of
18 Perigrove 1018 LLC besides you that you can recall
19 today?
20   A   Correct.
21   Q   Did you ever communicate with Abe
22 Goldberger about the business of M2 Loanco, LLC?
23   A   No.
24   Q   Not once, ever?
25   A   Correct.

24

1    Q   Did you ever communicate with David
2  Gefner regarding the business of M2 Loanco, LLC?
3    A   No.
4    Q   Not once, ever?
5    A   Not that I recall.
6    Q   You're saying that you don't recall
7  ever speaking to him about M2 Loanco, LLC?
8    A   Correct.
9    Q   When you would communicate with White
10 & Case regarding the business of M2 Loanco, LLC,
11 how would you have those communications?  So I'm
12 not focused on the substance of the
13 communications; I'm focused on the methodology.
14 So what method did you use to communicate with
15 White & Case regarding the business of M2 Loanco,
16 LLC?
17   A   VOIP phone, email.
18   Q   Which phone number?
19   A   Which phone number of White & Case?
20   Q   No, I'm saying what phone did you use
21 to communicate with White & Case regarding the
22 business of M2 Loanco, LLC?
23   A   I wouldn't recall.
24   Q   How many phone numbers do you use?
25   A   Quite a few.

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

25

1  Q  More than one?
2  A  Yes.
3  Q  More than two?
4  A  Yes.
5  Q  More than three?
6  A  Yes.
7  Q  More than four?
8  A  Yes.
9  Q  More than five?
10  A  Yes.
11  Q  More than six?
12  A  Yes.
13  Q  More than seven?
14  A  I sit in an office with a lot of phone
15  numbers.  What are you trying to create a record
16  here?  I said many numbers.  I don't know from
17  which number I called.
18  Q  More than seven?
19  A  I'm going to stop right here.  I don't
20  know.
21  Q  You know it was more than six, but you
22  know whether it was more than seven; is that
23  correct?
24  A  No it's not correct.
25  Q  Okay, well, can you please explain your

26

1  answer.
2  A  When you sit in an office and there's a
3  lot of phone lines going out, you can't identify
4  from which number you make a phone call, but
5  I know it's more than six and I know it's more
6  than seven.  Apparently you're trying to create a
7  circus of a record and I'm not going to let it
8  happen.  It's a lot of phone numbers in the
9  office.
10  Q  Which office?
11  A  Perigrove.
12  Q  And is that a physical location?
13  A  It is.
14  Q  That has all of these numbers.
15  A  It's a VOIP system, with a lot of
16  numbers.
17  Q  You said VOIP system.  Do you mean
18  VOIP, voice over internet protocol; is that what
19  you're saying?
20  A  Correct.
21  Q  Where's the physical office location of
22  Perigrove?
23  A  Suffern, New York.
24  Q  Do you know the address?
25  A  51 Spook Rock.

27

1  Q  Can you please spell that?
2  A  S-P-O-O-K, R-O-C-K.
3  Q  And is that -- and where is that in New
4  York?
5  A  Suffern, New York.
6  Q  Is that an office building?
7  A  Office complex.
8  Q  And do you have an office there?
9  A  Yes.
10  Q  And I'm -- you have an office phone,
11  correct?
12  A  Correct.
13  Q  And you use that office phone to
14  communicate with White & Case regarding business
15  of M2 Loanco, LLC?
16  A  Correct.
17  Q  And what's that phone number.
18  A  I said it's a VOIP system.  You pick up
19  the phone and every time it's a different number.
20  Q  Every single time it's a different
21  number?
22  A  Correct.
23  Q  Okay.  So never the same number twice?
24  A  I didn't say.
25  Q  So if I were receiving a call from you

28

1  at the -- at your office in Perigrove and you were
2  using your office line there would be no way for
3  me to know that you were calling me from
4  a Perigrove line?
5  A  Would be, it would come up Perigrove
6  but it's not always the same line.
7  Q  How many office phones did you have --
8  do you have at your office in Perigrove?
9  MS. D'AMBRA:  Objection, asked and
10  answered.
11  BY MR. ZLUTICKY:
12  Q  I mean you can object to form but if
13  you'd like to instruct the witness not to answer,
14  you can do that but I believe your two options are
15  to object to form or to object and instruct the
16  witness not to answer.
17  MS. D'AMBRA:  You can answer.
18  THE WITNESS:  A VOIP phone is virtual,
19  wherever you go, so it's not just in the office.
20  It's everywhere.
21  BY MR. ZLUTICKY:
22  Q  Did also you also communicate with
23  White & Case regarding the business of M2 Loanco,
24  LLC using another phone?
25  A  I don't recall.

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

29

1    Q   Do you have a cell phone?
2    A   Yes.
3    Q   How many cell phones do you have?
4    A   Quite a few.
5    Q   You personally have quite a few cell
6  phones?
7    A   Correct.
8    Q   Okay.  And do each of these cell phones
9  have different numbers?
10   A   Yes.
11   Q   Would you use your cell phones to
12 communicate to White & Case on behalf of
13 M2 Loanco, LLC?
14   A   I don't recall.
15   Q   Did you look at any of your phone
16 records in preparation for your deposition today?
17   A   No.
18   Q   Other than your office phone at
19 Perigrove and your many cell phones you have, did
20 you use any other phone to communicate with White
21 & Case regarding the business of M2 Loanco, LLC?
22   A   I don't recall.
23   Q   Do you use other phone numbers to
24 communicate regarding business other than the
25 Perigrove office phone, which is a VOIP system,

30

1  and your cell phone?
2    A   Not that I'm aware of.
3    Q   Do you have a home phone line?
4    A   Yes.
5    Q   Do you use your home phone line to
6  communicate regarding business?
7    A   I don't use my home phone line at all.
8    Q   Is there any other location where you
9  would conduct business on behalf of M2 Loanco, LLC
10 other than the Perigrove office in Suffern?
11   A   Virtual.
12   Q   "Virtual" meaning you would log in
13 remotely from wherever you happen to be?
14   A   Correct.
15   Q   Do you have any other physical office
16 that you use to conduct business on behalf of
17 M2 Loanco, LLC other than the office of Perigrove
18 in Suffern?
19   A   No.
20   Q   Do you have a home office?
21   A   Yes.
22   Q   Do you conduct business out of your
23 home office?
24   A   I try not to.
25   Q   Are you successful?

31

1    A   That's a question you need to ask my
2  family.
3    Q   Well, I know that you say you try not
4  to but do you conduct business out of your home
5  office?
6    A   Correct.
7        REMOTE TECHNICIAN:  Counsel, could we
8  possibly move the microphone closer to the witness
9  just to make sure our court reporter can hear --
10       MS. D'AMBRA:  Unfortunately we can't.
11       MR. KAUFMAN:  They're all glued down.
12       REMOTE TECHNICIAN:  Okay.  Just -- the
13 voice is trailing off for the answers a lot.
14 I just want to make sure we're able to get a clear
15 record.
16       THE WITNESS:  I'll try to speak loud
17 louder.
18 BY MR. ZLUTICKY:
19   Q   Feel free to yell any time.
20       So did you ever communicate with White
21 & Case in person regarding the business of
22 M2 Loanco, LLC?
23   A   I don't recall.
24   Q   So we've gone over the use of phone so
25 now let's talk about text messages.  Did you send

32

1  any text messages to White & Case regarding the
2  business of M2 Loanco, LLC?
3    A   Not that I recall.
4    Q   Do you use any messaging system besides
5  standard text messages to communicate regarding
6  the business of M2 Loanco, LLC?
7    A   Not that I believe so.
8    Q   Do you have a Signal account?
9    A   I do.
10   Q   Do you use that Signal account to
11 conduct business of M2 Loanco, LLC?
12   A   No.
13   Q   You -- you recall that you don't do
14 that; is that correct?
15   A   Use it rarely, occasionally, for
16 personal.
17   Q   And you use it for personal use?
18   A   Yes.
19   Q   But not for business; correct?
20   A   Correct.
21   Q   Do you have a WhatsApp account?
22   A   Yes.
23   Q   Do you use your WhatsApp account to
24 conduct business on behalf of M2 Loanco, LLC?
25   A   I don't recall that.

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

9 (33 to 36)

33

1    Q   Do you use your WhatsApp account to
2 conduct business at all?
3    A   Yes.
4    Q   You just don't recall whether it was
5 for M2 Loanco, LLC?
6    A   Correct.
7    Q   Did you look at your WhatsApp account
8 in preparation for your deposition today?
9    A   Yes.
10   Q   And did you find any communications
11 regarding M2 Loanco, LLC?
12   A   No.
13   Q   So I'm confused.  You said you didn't
14 review any documents, so you would consider the
15 reviewing of your WhatsApp account something other
16 than a review of documents; it's a review of
17 information, is that right?
18   A   Device.
19   Q   Okay.  So that's helpful.  What devices
20 did you review to prepare for your deposition
21 today?
22   A   My computer where my mailbox is, my
23 phone.
24   Q   Okay.  So which phone is that because
25 you said you have multiple cell phones?

34

1    A   I looked at multiple.
2    Q   You looked at multiple cell phones in
3 preparation for your deposition today?
4    A   Not in preparation, just to see if
5 there's any WhatsApp messages of M2 Loanco.
6    Q   Okay.  So do you have multiple WhatsApp
7 accounts?
8    A   Yes.
9    Q   And do you use any of those WhatsApp
10 accounts to conduct business on behalf of
11 M2 Loanco, LLC?
12   A   No.
13   Q   But earlier you said you didn't recall
14 whether you used WhatsApp to conduct business on
15 behalf of M2 Loanco, LLC, so it no or is it that
16 you don't recall?
17   A   I can say a certain no, I don't recall.
18 I searched and I didn't find any.
19   Q   Do you use any other messaging programs
20 similar to Signal or WhatsApp?
21   A   No.
22   Q   Do you use Telegram?
23   A   No.
24   Q   Do you use any social media messaging
25 app?

35

1    A   No.
2    Q   Instagram?
3    A   No.
4    Q   So the only messaging program you use
5 is Whatsapp, Signal and standard text messages?
6    A   Right.
7    Q   Do you have multiple Signal accounts?
8    A   No.
9    Q   Now let's talk about emails.  You have
10 an email address of IL@perigrove.com; is that
11 correct?
12   A   Correct.
13   Q   And that's the email account that you
14 turned over to counsel for M2 Loanco, LLC?
15   A   Correct.
16   Q   Do you have any other email accounts at
17 Perigrove?
18   A   No.
19   Q   Do you have any other email accounts at
20 M2 Holdco, LLC?
21   A   No.
22   Q   Do you have any other email accounts
23 at all?
24   A   Yes.
25   Q   Do you conduct business using those

36

1 other email accounts?
2    A   Other business?
3        MR. KAUFMAN:  Nick, can you clarify,
4 business in what capacity?  Eric Kaufman for the
5 debtor.  I just want to clarify.  The question
6 was: Do you conduct -- as I heard it, the question
7 was asking about conducting business and I just
8 wanted a little clarification about which
9 businesses.
10 BY MR. ZLUTICKY:
11   Q   Yeah, I'm talking in general.  Do you
12 conduct any business out of those other email
13 accounts?
14       MR. KAUFMAN:  Object to form.
15       THE WITNESS:  Yes.
16       MS. D'AMBRA:  I will remind the witness
17 that he's here testifying on behalf of M2 Loanco.
18 BY MR. ZLUTICKY:
19   Q   Okay.  Thank you for the reminder.
20       Do you -- have you ever used any other
21 email accounts to conduct business on behalf of
22 M2 Loanco, LLC?
23   A   No.
24   Q   And how do you know that?
25   A   I know I used Perigrove.

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

---

37

1    Q    So you never used any other email
2  account to conduct business on behalf of
3  M2 Loanco, LLC?
4        **A    What does "conduct business" mean?**
5    Q    I didn't hear that answer, I'm sorry.
6        **A    What does "conduct business" mean?**
7        Q    Did you ever communicate with anyone
8  about M2 Loanco, LLC using an email address other
9  than IL@perigrove.com?
10       **A    I don't recall.  I recall using**
11 **IL Perigrove.**
12   Q    But you don't recall using others?
13       **A    Correct.**
14       Q    But you don't know one way or another
15 whether you used others?
16       **A    Correct.**
17       Q    Okay.  So what are those other email
18 addresses?
19       **A    I have a dozen email addresses.**
20   Q    Well, can you get a list and please
21 provide them to counsel and, counsel, I'm
22 requesting a list of those addresses.
23       MS. D'AMBRA:  Understood.
24 BY MR. ZLUTICKY:
25   Q    Now we've -- we've discussed the

---

38

1  methods of communication, I want to move from
2  White & Case to Zalman Shapiro.  When you
3  communicated with Zalman Shapiro regarding the
4  business of M2 Loanco, LLC, how would you do it?
5        **A    Mainly by phone.**
6    Q    I'm sorry, I didn't hear that answer.
7        **A    Mainly by phone.**
8    Q    Okay.  And would that be the Perigrove
9  phone?
10       **A    (Inaudible) phone.**
11       MR. ZLUTICKY:  Yeah, I don't know how
12 to -- I think that's a technical issue.
13       MS. D'AMBRA:  We're going to see if we
14 can get another microphone in here.  I'm not sure
15 we can but we'll try.
16 BY MR. ZLUTICKY:
17   Q    So, Mr. Lefkowitz, you said that you
18 would communicate with Zalman Shapiro regarding
19 the business of M2 Loanco, LLC by phone; is that
20 correct?
21       **A    Correct.  Okay.  Correct.**
22       Q    And what phone number would you use
23 other than the Perigrove office line that is the
24 VOIP line?
25       **A    I wouldn't recall.**

---

39

1    Q    But we've already established that you
2  conduct -- you would only conduct business using
3  the Perigrove phone or one of your cell phones,
4  correct?
5        **A    No, that's not correct.**
6    Q    Okay.  Can you tell me what other ways
7  you would communicate by phone?
8        **A    Grab a phone and call.  I don't recall**
9  **which phone I called from.**
10   Q    Most payphones in New York are
11 gone now, as I understand it, so how -- what phone
12 would you use?
13       **A    There's other phones other than**
14 **payphones in New York.**
15   Q    Okay.  So give me an example.
16       **A    Hotel room.**
17   Q    So you would use a hotel room telephone
18 to communicate with Mr. Shapiro?
19       **A    I said I don't recall, but not**
20 **necessarily just the VOIP phone and cell phone.**
21 **It could be any phone that I need to pick up and**
22 **make a phone call.**
23   Q    But in terms of what you recall --
24       **A    I don't recall.**
25   Q    You don't recall ever having a

---

40

1  telephone conversation with Mr. Shapiro regarding
2  M2 Loanco?
3        **A    I recall.  I don't recall from which**
4  **phone.**
5    Q    So I know you had several cell phones
6  that you use, so I'm going to ask for a list of
7  those cell phone numbers, if you could provide
8  that to counsel.
9        Counsel, I'm requesting those as well.
10       MS. D'AMBRA:  Understood.
11 BY MR. ZLUTICKY:
12   Q    Did you ever communicate with
13 Mr. Shapiro regarding M2 Loanco business using
14 text messages?
15       **A    I don't recall.**
16   Q    Did you communicate with Mr. Shapiro
17 regarding M2 Loanco business in person?
18       **A    Yes.**
19   Q    Where would those meetings take place?
20       **A    In the office.**
21   Q    When you say "the office," what office
22 are you talking about?
23       **A    Spook Rock.**
24   Q    That's the office in Suffern, New York?
25       **A    Correct.**

---

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

11 (41 to 44)

**41**

1    Q   Are the there any other locations where
2  you would meet with Mr. Shapiro to discuss
3  business of M2 Loanco?
4        **A   I don't recall.**
5        Q   When you -- did you communicate with
6  Mr. Shapiro by email about the business of M2
7  Loanco?
8        **A   I don't recall.**
9        Q   And so you wouldn't recall which email
10 addresses since you don't recall whether you did
11 or not; is that correct?
12       **A   Did you say Gmail addresses?  Where did**
13 **that come from?**
14       MR. ZLUTICKY:  Email.
15       MS. D'AMBRA:  Email.
16       THE WITNESS:  Oh, email.  I thought you
17 said Gmail.
18 BY MR. ZLUTICKY:
19       Q   Do you have a Gmail address?
20       **A   Yes.**
21       Q   Okay.  Do you use it to conduct
22 business?
23       MR. KAUFMAN:  Object to form.
24       THE WITNESS:  Not M2 Loanco business.
25 BY MR. ZLUTICKY:

**42**

1        Q   Are there any other methods you would
2  use to communicate with Mr. Shapiro regarding M2
3  Loanco business?
4        **A   No.**
5        Q   Not Signal?
6        **A   No.**
7        Q   Or WhatsApp?
8        **A   I don't believe so.**
9        Q   Facsimile?
10       **A   I don't know what that is, even.**
11       MS. D'AMBRA:  (Laughter).
12 BY MR. ZLUTICKY:
13       Q   Written letter?
14       **A   No.**
15       Q   All right.  Did you have telephone
16 conversations with Alan Rubenstein regarding the
17 business of M2 Loanco, LLC?
18       **A   Yes.**
19       Q   What telephone did you use to have the
20 communications with Mr. Rubenstein regarding the
21 business of M2 Loanco, LLC?
22       **A   It's the same answer applies what**
23 **I answered on Shapiro and White & Case.**
24       Q   Did you ever meet with Alan Rubenstein
25 in person to discuss the business of M2 Loanco,

**43**

1  LLC?
2        **A   Yes.**
3        Q   Where did you meet with Mr. Rubenstein
4  to discuss the business of M2 Loanco, LLC?
5        **A   His office.**
6        Q   "His office", you mean the office of
7  Rubenstein and Horowitz?
8        **A   Correct.**
9        Q   Do you know where that office is
10 located?
11       **A   I believe it's in Great Neck, Long**
12 **Island.**
13       Q   Did you ever meet with Mr. Rubenstein
14 at the Perigrove office to discuss the business of
15 M2 Loanco, LLC?
16       **A   Most likely.**
17       Q   Did you ever meet with Mr. Rubenstein
18 anywhere else to discuss the business of M2
19 Loanco, LLC?
20       **A   I don't recall.**
21       Q   Did you ever communicate with
22 Mr. Rubenstein by text message regarding the
23 business of M2 Loanco, LLC?
24       **A   I don't believe so.**
25       Q   Did you ever communicate with

**44**

1  Mr. Rubenstein using any other messaging app, like
2  WhatsApp or Signal, about the business of
3  M2 Loanco, LLC?
4        **A   I don't believe so.**
5        Q   And now Mr. Rubenstein is also
6  a director of M2 Loanco, LLC; correct?
7        **A   Correct.**
8        Q   So let's talk about Mr. Rubenstein's
9  communications.
10       How would Mr. Rubenstein communicate
11 with people about the business of M2 Loanco, LLC?
12       **A   I don't know.**
13       Q   And that's because you didn't talk to
14 Mr. Rubenstein prior to this deposition?
15       **A   You asked how did -- you asked how does**
16 **he communicate with people, and how would I know**
17 **how he communicates with people?**
18       Q   Well, did you ask him?
19       **A   Ask him how he communicate with people?**
20       Q   That is my question.
21       **A   I don't follow the question.**
22       Q   Okay.
23       **A   Because the question that -- I**
24 **understand that question was answered.**
25       Q   In preparation for today's deposition?

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

45

1      A   Oh, now you're talking.  Preparation
2  for today's conversation, I did ask him, correct.
3      Q   Hold on.  Let me finish my question.
4      In preparation for today's deposition,
5  did you talk to Alan Rubenstein?
6      A   Yes.
7      Q   When did you talk to Alan Rubenstein?
8      A   Last week.
9      Q   Did you discuss Alan Rubenstein's
10  communications on behalf of M2 Loanco, LLC?
11     A   Correct.
12     Q   What did he tell you?
13     MS. D'AMBRA:  If it's not privileged.
14     MR. ZLUTICKY:  I'm solely talking about
15  Alan Rubenstein as a director of M2 Loanco, LLC;
16  it's not privileged.
17     THE WITNESS:  I asked him if he has any
18  unprivileged communication, and he said he has
19  none.
20  BY MR. ZLUTICKY:
21     Q   That's all you asked him?
22     A   Correct.
23     Q   Did Alan Rubenstein communicate by
24  email on behalf of M2 Loanco, LLC?
25     A   I don't know.

46

1      Q   You don't know if he ever did?
2      A   Correct.
3      Q   Okay.  So would Alan Rubenstein ever
4  conduct business on behalf of M2 Loanco, LLC
5  without your direct involvement?
6      A   No.
7      Q   So would Alan Rubenstein ever have
8  a communication with anyone about M2 Loanco, LLC
9  that you weren't a part of?
10     MS. D'AMBRA:  Objection.
11     THE WITNESS:  I wouldn't know.
12  BY MR. ZLUTICKY:
13     Q   Are you objecting to form or what?
14     MS. D'AMBRA:  I'm objecting to scope.
15  He's not -- he's not Mr. Rubenstein.  He can't
16  testify as to what Mr. Rubenstein does or does not
17  do.
18     MR. ZLUTICKY:  That is absolutely not
19  correct.  This is a 30(b)(6) deposition.  He's
20  required to prepare for the deposition and the
21  topics set forth in the deposition which include
22  how the company communicates, that includes
23  Mr. Rubenstein as a director.  If he fails to do
24  that, that is a failure of your witness to prepare
25  for a 30(b)(6) deposition.

47

1      That is not outside the scope; it is
2  directly within the scope.  So I'm going to
3  continue to ask the questions about
4  Mr. Rubenstein's communications and get on the
5  record that your witness failed to prepare for
6  this deposition.
7      THE WITNESS:  The witness did not fail
8  to prepare for the deposition.  The witness did
9  communicate with Mr. Rubenstein.
10     But your question was:  does
11  Mr. Rubenstein communicate with other people and
12  how?  And how would I know that?  I am not
13  Mr. Rubenstein's babysitter.
14     MR. ZLUTICKY:  Lisa, could you please
15  read back the question.
16     (Court reporter read back question).
17     THE WITNESS:  Waiting for an answer,
18  Nick?
19  BY MR. ZLUTICKY:
20     Q   I am.
21     A   And how would I know?
22     Q   Well, that's a question.  I would
23  prefer an answer.
24     A   I'm answering you with a question.  How
25  would I know if Mr.Rubenstein ever had

48

1  a communication without me being part of?  Isn't
2  that a trick question?
3      Q   No, I'm not trying to trick anybody.
4  I'm asking what you --
5      A   You are trying to trick because you
6  asked me, did Mr. Rubenstein conduct business
7  directly without me being part of, and I said
8  I don't believe so.  Now you ask a second
9  question, did Mr. Rubenstein ask or spoke to
10  anyone about M2 Loanco without me being part of.
11  In order for me to know that, I would have to be
12  a Siamese twin to him.
13     Q   Mr. Lefkowitz, I promise this will go
14  a lot quicker if you would just answer the
15  question that you are asked.
16     A   I promise it will go a lot quicker if
17  you ask a precise question.  We'll get a precise
18  answer like you got all the precise answers to
19  your precise questions.
20     MR. ZLUTICKY:  Lisa, can you please
21  read the question back again.
22     (Court reporter read back question).
23     A   I don't know.
24  BY MR. ZLUTICKY:
25     Q   Let's take about the methods that Alan

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

49

1  Rubenstein -- I'm sorry, is it "Rubensteen" or
2  "Rubenstine"?
3  **A  I'm sure he won't be offended if you**
4  **call him "Stine", "Steen", "Stan."**
5  Q  Understood, but as somebody who has a
6  last name that is very difficult to pronounce, I
7  want to be cognizant of that.
8  So, Mr.Rubenstein, I want to talk about
9  the methods that he would use to communicate on
10 behalf of M2 Loanco, LLC as the director.
11 Would Alan Rubenstein communicate as a
12 director of M2 Loanco by email?
13 **A  Very rarely.  Most of the business is**
14 **done by phone.**
15 Q  What email address would Alan
16 Rubenstein use to conduct business on behalf of
17 M2 Loanco?
18 **A  Law firm email.**
19 Q  What is that email address?
20 **A  I don't recall it.**
21 Q  Other than his law firm email address,
22 would Alan Rubenstein use any other email
23 addresses to conduct business on behalf of
24 M2 Loanco, LLC?
25 **A  Not that I know of.**

50

1  Q  Did you ask him?
2  **A  No.**
3  Q  Did Alan Rubenstein use the telephone
4  to communicate about the business of M2 Loanco,
5  LLC?
6  **A  Yes.**
7  Q  Okay.  Do you know what phone he used?
8  **A  No.**
9  Q  And that's because you didn't ask him?
10 **A  Correct.**
11 Q  Did Alan Rubenstein ever send text
12 messages about the business of M2 Loanco, LLC?
13 **A  I don't believe so.**
14 Q  Did you ask him?
15 **A  Yes.**
16 Q  You did ask him about text messages but
17 not phone calls?
18 **A  Correct.**
19 Q  Okay.  And what did he tell you?
20 **A  He said he has none.**
21 Q  Did he say he never used text message
22 or just that he has none?
23 **A  I don't recall the exact answer.**
24 Q  Okay.  Have you ever gotten a text
25 message from Alan Rubenstein?

51

1  **A  Probably.**
2  Q  Do you recall whether you've received a
3  text message from Alan Rubenstein regarding M2
4  Loanco?
5  **A  No.**
6  Q  No, you don't recall?
7  **A  Correct.**
8  Q  Did Alan Rubenstein use any other
9  messaging systems or applications like WhatsApp or
10 Signal to send communications regarding the
11 business of M2 Loanco, LLC?
12 **A  Communicate WhatsApp but there's**
13 **nothing about M2 Loanco.**
14 Q  So Alan Rubenstein has a WhatsApp
15 account; is that correct?
16 **A  Correct.**
17 Q  And he would communicate with you via
18 the WhatsApp account?
19 **A  Short messages, "I'm here," "I'm**
20 **coming," "I'm late."**
21 Q  But do you know whether he would use
22 the WhatsApp account to communicate about the
23 business of M2 Loanco, LLC?
24 **A  Asked and he said no.**
25 Q  You asked Alan Rubenstein if he used

52

1  WhatsApp and he said no?
2  **A  I asked him if he has any messages or**
3  **records on M2 Loanco on his WhatsApp and he said**
4  **no.**
5  Q  Did you ask Mr. Rubenstein about any
6  other messaging systems?
7  **A  No.**
8  Q  So you just asked him about text
9  messages and WhatsApp; is that correct?
10 **A  Correct.**
11 Q  Do you know whether Alan Rubenstein
12 uses any other messaging systems?
13 **A  I don't.**
14 Q  Did you ask him?
15 **A  No.**
16 Q  Does Alan Rubenstein use any email
17 addresses other than his firm email address?
18 **A  I don't know.**
19 Q  And if I already asked this, I
20 apologize, I didn't write it down.  When did Alan
21 Rubenstein become a director of M2 Loanco, LLC?
22 **A  I believe sometime in '22.**
23 Q  Did you ask Alan Rubenstein to be
24 a director of M2 Loanco, LLC?
25 **A  Yes.**

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

14 (53 to 56)

---

53

1    Q   Why?
2    A   Carry the load.
3    Q   What load?
4    A   M2 Loanco.
5    Q   So what was the load of M2 Loanco that
6 you needed help carrying?
7    A   Monitoring the loan.
8    Q   When you say "the loan," what do you
9 mean?
10    A   Several loans that M2 Loanco is
11 holding.
12    Q   And the borrower or borrowers under
13 those loans, are those -- did those include what
14 is now known as Tehum Care Services, Inc?
15    A   Correct.
16    Q   And that's a loan where M2 Loanco is
17 the lender?
18    A   Correct.
19    Q   How would you -- how would M2 Loanco,
20 LLC communicate with Tehum Care Services, Inc
21 about the loan or loans?
22    A   By phone.
23    Q   Who is the person at Tehum Care
24 Services, Inc that you would communicate with
25 about the M2 Loanco loans?

---

54

1    A   Tehum's counsel.
2    Q   I'm sorry, I didn't catch that.
3    A   Counsel, Tehum -- Tehum's attorneys.
4    Q   And who are those?
5    A   Norton.
6    Q   Okay. So what I'm asking is how you
7 would communicate with the borrowers which include
8 Tehum Care Services, Inc?
9    A   I am the sole director of Tehum.
10    Q   Is there anyone at Tehum Care Services,
11 Inc would communicate with other than yourself
12 about the M2 Loanco loans?
13    A   Our chief restructuring officer.
14    Q   And who's that?
15    A   Russell Perry from Ankura.
16    Q   Prior to Russell Perry's engagement as
17 chief restructuring officer, is there anyone else
18 that you would communicate with about the loans
19 made by M2 Loanco to Tehum Care Services, Inc?
20    A   Tehum's counsel.
21    Q   And who's that?
22    A   Gray Reed.
23    Q   Okay. Prior to Gray Reed's engagement
24 as counsel for Tehum Care Services, Inc, who would
25 you communicate with at Tehum Care Services, Inc

---

55

1 regarding the M2 Loanco loans?
2    A   White & Case.
3    Q   Did White & Case represent Tehum Care
4 Services, Inc?
5    A   I'm not sure. I did have conversation
6 with White & Case about it.
7    Q   Did you have any conversations with
8 White & Case after their engagement by M2 Loanco
9 ended in midyear of 2022 about the M2 Loanco
10 loans?
11    A   Yes.
12    Q   Okay. And so because White & Case
13 wasn't representing M2 Loanco at that time, who
14 was White & Case representing?
15    A   I don't recall who were they
16 representing but it was post transaction that we
17 had communications with.
18    Q   Is there anyone else you had
19 communications with about the M2 Loanco loans made
20 to Tehum Care Services, Inc besides White & Case,
21 Gray Reed and Mr. Perry?
22    A   Mr. Rubenstein and Mr. Shapiro.
23    Q   Anyone else?
24    A   I don't recall.
25    Q   Did you ever have communications with

---

56

1 an accountant about the M2 Loanco loans to Tehum
2 Care Services, Inc?
3    A   I don't recall.
4    Q   Does M2 Loanco, LLC have financial
5 statements?
6    A   I believe so.
7    Q   Okay. Who prepared these financial
8 statements?
9    A   Accountant.
10    Q   Who's the accountant?
11    A   I don't recall the name of the firm.
12    Q   Do you recall the name of the
13 accountant?
14    A   No.
15    Q   You just know an accountant.
16    A   Right.
17    Q   You just know an accountant did it?
18    A   Right.
19    Q   But you don't know who?
20    A   I don't recall which accountant. But
21 if you leave it blank, we'll provide it to you.
22    Q   Did M2 Loanco use multiple accountants
23 to conduct its accounting?
24    A   Oh, M2 Loanco does not, but the parent
25 company does.

---

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

15 (57 to 60)

---

**57**

1  Q  By "the parent company", do you mean
2  M2 Holdco, LLC?
3  **A  Correct.**
4  Q  And did M2 Holdco, LLC directly engage
5  accountants or were those accountants in --
6  **A  Mm-hmm.**
7  Q  Okay.  You said "Yes?"
8  **A  Correct.**
9  Q  And who would get copies of the
10 M2 Loanco, LLC financials?
11 **A  I do.**
12 Q  Anyone else?
13 **A  I don't know.**
14 Q  Would you provide them to anyone else?
15 **A  Counsel.**
16 Q  And who's "counsel" in that sentence?
17 **A  Norton.**
18 Q  Prior to Norton Rose Fulbright's
19 engagement, who would you provide them to?
20 **A  Mr. Rubenstein, Mr. Shapiro.**
21 Q  Would you do that by email?
22 **A  Either email or hard copy.**
23 Q  If they were hard copy, would you
24 deliver those copies?
25 **A  In the office.**

---

**58**

1  Q  Would you hand-deliver copies to
2  Mr. Rubenstein and Mr. Shapiro of the financials?
3  **A  I don't recall, but it's either/or,**
4  **either hard copy or email.**
5  Q  And if it was hard copy, how would you
6  deliver that to Mr. Rubenstein?
7  **A  Hard copy in the office.**
8  Q  In whose office?
9  **A  Perigrove's office.**
10 Q  Okay.  And with Mr. Shapiro, you said,
11 same answer, hard copy in the office; is that
12 right?
13 **A  Correct.**
14 Q  And whose office?
15 **A  Perigrove.**
16 Q  Okay.  And that's the office in
17 Suffern?
18 **A  Correct.**
19 Q  Does M2 Loanco, LLC keep any internal
20 records regarding the loans made that M2 Loanco is
21 the lender on?
22 **A  Electronically.**
23 Q  Is that a "Yes"?
24 **A  I said "Yes, electronically."**
25 Q  Electronically, okay.  So let's talk

---

**59**

1  about those electronic records.  How would M2
2  Loanco, LLC maintain its electronic records?
3  **A  The email server.**
4  Q  What email server?
5  **A  IL@perigrove.com.**
6  Q  Other than IL@perigrove.com, where
7  would the M2 Loanco internal records be?
8  **A  IL@perigrove.**
9  Q  So, if M2 -- so M2 Loanco has financial
10 statements; correct?
11 **A  Correct.**
12 Q  By those are only available on your
13 email account at Perigrove?
14 **A  Correct.**
15 Q  They are not saved to your desktop at
16 Perigrove; they're not saved anywhere else?
17 **A  No, they are.  They're saved on a drop**
18 **box.**
19 Q  On a drop box?
20 **A  Correct.**
21 Q  Okay.  And who controls that drop box?
22 **A  Perigrove.**
23 Q  Okay.  And that drop box contains the
24 records of M2 Loanco, LLC?
25 **A  As well.**

---

**60**

1  Q  I didn't catch that.
2  **A  As well.**
3  Q  As well as what?
4  **A  As perigrove.com, IL@perigrove.com.**
5  Q  Okay.  Who -- and you have access to
6  this drop box.
7  **A  Right.**
8  Q  And that's where the non-email records
9  of M2 Loanco, LLC are maintained?
10 **A  Some of them, yeah.**
11 Q  Where are the others?
12 **A  IL@perigrove.com.**
13 Q  So, other than IL@perigrove.com and
14 this drop box, is there anywhere else that
15 M2 Loanco files are held?
16 **A  Attorneys.**
17 Q  You're saying the attorneys for
18 M2 Loanco, LLC have --
19 **A  Attorneys, accountants.**
20 Q  Okay, so let's drill down on that.
21 When you say attorneys have the records
22 of M2 Loanco, LLC, which attorneys are you talking
23 about?
24 **A  I believe we went through this in the**
25 **last hour who the attorney for M2 Loanco is and**

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

16 (61 to 64)

61

1  you're asking me where records are kept and --
2    Q   I am.
3    A   -- I'm giving you -- and I'm giving you
4  three locations.  Either IL@perigrove.com or the
5  drop box or at the attorneys that's representing
6  M2 Loanco.
7    Q   Okay.  And those are the attorneys
8  we've already discussed?
9    A   Correct.
10   Q   Is there anywhere else M2 Loanco has
11 records?
12   A   Not that I'm aware of.
13   Q   Okay.  You said sometimes financials
14 would be either email or hard copy.  Where are the
15 hard copies located?
16   A   Once I hand over a hard copy, I don't
17 have it.  We don't keep hard copies of anything.
18 We are a paperless office.
19   Q   So -- but -- but you said it was either
20 hard copy or email, so --
21   A   You asked me -- you asked me how did I
22 hand over a financial statement to a colleague.
23 I said either by email or by hard copy.
24   Q   Okay.  And then would anyone hand you
25 financial statements by hard copy or was it all

62

1  done electronically?
2    A   No, it could be, but if it's a hard
3  copy it would have been scanned and stored on
4  a disk drive.
5    Q   Okay.  And when you say "scanned and
6  stored," where would it be stored?
7    A   The drop box or email.
8    Q   And email, you mean IL@perigrove.com?
9    A   Correct.
10   Q   Does Alan Rubenstein have a Perigrove
11 email account?
12   A   I don't believe so.
13   Q   Zalman Shapiro does though; correct?
14   A   Yes.
15   Q   When M2 Loanco would enter into
16 amendments to credit -- its credit agreement
17 with, formerly Corizon, now known as YesCare, how
18 would M2 Loanco maintain records of those
19 amendments?
20       MR. KAUFMAN:  Object to form.
21       THE WITNESS:  Same way, email and drop
22 box.
23 BY MR. ZLUTICKY:
24   Q   The email being IL@perigrove.com?
25   A   Correct.

63

1        MR. KAUFMAN:  Nick, can we take a bio
2  break in the next few minutes?
3        MR. ZLUTICKY:  Yeah, I think this is
4  just as fine a point as any.  Why don't we take
5  ten?
6        MS. D'AMBRA:  Okay.
7        MR. ZLUTICKY:  So we'll stop here and
8  we'll reconvene at 11:35 Eastern.
9        (Recess taken 11:23 a.m. to 11:35 a.m.)
10 BY MR. ZLUTICKY:
11   Q   Mr. Lefkowitz, are you ready to
12 continue?
13   A   Yes, sir.
14   Q   So let's go back on the record.
15       We were talking about in M2 Loanco's
16 loans that it's made.
17       So one of the loans that M2 Loanco was
18 a lender on was a loan that was originally made to
19 various entities that were merged into Corizon
20 Health, Inc.  Do you recall that?
21   A   Yes.
22   Q   So I'm not trying to -- today, we're
23 really focused on some specific topics and so I'm
24 not trying to get into all of the details of the
25 combination merger and the divisional merger.

64

1        But I just want to make sure we
2  understand one another so I'm asking precise
3  questions.
4        So, in May of 2022, there was a
5  combination merger where Valitas Health Services,
6  Inc, Corizon LLC, Corizon Health, Inc, and Corizon
7  of New Jersey LLC merged into a single entity
8  under Texas law; is that correct?
9    A   Right.
10   Q   Okay, and I'm going to refer to that as
11 "the combination merger."
12       Then after that combination merger
13 Corizon Health, Inc, incorporated under Texas law,
14 did a divisional merger which resulted in two
15 entities, Corizon Health, Inc, which is now known
16 as Tehum Care Services, Inc; is that right?
17   A   I believe so.
18   Q   And then the other entity that was
19 split out in the divisional merger is now known as
20 YesCare Corp; is that right?
21   A   Or CHS Texas.
22   Q   Or CHS Texas, but it's now known as
23 YesCare; is that right?
24   A   Correct.
25   Q   And that originally, when the

65

1  divisional merger was, that was CHS TX Inc; is
2  that right?
3     A  Correct.
4     Q  Okay.  And CHS stood for Corizon Health
5  Services?
6        MR. KAUFMAN:  Object to form.
7        THE WITNESS:  I don't believe so.
8  BY MR. ZLUTICKY:
9     Q  Okay.  You think it's just a
10  coincidence that it was named CHS.
11     A  I don't know.
12     Q  Okay.  Is CHS an acronym?
13     A  I don't know what it is.
14     Q  Okay.  Did you pick the name?
15     A  I didn't pick the name, no.
16     Q  Okay.  Do you know who did?
17     A  No.
18     Q  Okay.  So there was a loan that was
19  made by M2 Loanco to the entities that combined in
20  the combination merger; are you familiar with that
21  loan?
22     A  Yes.
23     Q  Okay.  In that loan there's an
24  administrative agent called Cortland Capital
25  Market Services LLC.  Are you familiar with

67

1     A  Correct.
2     Q  And those are the only two places it
3  would be located on M2 Loanco site?
4     A  I believe so.
5     Q  When you say Cortland's role was
6  servicing, what do you mean by "servicing?"
7     A  There is servicing activity that goes
8  on in a loan.
9     Q  Okay.  Can you describe what that is?
10     A  Yes.  Keeping calculations, keeping
11  tab, sending statements.
12     Q  Does that include collecting payments?
13     A  Probably, yeah.
14     Q  Cortland then remit the payments to
15  M2 Loanco?
16     A  Part of the servicing.
17     Q  Is that a "Yes?"
18     A  If there was any payments made.
19     Q  Was there a written servicing agreement
20  between Cortland and M2 Loanco?
21     A  I believe so.
22     Q  Who owns Cortland, if you know?
23     A  I don't know.
24     Q  Do you have any ownership interest in
25  Cortland?

66

1  Cortland?
2     A  Yes.
3     Q  What was Cortland's role in the loan
4  that M2 Loanco made to those entities?
5     A  Servicing.
6     Q  Did you have communications with
7  Cortland about Cortland's servicing of the
8  M2 Loanco loan?
9     A  I don't recall.
10     Q  Did Alan Rubenstein have communications
11  with anyone at Cortland regarding Cortland's
12  servicing of the M2 Loanco loan?
13     A  I don't know.
14     Q  Did you ever have communications with
15  Pinju Chiu, P-I-N-J-U, C-H-I-U at Cortland?
16     A  I don't recall.
17     Q  Do you recall ever having
18  communications with anyone at Cortland?
19     A  I don't recall.
20     Q  If there are any records of
21  communications between M2 Loanco and Cortland,
22  would those be stored in the IL@perigrove.com
23  email account?
24     A  Yes, sir.
25     Q  Or the drop box?

68

1     A  No.
2     Q  Do you have any ownership interest in
3  any company that owns Cortland?
4     A  I don't know who owns Cortland.
5     Q  Why did M2 Loanco select Cortland to
6  service the loan?
7     A  Because M2 -- I think Cortland was
8  servicing prior to us coming in.
9     Q  When you say "us coming in", who is the
10  us in that sentence?
11     A  To Holdco.
12     Q  And when you say "coming in," what does
13  "coming in" mean?
14     A  December of '21.
15     Q  That -- that's a date.  I'm saying what
16  does "coming in" mean?
17     A  Say, Cortland was a pre-existing
18  servicing company to the loan.
19     Q  And that's a loan that M2 Loanco
20  acquired in December of '21?
21     A  No.
22     Q  Okay.  So what does "coming in" mean?
23     A  Delete the word "coming in."
24     Q  I'm sorry?
25     A  I say delete the answer "coming in."

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

---

**69**

1  Q  Well - we're not deleting any of it.
2  It's all in the record.
3  A  So -- so don't delete it. Just -- I
4  just misspoke, "coming in." Because you don't
5  understand what "coming in" means, so let's get
6  away from the word "coming in."
7  Q  Well, I'm asking what you meant by it,
8  that's all.
9  A  Prior -- prior to my role, Cortland was
10  in M2 Loanco prior to my role.  I inherited
11  Cortland.
12  Q  Okay.  When you say "you," who is the
13  "you" in that sentence?
14  A  Isaac Lefkowitz.
15  Q  Okay.  And when you say "inherited
16  Cortland," what do you mean "inherited Cortland?"
17  A  So this is going to be an interesting
18  conversation.
19      So when I took over the role at M2
20  Loanco, Cortland was already the servicing company
21  for M2 Loanco.
22  Q  Okay.
23  A  It wasn't my election to hire Cortland.
24  Q  And so you -- assumed you'd engage
25  Cortland as the servicer under the servicing

**70**

1  agreement after you joined M2 Loanco as a director
2  in December 2021?
3  A  I didn't engage them.  They were
4  engaged already.
5  Q  And you continued that engagement.
6  A  Correct.
7  Q  On behalf of M2 Loanco, LLC?
8  A  Correct.
9  Q  But you don't know who engaged them in
10  the first place at M2 Loanco?
11  A  Correct.
12      MR. ZLUTICKY:  Julie, I don't believe
13  we have a copy of that servicing agreement in
14  what's already been produced.  If we do, then
15  that's my error, but if we don't, then please send
16  us the servicing agreement.
17      MS. D'AMBRA:  It's noted.
18  BY MR. ZLUTICKY:
19  Q  Did M2 Loanco make any additional loans
20  to the entities that were combined in the
21  combination merger?
22      MR. KAUFMAN:  Object to form.
23      THE WITNESS:  So made additional loans?
24  I don't know what you're talking about, two
25  entities and combined, but they did make

**71**

1  additional loans.
2  BY MR. ZLUTICKY:
3  Q  Did they make additional loans to
4  Corizon, LLC?
5  A  Yes.
6  Q  Did they make additional loans to
7  Corizon of New Jersey LLC?
8  A  Made it to the group of entities.  I
9  don't know exactly to which entity, what funds
10  went to.
11  Q  But M2 Loanco made loans to one or more
12  of the entities that entered into the combination
13  merger; is that correct?
14  A  Correct.
15      MR. KAUFMAN:  Object to form.
16  BY MR. ZLUTICKY:
17  Q  Did Cortland service the other loans?
18      MR. KAUFMAN:  Object to the form.
19      THE WITNESS:  I believe so.
20  BY MR. ZLUTICKY:
21  Q  Does Cortland service all of the loans
22  that M2 Loanco holds?
23  A  Except the DIP loan.
24  Q  So, all of the loans that M2 Loanco's
25  made except for the debtor in possession loan

**72**

1  that's been made in this bankruptcy case; is that
2  right?
3  A  Correct.
4  Q  Who represented M2 Loanco, LLC in the
5  negotiation of those loans?
6      MR. KAUFMAN:  Object to form.
7      THE WITNESS:  We went through this line
8  of questioning before, who the attorneys for
9  M2 Loanco was.
10  BY MR. ZLUTICKY:
11  Q  I'm asking who represented M2 Loanco
12  not as attorneys but as agents, as directors.  Who
13  were the individuals who conducted the business of
14  M2 Loanco, LLC in negotiating the terms of those
15  loans?
16      MR. KAUFMAN:  Objection to form.
17      THE WITNESS:  It's the same
18  individuals, myself, Mr. Rubenstein, Mr. Shapiro.
19  BY MR. ZLUTICKY:
20  Q  Anyone else?
21  A  Not that I recall.
22  Q  What is your role at YesCare?
23  A  Director and monitor.
24  Q  Describe what monitor means?
25  A  Monitor the functionality of the

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

73

1   business, that the loan is sustainable.
2       Q   What loan are you talking about when
3   you say "the loan?"
4       A   M2 Loanco's loan.
5       Q   M2 Loanco has a loan under which
6   YesCare Corp is the borrower; is that right?
7       A   Correct.
8       Q   And you are a director of both
9   M2 Loanco, LLC and YesCare Corp?
10      A   Correct.
11      Q   Do you use your IL@perigrove.com
12  account to conduct the business of YesCare Corp?
13      A   Very little.  I have a YesCare Corp
14  email.
15      Q   So you have an IL@yescarecorp email
16  address; is that right?
17      A   Correct.
18      Q   Do you communicate regarding M2
19  Loanco's loans using your IL@yescarecorp email
20  address?
21      A   I don't believe so.
22      Q   Did you check?
23      A   I said all M2 Loanco business is
24  conducted on IL Perigrove.  It may have been cc'd
25  to IL YesCare but I don't conduct M2 Loanco

74

1   business under IL YesCare.
2       Q   So is it that you don't recall or that
3   you know you didn't?
4       A   I don't recall and I didn't check.
5       Q   You did not check; correct?
6       A   Correct.
7       Q   So I want to move to the funding
8   agreement.  Are you generally familiar with the
9   funding agreement dated May 5th between M2 Loanco,
10  LLC and Corizon Health, Inc?
11      A   Yes.
12      Q   And I don't want to go through all the
13  details of that funding agreement, which is why
14  we're not going to put it up on the screen here,
15  but under that funding agreement generally, is it
16  your general understanding that M2 Loanco was
17  obligated to provide certain funds to Corizon
18  Health, Inc under the terms and conditions of that
19  agreement?
20      A   Correct.
21      Q   Who negotiated the funding agreement
22  for M2 Loanco, LLC?
23      A   White & Case.
24      Q   And who negotiated the funding
25  agreement on behalf of Corizon Health, Inc?

75

1       A   I believe it was their in-house
2   counsel.
3       Q   Who is that?
4       A   Scott King.
5       Q   Is that J. Scott King?
6       A   I don't know about the J.  I know him
7   as Scott King.
8       Q   You know him as Scott King.
9           And Scott King was in-house counsel at
10  Corizon Health, Inc?
11      A   Correct.
12      Q   Okay.  So, under the funding agreement
13  M2 Loanco made certain payments on behalf of
14  Corizon Health, Inc; is that correct?
15      A   Correct.
16      Q   Okay.  And you said -- and this was not
17  an agreement that Cortland serviced; is that
18  correct?
19      A   Correct.
20      Q   So, let's talk a little bit about the
21  process and how it would work.
22          So, who would make the request on
23  behalf of Corizon Health, Inc that M2 Loanco make
24  an advance or fund a payment?
25      A   So we had a facilitator agreement with

76

1   a company called Geneva Consulting, so Corizon
2   made a request to Geneva and Geneva made it to M2.
3       Q   So let's talk about that.
4           Corizon would make a request to Geneva
5   Consulting LLC; is that correct?
6       A   Correct.
7       Q   Who at Corizon would make that request?
8       A   Myself.
9       Q   You would?  Isaac Lefkowitz?
10      A   Correct.
11      Q   You would make a request to Geneva
12  Consulting LLC; is that right?
13      A   Correct.
14      Q   Who at Geneva Consulting LLC would you
15  make the request to?
16      A   There's -- there's a whole group of
17  people in Geneva?
18      Q   What is your role at Geneva Consulting
19  LLC?
20      A   I don't have a role in Geneva.
21      Q   Do you have any ownership interest in
22  Geneva Consulting LLC?
23      A   No.
24      Q   Have you ever been a director of Geneva
25  Consulting LLC?

---

**77**

1    A   I don't believe so.
2    Q   Have you ever been an officer of Geneva
3 Consulting LLC?
4    A   I don't recall.  I don't believe so.
5    Q   Does Perigrove own Geneva Consulting
6 LLC?
7    A   I don't know who owns Geneva Consulting
8 LLC.  I don't know the structure of Geneva
9 Consulting.
10   Q   Why was Geneva Consulting engaged under
11 a facilitator agreement?
12   A   To vet the invoices and payments.
13   Q   Okay.  Let's drill down on that.
14       So you said to collect the invoices and
15 payment; is that right?
16   A   To verify the legitimacy of it.
17   Q   So you said you don't know who owns
18 Geneva Consulting LLC; is that right?
19   A   Correct.
20   Q   Do you know who the officers or
21 directors are of Geneva Consulting LLC?
22   A   No.
23   Q   Earlier you had said that you, on
24 behalf of Corizon Health, Inc, would make a
25 request to Geneva Consulting LLC to fund a

**78**

1 payment; is that right?
2    A   (Inaudible), to vet.
3    Q   I'm sorry, I couldn't hear with the
4 background noise.
5    A   I didn't say to fund, I said to vet.
6    Q   To vet.  Okay.  So what do you mean by
7 vet?
8    A   We get an invoice from Nick Zluticky
9 for a million dollars, who is he?  Why are we
10 paying it?  Why do we own him?
11   Q   And was Geneva's job to figure out why
12 they need -- why M2 needs to pay Nick Zluticky?
13   A   Correct.
14   Q   So it's Geneva Consulting's job to
15 figure out what the invoice is for and whether M2
16 Loanco needs to pay it?
17   A   Correct.
18   Q   And who at Geneva Consulting would you
19 communicate with about paying an invoice under the
20 funding agreement?
21   A   I would call people there.
22   Q   Can you name them, please?
23   A   There's -- there's mainly -- mainly a
24 girl by the name of Miriam.
25   Q   What's her last name?

**79**

1    A   I forgot her last name.
2    Q   Okay.  Anyone else besides Miriam?
3    A   That was my direct contact.
4    Q   So your only direct contact was Miriam?
5    A   Correct.
6    Q   What about Zalman Shapiro?
7    A   Could be.  I don't recall.  Not on a
8 daily basis, for sure, no.
9    Q   Did Zalman Shapiro have a role at
10 Geneva Consulting.
11   A   I don't recall.
12   Q   So why don't we go ahead and we're
13 going to introduce a new exhibit now.  Exhibit 2.
14       Lisa and Blake, it's the Geneva
15 facilitator agreement and it starts with M2
16 Loanco, and the Bates number is 6620.
17       REMOTE TECHNICIAN:  As I've marked this
18 as Exhibit 2.
19       (Exhibit No. 2 was marked for
20 identification.)
21 BY MR. ZLUTICKY:
22   Q   So, Mr. Lefkowitz, this is the
23 facilitator agreement that we were discussing a
24 moment ago; are you familiar with this document?
25   A   Yes.

**80**

1    Q   Can you scroll to page -- the very end,
2 the last page.
3       Okay, so we're going to focus on the
4 signatories of the agreement so Corizon Health,
5 Inc, it says "Isaac Lefkowitz, authorized
6 signatory."  Is that your signature on page 5?
7    A   Yes.
8    Q   Okay.  And you signed it on behalf of
9 Corizon Health, Inc; is that right?
10   A   Yes.
11   Q   Okay.  And then M2 Loanco, LLC, it
12 appears to be signed by Alan Rubenstein.  Is that
13 Alan Rubenstein's signature?
14   A   I believe so.
15   Q   And Alan Rubenstein was the other
16 director of M2 Loanco, LLC at the time this
17 document was signed?
18   A   Correct.
19   Q   Okay.  And then the facilitator, Geneva
20 Consulting, is signed by Zalman Shapiro; do you
21 see that?
22   A   Yes.
23   Q   And is that Zalman Shapiro's signature?
24   A   I believe so.
25   Q   Okay.  So Zalman Shapiro had some role

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

**81**

1  in Geneva Consulting when he signed this
2  agreement, did he not?
3      **A  Right.**
4      Q  Okay.  But you don't know what that
5  role was?
6      **A  It says authorized signatory.**
7      Q  I'm just asking you:  Do you know what
8  that role was?
9      **A  It could be -- it could have been**
10  **counsel to Geneva Consulting then.**
11      Q  Okay.  He was also counsel to M2
12  Loanco; right?
13      **A  No, to Perigrove.**
14      Q  You said earlier that he was in-house
15  counsel for M2 Loanco.
16      **A  I did not say that.  I said he was**
17  **in-house counsel for Perigrove.**
18      Q  Transcript will say what it says.
19      All right.
20      **A  Clearly.  And you asked me after the --**
21  **did M2 Loanco have an inside counsel, and I said**
22  **no.**
23      Q  Okay.
24      **A  The transcript will say what I said.**
25      Q  Okay.  So, did you have communication

**82**

1  with Zalman Shapiro in his role at Geneva
2  Consulting on the funding agreement?
3      **A  I don't recall.**
4      Q  You can take exhibit 2 down, Blake,
5  thank you.
6      So let's walk through the funding
7  agreement process again.
8      So you would communicate to Geneva
9  about an invoice, and Geneva's job was to vet the
10  invoice; is that right?
11      **A  Repeat that again?**
12      Q  All right.  So you would make a request
13  to Geneva to fund an invoice and it was Geneva's
14  job to vet that invoice; is that right?
15      **A  No, that's not right.**
16      Q  Okay.  Then what was Geneva's job?
17      **A  Just to vet, not to fund.**
18      Q  Okay.  So, when Geneva -- so Geneva
19  would vet the invoice; correct?
20      **A  Correct.**
21      Q  They would determine whether the
22  invoice should be paid?
23      **A  Correct.**
24      Q  And --
25      MR. KAUFMAN:  Nick, can I interject?

**83**

1  Are we on topic 12 now, because I thought you said
2  at the outset that you were skipping 12 today?
3      MR. ZLUTICKY:  We are, except what I'm
4  trying to get at is the communications between M2
5  and Geneva, and where those would be located.
6      MR. KAUFMAN:  Which topic is -- which
7  topic is that, just --
8      MR. ZLUTICKY:  14 through 17.
9      MR. KAUFMAN:  Okay.  All right.  Sorry.
10  Continue.
11  BY MR. ZLUTICKY:
12      Q  So, Geneva would then determine whether
13  or not an invoice should be paid, and Geneva would
14  make that communication to M2 Loanco; is that
15  correct?
16      **A  Correct.**
17      Q  Okay.  And who at M2 Loanco would
18  Geneva communicate with?
19      **A  Myself and Alan.**
20      Q  How would Geneva communicate with you
21  and Alan about the invoice?
22      **A  Mainly by phone.  It wasn't on each**
23  **invoice.  It was just on a batch.**
24      Q  So this was done in batches?
25      **A  Right.**

**84**

1      Q  So you would collect in a group of
2  invoices and then send it to Geneva to vet, and
3  then Geneva would report to M2 Loanco on which
4  invoices should be paid?
5      **A  No, Geneva would say "I need X amount**
6  **of dollars to pay invoices."**
7      Q  And that would be because Geneva had
8  done its job under the facilitator agreement to
9  determine that an invoice should be paid?
10      **A  Correct.**
11      Q  And what would M2 Loanco do once it
12  received that request from Geneva?
13      **A  Give them the go-ahead to pay.**
14      Q  And how would it be paid?  Who would be
15  the -- where would the money come from?
16      **A  Geneva's account.**
17      Q  Geneva had a separate bank account?
18      **A  Yes.**
19      Q  And Geneva was the owner of that bank
20  account?
21      **A  Correct.**
22      Q  And where was that bank account
23  located?
24      **A  I don't recall.**
25      Q  How would Geneva get money into its

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

---

85

1  bank account to fund invoices?
2      A   M2.
3      Q   M2 would transfer money to Geneva; is
4  that correct?
5      A   Transfer, of course to be transferred.
6      Q   Okay.  And when M2 would transfer money
7  to Geneva, would it be out of a bank account that
8  M2 owned?
9      A   I would assume that.
10     Q   Does M2 Loanco have bank accounts?
11     A   Yes.
12     Q   Where are they located?
13     A   I don't recall.  Here in New York.
14     Q   Anywhere else?
15     A   I don't believe so.
16     Q   And when you say M2 Loanco would
17 transfer money to Geneva, it would be from one of
18 M2 Loanco's bank accounts in New York?
19     A   Like I said, either they funded
20 directly or they caused to be funded.
21     Q   So on the fund directly part, that
22 would be M2 Loanco transferring money to Geneva
23 from one of M2 Loanco's bank accounts in New York;
24 is that correct?
25     A   Correct.

---

86

1      Q   Okay.  So let's now focus on cause to
2  be funded.  So -- that's a passive sentence.  So
3  let's break it down a little bit.
4          Who would M2 Loanco cause to fund to
5  Geneva?
6      A   Attorney escrow account.
7      Q   They would cause an attorney escrow
8  account to be transferred to Geneva?
9      A   Correct.
10     Q   Okay.  Which attorney escrow account?
11     A   Either Rubenstein or Shapiro.
12     Q   So Rubenstein's law firm had an escrow
13 account that would transfer money to Geneva
14 Consulting LLC; is that correct?
15     A   Correct.
16     Q   And Zalman Shapiro, did he have his own
17 escrow account separate and apart from Perigrove?
18     A   Yes.
19     Q   And it was just his own escrow account?
20     A   I don't know his or his firm's.
21     Q   Is it -- what -- what firm is Zalman
22 Shapiro at?
23     A   I don't recall the name, it's Shapiro
24 something.
25     Q   Okay.  But Zalman Shapiro also had

---

87

1  a separate law firm that he operated out of?
2      A   Right.
3      Q   And that law firm had an escrow account
4  where money would be transferred to Geneva;
5  correct?
6      A   Would have, correct.
7      Q   Okay.  And are those the only two
8  accounts that M2 Loanco would cause to transfer
9  money to Geneva under the funding agreement?
10     A   I'm not sure.  I would need to go back
11 to the banking records to see where monies came
12 from.
13     Q   Did money come from Corizon Health, Inc
14 to fund Geneva Consulting?
15     A   I think some money came in, correct.
16     Q   Okay.  And that would be something that
17 you -- that you as director of M2 Loanco would
18 cause?
19     A   Correct.
20     Q   Any other companies that you would
21 cause to fund money to Geneva Consulting LLC?
22     A   Like I said, I would have to go through
23 the banking records on each transfer to see where
24 it came from.
25     Q   Okay.  And the records of you as M2

---

88

1  Loanco, LLC's director causing these transfers,
2  where would those records be kept?
3      A   Electronically, same way, email, drop
4  box.
5      Q   The email being the IL@perigrove.com?
6      A   Correct.
7      Q   What about IL@yescare?
8      A   I don't know.
9      Q   You don't know because you didn't
10 check?
11     A   I know YesCare gets a thousand emails a
12 minute, so I don't know what's going on in that
13 box.
14     Q   But you didn't check; right?
15     A   Correct.
16     Q   All right.  And you've not provided
17 that email account to M2 Loanco's counsel at
18 Norton Rose; is that correct?
19     A   Correct.
20     Q   And we'll get to this later but we're
21 going to request that that email be searched for
22 all responsive documents as well, but we can talk
23 about that at the end.
24         Okay.  So, moving on to the --
25 continuing with the funding agreement here.  The

---

**89**

1  communications that you would have with
2  Mr. Shapiro or Mr. Rubenstein to cause their
3  escrow accounts to fund money to Geneva to pay
4  these payments, how would those records be kept?
5      **A   So, you know, you said you wanted to**
6  **save time so we can get to the 341 meeting, and**
7  **it's going to be over and over this very same**
8  **answer.**
9          **All records relating to M2 Loanco,**
10 **regardless where the records are, in IL Perigrove**
11 **or the drop box or through phone communication,**
12 **period, end of story.**
13     Q   Well, you say "period, end of story"
14 but we've gone through a lot of areas where you
15 just simply didn't check.
16     **A   I didn't check the IL YesCare.  IL**
17 **Perigrove I did check and I handed that over.  You**
18 **said at the end of --**
19     Q   Go ahead.  Go ahead.
20     **A   No, you go.**
21     Q   But you didn't check IL@yescare and you
22 didn't turn that over.
23     **A   I didn't check IL YesCare and I didn't**
24 **check any of the other 12 email addresses that**
25 **I use.**

**90**

1      Q   Okay.
2      **A   Because mainly M2 Loanco business was**
3  **conducted under IL Perigrove.**
4      Q   Okay.
5          MR. KAUFMAN:  Just so the record's
6  clear, we are in communication with YesCare's
7  counsel about production of communications from
8  YesCare.
9          MR. ZLUTICKY:  Thank you.  So -- so are
10 we and we're -- we're working on that.
11 BY MR. ZLUTICKY:
12     Q   Were there payments made under the
13 funding agreement that Geneva did not vet?
14     **A   Not that I know of.**
15     Q   Okay.  Who's Sigma Risk Management LLC?
16         MS. D'AMBRA:  Can we take just a quick
17 break?
18         MR. ZLUTICKY:  Not right now, I'm in
19 the middle of a question.
20         MS. D'AMBRA:  I apologize.  I was
21 trying to catch you before you started.
22         MR. ZLUTICKY:  Okay.
23 BY MR. ZLUTICKY:
24     Q   Who is Sigma Risk Management LLC?
25     **A   It's a group of lawyers.**

**91**

1      Q   Do you have an ownership interest in
2  Sigma Risk Management LLC?
3      **A   No.**
4      Q   Are you a director of Sigma Risk
5  Management LLC?
6      **A   Yes.**
7      Q   Are you an officer of Sigma Risk
8  Management LLC?
9      **A   No.**
10     Q   Who owns Sigma Risk Management LLC?
11     **A   A group of lawyers.**
12     Q   Okay.  Who?
13     **A   There's about 12 of them.**
14     Q   Does that include Alan Rubenstein?
15     **A   No.**
16     Q   Zalman Shapiro?
17     **A   No.**
18     Q   Scott King?
19     **A   No.**
20     Q   Abe Goldberger?
21     **A   No.**
22     Q   David Gefner?
23     **A   No.**
24     Q   Okay.  Anybody at White & Case?
25     **A   No.**

**92**

1          MR. ZLUTICKY:  Did you want to take
2  a break?
3          MS. D'AMBRA:  If you wouldn't mind,
4  just for a second.
5          MR. ZLUTICKY:  Why don't we take five.
6      (Recess taken 12:15 p.m. to 12:30 p.m.)
7          MR. ZLUTICKY:  Mr. Lefkowitz, are you
8  prepared to continue?
9          THE WITNESS:  Yes.
10         MS. D'AMBRA:  Yeah, thank you for the
11 break.
12         MR. ZLUTICKY:  Absolutely.
13         And if you -- if you need a breaks
14 going forward -- I don't anticipate this is going
15 to go much longer but if you do needs breaks going
16 forward, don't hesitate to let us know.
17 BY MR. ZLUTICKY:
18     Q   All right.  So we were talking about
19 Sigma Risk Management LLC.  Who would M2 Loanco
20 communicate with at Sigma?
21     **A   I do.**
22     Q   I'm saying who would M2 Loanco
23 communicate with at Sigma?
24     **A   Mainly Jennifer Finger.**
25     Q   Okay.  And what's Jennifer Finger's

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

93

1  role at Sigma.
2      A   She's the group leader.
3      Q   Group leader. So what does -- I'm
4  trying to understand here, what does Sigma Risk
5  Management LLC do?
6      MR. KAUFMAN:  Objection to form.
7      THE WITNESS:  They manage the PLI load
8  of Corizon.
9  BY MR. ZLUTICKY:
10     Q   What does PLI mean?
11     A   Professional liability.
12     Q   And that's the professional liability
13 of Corizon -- when you say Corizon, do you mean
14 Tehum Care Services, Inc, or do you mean YesCare
15 Corp formerly known as CHS Texas?
16     MR. KAUFMAN:  Objection to form.
17     THE WITNESS:  All of them.
18 BY MR. ZLUTICKY:
19     Q   They manage the PLI for both?
20     A   For -- for Tehum and for Corizon, for
21 the bankruptcy, and for YesCare as well.
22     Q   Does YesCare separately pay Sigma for
23 the services that Sigma provides to YesCare?
24     A   I believe so.
25     Q   Would that be something that you know

94

1  in your capacity as director and monitor of
2  YesCare?
3      A   Correct.
4      Q   Who else would M2 Loanco communicate
5  with at Sigma Risk Management LLC besides Jennifer
6  Finger?
7      A   So there's a group of 12, mainly
8  through Jennifer.
9      Q   There's a group of 12 employees of
10 Sigma Risk Management LLC?
11     A   Employees and I believe they're the
12 owners of the company as well.
13     Q   Jennifer Finger's an owner of Sigma
14 Risk Management?
15     A   Correct.
16     Q   Have you ever personally received money
17 from Sigma Risk Management LLC?
18     A   No.
19     Q   Has M2 Loanco, LLC received any money
20 from Sigma Risk Management LLC?
21     A   No.
22     Q   Has M2 Holdco?
23     A   No.
24     Q   Has Perigrove?
25     A   No, not that I'm aware of.

95

1      Q   Other than Miriam, whose last name you
2  couldn't remember, is there anyone else at Geneva
3  Consulting LLC you would communicate with on
4  behalf of M2 Loanco?
5      A   It was mainly my line of communication.
6      Q   And I know that this line of
7  questioning is not your favorite but it's
8  important to drill down on it, so I'm going to.
9      I just want to --
10     A   Every question -- every question is
11 favorite.
12     Q   The communications that you had with
13 Miriam were -- would be on your IL@perigrove.com
14 email account or stored in Dropbox; is that
15 correct?
16     A   Or by phone.
17     Q   Or by phone.
18     Okay.  So you would call Miriam and
19 talk about M2 Loanco issues regarding the funding
20 agreement?
21     A   Or why Nick needs to get a million
22 dollars.
23     Q   Okay.  Well, I like the sound of that.
24     A   That was the example we used.
25     Q   Yeah, that's a great example.  So let's

96

1  stick with that.  So in this batch of invoices it
2  says Nick gets a million dollars, what's Geneva's
3  job with respect to the Nick invoice?
4      MR. KAUFMAN:  Nick, this -- this is in
5  that topic 12?  If you want to talk about
6  communications and where they are, that's fine,
7  but I think you're straying into topic 12.
8      MR. ZLUTICKY:  Well, I get that, but
9  I'm also trying to figure out what work product
10 Geneva generated that would be available and
11 provided to M2 so it does relate to --
12     MR. KAUFMAN:  That's fine.
13     MR. ZLUTICKY:  But that's where I'm
14 headed.
15     MR. KAUFMAN:  Ask that question.  Why
16 don't we do this: Why don't you ask that question
17 so that the record's clear.
18 BY MR. ZLUTICKY:
19     Q   What documents would Geneva
20 Consulting LLC produce as a result of receiving an
21 invoice from Corizon Health, Inc?
22     A   It would produce payments.
23     Q   What records would Geneva Consulting
24 LLC have that show that the payment -- that the
25 invoice was vetted?

Transcript of Isaac Lefkowitz, Designated Representative

Conducted on May 12, 2023

---

97

1    A   I don't know if there's vetting of the
2  records.  There's an invoice, there's due
3  diligence, there is approval and there's payment.
4  So I don't know if there was any records.
5    Q   You don't know if there's any records?
6    A   I haven't seen vetting records.  I
7  don't know what a vetting record is.
8    Q   Well, "vetting" is the term that you
9  use, so I'm just trying to get an idea of what
10 records exist as part of this process.
11   A   "Vetting" is a word that's in the
12 Webster Dictionary.  It's a -- the due diligence
13 part of it.  So you get an invoice from Verizon
14 and it says you have to pay $200, someone takes
15 that invoice and vets it and sees that the invoice
16 is a legitimate invoice.
17       Maybe it's not to be billed to Corizon,
18 maybe it's to be billed to Ian Cross.
19       The person that decides that this is a
20 bill that's a legitimate bill that needs to get
21 paid, Geneva Consulting gets the approval and pays
22 it.
23   Q   And the person at Geneva who would
24 communicate with you about that is Miriam; is that
25 right?

---

98

1    A   Just in general terms, how much money
2  is needed, not on an invoice-by-invoice basis.
3    Q   And is it one of those issues where you
4  never knew Miriam's last name or you just can't
5  recall it now?
6    A   I just can't recall it now.  If you let
7  me go on my computer, I'll find it.
8    Q   Sure.  Is it Gefner?
9    A   No.
10   Q   Okay.  Is Miriam David Gefner's?
11   A   David Gefner's wife has a Miriam which
12 have no business relationship whatsoever.
13   Q   And this is a different Miriam than the
14 Miriam you communicate with at Geneva Consulting;
15 correct?
16   A   Exactly.
17   Q   Okay.
18   A   Miriam is a Biblical name.
19   Q   No, I understand.  Just like Zluticky,
20 there's a ton of us out there.
21   A   Right.
22   Q   So you would get a communication from
23 Miriam, either by phone or by email, that an
24 invoice should be paid and then how would
25 M2 Loanco direct that payment?

---

99

1    A   That is absolutely not a correct
2  statement that you just said.  I'm going to
3  correct you again.
4    Q   That would be great.
5    A   M2 Loanco never dealt with individual
6  statements.  M2 Loanco just dealt with how much
7  money is needed to fund for the day, for the week,
8  for the month, for the batch.  Geneva Consulting
9  dealt with the individual invoices.
10   Q   And so Geneva would send
11 a communication to M2 Loanco about how much money
12 was needed?
13   A   Either send a communication or pick up
14 the phone and say, "We need X, Y, Z dollars."
15   Q   And when they pick up the phone, you're
16 the one on the other end of that phone; right?
17   A   Right.
18   Q   Okay.  And so then what would you do?
19   A   I would tell Alan, "We need to fund X
20 amount of dollars."
21   Q   Okay.  And that would be done by phone
22 or by email?
23   A   Mainly by phone.
24   Q   And then what would Alan do?
25   A   I don't know.  It depends on the

---

100

1  situation.
2    Q   Well, were there times where you told
3  him that, "We need to fund X amount of dollars"
4  and he would do nothing?
5    A   On very large sums, he would question
6  and I explained them.
7    Q   And those were all done on telephone
8  conversations?
9    A   Correct.
10   Q   And once you explained them or if he
11 didn't have questions, what would Alan do?
12   A   So either we would fund it through the
13 M2 loan account or through some escrow account or
14 Geneva had money in the account and they funded it
15 that way.
16   Q   Or Corizon Health, Inc?
17   A   I think there was only one or two
18 occasions at Corizon Health.
19   Q   And who would track the payments in
20 terms of the amount of money that M2 Loanco was
21 required to fund under the funding agreement?
22   A   Geneva.
23   Q   Geneva would track M2 Loanco's funding
24 amounts under the funding agreement?
25   A   Right.

---

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

101

1  Q   Would Geneva provide periodic reports
2  to M2 Loanco about that?
3  A   I don't know if reports or telephone
4  conversations.  What are we up to, 5, 10, 15?
5  Q   There were no written reports?
6  A   Not that I recall.
7  Q   Would M2 Holdco ever ask you for
8  reports about the payment of more than
9  $15 million?
10  A   I'm the director of both.  The buck
11  stops at my desk.
12  Q   And you would fund $15 million without
13  any reporting to Perigrove?
14  A   It was reported when it got the funding
15  agreement approval.
16  Q   So Geneva Consulting kept track of how
17  much money was spent by M2 Loanco, advanced by M2
18  Loanco under the funding agreement?
19  A   Right.
20  Q   They would keep you apprised by phone
21  mainly, and we've already established that
22  M2 Loanco is owned by M2 Holdco is owned by
23  Perigrove.
24  A   Perigrove 1018.
25  Q   Would you make any reports to Perigrove

102

1  1018 about M2 Loanco's obligations under the
2  funding agreement?
3  A   No.
4  Q   Never?
5  A   No.
6  Q   How would M2 Loanco get the 15 million
7  to fund the funding agreement?
8  A   Various sources.
9  Q   List them, please.
10  A   I can't list them without looking at
11  the bank record.
12  Q   Do you recall any of the various
13  sources?
14  A   No.
15  Q   And there are bank records that
16  M2 Loanco has that would show these sources?
17  A   Like I said, it's either through
18  M2 Loanco directly or through escrow accounts.
19  Q   Okay.  Does M2 Loanco have copies of
20  the bank statements for the escrow accounts?
21  A   No.
22  Q   Okay.  The email server that you use,
23  the Perigrove email server, does it regularly
24  delete emails after a certain number of days?
25  A   I don't believe so.

103

1  Q   What about your YesCare email address?
2  A   YesCare has a three-year delete, I
3  believe.
4  Q   Three-year, you said?
5  A   Yes.
6  Q   YesCare hasn't even existed for three
7  years.  So how could they have a --
8  A   That's what I'm saying.  It has a
9  three-year delete and three years from now,
10  today's email will be deleted.
11  Q   Understood.
12  A   I believe so.  That's what I -- I'm not
13  sure.
14  Q   And that would be something that you
15  would know in your capacity as a director and
16  monitor of YesCare?
17  A   Something that I overheard recently.
18  Q   Where did you hear that from?
19  A   I don't recall.
20  Q   You overheard, as in someone was
21  speaking but not to you?
22  A   Someone in conversation about the --
23  you know, may have said that it has a three-year
24  delete.  I'm not certain about it.
25  Q   Do you have any documents that you saw

104

1  at YesCare's facility?
2  A   I don't.
3  Q   Does M2 Loanco?
4  A   Loanco's for -- probably now for the
5  ninth time, the answer is that M2 Loanco has a
6  drop box and my email.  Other than that, they have
7  no documents.
8  Q   To the extent that you checked; right?
9  A   To the extent that I know.
10  Q   Do you know where M2 Loanco, LLC
11  maintains its documents?
12  A   Probably the same, drop box and my
13  email.
14  Q   Is that your IL@perigrove.com email?
15  A   Correct.
16  Q   And is the drop box the same drop box
17  that M2 Loanco uses?
18  A   Correct.
19  Q   Anyplace else?
20  A   Not that I know of.
21  Q   Where does Perigrove 1018 LLC maintain
22  its records?
23  A   Drop box and at IL@perigrove.com.
24  Q   Is there anyone else at Perigrove that
25  does business on behalf of Perigrove 1018 besides

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

105

1  you?
2      A   Alan Rubenstein.
3      Q   Anyone else?
4      A   Not that I know of.
5      Q   What about Abe Goldberger?
6      A   Don't believe so.
7      Q   David Gefner?
8      A   Don't believe so.
9      Q   Other than Geneva Consulting, were
10 there any other third parties that M2 Loanco used
11 with respect to the funding agreement?
12         MS. D'AMBRA:  Objection to form.
13         THE WITNESS:  I don't know how much
14 Cortland was involved.  I can't tell at this
15 moment.
16 BY MR. ZLUTICKY:
17     Q   So you think Cortland may have been
18 involved in the funding agreement?
19     A   I don't know.
20     Q   Were there any other third parties that
21 you -- that M2 Loanco had an agreement with other
22 than Cortland with respect to the M2 Loanco loans
23 to Corizon?
24         MR. KAUFMAN:  Object to form.
25         THE WITNESS:  What period?

106

1  BY MR. ZLUTICKY:
2      Q   2022.
3      A   I don't believe so.
4      Q   2023.
5      A   I don't believe so.
6      Q   2021.
7      A   I don't know.
8      Q   When you became director of M2 Loanco
9  in December 2021 did you inherit any records
10 whatsoever?
11     A   Yes.
12     Q   Okay.  What records?
13     A   Phone history.
14     Q   Where's that loan history stored?
15     A   Drop box.
16     Q   Are there any other records that you
17 received as director of M2 Loanco when you became
18 director of M2 Loanco in December 2021?
19     A   A lot of records.
20     Q   Like what?
21     A   Phone records, tax return records,
22 history records, document records.
23     Q   So a lot of records?
24     A   Correct.
25     Q   And those are all in the drop box?

107

1      A   Correct.  And all I handed over to you.
2      Q   And they're not stored anywhere else?
3      A   Again, I think your question was asked
4  and answered many times.  At the counsel's office.
5      Q   When you received these records in
6  December 2021, were they already in the drop box?
7      A   No.
8      Q   Okay.  Where were they?
9      A   I don't know.  We took them and we
10 scanned them, we loaded them, we uploaded them.
11 Where they came from, many different sources.
12     Q   When did you scan them and upload them
13 into a drop box?
14     A   December of '21.
15     Q   So when you became director of M2
16 Loanco, one of the things was you did was set up
17 this drop box; is that right?
18     A   Correct.
19     Q   And you started putting documents into
20 the drop box that are M2 Loanco documents?
21     A   Correct.
22     Q   And before then there was not a single
23 repository for all of the M2 Loanco records; is
24 that right?
25     A   I don't know what happened before then.

108

1      Q   Well, you said it came from various
2  sources, so it didn't come from one source;
3  correct?
4      A   I don't know which -- at this point
5  I don't know what sources it came from, but
6  whatever sources it came from, it ended up in my
7  drop box.
8          MR. ZLUTICKY:  So I think I'm about
9  done.  Why don't we take a quick three-minute
10 break.
11         (Court reporter appeals)
12         MR. ZLUTICKY:  Absolutely, yeah.  No,
13 I understand, I will stick around for spelling
14 assistance to the extent helpful.  All right,
15 thanks.
16         (Recess taken 12:42 p.m. to 12:45 p.m.)
17 BY MR. ZLUTICKY:
18     Q   Does M2 Loanco have my written policies
19 for how it maintains its records?
20     A   I don't believe so.
21     Q   And other than drop box and
22 IL@perigrove, M2 Loanco doesn't have any other
23 third parties or vendors that keep its records; is
24 that correct?
25     A   That's not correct.

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

28 (109 to 112)

---

109

1  Q  Okay. So can you tell me how that's
2  incorrect?
3  **A  We went through that line of**
4  **questioning, that they have service company,**
5  **Cortland and Geneva.**
6  Q  Are there any other service companies
7  that M2 Loanco has?
8  **A  Not that I know of.**
9  Q  Are there any other service companies
10 that M2 Loanco has used since you became
11 a director in December 2021?
12 **A  The question was asked and answered**
13 **that there was none.**
14  MR. ZLUTICKY: So those are all the
15 questions that I have, but before we move to
16 anybody else's questions, to the extent that
17 anyone may have any, which I doubt, this -- I
18 don't believe that this witness has been
19 adequately prepared to answer the questions on the
20 topics that we discussed and so we're going to
21 need to hold this deposition open, and I fully
22 expect that we're going to have a call with
23 myself and with Norton Rose Fulbright lawyers to
24 talk about what we're going to need to do as far
25 as next steps. But for the record I do not

---

110

1  believe this witness was adequately prepared for
2  the topics of which he testified today. We'll be
3  addressing that shortly.
4  THE WITNESS: Why don't you explain?
5  Why don't you explain what's not adequate?
6  MR. ZLUTICKY: That's not really a
7  discussion for you and me to have. That's for me
8  and your attorneys to have. So I think we'll
9  probably leave that to me and your attorneys.
10  THE WITNESS: It's not the first time
11 you were dishonest. You were dishonest to the
12 court too when we provided documents and you said
13 you didn't receive the documents.
14  I'd like to know, sitting here and
15 answer your every single question truthfully, what
16 is not adequate?
17  MR. ZLUTICKY: Yeah, does anybody else
18 have any questions? Okay. Then I think we're
19 finished. Thank you so much.
20 --- Whereupon the deposition concluded at 12:48 p.m.
21
22
23
24
25

---

111

1  CERTIFICATE OF REPORTER - NOTARY PUBLIC
2  I, LISA BARRETT, the officer before
3  whom the foregoing deposition was taken, do hereby
4  certify that the foregoing transcript is a true
5  and correct record of the testimony given; that
6  said testimony was taken by me and thereafter
7  reduced to typewriting under my direction; that
8  reading and signing was requested; and that I am
9  neither counsel for, related to, nor employed by
10 any of the parties to this case and have no
11 interest, financial or otherwise, in its outcome.
12  IN WITNESS WHEREOF, I have hereunto set
13 my hand and affixed my notarial seal this 15th day
14 of May, 2023
15
16 _____
17  LISA BARRETT, RPR, CRR, CRC, CSR
18  Certified Court Reporter and Notary Public
19
20
21
22
23
24
25

---

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023                                                    29

| A |
|---|

**aaron**
2:18
**abe**
23:6, 23:9,
23:21, 91:20,
105:5
**able**
31:14
**about**
6:13, 9:10,
11:23, 12:2,
16:3, 16:6,
16:15, 17:20,
23:22, 24:7,
31:25, 35:9,
36:7, 36:8,
37:8, 40:22,
41:6, 44:2,
44:8, 44:11,
45:14, 46:8,
47:3, 48:10,
48:25, 49:8,
50:4, 50:12,
50:16, 51:13,
51:22, 52:5,
52:8, 53:21,
53:25, 54:12,
54:18, 55:6,
55:9, 55:19,
56:1, 59:1,
60:23, 63:15,
66:7, 70:24,
73:2, 75:6,
75:20, 76:3,
78:19, 79:6,
82:9, 83:21,
88:7, 88:23,
90:7, 91:13,
92:18, 95:19,
96:5, 97:24,
99:11, 101:2,
101:8, 102:1,
103:1, 103:22,
103:24, 105:5,
108:8, 109:24
**absolutely**
46:18, 92:12,

99:1, 108:12
**access**
60:5
**account**
11:13, 32:8,
32:10, 32:21,
32:23, 33:1,
33:7, 33:15,
35:13, 37:2,
51:15, 51:18,
51:22, 59:13,
62:11, 66:23,
73:12, 84:16,
84:17, 84:20,
84:22, 85:1,
85:7, 86:6,
86:8, 86:10,
86:13, 86:17,
86:19, 87:3,
88:17, 95:14,
100:13, 100:14
**accountant**
56:1, 56:9,
56:10, 56:13,
56:15, 56:17,
56:20
**accountants**
56:22, 57:5,
60:19
**accounting**
56:23
**accounts**
34:7, 34:10,
35:7, 35:16,
35:19, 35:22,
36:1, 36:13,
36:21, 85:10,
85:18, 85:23,
87:8, 89:3,
102:18, 102:20
**acquired**
68:20
**acronym**
65:12
**activity**
67:7
**additional**
70:19, 70:23,

71:1, 71:3, 71:6
**address**
5:20, 6:1,
9:11, 10:10,
10:13, 10:15,
11:16, 26:24,
35:10, 37:8,
41:19, 49:15,
49:19, 49:21,
52:17, 73:16,
73:20, 103:1
**addresses**
37:18, 37:19,
37:22, 41:10,
41:12, 49:23,
52:17, 89:24
**addressing**
110:3
**adequate**
110:5, 110:16
**adequately**
109:19, 110:1
**administrative**
65:24
**advance**
4:20, 75:24
**advanced**
101:17
**affixed**
111:13
**after**
20:7, 55:8,
64:12, 70:1,
81:20, 102:24
**again**
15:18, 22:1,
48:21, 82:7,
82:11, 99:3,
107:3
**agent**
65:24
**agents**
72:12
**ago**
79:24
**agree**
17:14
**agreed**
4:22, 9:8,

17:13
**agreement**
3:13, 62:16,
67:19, 70:1,
70:13, 70:16,
74:8, 74:9,
74:13, 74:15,
74:19, 74:21,
74:25, 75:12,
75:17, 75:25,
77:11, 78:20,
79:15, 79:23,
80:4, 81:2,
82:2, 82:7,
84:8, 87:9,
88:25, 90:13,
95:20, 100:21,
100:24, 101:15,
101:18, 102:2,
102:7, 105:11,
105:18, 105:21
**ahas**
6:24
**ahead**
79:12, 89:19
**alan**
9:23, 14:22,
15:2, 15:6,
15:16, 18:9,
18:10, 19:1,
19:3, 19:6,
42:16, 42:24,
45:5, 45:7,
45:9, 45:15,
45:23, 46:3,
46:7, 48:25,
49:11, 49:15,
49:22, 50:3,
50:11, 50:25,
51:3, 51:8,
51:14, 51:25,
52:11, 52:16,
52:20, 52:23,
62:10, 66:10,
80:12, 80:13,
80:15, 83:19,
83:21, 91:14,
99:19, 99:24,

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023                                          30

100:11, 105:2
**all**
7:4, 7:17,
7:24, 8:6,
10:12, 16:6,
26:14, 30:7,
31:11, 33:2,
35:23, 42:15,
45:21, 48:18,
61:25, 63:24,
69:2, 69:8,
71:21, 71:24,
73:23, 74:12,
81:19, 82:12,
83:9, 88:16,
88:22, 89:9,
92:18, 93:17,
100:7, 106:25,
107:1, 107:23,
108:14, 109:14
**already**
39:1, 52:19,
61:8, 69:20,
70:4, 70:14,
101:21, 107:6
**also**
2:24, 6:25,
28:22, 44:5,
81:11, 86:25,
96:9
**always**
28:6
**amendments**
62:16, 62:19
**amount**
84:5, 99:20,
100:3, 100:20
**amounts**
100:24
**andrea**
2:11
**ankura**
54:15
**another**
4:7, 20:17,
21:4, 28:24,
37:14, 38:14,
64:2

**answer**
6:23, 7:1,
7:18, 19:9,
19:12, 19:13,
22:15, 26:1,
28:13, 28:16,
28:17, 37:5,
38:6, 42:22,
47:17, 47:23,
48:14, 48:18,
50:23, 58:11,
68:25, 89:8,
104:5, 109:19,
110:15
**answered**
19:9, 28:10,
42:23, 44:24,
107:4, 109:12
**answering**
6:22, 47:24
**answers**
31:13, 48:18
**anticipate**
4:5, 92:14
**any**
4:9, 4:20, 5:9,
9:17, 9:25,
15:10, 18:5,
18:13, 18:16,
18:20, 18:24,
19:7, 19:15,
19:19, 19:25,
20:3, 20:6,
22:10, 23:3,
29:15, 29:20,
30:8, 30:15,
31:19, 32:1,
32:4, 33:10,
33:14, 34:5,
34:9, 34:18,
34:19, 34:24,
35:16, 35:19,
35:22, 36:12,
36:20, 37:1,
39:21, 41:1,
42:1, 44:1,
45:17, 49:22,
51:8, 52:2,

52:5, 52:12,
52:16, 55:7,
58:19, 63:4,
66:20, 67:18,
67:24, 68:2,
68:3, 69:1,
70:19, 76:21,
87:20, 89:24,
94:19, 97:4,
97:5, 101:13,
101:25, 102:12,
103:25, 105:10,
105:20, 106:9,
106:16, 108:22,
109:6, 109:9,
109:17, 110:18,
111:10
**anybody**
48:3, 91:24,
109:16, 110:17
**anyone**
9:20, 11:17,
12:8, 12:13,
12:18, 15:24,
16:2, 16:5,
16:17, 37:7,
46:8, 48:10,
54:10, 54:17,
55:18, 55:23,
57:12, 57:14,
61:24, 66:11,
66:18, 72:20,
79:2, 95:2,
104:24, 105:3,
109:17
**anyplace**
104:19
**anything**
16:6, 61:17
**anywhere**
43:18, 59:16,
60:14, 61:10,
85:14, 107:2
**apart**
86:17
**apologize**
4:19, 6:1,
52:20, 90:20

**app**
34:25, 44:1
**apparently**
26:6
**appeals**
108:11
**appears**
80:12
**applications**
51:9
**applies**
42:22
**apprised**
101:20
**approval**
97:3, 97:21,
101:15
**areas**
89:14
**around**
108:13
**asked**
7:19, 17:12,
19:8, 20:18,
21:3, 22:6,
28:9, 44:15,
45:17, 45:21,
48:6, 48:15,
51:24, 51:25,
52:2, 52:8,
52:19, 61:21,
81:20, 107:3,
109:12
**asking**
7:13, 12:1,
12:17, 12:18,
14:7, 14:11,
16:15, 21:4,
21:5, 36:7,
48:4, 54:6,
61:1, 64:2,
69:7, 72:11,
81:7
**assistance**
108:14
**associated**
10:12, 10:14
**assume**
7:18, 17:13,

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023                                              31

| | | | |
|---|---|---|---|
| 85:9 | 84:22, 85:1, | 8:19, 72:8, | 108:20, 109:18, |
| **assumed** | 85:7, 85:10, | 90:21, 107:22, | 110:1 |
| 69:24 | 85:18, 85:23, | 107:25, 109:15, | **besides** |
| **attached** | 102:11, 102:15, | 111:2 | 23:18, 32:4, |
| 3:7 | 102:20 | **begin** | 55:20, 79:2, |
| **attending** | **banking** | 13:7 | 94:5, 104:25 |
| 4:4 | 87:11, 87:23 | **behalf** | **best** |
| **attorney** | **bankruptcy** | 2:2, 2:10, | 4:6, 7:13 |
| 5:3, 16:9, | 1:1, 5:5, | 12:9, 12:13, | **between** |
| 16:11, 19:10, | 15:15, 72:1, | 12:19, 21:4, | 21:9, 66:21, |
| 19:11, 60:25, | 93:21 | 21:5, 22:3, | 67:20, 74:9, |
| 86:6, 86:7, | **barrett** | 29:12, 30:9, | 83:4 |
| 86:10 | 1:20, 111:2, | 30:16, 32:24, | **biblical** |
| **attorneys** | 111:17 | 34:10, 34:15, | 98:18 |
| 16:3, 16:13, | **basis** | 36:17, 36:21, | **bill** |
| 54:3, 60:16, | 79:8, 98:2 | 37:2, 45:10, | 97:20 |
| 60:17, 60:19, | **batch** | 45:24, 46:4, | **billed** |
| 60:21, 60:22, | 83:23, 96:1, | 49:10, 49:16, | 97:17, 97:18 |
| 61:5, 61:7, | 99:8 | 49:23, 70:7, | **bio** |
| 72:8, 72:12, | **batches** | 74:25, 75:13, | 63:1 |
| 110:8, 110:9 | 83:24 | 75:23, 77:24, | **bit** |
| **authorized** | **bates** | 80:8, 95:4, | 6:19, 75:20, |
| 80:5, 81:6 | 3:14, 79:16 | 104:25 | 86:3 |
| **available** | **became** | **being** | **blake** |
| 59:12, 96:10 | 18:25, 106:8, | 48:1, 48:7, | 2:24, 8:8, |
| **ave** | 106:17, 107:15, | 48:10, 62:24, | 79:14, 82:4 |
| 2:14 | 109:10 | 88:5 | **blank** |
| **aware** | **because** | **believe** | 56:21 |
| 4:7, 30:2, | 6:24, 33:24, | 11:6, 13:17, | **borrower** |
| 61:12, 94:25 | 44:13, 44:23, | 18:4, 19:8, | 53:12, 73:6 |
| **away** | 48:5, 50:9, | 22:2, 23:14, | **borrowers** |
| 4:10, 69:6 | 55:12, 68:7, | 28:14, 32:7, | 53:12, 54:7 |
| **B** | 69:4, 83:1, | 42:8, 43:11, | **both** |
| **b) (6** | 84:7, 88:9, 90:2 | 43:24, 44:4, | 73:8, 93:19, |
| 46:19, 46:25 | **become** | 48:8, 50:13, | 101:10 |
| **babysitter** | 17:3, 20:14, | 52:22, 56:6, | **box** |
| 47:13 | 21:18, 52:21 | 60:24, 62:12, | 10:5, 10:8, |
| **back** | **becoming** | 64:17, 65:7, | 10:9, 10:10, |
| 47:15, 47:16, | 18:17, 18:21 | 67:4, 67:21, | 10:11, 10:18, |
| 48:21, 48:22, | **been** | 70:12, 71:19, | 12:11, 59:18, |
| 63:14, 87:10 | 16:25, 18:24, | 73:21, 75:1, | 59:19, 59:21, |
| **background** | 62:3, 70:14, | 77:1, 77:4, | 59:23, 60:6, |
| 78:4 | 72:1, 73:24, | 80:14, 80:24, | 60:14, 61:5, |
| **backup** | 76:24, 77:2, | 85:15, 93:24, | 62:7, 62:22, |
| 4:8 | 81:9, 105:17, | 94:11, 102:25, | 66:25, 88:4, |
| **bank** | 109:18 | 103:3, 103:12, | 88:13, 89:11, |
| 84:17, 84:19, | **before** | 105:6, 105:8, | 104:6, 104:12, |
| | 1:20, 6:11, | 106:3, 106:5, | 104:16, 104:23, |

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023                                     32

106:15, 106:25,
107:6, 107:13,
107:17, 107:20,
108:7, 108:21
**break**
63:2, 86:3,
90:17, 92:2,
92:11, 108:10
**breaks**
92:13, 92:15
**buck**
101:10
**building**
27:6
**business**
11:17, 11:25,
14:18, 15:7,
23:22, 24:2,
24:10, 24:15,
24:22, 27:14,
28:23, 29:21,
29:24, 30:6,
30:9, 30:16,
30:22, 31:4,
31:21, 32:2,
32:6, 32:11,
32:19, 32:24,
33:2, 34:10,
34:14, 35:25,
36:2, 36:4,
36:7, 36:12,
36:21, 37:2,
37:4, 37:6,
38:4, 38:19,
39:2, 40:13,
40:17, 41:3,
41:6, 41:22,
41:24, 42:3,
42:17, 42:21,
42:25, 43:4,
43:14, 43:18,
43:23, 44:2,
44:11, 46:4,
48:6, 49:13,
49:16, 49:23,
50:4, 50:12,
51:11, 51:23,
72:13, 73:1,

73:12, 73:23,
74:1, 90:2,
98:12, 104:25
**businesses**
36:9

### C

**c-h-i-u**
66:15
**calculations**
67:10
**call**
26:4, 27:25,
39:8, 39:22,
49:4, 78:21,
95:18, 109:22
**called**
15:4, 25:17,
39:9, 65:24,
76:1
**calling**
28:3
**calls**
50:17
**came**
21:23, 87:11,
87:15, 87:24,
107:11, 108:1,
108:5, 108:6
**can't**
6:14, 26:3,
31:10, 46:15,
98:4, 98:6,
102:10, 105:14
**capacity**
11:12, 17:15,
20:21, 36:4,
94:1, 103:15
**capital**
65:24
**care**
1:6, 5:5,
53:14, 53:20,
53:23, 54:8,
54:10, 54:19,
54:24, 54:25,
55:3, 55:20,
56:2, 64:16,

93:14
**carry**
53:2
**carrying**
53:6
**case**
1:6, 5:5,
12:25, 13:1,
13:4, 13:15,
15:15, 15:16,
15:25, 24:10,
24:15, 24:19,
24:21, 27:14,
28:23, 29:12,
29:21, 31:21,
32:1, 38:2,
42:23, 55:2,
55:3, 55:6,
55:8, 55:12,
55:14, 55:20,
72:1, 74:23,
91:24, 111:10
**catch**
54:2, 60:1,
90:21
**cause**
86:1, 86:4,
86:7, 87:8,
87:18, 87:21,
89:2
**caused**
85:20
**causing**
88:1
**cc'd**
73:24
**cell**
29:1, 29:3,
29:5, 29:8,
29:11, 29:19,
30:1, 33:25,
34:2, 39:3,
39:20, 40:5,
40:7
**cent**
21:11
**certain**
34:17, 74:17,

75:13, 102:24,
103:24
**certificate**
111:1
**certified**
111:18
**certify**
111:4
**chapter**
1:5
**check**
73:22, 74:4,
74:5, 88:10,
88:14, 89:15,
89:16, 89:17,
89:21, 89:23,
89:24
**checked**
104:8
**chief**
54:13, 54:17
**chiu**
66:15
**chs**
64:21, 64:22,
65:1, 65:4,
65:10, 65:12,
93:15
**circus**
26:7
**city**
2:7
**clarification**
14:7, 36:8
**clarify**
36:3, 36:5
**clean**
6:21, 7:9
**clear**
15:18, 31:14,
90:6, 96:17
**clearly**
81:20
**closer**
31:8
**cml**
1:6
**cognizant**
49:7

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023                                          33

coincidence
65:10
colleague
61:22
collect
77:14, 84:1
collecting
67:12
com
10:16, 35:10,
37:9, 59:6,
60:4, 60:12,
60:13, 61:4,
62:8, 62:24,
66:22, 73:11,
88:5, 95:13,
104:14, 104:23
combination
63:25, 64:5,
64:11, 64:12,
65:20, 70:21,
71:12
combined
65:19, 70:20,
70:25
come
28:5, 41:13,
84:15, 87:13,
108:2
coming
51:20, 68:8,
68:9, 68:12,
68:13, 68:16,
68:22, 68:23,
68:25, 69:4,
69:5, 69:6
commencing
4:1
committee
1:15, 2:2, 5:4
communicate
11:20, 14:17,
15:6, 23:21,
24:1, 24:9,
24:14, 24:21,
27:14, 28:22,
29:12, 29:20,
29:24, 30:6,

31:20, 32:5,
37:7, 38:18,
39:7, 39:18,
40:12, 40:16,
41:5, 42:2,
43:21, 43:25,
44:10, 44:16,
44:19, 45:23,
47:9, 47:11,
49:9, 49:11,
50:4, 51:12,
51:17, 51:22,
53:20, 53:24,
54:7, 54:11,
54:18, 54:25,
73:18, 78:19,
82:8, 83:18,
83:20, 92:20,
92:23, 94:4,
95:3, 97:24,
98:14
communicated
11:17, 12:3,
12:8, 12:13,
12:19, 13:19,
14:1, 14:8, 38:3
communicates
44:17, 46:22
communicating
12:20
communication
38:1, 45:18,
46:8, 48:1,
81:25, 83:14,
89:11, 90:6,
95:5, 98:22,
99:11, 99:13
communications
16:15, 16:16,
24:11, 24:13,
33:10, 42:20,
44:9, 45:10,
47:4, 51:10,
55:17, 55:19,
55:25, 66:6,
66:10, 66:14,
66:18, 66:21,
83:4, 89:1,

90:7, 95:12,
96:6
companies
87:20, 109:6,
109:9
company
10:24, 11:1,
17:18, 46:22,
56:25, 57:1,
68:3, 68:18,
69:20, 76:1,
94:12, 109:4
complex
27:7
complimentary
4:17
computer
4:10, 33:22,
98:7
conclude
13:9
concluded
110:20
conditions
74:18
conduct
30:9, 30:16,
30:22, 31:4,
32:11, 32:24,
33:2, 34:10,
34:14, 35:25,
36:6, 36:12,
36:21, 37:2,
37:4, 37:6,
39:2, 41:21,
46:4, 48:6,
49:16, 49:23,
56:23, 73:12,
73:25
conducted
72:13, 73:24,
90:3
conducting
36:7
confused
33:13
connect
4:14

consider
33:14
consulting
76:1, 76:5,
76:12, 76:14,
76:18, 76:22,
76:25, 77:3,
77:5, 77:7,
77:9, 77:10,
77:18, 77:21,
77:25, 78:18,
79:10, 80:20,
81:1, 81:10,
82:2, 86:14,
87:14, 87:21,
95:3, 96:20,
96:23, 97:21,
98:14, 99:8,
101:16, 105:9
consulting's
78:14
contact
79:3, 79:4
contains
10:11, 59:23
continue
47:3, 63:12,
83:10, 92:8
continued
70:5
continuing
88:25
controls
59:21
conversation
21:22, 40:1,
45:2, 55:5,
69:18, 103:22
conversations
4:11, 42:16,
55:7, 100:8,
101:4
copies
57:9, 57:24,
58:1, 61:15,
61:17, 102:19
copy
8:3, 57:22,

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023                                   34

57:23, 58:4,
58:5, 58:7,
58:11, 61:14,
61:16, 61:20,
61:23, 61:25,
62:3, 70:13
**corizon**
62:17, 63:19,
64:6, 64:13,
64:15, 65:4,
71:4, 71:7,
74:10, 74:17,
74:25, 75:10,
75:14, 75:23,
76:1, 76:4,
76:7, 77:24,
80:4, 80:9,
87:13, 93:8,
93:13, 93:20,
96:21, 97:17,
100:16, 100:18,
105:23
**corp**
64:20, 73:6,
73:9, 73:12,
73:13, 93:15
**corporate**
6:7
**corporation**
11:4
**cortland**
65:24, 66:1,
66:7, 66:11,
66:15, 66:18,
66:21, 67:14,
67:20, 67:22,
67:25, 68:3,
68:4, 68:5,
68:7, 68:17,
69:9, 69:11,
69:16, 69:20,
69:23, 69:25,
71:17, 71:21,
75:17, 105:14,
105:17, 105:22,
109:5
**cortland's**
66:3, 66:7,

66:11, 67:5
**could**
5:12, 5:25,
6:23, 6:25,
31:7, 39:21,
40:7, 47:14,
62:2, 79:7,
81:9, 103:7
**couldn't**
78:3, 95:2
**counsel**
4:22, 8:13,
8:25, 9:9, 9:16,
9:21, 10:5,
10:18, 12:21,
12:22, 13:2,
13:4, 13:18,
13:20, 13:21,
13:22, 13:23,
13:25, 14:20,
15:10, 15:13,
31:7, 35:14,
37:21, 40:8,
40:9, 54:1,
54:3, 54:20,
54:24, 57:15,
57:16, 75:2,
75:9, 81:10,
81:11, 81:15,
81:17, 81:21,
88:17, 90:7,
111:9
**counsel's**
107:4
**count**
6:14
**couple**
6:18
**course**
85:5
**court**
1:1, 6:20,
6:25, 7:2, 7:10,
31:9, 47:16,
48:22, 108:11,
110:12, 111:18
**crc**
1:20, 111:17

**create**
25:15, 26:6
**credit**
62:16
**creditors**
1:15, 2:2, 5:4
**cross**
2:25, 97:18
**crr**
1:20, 111:17
**csr**
1:20, 111:17
**current**
5:20

**D**

**d'ambra**
2:11, 8:5,
14:6, 28:9,
28:17, 31:10,
36:16, 37:23,
38:13, 40:10,
41:15, 42:11,
45:13, 46:10,
46:14, 63:6,
70:17, 90:16,
90:20, 92:3,
92:10, 105:12
**daily**
79:8
**dallas**
2:21
**date**
1:17, 9:12,
68:15
**dated**
74:9
**david**
23:12, 24:1,
91:22, 98:10,
98:11, 105:7
**day**
99:7, 111:13
**days**
102:24
**dealt**
99:5, 99:6,
99:9

**debtor**
1:8, 36:5,
71:25
**december**
17:2, 18:18,
19:18, 19:21,
20:7, 21:20,
22:19, 68:14,
68:20, 70:2,
106:9, 106:18,
107:6, 107:14,
109:11
**decides**
97:19
**delete**
68:23, 68:25,
69:3, 102:24,
103:2, 103:9,
103:24
**deleted**
103:10
**deleting**
69:1
**deliver**
57:24, 58:6
**depends**
99:25
**deposition**
1:11, 3:8,
4:18, 6:10,
9:15, 9:18,
9:21, 15:19,
16:18, 29:16,
33:8, 33:20,
34:3, 44:14,
44:25, 45:4,
46:19, 46:20,
46:21, 46:25,
47:6, 47:8,
109:21, 110:20,
111:3
**depositions**
5:24
**describe**
67:9, 72:24
**designated**
1:12, 6:7
**desk**
101:11

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023                                                    35

desktop
59:15
details
11:21, 12:10,
63:24, 74:13
determine
82:21, 83:12,
84:9
device
33:18
devices
33:19
dictionary
97:12
different
27:19, 27:20,
29:9, 98:13,
107:11
differently
15:1
difficult
7:2, 49:6
diligence
97:3, 97:12
dip
71:23
direct
46:5, 79:3,
79:4, 98:25
direction
111:7
directly
47:2, 48:7,
57:4, 85:20,
85:21, 102:18
director
16:24, 16:25,
17:3, 17:10,
17:12, 17:16,
17:17, 18:17,
18:21, 18:25,
19:3, 19:18,
20:13, 20:14,
20:18, 20:22,
20:23, 21:1,
21:3, 21:15,
21:18, 21:23,
22:7, 44:6,

45:15, 46:23,
49:10, 49:12,
52:21, 52:24,
54:9, 70:1,
72:23, 73:8,
76:24, 80:16,
87:17, 88:1,
91:4, 94:1,
101:10, 103:15,
106:8, 106:17,
106:18, 107:15,
109:11
directors
18:5, 18:13,
18:16, 18:21,
18:24, 19:7,
19:22, 72:12,
77:21
discuss
41:2, 42:25,
43:4, 43:14,
43:18, 45:9
discussed
9:16, 37:25,
61:8, 109:20
discussing
79:23
discussion
9:1, 110:7
discussions
4:9, 8:24
dishonest
110:11
disk
62:4
district
1:2
division
1:3
divisional
63:25, 64:14,
64:19, 65:1
docket
8:16
document
7:24, 8:13,
8:19, 79:24,
80:17, 106:22

documents
9:17, 16:20,
33:14, 33:16,
88:22, 96:19,
103:25, 104:7,
104:11, 107:19,
107:20, 110:12,
110:13
doing
7:11, 8:25
dollars
78:9, 84:6,
95:22, 96:2,
99:14, 99:20,
100:3
done
6:18, 49:14,
62:1, 83:24,
84:8, 99:21,
100:7, 108:9
doubt
109:17
down
10:6, 31:11,
52:20, 60:20,
77:13, 82:4,
86:3, 95:8
dozen
37:19
drill
10:6, 60:20,
77:13, 95:8
drive
5:21, 6:4, 6:5,
62:4
driver's
5:14, 5:17
drop
59:17, 59:19,
59:21, 59:23,
60:6, 60:14,
61:5, 62:7,
62:21, 66:25,
88:3, 89:11,
104:6, 104:12,
104:16, 104:23,
106:15, 106:25,
107:6, 107:13,

107:17, 107:20,
108:7, 108:21
dropbox
95:14
due
97:2, 97:12

**E**

e-i
14:25
each
4:15, 29:8,
83:22, 87:23
earlier
34:13, 77:23,
81:14
early
13:8
eastern
63:8
either
57:22, 58:3,
58:4, 61:4,
61:14, 61:19,
61:23, 85:19,
86:11, 98:23,
99:13, 100:12,
102:17
election
69:23
electronic
59:1, 59:2
electronically
58:22, 58:24,
58:25, 62:1,
88:3
elizabeth
2:25
elm
2:20
else
16:2, 16:5,
16:17, 23:11,
23:15, 43:18,
54:17, 55:18,
55:23, 57:12,
57:14, 59:16,
60:14, 61:10,

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

36

72:20, 79:2,
85:14, 94:4,
95:2, 104:19,
104:24, 105:3,
107:2, 110:17
**else's**
109:16
**email**
10:5, 10:8,
10:9, 10:10,
10:12, 10:15,
11:13, 11:16,
24:17, 35:10,
35:13, 35:16,
35:19, 35:22,
36:1, 36:12,
36:21, 37:1,
37:8, 37:17,
37:19, 41:6,
41:9, 41:14,
41:15, 41:16,
45:24, 49:12,
49:15, 49:18,
49:19, 49:21,
49:22, 52:16,
52:17, 57:21,
57:22, 58:4,
59:3, 59:4,
59:13, 61:14,
61:20, 61:23,
62:7, 62:8,
62:11, 62:21,
62:24, 66:23,
73:14, 73:15,
73:19, 88:3,
88:5, 88:17,
88:21, 89:24,
95:14, 98:23,
99:22, 102:22,
102:23, 103:1,
103:10, 104:6,
104:13, 104:14
**emails**
9:25, 10:4,
10:12, 10:18,
35:9, 88:11,
102:24
**employed**
111:9

**employees**
20:1, 20:4,
20:6, 94:9,
94:11
**enabled**
4:12
**end**
80:1, 88:23,
89:12, 89:13,
89:18, 99:16
**ended**
55:9, 108:6
**engage**
57:4, 69:24,
70:3
**engaged**
70:4, 70:9,
77:10
**engagement**
13:7, 13:9,
54:16, 54:23,
55:8, 57:19,
70:5
**enter**
62:15
**entered**
71:12
**entire**
12:11
**entities**
63:19, 64:15,
65:19, 66:4,
70:20, 70:25,
71:8, 71:12
**entity**
20:24, 21:4,
21:5, 22:3,
64:7, 64:18,
71:9
**eric**
36:4
**error**
70:15
**escrow**
86:6, 86:7,
86:10, 86:12,
86:17, 86:19,
87:3, 89:3,

100:13, 102:18,
102:20
**especially**
7:10
**esquire**
2:3, 2:11,
2:12, 2:18
**est**
1:18
**established**
39:1, 101:21
**even**
42:10, 103:6
**ever**
6:10, 15:13,
20:3, 23:21,
23:24, 24:1,
24:4, 24:7,
31:20, 36:20,
37:7, 39:25,
40:12, 42:24,
43:13, 43:17,
43:21, 43:25,
46:1, 46:3,
46:7, 47:25,
50:11, 50:24,
55:25, 66:14,
66:17, 76:24,
77:2, 94:16,
101:7
**every**
27:19, 27:20,
95:10, 110:15
**everyone**
4:4
**everywhere**
28:20
**exact**
50:23
**exactly**
71:9, 98:16
**examination**
3:2, 4:25
**example**
39:15, 95:24,
95:25
**except**
71:23, 71:25,

83:3
**exhibit**
3:10, 3:13,
8:9, 8:10, 9:3,
79:13, 79:18,
79:19, 82:4
**exhibits**
3:8
**exist**
97:10
**existed**
103:6
**expect**
109:22
**explain**
7:14, 25:25,
110:4, 110:5
**explained**
100:6, 100:10
**extensive**
21:21
**extent**
104:8, 104:9,
108:14, 109:16

**F**

**facilitator**
3:13, 75:25,
77:11, 79:15,
79:23, 80:19,
84:8
**facility**
104:1
**facsimile**
42:9
**fail**
47:7
**failed**
47:5
**fails**
46:23
**failure**
46:24
**fair**
7:15, 7:20,
7:22
**fallsburg**
5:21

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023                                    37

| | | | |
|---|---|---|---|
| **familiar**<br>6:20, 65:20,<br>65:25, 74:8,<br>79:24<br>**family**<br>31:2<br>**far**<br>7:5, 109:24<br>**favorite**<br>95:7, 95:11<br>**feel**<br>31:19<br>**few**<br>12:23, 24:25,<br>29:4, 29:5, 63:2<br>**figure**<br>78:11, 78:15,<br>96:9<br>**files**<br>60:15<br>**financial**<br>56:4, 56:7,<br>59:9, 61:22,<br>61:25, 111:11<br>**financials**<br>57:10, 58:2,<br>61:13<br>**find**<br>33:10, 34:18,<br>98:7<br>**fine**<br>63:4, 96:6,<br>96:12<br>**finger**<br>92:24, 94:6<br>**finger's**<br>92:25, 94:13<br>**fingertips**<br>8:4<br>**finish**<br>45:3<br>**finished**<br>110:19<br>**firm**<br>12:25, 15:3,<br>15:4, 49:18,<br>49:21, 52:17,<br>56:11, 86:12, | 86:21, 87:1,<br>87:3<br>**firm's**<br>86:20<br>**first**<br>5:24, 6:2,<br>7:24, 14:13,<br>23:9, 70:10,<br>110:10<br>**five**<br>25:9, 92:5<br>**focus**<br>80:3, 86:1<br>**focused**<br>24:12, 24:13,<br>63:23<br>**focusing**<br>9:13<br>**follow**<br>44:21<br>**follows**<br>4:24<br>**foregoing**<br>111:3, 111:4<br>**forgot**<br>79:1<br>**form**<br>28:12, 28:15,<br>36:14, 41:23,<br>46:13, 62:20,<br>65:6, 70:22,<br>71:15, 71:18,<br>72:6, 72:16,<br>93:6, 93:16,<br>105:12, 105:24<br>**formerly**<br>62:17, 93:15<br>**forth**<br>46:21<br>**forward**<br>19:21, 92:14,<br>92:16<br>**four**<br>25:7<br>**fourth**<br>19:14<br>**free**<br>31:19 | **front**<br>7:25, 11:21,<br>12:6, 22:24<br>**fulbright**<br>2:13, 16:10,<br>16:14, 109:23<br>**fulbright's**<br>57:18<br>**full**<br>5:6<br>**fully**<br>109:21<br>**functionality**<br>72:25<br>**fund**<br>75:24, 77:25,<br>78:5, 82:13,<br>82:17, 85:1,<br>85:21, 86:4,<br>87:14, 87:21,<br>89:3, 99:7,<br>99:19, 100:3,<br>100:12, 100:21,<br>101:12, 102:7<br>**funded**<br>85:19, 85:20,<br>86:2, 100:14<br>**funding**<br>74:7, 74:9,<br>74:13, 74:15,<br>74:21, 74:24,<br>75:12, 78:20,<br>82:2, 82:6,<br>87:9, 88:25,<br>90:13, 95:19,<br>100:21, 100:23,<br>100:24, 101:14,<br>101:18, 102:2,<br>102:7, 105:11,<br>105:18<br>**funds**<br>71:9, 74:17<br><hr>**G**<hr>**g-e-f-n-e-r**<br>23:13<br>**g-o-l-d-b-e-r-g--<br>e-r**<br>23:8 | **gefner**<br>23:12, 23:13,<br>24:2, 91:22,<br>98:8, 105:7<br>**gefner's**<br>98:10, 98:11<br>**general**<br>36:11, 74:16,<br>98:1<br>**generally**<br>74:8, 74:15<br>**generated**<br>96:10<br>**geneva**<br>3:13, 76:1,<br>76:2, 76:4,<br>76:11, 76:14,<br>76:17, 76:18,<br>76:20, 76:22,<br>76:24, 77:2,<br>77:5, 77:7,<br>77:8, 77:10,<br>77:18, 77:21,<br>77:25, 78:14,<br>78:18, 79:10,<br>79:14, 80:19,<br>81:1, 81:10,<br>82:1, 82:8,<br>82:13, 82:18,<br>83:5, 83:12,<br>83:13, 83:18,<br>83:20, 84:2,<br>84:3, 84:5,<br>84:7, 84:12,<br>84:17, 84:19,<br>84:25, 85:3,<br>85:7, 85:17,<br>85:22, 86:5,<br>86:8, 86:13,<br>87:4, 87:9,<br>87:14, 87:21,<br>89:3, 90:13,<br>95:2, 96:10,<br>96:19, 96:23,<br>97:21, 97:23,<br>98:14, 99:8,<br>99:10, 100:14,<br>100:22, 100:23, |

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023                                              38

101:1, 101:16,
105:9, 109:5
**geneva's**
78:11, 82:9,
82:13, 82:16,
84:16, 96:2
**girl**
78:24
**give**
8:12, 39:15,
84:13
**given**
111:5
**giving**
61:3
**glued**
31:11
**gmail**
41:12, 41:17,
41:19
**go**
6:17, 12:24,
28:19, 48:13,
48:16, 63:14,
74:12, 79:12,
87:10, 87:22,
89:19, 89:20,
92:15, 98:7
**go-ahead**
84:13
**goes**
67:7
**going**
6:17, 7:7,
7:18, 8:8, 9:9,
9:11, 19:10,
19:12, 25:19,
26:3, 26:7,
38:13, 40:6,
47:2, 64:10,
69:17, 74:14,
79:13, 80:3,
88:12, 88:21,
89:7, 92:14,
92:15, 95:8,
99:2, 109:20,
109:22, 109:24
**goldberger**
23:6, 23:22,

91:20, 105:5
**gone**
31:24, 39:11,
89:14
**gotten**
50:24
**grab**
39:8
**grasp**
7:3
**gray**
2:19, 54:22,
54:23, 55:21
**great**
43:11, 95:25,
99:4
**group**
22:22, 23:2,
71:8, 76:16,
84:1, 90:25,
91:11, 93:2,
93:3, 94:7, 94:9

---
**H**
---

**hand**
61:16, 61:22,
61:24, 111:13
**hand-deliver**
58:1
**handed**
10:5, 12:10,
89:17, 107:1
**happen**
26:8, 30:13
**happened**
107:25
**happens**
5:23
**hard**
7:8, 57:22,
57:23, 58:4,
58:5, 58:7,
58:11, 61:14,
61:15, 61:16,
61:17, 61:20,
61:23, 61:25,
62:2
**harrison**
2:12

**head**
7:1, 7:2
**headed**
96:14
**health**
63:20, 64:5,
64:6, 64:13,
64:15, 65:4,
74:10, 74:18,
74:25, 75:10,
75:14, 75:23,
77:24, 80:4,
80:9, 87:13,
96:21, 100:16,
100:18
**hear**
5:24, 31:9,
37:5, 38:6,
78:3, 103:18
**heard**
2:25, 36:6
**held**
22:17, 60:15
**hello**
4:3
**help**
4:12, 53:6
**helpful**
33:19, 108:14
**here**
6:6, 6:21,
12:7, 12:12,
25:16, 25:19,
36:17, 38:14,
51:19, 63:7,
74:14, 85:13,
88:25, 93:4,
110:14
**hereby**
111:3
**hereunto**
111:12
**hesitate**
92:16
**hire**
69:23
**history**
106:13, 106:14,

106:22
**hold**
45:3, 109:21
**holdco**
17:19, 17:23,
17:24, 20:10,
20:15, 20:18,
20:25, 21:3,
21:10, 21:13,
35:20, 57:2,
57:4, 68:11,
94:22, 101:7,
101:22
**holding**
53:11
**holds**
71:22
**home**
30:3, 30:5,
30:7, 30:20,
30:23, 31:4
**horowitz**
15:5, 18:11,
43:7
**hotel**
39:16, 39:17
**hour**
60:25
**houston**
1:3
**hundred**
6:15

---
**I**
---

**i-e**
14:25
**ian**
2:25, 97:18
**idea**
97:9
**identification**
8:11, 79:20
**identify**
4:13, 4:15,
5:12, 26:3
**il**
37:11, 73:24,
73:25, 74:1,

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023                                          39

89:10, 89:16,
89:23, 90:3
**il@perigrove**
10:16, 35:10,
37:9, 59:5,
59:6, 59:8,
60:4, 60:12,
60:13, 61:4,
62:8, 62:24,
66:22, 73:11,
88:5, 95:13,
104:14, 104:23,
108:22
**il@yescare**
88:7, 89:21
**il@yescarecorp**
73:15, 73:19
**important**
95:8
**in-house**
13:20, 13:21,
13:22, 13:23,
13:25, 75:1,
75:9, 81:14,
81:17
**inc**
1:6, 5:5,
53:14, 53:20,
53:24, 54:8,
54:11, 54:19,
54:24, 54:25,
55:4, 55:20,
56:2, 63:20,
64:6, 64:13,
64:15, 64:16,
65:1, 74:10,
74:18, 74:25,
75:10, 75:14,
75:23, 77:24,
80:5, 80:9,
87:13, 93:14,
96:21, 100:16
**include**
46:21, 53:13,
54:7, 67:12,
91:14
**includes**
46:22

**incorporated**
64:13
**incorrect**
109:2
**individual**
12:15, 23:2,
99:5, 99:9
**individually**
22:6, 22:7
**individuals**
72:13, 72:18
**information**
33:17
**inherit**
106:9
**inherited**
69:10, 69:15,
69:16
**inside**
81:21
**instagram**
35:2
**instruct**
28:13, 28:15
**instructs**
19:12
**intake**
10:10
**interest**
22:11, 22:13,
22:18, 67:24,
68:2, 76:21,
91:1, 111:11
**interesting**
69:17
**interject**
82:25
**internal**
58:19, 59:7
**internet**
26:18
**interruptions**
4:20
**introduce**
79:13
**investors**
22:22, 23:2
**invoice**
78:8, 78:15,

78:19, 82:9,
82:10, 82:13,
82:14, 82:19,
82:22, 83:13,
83:21, 83:23,
84:9, 96:3,
96:21, 96:25,
97:2, 97:13,
97:15, 97:16,
98:24
**invoice-by-invoi-
ce**
98:2
**invoices**
77:12, 77:14,
84:2, 84:4,
84:6, 85:1,
96:1, 99:9
**involved**
105:14, 105:18
**involvement**
46:5
**isaac**
1:13, 3:2,
4:23, 5:8, 5:15,
69:14, 76:9,
80:5
**island**
43:12
**issue**
38:12
**issues**
95:19, 98:3
**itself**
8:2

_____J_____
**jennifer**
92:24, 92:25,
94:5, 94:8,
94:13
**jersey**
64:7, 71:7
**job**
1:22, 78:11,
78:14, 82:9,
82:14, 82:16,
84:8, 96:3

**jog**
12:16
**joined**
19:17, 70:1
**julia**
2:12
**julie**
70:12

_____K_____
**kansas**
2:7
**kaufman**
2:18, 31:11,
36:3, 36:4,
36:14, 41:23,
62:20, 63:1,
65:6, 70:22,
71:15, 71:18,
72:6, 72:16,
82:25, 83:6,
83:9, 90:5,
93:6, 93:16,
96:4, 96:12,
96:15, 105:24
**keep**
58:19, 61:17,
101:20, 108:23
**keeping**
67:10
**kept**
61:1, 88:2,
89:4, 101:16
**king**
75:4, 75:5,
75:7, 75:8,
75:9, 91:18
**knew**
98:4
**know**
7:13, 14:13,
14:25, 17:7,
17:8, 18:19,
18:20, 20:5,
23:1, 25:16,
25:20, 25:21,
25:22, 26:5,
26:24, 28:3,

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023                    40

31:3, 36:24,
36:25, 37:14,
38:11, 40:5,
42:10, 43:9,
44:12, 44:16,
45:25, 46:1,
46:11, 47:12,
47:21, 47:25,
48:11, 48:23,
49:25, 50:7,
51:21, 52:11,
52:18, 56:15,
56:17, 56:19,
57:13, 65:11,
65:13, 65:16,
66:13, 67:22,
67:23, 68:4,
70:9, 70:24,
71:9, 74:3,
75:6, 75:8,
77:7, 77:8,
77:17, 77:20,
81:4, 81:7,
86:20, 88:8,
88:9, 88:11,
88:12, 89:5,
90:14, 92:16,
93:25, 95:6,
97:1, 97:4,
97:5, 97:7,
99:25, 101:3,
103:15, 103:23,
104:9, 104:10,
104:20, 105:4,
105:13, 105:19,
106:7, 107:9,
107:25, 108:4,
108:5, 109:8,
110:14
**known**
53:14, 62:17,
64:15, 64:19,
64:22, 93:15

**L**

**large**
100:5
**last**
45:8, 49:6,

60:25, 78:25,
79:1, 80:2,
95:1, 98:4
**late**
51:20
**later**
9:12, 88:20
**laughter**
42:11
**law**
49:18, 49:21,
64:8, 64:13,
86:12, 87:1,
87:3
**lawyers**
90:25, 91:11,
109:23
**leader**
93:2, 93:3
**leave**
56:21, 110:9
**lefkowitz**
1:13, 3:2,
4:23, 5:2, 5:8,
5:15, 8:20,
38:17, 48:13,
63:11, 69:14,
76:9, 79:22,
80:5, 92:7
**legal**
5:14
**legitimacy**
77:16
**legitimate**
97:16, 97:20
**lender**
53:17, 58:21,
63:18
**let's**
10:6, 12:24,
13:1, 17:20,
31:25, 35:9,
44:8, 48:25,
58:25, 60:20,
63:14, 69:5,
75:20, 76:3,
77:13, 82:6,
86:1, 86:3,

95:25
**letter**
42:13
**liability**
93:11, 93:12
**license**
5:15, 5:18
**likely**
43:16
**limiting**
9:1
**line**
28:2, 28:4,
28:6, 30:3,
30:5, 30:7,
38:23, 38:24,
72:7, 95:5,
95:6, 109:3
**lines**
26:3
**lisa**
1:20, 8:8,
47:14, 48:20,
79:14, 111:2,
111:17
**list**
8:23, 37:20,
37:22, 40:6,
102:9, 102:10
**lists**
9:4
**little**
36:8, 73:13,
75:20, 86:3
**llc's**
88:1
**llp**
2:4
**load**
53:2, 53:3,
53:5, 93:7
**loaded**
107:10
**loan**
53:7, 53:8,
53:16, 53:21,
63:18, 65:18,
65:21, 65:23,

66:3, 66:8,
66:12, 67:8,
68:6, 68:18,
68:19, 71:23,
71:25, 73:1,
73:2, 73:3,
73:4, 73:5,
100:13, 106:14
**loanco's**
8:25, 17:20,
63:15, 71:24,
73:4, 73:19,
85:18, 85:23,
88:17, 100:23,
102:1, 104:4
**loans**
53:10, 53:13,
53:21, 53:25,
54:12, 54:18,
55:1, 55:10,
55:19, 56:1,
58:20, 63:16,
63:17, 70:19,
70:23, 71:1,
71:3, 71:6,
71:11, 71:17,
71:21, 71:24,
72:5, 72:15,
73:19, 105:22
**located**
43:10, 61:15,
67:3, 83:5,
84:23, 85:12
**location**
26:12, 26:21,
30:8
**locations**
41:1, 61:4
**log**
30:12
**long**
16:25, 22:17,
43:11
**longer**
13:16, 92:15
**look**
9:2, 29:15,
33:7

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023                                                                41

| | | | |
|---|---|---|---|
| **looked** | 39:22, 64:1, | **means** | 44:1, 51:9, |
| 34:1, 34:2 | 70:19, 70:25, | 7:23, 69:5, | 52:6, 52:12 |
| **looking** | 71:3, 71:6, | 72:24 | **method** |
| 102:10 | 75:22, 75:23, | **meant** | 24:14 |
| **looks** | 76:4, 76:7, | 69:7 | **methodology** |
| 9:3 | 76:11, 76:15, | **media** | 24:13 |
| **lot** | 77:24, 82:12, | 34:24 | **methods** |
| 6:24, 25:14, | 83:14, 101:25 | **meet** | 38:1, 42:1, |
| 26:3, 26:8, | **manage** | 41:2, 42:24, | 48:25, 49:9 |
| 26:15, 31:13, | 93:7, 93:19 | 43:3, 43:13, | **mic** |
| 48:14, 48:16, | **management** | 43:17 | 4:11 |
| 89:14, 106:19, | 90:15, 90:24, | **meeting** | **microphone** |
| 106:23 | 91:2, 91:5, | 89:6 | 31:8, 38:14 |
| **loud** | 91:8, 91:10, | **meetings** | **mid** |
| 31:16 | 92:19, 93:5, | 40:19 | 13:10, 13:14 |
| **louder** | 94:5, 94:10, | **member** | **middle** |
| 31:17 | 94:14, 94:17, | 17:24, 21:11, | 5:9, 90:19 |
| **M** | 94:20 | 21:13 | **midyear** |
| **m2loanco** | **manager-managed** | **member-managed** | 55:9 |
| 3:14 | 18:3 | 18:2, 18:4 | **million** |
| **made** | **many** | **members** | 78:9, 95:21, |
| 54:19, 55:19, | 6:13, 24:24, | 17:22, 22:20, | 96:2, 101:9, |
| 58:20, 63:16, | 25:16, 28:7, | 23:17 | 101:12, 102:6 |
| 63:18, 65:19, | 29:3, 29:19, | **membership** | **mind** |
| 66:4, 67:18, | 107:4, 107:11 | 22:18 | 92:3 |
| 70:23, 71:8, | **mark** | **memory** | **minute** |
| 71:11, 71:25, | 8:8 | 12:16 | 88:12 |
| 72:1, 75:13, | **marked** | **merged** | **minutes** |
| 76:2, 90:12 | 8:10, 79:17, | 63:19, 64:7 | 63:2 |
| **mailbox** | 79:19 | **merger** | **miriam** |
| 33:22 | **market** | 63:25, 64:5, | 78:24, 79:2, |
| **mainly** | 65:25 | 64:11, 64:12, | 79:4, 95:1, |
| 38:5, 38:7, | **mary** | 64:14, 64:19, | 95:13, 95:18, |
| 78:23, 83:22, | 2:25 | 65:1, 65:20, | 97:24, 98:10, |
| 90:2, 92:24, | **maybe** | 70:21, 71:13 | 98:11, 98:13, |
| 94:7, 95:5, | 97:17, 97:18 | **message** | 98:14, 98:18, |
| 99:23, 101:21 | **mean** | 43:22, 50:21, | 98:23 |
| **maintain** | 10:9, 14:12, | 50:25, 51:3 | **miriam's** |
| 59:2, 62:18, | 17:8, 26:17, | **messages** | 98:4 |
| 104:21 | 28:12, 37:4, | 31:25, 32:1, | **misspoke** |
| **maintained** | 37:6, 43:6, | 32:5, 34:5, | 69:4 |
| 60:9 | 53:9, 57:1, | 35:5, 40:14, | **mm-hmm** |
| **maintains** | 62:8, 67:6, | 50:12, 50:16, | 57:6 |
| 104:11, 108:19 | 68:13, 68:16, | 51:19, 52:2, | **mo** |
| **make** | 68:22, 69:16, | 52:9 | 2:7 |
| 8:6, 26:4, | 78:6, 93:10, | **messaging** | **moment** |
| 31:9, 31:14, | 93:13, 93:14 | 32:4, 34:19, | 10:7, 17:21, |
| | **meaning** | 34:24, 35:4, | 79:24, 105:15 |
| | 30:12 | | |

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

**money**
84:15, 84:25,
85:3, 85:6,
85:17, 85:22,
86:13, 87:4,
87:9, 87:13,
87:15, 87:21,
89:3, 94:16,
94:19, 98:1,
99:7, 99:11,
100:14, 100:20,
101:17
**monies**
87:11
**monitor**
72:23, 72:24,
72:25, 94:1,
103:16
**monitoring**
53:7
**month**
99:8
**more**
6:15, 25:1,
25:3, 25:5,
25:7, 25:9,
25:11, 25:13,
25:18, 25:21,
25:22, 26:5,
71:11, 101:8
**most**
39:10, 43:16,
49:13
**move**
31:8, 38:1,
74:7, 109:15
**moving**
88:24
**much**
92:15, 98:1,
99:6, 99:11,
101:17, 105:13,
110:19
**multiple**
33:25, 34:1,
34:2, 34:6,
35:7, 56:22
**mute**
4:11

**myself**
17:12, 22:5,
72:18, 76:8,
83:19, 109:23

**N**

**name**
5:2, 5:6, 5:14,
5:17, 10:25,
14:2, 14:12,
14:13, 23:9,
49:6, 56:11,
56:12, 65:14,
65:15, 78:22,
78:24, 78:25,
79:1, 86:23,
95:1, 98:4,
98:18
**named**
65:10
**names**
5:9, 11:5,
22:24
**necessarily**
39:20
**neck**
43:11
**need**
19:13, 31:1,
39:21, 78:12,
84:5, 87:10,
92:13, 99:14,
99:19, 100:3,
109:21, 109:24
**needed**
53:6, 98:2,
99:7, 99:12
**needs**
78:12, 78:16,
92:15, 95:21,
97:20
**negotiated**
74:21, 74:24
**negotiating**
72:14
**negotiation**
72:5
**neither**
111:9

**never**
27:23, 37:1,
50:21, 98:4,
99:5, 102:4
**new**
2:14, 2:15,
5:21, 26:23,
27:3, 27:5,
39:10, 39:14,
40:24, 64:7,
71:7, 79:13,
85:13, 85:18,
85:23
**next**
63:2, 109:25
**nicholas**
2:3
**nick**
5:3, 36:3,
47:18, 63:1,
78:8, 78:12,
82:25, 95:21,
96:2, 96:3, 96:4
**ninth**
104:5
**nodding**
7:1
**noise**
78:4
**non-email**
60:8
**none**
45:19, 50:20,
50:22, 109:13
**norton**
2:13, 16:10,
16:14, 54:5,
57:17, 57:18,
88:18, 109:23
**nos**
3:14
**notarial**
111:13
**notary**
1:21, 111:1,
111:18
**noted**
70:17

**nothing**
51:13, 100:4
**notice**
3:10, 8:2, 8:14
**november**
20:16
**number**
6:3, 8:16,
24:18, 24:19,
25:17, 26:4,
27:17, 27:19,
27:21, 27:23,
38:22, 79:16,
102:24
**numbers**
24:24, 25:15,
25:16, 26:8,
26:14, 26:16,
29:9, 29:23,
40:7

**O**

**oath**
4:22
**object**
19:11, 28:12,
28:15, 36:14,
41:23, 62:20,
65:6, 70:22,
71:15, 71:18,
72:6, 105:24
**objecting**
46:13, 46:14
**objection**
14:6, 28:9,
46:10, 72:16,
93:6, 93:16,
105:12
**obligated**
74:17
**obligations**
102:1
**occasionally**
32:15
**occasions**
100:18
**off-the-record**
4:9

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023                                        43

**offended**
49:3
**office**
25:14, 26:2,
26:9, 26:10,
26:21, 27:6,
27:7, 27:8,
27:10, 27:13,
28:1, 28:2,
28:7, 28:8,
28:19, 29:18,
29:25, 30:10,
30:15, 30:17,
30:20, 30:23,
31:5, 38:23,
40:20, 40:21,
40:24, 43:5,
43:6, 43:9,
43:14, 57:25,
58:7, 58:8,
58:9, 58:11,
58:14, 58:16,
61:18, 107:4
**officer**
54:13, 54:17,
77:2, 91:7,
111:2
**officers**
19:15, 19:19,
19:23, 77:20
**official**
1:14, 2:2, 5:4
**oh**
41:16, 45:1,
56:24
**once**
15:18, 23:24,
24:4, 61:16,
84:11, 100:10
**one**
4:7, 8:5, 8:21,
11:5, 11:11,
23:14, 23:15,
25:1, 37:14,
39:3, 63:17,
64:2, 71:11,
85:17, 85:23,
98:3, 99:16,

100:17, 107:16,
108:2
**only**
15:13, 23:17,
35:4, 39:2,
59:12, 67:2,
79:4, 87:7,
100:17
**open**
109:21
**operated**
19:22, 87:1
**options**
28:14
**order**
48:11
**organizational**
17:21
**originally**
63:18, 64:25
**other**
7:7, 7:11,
9:20, 11:5,
13:18, 14:20,
15:10, 15:14,
16:9, 16:13,
16:16, 18:6,
18:13, 18:25,
19:6, 19:7,
21:5, 22:20,
29:18, 29:20,
29:23, 29:24,
30:8, 30:10,
30:15, 30:17,
33:15, 34:19,
35:16, 35:19,
35:22, 36:1,
36:2, 36:12,
36:20, 37:1,
37:8, 37:17,
38:23, 39:6,
39:13, 41:1,
42:1, 44:1,
47:11, 49:21,
49:22, 51:8,
52:6, 52:12,
52:17, 54:11,
59:6, 60:13,

64:18, 71:17,
80:15, 87:20,
89:24, 95:1,
99:16, 104:6,
105:9, 105:10,
105:20, 105:21,
106:16, 108:21,
108:22, 109:6,
109:9
**others**
37:12, 37:15,
60:11
**otherwise**
111:11
**out**
8:6, 26:3,
30:22, 31:4,
36:12, 64:19,
78:11, 78:15,
85:7, 87:1,
96:9, 98:20
**outcome**
111:11
**outset**
83:2
**outside**
47:1
**over**
4:7, 7:8, 10:5,
10:11, 10:17,
12:11, 26:18,
31:24, 35:14,
61:16, 61:22,
69:19, 89:7,
89:17, 89:22,
107:1
**overheard**
103:17, 103:20
**own**
15:4, 77:5,
78:10, 86:16,
86:19
**owned**
85:8, 101:22
**owner**
84:19, 94:13
**owners**
94:12

**ownership**
22:10, 67:24,
68:2, 76:21,
91:1
**owns**
67:22, 68:3,
68:4, 77:7,
77:17, 91:10

---

**P**

**p-i-n-j-u**
66:15
**page**
3:3, 3:9, 9:2,
9:3, 80:1, 80:2,
80:6
**paid**
82:22, 83:13,
84:4, 84:9,
84:14, 97:21,
98:24
**paperless**
61:18
**parent**
56:24, 57:1
**part**
5:25, 6:1, 6:2,
46:9, 48:1,
48:7, 48:10,
67:16, 85:21,
97:10, 97:13
**parties**
105:10, 105:20,
108:23, 111:10
**partnership**
11:4
**passive**
86:2
**pay**
78:12, 78:16,
84:6, 84:13,
89:3, 93:22,
97:14
**paying**
78:10, 78:19
**payment**
75:24, 77:15,
78:1, 96:24,

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023                                             44

97:3, 98:25,
101:8
**payments**
67:12, 67:14,
67:18, 75:13,
77:12, 89:4,
90:12, 96:22,
100:19
**payphones**
39:10, 39:14
**pays**
97:21
**pdf**
9:2
**people**
14:25, 44:11,
44:16, 44:17,
44:19, 47:11,
76:17, 78:21
**percent**
22:14, 22:16,
22:17
**perigrove**
10:21, 10:22,
10:23, 10:24,
11:2, 11:5,
11:8, 11:13,
11:14, 13:22,
13:25, 21:6,
21:7, 21:10,
21:12, 21:15,
21:19, 21:24,
22:7, 22:11,
22:18, 22:20,
23:18, 26:11,
26:22, 28:1,
28:4, 28:5,
28:8, 29:19,
29:25, 30:10,
30:17, 35:17,
36:25, 37:11,
38:8, 38:23,
39:3, 43:14,
58:15, 59:13,
59:16, 59:22,
60:4, 62:10,
73:24, 77:5,
81:13, 81:17,

86:17, 89:10,
89:17, 90:3,
94:24, 101:13,
101:23, 101:24,
101:25, 102:23,
104:21, 104:24,
104:25
**perigrove's**
58:9
**period**
89:12, 89:13,
105:25
**periodic**
101:1
**perry**
54:15, 55:21
**perry's**
54:16
**person**
31:21, 40:17,
42:25, 53:23,
97:19, 97:23
**personal**
32:16, 32:17
**personally**
29:5, 94:16
**phone**
4:15, 24:17,
24:18, 24:19,
24:20, 24:24,
25:14, 26:3,
26:4, 26:8,
27:10, 27:13,
27:17, 27:19,
28:18, 28:24,
29:1, 29:15,
29:18, 29:20,
29:23, 29:25,
30:1, 30:3,
30:5, 30:7,
31:24, 33:23,
33:24, 38:5,
38:7, 38:9,
38:10, 38:19,
38:22, 39:3,
39:7, 39:8,
39:9, 39:11,
39:20, 39:21,

39:22, 40:4,
40:7, 49:14,
50:7, 50:17,
53:22, 83:22,
89:11, 95:16,
95:17, 98:23,
99:14, 99:15,
99:16, 99:21,
99:23, 101:20,
106:13, 106:21
**phones**
28:7, 29:3,
29:6, 29:8,
29:11, 29:19,
33:25, 34:2,
39:3, 39:13,
40:5
**physical**
26:12, 26:21,
30:15
**pick**
27:18, 39:21,
65:14, 65:15,
99:13, 99:15
**pinju**
66:15
**place**
1:19, 40:19,
70:10
**places**
67:2
**please**
4:6, 4:7, 4:10,
4:12, 4:15, 5:6,
5:12, 6:23,
7:13, 8:21,
14:3, 22:15,
25:25, 27:1,
37:20, 47:14,
48:20, 70:15,
78:22, 102:9
**pli**
93:7, 93:10,
93:19
**point**
13:15, 63:4,
108:4
**policies**
108:18

**position**
11:7, 20:9,
20:12
**possession**
71:25
**possibly**
31:8
**post**
55:16
**pre-existing**
68:17
**precise**
48:17, 48:18,
48:19, 64:2
**prefer**
47:23
**preliminary**
6:18
**preparation**
29:16, 33:8,
34:3, 34:4,
44:25, 45:1,
45:4
**prepare**
9:14, 9:17,
9:21, 10:2,
15:18, 16:6,
16:17, 16:21,
33:20, 46:20,
46:24, 47:5,
47:8
**prepared**
56:7, 92:8,
109:19, 110:1
**present**
2:24
**previously**
8:24
**prior**
18:17, 18:21,
44:14, 54:16,
54:23, 57:18,
68:8, 69:9,
69:10
**privileged**
45:13, 45:16
**probably**
6:19, 51:1,

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023                                                45

67:13, 104:4,
104:12, 110:9
**proceeding**
4:4, 4:8
**process**
75:21, 82:7,
97:10
**produce**
96:20, 96:22
**produced**
70:14
**product**
96:9
**production**
90:7
**professional**
93:11, 93:12
**program**
35:4
**programs**
34:19
**promise**
48:13, 48:16
**pronounce**
49:6
**protocol**
26:18
**provide**
4:17, 8:22,
37:21, 40:7,
56:21, 57:14,
57:19, 74:17,
101:1
**provided**
88:16, 96:11,
110:12
**provides**
93:23
**public**
1:21, 111:1,
111:18
**pull**
8:6
**pulled**
8:1
**purchase**
4:19
**purposes**
4:9

**put**
74:14
**putting**
107:19

---
**Q**

**question**
7:12, 7:14,
7:18, 7:19,
19:8, 31:1,
36:5, 36:6,
44:20, 44:21,
44:23, 44:24,
45:3, 47:10,
47:15, 47:16,
47:22, 47:24,
48:2, 48:9,
48:15, 48:17,
48:21, 48:22,
90:19, 95:10,
96:15, 96:16,
100:5, 107:3,
109:12, 110:15
**questioning**
72:8, 95:7,
109:4
**questions**
6:22, 6:23,
19:11, 47:3,
48:19, 64:3,
100:11, 109:15,
109:16, 109:19,
110:18
**quick**
90:16, 108:9
**quicker**
48:14, 48:16
**quite**
6:19, 12:23,
24:25, 29:4,
29:5

---
**R**

**r-o-c-k**
27:2
**r-u-b-e-n-s-t-e--
i-n**
14:24

**range**
6:16
**rarely**
32:15, 49:13
**read**
4:22, 47:15,
47:16, 48:21,
48:22
**reading**
111:8
**ready**
63:11
**really**
7:8, 63:23,
110:6
**recall**
13:14, 14:19,
15:12, 15:15,
21:25, 23:16,
23:18, 24:5,
24:6, 24:23,
28:25, 29:14,
29:22, 31:23,
32:3, 32:13,
32:25, 33:4,
34:13, 34:16,
34:17, 37:10,
37:12, 38:25,
39:8, 39:19,
39:23, 39:24,
39:25, 40:3,
40:15, 41:4,
41:8, 41:9,
41:10, 43:20,
49:20, 50:23,
51:2, 51:6,
55:15, 55:24,
56:3, 56:11,
56:12, 56:20,
58:3, 63:20,
66:9, 66:16,
66:17, 66:19,
72:21, 74:2,
74:4, 77:4,
79:7, 79:11,
82:3, 84:24,
85:13, 86:23,
98:5, 98:6,

101:6, 102:12,
103:19
**receive**
110:13
**received**
51:2, 84:12,
94:16, 94:19,
106:17, 107:5
**receiving**
27:25, 96:20
**recently**
103:17
**recess**
63:9, 92:6,
108:16
**reconvene**
63:8
**record**
5:7, 6:21, 7:3,
7:10, 25:15,
26:7, 31:15,
47:5, 63:14,
69:2, 97:7,
102:11, 109:25,
111:5
**record's**
90:5, 96:17
**recording**
4:8, 4:18
**records**
29:16, 52:3,
58:20, 59:1,
59:2, 59:7,
59:24, 60:8,
60:21, 61:1,
61:11, 62:18,
66:20, 87:11,
87:23, 87:25,
88:2, 89:4,
89:9, 89:10,
96:23, 97:2,
97:4, 97:5,
97:6, 97:10,
102:15, 104:22,
106:9, 106:12,
106:16, 106:19,
106:21, 106:22,
106:23, 107:5,

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023                                    46

| | | | |
|---|---|---|---|
| 107:23, 108:19, 108:23 | reminder 36:19 | 76:4, 76:7, 76:11, 76:15, | 77:18, 78:1, 80:9, 81:3, |
| reduced 111:7 | remit 67:14 | 77:25, 82:12, 84:12, 88:21 | 81:12, 81:19, 82:10, 82:12, |
| reed 2:19, 54:22, 55:21 | remote 1:11, 1:19, 2:24, 4:3, 8:12, | requested 111:8 | 82:14, 82:15, 83:9, 83:25, 87:2, 88:14, |
| reed's 54:23 | 8:17, 31:7, 31:12, 79:17 | requesting 37:22, 40:9 | 88:16, 90:18, 92:18, 97:25, |
| refer 64:10 | remotely 4:5, 30:13 | required 46:20, 100:21 | 98:21, 99:16, 99:17, 100:25, |
| regarding 11:17, 14:18, 15:7, 24:2, | repeat 5:25, 82:11 | respect 14:8, 96:3, 105:11, 105:22 | 101:19, 104:8, 107:17, 107:24, 108:14 |
| 24:10, 24:15, 24:21, 27:14, | rephrase 7:14 | responsive 88:22 | risk 90:15, 90:24, |
| 28:23, 29:21, 29:24, 30:6, | report 84:3 | rest 9:11, 23:16 | 91:2, 91:4, 91:7, 91:10, |
| 31:21, 32:1, 32:5, 33:11, | reported 101:14 | restate 22:15 | 92:19, 93:4, 94:5, 94:10, |
| 38:3, 38:18, 40:1, 40:13, | reporter 1:21, 4:13, | restructuring 54:13, 54:17 | 94:14, 94:17, 94:20 |
| 40:17, 42:2, 42:16, 42:20, | 6:20, 7:2, 7:10, 31:9, 47:16, | result 96:20 | rock 26:25, 40:23 |
| 43:22, 51:3, 51:10, 55:1, | 48:22, 108:11, 111:1, 111:18 | resulted 64:14 | role 66:3, 67:5, |
| 58:20, 66:11, 73:18, 95:19 | reporters 6:25 | return 106:21 | 69:9, 69:10, 69:19, 72:22, |
| regardless 89:10 | reporting 101:13 | review 9:17, 9:25, | 76:18, 76:20, 79:9, 80:25, |
| regularly 102:23 | reports 101:1, 101:3, | 10:4, 33:14, 33:16, 33:20 | 81:5, 81:8, 82:1, 93:1 |
| relate 96:11 | 101:5, 101:8, 101:25 | reviewed 16:20 | room 39:16, 39:17 |
| related 111:9 | repository 107:23 | reviewing 33:15 | rose 2:13, 16:10, |
| relating 11:25, 89:9 | represent 55:3 | right 7:17, 7:24, | 16:14, 57:18, 88:18, 109:23 |
| relationship 21:9, 98:12 | representative 1:12, 6:7 | 9:7, 10:19, 11:14, 21:2, | rpr 1:20, 111:17 |
| remember 4:6, 4:10, | represented 13:16, 15:14, | 25:19, 33:17, 35:6, 42:15, | rubensteen 49:1 |
| 11:23, 12:8, 12:13, 12:18, | 72:4, 72:11 | 56:16, 56:18, 58:12, 60:7, | rubenstein 9:23, 14:22, |
| 12:20, 23:3, 23:6, 95:2 | representing 5:3, 55:13, 55:14, 55:16, | 64:9, 64:16, 64:20, 64:23, | 14:23, 15:2, 15:5, 15:7, |
| remind 36:16 | 61:5 | 65:2, 72:2, 73:6, 73:16, | 15:16, 15:20, 18:9, 18:10, |
| | request 75:22, 76:2, | 76:12, 77:15, | |

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

18:11, 19:1,
19:3, 19:6,
42:16, 42:20,
42:24, 43:3,
43:7, 43:13,
43:17, 43:22,
44:1, 44:5,
44:10, 44:14,
45:5, 45:7,
45:15, 45:23,
46:3, 46:7,
46:15, 46:16,
46:23, 47:9,
47:11, 47:25,
48:6, 48:9,
49:1, 49:8,
49:11, 49:16,
49:22, 50:3,
50:11, 50:25,
51:3, 51:8,
51:14, 51:25,
52:5, 52:11,
52:16, 52:21,
52:23, 55:22,
57:20, 58:2,
58:6, 62:10,
66:10, 72:18,
80:12, 80:15,
86:11, 89:2,
91:14, 105:2
**rubenstein's**
44:8, 45:9,
47:4, 47:13,
80:13, 86:12
**rubenstine**
49:2
**rules**
6:18, 6:20
**run**
4:5
**russell**
54:15, 54:16

**S**

**s**
2:1
**s-c-h-a-p-i-r-o**
14:5, 14:15

**s-p-o-o-k**
27:2
**said**
10:17, 13:14,
16:20, 25:16,
26:17, 27:18,
33:13, 33:25,
34:13, 38:17,
39:19, 41:17,
45:18, 48:7,
50:20, 51:24,
52:1, 52:3,
57:7, 58:10,
58:24, 61:13,
61:19, 61:23,
73:23, 75:16,
77:14, 77:17,
77:23, 78:5,
81:14, 81:16,
81:21, 81:24,
83:1, 85:19,
87:22, 89:5,
89:18, 99:2,
102:17, 103:4,
103:23, 108:1,
110:12, 111:6
**same**
7:9, 18:10,
27:23, 28:6,
42:22, 58:11,
62:21, 72:17,
88:3, 89:7,
104:12, 104:16
**save**
89:6
**saved**
59:15, 59:16,
59:17
**saw**
103:25
**say**
10:8, 27:24,
31:3, 34:17,
40:21, 41:12,
50:21, 53:8,
60:21, 62:5,
67:5, 68:9,
68:12, 68:17,

68:25, 69:12,
69:15, 73:3,
78:5, 81:16,
81:18, 81:24,
84:5, 85:16,
89:13, 93:13,
99:14
**saying**
12:7, 21:2,
24:6, 24:20,
26:19, 60:17,
68:15, 92:22,
103:8
**says**
80:5, 81:6,
81:18, 96:2,
97:14
**scan**
107:12
**scanned**
62:3, 62:5,
107:10
**scope**
46:14, 47:1,
47:2
**scott**
75:4, 75:5,
75:7, 75:8,
75:9, 91:18
**screen**
74:14
**scroll**
80:1
**seal**
111:13
**searched**
34:18, 88:21
**second**
8:5, 8:21,
48:8, 92:4
**see**
9:6, 34:4,
38:13, 80:21,
87:11, 87:23
**seen**
8:19, 97:6
**sees**
97:15

**select**
68:5
**send**
31:25, 50:11,
51:10, 70:15,
84:2, 99:10,
99:13
**sending**
67:11
**sentence**
57:16, 68:10,
69:13, 86:2
**separate**
84:17, 86:17,
87:1
**separately**
93:22
**server**
59:3, 59:4,
102:22, 102:23
**service**
3:10, 8:15,
68:6, 71:17,
71:21, 109:4,
109:6, 109:9
**serviced**
75:17
**servicer**
69:25
**services**
1:6, 5:5,
53:14, 53:20,
53:24, 54:8,
54:10, 54:19,
54:24, 54:25,
55:4, 55:20,
56:2, 64:5,
64:16, 65:5,
65:25, 93:14,
93:23
**servicing**
66:5, 66:7,
66:12, 67:6,
67:7, 67:16,
67:19, 68:8,
68:18, 69:20,
69:25, 70:13,
70:16

**set**
8:23, 46:21, 107:16, 111:12
**seven**
25:13, 25:18, 25:22, 26:6
**several**
9:4, 40:5, 53:10
**shaking**
7:1
**shapiro**
14:2, 14:8, 14:17, 15:16, 15:22, 38:2, 38:3, 38:18, 39:18, 40:1, 40:13, 40:16, 41:2, 41:6, 42:2, 42:23, 55:22, 57:20, 58:2, 58:10, 62:13, 72:18, 79:6, 79:9, 80:20, 80:25, 82:1, 86:11, 86:16, 86:22, 86:23, 86:25, 89:2, 91:16
**shapiro's**
80:23
**short**
51:19
**shortly**
110:3
**should**
4:9, 82:22, 83:13, 84:4, 84:9, 98:24
**show**
96:24, 102:16
**siamese**
48:12
**sigma**
90:15, 90:24, 91:2, 91:4, 91:7, 91:10, 92:19, 92:20,

92:23, 93:1, 93:4, 93:22, 93:23, 94:5, 94:10, 94:13, 94:17, 94:20
**signal**
32:8, 32:10, 34:20, 35:5, 35:7, 42:5, 44:2, 51:10
**signatories**
80:4
**signatory**
80:6, 81:6
**signature**
80:6, 80:13, 80:23
**signature-p1kal**
111:15
**signed**
80:8, 80:12, 80:17, 80:20, 81:1
**signing**
111:8
**similar**
34:20
**simply**
89:15
**since**
17:2, 18:24, 19:17, 22:19, 41:10, 109:10
**single**
27:20, 64:7, 107:22, 110:15
**sir**
7:6, 63:13, 66:24
**sit**
25:14, 26:2
**site**
67:3
**sitting**
12:7, 12:12, 110:14
**situation**
20:17, 100:1

**six**
25:11, 25:21, 26:5
**skipping**
83:2
**slowly**
4:6
**smoothly**
4:5
**social**
34:24
**sole**
21:12, 54:9
**solely**
45:14
**some**
14:7, 60:10, 63:23, 80:25, 87:15, 100:13
**somebody**
17:9, 49:5
**someone**
97:14, 103:20, 103:22
**something**
33:15, 86:24, 87:16, 93:25, 103:14, 103:17
**sometime**
13:8, 52:22
**sometimes**
61:13
**sorry**
37:5, 38:6, 49:1, 54:2, 68:24, 78:3, 83:9
**sound**
6:24, 95:23
**sounds**
6:19
**source**
108:2
**sources**
102:8, 102:13, 102:16, 107:11, 108:2, 108:5, 108:6

**southern**
1:2
**speak**
4:6, 9:20, 9:23, 15:19, 15:22, 15:24, 16:2, 16:5, 16:17, 31:16
**speaking**
4:13, 4:16, 16:9, 16:13, 24:7, 103:21
**specific**
63:23
**spell**
14:3, 14:11, 14:13, 14:25, 23:7, 27:1
**spelled**
14:23
**spelling**
108:13
**spent**
101:17
**split**
64:19
**spoke**
11:24, 48:9
**spook**
26:25, 40:23
**st**
2:20
**stan**
49:4
**standard**
32:5, 35:5
**start**
13:1
**started**
90:21, 107:19
**starts**
9:5, 79:15
**state**
5:6
**statement**
61:22, 99:2
**statements**
56:5, 56:8,

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023                                    49

59:10, 61:25,
67:11, 99:6,
102:20
**states**
1:1
**steen**
49:4
**stenographic**
1:21
**steps**
109:25
**stick**
96:1, 108:13
**still**
13:4, 19:3
**stine**
49:4
**stinson**
2:4
**stipulation**
4:22
**stood**
65:4
**stop**
25:19, 63:7
**stops**
101:11
**stored**
62:3, 62:6,
66:22, 95:14,
106:14, 107:2
**story**
89:12, 89:13
**straying**
96:7
**street**
2:5, 6:3
**structure**
17:21, 77:8
**subpoena**
3:11, 8:1,
8:15, 8:22
**substance**
24:12
**successful**
30:25
**suffern**
26:23, 27:5,

30:10, 30:18,
40:24, 58:17
**suite**
2:6, 2:20
**sums**
100:5
**sure**
8:6, 12:20,
31:9, 31:14,
38:14, 49:3,
55:5, 64:1,
79:8, 87:10,
98:8, 103:13
**surnames**
5:10
**sustainable**
73:1
**sworn**
4:23
**system**
26:15, 26:17,
27:18, 29:25,
32:4
**systems**
51:9, 52:6,
52:12

**T**

**tab**
67:11
**take**
40:19, 48:25,
63:1, 63:4,
82:4, 90:16,
92:1, 92:5,
108:9
**taken**
1:14, 6:10,
63:9, 92:6,
108:16, 111:3,
111:6
**takes**
97:14
**talk**
4:7, 7:8, 9:10,
17:20, 31:25,
35:9, 44:8,
44:13, 45:5,

45:7, 49:8,
58:25, 75:20,
76:3, 88:22,
95:19, 96:5,
109:24
**talking**
36:11, 40:22,
45:1, 45:14,
60:22, 63:15,
70:24, 73:2,
92:18
**tax**
106:21
**technical**
38:12
**technical-related**
4:20
**technician**
2:24, 4:3,
8:12, 8:17,
31:7, 31:12,
79:17
**tehum**
1:6, 5:5,
53:14, 53:20,
53:23, 54:3,
54:8, 54:9,
54:10, 54:19,
54:24, 54:25,
55:3, 55:20,
56:1, 64:16,
93:14, 93:20
**tehum's**
54:1, 54:3,
54:20
**telegram**
34:22
**telephone**
39:17, 40:1,
42:15, 42:19,
50:3, 100:7,
101:3
**tell**
39:6, 45:12,
50:19, 99:19,
105:14, 109:1
**ten**
63:5

**term**
97:8
**terms**
39:23, 72:14,
74:18, 98:1,
100:20
**testified**
4:24, 12:5,
110:2
**testify**
46:16
**testifying**
36:17
**testimony**
8:23, 111:5,
111:6
**texas**
1:2, 64:8,
64:13, 64:21,
64:22, 93:15
**text**
31:25, 32:1,
32:5, 35:5,
40:14, 43:22,
50:11, 50:16,
50:21, 50:24,
51:3, 52:8
**th**
111:13
**thank**
4:3, 4:21, 5:2,
6:5, 8:17,
36:19, 82:5,
90:9, 92:10,
110:19
**thanks**
108:15
**thereafter**
111:6
**thing**
7:7, 7:12
**things**
107:16
**think**
12:5, 38:12,
63:3, 65:9,
68:7, 87:15,
96:7, 100:17,

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

50

105:17, 107:3,
108:8, 110:8,
110:18
**third**
105:10, 105:20,
108:23
**thought**
41:16, 83:1
**thousand**
88:11
**three**
19:9, 25:5,
61:4, 103:6,
103:9
**three-minute**
108:9
**three-year**
103:2, 103:4,
103:9, 103:23
**through**
1:12, 6:17,
12:24, 60:24,
72:7, 74:12,
82:6, 83:8,
87:22, 89:11,
89:14, 94:8,
100:12, 100:13,
102:17, 102:18,
109:3
**time**
1:18, 4:15,
5:23, 19:14,
27:19, 27:20,
31:19, 55:13,
80:16, 89:6,
104:5, 110:10
**times**
6:13, 19:9,
100:2, 107:4
**title**
8:13, 16:23
**today**
6:6, 8:25,
9:11, 9:13,
9:15, 9:18,
9:21, 10:2,
12:7, 12:12,
16:7, 16:18,

16:21, 23:19,
29:16, 33:8,
33:21, 34:3,
63:22, 83:2,
110:2
**today's**
15:19, 44:25,
45:2, 45:4,
103:10
**told**
100:2
**ton**
98:20
**took**
69:19, 107:9
**top**
9:5
**topic**
83:1, 83:6,
83:7, 96:5, 96:7
**topics**
8:23, 9:1, 9:4,
9:10, 9:12,
9:13, 46:21,
63:23, 109:20,
110:2
**track**
100:19, 100:23,
101:16
**trailing**
31:13
**transaction**
55:16
**transcript**
3:7, 4:19,
81:18, 81:24,
111:4
**transfer**
85:3, 85:5,
85:6, 85:17,
86:13, 87:8,
87:23
**transferred**
85:5, 86:8,
87:4
**transferring**
85:22
**transfers**
88:1

**trick**
48:2, 48:3,
48:5
**true**
111:4
**truthfully**
110:15
**try**
7:7, 30:24,
31:3, 31:16,
38:15
**trying**
25:15, 26:6,
48:3, 48:5,
63:22, 63:24,
83:4, 90:21,
93:4, 96:9, 97:9
**turn**
89:22
**turned**
10:11, 10:17,
35:14
**twice**
27:23
**twin**
48:12
**two**
19:22, 23:17,
25:3, 28:14,
64:14, 67:2,
70:24, 87:7,
100:17
**tx**
2:21, 65:1
**typewriting**
111:7

---
**U**
---

**uh-uhs**
6:24
**unable**
4:14
**under**
53:12, 64:8,
64:13, 69:25,
73:5, 74:1,
74:15, 74:18,
75:12, 77:10,

78:19, 84:8,
87:9, 90:3,
90:12, 100:21,
100:24, 101:18,
102:1, 111:7
**understand**
6:6, 7:4, 7:12,
7:19, 39:11,
44:24, 64:2,
69:5, 93:4,
98:19, 108:13
**understanding**
6:8, 74:16
**understood**
37:23, 40:10,
49:5, 103:11
**unedited**
4:18
**unfortunately**
31:10
**united**
1:1
**unless**
19:11
**unprivileged**
45:18
**unsecured**
1:15, 2:2, 5:4
**until**
21:2
**upload**
107:12
**uploaded**
107:10
**use**
5:10, 24:14,
24:20, 24:24,
27:13, 29:11,
29:20, 29:23,
30:5, 30:7,
30:16, 31:24,
32:4, 32:10,
32:15, 32:17,
32:23, 33:1,
34:9, 34:19,
34:22, 34:24,
35:4, 38:22,
39:12, 39:17,

40:6, 41:21,
42:2, 42:19,
49:9, 49:16,
49:22, 50:3,
51:8, 51:21,
52:16, 56:22,
73:11, 89:25,
97:9, 102:22

**uses**
52:12, 104:17

**using**
28:2, 28:24,
35:25, 37:8,
37:10, 37:12,
39:2, 40:13,
44:1, 73:19

**V**

**valitas**
64:5

**various**
63:19, 102:8,
102:12, 108:1

**vendors**
108:23

**verbally**
7:1

**verify**
77:16

**verizon**
97:13

**vet**
77:12, 78:2,
78:5, 78:6,
78:7, 82:9,
82:14, 82:17,
82:19, 84:2,
90:13

**vets**
97:15

**vetted**
96:25

**vetting**
97:1, 97:6,
97:7, 97:8,
97:11

**via**
4:14, 51:17

**vice-president**
11:10, 11:12

**video**
4:12, 4:14

**virtual**
28:18, 30:11,
30:12

**virtually**
7:11

**voice**
26:18, 31:13

**voip**
24:17, 26:15,
26:17, 26:18,
27:18, 28:18,
29:25, 38:24,
39:20

**vp**
11:9

**W**

**waiting**
47:17

**walk**
82:6

**walnut**
2:5

**want**
6:21, 14:12,
16:14, 31:14,
36:5, 38:1,
49:7, 49:8,
64:1, 74:7,
74:12, 92:1,
95:9, 96:5

**wanted**
36:8, 89:5

**way**
28:2, 37:14,
62:21, 88:3,
100:15

**ways**
39:6

**we'll**
38:15, 48:17,
56:21, 63:7,
63:8, 88:20,
110:2, 110:8

**we're**
6:17, 7:11,
8:8, 9:1, 9:9,
9:11, 31:14,
38:13, 63:22,
69:1, 74:14,
79:12, 80:3,
88:20, 90:10,
109:20, 109:22,
109:24, 110:18

**we've**
9:8, 31:24,
37:25, 39:1,
61:8, 89:14,
101:21

**webster**
97:12

**week**
45:8, 99:7

**went**
60:24, 71:10,
72:7, 109:3

**weren't**
21:1, 46:9

**whatever**
108:6

**whatsapp**
32:21, 32:23,
33:1, 33:7,
33:15, 34:5,
34:6, 34:9,
34:14, 34:20,
35:5, 42:7,
44:2, 51:9,
51:12, 51:14,
51:18, 51:22,
52:1, 52:3, 52:9

**whatsoever**
98:12, 106:10

**whereof**
111:12

**whereupon**
110:20

**wherever**
28:19, 30:13

**whether**
14:7, 25:22,
33:4, 34:14,

37:15, 41:10,
51:2, 51:21,
52:11, 78:15,
82:21, 83:12

**white**
12:25, 13:1,
13:4, 13:15,
15:15, 15:24,
24:9, 24:15,
24:19, 24:21,
27:14, 28:23,
29:12, 29:20,
31:20, 32:1,
38:2, 42:23,
55:2, 55:3,
55:6, 55:8,
55:12, 55:14,
55:20, 74:23,
91:24

**whole**
23:2, 76:16

**wife**
98:11

**winchester**
2:24

**within**
20:9, 47:2

**without**
46:5, 48:1,
48:7, 48:10,
101:12, 102:10

**witness**
28:13, 28:16,
28:18, 31:8,
31:16, 36:15,
36:16, 41:16,
41:24, 45:17,
46:11, 46:24,
47:5, 47:7,
47:8, 47:17,
62:21, 65:7,
70:23, 71:19,
72:7, 72:17,
92:9, 93:7,
93:17, 105:13,
105:25, 109:18,
110:1, 110:4,
110:10, 111:12

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023

**word**
11:5, 68:23,
69:6, 97:11
**work**
75:21, 96:9
**working**
90:10
**wouldn't**
12:10, 15:12,
24:23, 38:25,
41:9, 46:11,
92:3
**write**
52:20
**written**
42:13, 67:19,
101:5, 108:18

**Y**

**y-a-k-o-v**
5:13
**y-i-t-z-c-h-o-k**
5:13, 5:19
**yeah**
36:11, 38:11,
60:10, 63:3,
67:13, 92:10,
95:25, 108:12,
110:17
**year**
13:14
**years**
103:7, 103:9
**yell**
31:19
**yescare**
62:17, 64:20,
64:23, 72:22,
73:6, 73:9,
73:12, 73:13,
73:25, 74:1,
88:11, 89:16,
89:23, 90:8,
93:14, 93:21,
93:22, 93:23,
94:2, 103:1,
103:2, 103:6,
103:16

**yescare's**
90:6, 104:1
**york**
2:14, 2:15,
5:21, 26:23,
27:4, 27:5,
39:10, 39:14,
40:24, 85:13,
85:18, 85:23
**yourself**
4:15, 9:14,
17:15, 20:18,
20:22, 21:3,
21:22, 22:1,
22:4, 54:11

**Z**

**z-a-l-m-a-n**
14:5, 14:14
**zalman**
14:2, 15:16,
38:2, 38:3,
38:18, 62:13,
79:6, 79:9,
80:20, 80:23,
80:25, 82:1,
86:16, 86:21,
86:25, 91:16
**zluticky**
2:3, 3:4, 5:1,
5:3, 8:7, 8:14,
8:18, 14:10,
28:11, 28:21,
31:18, 36:10,
36:18, 37:24,
38:11, 38:16,
40:11, 41:14,
41:18, 41:25,
42:12, 45:14,
45:20, 46:12,
46:18, 47:14,
47:19, 48:20,
48:24, 62:23,
63:3, 63:7,
63:10, 65:8,
70:12, 70:18,
71:2, 71:16,
71:20, 72:10,

72:19, 78:8,
78:12, 79:21,
83:3, 83:8,
83:11, 90:9,
90:11, 90:18,
90:22, 90:23,
92:1, 92:5,
92:7, 92:12,
92:17, 93:19,
93:18, 96:8,
96:13, 96:18,
98:19, 105:16,
106:1, 108:8,
108:12, 108:17,
109:14, 110:6,
110:17

**$**

**$15**
101:9, 101:12
**$200**
97:14

**.**

**.3000**
2:16
**.4135**
2:22
**.8600**
2:8

**0**

**00006620**
3:14
**02**
1:18, 4:1

**1**

**10**
1:18, 4:1,
9:10, 101:4
**100**
21:11
**10019**
2:15
**1018**
21:6, 21:7,
21:10, 21:12,

21:16, 21:19,
21:24, 22:7,
22:11, 22:18,
22:21, 23:18,
101:24, 102:1,
104:21, 104:25
**11**
1:5, 9:10,
63:8, 63:9
**12**
1:17, 1:18,
83:1, 83:2,
89:24, 91:13,
92:6, 94:7,
94:9, 96:5,
96:7, 108:16,
110:20
**1201**
2:5
**12733**
5:22
**13**
9:10
**1301**
2:14
**14**
9:10, 83:8
**15**
9:10, 92:6,
101:4, 102:6,
111:13
**16**
9:10
**1601**
2:20
**17**
9:11, 83:8

**2**

**2021**
18:18, 19:18,
19:21, 20:7,
70:2, 106:6,
106:9, 106:18,
107:6, 109:11
**2022**
13:8, 13:11,
13:13, 55:9,

Transcript of Isaac Lefkowitz, Designated Representative
Conducted on May 12, 2023                                         53

```
64:4, 106:2
2023
1:17, 106:4,
111:14
21
17:2, 20:16,
21:20, 22:19,
68:14, 68:20,
107:14
212.318
2:16
214.954
2:22
22
13:10, 13:14,
52:22
23
1:6, 63:9
2900
2:6
```

──────────── 3 ────────────
```
30
46:19, 46:25,
92:6
341
89:6
35
63:8, 63:9
```

──────────── 4 ────────────
```
42
108:16
45
108:16
4600
2:20
48
1:18, 110:20
492510
1:22
```

──────────── 5 ────────────
```
51
26:25
535
8:16
58
5:21, 6:4, 6:5
```

```
5th
74:9
```

──────────── 6 ────────────
```
64106
2:7
6620
79:16
6624
3:15
6th
2:14
```

──────────── 7 ────────────
```
75201
2:21
79
3:13
```

──────────── 8 ────────────
```
816.842
2:8
```

──────────── 9 ────────────
```
90086
1:6
```