Docket #482 Date Filed: 4/28/2023

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| TEHUM CARE SERVICES, INC.,[1] | ) |
|  | ) Case No. 23-90086 (CML) |
| Debtor. | ) |
|  | ) |

## STATEMENT OF FINANCIAL AFFAIRS FOR
## <u>TEHUM CARE SERVICES, INC.. (CASE NO. 23-90086)</u>

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.



2390086230428000000000013

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TEHUM CARE SERVICES, INC.,[1] | ) | Case No. 23-90086 (CML) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Tehum Care Services, Inc., the above-captioned debtor and debtor in possession (the "Debtor"), hereby files its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement," and together with the Schedules, the "Schedules and Statement") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtor, with the assistance of its legal and financial advisors, prepared the Schedules and Statement in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules").

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and constitute an integral part of the Schedules and Statement. These Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statement. To the extent that the Schedules and Statement conflict with these Global Notes, these Global Notes shall control.

The Debtor and its professionals do not and cannot guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors, or omissions in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While diligent and reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. In no event shall the Debtor or its professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

4858-7308-7583

business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its professionals are advised of the possibility of such damages.

### Global Notes and Overview of Methodology

1. **Description of Case and "As Of" Information Date.** On February 13, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is managing its assets as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

   The asset information, and all liability information, except where otherwise noted, is reflected as of as of the close of business on January 31, 2023. The Debtor is no longer operating, and asset and liability information was therefore derived from the last month ending prior to the Petition Date. In certain instances, the Debtor may have used estimates or pro-rated amounts where actual data as of the aforementioned date was not available.

2. **Reservations and Limitations.** Diligent and reasonable efforts have been made to prepare and file complete and accurate Schedules and Statement; however, as noted above, inadvertent errors or omissions may exist. The Debtor reserves all rights to: (a) amend and/or supplement the Schedules and Statement from time to time, in all respects, as may be necessary or appropriate, including, without limitation, amending the Schedules and Statement with respect to the description or designation of any claim ("Claim"); (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statement as to amount, liability, priority, status, or classification; and (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim (regardless of whether such Claim is designated in the Schedules and Statement as "disputed," "contingent," or "unliquidated").

   Furthermore, nothing contained in the Schedules and Statement constitutes a waiver of any of the Debtor's rights or an admission of any kind with respect to this chapter 11 case, including, but not limited to, any rights or Claims of the Debtor against any third party or issues involving Claims, substantive consolidation, equitable subordination, or defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.

   Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in the above paragraphs.

   (a) **Classification and Recharacterization.** Listing (i) a Claim on Schedule D as "secured," (ii) a Claim on Schedule E/F as "priority," (iii) a Claim on Schedule E/F as "unsecured," or (iv) a contract or lease on Schedule G as "executory" or

"unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to re-characterize or reclassify such Claims, contracts, or leases or to setoff such Claims. Notwithstanding the Debtor's diligent and reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement, the Debtor may nevertheless have inadvertently improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statement at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, or one or more exhibits or attachments to the Schedules and Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, exhibits or attachments.

Moreover, nothing in the Schedules and Statement is, or shall be construed to be, an admission as to the determination of the legal status of any lease or financing arrangement (including whether any lease or financing arrangement is a true lease, a financing arrangement or a real property interest), and the Debtor reserves all rights with respect to such issues.

(b) **Claims Description.** Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."

A claim that is dependent on the realization of some uncertain future event is a "**contingent**" claim.

A claim, or portion of a claim, for which a specific value could not be readily quantified by the Debtor using currently available information is scheduled as "**unliquidated**."

A claim with respect to which the applicable Debtor and the claimant disagree as to the amount owed, whether any amount is owed, or the claim classification, is "**disputed**."

Any failure to designate a Claim in the Schedules and Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtor reserves all of its rights to dispute, or assert offsets or defenses to, any Claim reflected on its Schedules and Statement on any grounds, including, but not limited to, amount, liability, priority, status, or classification. Additionally, the Debtor expressly reserves all of its rights to designate such Claims as "disputed," "contingent," or

"unliquidated" at a later date. Moreover, listing a Claim does not constitute an admission of liability by the Debtor. The Debtor reserves all rights to amend Schedules and Statement as necessary and appropriate, including, but not limited to, with respect to Claim description and designation.

(c) **Estimates and Assumptions.** The preparation of the Schedules and Statement required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ materially from such estimates. The Debtor reserves all rights to amend the reported amounts of assets and liabilities to reflect changes in estimates or assumptions.

(d) **Causes of Action.** Despite making diligent and reasonable efforts to identify all known assets, the Debtor may not have identified and/or set forth all of its causes of action (filed or potential) against third parties as assets in its Schedules and Statement, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all rights with respect to any causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

(e) **Intellectual Property Rights.** The exclusion of any intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or have otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of any intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or have otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtor reserves all of its rights with respect to the legal status of any and all such intellectual property rights.

4858-7308-7583

(f)    **Insiders.** In instances where the Schedules and Statement require information regarding "insiders," the Debtor has included information with respect to the individuals and entities who the Debtor believes may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statement is for informational purposes and is not intended to be, nor should it be, construed as an admission of the legal characterization of such party as an insider for purpose of section 101(31) of the Bankruptcy Code. Moreover, the Debtor does not take any position with respect to: (i) any insider's influence over the control of the Debtor; (ii) the management responsibilities or functions of any such insider; (iii) the decision making or corporate authority of any such insider; or (iv) whether the Debtor or any such insider could successfully argue that he or she is not an "insider" or "affiliate" under applicable law or with respect to any theories of liability or for any other purpose.

3.    **Methodology.**

(a)    **Basis of Presentation.** The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the Debtor's financial statements. Additionally, the Schedules and Statement contain unaudited information that is subject to further review and potential adjustment.

(b)    **Confidential Information.** Pursuant to the *Order (I) Authorizing Redaction of Certain Personal Identification Information, (II) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Case, and (III) Granting Related Relief* [Docket No. 213] (the "Creditor Matrix Order"), the Bankruptcy Court has authorized the Debtor to redact certain personally identifiable information, such as home addresses of individuals. To the extent the Debtor believes a claim, name, address, or amount falls under the purview of the Creditor Matrix Order, such information is not included in the Schedules and Statement. The alterations or redactions are limited only to what the Debtor believes is warranted to comply with the Creditor Matrix Order.

(c)    **Executory Contracts.** Although the Debtor has made diligent and reasonable efforts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the counterparty to such contract or lease.

4858-7308-7583

(d)     **Leases.**  Nothing in the Schedules or Statement is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement, or a real property interest), and the Debtor reserve all rights with respect to such issues.

(e)     **Net Book Value.**  Unless otherwise noted, the Schedules and Statement reflect net book values as of January 31, 2023.  Certain assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in the Schedules and Statement or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statement does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtor with respect to such asset.

The book values of certain assets may materially differ from their fair market values.  For the avoidance of doubt, nothing contained in the Schedules and Statement is indicative of the Debtor's enterprise value.

(f)     **Undetermined and Unknown Amounts.**  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

(g)     **Totals.**  All totals that are included in the Schedules and Statement represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

(h)     **Indemnifications and Other Secondary Liability Claims.**  The Debtor has used diligent and reasonable efforts to locate and identify indemnification rights and other secondary liability claims (collectively, the "Indemnities") in its divisional merger documents, corporate governance documents, executory contracts, unexpired leases, debt instruments, and other such agreements.  Where such Indemnities have been identified, they have been included in the relevant Schedule.  The Debtor believes that certain Indemnities embedded in the Debtor's executory contracts, unexpired leases, debt instruments, and similar agreements may exist and, to the extent they do, will be identified upon further review.  Therefore, the Debtor reserves its right to amend the Schedules to the extent additional Indemnities are identified.

(i)     **Excluded Assets and Liabilities.**  The Debtor has excluded the following categories of assets and liabilities from the Schedules and Statement: reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; deferred revenue accounts; and certain accrued liabilities.  The Debtor has also  excluded rejection damage Claims of counterparties to  executory contracts and unexpired leases that have not been rejected, to the extent such damage Claims

exist. In addition, other immaterial assets and liabilities may also have been excluded. The Debtor reserves its right to amend the Schedules to the extent additional assets or liabilities are identified.

(j) **Credits and Adjustments.** The Claims of individual creditors for, among other things, goods, products, or services are listed as amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all of its rights respecting such credits, allowances and other adjustments, including the right to assert Claims objections and/or setoffs with respect to the same.

(k) **Setoffs.** The Debtor may have incurred setoffs and net payments in the ordinary course of business. Such setoffs and nettings may have occurred due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or disputes between Debtor and its customers and/or suppliers. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Schedules and Statement. In addition, some amounts listed in the Schedules and Statement may have been affected by setoffs or nettings by third parties of which the Debtor is not yet aware. The Debtor reserves all rights to challenge any setoff and/or recoupment rights that may be asserted.

## Specific Schedules Disclosures

**Schedules Summary**. The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of the Debtor. Certain write-downs, impairments, and other accounting adjustments may not be reflected in the Schedules. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment and reflect the Debtor's diligent and reasonable efforts to report the assets and liabilities of the Debtor.

## Schedule A/B

1. **Part 10 – Intangibles and Intellectual Property.**

   • **Question 67**. *Personally identifiable information of customers*. The Debtor does not operate a business that provides goods or services to customers and therefore does not collect or retain personally identifiable information of customers, as defined in 11 U.S.C. § 101(41A).

2.    **Part 11 – All Other Assets.**

- **Question 71.** *Notes Receivable.* The Debtor is party to a funding agreement (the "Funding Agreement") with M2 LoanCo, LLC ("Payor"). Among other things, the Funding Agreement obligates the Payor to provide funding, up to an aggregate amount of $15 million, to pay for costs and expenses of the Debtor, $11 million of which was earmarked for the Debtor's creditors. The Funding Agreement imposes no repayment obligation on the Debtor. Although the Debtor has access to funding under the Funding Agreement, to the extent funds remain available, it is neither a note payable nor a note receivable. The Funding Agreement is listed as "other property of any kind not already listed" in Schedule A/B, Part 11/Question 77.

- **Question 73.** *Interests in insurance policies or annuities.* The Debtor is an insured and/or additional insured under various insurance policies. Insurance coverage includes coverage for, among other things, director & officer insurance, professional liability insurance, cyber insurance, umbrella insurance, stop-loss insurance, workers compensation insurance and commercial general liability insurance which is provided through group coverage from various insurance companies. The Debtor has made a diligent and reasonable attempt to include in the Schedules all such policies in which it has an interest and for which the Debtor believes there are or may be active claims. Any failure to list an insurance policy in the Schedules, however, is not an admission by the Debtor that such policy does not exist or otherwise with respect to coverage under such policy. The Debtor reserves the right to amend these Schedules to add any such omitted insurance policies in the future.

- **Question 75.** *Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.* In the ordinary course, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, or refunds with its suppliers. Additionally, the Debtor may be a party to pending litigation in which the Debtor has asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. The Debtor attempted to list known causes of action and other claims. Because certain of such claims are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11. The Debtor's failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

    The Debtor believes it is entitled to Employee Retention Credits under the CARES Act for tax years 2020 and 2021 and has engaged third party

professionals to assist in the calculation and filing of necessary filings with the Internal Revenue Service to maximize the recovery of such credits.

- **Question 77**. *Other property of any kind not already listed*. As described above, the Funding Agreement provides the Debtor with access to funding to pay for its costs and expenses, up to $15 million. The Debtor is in the process of reconciling payments received prior to the Petition Date to determine if any amounts are left outstanding under the Funding Agreement. These amounts are undetermined at this time. Therefore, the value of the Funding Agreement has been listed in Schedule A/B, Part 11/Question 77 as "undetermined."

### Schedule E/F – Creditors Who Have Unsecured Claims

1. **Part 1 – Creditors with Priority Unsecured Claims.**

   The listing of a Claim on Schedule E/F, Part 1, does not constitute an admission by the Debtor that such Claim or any portion thereof is entitled to priority status.

2. **Part 2 – Creditors with Nonpriority Unsecured Claims.**

   The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records. The Debtor made a diligent and reasonable attempt to set forth its unsecured obligations, although the actual amounts of Claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed Claims or the correct amount of all unsecured claims.

   Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtor. The amounts for potential Claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed.

   Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Schedule E/F, Part 2, does not include Claims that may arise in connection with the rejection of any executory contracts and unexpired leases that may be rejected.

   In many cases, the Claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtor or are subject to dispute. Where the determination of the date on which a Claim arose, accrued, or was incurred would be unduly

burdensome and costly to the Debtor's estates, the Debtor has not listed a specific date or dates for such Claim.

The Debtor does not believe guarantees exist, and therefore has not included guarantees in the Schedules. The Debtor reserves its right to amend the Schedules to the extent guaranties are identified or such guaranties are discovered to have expired or be unenforceable. In addition, the Debtor reserves the right to amend the Schedules and Statement and to re-characterize or reclassify any such contract or Claim, whether by amending the Schedules and Statement or in another appropriate filing. Additionally, failure to list any guaranties in the Schedules and Statement, including in any future amendments to the Schedules and Statement, shall not affect the enforceability of any guaranties not listed.

As of the time of filing of the Schedules and Statement, the Debtor may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedule E/F may be incomplete. The Debtor reserves its right, but undertakes no obligation, to amend Schedule E/F if and as it receives such invoices.

**Schedule G – Executory Contracts and Unexpired Leases.**

While diligent and reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. In certain instances, contracts may have been allocated to the Debtor under the 2022 divisional merger, but such counterparties have elected to provide goods or services to YesCare Corp. under the same (or similar) terms as those previously provided to the Debtor, without having entered into new contracts.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The Debtor reserves all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Contracts or agreements identified on Schedule G, include all amendments, supplements, and other documents related thereto. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

The Funding Agreement has not been listed on Schedule G because it requires M2 LoanCo., LLC to provide funding to the Debtor without any corresponding repayment obligation by the Debtor. The Debtor reserves all rights with respect to the Funding Agreement.

## Specific Statement Disclosures.

1.  **Statement, Part 1, Questions 1.** The gross revenue and non-business revenue reported for the current calendar year are through January 31, 2023.

2.  **Statement, Part 2, Question 3 – 90 Day Payments.** The Debtor has responded to Statement, Part 2, Question 3 in a detailed format by creditor. The payment data is presented is on a book basis. The response to Statement, Part 2, Question 3 includes any disbursement or other transfer made by the Debtor except for those made to (i) insiders or other Debtor (which payments appear in response to Statement, Part 2, Question 4), (ii) non-insider employees, and (iii) bankruptcy professionals (which payments appear in response to Statement, Part 6, Question 11). As of the filing of the Schedules and Statement, the Debtor has outstanding discovery requests from third parties. As such, the Debtor has not yet received all bank records and payment records from third parties who may have made payments to creditors on the Debtor's behalf. The Debtor reserves the right to supplement the Statement should it discover additional transfers.

3.  **Statement, Part 2, Question 4.** Payments on account of intercompany transactions are not included herein.

    To the extent: (i) a person qualified as an "insider" in the year prior to the Petition Date, but later resigned their insider status or (ii) did not begin the year as an insider, but later became an insider, the Debtor has only listed those payments made while such person was defined as an insider in the Statement, Part 2, Question 4.

    The inclusion of a party as an "insider" is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of

any fact, Claim, right, or defense, and such rights, Claims, and defenses are hereby expressly reserved.

4.    **Statement, Part 4, Question 9 – Gifts.** The Debtor does not keep track of gifts or charitable contributions. The amounts listed in the Statement, Part 4, Question 9 were based on a manual review of items in the Debtor's books and records determined to be gifts or charitable contributions. As a result, inadvertent errors or omissions may exist.

5.    **Statement, Part 6, Question 11 – Payments Related to Bankruptcy.** Presented herein are payments made to various professional services firms for services rendered within one year immediately preceding the Petition Date. The services rendered pertain to the Divisional Merger dated May 5, 2022 and related transactions. Amounts listed reflect the total amounts paid to these respective firms as bifurcating the specific restructuring activities would be administratively burdensome.

6.    **Statement, Part 9, Question 16 – Personally Identifiable Information.** The Debtor does not operate a business that requires the collection or retention of personally identifying information of its customers, as defined in 11 U.S.C. § 101(41A).

7.    **Statement, Part 13, Question 26 – Books, Records and Financial Statements.** The Debtor provides certain parties, such as banks, auditors, potential investors, vendors, and financial advisors, with financial statements that may not be part of a public filing. The Debtor does not maintain complete lists or other records tracking such disclosures.

8.    **Statement, Part 13, Question 29 – Former Directors and Officers.** Diligent and reasonable efforts have been made to provide accurate and complete information regarding the former directors, managing members, general partners, members, or shareholders who were in control of the Debtor within one year before the Petition Date but who no longer hold these positions. While this information was based on a review of the Debtor's books and records and on the best historical information available, inadvertent errors or omissions may exist.

9.    **Statement, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.** Distributions by the Debtor to its members and officers are listed on the attachment to Question 4. The amounts listed under Questions 4 reflect the gross amounts paid to such members and executive officers, rather than the net amounts after deducting for tax withholdings.

10.    **Statement, Part 13, Question 32 and Statement, Part 9, Question 17.** The Debtor has listed all active plans in addition to inactive plans. The Debtor reserves all of its rights with respect to its responses to the Statement, Part 13, Question 32 and Statement, Part 9, Question 17.

*    *    *    *    *

4858-7308-7583

**Fill in this information to identify the case:**

Debtor Name: In re : Tehum Care Services, Inc.

United States Bankruptcy Court for the: Southern District Of Texas

Case number (if known): 23-90086 (CML)

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

| **Part 1:** | **Income** |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 1/1/2023 MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 0.00 |
| **For prior year:** | From | 01/01/22 MM / DD / YYYY | to | 12/31/22 MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 102,790,494.00 |
| **For the year before that:** | From | 01/01/21 MM / DD / YYYY | to | 12/31/21 MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 598,277,669.26 |

Debtor: Tehum Care Services, Inc.
          Name

Case number *(if known)*:   23-90086

## 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

|  |  | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY |  | $ _____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY |  | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY |  | $ _____ |

| Debtor: | Tehum Care Services, Inc. | Case number *(if known)*: | 23-90086 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 . (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1 | See SOFA 3 Attachment | | $ | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | City   State   ZIP Code | | | |
| | Country | | | |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address | Dates | Total amount or value | Reason for payment or transfer |
|---|---|---|---|
| 4.1 See SOFA 4 Attachment | | $ | |
| Insider's Name | | | |
| Street | | | |
| City   State   ZIP Code | | | |
| Country | | | |
| **Relationship to Debtor** | | | |

Debtor: Tehum Care Services, Inc.

Name

Case number (if known): 23-90086

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's Name and Address | Description of the Property | Date | Value of property |
|---|---|---|---|
| 5.1 _____ <br> Creditor's Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City  State  ZIP Code <br><br> _____ <br> Country | _____ | _____ | $ _____ |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's Name and Address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 _____ <br> Creditor's Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City  State  ZIP Code <br><br> _____ <br> Country | _____ <br><br> Last 4 digits of account number: XXXX– _____ | _____ | $ _____ |

| Debtor: | Tehum Care Services, Inc. | Case number *(if known):* | 23-90086 |
|---|---|---|---|
| | Name | | |

## Part 3: Legal Actions or Assignments

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | See SOFA7 Attachment | | **Name** | ☐ Pending |
| | | | | ☐ On appeal |
| | | | **Street** | ☐ Concluded |
| | **Case number** | | | |
| | | | **City** **State** **ZIP Code** | |
| | | | **Country** | |

**8.** **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| | Custodian's name and address | Description of the Property | Value |
|---|---|---|---|
| 8.1 | | | $ |
| | **Custodian's name** | **Case title** | **Court name and address** |
| | **Street** | | **Name** |
| | | **Case number** | **Street** |
| | **City** **State** **ZIP Code** | | |
| | **Country** | **Date of order or assignment** | **City** **State** **ZIP Code** |
| | | | **Country** |

Debtor: Tehum Care Services, Inc.
Name

Case number *(if known)*: 23-90086

---

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 See SOFA 9 Attachment | | | $ |

Creditor's Name

Street

City    State    ZIP Code

Country

**Recipient's relationship to debtor**

---

Debtor: Tehum Care Services, Inc.                                    Case number *(if known)*: 23-90086

Name

| Part 5: | Certain Losses |
|---|---|

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | $ |

Debtor: Tehum Care Services, Inc.          Case number *(if known)*:  23-90086

Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | See SOFA 11 Attachment | | | $ |

| | |
|---|---|
| **Address** | |
| Street | |
| City        State        ZIP Code | |
| Country | |
| **Email or website address** | |
| **Who made the payment, if not debtor?** | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1 | | | | $ |

| | |
|---|---|
| **Trustee** | |

Debtor: Tehum Care Services, Inc.                                                 Case number *(if known)*   23-90086

Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | | | | $ |

**Address**

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Debtor: Tehum Care Services, Inc.
Name

Case number *(if known)*: 23-90086

---

| Part 7: | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy |
|---------|---|---|
| 14.1 See SOFA 14 Attachment | | From _____ To _____ |
| Street | | |
| | | |
| City        State        ZIP Code | | |
| Country | | |

| Debtor: | Tehum Care Services, Inc. | Case number *(if known)*: | 23-90086 |
|---------|---------------------------|---------------------------|----------|
| | Name | | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | **Facility Name and Address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|---|
| 15.1 | | | |
| | Facility Name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | Street | | Check all that apply: |
| | | | ☐ Electronically |
| | City          State          ZIP Code | | ☐ Paper |
| | Country | | |

Debtor: Tehum Care Services, Inc.

Name

Case number *(if known)*: 23-90086

---

**Part 9:** Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☒ Yes. Does the debtor serve as plan administrator?

☒ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| 17.1 _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

| Debtor | Tehum Care Services, Inc. | Case number (if known): | 23-90086 |
|---|---|---|---|
| | Name | | |

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Signature Bank <br> *Name* <br><br> 1c Quaker Ridge Road <br> *Street* <br><br><br> New Rochelle    NY        10804 <br> *City*        *State*        *ZIP Code* <br><br> *Country* | XXXX-9087 | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☑ Other  Operating | Unknown | $        Unknown |
| 18.2 Signature Bank <br> *Name* <br><br> 1c Quaker Ridge Road <br> *Street* <br><br><br> New Rochelle    NY        10804 <br> *City*        *State*        *ZIP Code* <br><br> *Country* | XXXX-9680 | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☑ Other  Operating | Unknown | $        Unknown |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 <br> *Name* <br><br> *Street* <br><br><br> *City*        *State*        *ZIP Code* <br><br> *Country* | | | ☐ No <br><br> ☐ Yes |
| | **Address** | | |

---

| Debtor: | Tehum Care Services, Inc. | Case number *(if known)*: | 23-90086 |
|---|---|---|---|
| | Name | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1 | See SOFA 20 Attachment | | | ☐ No |
| | Name | | | |
| | | | | ☐ Yes |
| | Street | | | |
| | | | | |
| | | **Address** | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Tehum Care Services, Inc.                                        Case number *(if known)*    23-90086

Name

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 _____ Name _____ Street _____ _____ City    State    ZIP Code _____ Country | _____ | _____ | $ _____ |

Debtor: Tehum Care Services, Inc.

Name

Case number *(if known):* 23-90086

---

**Part 12:** **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|---|
| 22.1 | | Name | | ☐ Pending |
| | | Street | | ☐ On appeal |
| | | | | ☐ Concluded |
| | Case Number | | | |
| | | City    State    ZIP Code | | |
| | | Country | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 23.1 | Name | Name | | |
| | Street | Street | | |
| | City    State    ZIP Code | City    State    ZIP Code | | |
| | Country | Country | | |

Debtor: Tehum Care Services, Inc.    Case number *(if known)*: 23-90086

Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 Name | Name | | |
| Street | Street | | |
| | | | |
| City    State    ZIP Code | City    State    ZIP Code | | |
| Country | Country | | |

| Debtor: | Tehum Care Services, Inc. | Case number *(if known):* | 23-90086 |
|---|---|---|---|
| | Name | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 See SOFA 25 Attachment | | EIN: |
| Name | | Dates business existed |
| | | From _____  To _____ |
| Street | | |
| | | |
| City            State            ZIP Code | | |
| Country | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and Address | Dates of service |
|---|---|
| 26a.1 Isaac Lefkowitz - Director | From  12/17/2021          To  Present |
| Name | |
| 205 Powell Place | |
| Street | |
| | |
| Brentwood          TN          37027 | |
| City          State          ZIP Code | |
| Country | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared  a financial statement within 2 years before filing this case.

☑ None

| Name and Address | Dates of service |
|---|---|
| 26b.1 | From _____          To _____ |
| Name | |
| Street | |
| | |
| City          State          ZIP Code | |
| Country | |

Debtor: Tehum Care Services, Inc.                                    Case number (if known): 23-90086
_____
Name

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1 Isaac Lefkowitz | |
| Name | |
| 205 Powell Place | |
| Street | |
| | |
| Brentwood          TN          37027 | |
| City          State          ZIP Code | |
| | |
| Country | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1 See Global Notes |
| Name |
| |
| Street |
| |
| |
| City          State          ZIP Code |
| |
| Country |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |
| **Name and address of the person who has possession of inventory records** | | |
| 27.1 | | |
| Name | | |
| | | |
| Street | | |
| | | |
| | | |
| City          State          ZIP Code | | |
| | | |
| Country | | |

Debtor: Tehum Care Services, Inc.                                        Case number (if known):   23-90086

Name

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name | Address | Position and Nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | Isaac Lefkowitz | 205 Powell Place , Brentwood, TN  37027 | Director | |
| 28.2 | Valitás Intermediate Holdings, Inc | 205 Powell Place , Brentwood, TN  37027 | Parent Company | 100% |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,   members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| | Name | Address | Position and Nature of any interest | Period during which position or interest was held | |
|---|---|---|---|---|---|
| | | | | From | To |
| 29.1 | See SOFA 29 Attachment | | | | |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans,credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | See SOFA Question 4 | | | |
| | Name | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City            State            ZIP Code | | | |
| | Country | | | |
| | **Relationship to debtor** | | | |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| | Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|---|
| 31.1 | M2 HoldCo | EIN:  85-1579941 |
| 31.2 | Valitas Holdings | EIN:  82-1164296 |
| 31.3 | Valitas, Inc. | EIN:  26-1521400 |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| | Name of the pension fund | Employer Identification number of the pension fund |
|---|---|---|
| 32.1 | | EIN: |

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                Page 20

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.

**18 U.S.C.§§ 152, 1341, 1519, and 3571.**

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      4/28/2023
         MM / DD / YYYY

✖ _____        Printed name     Isaac Lefkowitz
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor     Director

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐    No

☑    Yes

In re: Tehum Care Services, Inc.
Case No. 23-90086
Attachment 3
Certain payments or transfers to creditors within 90 days before filing this case

| Payee's name | Address 1 | Address 2 | City | State | Zip | Date | Total amount or value | Reason for payment or transfer |
|---|---|---|---|---|---|---|---|---|
| ACUITY MANAGEMENT SOLUTIONS | 5001 PLAZA ON THE LAKE | SUITE 111 | AUSTIN | TX | 78746 | 1/9/2023 | $22,050.00 | Suppliers or Vendors |
| ACUITY MANAGEMENT SOLUTIONS | 5001 PLAZA ON THE LAKE | SUITE 111 | AUSTIN | TX | 78746 | 1/11/2023 | $22,050.00 | Other |
| ALEXANDER'S MOBILITY SERVICES | 7235 COCKRILL BEND BLVD | | NASHVILLE | TN | 37209 | 1/17/2023 | $10,555.95 | Other |
| BANNER HEALTH D/B/A COMMUNITY HOSPITAL | 2000 CAMPBELL DR | | TORRINGTON | WV | 82240 | 11/29/2022 | -$64.24 | Suppliers or Vendors |
| BANNER HEALTH D/B/A COMMUNITY HOSPITAL | 2000 CAMPBELL DR | | TORRINGTON | WV | 82240 | 12/22/2022 | $160,941.55 | Other |
| BIOREFERENCE LABORATORIES | 481 EDWARD H ROSS DRIVE | P.O. BOX 650 | ELMWOOD PARK | NJ | 07407 | 12/5/2022 | $326,027.14 | Other |
| BIOREFERENCE LABORATORIES | 481 EDWARD H ROSS DRIVE | P.O. BOX 650 | ELMWOOD PARK | NJ | 07407 | 12/28/2022 | $1,000,082.02 | Other |
| BIOREFERENCE LABORATORIES | 481 EDWARD H ROSS DRIVE | P.O. BOX 650 | ELMWOOD PARK | NJ | 07407 | 12/29/2022 | $92,094.80 | Other |
| BIOREFERENCE LABORATORIES | 481 EDWARD H ROSS DRIVE | P.O. BOX 650 | ELMWOOD PARK | NJ | 07407 | 1/26/2023 | $25,101.06 | Other |
| BLEEKE DILLON CRANDALL, P.C. | 8470 ALLISON POINTE BLVD. | SUITE 420 | INDIANAPOLIS | IN | 46250-4365 | 11/16/2022 | $21,526.66 | Other |
| BLEEKE DILLON CRANDALL, P.C. | 8470 ALLISON POINTE BLVD. | SUITE 420 | INDIANAPOLIS | IN | 46250-4365 | 12/29/2022 | $2,170.85 | Other |
| BRADLEY ARANT BOULT CUMMINGS LLP | PO BOX 830709 | | BIRMINGHAM | AL | 35283-0709 | 11/30/2022 | $69,665.85 | Other |
| CENTURION OF FLORIDA | P.O. BOX 956883 | ATTN: KENDRA MYERS | ST. LOUIS | MO | 63195-6883 | 2/1/2023 | $71,047.11 | Other |
| CENTURION OF MINNESOTA LLC | P.O. BOX 956883 | | ST. LOUIS | MO | 63195-6883 | 12/27/2022 | $18,705.55 | Other |
| CHAPMAN LAW GROUP | 1441 WEST LONG LAKE ROAD | SUITE 310 | TROY | MI | 48098 | 11/30/2022 | $99,818.08 | Other |
| CHAPMAN LAW GROUP | 1441 WEST LONG LAKE ROAD | SUITE 310 | TROY | MI | 48098 | 1/9/2023 | $50,027.92 | Other |
| CHAPMAN LAW GROUP | 1441 WEST LONG LAKE ROAD | SUITE 310 | TROY | MI | 48098 | 1/11/2023 | $50,027.92 | Services |
| CLERK & MASTER | WILLIAMSON COUNTY JUDICIAL BUILDING | 135 4TH AVENUE SOUTH, ROOM 236 | FRANKLIN | TN | 37064 | 11/22/2022 | $19,111.88 | Other |
| ECKENRODE - MAUPIN ATTORNEYS AT LAW | 11477 OLDE CABIN ROAD | | ST. LOUIS | MO | 63141 | 11/30/2022 | $7,821.00 | Other |
| ECKENRODE - MAUPIN ATTORNEYS AT LAW | 11477 OLDE CABIN ROAD | | ST. LOUIS | MO | 63141 | 12/1/2022 | $11,702.25 | Other |
| ECKENRODE - MAUPIN ATTORNEYS AT LAW | 11477 OLDE CABIN ROAD | | ST. LOUIS | MO | 63141 | 1/9/2023 | $1,656.96 | Other |
| ECKENRODE - MAUPIN ATTORNEYS AT LAW | 11477 OLDE CABIN ROAD | | ST. LOUIS | MO | 63141 | 1/11/2023 | $1,454.46 | Other |
| GENERAL HEALTHCARE RESOURCES  INC | 2250 HICKORY ROAD STE 240 | | PLYMOUTH MEETING | PA | 19462 | 12/9/2022 | $532,633.85 | Other |
| GENERAL HEALTHCARE RESOURCES  INC | 2250 HICKORY ROAD STE 240 | | PLYMOUTH MEETING | PA | 19462 | 12/27/2022 | $61,236.39 | Other |
| HEALTH STREAM | P.O. BOX 102817 | | ATLANTA | GA | 30368-2817 | 1/20/2023 | $17,768.16 | Other |
| HENRY FORD ALLEGIANCE HEALTH | PO Box 670884 | | Detroit | MI | 48267 | 12/19/2022 | $1,562,500.00 | Other |
| JACKSON LEWIS LLP | 222 S CENTRAL AVENUE, SUITE 900 | | ST LOUIS | MO | 63105 | 12/9/2022 | $9,765.00 | Other |
| JACKSON LEWIS LLP | 222 S CENTRAL AVENUE, SUITE 900 | | ST LOUIS | MO | 63105 | 12/29/2022 | $30,015.90 | Other |
| KIRTON MCCONKIE HALEY KING | 36 SOUTH STATE STREET | | SALK LAKE CITY | UT | 84111 | 12/9/2022 | $58,774.80 | Other |
| KRAMON & GRAHAM, P.A. | ONE SOUTH STREET | SUITE 2600 | BALTIMORE | MD | 21202-3201 | 11/30/2022 | $33,872.88 | Other |
| LAW OFFICES OF VICTOR TSAI | 562 CONEY ISLAND AVENUE | | BROOKLYN | NY | 11218 | 1/27/2023 | $10,000.00 | Suppliers or Vendors |
| LEGILITY, LLC | 216 CENTERVIEW DRIVE | SUITE 250 | BRENTWOOD | TN | 37027 | 11/16/2022 | $46,338.23 | Other |
| LEGILITY, LLC | 216 CENTERVIEW DRIVE | SUITE 250 | BRENTWOOD | TN | 37027 | 12/20/2022 | $60,654.08 | Other |
| LITTLER MENDELSON PC | ATTN: ACCOUNTS RECEIVABLE | PO BOX 45547 | SAN FRANCISCO | CA | 94145-0547 | 12/14/2022 | $10,000.00 | Other |
| MAY POTENZA BARAN & GILLESPIE | Central Park Plaza | 1850 NORTH CENTRAL AVE., STE 1600 | PHOENIX | AZ | 85004 | 12/19/2022 | $15,000.00 | Other |
| MEMORIAL HOSPITAL OF LARAMIE COUNTY, D/B/A CHEYENNE REGIONAL MEDICAL CT | 214 E 23RD ST | | CHEYENNE | WY | 82001-3018 | 11/29/2022 | $25,682.29 | Other |
| OGLETREE DEAKINS NASH SMOAK & STEWART PC | PO BOX 89 | | COLUMBIA | SC | 29202 | 12/9/2022 | $35,161.43 | Other |
| PARSONS BEHLE & LATIMER | 201 SO. MAIN STREET 1800 | | SALT LAKE CITY | UT | 84111 | 11/16/2022 | $38,109.88 | Other |
| PARSONS BEHLE & LATIMER | 201 SO. MAIN STREET 1800 | | SALT LAKE CITY | UT | 84111 | 12/30/2022 | $50,096.60 | Other |
| PRISON OPHTHALMIC SERVICES, LLC | 5310 EDMONDSON AVENUE | | CATONSVILLE | MD | 21229 | 11/29/2022 | $27,200.00 | Other |
| QUINTAIROS,PRIETO, WOOD & BOYER PA | 8800 EAST RAINTREE DRIVE | SUITE 100 | SCOTTSDALE | AZ | 85260 | 11/16/2022 | $35,953.35 | Other |
| QUINTAIROS,PRIETO, WOOD & BOYER PA | 8800 EAST RAINTREE DRIVE | SUITE 100 | SCOTTSDALE | AZ | 85260 | 1/9/2023 | $12,774.56 | Other |
| QUINTAIROS,PRIETO, WOOD & BOYER PA | 8800 EAST RAINTREE DRIVE | SUITE 100 | SCOTTSDALE | AZ | 85260 | 1/11/2023 | $12,774.56 | Other |
| ROSENDAHL FOOT AND SHOE CENTER | 125 S Curtis Rd | | Boise | ID | 83705 | 12/13/2022 | $35,000.00 | Other |
| SCHWABE, WILLIAMSON & WYATT PC | 1211 SW 5TH AVENUE | SUITE 1900 | PORTLAND | OR | 97204 | 11/16/2022 | $40,000.00 | Other |
| SIGMA RISK MANAGEMENT | 1528 56TH STREET | | BROOKLYN | NY | 11219 | 12/2/2022 | $150,000.00 | Other |
| SIGMA RISK MANAGEMENT | 1528 56TH STREET | | BROOKLYN | NY | 11219 | 1/20/2023 | $150,000.00 | Other |
| STEVE'S PRECISION DENTAL | 5755 FOXRIDGE DRIVE | | MISSION | KS | 66202 | 12/9/2022 | $11,117.75 | Suppliers or Vendors |
| THE TOOMEY LAW FIRM LLC | 1625 HENDRY STREET | SUITE 203 | FORT MYERS | FL | 33901 | 1/9/2023 | $205.00 | Other |
| THE TOOMEY LAW FIRM LLC | 1625 HENDRY STREET | SUITE 203 | FORT MYERS | FL | 33901 | 1/11/2023 | $205.00 | Other |
| THE TOOMEY LAW FIRM LLC | 1625 HENDRY STREET | SUITE 203 | FORT MYERS | FL | 33901 | 2/1/2023 | $13,774.50 | Suppliers or Vendors |
| UIC, INC | PO BOX 491 | | MAHWAH | NJ | 7430 | 11/30/2022 | $90,625.00 | Other |
| UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION | 22 S GREENE STREET | | BALTIMORE | MD | 21201 | 11/29/2022 | $245,156.16 | Suppliers or Vendors |

**In re: Tehum Care Services, Inc.**
**Case No. 23-90086**
Attachment 3
Certain payments or transfers to creditors within 90 days before filing this case

| Payee's name | Address 1 | Address 2 | City | State | Zip | Date | Total amount or value | Reason for payment or transfer |
|---|---|---|---|---|---|---|---|---|
| UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION | 22 S GREENE STREET | | BALTIMORE | MD | 21201 | 12/29/2022 | $287,986.07 | Other |
| UROLOGY CARE INC | 3207 West Truman Blvd | | Jefferson City | MO | 65109 | 12/5/2022 | $56,000.00 | Other |
| WEBSTER, HENRY, BRADWELL, COHAN, SPEAGLE, DESHAZO, P.C. | 105 TALLAPOOSA STREET, SUITE 101 | 105 TALLAPOOSA STREET, SUITE 101 | MONTGOMERY | AL | 36104 | 11/15/2022 | $28,007.44 | Other |
| WEBSTER, HENRY, BRADWELL, COHAN, SPEAGLE, DESHAZO, P.C. | 105 TALLAPOOSA STREET, SUITE 101 | 105 TALLAPOOSA STREET, SUITE 101 | MONTGOMERY | AL | 36104 | 1/20/2023 | $35,000.00 | Other |
| WYOMING WORKER'S COMPENSATION | P.O. BOX 20006 | | CHEYENNE | WY | 82003 | 12/6/2022 | $22,938.16 | Other |

**In re: Tehum Care Services, Inc.**
**Case No. 23-90086**
Attachment 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name | Address 1 | City | State | Zip | Date | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|---|---|---|---|
| Ayodeji Ladele, M.D. | 205 Powell Place | Brentwood | TN | 37027 | 2/18/2022 | $30.00 | Group Term Life Earning | SVP & Chief Medical Officer |
| Ayodeji Ladele, M.D. | 205 Powell Place | Brentwood | TN | 37027 | 2/18/2022 | $13,461.54 | Regular Pay | SVP & Chief Medical Officer |
| Ayodeji Ladele, M.D. | 205 Powell Place | Brentwood | TN | 37027 | 3/4/2022 | $30.00 | Group Term Life Earning | SVP & Chief Medical Officer |
| Ayodeji Ladele, M.D. | 205 Powell Place | Brentwood | TN | 37027 | 3/4/2022 | $13,461.54 | Regular Pay | SVP & Chief Medical Officer |
| Ayodeji Ladele, M.D. | 205 Powell Place | Brentwood | TN | 37027 | 3/18/2022 | $30.00 | Group Term Life Earning | SVP & Chief Medical Officer |
| Ayodeji Ladele, M.D. | 205 Powell Place | Brentwood | TN | 37027 | 3/18/2022 | $40.00 | Internet Reimbursement | SVP & Chief Medical Officer |
| Ayodeji Ladele, M.D. | 205 Powell Place | Brentwood | TN | 37027 | 3/18/2022 | $13,461.54 | Regular Pay | SVP & Chief Medical Officer |
| Ayodeji Ladele, M.D. | 205 Powell Place | Brentwood | TN | 37027 | 4/1/2022 | $30.00 | Group Term Life Earning | SVP & Chief Medical Officer |
| Ayodeji Ladele, M.D. | 205 Powell Place | Brentwood | TN | 37027 | 4/1/2022 | $40.00 | Internet Reimbursement | SVP & Chief Medical Officer |
| Ayodeji Ladele, M.D. | 205 Powell Place | Brentwood | TN | 37027 | 4/1/2022 | $13,461.54 | Regular Pay | SVP & Chief Medical Officer |
| Ayodeji Ladele, M.D. | 205 Powell Place | Brentwood | TN | 37027 | 4/15/2022 | $30.00 | Group Term Life Earning | SVP & Chief Medical Officer |
| Ayodeji Ladele, M.D. | 205 Powell Place | Brentwood | TN | 37027 | 4/15/2022 | $13,461.54 | Regular Pay | SVP & Chief Medical Officer |
| Ayodeji Ladele, M.D. | 205 Powell Place | Brentwood | TN | 37027 | 4/29/2022 | $30.00 | Group Term Life Earning | SVP & Chief Medical Officer |
| Ayodeji Ladele, M.D. | 205 Powell Place | Brentwood | TN | 37027 | 4/29/2022 | $13,461.54 | Regular Pay | SVP & Chief Medical Officer |
| F. Jeffrey Sholey | 205 Powell Place | Brentwood | TN | 37027 | 2/18/2022 | $129.00 | Group Term Life Earning | SVP, CFO & Treasurer |
| F. Jeffrey Sholey | 205 Powell Place | Brentwood | TN | 37027 | 2/18/2022 | $13,461.54 | Regular Pay | SVP, CFO & Treasurer |
| F. Jeffrey Sholey | 205 Powell Place | Brentwood | TN | 37027 | 3/4/2022 | $129.00 | Group Term Life Earning | SVP, CFO & Treasurer |
| F. Jeffrey Sholey | 205 Powell Place | Brentwood | TN | 37027 | 3/4/2022 | $13,461.54 | Regular Pay | SVP, CFO & Treasurer |
| F. Jeffrey Sholey | 205 Powell Place | Brentwood | TN | 37027 | 3/18/2022 | $129.00 | Group Term Life Earning | SVP, CFO & Treasurer |
| F. Jeffrey Sholey | 205 Powell Place | Brentwood | TN | 37027 | 3/18/2022 | $13,461.54 | Regular Pay | SVP, CFO & Treasurer |
| F. Jeffrey Sholey | 205 Powell Place | Brentwood | TN | 37027 | 4/1/2022 | $129.00 | Group Term Life Earning | SVP, CFO & Treasurer |
| F. Jeffrey Sholey | 205 Powell Place | Brentwood | TN | 37027 | 4/1/2022 | $13,461.54 | Regular Pay | SVP, CFO & Treasurer |
| F. Jeffrey Sholey | 205 Powell Place | Brentwood | TN | 37027 | 4/15/2022 | $129.00 | Group Term Life Earning | SVP, CFO & Treasurer |
| F. Jeffrey Sholey | 205 Powell Place | Brentwood | TN | 37027 | 4/15/2022 | $13,461.54 | Regular Pay | SVP, CFO & Treasurer |
| F. Jeffrey Sholey | 205 Powell Place | Brentwood | TN | 37027 | 4/29/2022 | $129.00 | Group Term Life Earning | SVP, CFO & Treasurer |
| F. Jeffrey Sholey | 205 Powell Place | Brentwood | TN | 37027 | 4/29/2022 | $13,461.54 | Regular Pay | SVP, CFO & Treasurer |
| Gregory Ladele | 205 Powell Place | Brentwood | TN | 37027 | 3/25/2022 | $2,000.54 | Expense Reimbursement | Chief Medical Officer |
| Gregory Ladele | 205 Powell Place | Brentwood | TN | 37027 | 4/15/2022 | $1,071.52 | Expense Reimbursement | Chief Medical Officer |
| J. Scott King | 205 Powell Place | Brentwood | TN | 37027 | 2/18/2022 | $105.98 | Group Term Life Earning | EVP, Chief Legal Officer & Secretary |
| J. Scott King | 205 Powell Place | Brentwood | TN | 37027 | 2/18/2022 | $11,218.82 | Regular Pay | EVP, Chief Legal Officer & Secretary |
| J. Scott King | 205 Powell Place | Brentwood | TN | 37027 | 2/25/2022 | $1,006.75 | Expense Reimbursement | EVP, Chief Legal Officer & Secretary |
| J. Scott King | 205 Powell Place | Brentwood | TN | 37027 | 3/4/2022 | $105.98 | Group Term Life Earning | EVP, Chief Legal Officer & Secretary |
| J. Scott King | 205 Powell Place | Brentwood | TN | 37027 | 3/4/2022 | $11,218.82 | Regular Pay | EVP, Chief Legal Officer & Secretary |
| J. Scott King | 205 Powell Place | Brentwood | TN | 37027 | 3/18/2022 | $105.98 | Group Term Life Earning | EVP, Chief Legal Officer & Secretary |
| J. Scott King | 205 Powell Place | Brentwood | TN | 37027 | 3/18/2022 | $11,218.82 | Regular Pay | EVP, Chief Legal Officer & Secretary |
| J. Scott King | 205 Powell Place | Brentwood | TN | 37027 | 4/1/2022 | $105.98 | Group Term Life Earning | EVP, Chief Legal Officer & Secretary |
| J. Scott King | 205 Powell Place | Brentwood | TN | 37027 | 4/1/2022 | $11,218.82 | Regular Pay | EVP, Chief Legal Officer & Secretary |
| J. Scott King | 205 Powell Place | Brentwood | TN | 37027 | 4/15/2022 | $105.98 | Group Term Life Earning | EVP, Chief Legal Officer & Secretary |
| J. Scott King | 205 Powell Place | Brentwood | TN | 37027 | 4/15/2022 | $265.85 | Expense Reimbursement | EVP, Chief Legal Officer & Secretary |
| J. Scott King | 205 Powell Place | Brentwood | TN | 37027 | 4/15/2022 | $11,218.82 | Regular Pay | EVP, Chief Legal Officer & Secretary |
| J. Scott King | 205 Powell Place | Brentwood | TN | 37027 | 4/22/2022 | $180.00 | Expense Reimbursement | EVP, Chief Legal Officer & Secretary |
| J. Scott King | 205 Powell Place | Brentwood | TN | 37027 | 4/29/2022 | $105.98 | Group Term Life Earning | EVP, Chief Legal Officer & Secretary |
| J. Scott King | 205 Powell Place | Brentwood | TN | 37027 | 4/29/2022 | $409.16 | Expense Reimbursement | EVP, Chief Legal Officer & Secretary |
| J. Scott King | 205 Powell Place | Brentwood | TN | 37027 | 4/29/2022 | $11,218.82 | Regular Pay | EVP, Chief Legal Officer & Secretary |
| James Hyman | 1450 Brickell Ave, Unit 1900 | Miami | FL | 33131 | 5/13/2022 | $34,683.26 | Regular Pay | President & Chief Executive Officer |

**In re: Tehum Care Services, Inc.**
**Case No. 23-90086**
Attachment 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name | Address 1 | City | State | Zip | Date | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|---|---|---|---|
| JDG CLG CONSULTING | 10905 SW 75 COURT | MIAMI | FL | 33156 | 2/16/2022 | $16,666.00 | Professional Service Payment | Director |
| JDG CLG CONSULTING | 10905 SW 75 COURT | MIAMI | FL | 33156 | 2/16/2022 | $50,000.00 | Professional Service Payment | Director |
| JDG CLG CONSULTING | 10905 SW 75 COURT | MIAMI | FL | 33156 | 3/11/2022 | $22,000.00 | Professional Service Payment | Director |
| JDG CLG CONSULTING | 10905 SW 75 COURT | MIAMI | FL | 33156 | 4/7/2022 | $22,000.00 | Professional Service Payment | Director |
| JDG CLG CONSULTING | 10905 SW 75 COURT | MIAMI | FL | 33156 | 5/9/2022 | $22,000.00 | Professional Service Payment | Director |
| JDG CLG CONSULTING | 10905 SW 75 COURT | MIAMI | FL | 33156 | 6/14/2022 | $22,000.00 | Professional Service Payment | Director |
| JDG CLG CONSULTING | 10905 SW 75 COURT | MIAMI | FL | 33156 | 7/14/2022 | $22,000.00 | Professional Service Payment | Director |

**In re: Tehum Care Services, Inc.**
**Case No. 23-90086**
Attachment 7
Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case number | Nature of case | Court name | Court address 1 | Court address 2 | Court City | Court State | Court Zip | Status of case (e.g. Pending, On appeal, Concluded) |
|---|---|---|---|---|---|---|---|---|---|
| Abby Slakoff v. Corizon Health Inc Corizon Inc Corizon LLC | 2:22-cv-05140-TJS | Employment Practice Litigation | U.S.D.C EASTERN PA | James A. Byrne U.S. Courthouse | 601 Market Street | Philadelphia | PA | 19106 | Pending |
| Adree Edmo v. Idaho Dept. of Corrections, et al | #1:17-cv-00151-BLW #22-35876 | Professional Liability | USDC, District of Idaho & US Court of Appeals 9th Circuit | The James R. Browning Courthouse | 95 7th Street | San Francisco | CA | 94103 | On Appeal |
| Aguilar #164186 v. Shinn et al | 2:20-CV-01799 DJH MHB | Professional Liability | USDC Arizona (Phoenix) | Sandra Day O'Connor U.S. Courthouse | 401 W. Washington St., Suite 130, SPC 1 | Phoenix | AZ | 85003-2118 | Pending |
| Aisha Pope v. Corizon Health, et al. | 2:19-cv-10870 | Professional Liability | USDC Eastern District of Michigan | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Al-Amin v. Corizon, et al. | CV2021-010298 | Professional Liability | Maricopa County Superior Court | Central Court Building | 201 W. Jefferson Street | Phoenix | AZ | 85003 | Pending |
| Alan W. Kingsley #54123 vs. Steven A. Groene, M.D., et al | 2021-CV-000107 | Professional Liability | District Court of Reno County, Kansas | 206 W 1st Avenue | | Hutchinson | KS | 67501 | Pending |
| Albritton v. The Florida Department of Corrections et al | 3:21-cv-00712-MMH-JBT | Professional Liability | USDC, Middle Dist of Florida, Jacksonville Division | 300 North Hogan Street | | Jacksonville | FL | 32202 | Pending |
| Alcott v. Centurion of Florida, LLC et al | 3:21-cv-00308 | Professional Liability | USDC, Middle Dist of Florida, Jacksonville Division | 300 North Hogan Street | | Jacksonville | FL | 32202 | Pending |
| Alvarez v. Corizon Health Incorporated et al | #2:21-cv-00593 | Professional Liability | USDC AZ | Sandra Day O'Connor U.S. Courthouse | 401 W. Washington St., Suite 130, SPC 1 | Phoenix | AZ | 85003-2118 | Pending |
| Andrea Abraham, as Personal Representative of the Estate of Gregory A. Abraham v. Corizon Health Inc., et al. | 202206060NH | Professional Liability | State of Michigan- Circuit Court for the county of Kent | Kent County Courthouse | 180 Ottawa Avenue NW | Grand Rapids | MI | 49503 | Pending |
| Andrew Lyles v. Keith Papendick, et al. | 2:19-cv-10673 | Professional Liability | USDC for the Eastern District of Michigan | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Andrew Vela v. Julie Kolodziej, as Administrator of the Estate of Dr. Joseph Thompson | #3:16-cv-00051 | Professional Liability | USDC Northern District of IN South Bend Division | 102 Federal Building | 204 S. Main St. | South Bend | IN | 46601 | Pending |
| Anthony Martin v. Aramark Food Services, LLC, Mr. D. Walker-Contractor, Wayne Peeples et al | 46D02-1708-CT-001529 (Our defendants have been dismissed) | Professional Liability | LaPorte Superior Ct. 2, Indiana | 300 Washington Street | | Michigan City | IN | 46360 | Pending |
| Arther v. Corizon Health Incorporated et al | #20cv00189 | Professional Liability | USDC AZ | Sandra Day O'Connor U.S. Courthouse | 401 W. Washington St., Suite 130, SPC 1 | Phoenix | AZ | 85003-2118 | Pending |
| Banuelos et al v. Ryan et al | #4:20-cv-00080 | Professional Liability | USDC AZ | Evo A. DeConcini U.S. Courthouse | 405 W. Congress Street, Suite 1500 | Tucson | AZ | 85701-5010 | Pending |
| Benjamin Bedogwar Oryang, AIS# 168 079 v. MS.Waugh, et al. | 2:21-cv-00023 | Professional Liability | USDC Alabama Middle District (Montgomery) | One Church Street | | Montgomery | AL | 36104 | Pending |
| Benjamin Houghton Beach v. Corizon Health Services, Inc., et al. | 2:22-cv-12105 | Professional Liability | USDC Eastern District of Michigan, Southern Division | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Benjamin Ragan v. Kelly Wellman, et al. | 2:20-cv-00069 | Professional Liability | USDC, Western District, Northern Division | 113 Federal Bldg | 315 W Allegan St | Lansing | MI | 48933 | On Appeal |
| Blackwell v. Corizon Health Care et al | 1:21-cv-176-AGF | Professional Liability | E.D. Mo. - Southeastern | Rush Hudson Limbaugh Sr. U.S. Courthouse | 555 Independence Street | Cape Girardeau | MO | 63703 | Pending |
| Blake (ID 96323) v. Corizon et al | 5:21-cv-3140-JAR-ADM / 22-3048 | Professional Liability | D. Kan. - Topeka & 10th Cir. Court of Appeals | 1823 Stout Street | | Denver | CO | 80257 | Concluded |
| Blue Cross Blue Shield of Michigan vs. Corizon Health Inc. | 2:22-CV-11598-MAG_EAS | Commercial Litigation | FEDERAL | 231 West Lafayette Blvd. | | Detroit | MI | 48226 | Pending |

In re: Tehum Care Services, Inc.
Case No. 23-90086
Attachment 7
Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case number | Nature of case | Court name | Court address 1 | Court address 2 | Court City | Court State | Court Zip | Status of case (e.g. Pending, On appeal, Concluded) |
|---|---|---|---|---|---|---|---|---|---|
| Bouton et al v. State of Missouri et al | #22cv00010 | Professional Liability | USDC E. MO | 801 Broadway | | Hannibal | MO | 63401 | Pending |
| Bradshaw v. Corizon LLC | CV-21-006062 | Employment Practice Litigation | CA SUPERIOR COURT - STANISLAUS CO | 800 11th Street | | Modesto | CA | 95354 | Pending |
| Branum v. Phoenix, City of et al | 21cv00357 (previously C2021-02215) | Professional Liability | USDC Arizona (removed from Pima County Superior Court Tucson) | Sandra Day O'Connor U.S. Courthouse | 401 W. Washington St., Suite 130, SPC 1 | Phoenix | AZ | 85003-2118 | Pending |
| Brightly v. Corizon Health Incorporated et al | #21cv00127 | Professional Liability | USDC AZ | Evo A. DeConcini U.S. Courthouse | 405 W. Congress Street, Suite 1500 | Tucson | AZ | 85701-5010 | Pending |
| Brown v Corizon, Inc. et al | 2:22-cv-52-DDN | Professional Liability | E.D. Mo. - Northern | 111 South 10th Street | | St. Louis | MO | 63102 | Pending |
| Bruce Morrelli et al v. Corizon Health Inc | 18CEG03296 | Employment Practice Litigation | SUP CT OF CA - FRESNO CO. | Robert E. Coyle United States Courthouse | 2500 Tulare Street | Fresno | CA | 93721 | Pending |
| Bryan Farmer v. Henry Ford Health System, et al. | 2:23-cv-10212 | Professional Liability | USDC Eastern District of Michigan | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Buchanan v. Tehum Care Services, Inc. et al | #22cv01361 | Professional Liability | USDC E. MO | 111 South 10th Street | | St. Louis | MO | 63102 | Pending |
| Buchanan v. Tehum Care Services, Inc. et al | 4:22-cv-01361 | Professional Liability | US District Court Eastern Missouri | Thomas F. Eagleton U.S. Courthouse | 111 South 10th Street | St. Louis | MO | 63102 | Pending |
| Cameron Regional Medical Center Inc. vs. Tehum Care Services Inc | 5:22-cv-6122 | Commercial Litigation | FEDERAL | 400 E 9th St. | | Kansas City | MO | 64106 | Pending |
| Cameron Tietz # 827870 v. Corizon Health, Inc., et al. | 2:20-cv-10814 | Professional Liability | USDC Eastern District of Michigan Southern Division | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Capitol Eye Care et al v. Tehum Care Services Inc | 22AC-CC07354 | Commercial Litigation | STATE | Christopher S. Bond Court House | 80 Lafayette Street | Jefferson City | MO | 65101 | Pending |
| Casandra Bogart v. Corizon Health, Inc | WC-CM-829327 | Employment Practice Litigation | LABOR BOARD | 1800 30th Street, Suite 100 | | Bakersfield | CA | 93301-1929 | Pending |
| Cedric Bell v. Jane Doe, et al. | 2:20-cv-10193 | Professional Liability | USDC Eastern District of Michigan | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Christine Reyes vs. Corizon Health Inc | WC-CM-830451 | Employment Practice Litigation | LABOR BOARD | 1800 30th Street, Suite 100 | | Bakersfield | CA | 93301-1929 | Pending |
| Christopher Pickett v. State of Missouri, AC et al. | 20RA-CV00776 | Professional Liability | CIRCUIT COURT OF RANDOLPH COUNTY, STATE OF MISSOURI | 372 Hwy JJ, Suite 1A | | Huntsville | MO | 65259 | Pending |
| Coleman v. Corizon et al | 4:21-cv-13061 | Professional Liability | USDC Eastern District of MI (Flint) | Federal Building and U.S Courthouse | 600 Church Street | Flint | MI | 48502 | Pending |
| Cooper, Jr. v. Florida Department of Corrections, et al. | 3:19-cv-00309 | Professional Liability | USDC Middle District of Florida (Jacksonville) | 300 North Hogan Street | | Jacksonville | FL | 32202 | Pending |
| Dalal Aakash vs. County of Bergen | L-006009-19 | Professional Liability | Superior Court NJ Bergen County | Bergen County Justice Center | 10 Main Street | Hackensack | NJ | 07601 | Pending |
| Daniel Cook , #290601 v. Corizon Inc., et al. | 1:22-cv-00629 | Professional Liability | USDC WESTERN DISTRICT OF MICHIGAN | 602 Federal Bldg | 110 Michigan St NW | Grand Rapids | MI | 49503 | Pending |
| Daniel Horacek v. Carter, et al | 1:20-cv-11682 | Professional Liability | USDC Eastern District of MI | United States Post Office Building | 1000 Washington Ave. | Bay City | MI | 48708 | Pending |
| Danielle Dunn, as Personal Representative of the Estate of Jonathan Lancaster v. Barbara L.Bedient, et al. | 2:19-cv-00220 | Professional Liability | USDC Western District of Michigan, Northern Division | 399 Federal Bldg | 110 Michigan St NW | Grand Rapids | MI | 49503 | Pending |

In re: Tehum Care Services, Inc.
Case No. 23-90086
Attachment 7
Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case number | Nature of case | Court name | Court address 1 | Court address 2 | Court City | Court State | Court Zip | Status of case (e.g. Pending, On appeal, Concluded) |
|---|---|---|---|---|---|---|---|---|---|
| Danielle Thompson, as Personal Representatiive for thee Estate of Christopher Abbey v. Hering, et al. | 2:20-cv-12798 | Professional Liability | USDC Eastern District of Michigan | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| David Toliver v. Corizon Health, Inc. et al | #3:22-cv-00039-HLA-LLL | Professional Liability | USDC, Middle Dist of FL | 300 North Hogan Street | | Jacksonville | FL | 32202 | Pending |
| Davis Brown, #215918 v. Donald Haiderer, D.O., et al. | 4:21-cv-11565 | Professional Liability | USDC Eastern District of Michigan Northern Division | United States Post Office Building | 1000 Washington Ave. | Bay City | MI | 48708 | Pending |
| Dell Financial Services LLC vs Tehum Care Services Inc | 22-1157-C368 | Commercial Litigation | STATE | | | | | | Pending |
| Deloney v. Stewart et al | 2:22-cv-11455-BAF-EAS | Professional Liability | USDC Eastern District of MI (Detroit) | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Demetrius McBride #192829 v. Bienvenido B. Canlas, et al. | 2:20-cv-00212 | Professional Liability | USDC Western District of Michigan Northern Division | 113 Federal Bldg | 315 W Allegan St | Lansing | MI | 48933 | Pending |
| Dennison #143931 v. Ryan et al | #22-15106 USDC AZ #19cv00292 | Professional Liability | 9th Circuit Court of Appeals | The James R. Browning Courthouse | 95 7th Street | San Francisco | CA | 94103 | On Appeal |
| Derico Thompson #234651 v. Corizon, Inc. et al | 2:20-cv-158 | Professional Liability | USDC Western District of Michigan Northern Division | 399 Federal Bldg | 110 Michigan St NW | Grand Rapids | MI | 49503 | Pending |
| Dittmer #175464 v. Corizon Health, Inc. et al | 1:22-cv-077 | Professional Liability | USDC Western District of Michigan, Southern Division | 399 Federal Bldg | 110 Michigan St NW | Grand Rapids | MI | 49503 | Pending |
| Duvall v. Scott et al | #22cv04145 | Professional Liability | USDC W. MO | Christopher S. Bond Court House | 80 Lafayette Street | Jefferson City | MO | 65101 | Pending |
| Edmonds v. Corizon, LLC | 22-2989 / 4:20-cv-946-SNLJ | Professional Liability | 8th Cir. Court of Appeals & E.D. Mo. - Eastern | Thomas F. Eagleton Courthouse | 111 South 10th Street, Room 24.329 | St. Louis | MO | 63102 | On Appeal |
| Edward Albert Stenberg v. Corizon Health, Inc., et al. | 4:20-cv-10674 | Professional Liability | USDC Eastern District of Michigan | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Evelyn Jaimes v. Corizon Health Charge of Discrimination CA | | Employment Practice Litigation | LABOR BOARD | 1800 30th Street, Suite 100 | | Bakersfield | CA | 93301-1929 | Pending |
| Flint #248501 v. Eicher et al | 2:21-cv-00035-HYJ-MV | Professional Liability | USDC Western District of MI (Northern Division (2)) | 113 Federal Bldg | 315 W Allegan St | Lansing | MI | 48933 | Pending |
| Floyd v. Corizon Health Incorporated et al | #19cv00341 | Professional Liability | USDC AZ | Evo A. DeConcini U.S. Courthouse | 405 W. Congress Street, Suite 1500 | Tucson | AZ | 85701-5010 | Pending |
| Frank Adams v. Julie Jones, et al | 2015-CA-2056 | Professional Liability | Circuit Court For Leon County, FL | 301 S. Monroe Street, #100 | | Tallahassee | FL | 32301 | On Appeal |
| Gamez #131401 v. United States of America | #20-16180 USDC AZ #17cv02044 | Professional Liability | 9th Circuit Court of Appeals | The Richard H. Chambers Courthouse | 125 South Grand Avenue | Pasadena | CA | 91105 | On Appeal |
| Goldman Vs. MO Dept of Corrections et al | 18SF-CC00137 | Employment Practice Litigation | MO CIRCUIT - ST. FRANCOIS COUNTY | 1 North Washington Street, Suite 102 | Courthouse Building | Farmington | MO | 63640 | Pending |
| Green #076282 v. Ryan et al | 4:18-cv-00068 | Professional Liability | USDC District of AZ (Tucson Division) | Evo A. DeConcini U.S. Courthouse | 405 W. Congress Street, Suite 1500 | Tucson | AZ | 85701-5010 | On Appeal |
| Hamer v. Griffs et al | 4:22-12106-SFC-KGA | Professional Liabiliity | USDC Eastern District of MI (Detroit) | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Hasty v. Corizon, LLC et al | #22cv04054 | Professional Liability | USDC W. MO | Christopher S. Bond Court House | 80 Lafayette Street | Jefferson City | MO | 65101 | Pending |
| Hayes v. Corizon et al | 1:21-cv-00362 | Professional Liabiliity | USDC District of ID (Boise-Southern) | 550 W. Fort Street Suite 400 | | Boise | ID | 83724 | Pending |
| Hayes v. Precythe et al | 22-3554 & 2:21-cv-4228-SRB | Professional Liability | 8th Cir. Court of Appeals & W.D. Mo. - Central | Thomas F. Eagleton Courthouse | 111 South 10th Street, Room 24.329 | St. Louis | MO | 63102 | On Appeal |
| Hazel Kingsby vs. Corizon Health Inc etc. | WC-CM-830443 | Employment Practice Litigation | LABOR BOARD | 1800 30th Street, Suite 100 | | Bakersfield | CA | 93301-1929 | Pending |

In re: Tehum Care Services, Inc.
Case No. 23-90086
Attachment 7
Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case number | Nature of case | Court name | Court address 1 | Court address 2 | Court City | Court State | Court Zip | Status of case (e.g. Pending, On appeal, Concluded) |
|---|---|---|---|---|---|---|---|---|---|
| Hefley v. Redington et al | #21cv00041 | Professional Liability | USDC E. MO | 801 Broadway | | Hannibal | MO | 63401 | Pending |
| Holmes v. Corizon Health Services et al | 5:22-cv-6088-DGK | Professional Liability | W.D. Mo. - St. Joseph | Charles Evans Whittaker U.S. Courthouse | 400 E. 9th Street | Kansas City | MO | 64106 | Pending |
| Horace W. Crump #236528 v. Rickey Coleman, et al. | 1:18-cv-01216 | Professional Liability | USDC Western District of Michigan, Southern Division | 107 Federal Bldg | 410 W Michigan Ave | Kalamazoo | MI | 49007 | Pending |
| Hunter v. Washtenaw County Sheriff Jail et al | 2:20-cv-10534 | Professional Liability | USDC WESTERN DISTRICT OF MICHIGAN | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd., Room 805 | Detroit | MI | 48226 | Pending |
| Isaac Bernstein v. MO Dept. of Corrections, el al. | 18PI-CC00022 | Professional Liability | Pike County Circuit Court | PO Box 467 | | Petersburg | IN | 47567 | Pending |
| Jack Wilmoth v. Corizon Health, et al. | CV2021-008028 | Professional Liability | Maricopa County Superior Court, AZ | Central Court Building | 201 W. Jefferson Street | Phoenix | AZ | 85003 | Pending |
| James David Johnson, Sr., as Personal Representative of the Estate of James David Johnson, II, deceased, Pltf. vs. Dorothy Louise Coogan, CRNP, et at | 03-CV-2018-902289.00 | Professional Liability | Circuit Court of Montgomery County, AL | 251 S Lawrence St | PO Box 1667 | Montgomery | AL | 36102 | Pending |
| James Edward Jones v. Dr. Rogers, et al | #1:21-cv-00340-BLW | Professional Liability | USDC, District of Idaho | 200 West Front St. | | Boise | ID | 83702-7300 | On Appeal |
| Jeffrey Garrison v. Corizon Health, Inc. et al. | 2:23-cv-00039 | Professional Liability | USDC for Middle District of Alabama | One Church Street | | Montgomery | AL | 36104 | Pending |
| Jemme J. Jenkins, Individually, and Julianne Glisson, Administrator of the Eastate of Jimmie L. Alexander, Sr. v. Corizon Health Inc., a Delaware Corporation | #4:18-cv-00099 | Professional Liability | USDC Southern District of GA Savannah Division | 8 Southern Oaks Ct. | | Savannah | GA | 31405 | Pending |
| Jerry Cureton v. Corizon Health, Inc., John Doe, M.D. | #32D04-1802-CT-00024 | Professional Liability | PCF/Hendricks Superior Court | One Courthouse Square, # 101 | | Danville | IN | 46122 | Pending |
| Jessica Williams vv State of MO et al | 19TE-CC00191 | Employment Practice Litigation | MO CIRCUIT - TEXAS COUNTY | 519 North Grand Avenue, Ste 202 | | Houston | MO | 65483 | Pending |
| Jimena Gallardo vs. Corizon Health Inc. | WC-CM-830454 | Employment Practice Litigation | LABOR BOARD | 1800 30th Street, Suite 100 | | Bakersfield | CA | 93301-1929 | Pending |
| Joan Lino, Individually as mother and next of kin to Janine Lino v. Corizon Health, Inc. et al | #56 2020-CA-000296 | Professional Liability | Circuit Court For St. Lucie County, FL | 218 S 2nd St. | | Fort Pierce | FL | 34950 | Pending |
| Jones v. Kent, County of et al | 1:20-cv-00036 | Professional Liability | USDC Western District of MI Southern Division | 113 Federal Bldg | 315 W Allegan St | Lansing | MI | 48933 | Pending |
| Joshua Snider #834248 v. Registered Nurse Beechler aka Amber Johnson, et al. | 1:20-cv-648 | Professional Liability | USDC Western District of Michigan Southern Division | 107 Federal Bldg | 410 W. Michigan Ave | Kalamazoo | MI | 49007 | Concluded |
| Josiah Bunyard, #74151 v. Corizon, et al. | 2017-CV-000248 | Professional Liabiliity | District Court of Leavenworth Co., Kan., 1st Judicial Division | 601 S. 3rd Street Suite 3051 | | Leavenworth | KS | 66048 | Pending |
| Ka Vang et al v. Corizon Health Inc et al | 19CECG02080 | Employment Practice Litigation | CA SUPERIOR CT - FRESNO CO. | 1130 O Street | | Fresno | CA | 93721-2220 | Pending |
| Karen Franklin as Personal Representative of the Estate of Keith Franklin, Deceased v. Janak Bhavsar M. D. | 2:16-cv-13587 | Professional Liability | USDC Eastern District of Michigan Southern Division | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Concluded |
| Kathleen Newman vs. MO Dept Of Corrections et al | 17AC-CC00364 | Employment Practice Litigation | MO CIRCUIT - COLE COUNTY | 301 E High Street | | Jefferson City | MO | 65101 | Pending |
| Kay Lynn Dana, FKA Larry Dana v. Idaho Dept. of Corrections | #1:18-cv-00298-DCN #23-35047 | Professional Liability | USDC, District of Idaho & US Court of Appeals 9th Circuit | The James R. Browning Courthouse | 95 7th Street | San Francisco | CA | 94103 | On Appeal |

In re: Tehum Care Services, Inc.
Case No. 23-90086
Attachment 7
Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case number | Nature of case | Court name | Court address 1 | Court address 2 | Court City | Court State | Court Zip | Status of case (e.g. Pending, On appeal, Concluded) |
|---|---|---|---|---|---|---|---|---|---|
| Kayla Hicks v. Corizon Health Inc | WC-CM-829324 | Employment Practice Litigation | LABOR BOARD | 1800 30th Street, Suite 100 | | Bakersfield | CA | 93301-1929 | Pending |
| Keith Edward Gardiner #383334 v. Unknown Bedient, et al. | 2:21-cv-00167 | Professional Liability | USDC Western District of Michigan Northern Division | 107 Federal Bldg | 410 W. Michigan Ave | Kalamazoo | MI | 49007 | Pending |
| Kersey v. Inch et al | #3:19-cv-01352-HLA-LLL (dismissed 2/8/23 for lack of prosecution) | Professional Liability | USDC Middle District of FL (Jacksonville) | 300 North Hogan Street | | Jacksonville | FL | 32202 | Concluded |
| Kieara R. Carter v. Mr. M. Natalie | #61C01-1408-PL-000284 | Professional Liability | Parke County Circuit Court, Parke County IN | 116 W High St, #204 | | Rockville | IN | 47872 | Pending |
| KL Epperson vs. Corizon Health aka Corizon LLC aka Corizon Health Inc. | 20JO-CC00089 | Employment Practice Litigation | MO CIRCUIT - JOHNSON COUNTY | 101 W Market St | | Warrensburg | MO | 64093 | Pending |
| Kohchise Jackson v. Corizon Health Inc., et al | 2:19-cv-13382 | Professional Liability | USDC Eastern District Michigan Southern Division | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Laura L. Medley v. Corizon Health, Inc. | CV-2020-016257 | Professional Liability | Superior Court of Maricopa County, AZ | Central Court Building | 201 W. Jefferson Street | Phoenix | AZ | 85003 | Pending |
| Laura Tittel vs. The City of NY et al | 300526-15 | Employment Practice Litigation | NY SUPREME CT - BRONX CO | 851 Grand Concourse | | Bronx | NY | 10451 | Pending |
| Leon Lippett v. Corizon Health Inc., et al. | 2:18-cv-11175 | Professional Liability | USDC Eastern District of Michigan, Southern Division | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | On Appeal |
| Leona Miotke Complainant vs. Corizon Health Inc. Respondent | 19CV47201 | Employment Practice Litigation | OR CIRCUIT - MULTNOMAH COUNTY | Multnomah County Courthouse | 1200 SW 1st Ave | Portland | OR | 97204 | Pending |
| Leonard Thomas v. Corizon Health, Inc. et al | 3:15-cv-548 | Professional Liability | USDC Northern District of Indiana, South Bend Division | 102 Federal Building | 204 S. Main St. | South Bend | IN | 46601 | Pending |
| Lincoln #237169 v. Corizon Health, Inc. et al | 2:21-cv-00245-PLM-MV | Professional Liability | USDC Western District of MI (Northern Division (2)) | 107 Federal Bldg | 410 W. Michigan Ave | Kalamazoo | MI | 49007 | Pending |
| Lizette Cervantes vs. Corizon Health Inc | WC-CM-829322 | Employment Practice Litigation | LABOR BOARD | 1800 30th Street, Suite 100 | | Bakersfield | CA | 93301-1929 | Pending |
| Luann Williams v. Corizon Health Inc | 18SF-CC00170 | Employment Practice Litigation | MO CIRCUIT - ST. FRANCOIS COUNTY | 1 North Washington Street, Suite 102 | Courthouse Building | Farmington | MO | 63640 | Pending |
| Lupe v. Corizon Healthcare LLC et al | #20cv00708 | Professional Liability | USDC AZ | Sandra Day O'Connor U.S. Courthouse | 401 W. Washington St., Suite 130, SPC 1 | Phoenix | AZ | 85003-2118 | Pending |
| Machelle Pearson, et al., on behalf of themselves and othjer similarly situated. v. Heidi Washington, et al | 2:19-cv-10707 | Professional Liability | USDC Eastern District of Michigan Southern Division | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Mack Mandrell Loyde v. Corizon Health, Inc. et al | #3:20-cv-0710 | Professional Liability | USDC, Middle District of Tennessee | Fred D. Thompson U.S. Courthouse and Federal Building | 719 Church Street | Nashville | TN | 37203 | Pending |
| Marcus L.Walker v. Mary Greiner, et al. | 2:21-cv-12874 | Professional Liability | USDC Eastern District of Michigan | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Mark Earl White v. Corizon Inc., et al. | 1:19-cv-00948 | Professional Liability | USDC Western District of Michigan Southern Division | 399 Federal Bldg | 110 Michigan St NW | Grand Rapids | MI | 49503 | Pending |
| Maxim Healthcare Staffing Services Inc vs. Tehum Care Services Inc | 3:23-cv-00018 | Commercial Litigation | FEDERAL | 719 Church Street, Suite 1300 | | Nashville | TN | 37203 | Pending |
| Meredith et al v. Warden Tyrell Davis, et al. | 1:22-cv-00524-CWD | Professional Liabililty | US Dist Court, Dist of Idaho | 550 W. Fort Street Suite 400 | | Boise | ID | 83724 | Pending |
| Meza-Sayas v. Corizon, et al. | 1:21-cv-00077-DCN | Professional Liabililty | US Dist Court, Dist of idaho | 550 W. Fort Street Suite 400 | | Boise | ID | 83724 | Pending |

In re: Tehum Care Services, Inc.
Case No. 23-90086
Attachment 7
Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case number | Nature of case | Court name | Court address 1 | Court address 2 | Court City | Court State | Court Zip | Status of case (e.g. Pending, On appeal, Concluded) |
|---|---|---|---|---|---|---|---|---|---|
| Monica Davis Charge of Discrimination MO Commission on Human Rights | 560-2020-01738 | Employment Practice Litigation | EEOC | Robert A. Young Federal Building | 1222 Spruce St. Rm 8.100 | St. Louis | MO | 63103 | Pending |
| Monique Shenell Ford v. Corizon Health Inc. et al. | 1:22-cv-00411 | Professional Liability | USDC Eastern District of Virginia Alexandria Division | 401 Courthouse Square | | Alexandria | VA | 22314 | Pending |
| Moses Kirschke, 384285 v. Corizon Health, Inc., et al. | 2:19-cv-13788 | Professional Liability | USDC Eastern Division of Michigan, Southern Division | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Nachtweih v. Missouri Department of Corrections, State of et al | #21cv00371 | Professional Liability | USDC E. MO | 111 South 10th Street | | St. Louis | MO | 63102 | Pending |
| Nephrology and Hypertension Associates LLP vs. Tehum Care Services Inc | 22BA-CV03762 | Commercial Litigation | STATE | | | | | | Pending |
| Oliver v. Corizon Healthcare Inc et al | 4:22-cv-12104-LJM-EAS | Professional Liability | USDC Eastern District of MI (Detroit) | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Oliver v. South Central Correctional Center et al | #21cv03226 | Professional Liability | USDC W. MO | United States Courthouse | 222 N. John Q. Hammons Parkway | Springfield | MO | 65806 | Pending |
| Pike County Memorial Hospital vs. Corizon Health Inc | 22SL-CC02877 | Commercial Litigation | STATE | | | | | | Pending |
| Randy Allen McElhaney v. Heidi Washington, et al. | 5:21-cv-13021 | Professional Liability | USDC Eastern District of Michigan | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Ray v. McFarland et al | cv-20-910 | Professional Liability | Middle District | Frank M. Johnson Jr U.S. Courthouse Complex | One Church Street | Montgomery | AL | 36104 | Pending |
| Reid v. Centurion et al | #20cv01893 | Professional Liability | USDC AZ | Sandra Day O'Connor U.S. Courthouse | 401 W. Washington St., Suite 130, SPC 1 | Phoenix | AZ | 85003-2118 | Pending |
| Reuben Cortes, et al v. Josh Tewalt, et al | #1:18-cv-00001-BLW | Professional Liability | USDC, District of Idaho | 200 West Front St. | | Boise | ID | 83702-7300 | Pending |
| Rickey Scott v. Henry Ford Health System, et al. | 21-002889-NH | Professional Liability | Circuit Court for Jackson County | 415 E 12th Street | | Kansas City | MO | 64106 | Pending |
| Rickey Scott v. Henry Ford Health System, et al. | 2:22-cv-10306 | Professional Liability | USDC Eastern District of Michigan Southern Division | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Ritz v. Centurion of Arizona LLC et al | #21cv00868 | Professional Liability | USDC AZ | Sandra Day O'Connor U.S. Courthouse | 401 W. Washington St., Suite 130, SPC 1 | Phoenix | AZ | 85701-5010 | Concluded |
| Robert D Blaurock #86516 vs. Brandon Cunningham, et al | BU-2022-CV-000173 | Professional Cunningham | 13th Judicial Distirct of Butler Co., KS | 201 W Pine, Suite 101 | | El Dorado | KS | 67042 | Pending |
| Robert L. Dykes #201541 v. Corizon Inc., et al. | 2:22-cv-00113 | Professional Liability | USDC Western District of Michigan Northern Division | 113 Federal Bldg | 315 W Allegan St | Lansing | MI | 48933 | Pending |
| Robinson v. Corizon Health Incorporated et al | 21cv00608 TUC-DWL (CDB) previously CV2020-003036 | Professional Liability | USDC Arizona - Phoenix removed from Superior Court Maricopa County | Sandra Day O'Connor U.S. Courthouse | 401 W. Washington St., Suite 130, SPC 1 | Phoenix | AZ | 85003-2118 | Pending |
| Roden v. Landfair et al | 4:22-cv-10186 | Professional Liability | USDC Eastern District of MI (Detroit) | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Rogers v. Centurion of Florida, LLC et al | 3:20-cv-725-MMH-MCR | Professional Liabiliity | US Dist Court, Middle Dist of Florida, Jacksonville Division | Bryan Simpson United States Courthouse | 300 North Hogan Street | Jacksonville | FL | 32202 | Pending |
| Ronald C. Johnson v. Lia Gulick, et al. | 2:20-cv-10147 | Professional Liability | USDC Eastern District of Michigan Southern Division | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Ryan D. Brown v. Jefferson S. Dunn | 2:19-cv-91 (Dismissed with Prejudice) | Professional Liability | USDC Middle Dist. AL Northern Division | One Church Street | | Montgomery | AL | 36104 | Concluded |

**In re: Tehum Care Services, Inc.**
**Case No. 23-90086**
Attachment 7
Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case number | Nature of case | Court name | Court address 1 | Court address 2 | Court City | Court State | Court Zip | Status of case (e.g. Pending, On appeal, Concluded) |
|---|---|---|---|---|---|---|---|---|---|
| Ryan D. Brown vs. Corizon Health Inc. | 03-CV-2019-900168 (case dismissed and now on appeal) | Professional Liability | Montgomery Circuit Court | 100 S. Lawrence St. | | Montgomery | AL | 36104 | On Appeal |
| Saint Alphonsus Health Alliance Inc et al vs. Corizon LLC et al | 1:18-CV-183-CWD | Commercial Litigation | FEDERAL | 550 W. Fort Street, Suite 400 | | Boise | ID | 83724 | Pending |
| Saint Alphonsus Health System Inc vs. Tehum Care Services Inc | 1:23-CV-65 | Commercial Litigation | FEDERAL | 550 W. Fort Street, Suite 400 | | Boise | ID | 83724 | Pending |
| Schwartz v. Corizon, et. al. | #CV2021-092282 | Professional Liability | Superior Court of AZ for Maricopa County | Central Court Building | 201 W. Jefferson Street | Phoenix | AZ | 85003 | Pending |
| Scott Sedore #210661 v. Sirenna Landfair R.N., et al. | 2:22-cv-10060 | Professional Liability | USDC Eastern District of MI Southern Division | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Scott Sedore v. James Blessman | 2:19-cv-10311 | Professional Liability | USDC Eastern District of Michigan Southern Division | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Shaidon Blake #96323 vs. Corizon Health Services, et al. | #2020-CV-000081 | Professional Liability | Butler County District Court, KS | 201 W Pine, Suite 101 | | El Dorado | KS | 67042 | Pending |
| Shane Moore v. David Kraus D.O., et al. | 18-001395-NH | Professional Liability | State of Michigan In the Circuit Court for the County of St. Clair | 31st Circuit Court | 201 McMorran Blvd. | Port Huron | MI | 48060 | Pending |
| Shatia S. Mathis, in her capacity as the Personal Representative of the Estate of William Mathis v. Nurse McInnis, et al. | 2:21-cv-10734 | Professional Liability | USDC Eastern District of MI | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Sherwin T.Shelton v. John Christiansen, et al. | 2:21-cv-11614 | Professional Liability | USDC Eastern District of Michigan Southern Division | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Simmons v. Tehum Care Services, Inc. et al | #22cv04149 | Professional Liability | USDC W. MO | Christopher S. Bond Court House | 80 Lafayette Street | Jefferson City | MO | 65101 | Pending |
| Slocum v. Corizon Health Incorporated et al | #18cv00044 | Professional Liability | USDC AZ | Evo A. DeConcini U.S. Courthouse | 405 W. Congress Street, Suite 1500 | Tucson | AZ | 85701-5010 | Pending |
| St. Luke's Health System and St. Luke's Regional Medical Center v. Corizon LLC et al | 1:18-CV-00289-DCN | Commercial Litigation | FEDERAL | 550 W. Fort Street, Suite 400 | | Boise | ID | 83724 | Pending |
| Stacy A. Scott, Jr. v. Mark S. Inch, et al | #2018-CA-002282 | Professional Liability | Circuit Court For Leon County | 301 S. Monroe Street, #100 | | Tallahassee | FL | 32301 | Pending |
| Steah v. Shinn et al | 2:21-cv-01265 | Professional Liability | USDC District of AZ (Phoenix Division) | Sandra Day O'Connor U.S. Courthouse | 401 W. Washington St., Suite 130, SPC 1 | Phoenix | AZ | 85003-2118 | Pending |
| Stephanie Petrosky, Individually and as Administratrix of the Estate of John M. Petrosky v. Corizon Health, Inc.; Corizon, Inc.; Sarah A. Patterson as Administratrix of Estate of Michael D. Patterson, Sr.; Danielle Litzinger, CRNP; David Druskin, PA-C | #GD-16-016594 | Professional Liability | Allegheny County, PA Court of Common Pleas | 436 Grant Street | | Pittsburgh | PA | 15219 | Pending |
| Strickland v. Corizon, L.L.C. et al | #22cv06009 | Professional Liability | USDC W. MO | St. Joseph Division | 411 Jules St | St Joseph | MO | 64501 | Pending |
| Susan L. Foster, Robert Schaff MD v. Corizon Health Inc | 22JE-CC00140 | Employment Practice Litigation | MO CIRCUIT - JEFFERSON COUNTY | Jefferson County Courthouse | 300 Main Street | Hillsboro | MO | 63050 | Pending |
| Swallow v Corizon, LLC, ta al | #18cv01045 | Professional Liability | USDC E. MO | 111 South 10th Street | | St. Louis | MO | 63102 | Pending |
| Temujin Kensu # 189355 v. Corizon Inc., et al. | 2:19-cv-10944 | Professional Liability | USDC for Eastern District of Michigan | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Teresa Worthington vs. Corizon Health Inc | 2017-CV-5612 | Employment Practice Litigation | TN CIRCUIT - BLEDSOE COUNTY | 3150 Main Street | P.O. Box 455 | Pikeville | TN | 37367 | Pending |

In re: Tehum Care Services, Inc.
Case No. 23-90086
Attachment 7
Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case number | Nature of case | Court name | Court address 1 | Court address 2 | Court City | Court State | Court Zip | Status of case (e.g. Pending, On appeal, Concluded) |
|---|---|---|---|---|---|---|---|---|---|
| Terry Bowling v. WellPath Inc., et al. | 2:22-cv-11897-DPH-KGA | Professional Liability | USDC Eastern District of Michigan Southern Division | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Terry Man v. Ferrell Duncan Clinic, et al. | #2131-CC00856 | Professional Liability | Circuit Court of Greene County, MO | 1010 N Boonville Ave | | Springfield | MO | 65802 | Pending |
| The Curators of the University of Missouri and Capital Region Medical Center vs. Corizon Health Inc | 22BA-CV01701 | Commercial Litigation | STATE | Boone County Courthouse | 705 E Walnut | Columbia | MO | 65201 | Pending |
| Tiffany Jahn Charge of Discrimation AZ | 35A-2018-00476C | Employment Practice Litigation | EEOC | 3300 North Central Avenue, Suite 690 | | Phoenix | AZ | 85012-2504 | Pending |
| Tiffany Smith v. Corizon, Inc. | #2:18-cv-00092 | Professional Liability | USDC Southern District of Indiana | 921 Ohio Street | | Terre Haute | IN | 47807 | Concluded |
| Tiffany Smith vs. Corizon LLC | 61C01-2106-CT-000220 | Professional Liability | Parke County | 116 W High St, #204 | | Rockville | IN | 47872 | Pending |
| Titus Willis v. Corizon of Michigan, et al. | 4:21-CV-11184 | Professional Liability | USDC Eastern District of Michigan Southern Division | Federal Building and U.S Courthouse | 600 Church Street | Flint | MI | 48502 | Pending |
| Tracey A. Davis Charge of Discrimination AZ Civil Rights Div. | 540-2018-04221 | Employment Practice Litigation | EEOC | 3300 North Central Avenue, Suite 690 | | Phoenix | AZ | 85012-2504 | Pending |
| Tracey Grissom v. Corizon, LLC, et al. | 2:19-CV-420 | Professional Liability | USDC Middle District AL  Northern Division | One Church Street | | Montgomery | AL | 36104 | Pending |
| Tracia Anderson, Pltf vs. Corizon Health Inc etc, Dft. | WC-CM-829325 | Employment Practice Litigation | LABOR BOARD | 1800 30th Street, Suite 100 | | Bakersfield | CA | 93301-1929 | Pending |
| Tremonti Perry v Warden Ian Wallace, et al. | #17cv00115 | Professional Liability | USDC E. MO | Rush Hudson Limbaugh, Sr. Courthouse | 555 Independence Street | Cape Girardeau | MO | 63703 | On Appeal |
| Tripati v. Corizon Incorporated et al | #21-15902 USDC AZ 18cv00066 | Professional Liability | 9th Circuit Court of Appeals | The James R. Browning Courthouse | 95 7th Street | San Francisco | CA | 94103 | On Appeal |
| Tripati v. Wexford Health Sources Inc. et al | 2:20-cv-00427 | Professional Liability | USDC Western District of PA (Pittsburgh) | Joseph F. Weis, Jr. U.S. Courthouse | 700 Grant Street | Pittsburgh | PA | 15219 | On Appeal |
| Tyrone A. Bell v. Heidi Washington, et al. | 2:21-cv-12481 | Professional Liability | USDC Eastern District of Michigan | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | On Appeal |
| Urology Care Inc a Missouri Corporation vs. Tehum Care Services Inc | 22AC-CC06198 | Commercial Litigation | STATE | | | | | | Pending |
| VK Kirby v. Corizon Health aka Corizon LLC aka Corizon Health Inc | 20LV-CC00012 | Employment Practice Litigation | MO CIRCUIT - LIVINGSTON COUNTY | 700 Webster St | | Chillicothe | MO | 64601 | Pending |
| Wagle v. Corizon et al | 5:21-cv-12881 | Professional Liability | USDC Eastern District of Michigan | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Wagle v. Corizon et al | 2:19-cv-13787 | Professional Liability | USDC Eastern District of MI | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Waheed Nelson v. Bob Gualtieri, Secretary, Dept of Corrections, et al | #8:19-cv-449-CEH-JSS | Professional Liability | USDC Middle Dist of FL | 801 North Florida Avenue | | Tampa | FL | 33602 | Pending |
| Watkins v. Algoa Correctional Facility et al | #21cv04166 | Professional Liability | USDC W. MO | Christopher S. Bond Court House | 80 Lafayette Street | Jefferson City | MO | 65101 | Pending |
| Webster v. Inch et al | 3:20-cv-333 | Professional Liability | USDC Middle District Florida (Jacksonville) | 300 North Hogan Street | | Jacksonville | FL | 32202 | Pending |
| William G. Sutherland v. Pat Warren, et al. | 2:18-cv-13568 | Professional Liability | USDC Eastern District of Michigan Southern Division | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |

In re: Tehum Care Services, Inc.
Case No. 23-90086
Attachment 7
Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case number | Nature of case | Court name | Court address 1 | Court address 2 | Court City | Court State | Court Zip | Status of case (e.g. Pending, On appeal, Concluded) |
|---|---|---|---|---|---|---|---|---|---|
| William T. Walker v. Corizon, LLC, et al. | 4:20-cv-01176 | Professional Liability | USDC Northern District of Alabama Middle Division | 1729 5th Avenue North | | Birmingham | AL | 35203 | Pending |
| Williams v. Corizon et al | 2:21-cv-12534 | Professional Liability | USDC Eastern District of MI (Detroit) | Theodore Levin U.S. Courthouse | 231 W. Lafayette Blvd. | Detroit | MI | 48226 | Pending |
| Wolf v. Tewalt, et al. | 1:21-cv-00226 | Professional Liabiliity | USDC District od ID (Boise-Southern) | 550 W. Fort Street, Suite 400 | | Boise | ID | 83724 | Pending |
| Zamora #141929 v. Corizon Health Incorporated et al | 4:20-cv-00043 | Professional Liabiliity | USDC District of AZ (Tucson Division) | Evo A. DeConcini U.S. Courthouse | 405 W. Congress Street, Suite 1500 | Tucson | AZ | 85701-5010 | Pending |

**In re: Tehum Care Services, Inc.**
**Case No. 23-90086**
Attachment 9
Certain Gifts and Charitable Contributions

| Recipient's name | Address 1 | Address 2 | City | State | Zip | Recipient's relationship to the debtor | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|---|---|---|---|---|
| ALABAMA CORRECTIONAL EMPLOYEE SUPPORT FUND | PO BOX 18573 | | HUNTSVILLE | AL | 35804-8573 | NONE | Cash | 07/15/21 | $2,000.00 |
| AMERICAN CORRECTIONAL ASSOCIATION | 206 NORTH WASHINGTON STREET #200 | | ALEXANDRIA | VA | 22314 | NONE | Cash | 07/01/21 | $500.00 |
| AMERICAN CORRECTIONAL ASSOCIATION | 206 NORTH WASHINGTON STREET #200 | | ALEXANDRIA | VA | 22314 | NONE | Cash | 11/04/21 | $5,500.00 |
| FLORIDA SHERIFF'S ASSOCIATION | ATTN: 2021 ANNUAL PARTNERSHIP | 2617 MAHAN DRIVE | TALLAHASSEE | FL | 32308 | NONE | Cash | 02/22/21 | $10,000.00 |
| FRIENDS OF PASSAIC COUNTY PARKS, INC. | 401 GRAND STREET | ROOM # 205 | PATERSON | NJ | 7505 | NONE | Cash | 07/01/21 | $1,500.00 |
| FRIENDS OF THE LEXINGTON FISHER HOUSE | PO BOX 54481 | | LEXINGTON | KY | 40555 | NONE | Cash | 07/16/21 | $2,000.00 |
| GOOD NEWS JAIL & PRISON MINISTRY | 1119 COMMONWEALTH AVE. | SUITE 1 | BRISTOL | VA | 24201 | NONE | Cash | 08/20/21 | $1,000.00 |
| JOSEPH N DIVINCENZO JR FOR ESSEX COUNTY EXECUTIVE INC. | P.O. BOX 266 | | NUTLEY | NJ | 7110 | NONE | Cash | 02/11/22 | $1,600.00 |
| NATIONAL COMM. ON CORRECTIONAL HLTHCR | PO BOX 6233 | | CAROL STREAM | IL | 60197-6233 | NONE | Cash | 07/01/21 | $1,000.00 |
| NORTH AMERICAN ASSOCIATION OF WARDENS & SUPERINTENDENTS | P.O. BOX 815 | | ROLLA | MO | 65401 | NONE | Cash | 06/10/21 | $2,500.00 |
| POLK SHERIFF'S CHARITIES, INC. | ATTN: BILL WARD | 1891 JIM KEENE BLVD | WINTER HAVEN | FL | 33880-8010 | NONE | Cash | 03/18/21 | $5,000.00 |

**In re: Tehum Care Services, Inc.**
**Case No. 23-90086**
Attachment 11
Payments related to bankruptcy

| Who was paid or who received the transfer? | Address 1 | City | State | Zip | Email or website address | Dates | Total amount or value |
|---|---|---|---|---|---|---|---|
| FTI CONSULTING INC | PO BOX 418103 | BOSTON | MA | 02241 | fticonsulting.com | 8/16/2022 | $225,000.00 |
| FTI CONSULTING INC | 909 COMMERCE ROAD | ANNAPOLIS | MD | 21401 | fticonsulting.com | 2/25/2022 | $100,000.00 |
| WHITE & CASE LLP | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 | whitecase.com | 8/30/2022 | $149,197.95 |
| WHITE & CASE LLP | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 | whitecase.com | 8/30/2022 | $133,860.50 |
| WHITE & CASE LLP | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 | whitecase.com | 8/30/2022 | $216,941.70 |
| WHITE & CASE LLP | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 | whitecase.com | 2/25/2022 | $50,000.00 |

**In re: Tehum Care Services, Inc.**
**Case No. 23-90086**
Attachment 14
Previous addresses

| Address 1 | Address 2 | City | State | Zip | Dates of occupancy |
|---|---|---|---|---|---|
| 103 Powell Court | | Brentwood | TN | 37027 | 10/2014 - 4/2022 |
| 121 Grand Avenue | Suite 200 | Laramie | WY | 82072 | 1/2016 - 5/2022 |
| 12647 Olive Boulevard | | Creve Coeur | MO | 63141 | 4/2002 - 6/2020 |
| 1320 Creek Trail Drive | Suite A | Jefferson | MO | 65109 | 3/2015 - 10/2021 |
| 2000 West Baltimore Street | | Baltimore | MD | 21223 | 2/2019 - 3/2021 |
| 6002 Corporate Way Drive | Corporate Center North Building 9 | Indianapolis | IN | 46278 | 4/2017 - 2021 |
| 611 S. Kansas Ave | | Topeka | KS | 66603 | 3/2014 - 7/2020 |
| 6452 Millennium Drive | Suite 100 | Lansing | MI | 48917 | 6/2009 - 10/2021 |
| 7240 Parkway Drive | Suite 350 | Hanover | MD | 21076 | 3/2019 - 5/2022 |
| 8517 W. Overland Road | Ponderosa Plaza Phase III | Boise | ID | 83709 | 11/2014 - 9/2021 |

In re: Tehum Care Services, Inc.

**Case No. 23-90086**

Attachment 20

Off-premises storage

| Facility name | Address 1 | Address 2 | City | State | Zip | Names of anyone with access to it | Address 1 | Address 2 | City | State | Zip | Description of contents | Does debtor still have it? (Y/N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLEEKE DILLON CRANDALL, P.C. | 8470 ALLISON POINTE BLVD. | SUITE 420 | INDIANAPOLIS | IN | 46250-4365 | Sigma Risk Management, LLC | 1528 56TH STREET | | BROOKLYN | NY | 11219 | Business Records | Y |
| CHAPMAN LAW GROUP | 1441 WEST LONG LAKE ROAD | SUITE 310 | TROY | MI | 48098 | Sigma Risk Management, LLC | 1528 56TH STREET | | BROOKLYN | NY | 11219 | Business Records | Y |
| Flexential Corp. | 600 Forest Point Circle | Suite 100 | CHARLOTTE | NC | 28273 | HOCS Consulting, Inc. | 600 Forest Point Circle | Suite 100 | CHARLOTTE | NC | 28273 | Electronic Business Records | Y |
| Gold & Ferrante | 716 N. Bethlehem Pike, Suite 208 | | Lower Gwynedd | PA | 19002 | Sigma Risk Management, LLC | 1528 56TH STREET | | BROOKLYN | NY | 11219 | Business Records | Y |
| HORN AYLWARD & BANDY, LLC | 2600 GRAND BLVD, SUITE 1100 | | KANSAS CITY | MO | 64108 | Sigma Risk Management, LLC | 1528 56TH STREET | | BROOKLYN | NY | 11219 | Business Records | Y |
| Iron Mountain | PO BOX 915004 | | DALLAS | TX | 75391-5004 | HOCS Consulting, Inc. | PO BOX 915004 | | DALLAS | TX | 75391-5004 | Business Records | Y |
| QUINTAIROS,PRIETO, WOOD & BOYER PA | 8800 EAST RAINTREE DRIVE | SUITE 100 | SCOTTSDALE | AZ | 85260 | Sigma Risk Management, LLC | 1528 56TH STREET | | BROOKLYN | NY | 11219 | Business Records | Y |
| THE TOOMEY LAW FIRM LLC | 1625 HENDRY STREET | SUITE 203 | FORT MYERS | FL | 33901 | Sigma Risk Management, LLC | 1528 56TH STREET | | BROOKLYN | NY | 11219 | Business Records | Y |
| UNCLE BOB'S SELF STORAGE | 2632 SPRUCE STREET | | MONTGOMERY | AL | 36107 | HOCS Consulting, Inc. | 2632 SPRUCE STREET | | MONTGOMERY | AL | 36107 | Business Records | Y |
| Vital Records | DEPT 5874 | P.O. BOX 11407 | BIRMINGHAM | AL | 35246-5874 | YesCare Corp. and Sigma Risk Management, LLC | DEPT 5874 | P.O. BOX 11407 | BIRMINGHAM | AL | 35246-5874 | Business Records | Y |

**In re: Tehum Care Services, Inc.**
**Case No. 23-90086**
Attachment 25
Other businesses in which the debtor has or has had an interest

| Business name | Address 1 | City | State | Zip | Nature of business | Employer Identification number | Dates business existed |
|---|---|---|---|---|---|---|---|
| Corizon Health Clinical Solutions, LLC | 205 Powell Place | Brentwood | TN | 37027 | Provider of healthcare services | 47-3197508 | 1/8/2015 - Present |
| Corizon Health of  Kansas, LLC | 205 Powell Place | Brentwood | TN | 37027 | Provider of healthcare services | 87-2924254 | 9/30/2021 - 2/8/2023 |
| Corizon Health of Alabama, LLC | 205 Powell Place | Brentwood | TN | 37027 | Provider of healthcare services | 87-2359451 | 8/26/2021 - 2/7/2023 |
| Corizon Health of Arizona, LLC | 205 Powell Place | Brentwood | TN | 37027 | Provider of healthcare services | 87-3112634 | 10/7/2021 - Present |
| Corizon Health of California, LLC | 205 Powell Place | Brentwood | TN | 37027 | Provider of healthcare services | 87-1528501 | 6/29/2021 - Present |
| Corizon Health of Florida, LLC | 205 Powell Place | Brentwood | TN | 37027 | Provider of healthcare services | 87-2087930 | 7/22/2021 - 2/7/2023 |
| Corizon Health of Maryland, LLC | 205 Powell Place | Brentwood | TN | 37027 | Provider of healthcare services | 87-2400448 | 8/18/2021 - Present |
| Corizon Health of Mississippi, LLC | 205 Powell Place | Brentwood | TN | 37027 | Provider of healthcare services | 87-2384875 | 8/26/2021 - 2/13/2023 |
| Corizon Health of New Jersey, LLC | 205 Powell Place | Brentwood | TN | 37027 | Provider of healthcare services | 22-3010453 | 5/6/2003 - 5/5/2022 |
| Corizon Health of New Mexico, LLC | 205 Powell Place | Brentwood | TN | 37027 | Provider of healthcare services | 87-1324760 | 6/18/2021 - 5/5/2022 |
| Corizon Health of Ohio, LLC | 205 Powell Place | Brentwood | TN | 37027 | Provider of healthcare services | 87-2179681 | 7/22/2021 - 2/8/2023 |
| Corizon Health of Pennsylvania, LLC | 205 Powell Place | Brentwood | TN | 37027 | Provider of healthcare services | 87-1354956 | 6/23/2021 - Present |
| Corizon Health of Tennessee, LLC | 205 Powell Place | Brentwood | TN | 37027 | Provider of healthcare services | 87-2995916 | 10/7/2021 - 2/8/2023 |
| Corizon Health of Virginia, LLC | 205 Powell Place | Brentwood | TN | 37027 | Provider of healthcare services | 87-2251781 | 8/18/2021 - 2/13/2023 |
| Corizon, LLC | 205 Powell Place | Brentwood | TN | 37027 | Provider of healthcare services | 43-1281312 | 11/8/1982 - 5/5/2022 |
| PHS Community Care LLC | 205 Powell Place | Brentwood | TN | 37027 | Provider of healthcare services | 27-3274550 | 5/12/2019 - Present |

**In re: Tehum Care Services, Inc.**
**Case No. 23-90086**
Attachment 29
Former Partners, Officers, Directors and Shareholders

| Name | Address 1 | City | State | Zip | Position and nature of any interest | Period during which position or interest was held |
|------|-----------|------|-------|-----|-------------------------------------|--------------------------------------------------|
| Abe Goldberger | 205 Powell Place | Brentwood | TN | 37027 | Director | 2/14/22 - 5/5/22 |
| Ayodeji Ladele, M.D. | 205 Powell Place | Brentwood | TN | 37027 | SVP & Chief Medical Officer | 2/14/22 - 5/5/22 |
| David Gefner | 205 Powell Place | Brentwood | TN | 37027 | Director | 2/14/22 - 5/5/22 |
| F. Jeffrey Sholey | 205 Powell Place | Brentwood | TN | 37027 | SVP, CFO & Treasurer | 2/14/22 - 5/5/22 |
| J. Scott King | 205 Powell Place | Brentwood | TN | 37027 | EVP, Chief Legal Officer & Secretary | 2/14/22 - 5/5/22 |
| Jay Leitner | 205 Powell Place | Brentwood | TN | 37027 | Director | 2/14/22 - 5/5/22 |
| Sara Tirschwell | 205 Powell Place | Brentwood | TN | 37027 | President & Chief Executive Officer, Director, Chairman | 2/14/22 - 5/5/22 |