

# Transcript of Isaac Lefkowitz, Corporate Designee (GENEVA)

**Date:** August 14, 2023
**Case:** Tehum 2004 Exams, In Re:

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1          UNITED STATES BANKRUPTCY COURT

2           SOUTHERN DISTRICT OF TEXAS

3                HOUSTON DIVISION

4     - - - - - - - - - - - - x

5    IN RE:                    :

6    TEHUM CARE SERVICES, INC.    :    Case No.

7                  DEBTOR.    :    23-90086 (CML)

8                           :    CHAPTER 11

9     - - - - - - - - - - - - x

10

11    REMOTELY CONDUCTED VIDEOTAPED DEPOSITION OF

12                ISAAC LEFKOWITZ

13    AS CORPORATE DESIGNEE FOR GENEVA CONSULTING, LLC

14             MONDAY, AUGUST 14, 2023

15                8:36 A.M. CST

16

17

18    JOB NO.: 503115

19    PAGES: 1 - 128

20    REPORTED BY: KARISA EKENSEAIR, CCR RMR

21

22

23

24

25

1        DEPOSITION OF ISAAC LEFKOWITZ, CORPORATE

2    DESIGNEE, CONDUCTED VIA ZOOM VIDEOCONFERENCE.

3

4

5

6

7

8

9

10           Pursuant to notice, before Karisa J.

11    Ekenseair, Certified Shorthand Reporter in and for

12    the States of Arkansas, Oklahoma, Missouri,

13    Tennessee, Georgia, Washington, and Illinois;

14    National Registered Professional Reporter,

15    National Registered Merit Reporter, Notary Public

16    in and for the State of Arkansas.

17

18

19

20

21

22

23

24

25

```
1                   A P P E A R A N C E S

2       ON BEHALF OF OFFICIAL COMMITTEE OF UNSECURED

3    CREDITORS (VIA ZOOM):

4           ZACHARY HEMENWAY, ESQUIRE

5           NICHOLAS ZLUTICKY, ESQUIRE

6           ANNA TURNER, ESQUIRE

7           STINSON, LLP

8           1201 WALNUT STREET, SUITE 2900

9           KANSAS CITY, MISSOURI 64103

10          816-842-9600

11

12       ON BEHALF OF GENEVA CONSULTING (VIA ZOOM):

13          TAD DAVIDSON, ESQUIRE

14          HUNTON ANDREWS KURTH

15          600 TRAVIS STREET, SUITE 4200

16          HOUSTON, TEXAS 77002

17          713-220-3810

18

19       ON BEHALF OF PHARMACORR, LLC AND PERIGROVE

20    1018, LLC (VIA ZOOM):

21          MELISSA HAYWARD, ESQUIRE

22          HAYWARD PLLC

23          10501 N. CENTRAL EXPY, SUITE 106

24          DALLAS, TEXAS 75231

25          972-755-7104
```

```
1        A P P E A R A N C E S   C O N T I N U E D

2

3   ON BEHALF OF TEHUM CARE SERVICES, INC. (VIA ZOOM):

4           AARON KAUFMAN, ESQUIRE

5           GRAY REED

6           1601 ELM STREET, SUITE 4600

7           DALLAS, TEXAS  75201

8           214-954-4134

9

10  ON BEHALF OF KOHCHISE JACKSON, WILLIAM KELLY, AND

11  DERICO THOMPSON (VIA ZOOM):

12          IAN CROSS, ESQUIRE

13          CROSS LAW, PLLC

14          402 WEST LIBERTY STREET

15          ANN ARBOR, MICHIGAN  48103

16          734-994-9590

17

18  ALSO PRESENT:

19          MALCOLM COOKE, REMOTE TECHNICIAN

20          LAWRENCE WALLACE, VIDEOGRAPHER

21

22

23

24

25
```

```
 1         T A B L E   O F   C O N T E N T S

 2                                        PAGE

 3    STYLE AND NUMBER......................   1

 4    APPEARANCES...........................   3

 5

 6    WITNESS:   ISAAC LEFKOWITZ

 7    EXAMINATION BY MR. HEMENWAY...........  9

 8

 9    CERTIFICATE OF REPORTER..............  128

10

11                   EXHIBITS

12            (ATTACHED TO TRANSCRIPT)

13    NUMBER  DESCRIPTION                   PAGE

14    Ex.1    NOTICE OF THE OFFICIAL

15            COMMITTEE OF UNSECURED

16            CREDITORS' FOR RULE 2004

17            EXAMINATION OF CORPORATE

18            REPRESENTATIVE OF GENEVA

19            CONSULTING LLC..................11

20    Ex.2    STATE OF DELAWARE LIMITED

21            LIABILITY COMPANY CERTIFICATE

22            OF FORMATION, BATES NUMBER

23            GENEVA_001586 THROUGH 1587.......27

24

25
```

```
 1                    EXHIBITS

 2                   (CONTINUED)

 3     NUMBER   DESCRIPTION                      PAGE

 4     Ex.3     LETTER OF COMMITMENT, DATED

 5              MARCH 22, 2022, BATES NUMBER

 6              DEBTOR144532 THROUGH 144533......31

 7     Ex.4     CONSULTING AGREEMENT, BATES

 8              NUMBER GENEVA_001692 THROUGH

 9              1694............................40

10     Ex.5     E-MAIL CHAIN, SUBJECT FW:

11              SHAWNEE TRANSMITTAL LETTER,

12              DATED FEBRUARY 24, 2022, BATES

13              NUMBER DEBTOR113011 THROUGH

14              113013..........................64

15     Ex.6     E-MAIL CHAIN, SUBJECT RE:,

16              DATED FEBRUARY 22, 2022, BATES

17              NUMBER DEBTOR138299 THROUGH

18              138300..........................65

19     Ex.7     E-MAIL CHAIN, SUBJECT WIRE

20              TRANSACTIONS - NEED

21              ACCOUNTING.XLSX, DATED JANUARY

22              19, 2022, WITH ATTACHMENT,

23              BATES NUMBER DEBTOR155163

24              THROUGH 155164..................82

25
```

```
 1                    EXHIBITS

 2                   (CONTINUED)

 3   NUMBER   DESCRIPTION                  PAGE

 4   Ex.8    FACILITATOR AGREEMENT, BATES

 5           NUMBER YC-E-036150 THROUGH

 6           36154.........................90

 7   Ex.9    STOCK RESTRICTION AGREEMENT,

 8           BATES NUMBER YC-E-08632..........121

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

P R O C E E D I N G S

THE VIDEOGRAPHER:  Here begins Media                08:36:09

Number 1 in the videotaped deposition of Tehum       08:36:11

2004 exams In Re: -- I'm sorry.                      08:36:11

Here is Media Number 1 in the videotaped            08:36:11

deposition of Mr. Isaac Lefkowitz, designated        08:36:29

representative, in the matter of Tehum 2004 exams    08:36:32

In Re, in the United States Bankruptcy Court for     08:36:39

the Southern District of Houston, Texas Division,    08:36:43

Case Number 23-90086 (CML).                          08:36:47

Today's date is August 14, 2023, and the            08:36:54

time on the video monitor is 8:36 a.m.               08:36:57

The videographer today the Lawrence                 08:37:01

Wallace representing Planet Depos.  This video       08:37:04

deposition is taking place remotely via Zoom.        08:37:07

Would counsel please voice-identify                 08:37:11

themselves and state whom they represent beginning   08:37:13

with the taking attorney, please.                    08:37:16

MR. HEMENWAY:  Zach Hemenway from Stinson           08:37:17

LLP, representing the Committee.                      08:37:21

MR. DAVIDSON:  My name is Tad Davidson              08:37:25

from Hunton Andrews Kurth.  I represent Geneva        08:37:26

Consulting, LLC.                                     08:37:26

MS. HAYWARD:  Melissa Hayward from Hayward          08:37:36

PLLC, representing Perigrove 1018, LLC, and          08:37:37

1   PharmaCorr, LLC.                                      08:37:41

2        MR. KAUFMAN:  This is Aaron Kaufman with        08:37:44

3   the law firm of Gray Reed, representing the debtor   08:37:46

4   Tehum Care Services, Inc.                            08:37:51

5        MR. HEMENWAY:  And I also have in               08:37:53

6   attendance from Stinson, LLP Anna Turner and Nick    08:37:57

7   Zluticky.                                            08:38:03

8        THE VIDEOGRAPHER:  If that's everyone, the      08:38:03

9   court reporter today is Karisa Ekenseair             08:38:05

10  representing Planet Depos.                            08:38:08

11       Would the reporter please swear in the          08:38:09

12  witness.                                             08:38:11

13                  ISAAC LEFKOWITZ                       08:38:11

14  of lawful age, being first duly sworn, deposes and   08:38:11

15  says in reply to the questions propounded as         08:38:11

16  follows:                                             08:38:11

17                   EXAMINATION                          08:38:41

18  BY MR. HEMENWAY:                                      08:38:41

19    Q  All right.  Good morning, Mr. Lefkowitz         08:38:42

20  I'm Zach Hemenway, counsel for the Unsecured         08:38:45

21  Creditors Committee.                                 08:38:49

22       Now, you told us in one of your previous        08:38:50

23  deposition in this case you've had your deposition   08:38:53

24  taken around 100 times; is that right?               08:38:55

25    A  Can we do some housekeeping first?  Can         08:38:57

| | | |
|---|---|---|
| 1 | you give the -- Mr. Cross to identify himself as | 08:39:00 |
| 2 | well who is participating in the deposition? | 08:39:04 |
| 3 | MR. CROSS:  I will not be questioning the | 08:39:09 |
| 4 | witness, but this is Ian Cross from Cross Law | 08:39:11 |
| 5 | PLLC, on behalf of Kohchise Jackson, William | 08:39:15 |
| 6 | Kelly, and Derico Thompson. | 08:39:17 |
| 7 | Q  Mr. Lefkowitz? | 08:39:25 |
| 8 | A  Yes. | 08:39:26 |
| 9 | Q  Do you want me to repeat the question? | 08:39:26 |
| 10 | A  Please. | 08:39:29 |
| 11 | Q  You told us before you had your deposition | 08:39:30 |
| 12 | taken about 100 times; is that right? | 08:39:32 |
| 13 | A  Correct. | 08:39:35 |
| 14 | Q  So I'm going to assume you remember all | 08:39:37 |
| 15 | the basic things, like having your answers be | 08:39:40 |
| 16 | verbal rather than nodding your head and letting | 08:39:42 |
| 17 | me finish my question and letting the court | 08:39:46 |
| 18 | reporter answer any clarification she needs.  And | 08:39:49 |
| 19 | I'll only go through them if we have an issue. | 08:39:51 |
| 20 | Does that sound good? | 08:39:54 |
| 21 | A  Correct. | 08:39:56 |
| 22 | Q  So you're here as the corporate | 08:39:56 |
| 23 | representative of Geneva Consulting, LLC; is that | 08:39:58 |
| 24 | right? | 08:40:02 |
| 25 | A  Yes. | 08:40:02 |

1    Q  And do you understand what that means, to    08:40:02

2  be the corporate representative?    08:40:05

3    A  Yes.    08:40:07

4    Q  What is your understanding?    08:40:07

5    A  Represent the corporation.    08:40:11

6    Q  And what does that mean to you?    08:40:14

7    A  To respond to the inquiry.    08:40:16

8    Q  On behalf of the corporation?    08:40:24

9    A  Correct.    08:40:26

10    Q  And what's your understanding of the    08:40:26

11  corporation's knowledge in terms of the scope of    08:40:28

12  this deposition?    08:40:31

13    A  Whatever documents is available.    08:40:36

14    MR. HEMENWAY:  Let's go ahead and pull up    08:40:41

15  Exhibit 1, and it's the Rule 2004 notice.    08:40:43

16    (Exhibit 1 marked for identification.)    08:40:46

17    MR. HEMENWAY:  As we're pulling that up,    08:40:50

18  I'm just going to state for the record our    08:40:52

19  agreement, Tad, that we've -- we agreed to a    08:40:54

20  limited scope of the 2004 notice in order to focus    08:40:58

21  on topics relevant to the mediation.  And we've    08:41:01

22  agreed that moving forward on that scope doesn't    08:41:04

23  impact the Committee's right to conduct a future    08:41:07

24  2004 exam, nor Geneva's right to object to any    08:41:09

25  future topics.    08:41:17

| | | |
|---|---|---|
| 1 | MR. DAVIDSON:  That's accurate. | 08:41:18 |
| 2 | Q  Mr. Lefkowitz, have you reviewed this | 08:41:20 |
| 3 | document? | 08:41:22 |
| 4 | A  Yes, I did. | 08:41:23 |
| 5 | Q  And what did you do to prepare for the | 08:41:23 |
| 6 | deposition other than reviewing this document? | 08:41:26 |
| 7 | A  Discussed it with counsel. | 08:41:29 |
| 8 | Q  Did you talk with anybody else? | 08:41:34 |
| 9 | A  Just internally to confirm the | 08:41:36 |
| 10 | documentation. | 08:41:42 |
| 11 | Q  Who did you talk to internally? | 08:41:43 |
| 12 | A  To the general counsel of Geneva. | 08:41:45 |
| 13 | Q  Who is that? | 08:41:49 |
| 14 | A  Zalman Schapiro. | 08:41:51 |
| 15 | Q  And you said to confirm the documents. | 08:41:54 |
| 16 | Did you review documents in preparation of | 08:41:57 |
| 17 | this deposition? | 08:42:02 |
| 18 | A  Yes. | 08:42:03 |
| 19 | Q  What documents did you review? | 08:42:03 |
| 20 | A  Documents that would -- were supplied | 08:42:05 |
| 21 | previously. | 08:42:09 |
| 22 | Q  By whom? | 08:42:09 |
| 23 | A  By Geneva. | 08:42:10 |
| 24 | Q  You reviewed documents that were | 08:42:12 |
| 25 | previously supplied by Geneva. | 08:42:18 |

| | | |
|---|---|---|
| 1 | When were they supplied? | 08:42:20 |
| 2 | A  Eight that were supplied.  I think my | 08:42:22 |
| 3 | counsel, Tad, would -- | 08:42:26 |
| 4 | Q  I'm sorry. | 08:42:27 |
| 5 | A  I don't know -- | 08:42:29 |
| 6 | MR. DAVIDSON:  Part of the discovery, | 08:42:29 |
| 7 | Zach, Isaac doesn't know the date, but it was the | 08:42:33 |
| 8 | discovery that was produced. | 08:42:34 |
| 9 | MR. HEMENWAY:  They were supplied to the | 08:42:34 |
| 10 | committee? | 08:42:36 |
| 11 | MR. DAVIDSON:  Yes. | 08:42:37 |
| 12 | Q  So you reviewed the documents that Geneva | 08:42:40 |
| 13 | produced to the Committee, Mr. Lefkowitz? | 08:42:41 |
| 14 | A  Correct. | 08:42:45 |
| 15 | Q  Did you review all of those documents or a | 08:42:45 |
| 16 | selection? | 08:42:48 |
| 17 | A  All of them. | 08:42:48 |
| 18 | Q  Do you recall how many there were? | 08:42:50 |
| 19 | A  No. | 08:42:57 |
| 20 | Q  Closer to 50 or a thousand? | 08:42:57 |
| 21 | A  I can't quantify. | 08:43:01 |
| 22 | Q  You're not capable of telling the | 08:43:06 |
| 23 | difference between 50 documents and a thousand | 08:43:08 |
| 24 | documents? | 08:43:11 |
| 25 | A  I can tell the difference, but I can't | 08:43:11 |

1   quantify.                                                    08:43:14

2       Q  So you don't remember how many documents             08:43:15

3   you looked at?                                               08:43:18

4       A  I looked at all the documents.                       08:43:21

5       Q  Okay.  When did you look at all the                  08:43:23

6   documents?                                                   08:43:26

7       A  Prior to producing, during producing,                08:43:26

8   after production.                                            08:43:30

9       Q  So some of those times were long before we           08:43:31

10  had noticed this deposition.  I'm asking what you            08:43:38

11  did to prepare for this deposition after receiving           08:43:41

12  the 2004 notice?                                             08:43:44

13      A  Discussed it with counsel.                            08:43:45

14      Q  Did you review any documents to prepare               08:43:49

15  for this deposition as opposed to reviewing them             08:43:51

16  for other purposes in the case?                              08:43:55

17      A  Yes.                                                  08:43:57

18      Q  Which documents did you review?                       08:43:57

19      A  Very same documents that was produced.                08:44:00

20      Q  You reviewed all of Geneva's documents?              08:44:03

21      A  Most of it.                                           08:44:06

22      Q  How did you decide which ones to review               08:44:07

23  and which ones not to review?                                08:44:12

24      A  Just by scanning it through.                          08:44:13

25      Q  Okay.  And you only talked to Zalman                  08:44:16

1    Schapiro and you said counsel.                         08:44:22

2           Are you talking about Mr. Davidson?             08:44:25

3       A  And his co-counsel.                              08:44:29

4       Q  Mr. --                                           08:44:30

5       A  I mean -- correct.                               08:44:31

6       Q  Did you talk to any other counsel other         08:44:33

7    than Mr. Schapiro, Mr. Davidson, and Mr. Guffy to      08:44:37

8    prepare for this deposition?                           08:44:41

9       A  No.                                              08:44:43

10      Q  And did you review -- if we could scroll         08:44:43

11   down to the topics request, did you review these       08:44:48

12   examination topics on the last page of the 2004 of     08:44:56

13   this exhibit?                                          08:44:59

14      A  I did.                                           08:45:00

15      Q  And did you understand those topics?             08:45:00

16      A  Yes.                                             08:45:03

17      Q  Okay.                                            08:45:05

18         MR. HEMENWAY:  So we can talk down the           08:45:09

19   deposition notice.                                     08:45:10

20      Q  And let's go ahead and get started with          08:45:15

21   these topics.                                          08:45:17

22         So time period for the topics goes back to       08:45:19

23   December 1, 2021.                                      08:45:23

24         Who -- who was in charge of Geneva back          08:45:24

25   then?                                                  08:45:26

| | | |
|---|---|---|
| 1 | A  What do you mean by in charge? | 08:45:28 |
| 2 | Q  Who made decisions at Geneva? | 08:45:30 |
| 3 | A  Which decisions? | 08:45:35 |
| 4 | Q  Any decision. | 08:45:39 |
| 5 | MR. DAVIDSON:  Objection, form.  It's | 08:45:43 |
| 6 | outside the scope as well. | 08:45:44 |
| 7 | Q  Who made decisions -- | 08:45:52 |
| 8 | A  I don't know -- | 08:45:52 |
| 9 | Q  -- Mr. Lefkowitz? | 08:45:52 |
| 10 | A  You're going to have to tell me -- | 08:45:52 |
| 11 | Q  -- the management structure -- who managed | 08:45:55 |
| 12 | the company? | 08:45:58 |
| 13 | MR. DAVIDSON:  Zach, as management | 08:46:01 |
| 14 | structure, decisions related to the debtors or the | 08:46:02 |
| 15 | merger parties or M2?  So there's a limitation in | 08:46:05 |
| 16 | there which might help focus the deponent. | 08:46:08 |
| 17 | MR. HEMENWAY:  I'm looking at Topic 2, | 08:46:11 |
| 18 | Tad, that says your organizational and management | 08:46:14 |
| 19 | structure. | 08:46:16 |
| 20 | MR. DAVIDSON:  Okay. | 08:46:17 |
| 21 | Q  So who made decisions at Geneva, | 08:46:18 |
| 22 | Mr. Lefkowitz? | 08:46:22 |
| 23 | A  You're going to have to be more specific | 08:46:22 |
| 24 | in decisions. | 08:46:24 |
| 25 | Q  If it would depend on what the decision | 08:46:25 |

| | | |
|---|---|---|
| 1 | was, you can tell me who made different decisions. | 08:46:28 |
| 2 | A  I think we're going to have to do it | 08:46:30 |
| 3 | differently.  You're going to have to ask me which | 08:46:33 |
| 4 | decision and I can tell you who was in charge. | 08:46:36 |
| 5 | Q  Who made decisions on whether to enter | 08:46:38 |
| 6 | into contracts with Geneva? | 08:46:40 |
| 7 | A  The general counsel. | 08:46:41 |
| 8 | Q  Zalman Schapiro? | 08:46:45 |
| 9 | A  Correct. | 08:46:46 |
| 10 | Q  And Mr. Schapiro is a general counsel at | 08:46:46 |
| 11 | Perigrove as well, correct? | 08:46:51 |
| 12 | A  That's correct. | 08:46:52 |
| 13 | MS. HAYWARD:  Objection, form. | 08:47:00 |
| 14 | When you say Perigrove, you're going to | 08:47:01 |
| 15 | have to qualify what entity you're discussing. | 08:47:04 |
| 16 | Q  What entity is Mr. Schapiro the general | 08:47:06 |
| 17 | counsel of, Mr. Lefkowitz? | 08:47:08 |
| 18 | A  Perigrove, LLC. | 08:47:10 |
| 19 | Q  Who is the general counsel at Perigrove | 08:47:14 |
| 20 | 1018, LLC? | 08:47:17 |
| 21 | A  There is no general counsel in Perigrove | 08:47:18 |
| 22 | 1018. | 08:47:22 |
| 23 | Q  So Mr. Schapiro made decisions on whether | 08:47:23 |
| 24 | to enter into contracts for Geneva? | 08:47:28 |
| 25 | A  Yes.  That's what you asked and that's | 08:47:33 |

| | |
|---|---|
| 1   what I answered. | 08:47:35 |
| 2        Q   Who made financial decisions for Geneva? | 08:47:36 |
| 3        A   What does financial decisions mean? | 08:47:38 |
| 4        Q   Whether and where to send money. | 08:47:40 |
| 5        A   Depending on the transaction. | 08:47:47 |
| 6        Q   Okay.  Who made them?  If more than one | 08:47:56 |
| 7   person made them depending on the transaction, you | 08:48:00 |
| 8   can tell me who the people were. | 08:48:02 |
| 9        A   No.  You can ask me which transaction, and | 08:48:05 |
| 10  I can tell you who made the decision. | 08:48:08 |
| 11       Q   No.  I'm asking who made financial | 08:48:11 |
| 12  decisions. | 08:48:14 |
| 13       A   I'm answering you.  Depending on the | 08:48:14 |
| 14  transaction. | 08:48:16 |
| 15       Q   Do you know the answer, Mr. Lefkowitz? | 08:48:16 |
| 16       A   Know the answer? | 08:48:19 |
| 17       Q   Yeah.  Do you? | 08:48:21 |
| 18       A   What question -- | 08:48:22 |
| 19       Q   Do you know who made financial decisions | 08:48:24 |
| 20  for Geneva? | 08:48:26 |
| 21       A   And I asked you which financial decision. | 08:48:27 |
| 22       Q   A financial decision to send an amount | 08:48:31 |
| 23  over $50,000? | 08:48:35 |
| 24       A   It depends on the client, and it depends | 08:48:39 |
| 25  on the transaction. | 08:48:41 |

1      Q   Okay.  As to any of the companies involved        08:48:43

2   in the -- as to any of the companies listed in the       08:48:50

3   2004 notice, who made financial decisions?               08:48:55

4      A   You're going to have to identify which             08:48:58

5   company you're talking about.                             08:49:00

6      Q   All right.  As Corizon, meaning Corizon            08:49:05

7   Health, Inc. or any affiliated companies, who made       08:49:12

8   financial decisions?                                     08:49:15

9      A   I did.                                             08:49:16

10     Q   As to Valitas Health Services, Inc., to           08:49:16

11  the extent you weren't viewing that as part of           08:49:21

12  Corizon, who made financial decisions?                   08:49:25

13     A   I do.                                             08:49:27

14     Q   As to YesCare Corp., who made financial           08:49:27

15  decisions?                                               08:49:31

16     A   I did.                                            08:49:31

17     Q   As to M2Loanco, who made financial                08:49:31

18  decisions?                                               08:49:36

19     A   I did.                                            08:49:36

20     Q   As to PharmaCorr, LLC and its parent              08:49:37

21  companies, who made financial decisions?                 08:49:40

22     A   I did.                                            08:49:42

23     Q   As to Perigrove 1018, who made financial          08:49:43

24  decisions?                                               08:49:56

25     A   Not aware of any transactions with                08:49:57

1   Perigrove 1018.                                          08:49:59

2       Q   As to Perigrove, LLC who made financial          08:50:01

3   decisions?                                              08:50:04

4       A   I did.                                           08:50:05

5       Q   Okay.  Who were Geneva's officers -- oh,         08:50:05

6   and actually, let me scratch that.  Let me start        08:50:18

7   over.                                                   08:50:22

8           The questions I just asked were as of            08:50:22

9   November 1, 2021.                                        08:50:25

10          When you answered that you made financial        08:50:28

11  decisions, was that true through the date July           08:50:31

12  31st, 2023, to the extent financial decisions were       08:50:36

13  made?                                                    08:50:40

14      A   I don't think November '21 is the date.          08:50:40

15      Q   You're right.  It's February 1st, 2021.          08:50:45

16      A   Neither.                                          08:50:52

17      Q   Was there a time where anybody other than        08:50:53

18  you made financial decisions for any of those            08:50:59

19  entities that I listed as it relates to Geneva?          08:51:02

20      A   What date?                                        08:51:05

21      Q   Any date.                                         08:51:06

22      A   You can't ask me any date.  How would I           08:51:08

23  know any date?                                            08:51:15

24      Q   You're here as the corporate                      08:51:16

25  representative of Geneva.  And you testified that         08:51:17

| | | |
|---|---|---|
| 1 | you made financial decisions for Geneva as to all | 08:51:19 |
| 2 | those entities I listed. | 08:51:23 |
| 3 | I'm asking:  Did anybody other than you | 08:51:25 |
| 4 | ever make financial decisions as to those entities | 08:51:27 |
| 5 | for Geneva? | 08:51:31 |
| 6 | A  You gave me a date frame.  You gave me a | 08:51:32 |
| 7 | date frame of November 21st and I said it doesn't | 08:51:34 |
| 8 | exist.  Then you gave me a date of February 21st | 08:51:37 |
| 9 | and I said it doesn't exist. | 08:51:40 |
| 10 | Q  I -- | 08:51:40 |
| 11 | A  So you walked away from those dates.  And | 08:51:43 |
| 12 | where are you now, which time period? | 08:51:45 |
| 13 | Q  Mr. Lefkowitz, I'm not sure what you mean | 08:51:47 |
| 14 | by a date doesn't exist.  I'm asking as to | 08:51:50 |
| 15 | Geneva's -- | 08:51:52 |
| 16 | A  I'm responding to your question? | 08:51:52 |
| 17 | Q  Okay. | 08:51:54 |
| 18 | A  Ask asked a question was Geneva in | 08:51:56 |
| 19 | November of 2021.  Geneva, February 1, 2021, and I | 08:51:57 |
| 20 | said those dates don't exist.  And then you went | 08:52:03 |
| 21 | away no dates at any time. | 08:52:07 |
| 22 | So what time frame are you talking about? | 08:52:08 |
| 23 | Q  What do you mean when you say those dates | 08:52:11 |
| 24 | don't exist? | 08:52:13 |
| 25 | A  I don't think Geneva was involved in those | 08:52:14 |

| | | |
|---|---|---|
| 1 | dates when -- with these entities. | 08:52:17 |
| 2 | Q   Okay.  From the time period when Geneva | 08:52:19 |
| 3 | was involved with these entities through the | 08:52:22 |
| 4 | present, did anybody other than you make financial | 08:52:25 |
| 5 | decisions for Geneva? | 08:52:28 |
| 6 | A   Not that I'm aware of. | 08:52:30 |
| 7 | Q   You said you don't think Geneva was | 08:52:32 |
| 8 | involved with those entities as of those dates. | 08:52:38 |
| 9 | When did Geneva become involved with those | 08:52:40 |
| 10 | entities? | 08:52:43 |
| 11 | A   December of 2021. | 08:52:43 |
| 12 | Q   And how did Geneva get involved? | 08:52:46 |
| 13 | A   They were retained by Perigrove. | 08:52:52 |
| 14 | Q   Is Geneva affiliated with Perigrove? | 08:52:55 |
| 15 | A   I don't know what the definition of | 08:53:01 |
| 16 | affiliation. | 08:53:03 |
| 17 | Q   Does Perigrove have an ownership interest | 08:53:04 |
| 18 | in Geneva? | 08:53:06 |
| 19 | A   I don't know. | 08:53:08 |
| 20 | Q   You don't -- is -- what's the relationship | 08:53:09 |
| 21 | between Perigrove and Geneva? | 08:53:16 |
| 22 | A   There's an MSA. | 08:53:18 |
| 23 | Q   Okay.  Who is the CEO of Perigrove? | 08:53:22 |
| 24 | A   Where is the -- which Perigrove are you | 08:53:32 |
| 25 | talking about? | 08:53:35 |

1    Q  Perigrove, LLC, the Perigrove you just          08:53:37

2  said retained Geneva.                                08:53:39

3    A  Right.  And where is this in the limited        08:53:40

4  scope of Geneva?                                     08:53:42

5       MS. HAYWARD:  Objection, form, as to            08:53:44

6  scope -- questions about Perigrove, LLC.  This       08:53:46

7  witness is here in his capacity as a corporate       08:53:50

8  capacity of Geneva.                                  08:53:53

9       MR. HEMENWAY:  Yeah.  And he's talking          08:53:54

10  about Geneva being retained by Perigrove.  I'm      08:53:56

11  asking him if he knows that's how -- that's how     08:53:58

12  Geneva got involved with these entities.  I'm       08:54:00

13  asking him if he knows who the CEO of Perigrove     08:54:03

14  is.                                                 08:54:05

15       MS. HAYWARD:  That's outside the scope.        08:54:06

16    Q  So Perigrove is the counterparty to the        08:54:08

17  contract with -- to the contract with Geneva,       08:54:13

18  Mr. Lefkowitz; is that right?                       08:54:15

19    A  No.  That's not right.                         08:54:17

20    Q  You just said that Perigrove retained          08:54:19

21  Geneva.                                             08:54:22

22       How did they retain Geneva?                    08:54:22

23    A  Just ask Geneva to do the services.            08:54:25

24    Q  Who -- who asked Geneva?                       08:54:28

25    A  I don't recall who asked Geneva, but           08:54:33

| | | |
|---|---|---|
| 1 | Geneva was asked, and I was appointed as director. | 08:54:39 |
| 2 | Q   Of Geneva? | 08:54:41 |
| 3 | A   Correct. | 08:54:42 |
| 4 | Q   And so you don't know who -- who made the | 08:54:42 |
| 5 | ask. | 08:54:48 |
| 6 | How did it occur? | 08:54:48 |
| 7 | A   I don't recall.  It was sometime in '21. | 08:54:50 |
| 8 | Q   Was it by e-mail? | 08:54:53 |
| 9 | A   I don't recall. | 08:54:56 |
| 10 | Q   Okay.  And you said that Perigrove made | 08:54:58 |
| 11 | this request? | 08:55:00 |
| 12 | A   Correct.  Perigrove. | 08:55:03 |
| 13 | Q   Is that Perigrove -- go ahead. | 08:55:03 |
| 14 | A   Perigrove 1018. | 08:55:06 |
| 15 | Q   Okay.  But you don't know who did it for | 08:55:07 |
| 16 | Perigrove? | 08:55:12 |
| 17 | A   I want to say I don't know.  I said I | 08:55:13 |
| 18 | don't recall. | 08:55:17 |
| 19 | Q   Okay.  And you were asked to -- you were | 08:55:17 |
| 20 | appointed as a director. | 08:55:22 |
| 21 | Who appointed you? | 08:55:24 |
| 22 | A   I don't recall exactly the meeting.  I | 08:55:26 |
| 23 | remember I took on the role and I went with it. | 08:55:28 |
| 24 | Q   So you don't know who asked you or who | 08:55:30 |
| 25 | appointed you? | 08:55:34 |

| | | |
|---|---|---|
| 1 | A  I believe it was Zalman, but I don't | 08:55:38 |
| 2 | recall the meeting. | 08:55:41 |
| 3 | Q  Okay.  So Zalman -- when you say you | 08:55:42 |
| 4 | believe it was Zalman, Zalman appointed you a | 08:55:47 |
| 5 | director or Zalman asked you to -- or asked -- | 08:55:49 |
| 6 | asked Geneva to do this work for Perigrove? | 08:55:52 |
| 7 | A  Both. | 08:55:57 |
| 8 | Q  Okay.  So Zalman is the general counsel of | 08:55:57 |
| 9 | Perigrove, LLC. | 08:56:02 |
| 10 | Is he also the general counsel of Geneva? | 08:56:05 |
| 11 | I think you testified that; is that right? | 08:56:08 |
| 12 | A  Yes, if you remember. | 08:56:11 |
| 13 | Q  So when Zalman appointed you to do this | 08:56:13 |
| 14 | work for Perigrove, was he acting for Perigrove or | 08:56:17 |
| 15 | for Geneva? | 08:56:22 |
| 16 | A  Both. | 08:56:23 |
| 17 | Q  Okay.  But you're saying you don't know if | 08:56:23 |
| 18 | Geneva is affiliated with Perigrove? | 08:56:30 |
| 19 | A  I don't know what -- | 08:56:34 |
| 20 | MS. HAYWARD:  Objection, form. | 08:56:34 |
| 21 | THE WITNESS:  I don't know what the word | 08:56:36 |
| 22 | affiliated means.  You asked the question and I | 08:56:37 |
| 23 | said Geneva is an MSA to Perigrove 1018, so you | 08:56:40 |
| 24 | can interpret affiliation whichever way you wish. | 08:56:47 |
| 25 | Q  I'm not -- I'm not interpreting.  I'm | 08:56:49 |

1    asking questions.                                          08:56:51

2        You're here on behalf of Geneva --                     08:56:52

3    A  I don't --                                              08:56:53

4    Q  You're here on behalf --                                08:56:54

5    A  I'm here on behalf of Geneva.  And I've                 08:56:55

6    been asked the question a few times and I answered         08:56:58

7    you, that Geneva was hired and Geneva was retained         08:57:01

8    to be an MSA for Perigrove 1018, and I was the             08:57:04

9    director in charge.                                        08:57:07

10       You're asking affiliated.  I don't know                08:57:08

11   what the word affiliated means in this scope.              08:57:11

12   Q  So affiliated, the definition we'll use is             08:57:13

13   that there's an ownership interest or a shared             08:57:18

14   ownership interest.                                        08:57:21

15   A  You ask me that question, and I said I                  08:57:23

16   don't know.                                                08:57:26

17   Q  Do you know who owns Geneva?                            08:57:26

18   A  No.                                                     08:57:29

19   Q  Do you know who its members are?                        08:57:29

20   A  No.                                                     08:57:32

21   Q  Do you know who its officers are?                       08:57:32

22   A  No.                                                     08:57:37

23   Q  Do you know who its directors are?                      08:57:37

24   A  I am a director.                                        08:57:40

25   Q  Do you know who any other directors are?                08:57:41

| | | |
|---|---|---|
| 1 | A You were given all the corporate documents | 08:57:45 |
| 2 | that governs the company, so -- | 08:57:50 |
| 3 | Q That's not an answer to the question, | 08:57:51 |
| 4 | Mr. Lefkowitz. | 08:57:53 |
| 5 | Do you know who the other directors are? | 08:57:53 |
| 6 | A I am a director and I do my duties. I | 08:57:55 |
| 7 | don't know who the officers are. I don't know who | 08:57:58 |
| 8 | the other directors are. And I don't know who the | 08:58:01 |
| 9 | owners are. | 08:58:04 |
| 10 | Q Do you know who the partners are? | 08:58:05 |
| 11 | A No. | 08:58:07 |
| 12 | Q Okay. | 08:58:08 |
| 13 | MR. HEMENWAY: Let's pull up -- all right. | 08:58:15 |
| 14 | Let's pull up an exhibit. We'll call it | 08:58:23 |
| 15 | Exhibit 2. It's 001586 is the document. | 08:58:30 |
| 16 | (Exhibit 2 marked for identification.) | 08:58:34 |
| 17 | REMOTE TECHNICIAN: Stand by. | 08:58:37 |
| 18 | BY MR. HEMENWAY: | 08:58:51 |
| 19 | Q Mr. Lefkowitz, have you ever seen this | 08:58:51 |
| 20 | document before? | 08:58:58 |
| 21 | A I can't view it. It's too tiny. | 08:58:59 |
| 22 | Q We can make it bigger. | 08:59:04 |
| 23 | Have you ever seen this document before? | 08:59:06 |
| 24 | A I see it now. Yes, I did. | 08:59:07 |
| 25 | Q You have seen it? | 08:59:09 |

| | | |
|---|---|---|
| 1 | A  Yes. | 08:59:10 |
| 2 | Q  When did you see it? | 08:59:11 |
| 3 | A  Before it was produced. | 08:59:14 |
| 4 | Q  Okay.  What is this document? | 08:59:17 |
| 5 | A  The corporate filings in the State of | 08:59:23 |
| 6 | Delaware. | 08:59:26 |
| 7 | Q  If we can scroll down or -- | 08:59:28 |
| 8 | MR. HEMENWAY:  If you can give me control, | 08:59:31 |
| 9 | Malcolm. | 08:59:32 |
| 10 | REMOTE TECHNICIAN:  You should have | 08:59:36 |
| 11 | control now. | 08:59:37 |
| 12 | MR. HEMENWAY:  Thank you. | 08:59:38 |
| 13 | BY MR. HEMENWAY: | 08:59:43 |
| 14 | Q  So this document is signed by David | 08:59:48 |
| 15 | Gefner? | 08:59:56 |
| 16 | A  Yes. | 08:59:57 |
| 17 | Q  Do you know who David Gefner is? | 08:59:57 |
| 18 | A  Yes. | 09:00:01 |
| 19 | Q  Does David Gefner have a role at | 09:00:01 |
| 20 | Perigrove? | 09:00:06 |
| 21 | A  Yes. | 09:00:07 |
| 22 | Q  What is David Gefner's role at Perigrove? | 09:00:07 |
| 23 | MS. HAYWARD:  Objection, form.  Again, | 09:00:15 |
| 24 | when you say the word Perigrove you need to | 09:00:16 |
| 25 | qualify what Perigrove entity you're discussing. | 09:00:19 |

1      Q  What is David Gefner's role at Perigrove,          09:00:25

2  LLC?                                                      09:00:29

3      A  Not in the scope of discovery.                     09:00:29

4      MS. HAYWARD:  And object to the form for              09:00:32

5  discussions about Perigrove --                            09:00:34

6      Q  What is David Gefner's role at Perigrove,          09:00:36

7  LLC.

8      A  Not in the scope --

9      MS. HAYWARD:  Object to the form.  Not in             09:00:44

10  the scope --

11      A  -- of the --

12      MS. HAYWARD:  -- of a Geneva 2004 exam.              09:00:44

13      MR. HEMENWAY:  Are you instructing him not           09:00:44

14  to answer the question, Melissa?                          09:00:46

15      MS. HAYWARD:  I'm objecting to the                   09:00:46

16  question.  It's outside the scope of a Geneva 2004        09:00:47

17  exam.                                                     09:00:51

18      MR. HEMENWAY:  Are you instructing him not           09:00:52

19  to answer the question?                                   09:00:53

20      MS. HAYWARD:  Sure.                                  09:00:54

21  BY MR. HEMENWAY:                                          09:00:59

22      Q  What is David Gerner's role at Geneva,            09:01:00

23  Mr. Lefkowitz?                                            09:01:03

24      A  I don't interact with Mr. Gefner in               09:01:04

25  Geneva.                                                   09:01:08

1    Q  We're not asking about your interactions.                09:01:09

2  You're here as the corporate representative of               09:01:11

3  Geneva, and you were prepared to testify about the           09:01:13

4  officers directors, members, organizational and             09:01:19

5  management structure.                                        09:01:21

6        What's David Gefner's role at Geneva?                  09:01:23

7    A  I think you asked me the question if I                  09:01:26

8  know who the officers are and I said no.  You                09:01:28

9  asked me the question if I know who the directors            09:01:30

10  are.  I said I don't know --                                09:01:33

11    Q  Yeah.  I know the questions I asked you.               09:01:34

12    A  Don't -- don't override -- don't                       09:01:36

13  overanswer me.                                              09:01:38

14        You asked me who the directors are, and I             09:01:39

15  said I don't know other than myself who the                 09:01:41

16  directors are.  Who asked me who the partners are,          09:01:43

17  and I said I don't know.  You asked me who the              09:01:46

18  members of the LLC is, and I said I don't know.             09:01:48

19        So I think I've answered you all the                  09:01:50

20  questions.  You ask me if I interact with                   09:01:53

21  Mr. Gefner in Geneva, and I said no.                        09:01:57

22    Q  I didn't ask you that.                                 09:01:57

23        I said what's Mr. Gefner's role at Geneva?            09:01:58

24    A  I said I don't know his role in Geneva                 09:02:00

25  because I don't interact with Mr. Gefner in                 09:02:04

1    Geneva.                                                09:02:07

2        Q  Are you saying he doesn't have a role or       09:02:08

3    you don't know what his role is?                      09:02:10

4        A  I don't know of any role.                      09:02:11

5        Q  Okay.                                          09:02:16

6        MR. DAVIDSON:  Zach, this is where the            09:02:17

7    limitation does come in, right.  If Mr. Gefner        09:02:19

8    doesn't have anything to do with the debtors, the    09:02:19

9    merger parties, or YesCare, then that's outside of   09:02:23

10   the scope of a Rule 2004 exam.                        09:02:25

11       MR. HEMENWAY:  All right.  Let's pull up          09:02:26

12   Exhibit 2, please.                                    09:02:31

13       REMOTE TECHNICIAN:  Sorry, counsel, I            09:02:31

14   believe exhibit --                                    09:02:33

15       MR. HEMENWAY:  Sorry, Exhibit 3.  Pull up        09:02:33

16   Exhibit 3.                                            09:02:37

17       REMOTE TECHNICIAN:  All right.  Do you           09:02:43

18   have a Bates number for that, Counsel?                09:02:44

19       MR. HEMENWAY:  One second.                        09:02:46

20       REMOTE TECHNICIAN:  Okay.                         09:02:47

21       MR. HEMENWAY:  One second.  The document         09:03:01

22   ending in 144502 -- excuse me, 532.                   09:03:06

23       REMOTE TECHNICIAN:  Stand by.                     09:03:12

24       (Exhibit 3 marked for identification.)            09:03:17

25   By MR. HEMENWAY:                                      09:03:17

| | | |
|---|---|---|
| 1 | Q   Okay.  Have you seen this document before, | 09:03:30 |
| 2 | Mr. Lefkowitz? | 09:03:32 |
| 3 | MR. HEMENWAY:  I'm not hearing anything. | 09:03:49 |
| 4 | Is anybody else hearing me? | 09:03:51 |
| 5 | REMOTE TECHNICIAN:  It looks like the | 09:03:55 |
| 6 | witness is having trouble hearing.  He's sort of | 09:03:56 |
| 7 | gesturing to his ear. | 09:03:58 |
| 8 | MR. HEMENWAY:  Can you hear me? | 09:04:00 |
| 9 | REMOTE TECHNICIAN:  I can hear you. | 09:04:01 |
| 10 | MR. HEMENWAY:  Okay. | 09:04:03 |
| 11 | MS. HAYWARD:  Isaac, I think your phone | 09:04:04 |
| 12 | may be on mute. | 09:04:06 |
| 13 | MR. KAUFMAN:  I don't know if Isaac | 09:04:37 |
| 14 | experienced the same thing I did, but I just | 09:04:40 |
| 15 | experienced something where the audio went out and | 09:04:42 |
| 16 | I had to rejoin. | 09:04:44 |
| 17 | MR. HEMENWAY:  Okay.  Melissa, can we have | 09:04:45 |
| 18 | him rejoin? | 09:04:47 |
| 19 | MS. HAYWARD:  Isaac, do you need to | 09:04:50 |
| 20 | rejoin? | 09:04:53 |
| 21 | MR. KAUFMAN:  I'm guessing he can't hear. | 09:04:56 |
| 22 | REMOTE TECHNICIAN:  Counsel, do you want | 09:05:00 |
| 23 | to go off record while we troubleshoot this or | 09:05:02 |
| 24 | stay on? | 09:05:06 |
| 25 | MR. HEMENWAY:  Sure.  We can go off the | 09:05:06 |

| | | |
|---|---|---|
| 1 | record. | 09:05:08 |
| 2 | THE VIDEOGRAPHER:  The time is 9:05 a.m. | 09:05:08 |
| 3 | We're off the record. | 09:05:14 |
| 4 | (Whereupon a break was had.) | 09:05:15 |
| 5 | THE VIDEOGRAPHER:  The time is 9:08 a.m. | 09:08:33 |
| 6 | We're back on the record. | 09:08:49 |
| 7 | MR. HEMENWAY:  And Malcolm, could you pull | 09:08:50 |
| 8 | Exhibit 3 back up? | 09:08:56 |
| 9 | BY MR. HEMENWAY: | 09:09:01 |
| 10 | Q  All right. | 09:09:02 |
| 11 | A  Not that I recall. | 09:09:10 |
| 12 | Q  Okay.  Do you see that it is a letter | 09:09:11 |
| 13 | dated March 22nd, 2022, and references -- | 09:09:24 |
| 14 | A  Correct. | 09:09:24 |
| 15 | Q  -- RFP -- | 09:09:30 |
| 16 | A  Yes. | 09:09:30 |
| 17 | Q  -- with the Arizona Department of | 09:09:33 |
| 18 | Corrections? | 09:09:35 |
| 19 | A  Yes. | 09:09:35 |
| 20 | Q  And that it's a Geneva Consulting, LLC | 09:09:36 |
| 21 | Letter of Commitment? | 09:09:46 |
| 22 | A  Okay. | 09:09:50 |
| 23 | Q  Who signed the Letter of Commitment for | 09:09:50 |
| 24 | Geneva Consulting? | 09:09:54 |
| 25 | A  David Gefner, Sara Tirschwell. | 09:09:56 |

| | |
|---|---|
| 1 | Q  And what is David Gefner's role at Geneva | 09:10:00 |
| 2 | Consulting listed as? | 09:10:04 |
| 3 | A  CEO. | 09:10:05 |
| 4 | Q  Does that refresh your memory as to | 09:10:07 |
| 5 | whether Mr. Gefner was an officer involved in the | 09:10:10 |
| 6 | business relationships with the debtor merger | 09:10:13 |
| 7 | parties or YesCare? | 09:10:16 |
| 8 | A  No. | 09:10:18 |
| 9 | Q  You said you didn't have any interactions | 09:10:19 |
| 10 | are Mr. Gefner as it relates to Geneva. | 09:10:21 |
| 11 | Are you testifying that you weren't | 09:10:24 |
| 12 | involved with this letter? | 09:10:26 |
| 13 | A  Correct. | 09:10:27 |
| 14 | Q  Okay.  And you don't know why Mr. Gefner | 09:10:28 |
| 15 | signed this letter for Geneva? | 09:10:40 |
| 16 | A  Correct. | 09:10:41 |
| 17 | MR. HEMENWAY:  Let's get rid of Exhibit 3. | 09:10:49 |
| 18 | Q  And let's go back to -- I think you said | 09:10:55 |
| 19 | December 1, 2021, was when Geneva's relationship | 09:10:58 |
| 20 | with Corizon began; is that right? | 09:11:00 |
| 21 | A  Correct. | 09:11:04 |
| 22 | Q  And how -- that relationship began by | 09:11:05 |
| 23 | Perigrove retaining Geneva? | 09:11:10 |
| 24 | MS. HAYWARD:  Objection. | 09:11:14 |
| 25 | THE WITNESS:  Perigrove 1018. | 09:11:15 |

| | | |
|---|---|---|
| 1 | BY MR. HEMENWAY: | 09:11:17 |
| 2 | Q  Perigrove 1018 retaining Geneva. | 09:11:17 |
| 3 | Why don't we -- why don't we do this | 09:11:20 |
| 4 | because I -- if I say Perigrove, I mean Perigrove | 09:11:22 |
| 5 | 1018.  And I'll say Perigrove, LLC if I mean | 09:11:25 |
| 6 | Perigrove, LLC. | 09:11:25 |
| 7 | A  Why don't you do it different.  Why don't | 09:11:30 |
| 8 | you say 1018. | 09:11:32 |
| 9 | Q  Because then Melissa is going to have to | 09:11:33 |
| 10 | say a lot of objections when I forget to say 1018. | 09:11:36 |
| 11 | So this will go a lot faster if Perigrove just | 09:11:37 |
| 12 | means Perigrove 1018. | 09:11:41 |
| 13 | A  Why don't you just -- whenever you say -- | 09:11:41 |
| 14 | whenever you mean Perigrove 1018, call it 1018. | 09:11:46 |
| 15 | MR. HEMENWAY:  Melissa, do you have any | 09:11:49 |
| 16 | objection to what I'm proposing? | 09:11:50 |
| 17 | THE WITNESS:  I do. | 09:11:52 |
| 18 | MR. KAUFMAN:  Whatever is easier for the | 09:11:53 |
| 19 | witness and for the record is fine. | 09:11:55 |
| 20 | MR. HEMENWAY:  Okay.  We can do it -- we | 09:11:56 |
| 21 | can do it the hard way.  I'm trying to get us done | 09:11:57 |
| 22 | before dinnertime, but -- | 09:12:02 |
| 23 | THE WITNESS:  I think -- I think the easy | 09:12:04 |
| 24 | way if you call it 1018. | 09:12:04 |
| 25 | MR. HEMENWAY:  I -- I appreciate the | 09:12:07 |

| | | |
|---|---|---|
| 1 | input. | 09:12:08 |
| 2 | BY MR. HEMENWAY: | 09:12:09 |
| 3 | Q  So you said that Perigrove 1018 retained | 09:12:10 |
| 4 | Geneva and that Zalman Schapiro made that decision | 09:12:14 |
| 5 | for Perigrove 1018? | 09:12:21 |
| 6 | A  I didn't say that Zalman made that | 09:12:25 |
| 7 | decision.  I said I was -- if anything, I was | 09:12:28 |
| 8 | requested by Zalman. | 09:12:31 |
| 9 | Q  Okay.  So Zalman Schapiro requested that | 09:12:32 |
| 10 | you serve as a director for Geneva? | 09:12:36 |
| 11 | A  Correct. | 09:12:40 |
| 12 | Q  Did Zalman Schapiro also request that | 09:12:40 |
| 13 | Geneva do work for Corizon? | 09:12:46 |
| 14 | A  Yeah.  For the entire organization. | 09:12:51 |
| 15 | Q  What is the entire organization? | 09:12:56 |
| 16 | A  1018 organization. | 09:12:59 |
| 17 | Q  What work did Zalman Schapiro request | 09:13:06 |
| 18 | Geneva do for the entire 1018 organization? | 09:13:12 |
| 19 | A  MSA. | 09:13:14 |
| 20 | Q  What does that mean? | 09:13:16 |
| 21 | A  Managed services. | 09:13:20 |
| 22 | Q  So Zalman Schapiro asked Geneva to do a | 09:13:22 |
| 23 | managed services agreement and didn't say what | 09:13:27 |
| 24 | services Perigrove 1018 wanted Geneva to perform? | 09:13:30 |
| 25 | A  You -- you just asked a loaded question | 09:13:36 |

1   which I didn't -- which I didn't say.                    09:13:38

2       Q   Okay.  I'm asking what work did -- what          09:13:41

3   work did Zalman Schapiro asked Geneva to perform         09:13:44

4   for Perigrove 1018?                                      09:13:48

5       A   And I -- I said managed services.                09:13:49

6       Q   What services did he ask Geneva to manage?       09:13:53

7       A   Managed services.  That's what a managed         09:13:59

8   services company does.                                   09:14:02

9       Q   What does that mean?                             09:14:03

10      A   What does managed services mean?                 09:14:07

11      Q   Yes.                                             09:14:09

12      A   Does basically the credentialing and the         09:14:15

13  due diligence of transactions.                           09:14:21

14      Q   Okay.  So Zalman Schapiro asked Geneva to        09:14:22

15  handle the credentialing and due diligence of            09:14:26

16  transactions for Perigrove 1018?                         09:14:30

17      A   Group of companies.                              09:14:33

18      Q   And what group of companies is that?             09:14:34

19      A   Whatever falls under the 1018 org chart.         09:14:38

20      Q   What companies did Geneva do credentialing       09:14:42

21  and due diligence for in the Perigrove 1018 org          09:14:48

22  chart?                                                   09:14:53

23      A   You listed those companies before.               09:14:53

24      Q   So the companies I listed when I asked you       09:14:56

25  about financial decisions?                               09:14:58

1      A   Correct.                                          09:15:01

2      Q   Okay.  And was there a contract between           09:15:01

3  Perigrove 1018 and Geneva?                                09:15:07

4      A   I don't believe so.                               09:15:10

5      Q   Was there a contract between Geneva and           09:15:12

6  any of those companies?                                   09:15:16

7      A   I believe -- I believe some there were.  I        09:15:27

8  don't know exactly, no, which one it was.  But I          09:15:31

9  think some of them have MSA agreements.                   09:15:34

10     Q   Okay.  What did -- what did Geneva agree          09:15:37

11 to do under those contracts?                              09:15:42

12     A   Manage services.                                  09:15:46

13     Q   Manage services.  And how is the contract         09:15:47

14 between Geneva and whichever one of these                 09:15:57

15 companies it sounds like you couldn't recall, how         09:16:01

16 was that negotiated?                                      09:16:04

17     A   I don't recall.                                   09:16:05

18     Q   Do you know what the terms were?                  09:16:06

19     A   I mean, there's some fee that goes to             09:16:13

20 Geneva.  I think -- I don't think there's anything        09:16:15

21 in particular but there's a fee that goes to              09:16:21

22 Geneva.                                                   09:16:24

23     Q   Is that a monthly fee or annual fee?              09:16:24

24     A   I think there's a monthly minimum and then        09:16:30

25 there is a PM/PI fee.                                     09:16:32

| | | |
|---|---|---|
| 1 | Q  What's a PM/PI fee? | 09:16:38 |
| 2 | A  Per inmate per month. | 09:16:41 |
| 3 | Q  What does that mean? | 09:16:44 |
| 4 | A  What does per inmate per month mean? | 09:16:47 |
| 5 | Q  Oh per inmate, excuse me. | 09:16:51 |
| 6 |     How is that per inmate per month fee | 09:16:57 |
| 7 | calculated?  Where does the inmate number come | 09:17:01 |
| 8 | from? | 09:17:06 |
| 9 | A  ADP. | 09:17:07 |
| 10 | Q  ADP meaning software that's used to track | 09:17:10 |
| 11 | the number of incarcerated individuals within | 09:17:14 |
| 12 | facilities? | 09:17:19 |
| 13 | A  ADP mean average daily population. | 09:17:22 |
| 14 | Q  Okay.  And where does -- where do you | 09:17:26 |
| 15 | get -- I guess what I'm asking is the average | 09:17:29 |
| 16 | daily population of what facilities? | 09:17:32 |
| 17 | A  All the facilities that's being managed. | 09:17:34 |
| 18 | Q  Managed by Geneva? | 09:17:43 |
| 19 | A  No.  Managed by either the debtor or any | 09:17:48 |
| 20 | other. | 09:17:54 |
| 21 | Q  The debtor or any other companies I named | 09:17:57 |
| 22 | when we went through that list? | 09:18:00 |
| 23 | A  Correct. | 09:18:03 |
| 24 | Q  And just to have a clean record here, | 09:18:03 |
| 25 | those entities were Valitas Health Services; | 09:18:09 |

```
1    Corizon, LLC; Corizon Health of New Jersey; M2        09:18:15
2    Loanco; M2 Holdco; PharmaCorr; and YesCare; is        09:18:19
3    that correct?                                         09:18:28
4        A   Correct.                                      09:18:28
5        Q   Okay.  So why was Geneva -- why was           09:18:29
6    Geneva's compensation based on the number of          09:18:37
7    incarcerated individuals?                             09:18:39
8        A   Why?                                          09:18:45
9        Q   Yeah.                                         09:18:46
10       A   I don't know what -- what does why mean?      09:18:48
11   Why what?  What are you asking me exactly?            09:18:51
12       Q   What's the relationship between the           09:18:54
13   services Geneva was performing and the number of      09:18:56
14   incarcerated individuals?                             09:18:59
15       A   It's how you quantify services.               09:19:03
16       Q   So you're saying that if there are more       09:19:07
17   incarcerated individuals, there is more               09:19:11
18   credentialing and due diligence on transactions to    09:19:14
19   do?                                                   09:19:19
20       A   That's a -- yes.                              09:19:19
21       Q   Okay.                                         09:19:22
22       MR. HEMENWAY:  Let's go ahead and pull up         09:19:24
23   Exhibit 4, which is the document ending in 01692.     09:19:26
24       REMOTE TECHNICIAN:  Stand by.                     09:19:34
25       (Exhibit 4 marked for identification.)            09:19:37
```

| | | |
|---|---|---|
| 1 | BY MR. HEMENWAY: | 09:19:53 |
| 2 | Q  Is this the contract that you were | 09:19:54 |
| 3 | referring to Mr. Lefkowitz? | 09:19:55 |
| 4 | A  One of them.  Right. | 09:20:01 |
| 5 | Q  Okay.  So this is dated December 6th and | 09:20:03 |
| 6 | it's between Valitas Health Services and Geneva | 09:20:11 |
| 7 | Consulting. | 09:20:15 |
| 8 | A  Okay. | 09:20:18 |
| 9 | Q  Can you tell me how this contract was | 09:20:18 |
| 10 | negotiated? | 09:20:24 |
| 11 | A  I don't recall. | 09:20:25 |
| 12 | Q  Okay.  And do you recall who was involved | 09:20:27 |
| 13 | in the negotiations? | 09:20:31 |
| 14 | A  No. | 09:20:33 |
| 15 | Q  Do you recall anything about this | 09:20:33 |
| 16 | contract? | 09:20:37 |
| 17 | A  Yes. | 09:20:38 |
| 18 | Q  What do you recall -- | 09:20:39 |
| 19 | A  It's from Geneva.  It's when Geneva came | 09:20:41 |
| 20 | into play. | 09:20:47 |
| 21 | Could you scroll down to the last page of | 09:20:49 |
| 22 | this so I can recall the document? | 09:20:52 |
| 23 | Okay. | 09:20:54 |
| 24 | Q  So this is signed by Geneva Consulting, | 09:21:04 |
| 25 | LLC, Jay Leitner as director? | 09:21:09 |

| | | |
|---|---|---|
| 1 | A   Okay. | 09:21:13 |
| 2 | Q   What was Mr. Leitner's role at Geneva? | 09:21:13 |
| 3 | A   I don't recall. | 09:21:17 |
| 4 | Q   Is Mr. Leitner the chief operating officer | 09:21:21 |
| 5 | of Perigrove, LLC? | 09:21:24 |
| 6 | MS. HAYWARD:  Objection, form.  That's | 09:21:28 |
| 7 | outside the scope of this 2004 exam.  Instruct the | 09:21:30 |
| 8 | witness not to answer any questions regarding | 09:21:34 |
| 9 | Perigrove, LLC. | 09:21:37 |
| 10 | MR. HEMENWAY:  You're instructing him not | 09:21:40 |
| 11 | to answer before I ask the question? | 09:21:42 |
| 12 | MS. HAYWARD:  You just asked him a | 09:21:44 |
| 13 | question. | 09:21:46 |
| 14 | MR. HEMENWAY:  I understand that.  I'm | 09:21:47 |
| 15 | saying you're instructing him not to answer future | 09:21:48 |
| 16 | questions? | 09:21:51 |
| 17 | MS. HAYWARD:  I'm instructing him not to | 09:21:51 |
| 18 | answer this question regarding Perigrove, LLC. | 09:21:53 |
| 19 | MR. HEMENWAY:  I heard that.  I'm asking | 09:21:55 |
| 20 | you -- are you -- are you instructing him not to | 09:21:57 |
| 21 | answer future questions that I haven't asked yet? | 09:21:59 |
| 22 | MS. HAYWARD:  I don't know what the future | 09:22:02 |
| 23 | questions are, so I'll reserve my objection to | 09:22:04 |
| 24 | that. | 09:22:04 |
| 25 | MR. HEMENWAY:  Okay.  I heard you say any | 09:22:04 |

1   questions.  So can you clarify?                    09:22:07

2        MS. HAYWARD:  At this point, I'm              09:22:08

3   instructing the witness not to answer the question  09:22:09

4   asked about management or ownership of Perigrove,   09:22:11

5   LLC.                                               09:22:16

6        MR. HEMENWAY:  Okay.                          09:22:18

7   BY MR. HEMENWAY:                                   09:22:21

8      Q  Does Jay Leitner have a role at Perigrove    09:22:21

9   1018, LLC?                                         09:22:25

10     A  Not that I know of.                          09:22:26

11     Q  And you signed this document as interim      09:22:27

12  CEO of Valitas Health Services; is that right?     09:22:35

13     A  Correct.                                     09:22:39

14     Q  And you were the CEO of Valitas Health       09:22:40

15  Services as of the date of this contract           09:22:44

16  December 6th, 2021?                                09:22:48

17     A  What it says.                                09:22:51

18     Q  I didn't ask what it says, Mr. Lefkowitz.    09:22:52

19        I'm asking if you were the CEO of Valitas    09:22:53

20  Health Services.                                   09:22:55

21     A  My friend, first of all, you said           09:22:59

22  December 6th and it --                             09:23:01

23     Q  I said the date of this -- I said the date   09:23:03

24  of this contract.  If it's -- if it's -- if it     09:23:05

25  changes, then you can tell me you weren't as of    09:23:08

| | | |
|---|---|---|
| 1 | December 6th, and tell me that you were as of a | 09:23:11 |
| 2 | different date. | 09:23:13 |
| 3 | Were you the CEO of Valitas Health | 09:23:14 |
| 4 | Services as of December -- | 09:23:16 |
| 5 | A  I don't -- I don't need your instruction | 09:23:17 |
| 6 | what to answer.  I know the answer myself without | 09:23:19 |
| 7 | you instructing me. | 09:23:22 |
| 8 | Go back to the last page.  It says | 09:23:23 |
| 9 | December 8th. | 09:23:31 |
| 10 | Q  Yeah.  I said the date of the contract, | 09:23:32 |
| 11 | meaning the date that says as of December 6th.  If | 09:23:35 |
| 12 | you're drawing a distinction between that and | 09:23:38 |
| 13 | December 8th, we can talk about that. | 09:23:41 |
| 14 | Were you the CEO of Valitas Health | 09:23:44 |
| 15 | Services as of December 6th, 2021? | 09:23:46 |
| 16 | A  So here it's a signature of December 8th. | 09:23:50 |
| 17 | On the day of December 8th, I signed as interim | 09:23:56 |
| 18 | CEO.  That's correct. | 09:23:59 |
| 19 | Q  Were you the CEO of Valitas Health | 09:24:00 |
| 20 | Services as of December 6th, 2021? | 09:24:05 |
| 21 | A  This document shows that I was the interim | 09:24:08 |
| 22 | CEO on the December 8th, the day I signed the | 09:24:16 |
| 23 | document. | 09:24:19 |
| 24 | Q  I'm not asking what the document shows. | 09:24:19 |
| 25 | Were you the CEO of Valitas Health | 09:24:21 |

| | | |
|---|---|---|
| 1 | Services as of December 6th, 2021? | 09:24:24 |
| 2 | A  I can only tell you based on the document | 09:24:27 |
| 3 | that on December 8th, I was the interim CEO of | 09:24:31 |
| 4 | Valitas. | 09:24:36 |
| 5 | Q  I'm not asking based on the document. | 09:24:37 |
| 6 | When did you become interim CEO of Valitas | 09:24:38 |
| 7 | Health Services, Inc.? | 09:24:44 |
| 8 | A  I don't recall. | 09:24:45 |
| 9 | Q  Were you the CEO as of December 6th, 2021? | 09:24:45 |
| 10 | A  I don't recall.  I can only tell you | 09:24:48 |
| 11 | what's listed on the -- | 09:24:50 |
| 12 | Q  Were you -- sorry, go ahead. | 09:24:52 |
| 13 | A  I can only tell that you on December 8th, | 09:24:54 |
| 14 | I signed the document as interim CEO.  I don't | 09:24:56 |
| 15 | recall what happened on the 7th, and I don't | 09:25:00 |
| 16 | recall what happened on the 9th. | 09:25:01 |
| 17 | Q  Were you the CEO of Valitas Health | 09:25:02 |
| 18 | Services on December 8th, 2021? | 09:25:06 |
| 19 | A  Correct. | 09:25:10 |
| 20 | Q  How did you become CEO? | 09:25:10 |
| 21 | A  I don't recall. | 09:25:13 |
| 22 | Q  What were Geneva's obligations under this | 09:25:14 |
| 23 | contract? | 09:25:32 |
| 24 | A  As what it says. | 09:25:34 |
| 25 | Q  So you don't know what Geneva did other | 09:25:38 |

| | | |
|---|---|---|
| 1 | than this contract? | 09:25:41 |
| 2 | A  It's corporate restructuring then and | 09:25:45 |
| 3 | managed services. | 09:25:49 |
| 4 | Q  And what does that mean? | 09:25:53 |
| 5 | A  What -- what does what mean?  Managed | 09:25:57 |
| 6 | services?  We went through that before. | 09:25:59 |
| 7 | Q  Corporate restructuring? | 09:26:02 |
| 8 | A  Yes.  Valitas was on the brink of | 09:26:04 |
| 9 | bankruptcy and it needed corporate restructuring, | 09:26:09 |
| 10 | and Geneva was managing that portion of it. | 09:26:12 |
| 11 | Q  And how did Geneva manage that?  What did | 09:26:15 |
| 12 | it do? | 09:26:18 |
| 13 | A  Worked the financial records, worked the | 09:26:22 |
| 14 | legal records, strategized meetings. | 09:26:25 |
| 15 | Q  Who did that for Geneva? | 09:26:29 |
| 16 | A  I did. | 09:26:31 |
| 17 | Q  Anybody else? | 09:26:33 |
| 18 | A  Myself.  Myself and a team. | 09:26:34 |
| 19 | Q  Who is your team? | 09:26:38 |
| 20 | A  I reported to the general counsel and | 09:26:43 |
| 21 | there was outside services. | 09:26:47 |
| 22 | Q  When you say you reported to general | 09:26:49 |
| 23 | counsel, the general counsel of Geneva or the | 09:26:56 |
| 24 | general counsel of Perigrove? | 09:26:57 |
| 25 | A  Now you're talking about Geneva.  I'm only | 09:26:59 |

1    here to testify on behalf of Geneva.                    09:27:02

2       Q  Who did you report to?  What was the             09:27:04

3    person's name?                                          09:27:07

4       A  I think that question was asked a half a         09:27:09

5    dozen times, but I'll do it one more time.  The        09:27:15

6    general counsel, his name is Zalman Schapiro.           09:27:17

7       MR. HEMENWAY:  We can take down the                 09:27:23

8    exhibit, Malcolm.                                       09:27:25

9       Q  So your team was you, and you said you           09:27:29

10   reported to Zalman Schapiro.                            09:27:33

11      Are you saying that he was part of the              09:27:35

12   Geneva team that performed these or that                09:27:36

13   you -- you reported to him as to the progress?          09:27:39

14      A  Both.                                             09:27:42

15      Q  And who else was part of your team?              09:27:43

16      A  Outside services.                                09:27:49

17      Q  Who?                                             09:27:51

18      A  Who means what?  Who?                            09:27:53

19      Q  Outside -- what outside services?               09:27:57

20   Companies?  People?                                     09:27:59

21      A  Yeah.  Companies, people, accountants,          09:28:01

22   lawyers, consultants.                                   09:28:04

23      Q  What are their names, the names of the          09:28:05

24   companies?                                              09:28:07

25      A  Outside of the limited scope that we            09:28:09

| | |
|---|---|
| 1 | agreed on this deposition. | 09:28:12 |
| 2 | Q  No, it's not. | 09:28:13 |
| 3 | A  Yes, it is. | 09:28:15 |
| 4 | Q  This is about your relationship with the | 09:28:18 |
| 5 | merger parties and the services you performed or | 09:28:21 |
| 6 | didn't perform for them.  You just told me that | 09:28:23 |
| 7 | these -- these outside services performed under | 09:28:26 |
| 8 | this contract. | 09:28:29 |
| 9 | Who are they? | 09:28:32 |
| 10 | A  Sir, I didn't say the outside, according | 09:28:33 |
| 11 | to the contract.  I said Geneva used outside | 09:28:37 |
| 12 | services. | 09:28:40 |
| 13 | Q  Okay.  So Geneva used outside services and | 09:28:42 |
| 14 | it wasn't to do anything that Geneva was doing | 09:28:45 |
| 15 | under this contract I showed you? | 09:28:48 |
| 16 | A  No.  You keep -- you keep rephrasing the | 09:28:51 |
| 17 | question to create a record to trap, so why don't | 09:28:55 |
| 18 | I tell you exactly what this contract was. | 09:28:59 |
| 19 | This was a contract, Geneva Consulting on | 09:29:02 |
| 20 | behalf of Valitas, to create a managed services | 09:29:06 |
| 21 | agreement and corporate restructuring.  I was the | 09:29:09 |
| 22 | director and I reported to the general counsel. | 09:29:11 |
| 23 | And Geneva used outside services, a team of | 09:29:13 |
| 24 | outside companies to help them perform those | 09:29:18 |
| 25 | tasks. | 09:29:21 |

1    If this is not clear English for the          09:29:21

2  record, you ain't going to get another answer.   09:29:25

3    Q   That -- that's a very helpful answer.      09:29:28

4    I'm asking who those outside companies         09:29:30

5  were.                                            09:29:32

6    A   And I'm telling you:  It's outside of the  09:29:33

7  scope of this discovery for me to identify law   09:29:35

8  firms and the accounting firms that helped and   09:29:39

9  worked for Geneva.                               09:29:42

10    Q   So what did these nameless outside        09:29:48

11  companies do?                                    09:29:53

12    A   I didn't say they're nameless.  I said    09:29:57

13  they have names.  It's outside the scope --      09:30:00

14    Q   Well, if they have names, what are their  09:30:01

15  names?                                           09:30:06

16    A   My friend, Zach, you've been -- I've been 09:30:06

17  through this you and Nick for the last six months. 09:30:08

18  Every time we give you a name, you create more   09:30:11

19  record, more legal fees, more discovery, more    09:30:14

20  depositions, more subpoenas.  We agreed to a     09:30:18

21  limited discovery to tell you what Geneva did.  We 09:30:22

22  provided you documents and now I'm providing you 09:30:27

23  the explanation to the documents.                09:30:30

24    Anything further you will not get in this      09:30:32

25  deposition.  You would have to go and get your   09:30:35

1    remedy elsewhere.                                      09:30:39

2        Q   Okay.  I understand your answer to me,         09:30:40

3    you're not going to tell me the names because you      09:30:42

4    don't want us to get further discovery?                09:30:44

5        A   That's not what I said.                        09:30:47

6        MS. HAYWARD:  Objection --                         09:30:48

7        THE WITNESS:  That's not what I said.              09:30:49

8    That's absolutely not what I said.                     09:30:50

9        Q   Okay?                                          09:30:52

10       A   Again, you're putting -- you're creating       09:30:52

11   the record.  You can do all the discovery you          09:30:54

12   wish.  I'm not here to help in your investigation.     09:30:56

13   I'm here as a corporate representative of Geneva.      09:30:59

14   We provided you numerous, maybe thousands, of          09:31:03

15   documents.  And I'm here to testify on behalf of       09:31:06

16   those documents and give you an explanation.           09:31:09

17       We agreed to a scope of discovery which is         09:31:12

18   a limited scope of discovery.  You will not            09:31:16

19   deviate, go away from this limited scope of            09:31:20

20   discovery just, number one, for you to create a        09:31:22

21   record; number two, to create a new avenue of          09:31:25

22   investigation just to drain the legal fees from        09:31:29

23   the debtor.  That, I will not allow.                   09:31:33

24       You asked me a question.  I will give you          09:31:36

25   an answer.                                             09:31:38

```
1      Q   Are you done, Mr. Lefkowitz?              09:31:41

2      A   Done with what?                           09:31:43

3      Q   What -- whatever that was.                09:31:45

4      A   I don't know what the question is.        09:31:51

5      Q   Okay.                                     09:31:53

6      A   Is there a question pending and I'll      09:31:53

7   answer.                                          09:31:55

8      Q   You're not going to tell us the names of  09:31:55

9   these entities.  We've established that.         09:31:58

10         I'm asking what they did.                 09:31:59

11     A   They provided assistance in their         09:32:01

12   corporate work, whatever they do.               09:32:06

13     Q   What assistance did they provide?         09:32:07

14     A   Legal, financial, consulting, advice,     09:32:12

15   strategy.                                        09:32:19

16     Q   How many entities were there?             09:32:20

17     A   I will not respond to that question.      09:32:25

18     Q   Any of these entities owned by Perigrove? 09:32:28

19     A   I will not respond to the question.       09:32:32

20     Q   And you negotiated this contract on behalf 09:32:34

21   of the Valitas?                                  09:32:46

22     A   Correct.                                  09:32:47

23     Q   And what was your role at Geneva when you 09:32:47

24   did that?                                        09:32:51

25     A   May have been a director of Geneva then.  09:32:52
```

1    Q   Okay.  And you don't remember who                09:33:03

2   you -- you don't remember dealing with anybody at      09:33:05

3   Valitas on behalf of Geneva?                           09:33:08

4    A   I don't remember dealing with Valitas on          09:33:16

5   behalf of Geneva.                                      09:33:18

6    Q   I asked you if you remember anything about        09:33:20

7   the negotiation of this contract.  I thought you       09:33:21

8   said --                                                09:33:23

9    A   That I -- that I don't recall the details         09:33:24

10  of it.  The contract speaks for itself.                09:33:26

11   Q   So when -- you mentioned that the                 09:33:29

12  corporate restructuring was because the company        09:33:35

13  was on the verge of -- well, I don't want to put       09:33:37

14  words in your mouth.                                    09:33:42

15      You mentioned something about the                  09:33:43

16  company's financials when we were talking about        09:33:45

17  the contract.                                          09:33:46

18      What was the financial situation for              09:33:47

19  Valitas or Corizon at the time of this contract?       09:33:50

20   A   It was insolvent.  It was on the doorsteps        09:33:56

21  of the bank court -- courthouse of the bankruptcy.     09:34:00

22   Q   Okay.  And the contract called for               09:34:09

23  $500,000 a month to Geneva; is that right?             09:34:13

24   A   Correct.                                          09:34:16

25   Q   And -- in return for 500,000, I believe          09:34:17

1    you testified Corizon is getting managed services        09:34:24

2    and corporate restructuring?                             09:34:27

3        A   Correct.                                         09:34:30

4        Q   And were any of those services performed         09:34:30

5    by Geneva employees?                                     09:34:36

6        A   Which services?                                  09:34:45

7        Q   The services under the contract.                 09:34:46

8        A   Was done by Geneva.                              09:34:54

9        Q   Were they performed by Geneva employees?         09:34:55

10       A   I don't know what you mean by performed by       09:34:59

11   employees.                                               09:35:02

12       Q   Does Geneva have employees?                      09:35:02

13       A   The company produced whatever it needed to       09:35:04

14   produce their services.  Whether it was done by          09:35:07

15   employees or whether it was done by directors or         09:35:12

16   whether it was done by outside consultants,              09:35:15

17   lawyers, accountants, and advisors, it did the           09:35:20

18   work, whatever it took to do.                            09:35:24

19       Q   Yeah.  I understand that, Mr. Lefkowitz.         09:35:25

20   And --                                                   09:35:28

21       A   If you understand the question, why are          09:35:29

22   you asking me again three times the same question?       09:35:31

23       Q   Because you haven't answered it.                 09:35:33

24       A   I did.                                           09:35:35

25       Q   Does Geneva have employees?                      09:35:36

```
1       A   I believe so.                                    09:35:40

2       Q   Who are Geneva's employees?                      09:35:42

3       A   I don't have the record in front of me,          09:35:45

4   who the employees are.                                   09:35:47

5       Q   Does Geneva have a payroll?                      09:35:48

6       A   I believe so.                                    09:35:52

7       Q   Does it have employment contracts?               09:35:53

8       A   I don't know.                                    09:35:58

9       Q   Does it maintain any time records showing        09:36:00

10  what Geneva employees do?                                09:36:02

11      A   I don't know.                                    09:36:05

12      Q   How many employees does Geneva have?             09:36:05

13      A   I don't know.                                    09:36:11

14      Q   Is it less than five?                            09:36:12

15      A   I don't know.  I know my part.  I                09:36:16

16  don't -- I'm not in human resource.                      09:36:19

17      Q   Okay.  So in terms of your part, how many        09:36:21

18  employees are you aware of?                              09:36:24

19      A   I interact with a few employees.                 09:36:28

20      Q   Who?                                             09:36:31

21      A   I told you who I report to.                      09:36:34

22      Q   Zalman Schapiro?                                 09:36:37

23      A   Correct.                                         09:36:39

24      Q   Is Zalman Schapiro an employee of Geneva?        09:36:40

25      A   I don't know.                                    09:36:46
```

```
1        Q   You said you interact with a few          09:36:47
2    employees?                                        09:36:52
3        A   Correct.                                  09:36:54
4        Q   And you said Zalman Schapiro?             09:36:54
5        A   Zalman Schapiro and his team.             09:36:59
6        Q   And is Zalman Schapiro an employee of     09:37:02
7    Geneva?                                           09:37:04
8        A   I don't know.                             09:37:05
9        Q   Who are employees that you said you       09:37:06
10   interact with?                                    09:37:09
11       A   Zalman Schapiro and his team.             09:37:09
12       Q   Who is his team?                          09:37:14
13       A   Zalman has a team.                        09:37:17
14       Q   Who is on it?                             09:37:19
15       A   Zalman and his team.                      09:37:22
16       Q   Are Zalman Schapiro and his team -- is    09:37:26
17   anybody from Zalman Schapiro's team employees     09:37:30
18   of --                                             09:37:34
19       A   I don't know.  I'm not in HR so I don't   09:37:34
20   know who is an employee and who is not.           09:37:36
21       Q   So when you said you believed Geneva has  09:37:38
22   employees, what was that based on?                09:37:41
23       A   Belief.                                   09:37:45
24       Q   What was your belief based on?            09:37:48
25       A   Beliefs.                                  09:37:51
```

| | |
|---|---|
| 1 | Q  What is your personal experience with | 09:37:57 |
| 2 | Geneva having employees?  Have you ever seen a | 09:38:00 |
| 3 | payroll? | 09:38:03 |
| 4 | A  No. | 09:38:04 |
| 5 | Q  What basis do you have for thinking Geneva | 09:38:04 |
| 6 | has employees other than belief? | 09:38:09 |
| 7 | A  Interact with them on a daily basis. | 09:38:13 |
| 8 | Q  When you say you interact with them on a | 09:38:17 |
| 9 | daily basis, is that talking about Zalman Schapiro | 09:38:20 |
| 10 | and his team? | 09:38:22 |
| 11 | A  Correct. | 09:38:23 |
| 12 | Q  And you told us that you don't know | 09:38:24 |
| 13 | whether they're employees, so why would that be a | 09:38:25 |
| 14 | basis -- | 09:38:28 |
| 15 | A  I don't have -- | 09:38:29 |
| 16 | Q  Go ahead. | 09:38:30 |
| 17 | A  I don't have direct knowledge who is an | 09:38:32 |
| 18 | employee, who is an independent contractor, who is | 09:38:35 |
| 19 | a W2, who is a 1099.  I'm too busy all day long to | 09:38:37 |
| 20 | do and get involved in stuff that I'm not | 09:38:43 |
| 21 | a -- that I don't need to know.  You're asking me | 09:38:47 |
| 22 | if I know who is an employee.  The answer is I | 09:38:51 |
| 23 | don't know. | 09:38:54 |
| 24 | Q  Okay. | 09:38:54 |
| 25 | A  You're asking me -- | 09:38:54 |

1     Q   Who performs services for Corizon?                    09:38:56

2     A   Corizon.                                              09:39:02

3     Q   For -- who at Geneva performs services for            09:39:06

4  PharmaCorr, Corizon, any of the Corizon entities,            09:39:12

5  YesCare, Tehum, any of the entities that we                  09:39:17

6  listed?                                                      09:39:21

7     A   Geneva.                                               09:39:21

8     Q   Who at Geneva?                                        09:39:22

9     A   I told you who at Geneva.  I'm the                    09:39:27

10 director.  I interact with Zalman and team.                  09:39:30

11    Q   Any other directors perform services for              09:39:35

12 those entities?                                              09:39:43

13    A   You asked the question and I told you I'm             09:39:44

14 not aware of.                                                09:39:47

15    Q   Okay.  And you don't know the names of                09:39:48

16 Zalman Schapiro's team?                                      09:39:58

17    A   I didn't say I don't know the names.                  09:39:58

18    Q   Okay.  What are their names?                          09:40:01

19    A   I didn't say that.  I -- I said that I                09:40:03

20 report to Zalman and team.  I didn't say that I              09:40:06

21 don't know their names.                                      09:40:11

22    Q   Okay.                                                 09:40:12

23    A   You're putting words into my mouth and                09:40:12

24 you're creating a record of avoidance.                       09:40:17

25    Q   No.  I apologize, I -- I would like to                09:40:21

| | | |
|---|---|---|
| 1 | know their names.  I'm not trying to create a | 09:40:24 |
| 2 | record that you don't know their names. | 09:40:27 |
| 3 | What are their names? | 09:40:29 |
| 4 | A  I said I work with Zalman and team.  I | 09:40:31 |
| 5 | report to Zalman.  These are the group that does | 09:40:33 |
| 6 | the services on behalf of Geneva. | 09:40:39 |
| 7 | Q  Who is team? | 09:40:41 |
| 8 | A  The question has been asked and answered. | 09:40:44 |
| 9 | Q  No, it hasn't. | 09:40:47 |
| 10 | A  Yes, it has. | 09:40:49 |
| 11 | Q  Who is the team? | 09:40:51 |
| 12 | A  It has been asked and answered. | 09:40:51 |
| 13 | Q  Okay.  Let's try it a different way. | 09:40:53 |
| 14 | You said you interact with them daily. | 09:40:55 |
| 15 | Who do you interact with daily other than Zalman | 09:40:58 |
| 16 | Schapiro as to Geneva? | 09:41:01 |
| 17 | A  Zalman and team. | 09:41:02 |
| 18 | Q  And you're not going to tell us who the | 09:41:03 |
| 19 | team is? | 09:41:05 |
| 20 | A  Exactly. | 09:41:05 |
| 21 | Q  How many people are on the team? | 09:41:06 |
| 22 | A  The question has been asked and answered. | 09:41:09 |
| 23 | Q  Does the team exist? | 09:41:12 |
| 24 | A  Yes. | 09:41:14 |
| 25 | Q  And you're not going to tell us how many | 09:41:16 |

| | | |
|---|---|---|
| 1 | people are on it or any of their names? | 09:41:18 |
| 2 | A   Exactly. | 09:41:20 |
| 3 | Q   What services does the team perform? | 09:41:21 |
| 4 | A   Managed services. | 09:41:25 |
| 5 | Q   And that is credentials and due diligence | 09:41:27 |
| 6 | on transactions? | 09:41:33 |
| 7 | A   Correct.  Asked and answered before. | 09:41:33 |
| 8 | Q   Are the team Geneva employees? | 09:41:44 |
| 9 | A   The question has been asked and answered. | 09:41:46 |
| 10 | Q   Could you answer it again for me? | 09:41:48 |
| 11 | A   No.  You can -- go back to the record. | 09:41:50 |
| 12 | Ask your reporter to read back the record. | 09:41:54 |
| 13 | Q   Who other than you engaged these outside | 09:42:03 |
| 14 | services companies for Geneva? | 09:42:18 |
| 15 | A   I don't know.  Other than me? | 09:42:25 |
| 16 | Q   Yeah. | 09:42:31 |
| 17 | A   I don't know. | 09:42:33 |
| 18 | Q   Did you make decisions on who to engage on | 09:42:37 |
| 19 | behalf of Geneva? | 09:42:41 |
| 20 | A   No. | 09:42:43 |
| 21 | Q   Wouldn't those be financial decisions, | 09:42:44 |
| 22 | Mr. Lefkowitz? | 09:42:48 |
| 23 | A   Financial decisions?  How is it a | 09:42:49 |
| 24 | financial decision? | 09:42:54 |
| 25 | Q   You didn't pay these companies? | 09:42:55 |

1      A   I didn't say I didn't pay.                    09:42:58

2      Q   So engaging somebody to do services and       09:43:01

3   agreeing to pay them for the services would be a     09:43:07

4   financial decision, would it not?                    09:43:10

5      A   Not necessarily.                              09:43:11

6      Q   Okay.  Were you involved in the decisions     09:43:12

7   to engage any outside services on behalf of          09:43:17

8   Geneva?                                              09:43:20

9      A   No.                                           09:43:21

10     Q   Was anybody else at Geneva involved in        09:43:21

11  those decisions?                                     09:43:28

12     A   I don't know.                                 09:43:29

13     Q   Okay.                                         09:43:29

14         MR. HEMENWAY:  Let's take a break.  We've     09:43:30

15  been -- with the break, we've been going about an    09:43:32

16  hour.                                                09:43:35

17         MS. HAYWARD:  How long of a break, Zach?      09:43:38

18         MR. HEMENWAY:  Let's -- we can just start     09:43:40

19  back up at 9:55 unless people want to wait until     09:43:43

20  10:00.                                               09:43:51

21         THE VIDEOGRAPHER:  The time is 9:43 a.m.      09:43:51

22  We're going off the record.                          09:43:54

23         (Whereupon a break was had.)                  09:43:55

24         THE VIDEOGRAPHER:  The time is 9:55 a.m.      09:55:54

25  We're back on the record.                            09:55:59

1  BY MR. HEMENWAY:                                    09:56:00

2      Q   Mr. Lefkowitz, we were talking about the    09:56:07

3  monthly fees received by Geneva from Corizon under  09:56:11

4  the contract.                                        09:56:17

5          That was 500,000 a month, correct?          09:56:19

6      A   Yes.                                         09:56:23

7      Q   And we talked -- you've already covered      09:56:24

8  what services that was for.                          09:56:27

9          How -- how were those payments made?        09:56:29

10     A   Typically by wire.                          09:56:34

11     Q   By wire.  And were there -- were there      09:56:41

12 invoice -- invoices received describing services    09:56:52

13 or did --                                            09:56:55

14         Let me rephrase that, I apologize.          09:56:55

15         Did Geneva send invoices describing the     09:56:57

16 services that were performed?                        09:57:01

17     A   I believe so.                               09:57:02

18     Q   And what types of descriptions did the      09:57:03

19 company include in those invoices?                   09:57:05

20     A   I don't have the invoices in front of me.   09:57:09

21     Q   Do you remember if Geneva described         09:57:12

22 anything that it did in the invoices?                09:57:16

23     A   No.                                         09:57:18

24     Q   Okay.  And what was the term -- what was    09:57:19

25 the time period where Geneva provided these          09:57:28

1    services to Corizon?                                    09:57:37

2        A   To Corizon or to Valitas?                       09:57:37

3        Q   To Valitas under this agreement.                09:57:43

4        A   What was the terms?                             09:57:46

5        Q   The time period.                                09:57:48

6            So when was this agreement in effect?           09:57:51

7        A   Oh, I think for a few months in 2022.           09:57:54

8        Q   Do you remember when it ended?                  09:58:07

9        A   No.                                             09:58:20

10       Q   Do you know why it ended?                       09:58:20

11       A   I think it ended when Valitas and after         09:58:22

12   the merger, it continued on with YesCare.               09:58:30

13       Q   Was it the same agreement with YesCare or       09:58:37

14   did YesCare and Geneva enter into a new agreement?      09:58:39

15       A   They entered into a new agreement.              09:58:44

16       Q   Okay.  So then I'll represent to you the        09:58:46

17   divisional merger was in May 1, 2022, and               09:58:51

18   it -- the agreement went from December 1, 2021,         09:58:57

19   that we just saw, through May 2022.                     09:59:02

20           Is that what you're saying?                     09:59:06

21       A   I don't know if it went all the way to          09:59:06

22   May 1, 2022.                                            09:59:10

23       Q   Okay.  So April then?  April or May, is         09:59:11

24   that the clarification you're making?                   09:59:15

25       A   I don't have the exact number.                  09:59:17

| | | |
|---|---|---|
| 1 | Q   Okay.  Was Geneva performing services for | 09:59:19 |
| 2 | Valitas in January 2022? | 09:59:23 |
| 3 | A  I believe so. | 09:59:29 |
| 4 | Q  How about February 2022? | 09:59:30 |
| 5 | A  I believe so. | 09:59:32 |
| 6 | Q  March 2022? | 09:59:33 |
| 7 | A  I believe so. | 09:59:35 |
| 8 | Q   Okay.  So in some of that time, Geneva | 09:59:37 |
| 9 | was -- was Geneva performing services for YesCare? | 09:59:45 |
| 10 | A  YesCare didn't exist then. | 09:59:51 |
| 11 | Q  Was Geneva working on RFPs seeking | 09:59:53 |
| 12 | contracts for YesCare? | 10:00:01 |
| 13 | A  Geneva seeking RFPs, you're saying? | 10:00:07 |
| 14 | Q  Was Geneva assisting with any RFPs that | 10:00:10 |
| 15 | were seeking contracts for YesCare? | 10:00:17 |
| 16 | A  The only thing that I know was the | 10:00:20 |
| 17 | document you pulled up -- pulled up before. | 10:00:22 |
| 18 | Q  What document? | 10:00:25 |
| 19 | A  You showed an exhibit before.  Something | 10:00:32 |
| 20 | with Geneva in Arizona. | 10:00:34 |
| 21 | Q  And what -- what do you recall about | 10:00:38 |
| 22 | Geneva assisting with the Arizona RFP? | 10:00:43 |
| 23 | A  I don't recall.  I wasn't involved in | 10:00:46 |
| 24 | that. | 10:00:48 |
| 25 | Q  You weren't involved in the Arizona RFP? | 10:00:48 |

1      A   Involved in the Arizona RFP?  I was not          10:00:51

2   involved in that document.                             10:00:55

3      Q   When you say you weren't involved, you          10:00:56

4   mean you didn't help draft it?                         10:01:04

5      A   You can look up the definition of               10:01:08

6   involved.  I was not involved in that document.        10:01:11

7      Q   Okay.                                           10:01:13

8      MR. HEMENWAY:  Let's pull up -- we're               10:01:18

9   going to pull up another exhibit.  I've got to get     10:01:21

10  the name of it.  Sorry, give us one second.            10:01:24

11      Let's pull up the document with Bates              10:01:46

12  label 113011.                                          10:01:52

13      REMOTE TECHNICIAN:  Stand by.                      10:01:57

14      (Exhibit 5 marked for identification.)             10:01:58

15      MR. HEMENWAY:  What exhibit number                 10:02:00

16  is -- are we at, Malcolm?                              10:02:02

17      REMOTE TECHNICIAN:  Five.                          10:02:04

18      MR. HEMENWAY:  Thank you.                          10:02:05

19  BY MR. HEMENWAY:                                       10:02:17

20      Q   Mr. Lefkowitz, take as much time as you        10:02:18

21  need to -- to review this document and let me know     10:02:20

22  when you're ready.                                     10:02:22

23      A   I'm ready.                                     10:02:23

24      Q   So this document's dated February 22nd,        10:02:25

25  2021.  And it says YesCare, Corp. Is managed and       10:02:33

1    financially supported by Geneva Consulting, LLC.          10:02:36

2         A   Hello?                                           10:02:47

3         Q   Is that a true statement?                        10:02:47

4         A   I don't know.  I didn't sign this RFP.          10:02:50

5         Q   I'm asking you if YesCare, Corp. was            10:02:56

6    managed and financially supported by Geneva              10:02:59

7    Consulting, LLC.                                          10:03:01

8         A   I did not write this RFP.  I don't know          10:03:04

9    what they're referring to.                                10:03:10

10        Q   Okay.  It also says Geneva Consulting, LLC       10:03:11

11   is a subsidiary of Genesis Healthcare?                    10:03:17

12        A   I see what it says.                              10:03:22

13        Q   Is Geneva Consulting, LLC a subsidiary of        10:03:24

14   Genesis Healthcare?                                       10:03:27

15        A   I don't know.                                    10:03:28

16        Q   You don't know?                                  10:03:30

17        A   Correct.                                         10:03:31

18        Q   Was Geneva Consulting, LLC ever a                10:03:32

19   subsidiary of Genesis Healthcare?                         10:03:36

20        A   I don't know.                                    10:03:38

21        Q   Okay.                                            10:03:38

22        MR. HEMENWAY:  Let's go ahead and pull up            10:03:49

23   Bates number 138299.                                      10:03:50

24        REMOTE TECHNICIAN:  Stand by.                        10:03:56

25        (Exhibit 6 marked for identification.)               10:04:02

1   BY MR. HEMENWAY:                                    10:04:07

2       Q   So Mr. Lefkowitz, when we showed you the    10:04:08

3   last document, you said you didn't know where that   10:04:10

4   language came from.                                  10:04:13

5       A   Correct.                                     10:04:14

6       Q   On Exhibit 5 -- we'll go back to Exhibit 5   10:04:15

7   just for a minute.                                   10:04:19

8           And Exhibit 5, Ms. Rawnsley said, This was   10:04:20

9   provided by Isaac for the Arizona bid.               10:04:28

10          Do you see that?                             10:04:31

11      A   Yeah.                                        10:04:31

12      Q   Do you think she's talking about a           10:04:32

13  different Isaac?                                      10:04:35

14      A   I don't know.                                10:04:37

15      Q   Okay.  Let's go to Exhibit 6.  I'll show     10:04:37

16  you the whole e-mail.  I don't want to just ask      10:04:47

17  you about that.                                      10:04:50

18          The first e-mail is you to three others at   10:04:52

19  Corizon.  And you say, CHS AZ DOC, YesCare, but      10:04:56

20  then it says, managed by Geneva Consulting, a        10:05:03

21  wholly owned subsidiary of Genesis Healthcare, a     10:05:06

22  publically traded company.                           10:05:12

23      A   Yes, I see that.                             10:05:12

24      Q   This is dated February 11th.                 10:05:13

25      A   Okay.                                        10:05:16

1     Q  So was YesCare managed by Geneva                10:05:17

2   Consulting on February 11th?                          10:05:21

3     A  I don't believe so.                              10:05:26

4     Q  Was it ever managed by Geneva Consulting?        10:05:26

5     A  Yes.                                             10:05:30

6     Q  When?                                            10:05:30

7     A  There's a management service agreement.          10:05:32

8     Q  Okay.  And it says Geneva Consulting is a        10:05:36

9   wholly owned subsidiary of Genesis Healthcare on      10:05:43

10  February 11, 2022?                                    10:05:53

11    A  I don't know.                                    10:05:53

12    Q  You don't know?                                  10:05:53

13    A  No.                                              10:05:55

14    Q  Okay.  And --                                    10:05:56

15    A  This e-mail is not a statement from me.  I       10:06:03

16  don't know what this e-mail was.                      10:06:06

17    Q  It's not a --                                    10:06:08

18    A  It could be a question --                        10:06:08

19    Q  -- statement from you?  What would the --        10:06:08

20    A  It could be a question.  It could be a           10:06:11

21  statement.  It could be anything.  It doesn't say     10:06:13

22  in reference to anything.                             10:06:16

23    Q  Sure.  I'm -- I mean, this is -- you're          10:06:17

24  not saying this is not an e-mail you sent?            10:06:20

25  You're -- you're questioning the context; is that     10:06:23

1    right?                                          10:06:27

2        A   I -- I question in what reference this  10:06:27

3    context is.                                     10:06:31

4        Q   Understood.                             10:06:31

5        A   It does not -- it does not say here, I, 10:06:32

6    Isaac Lefkowitz, instruct that this is the      10:06:34

7    language should be written in such-and-such.    10:06:37

8    Basically, it's copy/paste of language, so I have 10:06:42

9    no idea in what reference this is about.        10:06:45

10       Q   It's copy/paste?  Where did you copy/paste 10:06:48

11   it from, Mr. Lefkowitz?                         10:06:52

12       A   I didn't say that I copy/paste.  I say  10:06:53

13   what this e-mail does not give any reference to  10:06:55

14   what the content of the e-mail is referring to.  10:06:58

15       Q   Yeah?  I understood that and then you said 10:07:01

16   it was copy/paste.  And so I was just trying to  10:07:03

17   understand what you meant by that.              10:07:06

18       A   Strike that.  That was just slang.      10:07:08

19       Q   That was just what?                     10:07:11

20       A   Slang.                                  10:07:14

21       Q   I'm still not understanding you --      10:07:16

22       A   Okay.  Okay.  Then forget about the     10:07:19

23   answer.  I don't know what this e-mail refers to. 10:07:21

24       Q   Sure.  I just -- and if the court reporter 10:07:24

25   got it, that's fine.  I couldn't understand the  10:07:27

1   word you said.                                          10:07:32

2       A  Okay.                                            10:07:32

3       Q  You said that was just, and then you said        10:07:33

4   a word.                                                 10:07:35

5       A  Ask the question again and you'll get the        10:07:36

6   answer.                                                 10:07:40

7       Q  My question is:  What word did you say            10:07:41

8   when you were describing why you said copy/paste?       10:07:43

9       A  Read back the record.                            10:07:48

10      Q  I mean, I guess -- I guess you can look at        10:07:54

11  your errata and correct it if the court reporter       10:07:56

12  got it wrong.                                           10:07:59

13      A  Okay.                                            10:08:00

14      Q  Okay.  And I understand that there's no          10:08:01

15  context on this.  I'm just asking you if the            10:08:05

16  statements here are accurate.                           10:08:09

17         So you said that YesCare was not managed        10:08:12

18  by Geneva Consulting as of February 11th, 2021 but     10:08:16

19  was at a later date, correct?                           10:08:21

20      A  I didn't say that.                               10:08:23

21      Q  Okay.  Was -- was -- let me -- I -- I know        10:08:24

22  you don't like when questions are re-asked, but I       10:08:30

23  thought that's that what I heard.  I want to            10:08:33

24  clarify and make the record clear and make sure I       10:08:35

25  understand what you're saying, Mr. Lefkowitz.           10:08:39

1    So was YesCare managed by Geneva                        10:08:41

2    Consulting as of February 11th, 2021?                   10:08:45

3    A  I said I don't know because I don't know             10:08:48

4    the date of the agreement between -- the MSA            10:08:50

5    agreement -- and Geneva.                                10:08:53

6    Q  And was Geneva Consulting a subsidiary of            10:09:00

7    Genesis Healthcare as of February 2022?                 10:09:04

8    A  I said I don't know.                                 10:09:07

9    Q  What's the relationship between Geneva               10:09:09

10   Consulting and Genesis Healthcare?                      10:09:12

11   A  I don't know.                                        10:09:15

12   Q  Is there a relationship?                             10:09:16

13   A  I don't know.                                        10:09:26

14   Q  Let's pull up -- actually scratch that.              10:09:29

15   Yeah.  Let's go to the --                               10:10:00

16   You mentioned that there was an agreement               10:10:02

17   between Geneva and YesCare following the                10:10:04

18   divisional merger; is that correct?                     10:10:09

19   A  I don't know if it's following or during             10:10:13

20   or prior.  There is an agreement between Geneva         10:10:15

21   and YesCare.                                            10:10:17

22   Q  Okay.  And do you recall the terms of that           10:10:18

23   agreement, Mr. Lefkowitz?                               10:10:27

24   A  No.                                                  10:10:29

25   Q  How was that agreement negotiated?                   10:10:29

| | | |
|---|---|---|
| 1 | A   Between YesCare and Geneva. | 10:10:42 |
| 2 | Q   So those are the parties. | 10:10:44 |
| 3 |     Who negotiated it? | 10:10:46 |
| 4 | A   I don't recall. | 10:10:50 |
| 5 | Q   Were you in charge of that contract for | 10:10:55 |
| 6 | Geneva? | 10:10:59 |
| 7 | A   I think Zalman was. | 10:11:03 |
| 8 | Q   Do you know who Geneva interacted with at | 10:11:07 |
| 9 | YesCare to reach that agreement? | 10:11:13 |
| 10 | A   YesCare folks. | 10:11:16 |
| 11 | Q   Who are the YesCare folks? | 10:11:18 |
| 12 | A   At that time? | 10:11:21 |
| 13 | Q   The YesCare folks that Geneva would have | 10:11:24 |
| 14 | interacted with -- excuse me, that Geneva did | 10:11:27 |
| 15 | interact with. | 10:11:32 |
| 16 | A   At what period? | 10:11:33 |
| 17 | Q   In -- in reaching the agreement. | 10:11:34 |
| 18 | A   YesCare has a CEO, a CFO, a chief counsel. | 10:11:40 |
| 19 | I don't recall exactly who negotiated on behalf of | 10:11:48 |
| 20 | YesCare. | 10:11:51 |
| 21 | Q   You don't recall exactly what -- what do | 10:11:55 |
| 22 | you recall? | 10:12:00 |
| 23 | A   I recall that YesCare and Geneva entered | 10:12:00 |
| 24 | into an agreement to continue the MSA services for | 10:12:04 |
| 25 | YesCare. | 10:12:09 |

1       Q   You say continue.  So the agreement was          10:12:10

2   for Geneva to perform the same services for              10:12:13

3   YesCare that it had performed for the pre-merger         10:12:17

4   entities?                                                10:12:20

5       A   I don't know about the same.  So I'm not         10:12:22

6   here to compare agreements.  They entered into          10:12:23

7   another agreement.                                       10:12:28

8       Q   I'm trying to understand what you meant by       10:12:28

9   continue, Mr. Lefkowitz.                                 10:12:30

10      A   I guess strike the word continue.                10:12:31

11      Q   What word would you like to use instead?        10:12:36

12      A   The agreement between YesCare and Geneva.        10:12:41

13      Q   Okay.  So what did Geneva agree to do for        10:12:43

14  YesCare?                                                 10:12:50

15      A   Manage services agreement.                       10:12:52

16      Q   And is that definition of manage services       10:13:01

17  the same as the prior one you gave?                      10:13:04

18      A   I don't know they were the same --              10:13:08

19      Q   The managed services that Geneva was            10:13:10

20  performing for YesCare --                                10:13:14

21      A   I don't know -- again, I don't have             10:13:15

22  side-by-side of both agreements so I don't know if      10:13:17

23  it's the same or not.  They both have agreement.        10:13:19

24      Q   I'm not asking --                               10:13:21

25      A   You asked the same and I said I can't           10:13:22

1    testify to the word same.                                    10:13:26

2        Q   Sure.  I -- I was talking about the                  10:13:28

3    definition of managed services.  You provided a             10:13:30

4    definition earlier, and I'm not -- to be clear, I           10:13:35

5    want to make the -- make the record clear:  I'm             10:13:39

6    not asking about whether the contracts have the            10:13:42

7    exact same language or anything like that.                  10:13:46

8            I'm asking about the services that Geneva            10:13:47

9    performed for YesCare.                                       10:13:50

10       A   The contract speaks for itself and Geneva           10:13:52

11   performed as per the contract.                               10:13:58

12       Q   Okay.  Can you tell me anything Geneva did          10:13:59

13   for YesCare?                                                 10:14:02

14       A   Anything?                                            10:14:09

15       Q   Yeah.                                                10:14:10

16       A   Managed services.                                    10:14:11

17       Q   And can you tell me anything more specific          10:14:12

18   that Geneva did for YesCare?                                 10:14:15

19       A   All its credentialing and reporting.                10:14:19

20       Q   What does credentialing mean?  Let's take          10:14:25

21   those one at a time.                                         10:14:29

22       A   Credentialing means?  What does                     10:14:32

23   credentialing mean?  You're talking about, you             10:14:32

24   mean the English word credentialing, what it               10:14:32

25   means?  Or the definition of credentialing?  What          10:14:32

| | | |
|---|---|---|
| 1 | is -- | 10:14:32 |
| 2 | Q  You said that -- you said Geneva did | 10:14:53 |
| 3 | credentialing for YesCare when I asked you what | 10:14:55 |
| 4 | specifically what Geneva did. | 10:14:57 |
| 5 | What credentialing did Geneva do for | 10:14:58 |
| 6 | YesCare? | 10:15:01 |
| 7 | A  It's basically credentialing the validity | 10:15:01 |
| 8 | of transactions. | 10:15:06 |
| 9 | Q  What transactions did Geneva credential | 10:15:09 |
| 10 | the validity of for YesCare? | 10:15:14 |
| 11 | A  Financial transactions. | 10:15:20 |
| 12 | Q  Can you name any? | 10:15:21 |
| 13 | A  I think they're voluminous, and I think it | 10:15:26 |
| 14 | was provided to the committee. | 10:15:32 |
| 15 | Q  I'm asking if you know of any transactions | 10:15:34 |
| 16 | that Geneva credentialed for YesCare. | 10:15:37 |
| 17 | A  Hundreds of thousands. | 10:15:40 |
| 18 | Q  And you can't name any? | 10:15:44 |
| 19 | A  I should name you hundreds of thousands of | 10:15:48 |
| 20 | transactions that Geneva -- | 10:15:50 |
| 21 | Q  I'm -- I'm asking for one.  I'm asking for | 10:15:52 |
| 22 | one, Mr. Lefkowitz. | 10:15:59 |
| 23 | A  Why don't you pull up the record and we'll | 10:16:00 |
| 24 | identify. | 10:16:04 |
| 25 | Q  So you can't name one? | 10:16:04 |

```
1        A   I could, but I think you're -- you're just        10:16:06
2    not asking a logical question.  Geneva --                 10:16:10
3        Q   Well, if you can name a transaction --            10:16:14
4        A   Wait a second, wait a second, wait a              10:16:17
5    second.  I'm in the middle of talking.                    10:16:19
6            Geneva Consulting provided credentialing          10:16:21
7    validity transaction on behalf of Valitas and on          10:16:24
8    behalf of YesCare.  There is hundreds and hundreds        10:16:29
9    of thousands of transactions.  Those reports were         10:16:32
10   given to the committee.  You want me to identify          10:16:34
11   one.  What does one mean?  Identify one what?             10:16:37
12       Q   I'm trying to understand how Geneva               10:16:42
13   credentialed transactions.                                10:16:45
14       A   You didn't ask me that.  You asked me I           10:16:46
15   should name you a transaction.  You didn't ask me         10:16:50
16   how.                                                      10:16:52
17       Q   Yeah.  I'm moving on to a different               10:16:52
18   question because you wouldn't answer that one.            10:16:55
19           So how did Geneva --                              10:16:57
20       A   No.                                               10:16:58
21       Q   -- credential transactions?                       10:16:59
22           MS. HAYWARD:  Objection, form, to the             10:16:59
23   sidebar.                                                  10:17:00
24       A   Which question didn't I want to answer?           10:17:01
25   Say that again.                                           10:17:03
```

1      Q  Can you name a transaction that Geneva          10:17:05

2   credentialed for YesCare?                             10:17:08

3      A  And I answered you that there were              10:17:09

4   hundreds and hundreds of thousands of transactions    10:17:11

5   on a daily basis.                                     10:17:14

6      Q  Okay.                                           10:17:17

7      A  Do you have a spectrum that you want me to      10:17:18

8   answer you if I recall it?  Give me the               10:17:22

9   transaction, I'll tell you whether it recall it.      10:17:25

10     Q  That's not my question.  I'm asking what        10:17:27

11  Geneva did for YesCare.                               10:17:29

12        You said they credentialed transactions.        10:17:30

13  Tell me a transaction that Geneva credentialed.       10:17:32

14     A  I told you that it was given the                10:17:35

15  committee, the full report of all the transactions    10:17:39

16  that Geneva credentialed.                             10:17:41

17     Q  Okay.                                           10:17:42

18     A  You have them.                                  10:17:43

19     Q  So how did Geneva credential transactions?      10:17:45

20     A  Through verifying the validity of it.           10:17:49

21     Q  How did they verify the validity of them?       10:17:54

22     A  Through -- through systems.                     10:17:57

23     Q  What systems?                                   10:18:00

24     A  Financial software.                             10:18:01

25     Q  What software?                                  10:18:05

1      A   Financial software.                          10:18:06

2      Q   You don't know the name of it?              10:18:09

3      A   I don't recall the name.                    10:18:12

4      Q   Okay.  How do you credential a transaction   10:18:14

5   through software?                                   10:18:17

6      A   Basically the validity of -- of the         10:18:17

7   information.                                         10:18:26

8      Q   How does the financial software tell you     10:18:28

9   the validity of the information?                     10:18:30

10     A   Based on the data.                          10:18:33

11     Q   What data?                                  10:18:34

12     A   The data in the system.                     10:18:36

13     Q   So using a software that you don't          10:18:43

14  remember the name of and data in a system, you      10:18:48

15  were able to tell if transactions were valid?       10:18:53

16     A   Why did you have to say about the           10:19:00

17  remembering the name of the software?  What was      10:19:04

18  that again?                                          10:19:05

19     Q   Do you not understand the question,         10:19:07

20  Mr. Lefkowitz?                                       10:19:11

21     A   I didn't understand how remembering the     10:19:11

22  name of the software comes into the question         10:19:13

23  exactly.  No.                                        10:19:16

24     Q   Okay.                                       10:19:20

25     A   What are you trying to say by remembering    10:19:21

| | | |
|---|---|---|
| 1 | the name of software?  What does that got to do | 10:19:23 |
| 2 | with credentialing the validity of a transaction? | 10:19:27 |
| 3 | Q  Well, if we knew the software, if you | 10:19:29 |
| 4 | would tell us the name, it would help us | 10:19:32 |
| 5 | understand how you did this process. | 10:19:35 |
| 6 | A  By naming the name of the software you | 10:19:36 |
| 7 | will understand it better? | 10:19:41 |
| 8 | Q  Sure. | 10:19:42 |
| 9 | A  Really?  Explain me how.  How does the | 10:19:42 |
| 10 | name explain you the process? | 10:19:47 |
| 11 | Q  I'm asking the question.  I answered -- I | 10:19:47 |
| 12 | answered one of your questions.  I'll rephrase the | 10:19:48 |
| 13 | question if you don't like the way I phrased it, | 10:19:49 |
| 14 | as a courtesy to you. | 10:19:52 |
| 15 | A  I don't need -- I don't need any courtesy. | 10:19:53 |
| 16 | I need a clear question so I can give you a clear | 10:19:57 |
| 17 | answer. | 10:19:59 |
| 18 | Q  Using the software that you described and | 10:20:00 |
| 19 | the data in the software, how do you tell whether | 10:20:03 |
| 20 | a transaction is valid? | 10:20:08 |
| 21 | A  You want me to give you an example? | 10:20:13 |
| 22 | Q  I -- if that's how you need to answer the | 10:20:16 |
| 23 | question.  I'm just ask -- trying to understand | 10:20:19 |
| 24 | what Geneva did. | 10:20:23 |
| 25 | A  If an invoice would pop up from Zach | 10:20:24 |

1    Hemenway for a million dollars, the system would        10:20:24

2    reject it.  We don't know who Zach Hemenway is and      10:20:32

3    there's no purpose for him billing a million            10:20:33

4    bucks.                                                  10:20:37

5        Q   Okay.                                           10:20:37

6        A   So the system would reject it.                  10:20:38

7        Q   And why would the system not know who I         10:20:41

8    was?                                                    10:20:44

9        A   You're not recognized as a party of            10:20:44

10   interest.                                               10:20:52

11       Q   So if I'm recognized as a party of             10:20:52

12   interest, then I get my million bucks?                  10:20:55

13       A   No.  It's just one step.                        10:20:58

14       Q   What are the other steps?                       10:20:59

15       A   The purpose of billing; what services you      10:21:01

16   provide; matches up to our contract; if it matches      10:21:05

17   up to an agreement; if it matches up to an              10:21:10

18   arrangement.                                            10:21:13

19       Q   And Geneva's software did this?                 10:21:13

20       A   Correct.                                        10:21:17

21       Q   And that's what Geneva charged 500,000 a       10:21:17

22   month for?                                              10:21:23

23       A   I didn't say that.                              10:21:24

24       Q   Okay.  What else did Geneva do?                 10:21:26

25       A   Managed services.                               10:21:29

1      Q  When you're talking about validating the          10:21:35

2  payments based on the data and the system, where         10:21:41

3  does the data come from?                                 10:21:44

4      A  In the transaction.                                10:21:46

5      Q  Did Corizon accounting personnel provide          10:21:55

6  any of the data?                                          10:21:59

7      A  They too.                                           10:22:00

8      Q  They too, is that what you said?                   10:22:04

9      A  Yes.                                                10:22:11

10     Q  Can you finish the sentence, they               10:22:12

11 too provided the --                                       10:22:16

12     A  My sentence is finished.                           10:22:16

13     Q  When you said they too, do you mean that        10:22:18

14 the Corizon accounting people provided the data?          10:22:21

15     A  I said, they too.                                  10:22:24

16     Q  Did the Corizon people -- did the Corizon       10:22:29

17 accounting personnel provide data; yes or no?             10:22:33

18     A  I said they as well.  They too.                    10:22:36

19     Q  Provided -- okay.  Thank you.                     10:22:40

20        So other than this credentialing and            10:22:41

21 validation, what else did Geneva do?                      10:22:47

22     A  Corporate restructuring, managed services.        10:22:53

23     Q  So those are just the terms that are in         10:22:59

24 the two agreements.                                        10:23:02

25        Is there any specific task or project you       10:23:04

1   can point to?                                              10:23:09

2       A   Point where?   There are scope of services        10:23:09

3   in the agreement.                                          10:23:14

4       Q   Sure.   Is there any specific task that            10:23:14

5   Geneva performed?                                          10:23:19

6       A   I mean --                                          10:23:22

7       Q   Project --                                         10:23:23

8       A   I think -- I think we just went through            10:23:24

9   it.                                                        10:23:27

10      Q   Okay.   All right.   So Geneva received            10:23:27

11  500,000 a month from Corizon under the agreement           10:23:42

12  we saw.                                                    10:23:45

13      Was that the only payment Geneva received              10:23:46

14  from Valitas or Corizon?                                   10:23:50

15      A   The only payment in what period?                   10:23:58

16      Q   Any period from Valitas or Corizon.                10:24:02

17      A   I believe so.                                      10:24:09

18      Q   Okay.   And was the Geneva contract               10:24:11

19  provided to Corizon management?                            10:24:41

20      A   Which Geneva contract?                             10:24:50

21      Q   The December 6th, the -- excuse me,                10:24:51

22  December 8th, I believe you -- you preferred, the          10:24:56

23  contract that we looked at earlier between Valitas         10:25:00

24  and Geneva.                                                10:25:03

25      A   The Valitas, not Corizon.   Where does            10:25:04

1    Corizon get into it?                                    10:25:09

2        Q   The December 2021 contract between Valitas      10:25:09

3    and Geneva, was that provided to Corizon                10:25:13

4    management?                                             10:25:17

5        A   You're asking if the Geneva/Valitas             10:25:20

6    agreement was provided to Corizon management?           10:25:24

7        Q   Correct?                                        10:25:27

8        A   How does Corizon get in --                      10:25:27

9        Q   Corizon --                                      10:25:29

10       A   How does Corizon get in?                        10:25:30

11       Q   Who was paying Geneva 500,000 a month?          10:25:32

12       A   Valitas.                                        10:25:37

13       Q   All right.  Was it provided to Valitas          10:25:39

14   management?                                             10:25:44

15       A   I believe so.                                   10:25:46

16       MR. HEMENWAY:  And let's do exhibit, I              10:25:51

17   think we're on 7, Malcolm.                              10:25:53

18       REMOTE TECHNICIAN:  Correct.                        10:25:55

19       MR. HEMENWAY:  155163.                              10:25:55

20       REMOTE TECHNICIAN:  Stand by.                       10:25:59

21       MR. HEMENWAY:  Thank you.                           10:26:01

22       (Exhibit 7 marked for identification.)              10:26:02

23   BY MR. HEMENWAY:                                        10:26:02

24       Q   So Exhibit 7 is a December 19th, 2022,          10:26:23

25   e-mail from Jeff Sholey to you.                         10:26:27

```
1       A   Okay.                                    10:26:32

2       Q   And did Jeff Sholey have a role at       10:26:33

3   Valitas?                                         10:26:39

4       A   I think it says Jeff Sholey at Corizon   10:26:39

5   Health.                                          10:26:49

6       Q   That's not an answer to my question.     10:26:49

7           Do you know if Jeff Sholey had a role at 10:26:51

8   Valitas?                                         10:26:54

9       A   I'm sure he did.  I don't recall what    10:26:54

10  date.                                            10:26:57

11      Q   And as you noted, Jeff Sholey had a role  10:26:57

12  at Corizon Health, correct?                      10:27:03

13      A   Correct.                                 10:27:05

14      Q   Was he the CFO?                          10:27:06

15      A   Right.                                   10:27:10

16      Q   And in this document, in this e-mail, he's 10:27:10

17  asking for support for accounting for several    10:27:17

18  wires?                                           10:27:20

19      A   Okay.                                    10:27:21

20      Q   And he references, We need an underlying  10:27:22

21  agreement for the Geneva Consulting amounts.     10:27:25

22          So why would the Corizon CFO need an      10:27:28

23  underlying agreement for the Geneva Consulting    10:27:34

24  amounts?                                         10:27:37

25      A   I don't know.                            10:27:41
```

| | | |
|---|---|---|
| 1 | Q  Do you know if Mr. Sholey was provided a | 10:27:47 |
| 2 | copy of the Geneva Consulting agreement after | 10:27:52 |
| 3 | this? | 10:27:54 |
| 4 | A  I don't recall. | 10:27:55 |
| 5 | Q  Okay.  And do you know what amounts he's | 10:27:55 |
| 6 | referring to in December 2021? | 10:28:06 |
| 7 | A  No. | 10:28:17 |
| 8 | Q  All right. | 10:28:17 |
| 9 | MR. HEMENWAY:  Let's go to -- do we have | 10:28:18 |
| 10 | 164, the attachment to this? | 10:28:22 |
| 11 | REMOTE TECHNICIAN:  Sorry, Counsel, is | 10:28:31 |
| 12 | that the Bates number? | 10:28:32 |
| 13 | MR. HEMENWAY:  Sorry.  I was -- that was | 10:28:34 |
| 14 | not directed at you, Malcolm. | 10:28:36 |
| 15 | REMOTE TECHNICIAN:  My apologies. | 10:28:38 |
| 16 | MR. HEMENWAY:  We're sending you the next | 10:28:41 |
| 17 | exhibit.  It's just the attachment to the e-mail | 10:28:43 |
| 18 | we had open. | 10:28:45 |
| 19 | REMOTE TECHNICIAN:  All right.  I will | 10:28:46 |
| 20 | look for that.  Stand by. | 10:28:47 |
| 21 | MR. HEMENWAY:  And I think for counsel, | 10:29:10 |
| 22 | it's -- no, sorry.  It's -- so we're pulling up a | 10:29:12 |
| 23 | spreadsheet that is -- it was produced in native | 10:29:18 |
| 24 | so it's not going to be Bates stamped, but it is | 10:29:22 |
| 25 | Debtor00155164.  It is the attachment to the prior | 10:29:25 |

| | | |
|---|---|---|
| 1 | e-mail. | 10:29:33 |
| 2 | BY MR. HEMENWAY: | 10:29:38 |
| 3 | Q  So Mr. Lefkowitz, you see on December 9th, | 10:29:38 |
| 4 | 2021, Geneva Consulting wire, 3 million? | 10:29:42 |
| 5 | A  Yes. | 10:29:45 |
| 6 | Q  Were those funds wired to Geneva from | 10:29:45 |
| 7 | Corizon? | 10:29:51 |
| 8 | A  Corizon?  I don't know where it was wired | 10:29:52 |
| 9 | from. | 10:29:55 |
| 10 | Q  Were they wired from Valitas? | 10:29:55 |
| 11 | A  I don't know. | 10:29:58 |
| 12 | Q  So you know that Geneva received them, but | 10:30:00 |
| 13 | you don't know where they came from? | 10:30:08 |
| 14 | A  I don't know sitting here today.  I don't | 10:30:09 |
| 15 | have the backup transaction in front of me. | 10:30:11 |
| 16 | Your -- you're pulling up selective documents. | 10:30:14 |
| 17 | Q  Sure. | 10:30:17 |
| 18 | A  It was provided to you where the wire came | 10:30:18 |
| 19 | from.  So you can pull that up and ask me if I'm | 10:30:21 |
| 20 | aware of it. | 10:30:24 |
| 21 | Q  Yeah.  I'm just asking what you know. | 10:30:24 |
| 22 | I'm -- and if you don't know, that's fine. | 10:30:26 |
| 23 | You don't -- you don't remember telling | 10:30:29 |
| 24 | anybody to pay this $3 million? | 10:30:31 |
| 25 | A  I'm sure I did, but I don't recall the | 10:30:33 |

1    specifics of it.  It's part of the Geneva                    10:30:40

2    contract.                                                    10:30:42

3        Q  And what is the $3 million in exchange                10:30:42

4    for?                                                         10:30:45

5        A  It was a retainer on the MSA agreement.               10:30:48

6        Q  And why did Geneva need a retainer?                   10:30:51

7        A  To go ahead and perform all the legal and             10:30:58

8    accounting work and all the MSA work.                        10:31:04

9        Q  Is that the work you described earlier?               10:31:06

10       A  Correct.                                              10:31:11

11       Q  And what was that work again?  Managed                10:31:13

12   services?                                                    10:31:20

13       A  Yeah.  Go ahead, continue.  Read back to             10:31:23

14   what I said.                                                 10:31:25

15       Q  So what -- what did Geneva use the                    10:31:26

16   $3 million for in terms of that work?                        10:31:31

17       A  It was a retainer for its services, to be            10:31:33

18   able to go out and hire outside consulting work             10:31:40

19   and do its own operations on behalf of the                   10:31:43

20   bankrupt company that we didn't know would be able          10:31:47

21   to afford to pay the work.                                   10:31:51

22       Q  And were you ever asked to explain what              10:31:53

23   the $3 million was going to be used for?                     10:32:00

24       A  Yes.                                                  10:32:04

25       Q  And what did you say?                                 10:32:04

| | |
|---|---|
| 1 | A  I was asked by their former CEO. | 10:32:06 |
| 2 | Q  And what did you say? | 10:32:14 |
| 3 | A  I told him to leave and I terminated him. | 10:32:15 |
| 4 | Q  You told him he could leave and terminated | 10:32:20 |
| 5 | him? | 10:32:23 |
| 6 | A  Correct.  Correct. | 10:32:23 |
| 7 | Q  When he asked what this $3 million was | 10:32:25 |
| 8 | for? | 10:32:28 |
| 9 | A  No.  When he asked how Geneva is going to | 10:32:29 |
| 10 | save his company from bankruptcy. | 10:32:33 |
| 11 | Q  Okay.  Did you explain -- did you explain | 10:32:38 |
| 12 | what the 3 million dollars was for? | 10:32:42 |
| 13 | A  I told you how I explained it to him.  I | 10:32:46 |
| 14 | showed him the door. | 10:32:49 |
| 15 | Q  Okay.  Why did you do that rather than | 10:32:50 |
| 16 | explaining in the way you just explained it to me? | 10:32:59 |
| 17 | A  Because we were first responders to a | 10:33:01 |
| 18 | company that needs resuscitation, and I wasn't | 10:33:07 |
| 19 | about to be questioned on how we're going to do | 10:33:12 |
| 20 | it.  Whoever was interfering with our | 10:33:17 |
| 21 | resuscitation work, we eliminate. | 10:33:20 |
| 22 | Q  And him asking about the $3 million was | 10:33:23 |
| 23 | interfering? | 10:33:26 |
| 24 | A  No.  That wasn't an interference.  That | 10:33:27 |
| 25 | was part of his interference. | 10:33:32 |

1    You asked me if anyone asked me.  I said          10:33:33

2    there was one individual that interfered with our   10:33:36

3    resuscitation.  And he asked as well about how      10:33:41

4    come Geneva was hired and why Geneva is being paid  10:33:44

5    and what Geneva is going to do.  And he basically   10:33:46

6    was trying to torpedo the resuscitation.            10:33:51

7        He had a -- he had an agenda to pull the        10:33:56

8    company into bankruptcy and ownership in Geneva     10:33:58

9    had a different agenda.                             10:34:03

10   Q  Did he want that money to -- did he want         10:34:04

11   money to come into the company from Geneva?         10:34:09

12   A  No.  He wanted the company to file for           10:34:13

13   bankruptcy.                                         10:34:16

14   Q  I see.  Okay.                                    10:34:16

15       MR. HEMENWAY:  We can take that exhibit         10:34:24

16   down.                                              10:34:26

17   Q  And we talked about your agreement with          10:34:31

18   YesCare.                                           10:34:33

19       Was there another agreement -- let me           10:34:34

20   rephrase.                                          10:34:39

21       There was another agreement that came out       10:34:39

22   of the divisional merger where Geneva was a party,  10:34:42

23   correct?                                           10:34:46

24   A  A lot of agreements.  Which one are you          10:34:46

25   referring to?                                      10:34:49

```
 1       Q   The facilitator agreement.                    10:34:55

 2       A   The facilitator agreement for who?           10:34:58

 3       Q   We can pull it up.  Let's -- let's back up   10:35:01

 4   for a second.                                         10:35:02

 5           What was Geneva's role in planning the       10:35:03

 6   divisional merger?                                    10:35:06

 7       A   They were -- they were undertaken to          10:35:07

 8   facilitate the funding agreement from the lender.    10:35:14

 9       Q   And we'll come back to that in a minute.     10:35:18

10   But in terms of the planning of the divisional       10:35:22

11   merger, how did Geneva participate in that?          10:35:25

12       A   I don't think Geneva had a role in the       10:35:27

13   divisional merger.                                    10:35:31

14       Q   Well, it was party to agreements that was    10:35:33

15   executed as part of the divisional agreement.        10:35:36

16       A   Say it again.                                 10:35:37

17       Q   Geneva was party to agreements that were     10:35:39

18   executed in the divisional merger, correct?          10:35:41

19       A   There were hundreds and hundreds of          10:35:45

20   agreements and documents, so you've got to pull up   10:35:49

21   and tell me which documents you're referring to.     10:35:52

22       Q   Okay.  We'll go ahead and just pull up the   10:35:55

23   facilitator agreement.                                10:35:58

24           MR. HEMENWAY:  And that is the document       10:35:59

25   that begins with YC and ends in 36150, Malcolm.      10:36:01
```

1        REMOTE TECHNICIAN:  Sure.  Counsel, just          10:36:06

2    to clarify, did you want that spreadsheet marked      10:36:07

3    as an exhibit or not?                                 10:36:10

4        MR. HEMENWAY:  I suppose -- yeah.  Yes.           10:36:12

5    Since we questioned about it.  I'm fine -- Melissa    10:36:18

6    and Tad, it could either be, you know, the second     10:36:21

7    page of the exhibit where we had the e-mail or it     10:36:27

8    can --                                                10:36:30

9        MS. HAYWARD:  I would put it as the second        10:36:31

10   page of that exhibit, since it was an attachment      10:36:34

11   to the e-mail.                                        10:36:37

12       MR. HEMENWAY:  So Malcolm, we'll make that        10:36:37

13   part of the exhibit that was immediately prior to     10:36:40

14   that.                                                 10:36:42

15       REMOTE TECHNICIAN:  Okay.  I will make a          10:36:42

16   note of that, and that will make this Exhibit 8.      10:36:44

17       (Exhibit 8 marked for identification.)            10:36:47

18   BY MR. HEMENWAY:                                      10:36:49

19    Q  So Mr. Lefkowitz, we're pulling up the            10:36:49

20   facilitator agreement that you referenced.  And as    10:36:52

21   you referenced, this was something that was one of    10:36:55

22   the hundreds of documents that were executed as       10:36:58

23   part of the divisional merger, and Geneva             10:37:01

24   Consulting is a party to it.                          10:37:04

25       My question was:  Given that Geneva was a         10:37:06

1    party to agreements that were all signed as part          10:37:10

2    of the divisional merger, it -- I'm assuming that         10:37:15

3    Geneva did not see those agreements the first time        10:37:18

4    minutes before it signed them, but rather was             10:37:22

5    involved in the planning for the divisional               10:37:25

6    merger; is that correct?                                  10:37:28

7        A  I was taught in law school never to use            10:37:30

8    the word assume.  So you just said you assumed            10:37:33

9    something.                                                10:37:37

10        What did you exactly assume?                         10:37:37

11       Q  So Geneva, as a party to this                      10:37:39

12   agreement --                                              10:37:43

13       A  Can you scroll down and let me see who             10:37:44

14   signed this agreement?                                    10:37:46

15       Q  Sure.                                              10:37:47

16       A  Okay.                                              10:38:01

17       Q  So Geneva is a party to this agreement and        10:38:01

18   this agreement was signed on the same day as many        10:38:03

19   of the other divisional merger agreements.               10:38:06

20       A  Okay.                                              10:38:09

21       Q  My -- who at Geneva was involved in               10:38:09

22   negotiating and drafting this agreement?                 10:38:14

23       A  Scroll down to the signature page again.          10:38:18

24       Q  It's Zalman Schapiro on the signature            10:38:22

25   page, if that helps.                                      10:38:26

| | | |
|---|---|---|
| 1 | A  Okay.  That's the answer. | 10:38:27 |
| 2 | Q  You weren't involved in negotiating this | 10:38:28 |
| 3 | agreement? | 10:38:31 |
| 4 | A  I don't recall. | 10:38:31 |
| 5 | Q  Okay.  So Zalman Schapiro is the only | 10:38:32 |
| 6 | person at Geneva that you're aware of that was | 10:38:39 |
| 7 | involved in negotiating and planning the -- any | 10:38:41 |
| 8 | agreements relating to the merger? | 10:38:45 |
| 9 | A  I didn't say that. | 10:38:47 |
| 10 | Q  Okay.  Who else -- | 10:38:48 |
| 11 | A  You assume -- I don't know.  I don't | 10:38:50 |
| 12 | recall. | 10:38:57 |
| 13 | Q  Okay.  What services was Geneva engaged to | 10:38:57 |
| 14 | perform under this agreement? | 10:39:03 |
| 15 | A  To facilitate the funding agreement. | 10:39:05 |
| 16 | Q  And who -- who asked Geneva to perform | 10:39:10 |
| 17 | these services? | 10:39:15 |
| 18 | A  This is a tri-party agreement between M2 | 10:39:21 |
| 19 | Loanco, Geneva, Corizon. | 10:39:27 |
| 20 | Q  No.  I see the parties on the agreement. | 10:39:29 |
| 21 | I'm just asking, you mentioned with the other | 10:39:32 |
| 22 | agreement we saw, the one in December 6th, 2021, | 10:39:34 |
| 23 | that it's an agreement with Valitas, but Perigrove | 10:39:37 |
| 24 | asked Geneva to get involved. | 10:39:40 |
| 25 | Was -- did Perigrove ask Geneva to assist | 10:39:42 |

| | | |
|---|---|---|
| 1 | with the facilitator agreement, or was it just the | 10:39:47 |
| 2 | parties that are on the agreement? | 10:39:50 |
| 3 | A  I don't recall how it came about. | 10:39:52 |
| 4 | Q  Okay.  Do you recall anybody other than | 10:39:55 |
| 5 | Zalman Schapiro who was involved with it? | 10:40:00 |
| 6 | A  No. | 10:40:04 |
| 7 | Q  Okay.  And what did Geneva do for the | 10:40:04 |
| 8 | lender in connection with this agreement? | 10:40:10 |
| 9 | A  They facilitated the flow of funds. | 10:40:12 |
| 10 | Q  How did they do that? | 10:40:19 |
| 11 | A  It was a funding agreement.  And there's a | 10:40:20 |
| 12 | scope of services in the funding agreement and | 10:40:27 |
| 13 | Geneva followed it. | 10:40:30 |
| 14 | Q  And who followed -- who made sure that | 10:40:33 |
| 15 | Geneva was following the agreement? | 10:40:37 |
| 16 | A  Who released it?  When you say making | 10:40:43 |
| 17 | sure, what does making sure mean? | 10:40:46 |
| 18 | Q  Yeah.  It's -- I'll rephrase. | 10:40:48 |
| 19 | Who -- who at Geneva worked on performing | 10:40:51 |
| 20 | the services under this agreement? | 10:40:54 |
| 21 | A  Same folks. | 10:40:56 |
| 22 | Q  Who is that? | 10:40:59 |
| 23 | A  Zalman and team. | 10:41:00 |
| 24 | Q  And what did Zalman and team do to | 10:41:05 |
| 25 | evaluate whether something fell under this | 10:41:12 |

1    agreement or not?                                    10:41:15

2        A   They provided services.                      10:41:17

3        Q   How did they provide them?                   10:41:24

4        A   According to the scope of this agreement.    10:41:28

5        Q   Did they send e-mails?                       10:41:31

6        A   (No response.)                               10:41:46

7        Q   Mr. Lefkowitz, did Zalman and team send      10:41:48

8    any e-mails in connection with these services?       10:41:52

9        A   We provided you all the e-mails.             10:41:54

10       Q   Yeah.  You mentioned you reviewed all the    10:41:56

11   documents Geneva produced.                           10:41:58

12           Did you see any e-mails from Zalman          10:42:00

13   Schapiro that had services being performed under     10:42:02

14   this agreement?                                      10:42:04

15       A   I don't recall what I reviewed.              10:42:04

16       Q   Did you see any e-mails from anybody else    10:42:05

17   that had services being performed under this         10:42:08

18   agreement?                                           10:42:11

19       A   I don't recall what I reviewed in            10:42:12

20   documents, but things were running very fast.  It    10:42:14

21   was mainly done on phone conversations.              10:42:19

22       Q   Phone conversations between whom?            10:42:23

23       A   The Geneva folks, between the Corizon        10:42:27

24   folks, between the M2 folks.                         10:42:30

25       Q   And when you say the Geneva folks, that's    10:42:33

1    Zalman and team?                                    10:42:36

2        A  Correct.                                     10:42:39

3        Q  And Zalman is the general counsel for M2     10:42:39

4    Loanco, isn't he?                                   10:42:42

5        A  I'm not aware of that.                       10:42:47

6        Q  You've never testified that he was the      10:42:49

7    general counsel of M2 Loanco?                       10:42:51

8        A  I don't recall that.                         10:42:54

9        Q  You don't recall or -- you said you're not  10:42:57

10   aware that he's the general counsel --              10:42:59

11       A  I don't recall me testifying that Zalman    10:43:01

12   is the general counsel of M2 Loanco.                10:43:03

13       Q  Okay.  And you, yourself, weren't involved  10:43:07

14   in Geneva's services under this agreement?          10:43:15

15       A  I was involved.                              10:43:20

16       Q  You -- I -- I mean, I guess we can read      10:43:23

17   back the testimony.                                 10:43:28

18          I thought you said Zalman and team          10:43:29

19   performed the service.                              10:43:33

20       A  You didn't ask me whether I was involved.   10:43:34

21       Q  I said who at Geneva performed the          10:43:36

22   services.                                           10:43:40

23       A  I said Zalman and team.                      10:43:40

24       Q  Okay.  Are you team?                         10:43:42

25       A  I don't know.  But you asked me if          10:43:43

| | | |
|---|---|---|
| 1 | I -- now you're asking me if I was involved.  I | 10:43:46 |
| 2 | said I was involved as well. | 10:43:49 |
| 3 | Q  Okay.  What was your role? | 10:43:51 |
| 4 | A  Director. | 10:43:55 |
| 5 | Q  Of Geneva? | 10:43:58 |
| 6 | A  Correct. | 10:44:00 |
| 7 | Q  What was your role in performing the | 10:44:00 |
| 8 | services? | 10:44:03 |
| 9 | A  To be aware and to approve. | 10:44:05 |
| 10 | Q  So you approved payments under the funding | 10:44:08 |
| 11 | agreement? | 10:44:11 |
| 12 | A  In general, yes. | 10:44:14 |
| 13 | Q  What's the distinction with, in general? | 10:44:17 |
| 14 | You didn't approve specific payments? | 10:44:20 |
| 15 | A  In general, I was involved.  It passed | 10:44:25 |
| 16 | through my desk. | 10:44:29 |
| 17 | Q  Okay.  So other than it passing through | 10:44:30 |
| 18 | your desk, were you involved? | 10:44:34 |
| 19 | A  I was involved as a director. | 10:44:37 |
| 20 | Q  I don't know what that means. | 10:44:43 |
| 21 | A  I don't know either because you're asking | 10:44:45 |
| 22 | the same question over and over. | 10:44:47 |
| 23 | Q  I'm asking what you did and you said -- | 10:44:49 |
| 24 | A  I -- and I said what I did.  I'm a | 10:44:52 |
| 25 | director -- | 10:44:54 |

```
1        Q  Okay.                                    10:44:55

2        A  -- of Geneva.  I'm involved knowing      10:44:55

3   exactly what's going on in Geneva, including     10:45:00

4   approval of transactions.                        10:45:03

5            If this is not English enough, I can't  10:45:06

6   help you, sir.                                   10:45:09

7        Q  So other than knowing what's going on at 10:45:10

8   Geneva --                                        10:45:13

9        A  And approving.                           10:45:14

10       Q  -- and approving --                      10:45:16

11       A  Transactions.                            10:45:19

12       Q  Did you approve each transaction?        10:45:20

13       A  I said in general, it passed through my  10:45:23

14   desk.                                           10:45:26

15       Q  What's the difference between approving  10:45:28

16   transactions and in general it passing through  10:45:31

17   your desk?                                      10:45:34

18       A  Needless to say that if an invoice of $125 10:45:35

19   for postage stamps comes through, I wasn't      10:45:40

20   involved in it.                                 10:45:44

21       Q  What about an invoice for $400,000?      10:45:45

22       A  I was.                                   10:45:51

23       Q  And what was your involvement?           10:45:51

24       A  To make sure that -- that everyone       10:45:53

25   involved did the right thing.                   10:46:00
```

| 1 | Q   What's the right thing? | 10:46:00 |
| 2 | A   What is the right thing? | 10:46:05 |
| 3 | Q   You said that everyone involved did the | 10:46:07 |
| 4 | right thing? | 10:46:09 |
| 5 | What does that mean? | 10:46:10 |
| 6 | A   Was doing the right thing. | 10:46:11 |
| 7 | You know, sir, you're going to have to | 10:46:13 |
| 8 | stop asking me on English words what they mean. | 10:46:15 |
| 9 | I'm not going to go through the abuse of this | 10:46:19 |
| 10 | deposition. | 10:46:19 |
| 11 | When I say the right -- everyone involved | 10:46:21 |
| 12 | doing the right thing, if you don't understand | 10:46:23 |
| 13 | what that means, I can't help you any further. | 10:46:24 |
| 14 | Q   I'm going to keep asking my questions. | 10:46:29 |
| 15 | I -- | 10:46:31 |
| 16 | A   You can keep asking -- you can keep asking | 10:46:32 |
| 17 | the questions and creating a record of trying | 10:46:34 |
| 18 | to -- to create a record that I'm evasive in | 10:46:38 |
| 19 | responding.  And I'm telling you that I'm | 10:46:44 |
| 20 | responding in the English language. | 10:46:46 |
| 21 | And my job as a director is that anyone | 10:46:48 |
| 22 | that touches transaction does the right thing. | 10:46:51 |
| 23 | And you say that you don't know what the right | 10:46:53 |
| 24 | thing means. | 10:46:55 |
| 25 | Q   So -- | 10:46:57 |

1    A   Isn't that --                                    10:46:57

2    Q   Mr. Lefkowitz, I know you said you've done        10:46:58

3    a hundred of these.  But when a witness in a          10:47:02

4    deposition answers a question and uses their own      10:47:04

5    words, we lawyers want to know what they mean by      10:47:07

6    those words so that we understand what your           10:47:10

7    testimony is.                                          10:47:12

8        So you can say it --                              10:47:14

9    A   But you don't -- you don't understand            10:47:16

10   my -- if you don't understand my testimony, the      10:47:17

11   English language, I can't help you any further.       10:47:20

12   Q   You can and you will.  I'm asking                 10:47:23

13   questions.                                             10:47:26

14       So --                                             10:47:27

15   A   You say that I can and I will; and I say I        10:47:28

16   can't and I won't.                                     10:47:32

17   Q   That's fine.                                       10:47:33

18   A   I will answer you -- I will answer you in         10:47:33

19   English and the transcript will read exactly what     10:47:36

20   it says.                                               10:47:39

21   Q   All right.  We --                                 10:47:40

22   A   As a director -- I, as a director -- I as         10:47:40

23   a director of Geneva Consulting monitored and         10:47:44

24   approved transactions and monitored approved the      10:47:47

25   process that everyone who touches a transaction       10:47:51

| | | |
|---|---|---|
| 1 | does the right thing. | 10:47:55 |
| 2 | Q  Okay.  And you're not going to tell us | 10:47:57 |
| 3 | what you mean by that? | 10:48:02 |
| 4 | A  Mean by what? | 10:48:03 |
| 5 | Q  Does the right thing. | 10:48:04 |
| 6 | A  Does the right thing.  Does not do any | 10:48:07 |
| 7 | errors and does not do anything wrong.  That's | 10:48:10 |
| 8 | what right thing means. | 10:48:13 |
| 9 | Q  Understood.  How would you evaluate | 10:48:14 |
| 10 | whether an amount should be paid? | 10:48:17 |
| 11 | A  By reviewing the transaction. | 10:48:21 |
| 12 | Q  What would you review? | 10:48:24 |
| 13 | A  The underlying documents. | 10:48:28 |
| 14 | Q  Okay.  And when you approved a | 10:48:29 |
| 15 | transaction, who -- would you direct somebody to | 10:48:40 |
| 16 | pay it? | 10:48:44 |
| 17 | A  I didn't direct.  I just approved. | 10:48:44 |
| 18 | Q  How would you approve? | 10:48:50 |
| 19 | A  We went through the transactions and I | 10:48:51 |
| 20 | approved yes or no. | 10:48:55 |
| 21 | Q  Did you send an e-mail that says yes or | 10:48:57 |
| 22 | no? | 10:48:59 |
| 23 | A  Mostly was done over the phone and verbal. | 10:49:00 |
| 24 | Q  So your testimony is you called someone | 10:49:04 |
| 25 | and said, hey, pay this or don't pay this? | 10:49:08 |

| | | |
|---|---|---|
| 1 | A  Called someone or they called me. | 10:49:13 |
| 2 | Q  And who did you call? | 10:49:16 |
| 3 | A  Zalman and team. | 10:49:19 |
| 4 | Q  Okay.  Or Zalman and team called you? | 10:49:22 |
| 5 | A  Correct. | 10:49:26 |
| 6 | Q  Okay. | 10:49:26 |
| 7 | MR. HEMENWAY:  Let's take -- let's take a | 10:49:46 |
| 8 | five-minute break.  And then I think we'll be | 10:49:48 |
| 9 | close to wrapping up Geneva. | 10:49:50 |
| 10 | Melissa, I think we can move to PharmaCorr | 10:49:54 |
| 11 | after that, but I know that -- I believe the | 10:49:56 |
| 12 | witness is on Eastern time, so we're getting | 10:49:58 |
| 13 | closer to lunch.  Do we want to, you know, go for | 10:50:01 |
| 14 | a little bit after we come back and then break, or | 10:50:04 |
| 15 | do we want to go right into PharmaCorr? | 10:50:06 |
| 16 | MS. HAYWARD:  I'll let the witness make | 10:50:08 |
| 17 | that decision. | 10:50:10 |
| 18 | THE WITNESS:  Let's go right into it. | 10:50:11 |
| 19 | MS. HAYWARD:  Mr. Lefkowtiz, do you need a | 10:50:11 |
| 20 | lunch break? | 10:50:11 |
| 21 | THE WITNESS:  I don't need a lunch break. | 10:50:14 |
| 22 | I work through the day. | 10:50:15 |
| 23 | MR. HEMENWAY:  Okay.  Well, then let's | 10:50:17 |
| 24 | take ten.  We'll break at 10 -- it's 10:50.  We'll | 10:50:19 |
| 25 | come back at 11:00, and we'll finish up with | 10:50:22 |

1    Geneva and then move to PharmaCorr.                    10:50:26

2          THE VIDEOGRAPHER:  Going off the record.        10:50:27

3    The time is 10:50 a.m.                                 10:50:29

4              (Whereupon a break was had.)                 10:50:30

5          THE VIDEOGRAPHER:  All right.  The time is       11:04:12

6    11:04 a.m.  We're back on the record.                  11:04:17

7    BY MR. HEMENWAY:                                       11:04:18

8      Q  All right.  Mr. Lefkowitz, can you still          11:04:18

9    hear me okay?                                          11:04:20

10     A  Yes.                                              11:04:21

11     Q  All right.  So, we talked about transfers         11:04:22

12   to Geneva from Valitas.                                11:04:27

13         Has Geneva received funds from YesCare as        11:04:33

14   well?                                                  11:04:38

15     A  Geneva was -- I mean, as far as fees is           11:04:38

16   concerned?                                             11:04:46

17     Q  Any funds.  But yeah, I'm -- I'm assuming         11:04:47

18   it would be fees.                                      11:04:50

19     A  Let's not go by assumption.                       11:04:51

20         Which fees are you talking about?  Fees to       11:04:55

21   pay MSA arrangement or fees for Geneva?                11:04:57

22     Q  What's the difference?                            11:05:00

23     A  You tell me the difference.                       11:05:02

24     Q  I'm -- you're -- you're drawing a                 11:05:09

25   distinction, Mr. Lefkowitz.                            11:05:13

| | | |
|---|---|---|
| 1 | What funds has Geneva received from | 11:05:14 |
| 2 | YesCare? | 11:05:17 |
| 3 | A  I don't know they've received any funds. | 11:05:17 |
| 4 | Q  You don't know whether Geneva's gotten any | 11:05:22 |
| 5 | funds from YesCare? | 11:05:27 |
| 6 | A  YesCare directly?  I don't believe so. | 11:05:28 |
| 7 | Q  How about indirectly? | 11:05:33 |
| 8 | A  Again, it also depends on what funds | 11:05:34 |
| 9 | you're talking about.  You're talking about MSA | 11:05:40 |
| 10 | funds or you're talking about fee funds. | 11:05:43 |
| 11 | Q  I'm talking about -- let's start with the | 11:05:50 |
| 12 | MSA funds. | 11:05:52 |
| 13 | Has Geneva received MSA funds from | 11:05:54 |
| 14 | YesCare? | 11:05:58 |
| 15 | A  Yeah.  Geneva managed the MSA arrangement | 11:05:58 |
| 16 | for YesCare. | 11:06:02 |
| 17 | Q  Has Geneva received MSA funds from | 11:06:02 |
| 18 | YesCare? | 11:06:06 |
| 19 | A  Geneva managed the MSA financial affairs | 11:06:07 |
| 20 | for YesCare. | 11:06:16 |
| 21 | Q  Does YesCare pay Geneva for performing | 11:06:23 |
| 22 | services? | 11:06:26 |
| 23 | A  I know they billed YesCare, but I'm not | 11:06:29 |
| 24 | sure if YesCare paid it. | 11:06:33 |
| 25 | Q  You know that Geneva bills YesCare.  When | 11:06:35 |

1   you said they, you were talking about YesCare?        11:06:42

2       A  Correct.                                       11:06:45

3       Q  But you don't know if Geneva gets paid to      11:06:45

4   do --                                                 11:06:49

5       A  I didn't say gets paid.  I'm not certain       11:06:49

6   if it was paid or not.                                11:06:53

7       Q  Okay.  You don't know if Geneva has            11:06:54

8   received any funds from YesCare?                       11:06:57

9       A  I don't have the records in front of me,       11:06:59

10  but if you're -- if you have a specific               11:07:04

11  transaction that you want to discuss, I can give      11:07:07

12  you the response.                                     11:07:10

13      Q  So you're -- you're a director at Geneva       11:07:15

14  and you are involved in the services Geneva           11:07:16

15  provides to YesCare, correct?                         11:07:20

16      A  Correct.  Correct.                             11:07:22

17      Q  And your testimony is you don't know           11:07:24

18  whether Geneva is paid for those services?            11:07:25

19      A  I said Geneva bills YesCare.  I'm              11:07:32

20  uncertain today if those are outstanding or not.      11:07:39

21  I can go back and check the records, and if it's      11:07:42

22  outstanding, if YesCare owes Geneva, but I can't      11:07:45

23  testify today without having information in front     11:07:49

24  of me.                                                11:07:51

25      Q  Okay.  The contract we looked at was dated     11:07:52

| | | |
|---|---|---|
| 1 | May 2022? | 11:07:55 |
| 2 | A  Correct. | 11:07:58 |
| 3 | Q  And is that contract still in place? | 11:07:58 |
| 4 | A  Yes. | 11:08:02 |
| 5 | Q  So in the last 15 months, you don't know | 11:08:03 |
| 6 | whether Geneva received any payment for services | 11:08:06 |
| 7 | performed under that contract? | 11:08:09 |
| 8 | A  I didn't say that.  You didn't ask me | 11:08:10 |
| 9 | that. | 11:08:15 |
| 10 | Q  Did Geneva receive payment for services | 11:08:19 |
| 11 | performed under that contract in 2022? | 11:08:22 |
| 12 | A  I believe so. | 11:08:25 |
| 13 | Q  In the first three months of 2023? | 11:08:28 |
| 14 | A  I don't know about dates and months | 11:08:34 |
| 15 | without looking at records, but I know YesCare was | 11:08:36 |
| 16 | paying Geneva for their services.  It was | 11:08:39 |
| 17 | reconciled based on ADP, but I wouldn't have the | 11:08:43 |
| 18 | precise information in front of me unless you | 11:08:46 |
| 19 | showed it to me. | 11:08:48 |
| 20 | Q  Gotcha.  So you do know that Geneva | 11:08:49 |
| 21 | received payments for its services under that MSA | 11:08:51 |
| 22 | contract? | 11:08:54 |
| 23 | A  Correct. | 11:08:56 |
| 24 | Q  Okay.  Did Geneva receive payment from | 11:08:56 |
| 25 | YesCare for anything else? | 11:09:00 |

```
1        A   I don't believe so.                       11:09:03

2        Q   Did Geneva ever ask YesCare to pay its    11:09:05

3   credit card expenses?                              11:09:09

4        A   Geneva has billed for out-of-pocket       11:09:13

5   expenses.  Yes.                                    11:09:16

6        Q   Did YesCare pay those?                     11:09:17

7        A   I believe so.                              11:09:20

8        Q   Did Geneva ask YesCare for any other      11:09:23

9   money?                                             11:09:30

10       A   No.                                        11:09:30

11       Q   Did YesCare send Geneva any other money?  11:09:30

12       A   Not that I'm aware of.                     11:09:34

13       Q   Okay.  Have you performed any services for 11:09:36

14  YesCare other than the ones you described from the 11:09:41

15  managed services agreement?                        11:09:45

16       A   Only the scope of the agreement and the   11:09:47

17  facilitator agreement.                             11:09:54

18       MR. HEMENWAY:  I'm sorry, court reporter,     11:09:54

19  could you read that back?

20       THE REPORTER:  I was seeing if you were

21  going to clarify because I did not hear the

22  second agreement.

23       MR. HEMENWAY:  Yeah.  I didn't hear it

24  either.

25  BY MR. HEMENWAY:
```

1      Q  Mr. Lefkowitz, I can ask the question          11:10:13

2  again or if you recall your answer you can just      11:10:14

3  repeat it?                                            11:10:15

4      A  I said Geneva only provided for YesCare        11:10:15

5  services based on the managed service agreement.      11:10:18

6      Q  Gotcha.  And does the managed service          11:10:23

7  agreement provide for reimbursement of               11:10:24

8  out-of-pocket expenses?                              11:10:27

9      A  I don't have the agreement in front of me,     11:10:31

10  but I believe so.                                    11:10:32

11      Q  And what types of expenses did Geneva         11:10:33

12  incur performing services for YesCare?              11:10:37

13      A  Everything from travel to any other          11:10:40

14  expenses.                                            11:10:50

15      Q  And how are those -- how is travel related   11:10:51

16  to managed services?                                11:10:54

17      A  Any travel that Geneva did on behalf of      11:11:00

18  YesCare.  It's fully detailed in the invoicing, so  11:11:04

19  I don't know what you're referring to.  But if you  11:11:08

20  have a detailed invoice, I can explain.             11:11:10

21      Q  I'm asking more generally.                    11:11:13

22         So you -- you said that the credit           11:11:14

23  card expenses --                                     11:11:17

24      A  Generally -- generally is out-of-pocket      11:11:18

25  expenses, just like a law firm bills --             11:11:20

1     Q  Sure.                                          11:11:20

2     A  -- for out-of-pocket expenses, and just       11:11:22

3  like an accountant, CPA, bills for out-of-pocket    11:11:25

4  expense, so does a consultant bill for              11:11:29

5  out-of-pocket expenses.                             11:11:33

6     Q  That's a -- I appreciate that.  So --         11:11:33

7     A  We bill for out-of-pocket expenses.  And      11:11:33

8  we got reimbursed, those were detailed in invoices  11:11:35

9  and it was detailed from the payment or it was      11:11:39

10  detailed in the approval.                          11:11:41

11     Q  So let's use the example you gave.  So       11:11:42

12  your attorney, Mr. Davidson, if he were to travel  11:11:46

13  to court to appear on behalf of Geneva, he would   11:11:49

14  bill his expenses for traveling there because he   11:11:55

15  has to appear in court.                            11:12:00

16        What was the travel that Geneva was          11:12:01

17  billing for?  How was it related to the services   11:12:03

18  it was performing?                                 11:12:09

19     A  If I had to fly down to Houston to meet      11:12:09

20  with the counsel, or if I had to rent a car and if 11:12:13

21  I had to lodge in a hotel, those would have been   11:12:15

22  out-of-pocket expenses.                            11:12:19

23     Q  Gotcha.  So all of your travel is part of   11:12:20

24  the expenses of Geneva?                            11:12:24

25     A  I didn't say all of my travel.  I said      11:12:27

1    travel related to the MSA.  I didn't say all my          11:12:30

2    travel.                                                   11:12:32

3        Q    That was a bad question by me.  I               11:12:33

4    apologize.                                                11:12:35

5            Your travel relating to YesCare is Geneva         11:12:35

6    expenses; is that correct?                                11:12:38

7        A    My travel or anybody on the team -- on the      11:12:39

8    team travel.                                              11:12:43

9        Q    And who is the team?                            11:12:44

10       A    Zalman and team.                                11:12:45

11       Q    Gotcha.  And what other types of expenses       11:12:49

12   do you incur performing services for YesCare other        11:12:57

13   than travel?                                              11:13:01

14       A    Out-of-pocket expenses, my friend.              11:13:02

15   Whether it deals with anything, printing -- travel        11:13:05

16   is just an easy analogy, but --                           11:13:09

17       Q    Meals?                                          11:13:13

18       A    -- could be anything.  I'm not sure.            11:13:13

19   Whatever it's -- whatever was used is                     11:13:16

20   out-of-pocket expenses.                                   11:13:19

21       Q    Okay.  Incurred by you and Zalman and          11:13:19

22   team?                                                     11:13:23

23       A    The company.                                    11:13:26

24       Q    And your work --                                11:13:26

25       A    And the company in general.                     11:13:28

1    Q   Who is the company in general?                    11:13:29

2    A   Geneva.  If Geneva bought a broom to sweep         11:13:31

3    the conference room so there could be a meeting,       11:13:37

4    it billed for the broom.                               11:13:39

5    Q   And what would buying a broom have to do           11:13:47

6    with managed services?                                 11:13:50

7    A   I don't know.  I gave you -- I gave you a          11:13:50

8    stupid example because you're asking me stupid         11:13:53

9    questions.  You're talking to me about                 11:13:57

10   out-of-pocket expenses and you're trying to rack       11:13:59

11   my brain what out-of-pocket expense is.  The           11:14:02

12   easier would have been instead of seven lawyers        11:14:04

13   listening to this, if you pull out the                 11:14:05

14   out-of-pocket expense bill and identify a line         11:14:06

15   item and we could talk about the line item.            11:14:09

16       That's why I told you about a broom.  Now          11:14:11

17   you want to talk about -- 25 minutes about what a      11:14:12

18   broom has got to do with the managed service           11:14:15

19   agreement.  I'm just saying some out-of-pocket         11:14:18

20   expense.  Whatever the out-of-pocket expense was       11:14:20

21   approved as part of the managed service agreement,     11:14:23

22   we billed and they paid.                               11:14:26

23   Q   Who approved the out-of-pocket expenses            11:14:28

24   and said they were a part of the managed services      11:14:31

25   agreement?                                             11:14:33

| | | |
|---|---|---|
| 1 | A  I did. | 11:14:33 |
| 2 | Q  And was that in your role at Geneva? | 11:14:34 |
| 3 | A  Correct. | 11:14:40 |
| 4 | Q  And who decided for YesCare that they were | 11:14:41 |
| 5 | permissible expenses under the managed services | 11:14:46 |
| 6 | agreement? | 11:14:50 |
| 7 | MR. DAVIDSON:  Objection, form. | 11:14:57 |
| 8 | Q  YesCare had to -- YesCare had to sign off | 11:14:59 |
| 9 | on paying the expenses -- who -- | 11:15:02 |
| 10 | A  Whatever the -- whatever the protocol in | 11:15:08 |
| 11 | YesCare is. | 11:15:10 |
| 12 | Q  And you don't know that, even though | 11:15:10 |
| 13 | Geneva submitted -- | 11:15:17 |
| 14 | A  I do.  I do know that, but I'm here for | 11:15:17 |
| 15 | Geneva.  I'm not here for YesCare. | 11:15:20 |
| 16 | Q  And Geneva -- you submitted the expenses | 11:15:24 |
| 17 | for Geneva, but you don't know how YesCare | 11:15:28 |
| 18 | approved them? | 11:15:30 |
| 19 | A  I do know. | 11:15:31 |
| 20 | Q  And you're refusing to answer that because | 11:15:32 |
| 21 | it's how YesCare approved Geneva's expense? | 11:15:40 |
| 22 | A  No.  I refuse to answer it because we came | 11:15:44 |
| 23 | to an agreement with the UCC committee and counsel | 11:15:46 |
| 24 | that I'll be here today as a corporate | 11:15:50 |
| 25 | representative of Geneva to testify Geneva, and | 11:15:53 |

| | | |
|---|---|---|
| 1 | not on behalf of -- not on behalf of YesCare. | 11:15:56 |
| 2 | And you have done your inquiries on behalf | 11:15:59 |
| 3 | of YesCare.  So you have all the information on | 11:16:02 |
| 4 | behalf of YesCare.  So you're asking me about | 11:16:05 |
| 5 | testifying about YesCare today.  The answer is I'm | 11:16:07 |
| 6 | not willing to testify on behalf of YesCare.  I'm | 11:16:10 |
| 7 | here to testify on behalf of Geneva. | 11:16:13 |
| 8 | Q  Okay.  So the topic is Geneva's | 11:16:15 |
| 9 | relationship with YesCare.  YesCare approving | 11:16:22 |
| 10 | Geneva's expenses is within that.  But we -- | 11:16:25 |
| 11 | A  There's obviously -- there's obviously | 11:16:27 |
| 12 | approval on both sides of it. | 11:16:29 |
| 13 | Q  We can keep -- | 11:16:30 |
| 14 | A  YesCare -- YesCare will not pay unless | 11:16:31 |
| 15 | it's approved by the YesCare team.  Geneva will | 11:16:34 |
| 16 | not pay unless it's approved by the Geneva team. | 11:16:37 |
| 17 | So there's approvals on both sides of it. | 11:16:40 |
| 18 | Q  Sure.  And both -- both teams have a | 11:16:44 |
| 19 | leader, correct? | 11:16:45 |
| 20 | A  Both teams -- both teams are interrelated | 11:16:47 |
| 21 | with protocol exactly how the process should work. | 11:16:52 |
| 22 | Q  Exactly.  Okay.  So you said you reviewed | 11:16:56 |
| 23 | the documents that Geneva produced, correct? | 11:17:03 |
| 24 | A  Yeah.  In general, correct.  Yeah. | 11:17:09 |
| 25 | Q  And are you aware of how those documents | 11:17:11 |

| | | |
|---|---|---|
| 1 | were -- were gathered?  And I'm not asking about | 11:17:14 |
| 2 | communications with counsel. | 11:17:18 |
| 3 | I just mean, generally, do you know where | 11:17:18 |
| 4 | the documents came from? | 11:17:21 |
| 5 | A  The documents came from various sources. | 11:17:24 |
| 6 | Q  Do you know who those sources are? | 11:17:28 |
| 7 | A  We produced the -- counsel asked us to | 11:17:34 |
| 8 | produce it and we produced it. | 11:17:38 |
| 9 | Q  So one of the topics today is the | 11:17:39 |
| 10 | personnel at Geneva who are involved in the | 11:17:42 |
| 11 | relationship with these parties.  And I'm asking | 11:17:44 |
| 12 | who you got documents from because, presumably, | 11:17:49 |
| 13 | those people would be involved in that | 11:17:53 |
| 14 | relationship.  But I don't want to assume. | 11:17:55 |
| 15 | Do you know who you got documents from | 11:17:58 |
| 16 | that you produced to us? | 11:18:00 |
| 17 | A  There's a list of document requests and we | 11:18:02 |
| 18 | produced it.  We sourced it from wherever the | 11:18:09 |
| 19 | documents come from.  Some come from the database. | 11:18:11 |
| 20 | Some come from e-mails.  Some come from hard | 11:18:14 |
| 21 | copies.  Some come from, you know, outside legal. | 11:18:18 |
| 22 | Q  Sure. | 11:18:21 |
| 23 | A  But we produced them all from various | 11:18:22 |
| 24 | sources. | 11:18:24 |
| 25 | Q  Yeah.  And we're not trying to get into, | 11:18:24 |

| | | |
|---|---|---|
| 1 | you know, the substance of the -- the substance of | 11:18:27 |
| 2 | the, you know, response. | 11:18:32 |
| 3 | My question is:  What people had the | 11:18:36 |
| 4 | documents that were produced to us? | 11:18:43 |
| 5 | A  Depending on the document. | 11:18:47 |
| 6 | Q  Okay.  E-mail communications? | 11:18:54 |
| 7 | A  We gave access to the e-mail server. | 11:18:56 |
| 8 | Q  And what Geneva personnel had e-mail | 11:18:59 |
| 9 | communications with YesCare or the debtor or | 11:19:03 |
| 10 | Valitas or Corizon? | 11:19:09 |
| 11 | A  Very general question.  I don't know the | 11:19:10 |
| 12 | answer to that. | 11:19:14 |
| 13 | Q  Well, you reviewed the documents, didn't | 11:19:15 |
| 14 | you? | 11:19:17 |
| 15 | A  I told you that I reviewed in general.  I | 11:19:19 |
| 16 | scanned them and everything was submitted to | 11:19:22 |
| 17 | counsel. | 11:19:25 |
| 18 | Do you have a specific document that | 11:19:26 |
| 19 | you're referring to? | 11:19:28 |
| 20 | Q  I'm -- I'm asking about the persons at | 11:19:29 |
| 21 | Geneva who communicated with the debtor, YesCare, | 11:19:33 |
| 22 | or the Corizon entities. | 11:19:37 |
| 23 | You don't -- you don't know -- | 11:19:39 |
| 24 | A  I -- I as a corporate director produced | 11:19:41 |
| 25 | all the documents to Geneva's counsel which handed | 11:19:44 |

| | | |
|---|---|---|
| 1 | it over to you. | 11:19:48 |
| 2 | Q   And you reviewed those documents in | 11:19:50 |
| 3 | preparation for this deposition? | 11:19:52 |
| 4 | A   Correct. | 11:19:54 |
| 5 | Q   Who at Geneva sent communications to | 11:19:54 |
| 6 | YesCare and Corizon and Valitas in those | 11:20:01 |
| 7 | documents? | 11:20:07 |
| 8 | A   Which documents are you referring to? | 11:20:08 |
| 9 | Q   The ones you reviewed for this deposition. | 11:20:11 |
| 10 | A   You're going to have to specify which | 11:20:13 |
| 11 | document because I don't know which documents | 11:20:17 |
| 12 | you're referring to. | 11:20:19 |
| 13 | We produced hundreds of documents, so | 11:20:20 |
| 14 | which documents are you referring to? | 11:20:23 |
| 15 | Q   I'm referring -- | 11:20:25 |
| 16 | A   How can I -- how can I tell you who | 11:20:25 |
| 17 | produced a document if you're not identifying | 11:20:29 |
| 18 | which document? | 11:20:32 |
| 19 | Q   Well, you don't have to tell me that | 11:20:33 |
| 20 | because I didn't ask that. | 11:20:35 |
| 21 | My question is -- | 11:20:36 |
| 22 | A   So why don't you ask me a question -- | 11:20:37 |
| 23 | Q   My question is:  You reviewed the | 11:20:40 |
| 24 | documents? | 11:20:41 |
| 25 | A   Correct. | 11:20:42 |

1      Q  The documents you reviewed or in your         11:20:42

2   other knowledge as Geneva's corporate              11:20:46

3   representative, who from Geneva communicated with  11:20:51

4   any of the Corizon entities or YesCare?            11:20:54

5      A  I'm going to answer you again.  There is     11:21:01

6   various documents.  Not every document has         11:21:03

7   communication.                                     11:21:06

8      Q  Sure.                                         11:21:07

9      A  You -- you pulled up an exhibit of a         11:21:07

10  Delaware -- of a Delaware filing.  I don't think   11:21:10

11  that a Delaware filing had any communication with  11:21:12

12  anyone, and it's a Geneva document.                11:21:15

13      So which document are you referring to?        11:21:17

14      Q  I would be referring to documents that are  11:21:19

15  communication.  We agree that that one is not one. 11:21:21

16      A  So whatever documents we produced was       11:21:26

17  channeled through me to counsel.                   11:21:32

18      Q  Okay.  Do you know how document             11:21:35

19  productions work in terms of the term custodian?   11:21:42

20      A  Yes.                                         11:21:45

21      Q  What does that mean to you?                  11:21:45

22      A  Custodian means custodian.  It's an         11:21:50

23  English word in the dictionary.                    11:21:54

24      Q  What does it mean to you in the context of  11:21:55

25  Geneva's document production?                      11:21:58

| | | |
|---|---|---|
| 1 | A  Custodian meaning control of the records. | 11:22:01 |
| 2 | Q  Okay. | 11:22:04 |
| 3 | A  To be able to source the records. | 11:22:06 |
| 4 | Q  So in -- when you reviewed Geneva's | 11:22:08 |
| 5 | documents that were produced, did you review the | 11:22:18 |
| 6 | information about the custodian who was the source | 11:22:20 |
| 7 | of the records? | 11:22:22 |
| 8 | A  If you go into a file cabinet and you pull | 11:22:22 |
| 9 | out a record from a file cabinet, are you calling | 11:22:25 |
| 10 | the file cabinet a custodian?  We sourced -- | 11:22:30 |
| 11 | Q  I'm asking what Geneva did -- | 11:22:33 |
| 12 | A  -- the records to produce wherever they | 11:22:35 |
| 13 | came from.  Like I said, some came from hard | 11:22:39 |
| 14 | copies; some came from digital; some came from the | 11:22:43 |
| 15 | database; some came from e-mails; some came from | 11:22:47 |
| 16 | outside sources.  But we produced the documents | 11:22:51 |
| 17 | that Geneva is the custodian in control of. | 11:22:53 |
| 18 | Q  Sure.  So you understand custodian to be | 11:22:56 |
| 19 | the person in control of the document.  Geneva | 11:22:59 |
| 20 | produced documents where the custodian was a woman | 11:23:03 |
| 21 | named Miriam. | 11:23:07 |
| 22 | Who is Miriam? | 11:23:09 |
| 23 | A  A custodian?  I don't -- I'm not aware of | 11:23:12 |
| 24 | a Miriam custodian. | 11:23:15 |
| 25 | Q  So you said that if you take a document | 11:23:16 |

1    from a file cabinet, maybe the file cabinet is the        11:23:18

2    custodian.                                                 11:23:22

3        What if you take a document from                       11:23:23

4    somebody's e-mail, who is the custodian?                   11:23:25

5        A  The company owns the server and we gave            11:23:27

6    searches and keywords.  They downloaded all the            11:23:32

7    e-mails.                                                   11:23:35

8        Q  So you're not aware that Geneva produced           11:23:35

9    documents with Miriam as the custodian?                    11:23:39

10       A  Miriam as a custodian, I don't know a              11:23:43

11   custodian by the name Miriam.                              11:23:46

12       Q  Is there anybody named Miriam who's done          11:23:48

13   work for Geneva?                                           11:23:52

14       A  Yes.                                                11:23:53

15       Q  What's Miriam's last name?                         11:23:55

16       A  I don't recall.                                     11:23:56

17       Q  What work did she do for them?                     11:23:58

18       A  Just clerical work.                                11:24:02

19       Q  Was she a Geneva employee?                         11:24:04

20       A  No.                                                 11:24:08

21       Q  Who was she employed by?                           11:24:11

22       A  I don't know who she's employed by.  But I        11:24:13

23   interacted with her in Geneva, but I don't know            11:24:18

24   the -- I don't know the employees of Geneva.  I'm          11:24:19

25   not in HR.                                                 11:24:21

| | | |
|---|---|---|
| 1 | Q   Okay.  In fact, you don't know whether | 11:24:23 |
| 2 | Geneva has employees, correct? | 11:24:25 |
| 3 | A   I didn't say that.  You asked that | 11:24:27 |
| 4 | specifically. | 11:24:31 |
| 5 | Q   The -- | 11:24:31 |
| 6 | A   You asked me specifics of it and I said | 11:24:32 |
| 7 | I'm not in HR and I'm not involved in the | 11:24:35 |
| 8 | employees of Geneva.  I'm a director of the | 11:24:38 |
| 9 | company.  I'm a director of many companies and I | 11:24:40 |
| 10 | don't know who the employees are. | 11:24:43 |
| 11 | Q   Does Geneva have employees? | 11:24:44 |
| 12 | A   Yes.  And you're asking me -- and you | 11:24:46 |
| 13 | asked me before how many and how do I know, and I | 11:24:50 |
| 14 | said I believe. | 11:24:54 |
| 15 | Q   Okay. | 11:24:55 |
| 16 | A   And you asked me what do you mean but -- | 11:24:55 |
| 17 | and you asked me, what do you mean believe.  I | 11:24:57 |
| 18 | said I believe that they have employees because I | 11:24:59 |
| 19 | interact with them. | 11:25:01 |
| 20 | Q   I -- | 11:25:02 |
| 21 | A   And I even said, I don't know if they're | 11:25:03 |
| 22 | an employee or an independent contractor or | 11:25:05 |
| 23 | they're a 1099, if they're part-time or full-time | 11:25:08 |
| 24 | or a W2.  I responded to all those questions. | 11:25:09 |
| 25 | Q   Yeah.  I think we may just be differing on | 11:25:13 |

1   the definition of not knowing something.  So                11:25:18

2   that's fine, we'll move on.                                 11:25:19

3       A  Okay.                                                 11:25:21

4       Q  So all right.  You're not -- you're not              11:25:21

5   aware that Geneva produced documents with Jay               11:25:25

6   Leitner as the custodian?                                   11:25:28

7       A  I don't know who my counsel identified as            11:25:33

8   custodian when they handed over the documents.              11:25:39

9   All documents --                                            11:25:42

10      Q  Okay.  Let's --                                       11:25:42

11      A  You're not going to let me finish?                    11:25:43

12      Q  Go ahead.                                             11:25:48

13      A  All documents that went to counsel, I                 11:25:48

14  reviewed them.  I reviewed them for being the               11:25:51

15  right documents in response to the question.                11:25:54

16          As far as custodian, Geneva is the                   11:25:58

17  custodian.  Exactly where each document came from,          11:26:01

18  from which sources, you will have to pull the               11:26:04

19  document up and maybe I'll be able to identify              11:26:09

20  where we got it from.                                       11:26:11

21      Q  Did you get any documents from Jay Leitner           11:26:13

22  that you produced to us?                                    11:26:22

23      A  We gave access to the server.  I don't               11:26:25

24  know where in the server, which document was                11:26:32

25  pulled from where.                                          11:26:34

1      Q   Do you know whether anybody was asked for          11:26:36

2  documents other than you?                                   11:26:42

3      A   I don't know.                                       11:26:45

4      Q   Okay.  Hold on one second.  All right.             11:26:48

5  Let's take -- sorry, about that -- we've got a              11:27:14

6  little -- I'm disorganized on my documents here.            11:27:14

7      MR. HEMENWAY:  We'll take a short break,                11:27:17

8  just five minutes.                                          11:27:17

9      THE VIDEOGRAPHER:  Time is 11:27 a.m.                   11:27:20

10  We're off the record.                                      11:27:26

11          (Whereupon a break was had.)                       11:27:27

12      THE VIDEOGRAPHER:  The time is 11:32 a.m.              11:33:01

13  We're back on the record.                                  11:33:07

14  BY MR. HEMENWAY:                                           11:33:07

15      Q   All right.  Let's go ahead and pull up our         11:33:08

16  next exhibit, which is the document ending in --           11:33:10

17  it's YC-E-038632.                                          11:33:17

18      REMOTE TECHNICIAN:  Stand by.                          11:33:24

19      (Exhibit 9 marked for identification.)                 11:33:27

20      REMOTE TECHNICIAN:  Just give me one                   11:33:37

21  second to download this.  It's a slightly larger           11:33:38

22  file.                                                      11:33:42

23      MR. HEMENWAY:  No problem.  So go ahead                11:33:42

24  and zoom in and --                                         11:34:02

25  BY MR. HEMENWAY:                                           11:34:06

1    Q  Mr. Lefkowitz, I think you had liked to          11:34:06

2    scroll down to the bottom for the last ones.  I'm    11:34:11

3    happy to do that here.                                11:34:14

4    A  Okay.                                             11:34:24

5    Q  So there's Geneva and there's YesCare            11:34:25

6    entities down below.                                 11:34:34

7    A  Okay.                                             11:34:38

8    Q  Okay.  Are you familiar with this               11:34:38

9    agreement?                                           11:34:40

10   A  Looks like one of the purchase documents.        11:34:43

11   Q  And it's a stock restriction agreement.          11:34:51

12   A  Okay.                                             11:34:54

13   Q  Do you know what requirements it imposes?        11:34:55

14   A  91-page document.                                11:35:03

15   Q  I am just asking if you know what a stock        11:35:06

16   restriction agreement is.                            11:35:09

17   A  I know what a stock restriction agreement        11:35:10

18   is.                                                  11:35:12

19   Q  Does a stock restriction agreement impose        11:35:12

20   requirements before equity can be transferred?      11:35:17

21   A  I don't know about equity, but the              11:35:24

22   agreement calls -- what it calls for, it's a stock   11:35:26

23   restriction agreement.                               11:35:29

24   Q  Okay.  And this agreement prevents YesCare       11:35:30

25   from transferring its stock without Geneva's         11:35:36

1    approval; is that correct?                          11:35:43

2        A  I haven't read the agreement right now.      11:35:48

3    You're handing me a 91-page agreement.              11:35:51

4            You want me to read the agreement and to    11:35:53

5    interpret the agreement?                            11:35:56

6        Q  I'm asking if you know what the              11:35:57

7    agreement -- what the agreement does.               11:35:59

8        A  I know the title, Stock Restriction          11:36:01

9    Agreement.  It restricts stock.  But the terms of   11:36:03

10   it is content of a 91-page document.                11:36:08

11       Q  Well, okay.  That's fine.  You mentioned     11:36:12

12   it was part of the divisional merger?               11:36:19

13       A  I believe so.  I don't think I'm a           11:36:22

14   signatory to this agreement, am I?                  11:36:25

15       Q  Understood.  We don't need to get into       11:36:28

16   that part.                                          11:36:32

17           Do you know why Geneva Consulting entered   11:36:34

18   into this agreement?                                11:36:42

19       A  No.                                          11:36:43

20       Q  You don't know the purpose of the           11:36:43

21   agreement?                                          11:36:44

22       A  Know the purpose, but I don't know why.      11:36:45

23       Q  What's the purpose?                          11:36:49

24       A  Stock restriction agreement.                11:36:50

25       Q  To restrict stock from what?                 11:36:52

1     A   I know what a stock restriction agreement        11:36:54

2  is, but I don't know why --                            11:36:58

3     Q   What does a stock --                             11:37:00

4     A   All of the --                                    11:37:00

5     Q   -- restriction do?                               11:37:00

6     A   What?                                            11:37:03

7     Q   You said you know what a stock restriction       11:37:04

8  agreement is.                                           11:37:07

9          So what -- what does a stock restriction        11:37:07

10 agreement do?  What's the purpose of a stock            11:37:10

11 restriction agreement in your knowledge?                11:37:12

12    A   To limit the ability of transferring             11:37:16

13 stock.                                                  11:37:17

14    Q   And so this is an agreement that limits          11:37:19

15 the ability of transferring stock.  And it's by         11:37:22

16 and between Geneva Consulting, the YesCare              11:37:26

17 entities, and Sarah Tirschwell?                         11:37:31

18    A   And Corizon New Mexico.                          11:37:36

19    Q   Yes.  So do you know why Geneva was party        11:37:39

20 to an agreement limiting the transfer of stock --       11:37:44

21    A   No.                                              11:37:48

22    Q   -- in -- did Geneva have any ownership           11:37:48

23 interest in YesCare?                                    11:37:54

24    A   Not that I'm aware of.                           11:37:55

25    Q   Did Geneva provide anything in exchange          11:37:56

| | | |
|---|---|---|
| 1 | for receiving this right? | 11:38:00 |
| 2 | A  Not familiar with this agreement. | 11:38:03 |
| 3 | Q  So you don't know? | 11:38:06 |
| 4 | A  This is an agreement between Tirschwell | 11:38:08 |
| 5 | and Schapiro, and I wasn't involved in this | 11:38:11 |
| 6 | agreement. | 11:38:16 |
| 7 | Q  And do you know if Geneva was party to any | 11:38:19 |
| 8 | other stock restriction agreements? | 11:38:23 |
| 9 | A  I'm not aware of it. | 11:38:28 |
| 10 | Q  Okay.  And do you know who negotiated this | 11:38:32 |
| 11 | agreement for Geneva? | 11:38:41 |
| 12 | A  No. | 11:38:42 |
| 13 | Q  And do you know who negotiated this | 11:38:42 |
| 14 | agreement for YesCare? | 11:38:50 |
| 15 | A  No. | 11:38:51 |
| 16 | Q  Okay. | 11:38:51 |
| 17 | MR. HEMENWAY:  Okay.  That's all I have on | 11:38:55 |
| 18 | YesCare, so we can just move right into -- or | 11:38:59 |
| 19 | excuse me, not YesCare, Geneva. | 11:39:01 |
| 20 | So we can move into PharmaCorr unless | 11:39:03 |
| 21 | anybody needs a break. | 11:39:06 |
| 22 | MR. DAVIDSON:  I don't need a break, Zach, | 11:39:09 |
| 23 | but I'm going to sign off and let you guys | 11:39:11 |
| 24 | continue without me. | 11:39:14 |
| 25 | MR. HEMENWAY:  You bet. | 11:39:15 |

| | | |
|---|---|---|
| 1 | MR. DAVIDSON:  Thanks.  So this depo is | 11:39:16 |
| 2 | concluded? | 11:39:16 |
| 3 | MR. HEMENWAY:  Agreed. | 11:39:22 |
| 4 | MR. DAVIDSON:  So we're done? | 11:39:22 |
| 5 | MR. HEMENWAY:  Agreed.  Geneva Consulting | 11:39:23 |
| 6 | 2004 is concluded. | 11:39:25 |
| 7 | MR. DAVIDSON:  Thanks. | |
| 8 | THE REPORTER:  Am I needing to start a new | |
| 9 | transcript for this part? | |
| 10 | MS. HAYWARD:  Yes.  And while we -- if we | |
| 11 | could take a five-minute comfort break. | |
| 12 | MR. HEMENWAY:  Just to -- for the benefit | |
| 13 | of the Planet Depos people who are one, we're | |
| 14 | doing three depositions today, three different | 11:39:46 |
| 15 | 2004 corporate representative exams. | 11:39:46 |
| 16 | But my understanding, and you know, | 11:39:48 |
| 17 | Melissa, don't feel any need to jump in and | 11:39:50 |
| 18 | correct.  I'm just doing this for Planet Depos, | 11:39:50 |
| 19 | so... | 11:39:50 |
| 20 | So but my understanding is Mr. Lefkowitz | 11:39:53 |
| 21 | will be the witness for all three of them.  So it | 11:39:56 |
| 22 | will be the same lawyers, same witness, but we're | 11:39:58 |
| 23 | going to have two other transcripts, two other | 11:40:01 |
| 24 | 2004 exams. | 11:40:03 |
| 25 | THE REPORTER:  Then we'll -- we'll need to | 11:40:08 |

1   go off the record.                                    11:40:09

2        THE VIDEOGRAPHER:  The time is 11:40 a.m.        11:40:10

3   We're off the record.                                 11:40:12

4       (Whereupon the proceedings were concluded at      11:40:14

5                  11:40 a.m. CST)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2          I, Karisa Ekenseair, the officer before

3    whom the foregoing deposition was taken, do hereby

4    certify that the foregoing transcript is a true

5    and correct record of the testimony given; that

6    said testimony was taken by me stenographically

7    and thereafter reduced to typewriting under my

8    direction; that reading and signing was not

9    requested; and that I am neither counsel for,

10   related to, nor employed by any of the parties to

11   this case and have no interest, financial or

12   otherwise, in its outcome.

13         IN WITNESS WHEREOF, I have hereunto set my

14   hand and affixed my seal this 21st day of August,

15   2023.

16

17

18    Karisa Ekenseair, CCR, RMR  LS #5753

19

20

21

22

23

24

25

**A**

**aaron**
4:4, 9:2
**ability**
124:12, 124:15
**able**
77:15, 86:18,
86:20, 117:3,
120:19
**about**
10:12, 15:2,
19:5, 21:22,
22:25, 23:6,
23:10, 29:5,
30:1, 30:3,
37:25, 41:15,
43:4, 44:13,
46:25, 48:4,
52:6, 52:15,
52:16, 56:9,
60:15, 61:2,
63:4, 63:21,
66:12, 66:17,
68:9, 68:22,
72:5, 73:2,
73:6, 73:8,
73:23, 77:16,
80:1, 87:19,
87:22, 88:3,
88:17, 90:5,
93:3, 97:21,
102:11, 102:20,
103:7, 103:9,
103:10, 103:11,
104:1, 105:14,
110:9, 110:15,
110:16, 110:17,
112:4, 112:5,
113:1, 114:20,
117:6, 121:5,
122:21
**absolutely**
50:8
**abuse**
98:9
**access**
114:7, 120:23

**according**
48:10, 94:4
**accountant**
108:3
**accountants**
47:21, 53:17
**accounting**
6:21, 49:8,
80:5, 80:14,
80:17, 83:17,
86:8
**accurate**
12:1, 69:16
**acting**
25:14
**actually**
20:6, 70:14
**adp**
39:9, 39:10,
39:13, 105:17
**advice**
51:14
**advisors**
53:17
**affairs**
103:19
**affiliated**
19:7, 22:14,
25:18, 25:22,
26:10, 26:11,
26:12
**affiliation**
22:16, 25:24
**affixed**
128:14
**afford**
86:21
**after**
14:8, 14:11,
62:11, 84:2,
101:11, 101:14
**again**
28:23, 50:10,
53:22, 59:10,
69:5, 72:21,
75:25, 77:18,
86:11, 89:16,
91:23, 103:8,

107:2, 116:5
**age**
9:14
**agenda**
88:7, 88:9
**agree**
38:10, 72:13,
116:15
**agreed**
11:19, 11:22,
48:1, 49:20,
50:17, 126:3,
126:5
**agreeing**
60:3
**agreements**
38:9, 72:6,
72:22, 80:24,
88:24, 89:14,
89:17, 89:20,
91:1, 91:3,
91:19, 92:8,
125:8
**ahead**
11:14, 15:20,
24:13, 40:22,
45:12, 56:16,
65:22, 86:7,
86:13, 89:22,
120:12, 121:15,
121:23
**ain't**
49:2
**all**
9:19, 10:14,
13:15, 13:17,
14:4, 14:5,
14:20, 19:6,
21:1, 27:1,
27:13, 30:19,
31:11, 31:17,
33:10, 39:17,
43:21, 50:11,
56:19, 62:21,
73:19, 76:15,
81:10, 82:13,
84:8, 84:19,
86:7, 86:8,

91:1, 94:9,
94:10, 99:21,
102:5, 102:8,
102:11, 108:23,
108:25, 109:1,
112:3, 113:23,
114:25, 118:6,
119:24, 120:4,
120:9, 120:13,
121:4, 121:15,
124:4, 125:17,
126:21
**allow**
50:23
**already**
61:7
**also**
4:18, 9:5,
25:10, 36:12,
65:10, 103:8
**amount**
18:22, 100:10
**amounts**
83:21, 83:24,
84:5
**analogy**
109:16
**andrews**
3:14, 8:22
**ann**
4:15
**anna**
3:6, 9:6
**annual**
38:23
**another**
49:2, 64:9,
72:7, 88:19,
88:21
**answer**
10:18, 18:15,
18:16, 27:3,
29:14, 29:19,
42:8, 42:11,
42:15, 42:18,
42:21, 43:3,
44:6, 49:2,
49:3, 50:2,

50:25, 51:7,
56:22, 59:10,
68:23, 69:6,
75:18, 75:24,
76:8, 78:17,
78:22, 83:6,
92:1, 99:18,
107:2, 111:20,
111:22, 112:5,
114:12, 116:5

**answered**
18:1, 20:10,
26:6, 30:19,
53:23, 58:8,
58:12, 58:22,
59:7, 59:9,
76:3, 78:11,
78:12

**answering**
18:13

**answers**
10:15, 99:4

**any**
10:18, 11:24,
14:14, 15:6,
16:4, 19:1,
19:2, 19:7,
19:25, 20:18,
20:21, 20:22,
20:23, 21:21,
26:25, 31:4,
34:9, 35:15,
38:6, 39:19,
39:21, 42:8,
42:25, 51:18,
53:4, 54:9,
57:4, 57:5,
57:11, 59:1,
60:7, 63:14,
68:13, 74:12,
74:15, 74:18,
78:15, 80:6,
80:25, 81:4,
81:16, 92:7,
94:8, 94:12,
94:16, 98:13,
99:11, 100:6,
102:17, 103:3,

103:4, 104:8,
105:6, 106:8,
106:11, 106:13,
107:13, 107:17,
116:4, 116:11,
120:21, 124:22,
125:7, 126:17,
128:10

**anybody**
12:8, 20:17,
21:3, 22:4,
32:4, 46:17,
52:2, 55:17,
60:10, 85:24,
93:4, 94:16,
109:7, 118:12,
121:1, 125:21

**anyone**
88:1, 98:21,
116:12

**anything**
31:8, 32:3,
36:7, 38:20,
41:15, 48:14,
49:24, 52:6,
61:22, 67:21,
67:22, 73:7,
73:12, 73:14,
73:17, 100:7,
105:25, 109:15,
109:18, 124:25

**apologies**
84:15

**apologize**
57:25, 61:14,
109:4

**appear**
108:13, 108:15

**appearances**
5:4

**appointed**
24:1, 24:20,
24:21, 24:25,
25:4, 25:13

**appreciate**
35:25, 108:6

**approval**
97:4, 108:10,

112:12, 123:1

**approvals**
112:17

**approve**
96:9, 96:14,
97:12, 100:18

**approved**
96:10, 99:24,
100:14, 100:17,
100:20, 110:21,
110:23, 111:18,
111:21, 112:15,
112:16

**approving**
97:9, 97:10,
97:15, 112:9

**april**
62:23

**arbor**
4:15

**arizona**
33:17, 63:20,
63:22, 63:25,
64:1, 66:9

**arkansas**
2:12, 2:16

**around**
9:24

**arrangement**
79:18, 102:21,
103:15

**asked**
17:25, 18:21,
20:8, 21:18,
23:24, 23:25,
24:1, 24:19,
24:24, 25:5,
25:6, 25:22,
26:6, 30:7,
30:9, 30:11,
30:14, 30:16,
30:17, 36:22,
36:25, 37:3,
37:14, 37:24,
42:12, 42:21,
43:4, 47:4,
50:24, 52:6,
57:13, 58:8,

58:12, 58:22,
59:7, 59:9,
72:25, 74:3,
75:14, 86:22,
87:1, 87:7,
87:9, 88:1,
88:3, 92:16,
92:24, 95:25,
113:7, 119:3,
119:6, 119:13,
119:16, 119:17,
121:1

**asking**
14:10, 18:11,
21:3, 21:14,
23:11, 23:13,
26:1, 26:10,
30:1, 37:2,
39:15, 40:11,
42:19, 43:19,
44:24, 45:5,
49:4, 51:10,
53:22, 56:21,
56:25, 65:5,
69:15, 72:24,
73:6, 73:8,
74:15, 74:21,
75:2, 76:10,
78:11, 82:5,
83:17, 85:21,
87:22, 92:21,
96:1, 96:21,
96:23, 98:8,
98:14, 98:16,
99:12, 107:21,
110:8, 112:4,
113:1, 113:11,
114:20, 117:11,
119:12, 122:15,
123:6

**assist**
92:25

**assistance**
51:11, 51:13

**assisting**
63:14, 63:22

**assume**
10:14, 91:8,

91:10, 92:11,
113:14
**assumed**
91:8
**assuming**
91:2, 102:17
**assumption**
102:19
**attached**
5:12
**attachment**
6:22, 84:10,
84:17, 84:25,
90:10
**attendance**
9:6
**attorney**
8:18, 108:12
**audio**
32:15
**august**
1:14, 8:11,
128:14
**available**
11:13
**avenue**
50:21
**average**
39:13, 39:15
**avoidance**
57:24
**aware**
19:25, 22:6,
54:18, 57:14,
85:20, 92:6,
95:5, 95:10,
96:9, 106:12,
112:25, 117:23,
118:8, 120:5,
124:24, 125:9
**away**
21:11, 21:21,
50:19
**az**
66:19

**B**

**back**
15:22, 15:24,

33:6, 33:8,
34:18, 44:8,
59:11, 59:12,
60:19, 60:25,
66:6, 69:9,
86:13, 89:3,
89:9, 95:17,
101:14, 101:25,
102:6, 104:21,
106:19, 121:13
**backup**
85:15
**bad**
109:3
**bank**
52:21
**bankrupt**
86:20
**bankruptcy**
1:1, 8:8, 46:9,
52:21, 87:10,
88:8, 88:13
**based**
40:6, 45:2,
45:5, 55:22,
55:24, 77:10,
80:2, 105:17,
107:5
**basic**
10:15
**basically**
37:12, 68:8,
74:7, 77:6, 88:5
**basis**
56:5, 56:7,
56:9, 56:14,
76:5
**bates**
5:22, 6:5, 6:7,
6:12, 6:16,
6:23, 7:4, 7:8,
31:18, 64:11,
65:23, 84:12,
84:24
**because**
30:25, 35:4,
35:9, 50:3,
52:12, 53:23,

70:3, 75:18,
87:17, 96:21,
106:21, 108:14,
110:8, 111:20,
111:22, 113:12,
115:11, 115:20,
119:18
**become**
22:9, 45:6,
45:20
**been**
26:6, 49:16,
51:25, 58:8,
58:12, 58:22,
59:9, 60:15,
108:21, 110:12
**before**
2:10, 10:11,
14:9, 27:20,
27:23, 28:3,
32:1, 35:22,
37:23, 42:11,
46:6, 59:7,
63:17, 63:19,
91:4, 119:13,
122:20, 128:2
**began**
34:20, 34:22
**beginning**
8:17
**begins**
8:2, 89:25
**behalf**
3:2, 3:12,
3:19, 4:3, 4:10,
10:5, 11:8,
26:2, 26:4,
26:5, 47:1,
48:20, 50:15,
51:20, 52:3,
52:5, 58:6,
59:19, 60:7,
71:19, 75:7,
75:8, 86:19,
107:17, 108:13,
112:1, 112:2,
112:4, 112:6,
112:7

**being**
9:14, 23:10,
39:17, 88:4,
94:13, 94:17,
120:14
**belief**
55:23, 55:24,
56:6
**beliefs**
55:25
**believe**
25:1, 25:4,
31:14, 38:4,
38:7, 52:25,
54:1, 54:6,
61:17, 63:3,
63:5, 63:7,
67:3, 81:17,
81:22, 82:15,
101:11, 103:6,
105:12, 106:1,
106:7, 107:10,
119:14, 119:17,
119:18, 123:13
**believed**
55:21
**below**
122:6
**benefit**
126:12
**bet**
125:25
**better**
78:7
**between**
13:23, 22:21,
38:2, 38:5,
38:14, 40:12,
41:6, 44:12,
70:4, 70:9,
70:17, 70:20,
71:1, 72:12,
81:23, 82:2,
92:18, 94:22,
94:23, 94:24,
97:15, 124:16,
125:4
**bid**
66:9

| | | | |
|---|---|---|---|
| **bigger**<br>27:22<br>**bill**<br>108:4, 108:7,<br>108:14, 110:14<br>**billed**<br>103:23, 106:4,<br>110:4, 110:22<br>**billing**<br>79:3, 79:15,<br>108:17<br>**bills**<br>103:25, 104:19,<br>107:25, 108:3<br>**bit**<br>101:14<br>**both**<br>25:7, 25:16,<br>47:14, 72:22,<br>72:23, 112:12,<br>112:17, 112:18,<br>112:20<br>**bottom**<br>122:2<br>**bought**<br>110:2<br>**brain**<br>110:11<br>**break**<br>33:4, 60:14,<br>60:15, 60:17,<br>60:23, 101:8,<br>101:14, 101:20,<br>101:21, 101:24,<br>102:4, 121:7,<br>121:11, 125:21,<br>125:22, 126:11<br>**brink**<br>46:8<br>**broom**<br>110:2, 110:4,<br>110:5, 110:16,<br>110:18<br>**bucks**<br>79:4, 79:12<br>**business**<br>34:6<br>**busy**<br>56:19 | **buying**<br>110:5<br><br>**C**<br><br>**cabinet**<br>117:8, 117:9,<br>117:10, 118:1<br>**calculated**<br>39:7<br>**call**<br>27:14, 35:14,<br>35:24, 101:2<br>**called**<br>52:22, 100:24,<br>101:1, 101:4<br>**calling**<br>117:9<br>**calls**<br>122:22<br>**came**<br>41:19, 66:4,<br>85:13, 85:18,<br>88:21, 93:3,<br>111:22, 113:4,<br>113:5, 117:13,<br>117:14, 117:15,<br>120:17<br>**can't**<br>13:21, 13:25,<br>20:22, 27:21,<br>32:21, 72:25,<br>74:18, 74:25,<br>97:5, 98:13,<br>99:11, 99:16,<br>104:22<br>**capable**<br>13:22<br>**capacity**<br>23:7, 23:8<br>**car**<br>108:20<br>**card**<br>106:3, 107:23<br>**care**<br>1:6, 4:3, 9:4<br>**case**<br>1:6, 8:10,<br>9:23, 14:16, | 128:11<br>**ccr**<br>1:20, 128:18<br>**central**<br>3:23<br>**ceo**<br>22:23, 23:13,<br>34:3, 43:12,<br>43:14, 43:19,<br>44:3, 44:14,<br>44:18, 44:19,<br>44:22, 44:25,<br>45:3, 45:6,<br>45:9, 45:14,<br>45:17, 45:20,<br>71:18, 87:1<br>**certain**<br>104:5<br>**certificate**<br>5:9, 5:21,<br>128:1<br>**certified**<br>2:11<br>**certify**<br>128:4<br>**cfo**<br>71:18, 83:14,<br>83:22<br>**chain**<br>6:10, 6:15,<br>6:19<br>**changes**<br>43:25<br>**channeled**<br>116:17<br>**chapter**<br>1:8<br>**charge**<br>15:24, 16:1,<br>17:4, 26:9, 71:5<br>**charged**<br>79:21<br>**chart**<br>37:19, 37:22<br>**check**<br>104:21<br>**chief**<br>42:4, 71:18 | **chs**<br>66:19<br>**city**<br>3:9<br>**clarification**<br>10:18, 62:24<br>**clarify**<br>43:1, 69:24,<br>90:2, 106:21<br>**clean**<br>39:24<br>**clear**<br>49:1, 69:24,<br>73:4, 73:5,<br>78:16<br>**clerical**<br>118:18<br>**client**<br>18:24<br>**close**<br>101:9<br>**closer**<br>13:20, 101:13<br>**cml**<br>1:7, 8:10<br>**co-counsel**<br>15:3<br>**come**<br>31:7, 39:7,<br>80:3, 88:4,<br>88:11, 89:9,<br>101:14, 101:25,<br>113:19, 113:20,<br>113:21<br>**comes**<br>77:22, 97:19<br>**comfort**<br>126:11<br>**commitment**<br>6:4, 33:21,<br>33:23<br>**committee**<br>3:2, 5:15,<br>8:20, 9:21,<br>13:10, 13:13,<br>74:14, 75:10,<br>76:15, 111:23<br>**committee's**<br>11:23 |

**communicated**
114:21, 116:3
**communication**
116:7, 116:11,
116:15
**communications**
113:2, 114:6,
114:9, 115:5
**companies**
19:1, 19:2,
19:7, 19:21,
37:17, 37:18,
37:20, 37:23,
37:24, 38:6,
38:15, 39:21,
47:20, 47:21,
47:24, 48:24,
49:4, 49:11,
59:14, 59:25,
119:9
**company**
5:21, 16:12,
19:5, 27:2,
37:8, 52:12,
53:13, 61:19,
66:22, 86:20,
87:10, 87:18,
88:8, 88:11,
88:12, 109:23,
109:25, 110:1,
118:5, 119:9
**company's**
52:16
**compare**
72:6
**compensation**
40:6
**concerned**
102:16
**concluded**
126:2, 126:6,
127:4
**conduct**
11:23
**conducted**
1:11, 2:2
**conference**
110:3

**confirm**
12:9, 12:15
**connection**
93:8, 94:8
**consultant**
108:4
**consultants**
47:22, 53:16
**consulting**
1:13, 3:12,
5:19, 6:7, 8:23,
10:23, 33:20,
33:24, 34:2,
41:7, 41:24,
48:19, 51:14,
65:1, 65:7,
65:10, 65:13,
65:18, 66:20,
67:2, 67:4,
67:8, 69:18,
70:2, 70:6,
70:10, 75:6,
83:21, 83:23,
84:2, 85:4,
86:18, 90:24,
99:23, 123:17,
124:16, 126:5
**content**
68:14, 123:10
**context**
67:25, 68:3,
69:15, 116:24
**continue**
71:24, 72:1,
72:9, 72:10,
86:13, 125:24
**continued**
6:2, 7:2, 62:12
**contract**
23:17, 38:2,
38:5, 38:13,
41:2, 41:9,
41:16, 43:15,
43:24, 44:10,
45:23, 46:1,
48:8, 48:11,
48:15, 48:18,
48:19, 51:20,

52:7, 52:10,
52:17, 52:19,
52:22, 53:7,
61:4, 71:5,
73:10, 73:11,
79:16, 81:18,
81:20, 81:23,
82:2, 86:2,
104:25, 105:3,
105:7, 105:11,
105:22
**contractor**
56:18, 119:22
**contracts**
17:6, 17:24,
38:11, 54:7,
63:12, 63:15,
73:6
**control**
28:8, 28:11,
117:1, 117:17,
117:19
**conversations**
94:21, 94:22
**cooke**
4:19
**copies**
113:21, 117:14
**copy**
68:8, 68:10,
68:12, 68:16,
69:8, 84:2
**corizon**
19:6, 19:12,
34:20, 36:13,
40:1, 52:19,
53:1, 57:1,
57:2, 57:4,
61:3, 62:1,
62:2, 66:19,
80:5, 80:14,
80:16, 81:11,
81:14, 81:16,
81:19, 81:25,
82:1, 82:3,
82:6, 82:8,
82:9, 82:10,
83:4, 83:12,

83:22, 85:7,
85:8, 92:19,
94:23, 114:10,
114:22, 115:6,
116:4, 124:18
**corp**
19:14, 64:25,
65:5
**corporate**
1:13, 2:1,
5:17, 10:22,
11:2, 20:24,
23:7, 27:1,
28:5, 30:2,
46:2, 46:7,
46:9, 48:21,
50:13, 51:12,
52:12, 53:2,
80:22, 111:24,
114:24, 116:2,
126:15
**corporation**
11:5, 11:8
**corporation's**
11:11
**correct**
10:13, 10:21,
11:9, 13:14,
15:5, 17:9,
17:11, 17:12,
24:3, 24:12,
33:14, 34:13,
34:16, 34:21,
36:11, 38:1,
39:23, 40:3,
40:4, 43:13,
44:18, 45:19,
51:22, 52:24,
53:3, 54:23,
55:3, 56:11,
59:7, 61:5,
65:17, 66:5,
69:11, 69:19,
70:18, 79:20,
82:7, 82:18,
83:12, 83:13,
86:10, 87:6,
88:23, 89:18,

91:6, 95:2,
96:6, 101:5,
104:2, 104:15,
104:16, 105:2,
105:23, 109:6,
111:3, 112:19,
112:23, 112:24,
115:4, 115:25,
119:2, 123:1,
126:18, 128:5
**corrections**
33:18
**could**
15:10, 33:7,
41:21, 59:10,
67:18, 67:20,
67:21, 75:1,
87:4, 90:6,
106:19, 109:18,
110:3, 110:15,
126:11
**couldn't**
38:15, 68:25
**counsel**
8:16, 9:20,
12:7, 12:12,
13:3, 14:13,
15:1, 15:6,
17:7, 17:10,
17:17, 17:19,
17:21, 25:8,
25:10, 31:13,
31:18, 32:22,
46:20, 46:23,
46:24, 47:6,
48:22, 71:18,
84:11, 84:21,
90:1, 95:3,
95:7, 95:10,
95:12, 108:20,
111:23, 113:2,
113:7, 114:17,
114:25, 116:17,
120:7, 120:13,
128:9
**counterparty**
23:16
**court**
1:1, 8:8, 9:9,

10:17, 52:21,
68:24, 69:11,
106:18, 108:13,
108:15
**courtesy**
78:14, 78:15
**courthouse**
52:21
**covered**
61:7
**cpa**
108:3
**create**
48:17, 48:20,
49:18, 50:20,
50:21, 58:1,
98:18
**creating**
50:10, 57:24,
98:17
**credential**
74:9, 75:21,
76:19, 77:4
**credentialed**
74:16, 75:13,
76:2, 76:12,
76:13, 76:16
**credentialing**
37:12, 37:15,
37:20, 40:18,
73:19, 73:20,
73:22, 73:23,
73:24, 73:25,
74:3, 74:5,
74:7, 75:6,
78:2, 80:20
**credentials**
59:5
**credit**
106:3, 107:22
**creditors**
3:3, 5:16, 9:21
**cross**
4:12, 4:13,
10:1, 10:3, 10:4
**cst**
1:15, 127:5
**custodian**
116:19, 116:22,

117:1, 117:6,
117:10, 117:17,
117:18, 117:20,
117:23, 117:24,
118:2, 118:4,
118:9, 118:10,
118:11, 120:6,
120:8, 120:16,
120:17

**D**

**daily**
39:13, 39:16,
56:7, 56:9,
58:14, 58:15,
76:5
**dallas**
3:24, 4:7
**data**
77:10, 77:11,
77:12, 77:14,
78:19, 80:2,
80:3, 80:6,
80:14, 80:17
**database**
113:19, 117:15
**date**
8:11, 13:7,
20:11, 20:14,
20:20, 20:21,
20:22, 20:23,
21:6, 21:7,
21:8, 21:14,
43:15, 43:23,
44:2, 44:10,
44:11, 69:19,
70:4, 83:10
**dated**
6:4, 6:12,
6:16, 6:21,
33:13, 41:5,
64:24, 66:24,
104:25
**dates**
21:11, 21:20,
21:21, 21:23,
22:1, 22:8,
105:14

**david**
28:14, 28:17,
28:19, 28:22,
29:1, 29:6,
29:22, 30:6,
33:25, 34:1
**davidson**
3:13, 8:21,
12:1, 13:6,
13:11, 15:2,
15:7, 16:5,
16:13, 16:20,
31:6, 108:12,
111:7, 125:22,
126:1, 126:4,
126:7
**day**
44:17, 44:22,
56:19, 91:18,
101:22, 128:14
**dealing**
52:2, 52:4
**deals**
109:15
**debtor**
1:7, 6:6, 6:13,
6:17, 6:23, 9:3,
34:6, 39:19,
39:21, 50:23,
84:25, 114:9,
114:21
**debtors**
16:14, 31:8
**december**
15:23, 22:11,
34:19, 41:5,
43:16, 43:22,
44:1, 44:4,
44:9, 44:11,
44:13, 44:15,
44:16, 44:17,
44:20, 44:22,
45:1, 45:3,
45:9, 45:13,
45:18, 62:18,
81:21, 81:22,
82:2, 82:24,
84:6, 85:3,

92:22
**decide**
14:22
**decided**
111:4
**decision**
16:4, 16:25,
17:4, 18:10,
18:21, 18:22,
36:4, 36:7,
59:24, 60:4,
101:17
**decisions**
16:2, 16:3,
16:7, 16:14,
16:21, 16:24,
17:1, 17:5,
17:23, 18:2,
18:3, 18:12,
18:19, 19:3,
19:8, 19:12,
19:15, 19:18,
19:21, 19:24,
20:3, 20:11,
20:12, 20:18,
21:1, 21:4,
22:5, 37:25,
59:18, 59:21,
59:23, 60:6,
60:11
**definition**
22:15, 26:12,
64:5, 72:16,
73:3, 73:4,
73:25, 120:1
**delaware**
5:20, 28:6,
116:10, 116:11
**department**
33:17
**depend**
16:25
**depending**
18:5, 18:7,
18:13, 114:5
**depends**
18:24, 103:8
**depo**
126:1

**deponent**
16:16
**depos**
8:14, 9:10,
126:13, 126:18
**deposes**
9:14
**deposition**
1:11, 2:1, 8:3,
8:6, 8:15, 9:23,
10:2, 10:11,
11:12, 12:6,
12:17, 14:10,
14:11, 14:15,
15:8, 15:19,
48:1, 49:25,
98:10, 99:4,
115:3, 115:9,
128:3
**depositions**
49:20, 126:14
**derico**
4:11, 10:6
**described**
61:21, 78:18,
86:9, 106:14
**describing**
61:12, 61:15,
69:8
**description**
5:13, 6:3, 7:3
**descriptions**
61:18
**designated**
8:6
**designee**
1:13, 2:2
**desk**
96:16, 96:18,
97:14, 97:17
**detailed**
107:18, 107:20,
108:8, 108:9,
108:10
**details**
52:9
**deviate**
50:19

**dictionary**
116:23
**difference**
13:23, 13:25,
97:15, 102:22,
102:23
**different**
17:1, 35:7,
44:2, 58:13,
66:13, 75:17,
88:9, 126:14
**differently**
17:3
**differing**
119:25
**digital**
117:14
**diligence**
37:13, 37:15,
37:21, 40:18,
59:5
**dinnertime**
35:22
**direct**
56:17, 100:15,
100:17
**directed**
84:14
**direction**
128:8
**directly**
103:6
**director**
24:1, 24:20,
25:5, 26:9,
26:24, 27:6,
36:10, 41:25,
48:22, 51:25,
57:10, 96:4,
96:19, 96:25,
98:21, 99:22,
99:23, 104:13,
114:24, 119:8,
119:9
**directors**
26:23, 26:25,
27:5, 27:8,
30:4, 30:9,

30:14, 30:16,
53:15, 57:11
**discovery**
13:6, 13:8,
29:3, 49:7,
49:19, 49:21,
50:4, 50:11,
50:17, 50:18,
50:20
**discuss**
104:11
**discussed**
12:7, 14:13
**discussing**
17:15, 28:25
**discussions**
29:5
**disorganized**
121:6
**distinction**
44:12, 96:13,
102:25
**district**
1:2, 8:7
**division**
1:3, 8:9
**divisional**
62:17, 70:18,
88:22, 89:6,
89:10, 89:13,
89:15, 89:18,
90:23, 91:2,
91:5, 91:19,
123:12
**doc**
66:19
**document**
12:3, 12:6,
27:15, 27:20,
27:23, 28:4,
28:14, 31:21,
32:1, 40:23,
41:22, 43:11,
44:21, 44:23,
44:24, 45:2,
45:5, 45:14,
63:17, 63:18,
64:2, 64:6,

64:11, 64:21,
66:3, 83:16,
89:24, 113:17,
114:5, 114:18,
115:11, 115:17,
115:18, 116:6,
116:12, 116:13,
116:18, 116:25,
117:19, 117:25,
118:3, 120:17,
120:19, 120:24,
121:16, 122:14,
123:10
**document's**
64:24
**documentation**
12:10
**documents**
11:13, 12:15,
12:16, 12:19,
12:20, 12:24,
13:12, 13:15,
13:23, 13:24,
14:2, 14:4,
14:6, 14:14,
14:18, 14:19,
14:20, 27:1,
49:22, 49:23,
50:15, 50:16,
85:16, 89:20,
89:21, 90:22,
94:11, 94:20,
100:13, 112:23,
112:25, 113:4,
113:5, 113:12,
113:15, 113:19,
114:4, 114:13,
114:25, 115:2,
115:7, 115:8,
115:11, 115:13,
115:14, 115:24,
116:1, 116:6,
116:14, 116:16,
117:5, 117:16,
117:20, 118:9,
120:5, 120:8,
120:9, 120:13,
120:15, 120:21,

121:2, 121:6,
122:10
**doing**
48:14, 98:6,
98:12, 126:14,
126:18
**dollars**
79:1, 87:12
**done**
35:21, 51:1,
51:2, 53:8,
53:14, 53:15,
53:16, 94:21,
99:2, 100:23,
112:2, 118:12,
126:4
**door**
87:14
**doorsteps**
52:20
**down**
15:11, 15:18,
28:7, 41:21,
47:7, 88:16,
91:13, 91:23,
108:19, 122:2,
122:6
**download**
121:21
**downloaded**
118:6
**dozen**
47:5
**draft**
64:4
**drafting**
91:22
**drain**
50:22
**drawing**
44:12, 102:24
**due**
37:13, 37:15,
37:21, 40:18,
59:5
**duly**
9:14
**during**
14:7, 70:19

**duties**
27:6

**E**

**e-mail**
6:10, 6:15,
6:19, 24:8,
66:16, 66:18,
67:15, 67:16,
67:24, 68:13,
68:14, 68:23,
82:25, 83:16,
84:17, 85:1,
90:7, 90:11,
100:11, 114:6,
114:7, 114:8,
118:4
**e-mails**
94:5, 94:8,
94:9, 94:12,
94:16, 113:20,
117:15, 118:7
**each**
97:12, 120:17
**ear**
32:7
**earlier**
73:4, 81:23,
86:9
**easier**
35:18, 110:12
**eastern**
101:12
**easy**
35:23, 109:16
**effect**
62:6
**eight**
13:2
**either**
39:19, 90:6,
96:21, 106:24
**ekenseair**
1:20, 2:11,
9:9, 128:2,
128:18
**eliminate**
87:21

**elm**
4:6
**else**
12:8, 32:4,
46:17, 47:15,
60:10, 79:24,
80:21, 92:10,
94:16, 105:25
**elsewhere**
50:1
**employed**
118:21, 118:22,
128:10
**employee**
54:24, 55:6,
55:20, 56:18,
56:22, 118:19,
119:22
**employees**
53:5, 53:9,
53:11, 53:12,
53:15, 53:25,
54:2, 54:4,
54:10, 54:12,
54:18, 54:19,
55:2, 55:9,
55:17, 55:22,
56:2, 56:6,
56:13, 59:8,
118:24, 119:2,
119:8, 119:10,
119:11, 119:18
**employment**
54:7
**ended**
62:8, 62:10,
62:11
**ending**
31:22, 40:23,
121:16
**ends**
89:25
**engage**
59:18, 60:7
**engaged**
59:13, 92:13
**engaging**
60:2

**english**
49:1, 73:24,
97:5, 98:8,
98:20, 99:11,
99:19, 116:23
**enough**
97:5
**enter**
17:5, 17:24,
62:14
**entered**
62:15, 71:23,
72:6, 123:17
**entire**
36:14, 36:15,
36:18
**entities**
20:19, 21:2,
21:4, 22:1,
22:3, 22:8,
22:10, 23:12,
39:25, 51:9,
51:16, 51:18,
57:4, 57:5,
57:12, 72:4,
114:22, 116:4,
122:6, 124:17
**entity**
17:15, 17:16,
28:25
**equity**
122:20, 122:21
**errata**
69:11
**errors**
100:7
**esquire**
3:4, 3:5, 3:6,
3:13, 3:21, 4:4,
4:12
**established**
51:9
**evaluate**
93:25, 100:9
**evasive**
98:18
**even**
111:12, 119:21

**ever**
21:4, 27:19,
27:23, 56:2,
65:18, 67:4,
86:22, 106:2
**every**
49:18, 116:6
**everyone**
9:8, 97:24,
98:3, 98:11,
99:25
**everything**
107:13, 114:16
**ex**
5:14, 5:20,
6:4, 6:7, 6:10,
6:15, 6:19, 7:4,
7:7
**exact**
62:25, 73:7
**exactly**
24:22, 38:8,
40:11, 48:18,
58:20, 59:2,
71:19, 71:21,
77:23, 91:10,
97:3, 99:19,
112:21, 112:22,
120:17
**exam**
11:24, 29:12,
29:17, 31:10,
42:7
**examination**
5:7, 5:17,
9:17, 15:12
**example**
78:21, 108:11,
110:8
**exams**
8:4, 8:7,
126:15, 126:24
**exchange**
86:3, 124:25
**excuse**
31:22, 39:5,
71:14, 81:21,
125:19

**executed**
89:15, 89:18,
90:22
**exhibit**
11:15, 11:16,
15:13, 27:14,
27:15, 27:16,
31:12, 31:14,
31:15, 31:16,
31:24, 33:8,
34:17, 40:23,
40:25, 47:8,
63:19, 64:9,
64:14, 64:15,
65:25, 66:6,
66:8, 66:15,
82:16, 82:22,
82:24, 84:17,
88:15, 90:3,
90:7, 90:10,
90:13, 90:16,
90:17, 116:9,
121:16, 121:19
**exhibits**
5:11, 6:1, 7:1
**exist**
21:8, 21:9,
21:14, 21:20,
21:24, 58:23,
63:10
**expense**
108:4, 110:11,
110:14, 110:20,
111:21
**expenses**
106:3, 106:5,
107:8, 107:11,
107:14, 107:23,
107:25, 108:2,
108:5, 108:7,
108:14, 108:22,
108:24, 109:6,
109:11, 109:14,
109:20, 110:10,
110:23, 111:5,
111:9, 111:16,
112:10
**experience**
56:1

**experienced**
32:14, 32:15
**explain**
78:9, 78:10,
86:22, 87:11,
107:20
**explained**
87:13, 87:16
**explaining**
87:16
**explanation**
49:23, 50:1
**expy**
3:23
**extent**
19:11, 20:12

**F**

**facilitate**
89:8, 92:15
**facilitated**
93:9
**facilitator**
7:4, 89:1,
89:2, 89:23,
90:20, 93:1,
106:17
**facilities**
39:12, 39:16,
39:17
**fact**
119:1
**falls**
37:19
**familiar**
122:8, 125:2
**far**
102:15, 120:16
**fast**
94:20
**faster**
35:11
**february**
6:12, 6:16,
20:15, 21:8,
21:19, 63:4,
64:24, 66:24,
67:2, 67:10,

| | | | |
|---|---|---|---|
| 69:18, 70:2,<br>70:7<br>**fee**<br>38:19, 38:21,<br>38:23, 38:25,<br>39:1, 39:6,<br>103:10<br>**feel**<br>126:17<br>**fees**<br>49:19, 50:22,<br>61:3, 102:15,<br>102:18, 102:20,<br>102:21<br>**fell**<br>93:25<br>**few**<br>26:6, 54:19,<br>55:1, 62:7<br>**file**<br>88:12, 117:8,<br>117:9, 117:10,<br>118:1, 121:22<br>**filing**<br>116:10, 116:11<br>**filings**<br>28:5<br>**financial**<br>18:2, 18:3,<br>18:11, 18:19,<br>18:21, 18:22,<br>19:3, 19:8,<br>19:12, 19:14,<br>19:17, 19:21,<br>19:23, 20:2,<br>20:10, 20:12,<br>20:18, 21:1,<br>21:4, 22:4,<br>37:25, 46:13,<br>51:14, 52:18,<br>59:21, 59:23,<br>59:24, 60:4,<br>74:11, 76:24,<br>77:1, 77:8,<br>103:19, 128:11<br>**financially**<br>65:1, 65:6<br>**financials**<br>52:16 | **fine**<br>35:19, 68:25,<br>85:22, 90:5,<br>99:17, 120:2,<br>123:11<br>**finish**<br>10:17, 80:10,<br>101:25, 120:11<br>**finished**<br>80:12<br>**firm**<br>9:3, 107:25<br>**firms**<br>49:8<br>**first**<br>9:14, 9:25,<br>43:21, 66:18,<br>87:17, 91:3,<br>105:13<br>**five**<br>54:14, 64:17,<br>121:8<br>**five-minute**<br>101:8, 126:11<br>**flow**<br>93:9<br>**fly**<br>108:19<br>**focus**<br>11:20, 16:16<br>**folks**<br>71:10, 71:11,<br>71:13, 93:21,<br>94:23, 94:24,<br>94:25<br>**followed**<br>93:13, 93:14<br>**following**<br>70:17, 70:19,<br>93:15<br>**follows**<br>9:16<br>**foregoing**<br>128:3, 128:4<br>**forget**<br>35:10, 68:22<br>**form**<br>16:5, 17:13, | 23:5, 25:20,<br>28:23, 29:4,<br>29:9, 42:6,<br>75:22, 111:7<br>**formation**<br>5:22<br>**former**<br>87:1<br>**forward**<br>11:22<br>**frame**<br>21:6, 21:7,<br>21:22<br>**friend**<br>43:21, 49:16,<br>109:14<br>**front**<br>54:3, 61:20,<br>85:15, 104:9,<br>104:23, 105:18,<br>107:9<br>**full**<br>76:15<br>**full-time**<br>119:23<br>**fully**<br>107:18<br>**funding**<br>89:8, 92:15,<br>93:11, 93:12,<br>96:10<br>**funds**<br>85:6, 93:9,<br>102:13, 102:17,<br>103:1, 103:3,<br>103:5, 103:8,<br>103:10, 103:12,<br>103:13, 103:17,<br>104:8<br>**further**<br>49:24, 50:4,<br>98:13, 99:11<br>**future**<br>11:23, 11:25,<br>42:15, 42:21,<br>42:22<br>**fw**<br>6:10 | **G**<br>**gathered**<br>113:1<br>**gave**<br>21:6, 21:8,<br>72:17, 108:11,<br>110:7, 114:7,<br>118:5, 120:23<br>**gefner**<br>28:15, 28:17,<br>28:19, 29:24,<br>30:21, 30:25,<br>31:7, 33:25,<br>34:5, 34:10,<br>34:14<br>**gefner's**<br>28:22, 29:1,<br>29:6, 30:6,<br>30:23, 34:1<br>**general**<br>12:12, 17:7,<br>17:10, 17:16,<br>17:19, 17:21,<br>25:8, 25:10,<br>46:20, 46:22,<br>46:23, 46:24,<br>47:6, 48:22,<br>95:3, 95:7,<br>95:10, 95:12,<br>96:12, 96:13,<br>96:15, 97:13,<br>97:16, 109:25,<br>110:1, 112:24,<br>114:11, 114:15<br>**generally**<br>107:21, 107:24,<br>113:3<br>**genesis**<br>65:11, 65:14,<br>65:19, 66:21,<br>67:9, 70:7,<br>70:10<br>**geneva's**<br>11:24, 14:20,<br>20:5, 21:15,<br>34:19, 40:6,<br>45:22, 54:2, |

79:19, 89:5,
95:14, 103:4,
111:21, 112:8,
112:10, 114:25,
116:2, 116:25,
117:4, 122:25
**georgia**
2:13
**gerner's**
29:22
**gesturing**
32:7
**getting**
53:1, 101:12
**give**
10:1, 28:8,
49:18, 50:16,
50:24, 64:10,
68:13, 76:8,
78:16, 78:21,
104:11, 121:20
**given**
27:1, 75:10,
76:14, 90:25,
128:5
**go**
10:19, 11:14,
15:20, 24:13,
32:23, 32:25,
34:18, 35:11,
40:22, 44:8,
45:12, 49:25,
50:19, 56:16,
59:11, 65:22,
66:6, 66:15,
70:15, 84:9,
86:7, 86:13,
86:18, 89:22,
98:9, 101:13,
101:15, 101:18,
102:19, 104:21,
117:8, 120:12,
121:15, 121:23,
127:1
**goes**
15:22, 38:19,
38:21
**going**
10:14, 11:18,

16:10, 16:23,
17:2, 17:3,
17:14, 19:4,
35:9, 49:2,
50:3, 51:8,
58:18, 58:25,
60:15, 60:22,
64:9, 84:24,
86:23, 87:9,
87:19, 88:5,
97:3, 97:7,
98:7, 98:9,
98:14, 100:2,
102:2, 106:21,
115:10, 116:5,
120:11, 125:23,
126:23
**good**
9:19, 10:20
**gotcha**
105:20, 107:6,
108:23, 109:11
**gotten**
103:4
**governs**
27:2
**gray**
4:5, 9:3
**group**
37:17, 37:18,
58:5
**guess**
39:15, 69:10,
72:10, 95:16
**guessing**
32:21
**guffy**
15:7
**guys**
125:23

---
**H**
---

**half**
47:4
**hand**
128:14
**handed**
114:25, 120:8

**handing**
123:3
**handle**
37:15
**happened**
45:15, 45:16
**happy**
122:3
**hard**
35:21, 113:20,
117:13
**hayward**
3:21, 3:22,
8:24, 17:13,
23:5, 23:15,
25:20, 28:23,
29:4, 29:9,
29:12, 29:15,
29:20, 32:11,
32:19, 34:24,
42:6, 42:12,
42:17, 42:22,
43:2, 50:6,
60:17, 75:22,
90:9, 101:16,
101:19, 126:10
**head**
10:16
**health**
19:7, 19:10,
39:25, 40:1,
41:6, 43:12,
43:14, 43:20,
44:3, 44:14,
44:19, 44:25,
45:7, 45:17,
83:5, 83:12
**healthcare**
65:11, 65:14,
65:19, 66:21,
67:9, 70:7,
70:10
**hear**
32:8, 32:9,
32:21, 102:9,
106:21, 106:23
**heard**
42:19, 42:25,

69:23
**hearing**
32:3, 32:4,
32:6
**hello**
65:2
**help**
16:16, 48:24,
50:12, 64:4,
78:4, 97:6,
98:13, 99:11
**helped**
49:8
**helpful**
49:3
**helps**
91:25
**hemenway**
3:4, 5:7, 8:19,
9:5, 9:18, 9:20,
11:14, 11:17,
13:9, 15:18,
16:17, 23:9,
27:13, 27:18,
28:8, 28:12,
28:13, 29:13,
29:18, 29:21,
31:11, 31:15,
31:19, 31:21,
31:25, 32:3,
32:8, 32:10,
33:7, 33:9,
34:17, 35:1,
35:15, 35:20,
35:25, 36:2,
40:22, 41:1,
42:10, 42:14,
42:19, 42:25,
43:6, 43:7,
47:7, 60:14,
60:18, 61:1,
64:8, 64:15,
64:18, 64:19,
65:22, 66:1,
79:1, 79:2,
82:16, 82:19,
82:21, 82:23,

84:9, 84:13,
84:16, 84:21,
85:2, 88:15,
89:24, 90:4,
90:12, 90:18,
101:7, 101:23,
102:7, 106:18,
106:23, 106:25,
121:7, 121:14,
121:23, 121:25,
125:17, 125:25,
126:3, 126:5,
126:12
**here**
8:2, 8:5,
10:22, 20:24,
23:7, 26:2,
26:4, 26:5,
30:2, 39:24,
44:16, 47:1,
50:12, 50:13,
50:15, 68:5,
69:16, 72:6,
85:14, 111:14,
111:15, 111:24,
112:7, 121:6,
122:3
**hereby**
128:3
**hereunto**
128:13
**hey**
100:25
**himself**
10:1
**hire**
86:18
**hired**
26:7, 88:4
**hold**
121:4
**holdco**
40:2
**hotel**
108:21
**hour**
60:16
**housekeeping**
9:25

**houston**
1:3, 3:16, 8:9,
108:19
**hr**
55:19, 118:25,
119:7
**human**
54:16
**hundred**
99:3
**hundreds**
74:17, 74:19,
75:8, 76:4,
89:19, 90:22,
115:13
**hunton**
3:14, 8:22

**I**

**ian**
4:12, 10:4
**idea**
68:9
**identification**
11:16, 27:16,
31:24, 40:25,
64:14, 65:25,
82:22, 90:17,
121:19
**identified**
120:7
**identify**
10:1, 19:4,
49:7, 74:24,
75:10, 75:11,
110:14, 120:19
**identifying**
115:17
**illinois**
2:13
**immediately**
90:13
**impact**
11:23
**impose**
122:19
**imposes**
122:13

**inc**
1:6, 4:3, 9:4,
19:7, 19:10,
45:7
**incarcerated**
39:11, 40:7,
40:14, 40:17
**include**
61:19
**including**
97:3
**incur**
107:12, 109:12
**incurred**
109:21
**independent**
56:18, 119:22
**indirectly**
103:7
**individual**
88:2
**individuals**
39:11, 40:7,
40:14, 40:17
**information**
77:7, 77:9,
104:23, 105:18,
112:3, 117:6
**inmate**
39:2, 39:4,
39:5, 39:6, 39:7
**input**
36:1
**inquiries**
112:2
**inquiry**
11:7
**insolvent**
52:20
**instead**
72:11, 110:12
**instruct**
42:7, 68:6
**instructing**
29:13, 29:18,
42:10, 42:15,
42:17, 42:20,
43:3, 44:7

**instruction**
44:5
**interact**
29:24, 30:20,
30:25, 54:19,
55:1, 55:10,
56:7, 56:8,
57:10, 58:14,
58:15, 71:15,
119:19
**interacted**
71:8, 71:14,
118:23
**interactions**
30:1, 34:9
**interest**
22:17, 26:13,
26:14, 79:10,
79:12, 124:23,
128:11
**interfered**
88:2
**interference**
87:24, 87:25
**interfering**
87:20, 87:23
**interim**
43:11, 44:17,
44:21, 45:3,
45:6, 45:14
**internally**
12:9, 12:11
**interpret**
25:24, 123:5
**interpreting**
25:25
**interrelated**
112:20
**investigation**
50:12, 50:22
**invoice**
61:12, 78:25,
97:18, 97:21,
107:20
**invoices**
61:12, 61:15,
61:19, 61:20,
61:22, 108:8

invoicing
107:18
involved
19:1, 21:25,
22:3, 22:8,
22:9, 22:12,
23:12, 34:5,
34:12, 41:12,
56:20, 60:6,
60:10, 63:23,
63:25, 64:1,
64:2, 64:3,
64:6, 91:5,
91:21, 92:2,
92:7, 92:24,
93:5, 95:13,
95:15, 95:20,
96:1, 96:2,
96:15, 96:18,
96:19, 97:2,
97:20, 97:25,
98:3, 98:11,
104:14, 113:10,
113:13, 119:7,
125:5
involvement
97:23
isaac
1:12, 2:1, 5:6,
8:6, 9:13, 13:7,
32:11, 32:13,
32:19, 66:9,
66:13, 68:6
issue
10:19
item
110:15
itself
52:10, 73:10

**J**

jackson
4:10, 10:5
january
6:21, 63:2
jay
41:25, 43:8,
120:5, 120:21

jeff
82:25, 83:2,
83:4, 83:7,
83:11
jersey
40:1
job
1:18, 98:21
july
20:11
jump
126:17

**K**

kansas
3:9
karisa
1:20, 2:10,
9:9, 128:2,
128:18
kaufman
4:4, 9:2,
32:13, 32:21,
35:18
keep
48:16, 98:14,
98:16, 112:13
kelly
4:10, 10:6
keywords
118:6
knew
78:3
knowing
97:2, 97:7,
120:1
knowledge
11:11, 56:17,
116:2, 124:11
knows
23:11, 23:13
kohchise
4:10, 10:5
kurth
3:14, 8:22

**L**

label
64:12

language
66:4, 68:7,
68:8, 73:7,
98:20, 99:11
larger
121:21
last
15:12, 41:21,
44:8, 49:17,
66:3, 105:5,
118:15, 122:2
later
69:19
law
4:13, 9:3,
10:4, 49:7,
91:7, 107:25
lawful
9:14
lawrence
4:20, 8:13
lawyers
47:22, 53:17,
99:5, 110:12,
126:22
leader
112:19
leave
87:3, 87:4
lefkowitz
1:12, 2:1, 5:6,
8:6, 9:13, 9:19,
10:7, 12:2,
13:13, 16:9,
16:22, 17:17,
18:15, 21:13,
23:18, 27:4,
27:19, 29:23,
32:2, 41:3,
43:18, 51:1,
53:19, 59:22,
61:2, 64:20,
66:2, 68:6,
68:11, 69:25,
70:23, 72:9,
74:22, 77:20,
85:3, 90:19,
94:7, 99:2,

102:8, 102:25,
107:1, 122:1,
126:20
lefkowtiz
101:19
legal
46:14, 49:19,
50:22, 51:14,
86:7, 113:21
leitner
41:25, 42:4,
43:8, 120:6,
120:21
leitner's
42:2
lender
89:8, 93:8
less
54:14
let's
11:14, 15:20,
27:13, 27:14,
31:11, 34:17,
34:18, 40:22,
58:13, 60:14,
60:18, 64:8,
64:11, 65:22,
66:15, 70:14,
70:15, 73:20,
82:16, 84:9,
89:3, 101:7,
101:18, 101:23,
102:19, 103:11,
108:11, 120:10,
121:5, 121:15
letter
6:4, 6:11,
33:12, 33:21,
33:23, 34:12,
34:15
letting
10:16, 10:17
liability
5:21
liberty
4:14
liked
122:1

limit
124:12
limitation
16:15, 31:7
limited
5:20, 11:20,
23:3, 47:25,
49:21, 50:18,
50:19
limiting
124:20
limits
124:14
line
110:14, 110:15
list
39:22, 113:17
listed
19:2, 20:19,
21:2, 34:2,
37:23, 37:24,
45:11, 57:6
listening
110:13
little
101:14, 121:6
llc
1:13, 3:19,
3:20, 5:19,
8:23, 8:25, 9:1,
10:23, 17:18,
17:20, 19:20,
20:2, 23:1,
23:6, 25:9,
29:2, 29:7,
30:18, 33:20,
35:5, 35:6,
40:1, 41:25,
42:5, 42:9,
42:18, 43:5,
43:9, 65:1,
65:7, 65:10,
65:13, 65:18
llp
3:7, 8:20, 9:6
loaded
36:25
loanco
40:2, 92:19,

95:4, 95:7,
95:12
lodge
108:21
logical
75:2
long
14:9, 56:19,
60:17
look
14:5, 64:5,
69:10, 84:20
looked
14:3, 14:4,
81:23, 104:25
looking
16:17, 105:15
looks
32:5, 122:10
lot
35:10, 35:11,
88:24
ls
128:18
lunch
101:13, 101:20,
101:21

**M**

m2
16:15, 40:1,
40:2, 92:18,
94:24, 95:3,
95:7, 95:12
m2loanco
19:17
made
16:2, 16:7,
16:21, 17:1,
17:5, 17:23,
18:2, 18:6,
18:7, 18:10,
18:11, 18:19,
19:3, 19:7,
19:12, 19:14,
19:17, 19:21,
19:23, 20:2,
20:10, 20:13,

20:18, 21:1,
24:4, 24:10,
36:4, 36:6,
61:9, 93:14
mainly
94:21
maintain
54:9
make
21:4, 22:4,
27:22, 59:18,
69:24, 73:5,
90:12, 90:15,
90:16, 97:24,
101:16
making
62:24, 93:16,
93:17
malcolm
4:19, 28:9,
33:7, 47:8,
64:16, 82:17,
84:14, 89:25,
90:12
manage
37:6, 38:12,
38:13, 46:11,
72:15, 72:16
managed
16:11, 36:21,
36:23, 37:5,
37:7, 37:10,
39:17, 39:18,
39:19, 46:3,
46:5, 48:20,
53:1, 59:4,
64:25, 65:6,
66:20, 67:1,
67:4, 69:17,
70:1, 72:19,
73:3, 73:16,
79:25, 80:22,
86:11, 103:15,
103:19, 106:15,
107:5, 107:6,
107:16, 110:6,
110:18, 110:21,
110:24, 111:5

management
16:11, 16:13,
16:18, 30:5,
43:4, 67:7,
81:19, 82:4,
82:6, 82:14
managing
46:10
many
13:18, 14:2,
51:16, 54:12,
54:17, 58:21,
58:25, 91:18,
119:9, 119:13
march
6:5, 33:13,
63:6
marked
11:16, 27:16,
31:24, 40:25,
64:14, 65:25,
82:22, 90:2,
90:17, 121:19
matches
79:16, 79:17
matter
8:7
maybe
50:14, 118:1,
120:19
meals
109:17
mean
11:6, 15:5,
16:1, 18:3,
21:13, 21:23,
35:4, 35:5,
35:14, 36:20,
37:9, 37:10,
38:19, 39:3,
39:4, 39:13,
40:10, 46:4,
46:5, 53:10,
64:4, 67:23,
69:10, 73:20,
73:23, 73:24,
75:11, 80:13,
81:6, 93:17,

95:16, 98:5,
98:8, 99:5,
100:3, 100:4,
102:15, 113:3,
116:21, 116:24,
119:16, 119:17
**meaning**
19:6, 39:10,
44:11, 117:1
**means**
11:1, 25:22,
26:11, 35:12,
47:18, 73:22,
73:25, 96:20,
98:13, 98:24,
100:8, 116:22
**meant**
68:17, 72:8
**media**
8:2, 8:5
**mediation**
11:21
**meet**
108:19
**meeting**
24:22, 25:2,
110:3
**meetings**
46:14
**melissa**
3:21, 8:24,
29:14, 32:17,
35:9, 35:15,
90:5, 101:10,
126:17
**members**
26:19, 30:4,
30:18
**memory**
34:4
**mentioned**
52:11, 52:15,
70:16, 92:21,
94:10, 123:11
**merger**
16:15, 31:9,
34:6, 48:5,
62:12, 62:17,

70:18, 88:22,
89:6, 89:11,
89:13, 89:18,
90:23, 91:2,
91:6, 91:19,
92:8, 123:12
**merit**
2:15
**mexico**
124:18
**michigan**
4:15
**middle**
75:5
**might**
16:16
**million**
79:1, 79:3,
79:12, 85:4,
85:24, 86:3,
86:16, 86:23,
87:7, 87:12,
87:22
**minimum**
38:24
**minute**
66:7, 89:9
**minutes**
91:4, 110:17,
121:8
**miriam**
117:21, 117:22,
117:24, 118:9,
118:10, 118:11,
118:12
**miriam's**
118:15
**missouri**
2:12, 3:9
**monday**
1:14
**money**
18:4, 88:10,
88:11, 106:9,
106:11
**monitor**
8:12
**monitored**
99:23, 99:24

**month**
39:2, 39:4,
39:6, 52:23,
61:5, 79:22,
81:11, 82:11
**monthly**
38:23, 38:24,
61:3
**months**
49:17, 62:7,
105:5, 105:13,
105:14
**more**
16:23, 18:6,
40:16, 40:17,
47:5, 49:18,
49:19, 49:20,
73:17, 107:21
**morning**
9:19
**most**
14:21
**mostly**
100:23
**mouth**
52:14, 57:23
**move**
101:10, 102:1,
120:2, 125:18,
125:20
**moving**
11:22, 75:17
**msa**
22:22, 25:23,
26:8, 36:19,
38:9, 70:4,
71:24, 86:5,
86:8, 102:21,
103:9, 103:12,
103:13, 103:15,
103:17, 103:19,
105:21, 109:1
**much**
64:20
**mute**
32:12
**myself**
30:15, 44:6,

46:18

### N

**name**
8:21, 47:3,
47:6, 49:18,
64:10, 74:12,
74:18, 74:19,
74:25, 75:3,
75:15, 76:1,
77:2, 77:3,
77:14, 77:17,
77:22, 78:1,
78:4, 78:6,
78:10, 118:11,
118:15
**named**
39:21, 117:21,
118:12
**nameless**
49:10, 49:12
**names**
47:23, 49:13,
49:14, 49:15,
50:3, 51:8,
57:15, 57:17,
57:18, 57:21,
58:1, 58:2,
58:3, 59:1
**naming**
78:6
**national**
2:14, 2:15
**native**
84:23
**nd**
33:13, 64:24
**necessarily**
60:5
**need**
6:20, 28:24,
32:19, 44:5,
56:21, 64:21,
78:15, 78:16,
78:22, 83:20,
83:22, 86:6,
101:19, 101:21,
123:15, 125:22,

126:17, 126:25
**needed**
46:9, 53:13
**needing**
126:8
**needless**
97:18
**needs**
10:18, 87:18,
125:21
**negotiated**
38:16, 41:10,
51:20, 70:25,
71:3, 71:19,
125:10, 125:13
**negotiating**
91:22, 92:2,
92:7
**negotiation**
52:7
**negotiations**
41:13
**neither**
20:16, 128:9
**never**
91:7, 95:6
**new**
40:1, 50:21,
62:14, 62:15,
124:18, 126:8
**next**
84:16, 121:16
**nicholas**
3:5
**nick**
9:6, 49:17
**nodding**
10:16
**notary**
2:15
**note**
90:16
**noted**
83:11
**notice**
2:10, 5:14,
11:15, 11:20,
14:12, 15:19,

19:3
**noticed**
14:10
**november**
20:9, 20:14,
21:7, 21:19
**number**
5:3, 5:13,
5:22, 6:3, 6:5,
6:8, 6:13, 6:17,
6:23, 7:3, 7:5,
7:8, 8:3, 8:5,
8:10, 31:18,
39:7, 39:11,
40:6, 40:13,
50:20, 50:21,
62:25, 64:15,
65:23, 84:12
**numerous**
50:14

---
**O**
---

**object**
11:24, 29:4,
29:9
**objecting**
29:15
**objection**
16:5, 17:13,
23:5, 25:20,
28:23, 34:24,
35:16, 42:6,
42:23, 50:6,
75:22, 111:7
**objections**
35:10
**obligations**
45:22
**obviously**
112:11
**occur**
24:6
**officer**
34:5, 42:4,
128:2
**officers**
20:5, 26:21,
27:7, 30:4, 30:8

**official**
3:2, 5:14
**oh**
20:5, 39:5,
62:7
**oklahoma**
2:12
**one**
9:22, 18:6,
31:19, 31:21,
38:8, 38:14,
41:4, 47:5,
50:20, 64:10,
72:17, 73:21,
74:21, 74:22,
74:25, 75:11,
75:18, 78:12,
79:13, 88:2,
88:24, 90:21,
92:22, 113:9,
116:15, 121:4,
121:20, 122:10,
126:13
**ones**
14:22, 14:23,
106:14, 115:9,
122:2
**only**
10:19, 14:25,
45:2, 45:10,
45:13, 46:25,
63:16, 81:13,
81:15, 92:5,
106:16, 107:4
**open**
84:18
**operating**
42:4
**operations**
86:19
**opposed**
14:15
**order**
11:20
**org**
37:19, 37:21
**organization**
36:14, 36:15,

36:16, 36:18
**organizational**
16:18, 30:4
**other**
12:6, 14:16,
15:6, 20:17,
21:3, 22:4,
26:25, 27:5,
27:8, 30:15,
39:20, 39:21,
45:25, 56:6,
57:11, 58:15,
59:13, 59:15,
79:14, 80:20,
91:19, 92:21,
93:4, 96:17,
97:7, 106:8,
106:11, 106:14,
107:13, 109:11,
109:12, 116:2,
121:2, 125:8,
126:23
**others**
66:18
**otherwise**
128:12
**out**
32:15, 86:18,
88:21, 110:13,
117:9
**out-of-pocket**
106:4, 107:8,
107:24, 108:2,
108:3, 108:5,
108:7, 108:22,
109:14, 109:20,
110:10, 110:11,
110:14, 110:19,
110:20, 110:23
**outcome**
128:12
**outside**
16:6, 23:15,
29:16, 31:9,
42:7, 46:21,
47:16, 47:19,
47:25, 48:7,
48:10, 48:11,

48:13, 48:23,
48:24, 49:4,
49:6, 49:10,
49:13, 53:16,
59:13, 60:7,
86:18, 113:21,
117:16
**outstanding**
104:20, 104:22
**over**
18:23, 20:7,
96:22, 100:23,
115:1, 120:8
**overanswer**
30:13
**override**
30:12
**owes**
104:22
**own**
86:19, 99:4
**owned**
51:18, 66:21,
67:9
**owners**
27:9
**ownership**
22:17, 26:13,
26:14, 43:4,
88:8, 124:22
**owns**
26:17, 118:5

**P**

**page**
5:2, 5:13, 6:3,
7:3, 15:12,
41:21, 44:8,
90:7, 90:10,
91:23, 91:25,
122:14, 123:3,
123:10
**pages**
1:19
**paid**
88:4, 100:10,
103:24, 104:3,
104:5, 104:6,

104:18, 110:22
**parent**
19:20
**part**
13:6, 19:11,
47:11, 47:15,
54:15, 54:17,
86:1, 87:25,
89:15, 90:13,
90:23, 91:1,
108:23, 110:21,
110:24, 123:12,
123:16, 126:9
**part-time**
119:23
**participate**
89:11
**participating**
10:2
**particular**
38:21
**parties**
16:15, 31:9,
34:7, 48:5,
71:2, 92:20,
93:2, 113:11,
128:10
**partners**
27:10, 30:16
**party**
79:9, 79:11,
88:22, 89:14,
89:17, 90:24,
91:1, 91:11,
91:17, 124:19,
125:7
**passed**
96:15, 97:13
**passing**
96:17, 97:16
**paste**
68:8, 68:10,
68:12, 68:16,
69:8
**pay**
59:25, 60:1,
60:3, 85:24,
86:21, 100:16,

100:25, 102:21,
103:21, 106:2,
106:6, 112:14,
112:16
**paying**
82:11, 105:16,
111:9
**payment**
81:13, 81:15,
105:6, 105:10,
105:24, 108:9
**payments**
61:9, 80:2,
96:10, 96:14,
105:21
**payroll**
54:5, 56:3
**pending**
51:6
**people**
18:8, 47:20,
47:21, 58:21,
59:1, 60:19,
80:14, 80:16,
113:13, 114:3,
126:13
**perform**
36:24, 37:3,
48:6, 48:24,
57:11, 59:3,
72:2, 86:7,
92:14, 92:16
**performed**
47:12, 48:5,
48:7, 53:4,
53:9, 53:10,
61:16, 72:3,
73:9, 73:11,
81:5, 94:13,
94:17, 95:19,
95:21, 105:7,
105:11, 106:13
**performing**
40:13, 63:1,
63:9, 72:20,
93:19, 96:7,
103:21, 107:12,
108:18, 109:12

**performs**
57:1, 57:3
**perigrove**
3:19, 8:25,
17:11, 17:14,
17:18, 17:19,
17:21, 19:23,
20:1, 20:2,
22:13, 22:14,
22:17, 22:21,
22:23, 22:24,
23:1, 23:6,
23:10, 23:13,
23:16, 23:20,
24:10, 24:12,
24:13, 24:14,
24:16, 25:6,
25:9, 25:14,
25:18, 25:23,
26:8, 28:20,
28:22, 28:24,
28:25, 29:1,
29:5, 29:6,
34:23, 34:25,
35:2, 35:4,
35:5, 35:6,
35:11, 35:12,
35:14, 36:3,
36:5, 36:24,
37:4, 37:16,
37:21, 38:3,
42:5, 42:9,
42:18, 43:4,
43:8, 46:24,
51:18, 92:23,
92:25
**period**
15:22, 21:12,
22:2, 61:25,
62:5, 71:16,
81:15, 81:16
**permissible**
111:5
**person**
18:7, 92:6,
117:19
**person's**
47:3

personal
56:1
personnel
80:5, 80:17,
113:10, 114:8
persons
114:20
pharmacorr
3:19, 9:1,
19:20, 40:2,
57:4, 101:10,
101:15, 102:1,
125:20
phone
32:11, 94:21,
94:22, 100:23
phrased
78:13
pi
38:25, 39:1
place
8:15, 105:3
planet
8:14, 9:10,
126:13, 126:18
planning
89:5, 89:10,
91:5, 92:7
play
41:20
please
8:16, 8:18,
9:11, 10:10,
31:12
pllc
3:22, 4:13,
8:25, 10:5
pm
38:25, 39:1
point
43:2, 81:1,
81:2
pop
78:25
population
39:13, 39:16
portion
46:10

postage
97:19
pre-merger
72:3
precise
105:18
preferred
81:22
preparation
12:16, 115:3
prepare
12:5, 14:11,
14:14, 15:8
prepared
30:3
present
4:18, 22:4
presumably
113:12
prevents
122:24
previous
9:22
previously
12:21, 12:25
printing
109:15
prior
14:7, 70:20,
72:17, 84:25,
90:13
problem
121:23
proceedings
127:4
process
78:5, 78:10,
99:25, 112:21
produce
53:14, 113:8,
117:12
produced
13:8, 13:13,
14:19, 28:3,
53:13, 84:23,
94:11, 112:23,
113:7, 113:8,
113:16, 113:18,

113:23, 114:4,
114:24, 115:13,
115:17, 116:16,
117:5, 117:16,
117:20, 118:8,
120:5, 120:22
producing
14:7
production
14:8, 116:25
productions
116:19
professional
2:14
progress
47:13
project
80:25, 81:7
proposing
35:16
propounded
9:15
protocol
111:10, 112:21
provide
51:13, 79:16,
80:5, 80:17,
94:3, 107:7,
124:25
provided
49:22, 50:14,
51:11, 61:25,
66:9, 73:3,
74:14, 75:6,
80:11, 80:14,
80:19, 81:19,
82:3, 82:6,
82:13, 84:1,
85:18, 94:2,
94:9, 107:4
provides
104:15
providing
49:22
public
2:15, 128:1
publically
66:22

pull
11:14, 27:13,
27:14, 31:11,
31:15, 33:7,
40:22, 64:8,
64:9, 64:11,
65:22, 70:14,
74:23, 85:19,
88:7, 89:3,
89:20, 89:22,
110:13, 117:8,
120:18, 121:15
pulled
63:17, 116:9,
120:25
pulling
11:17, 84:22,
85:16, 90:19
purchase
122:10
purpose
79:3, 79:15,
123:20, 123:22,
123:23, 124:10
purposes
14:16
pursuant
2:10
put
52:13, 90:9
putting
50:10, 57:23

---

**Q**

qualify
17:15, 28:25
quantify
13:21, 14:1,
40:15
question
10:9, 10:17,
18:18, 21:16,
21:18, 25:22,
26:6, 26:15,
27:3, 29:14,
29:16, 29:19,
30:7, 30:9,
36:25, 42:11,

42:13, 42:18,
43:3, 47:4,
48:17, 50:24,
51:4, 51:6,
51:17, 51:19,
53:21, 53:22,
57:13, 58:8,
58:22, 59:9,
67:18, 67:20,
68:2, 69:5,
69:7, 75:2,
75:18, 75:24,
76:10, 77:19,
77:22, 78:11,
78:13, 78:16,
78:23, 83:6,
90:25, 96:22,
99:4, 107:1,
109:3, 114:3,
114:11, 115:21,
115:22, 115:23,
120:15

**questioned**
87:19, 90:5
**questioning**
10:3, 67:25
**questions**
9:15, 20:8,
23:6, 26:1,
30:11, 30:20,
42:8, 42:16,
42:21, 42:23,
43:1, 69:22,
78:12, 98:14,
98:17, 99:13,
110:9, 119:24

**R**

**rack**
110:10
**rather**
10:16, 87:15,
91:4
**rawnsley**
66:8
**re-asked**
69:22
**reach**
71:9

**reaching**
71:17
**read**
59:12, 69:9,
86:13, 95:16,
99:19, 106:19,
123:2, 123:4
**reading**
128:8
**ready**
64:22, 64:23
**really**
78:9
**recall**
13:18, 23:25,
24:7, 24:9,
24:18, 24:22,
25:2, 33:11,
38:15, 38:17,
41:11, 41:12,
41:15, 41:18,
41:22, 42:3,
45:8, 45:10,
45:15, 45:16,
45:21, 52:9,
63:21, 63:23,
70:22, 71:4,
71:19, 71:21,
71:22, 71:23,
76:8, 76:9,
77:3, 83:9,
84:4, 85:25,
92:4, 92:12,
93:3, 93:4,
94:15, 94:19,
95:8, 95:9,
95:11, 107:2,
118:16
**receive**
105:10, 105:24
**received**
61:3, 61:12,
81:10, 81:13,
85:12, 102:13,
103:1, 103:3,
103:13, 103:17,
104:8, 105:6,
105:21

**receiving**
14:11, 125:1
**recognized**
79:9, 79:11
**reconciled**
105:17
**record**
11:18, 32:23,
33:1, 33:3,
33:6, 35:19,
39:24, 48:17,
49:2, 49:19,
50:11, 50:21,
54:3, 57:24,
58:2, 59:11,
59:12, 60:22,
60:25, 69:9,
69:24, 73:5,
74:23, 98:17,
98:18, 102:2,
102:6, 117:9,
121:10, 121:13,
127:1, 127:3,
128:5
**records**
46:13, 46:14,
54:9, 104:9,
104:21, 105:15,
117:1, 117:3,
117:7, 117:12
**reduced**
128:7
**reed**
4:5, 9:3
**reference**
67:22, 68:2,
68:9, 68:13
**referenced**
90:20, 90:21
**references**
33:13, 83:20
**referring**
41:3, 65:9,
68:14, 84:6,
88:25, 89:21,
107:19, 114:19,
115:8, 115:12,
115:14, 115:15,

116:13, 116:14
**refers**
68:23
**refresh**
34:4
**refuse**
111:22
**refusing**
111:20
**regarding**
42:8, 42:18
**registered**
2:14, 2:15
**reimbursed**
108:8
**reimbursement**
107:7
**reject**
79:2, 79:6
**rejoin**
32:16, 32:18,
32:20
**related**
16:14, 107:15,
108:17, 109:1,
128:10
**relates**
20:19, 34:10
**relating**
92:8, 109:5
**relationship**
22:20, 34:19,
34:22, 40:12,
48:4, 70:9,
70:12, 112:9,
113:11, 113:14
**relationships**
34:6
**released**
93:16
**relevant**
11:21
**remedy**
50:1
**remember**
10:14, 14:2,
24:23, 25:12,
52:1, 52:2,

52:4, 52:6,
61:21, 62:8,
77:14, 85:23
**remembering**
77:17, 77:21,
77:25
**remote**
4:19, 27:17,
28:10, 31:13,
31:17, 31:20,
31:23, 32:5,
32:9, 32:22,
40:24, 64:13,
64:17, 65:24,
82:18, 82:20,
84:11, 84:15,
84:19, 90:1,
90:15, 121:18,
121:20
**remotely**
1:11, 8:15
**rent**
108:20
**repeat**
10:9, 107:3
**rephrase**
61:14, 78:12,
88:20, 93:18
**rephrasing**
48:16
**reply**
9:15
**report**
47:2, 54:21,
57:20, 58:5,
76:15
**reported**
1:20, 46:20,
46:22, 47:10,
47:13, 48:22
**reporter**
2:11, 2:14,
2:15, 5:9, 9:9,
9:11, 10:18,
59:12, 68:24,
69:11, 106:18,
106:20, 126:8,
126:25

**reporter-notary**
128:1
**reporting**
73:19
**reports**
75:9
**represent**
8:17, 8:22,
11:5, 62:16
**representative**
5:18, 8:7,
10:23, 11:2,
20:25, 30:2,
50:13, 111:25,
116:3, 126:15
**representing**
8:14, 8:20,
8:25, 9:3, 9:10
**request**
15:11, 24:11,
36:12, 36:17
**requested**
36:8, 36:9,
128:9
**requests**
113:17
**requirements**
122:13, 122:20
**reserve**
42:23
**resource**
54:16
**respond**
11:7, 51:17,
51:19
**responded**
119:24
**responders**
87:17
**responding**
21:16, 98:19,
98:20
**response**
94:6, 104:12,
114:2, 120:15
**restrict**
123:25
**restriction**
7:7, 122:11,

122:16, 122:17,
122:19, 122:23,
123:8, 123:24,
124:1, 124:5,
124:7, 124:9,
124:11, 125:8
**restricts**
123:9
**restructuring**
46:2, 46:7,
46:9, 48:21,
52:12, 53:2,
80:22
**resuscitation**
87:18, 87:21,
88:3, 88:6
**retain**
23:22
**retained**
22:13, 23:2,
23:10, 23:20,
26:7, 36:3
**retainer**
86:5, 86:6,
86:17
**retaining**
34:23, 35:2
**return**
52:25
**review**
12:16, 12:19,
13:15, 14:14,
14:18, 14:22,
14:23, 15:10,
15:11, 64:21,
100:12, 117:5
**reviewed**
12:2, 12:24,
13:12, 14:20,
94:10, 94:15,
94:19, 112:22,
114:13, 114:15,
115:2, 115:9,
115:23, 116:1,
117:4, 120:14
**reviewing**
12:6, 14:15,
100:11

**rfp**
33:15, 63:22,
63:25, 64:1,
65:4, 65:8
**rfps**
63:11, 63:13,
63:14
**rid**
34:17
**right**
9:19, 9:24,
10:12, 10:24,
11:23, 11:24,
19:6, 20:15,
23:3, 23:18,
23:19, 25:11,
27:13, 31:7,
31:11, 31:17,
33:10, 34:20,
41:4, 43:12,
52:23, 68:1,
81:10, 82:13,
83:15, 84:8,
84:19, 97:25,
98:1, 98:2,
98:4, 98:6,
98:11, 98:12,
98:22, 98:23,
99:21, 100:1,
100:5, 100:6,
100:8, 101:15,
101:18, 102:5,
102:8, 102:11,
120:4, 120:15,
121:4, 121:15,
123:2, 125:1,
125:18
**rmr**
1:20, 128:18
**role**
24:23, 28:19,
28:22, 29:1,
29:6, 29:22,
30:6, 30:23,
30:24, 31:2,
31:3, 31:4,
34:1, 42:2,
43:8, 51:23,

83:2, 83:7,
83:11, 89:5,
89:12, 96:3,
96:7, 111:2
**room**
110:3
**rule**
5:16, 11:15,
31:10
**running**
94:20

**S**

**said**
12:15, 15:1,
21:7, 21:9,
21:20, 22:7,
23:2, 23:20,
24:10, 24:17,
25:23, 26:15,
30:8, 30:10,
30:15, 30:17,
30:18, 30:21,
30:23, 30:24,
34:9, 34:18,
36:3, 36:7,
37:5, 43:21,
43:23, 44:10,
47:9, 48:11,
49:12, 50:5,
50:7, 50:8,
52:8, 55:1,
55:4, 55:9,
55:21, 57:19,
58:4, 58:14,
66:3, 66:8,
68:15, 69:1,
69:3, 69:8,
69:17, 70:3,
70:8, 72:25,
74:2, 76:12,
80:8, 80:13,
80:15, 80:18,
86:14, 88:1,
91:8, 95:9,
95:18, 95:21,
95:23, 96:2,
96:23, 96:24,

97:13, 98:3,
99:2, 100:25,
104:1, 104:19,
107:4, 107:22,
108:25, 110:24,
112:22, 117:13,
117:25, 119:6,
119:14, 119:18,
119:21, 124:7,
128:6
**same**
14:19, 32:14,
53:22, 62:13,
72:2, 72:5,
72:17, 72:18,
72:23, 72:25,
73:1, 73:7,
91:18, 93:21,
96:22, 126:22
**sara**
33:25
**sarah**
124:17
**save**
87:10
**saw**
62:19, 81:12,
92:22
**say**
17:14, 21:23,
24:17, 25:3,
28:24, 35:4,
35:5, 35:8,
35:10, 35:13,
36:6, 36:23,
37:1, 42:25,
46:22, 48:10,
49:12, 56:8,
57:17, 57:19,
57:20, 60:1,
64:3, 66:19,
67:21, 68:5,
68:12, 69:7,
69:20, 72:1,
75:25, 77:16,
77:25, 79:23,
86:25, 87:2,
89:16, 92:9,

93:16, 94:25,
97:18, 98:11,
98:23, 99:8,
99:15, 104:5,
105:8, 108:25,
109:1, 119:3
**saying**
25:17, 31:2,
40:16, 42:15,
47:11, 62:20,
63:13, 67:24,
69:25, 110:19
**says**
9:15, 16:18,
43:17, 43:18,
44:8, 44:11,
45:24, 64:25,
65:10, 65:12,
66:20, 67:8,
83:4, 99:20,
100:21
**scanned**
114:16
**scanning**
14:24
**schapiro**
12:14, 15:1,
15:7, 17:8,
17:10, 17:16,
17:23, 36:4,
36:9, 36:12,
36:17, 36:22,
37:3, 37:14,
47:6, 47:10,
54:22, 54:24,
55:4, 55:5,
55:6, 55:11,
55:16, 56:9,
58:16, 91:24,
92:5, 93:5,
94:13, 125:5
**schapiro's**
55:17, 57:16
**school**
91:7
**scope**
11:11, 11:20,
11:22, 16:6,

23:4, 23:6,
23:15, 26:11,
29:3, 29:8,
29:10, 29:16,
31:10, 42:7,
47:25, 49:7,
49:13, 50:17,
50:18, 50:19,
81:2, 93:12,
94:4, 106:16
**scratch**
20:6, 70:14
**scroll**
15:10, 28:7,
41:21, 91:13,
91:23, 122:2
**seal**
128:14
**searches**
118:6
**second**
31:19, 31:21,
64:10, 75:4,
75:5, 89:4,
90:6, 90:9,
106:22, 121:4,
121:21
**see**
27:24, 28:2,
33:12, 65:12,
66:10, 66:23,
85:3, 88:14,
91:3, 91:13,
92:20, 94:12,
94:16
**seeing**
106:20
**seeking**
63:11, 63:13,
63:15
**seen**
27:19, 27:23,
27:25, 32:1,
56:2
**selection**
13:16
**selective**
85:16

| | | | |
|---|---|---|---|
| **send**<br>18:4, 18:22,<br>61:15, 94:5,<br>94:7, 100:21,<br>106:11 | **showing**<br>54:9 | 77:13, 77:17,<br>77:22, 78:1,<br>78:3, 78:6,<br>78:18, 78:19,<br>79:19 | **speaks**<br>52:10, 73:10 |
| | **shows**<br>44:21, 44:24 | | **specific**<br>16:23, 73:17,<br>80:25, 81:4,<br>96:14, 104:10,<br>114:18 |
| **sending**<br>84:16 | **side-by-side**<br>72:22 | **some**<br>9:25, 14:9, | |
| **sent**<br>67:24, 115:5 | **sidebar**<br>75:23 | 38:7, 38:9,<br>38:19, 63:8,<br>110:19, 113:19, | **specifically**<br>74:4, 119:4 |
| **sentence**<br>80:10, 80:12 | **sides**<br>112:12, 112:17 | 113:20, 113:21,<br>117:13, 117:14,<br>117:15 | **specifics**<br>86:1, 119:6 |
| **serve**<br>36:10 | **sign**<br>65:4, 111:8,<br>125:23 | **somebody**<br>60:2, 100:15 | **specify**<br>115:10 |
| **server**<br>114:7, 118:5,<br>120:23, 120:24 | **signatory**<br>123:14 | **somebody's**<br>118:4 | **spectrum**<br>76:7 |
| **service**<br>67:7, 95:19,<br>107:5, 107:6,<br>110:18, 110:21 | **signature**<br>44:16, 91:23,<br>91:24 | **someone**<br>100:24, 101:1 | **spreadsheet**<br>84:23, 90:2 |
| | **signature-5tm1q**<br>128:16 | **something**<br>32:15, 52:15,<br>63:19, 90:21, | **st**<br>20:12, 21:7,<br>21:8, 128:14 |
| **set**<br>128:13 | **signed**<br>28:14, 33:23, | 91:9, 93:25,<br>120:1 | **stamped**<br>84:24 |
| **seven**<br>110:12 | 34:15, 41:24,<br>43:11, 44:17,<br>44:22, 45:14, | **sometime**<br>24:7 | **stamps**<br>97:19 |
| **several**<br>83:17 | 91:1, 91:4,<br>91:14, 91:18 | **sorry**<br>8:4, 13:4, | **stand**<br>27:17, 31:23, |
| **shared**<br>26:13 | **signing**<br>128:8 | 31:13, 31:15,<br>45:12, 64:10,<br>84:11, 84:13, | 40:24, 64:13,<br>65:24, 82:20,<br>84:20, 121:18 |
| **shawnee**<br>6:11 | **since**<br>90:5, 90:10 | 84:22, 106:18,<br>121:5 | **start**<br>20:6, 60:18, |
| **sholey**<br>82:25, 83:2,<br>83:4, 83:7,<br>83:11, 84:1 | **sir**<br>48:10, 97:6,<br>98:7 | **sort**<br>32:6 | 103:11, 126:8 |
| | | **sound**<br>10:20 | **started**<br>15:20 |
| **short**<br>121:7 | **sitting**<br>85:14 | **sounds**<br>38:15 | **state**<br>2:16, 5:20,<br>8:17, 11:18,<br>28:5 |
| **shorthand**<br>2:11, 128:1 | **situation**<br>52:18 | **source**<br>117:3, 117:6 | **statement**<br>65:3, 67:15,<br>67:19, 67:21 |
| **should**<br>28:10, 68:7,<br>74:19, 75:15,<br>100:10, 112:21 | **six**<br>49:17 | **sourced**<br>113:18, 117:10 | **statements**<br>69:16 |
| | **slang**<br>68:18, 68:20 | **sources**<br>113:5, 113:6,<br>113:24, 117:16, | **states**<br>1:1, 2:12, 8:8 |
| **show**<br>66:15 | **slightly**<br>121:21 | 120:18 | **stay**<br>32:24 |
| **showed**<br>48:15, 63:19,<br>66:2, 87:14,<br>105:19 | **software**<br>39:10, 76:24,<br>76:25, 77:1,<br>77:5, 77:8, | **southern**<br>1:2, 8:9 | **stenographically**<br>128:6 |

step
79:13
steps
79:14
still
68:21, 102:8,
105:3
stinson
3:7, 8:19, 9:6
stock
7:7, 122:11,
122:15, 122:17,
122:19, 122:22,
122:25, 123:8,
123:9, 123:24,
123:25, 124:1,
124:3, 124:7,
124:9, 124:10,
124:13, 124:15,
124:20, 125:8
stop
98:8
strategized
46:14
strategy
51:15
street
3:8, 3:15, 4:6,
4:14
strike
68:18, 72:10
structure
16:11, 16:14,
16:19, 30:5
stuff
56:20
stupid
110:8
style
5:3
subject
6:10, 6:15,
6:19
submitted
111:13, 111:16,
114:16
subpoenas
49:20

subsidiary
65:11, 65:13,
65:19, 66:21,
67:9, 70:6
substance
114:1
such-and-such
68:7
suite
3:8, 3:15,
3:23, 4:6
supplied
12:20, 12:25,
13:1, 13:2, 13:9
support
83:17
supported
65:1, 65:6
suppose
90:4
sure
21:13, 29:20,
32:25, 67:23,
68:24, 69:24,
73:2, 78:8,
81:4, 83:9,
85:17, 85:25,
90:1, 91:15,
93:14, 93:17,
97:24, 103:24,
108:1, 109:18,
112:18, 113:22,
116:8, 117:18
swear
9:11
sweep
110:2
sworn
9:14
system
77:12, 77:14,
79:1, 79:6,
79:7, 80:2
systems
76:22, 76:23

**T**

tad
3:13, 8:21,

11:19, 13:3,
16:18, 90:6
take
47:7, 60:14,
64:20, 73:20,
88:15, 101:7,
101:24, 117:25,
118:3, 121:5,
121:7, 126:11
taken
9:24, 10:12,
128:3, 128:6
taking
8:15, 8:18
talk
12:8, 12:11,
15:6, 15:18,
44:13, 110:15,
110:17
talked
14:25, 61:7,
88:17, 102:11
talking
15:2, 19:5,
21:22, 22:25,
23:9, 46:25,
52:16, 56:9,
61:2, 66:12,
73:2, 73:23,
75:5, 80:1,
102:20, 103:9,
103:10, 103:11,
104:1, 110:9
task
80:25, 81:4
tasks
48:25
taught
91:7
team
46:18, 46:19,
47:9, 47:12,
47:15, 48:23,
55:5, 55:11,
55:12, 55:13,
55:15, 55:16,
55:17, 56:10,
57:10, 57:16,

57:20, 58:4,
58:7, 58:11,
58:17, 58:19,
58:21, 58:23,
59:3, 59:8,
93:23, 93:24,
94:7, 95:1,
95:18, 95:23,
95:24, 101:3,
101:4, 109:7,
109:8, 109:9,
109:10, 109:22,
112:15, 112:16
teams
112:18, 112:20
technician
4:19, 27:17,
28:10, 31:13,
31:17, 31:20,
31:23, 32:5,
32:9, 32:22,
40:24, 64:13,
64:17, 65:24,
82:18, 82:20,
84:11, 84:15,
84:19, 90:1,
90:15, 121:18,
121:20
tehum
1:6, 4:3, 8:3,
8:7, 9:4, 57:5
tell
13:25, 16:10,
17:1, 17:4,
18:8, 18:10,
41:9, 43:25,
44:1, 45:2,
45:10, 45:13,
48:18, 49:21,
50:3, 51:8,
58:18, 58:25,
73:12, 73:17,
76:9, 76:13,
77:8, 77:15,
78:4, 78:19,
89:21, 100:2,
102:23, 115:16,
115:19

**telling**
13:22, 49:6,
85:23, 98:19
**ten**
101:24
**tennessee**
2:13
**term**
61:24, 116:19
**terminated**
87:3, 87:4
**terms**
11:11, 38:18,
54:17, 62:4,
70:22, 80:23,
86:16, 89:10,
116:19, 123:9
**testified**
20:25, 25:11,
53:1, 95:6
**testify**
30:3, 47:1,
50:15, 73:1,
104:23, 111:25,
112:6, 112:7
**testifying**
34:11, 95:11,
112:5
**testimony**
95:17, 99:7,
99:10, 100:24,
104:17, 128:5,
128:6
**texas**
1:2, 3:16,
3:24, 4:7, 8:9
**th**
66:24, 67:2,
69:18, 70:2,
82:24
**thank**
28:12, 64:18,
80:19, 82:21
**thanks**
126:1, 126:7
**themselves**
8:17
**thereafter**
128:7

**thing**
32:14, 63:16,
97:25, 98:1,
98:2, 98:4,
98:6, 98:12,
98:22, 98:24,
100:1, 100:5,
100:6, 100:8
**things**
10:15, 94:20
**think**
13:2, 17:2,
20:14, 21:25,
22:7, 25:11,
30:7, 30:19,
32:11, 34:18,
35:23, 38:9,
38:20, 38:24,
47:4, 62:7,
62:11, 66:12,
71:7, 74:13,
75:1, 81:8,
82:17, 83:4,
84:21, 89:12,
101:8, 101:10,
116:10, 119:25,
122:1, 123:13
**thinking**
56:5
**thompson**
4:11, 10:6
**thought**
52:7, 69:23,
95:18
**thousand**
13:20, 13:23
**thousands**
50:14, 74:17,
74:19, 75:9,
76:4
**three**
53:22, 66:18,
105:13, 126:14,
126:21
**through**
5:23, 6:6, 6:8,
6:13, 6:17,
6:24, 7:5,

10:19, 14:24,
20:11, 22:3,
39:22, 46:6,
49:17, 62:19,
76:20, 76:22,
77:5, 81:8,
96:16, 96:17,
97:13, 97:16,
97:19, 98:9,
100:19, 101:22,
116:17
**time**
8:12, 15:22,
20:17, 21:12,
21:21, 21:22,
22:2, 33:2,
33:5, 47:5,
49:18, 52:19,
54:9, 60:21,
60:24, 61:25,
62:5, 63:8,
64:20, 71:12,
73:21, 91:3,
101:12, 102:3,
102:5, 121:9,
121:12, 127:2
**times**
9:24, 10:12,
14:9, 26:6,
47:5, 53:22
**tiny**
27:21
**tirschwell**
33:25, 124:17,
125:4
**title**
123:8
**today**
8:13, 9:9,
85:14, 104:20,
104:23, 111:24,
112:5, 113:9,
126:14
**today's**
8:11
**told**
9:22, 10:11,
48:6, 54:21,

56:12, 57:9,
57:13, 76:14,
87:3, 87:4,
87:13, 110:16,
114:15
**took**
24:23, 53:18
**topic**
16:17, 112:8
**topics**
11:21, 11:25,
15:11, 15:12,
15:15, 15:21,
15:22, 113:9
**torpedo**
88:6
**touches**
98:22, 99:25
**track**
39:10
**traded**
66:22
**transaction**
18:5, 18:7,
18:9, 18:14,
18:25, 75:3,
75:7, 75:15,
76:1, 76:9,
76:13, 77:4,
78:2, 78:20,
80:4, 85:15,
97:12, 98:22,
99:25, 100:11,
100:15, 104:11
**transactions**
6:20, 19:25,
37:13, 37:16,
40:18, 59:6,
74:8, 74:9,
74:11, 74:15,
74:20, 75:9,
75:13, 75:21,
76:4, 76:12,
76:15, 76:19,
77:15, 97:4,
97:11, 97:16,
99:24, 100:19
**transcript**
5:12, 99:19,

126:9, 128:4
**transcripts**
126:23
**transfer**
124:20
**transferred**
122:20
**transferring**
122:25, 124:12,
124:15
**transfers**
102:11
**transmittal**
6:11
**trap**
48:17
**travel**
107:13, 107:15,
107:17, 108:12,
108:16, 108:23,
108:25, 109:1,
109:2, 109:5,
109:7, 109:8,
109:13, 109:15
**traveling**
108:14
**travis**
3:15
**tri-party**
92:18
**trouble**
32:6
**troubleshoot**
32:23
**true**
20:11, 65:3,
128:4
**try**
58:13
**trying**
35:21, 58:1,
68:16, 72:8,
75:12, 77:25,
78:23, 88:6,
98:17, 110:10,
113:25
**turner**
3:6, 9:6

**two**
50:21, 80:24,
126:23
**types**
61:18, 107:11,
109:11
**typewriting**
128:7
**typically**
61:10

## U

**ucc**
111:23
**uncertain**
104:20
**under**
37:19, 38:11,
45:22, 48:7,
48:15, 53:7,
61:3, 62:3,
81:11, 92:14,
93:20, 93:25,
94:13, 94:17,
95:14, 96:10,
105:7, 105:11,
105:21, 111:5,
128:7
**underlying**
83:20, 83:23,
100:13
**understand**
11:1, 15:15,
42:14, 50:2,
53:19, 53:21,
68:17, 68:25,
69:14, 69:25,
72:8, 75:12,
77:19, 77:21,
78:5, 78:7,
78:23, 98:12,
99:6, 99:9,
99:10, 117:18
**understanding**
11:4, 11:10,
68:21, 126:16,
126:20
**understood**
68:4, 68:15,

100:9, 123:15
**undertaken**
89:7
**united**
1:1, 8:8
**unless**
60:19, 105:18,
112:14, 112:16,
125:20
**unsecured**
3:2, 5:15, 9:20
**until**
60:19
**use**
26:12, 72:11,
86:15, 91:7,
108:11
**uses**
99:4
**using**
77:13, 78:18

## V

**valid**
77:15, 78:20
**validating**
80:1
**validation**
80:21
**validity**
74:7, 74:10,
75:7, 76:20,
76:21, 77:6,
77:9, 78:2
**valitas**
19:10, 39:25,
41:6, 43:12,
43:14, 43:19,
44:3, 44:14,
44:19, 44:25,
45:4, 45:6,
45:17, 46:8,
48:20, 51:21,
52:3, 52:4,
52:19, 62:2,
62:3, 62:11,
63:2, 75:7,
81:14, 81:16,

81:23, 81:25,
82:2, 82:5,
82:12, 82:13,
83:3, 83:8,
85:10, 92:23,
102:12, 114:10,
115:6
**various**
113:5, 113:23,
116:6
**verbal**
10:16, 100:23
**verge**
52:13
**verify**
76:21
**verifying**
76:20
**via**
2:2, 3:3, 3:12,
3:20, 4:3, 4:11,
8:15
**video**
8:12, 8:14
**videoconference**
2:2
**videographer**
4:20, 8:2,
8:13, 9:8, 33:2,
33:5, 60:21,
60:24, 102:2,
102:5, 121:9,
121:12, 127:2
**videotaped**
1:11, 8:3, 8:5
**view**
27:21
**viewing**
19:11
**voice-identify**
8:16
**voluminous**
74:13

## W

**w2**
56:19, 119:24
**wait**
60:19, 75:4

**walked**
21:11
**wallace**
4:20, 8:14
**walnut**
3:8
**want**
10:9, 24:17,
32:22, 50:4,
52:13, 60:19,
66:16, 69:23,
73:5, 75:10,
75:24, 76:7,
78:21, 88:10,
90:2, 99:5,
101:13, 101:15,
104:11, 110:17,
113:14, 123:4
**wanted**
36:24, 88:12
**washington**
2:13
**way**
25:24, 35:21,
35:24, 58:13,
62:21, 78:13,
87:16
**we'll**
26:12, 27:14,
66:6, 74:23,
89:9, 89:22,
90:12, 101:8,
101:24, 101:25,
120:2, 121:7,
126:25
**we're**
11:17, 17:2,
30:1, 33:3,
33:6, 60:22,
60:25, 64:8,
82:17, 84:16,
84:22, 87:19,
90:19, 101:12,
102:6, 113:25,
121:10, 121:13,
126:4, 126:13,
126:22, 127:3
**we've**
11:19, 11:21,

51:9, 60:14,
60:15, 121:5
**went**
21:20, 24:23,
32:15, 39:22,
46:6, 62:18,
62:21, 81:8,
100:19, 120:13
**weren't**
19:11, 34:11,
43:25, 63:25,
64:3, 92:2,
95:13
**west**
4:14
**whatever**
11:13, 35:18,
37:19, 51:3,
51:12, 53:13,
53:18, 109:19,
110:20, 111:10,
116:16
**whenever**
35:13, 35:14
**whereof**
128:13
**whereupon**
33:4, 60:23,
102:4, 121:11,
127:4
**wherever**
113:18, 117:12
**whether**
17:5, 17:23,
18:4, 34:5,
53:14, 53:15,
53:16, 56:13,
73:6, 76:9,
78:19, 93:25,
95:20, 100:10,
103:4, 104:18,
105:6, 109:15,
119:1, 121:1
**whichever**
25:24, 38:14
**whoever**
87:20
**whole**
66:16

**wholly**
66:21, 67:9
**william**
4:10, 10:5
**willing**
112:6
**wire**
6:19, 61:10,
61:11, 85:4,
85:18
**wired**
85:6, 85:8,
85:10
**wires**
83:18
**wish**
25:24, 50:12
**within**
39:11, 112:10
**without**
44:6, 104:23,
105:15, 122:25,
125:24
**witness**
5:6, 9:12,
10:4, 23:7,
25:21, 32:6,
34:25, 35:17,
35:19, 35:23,
42:8, 43:3,
50:7, 99:3,
101:12, 101:16,
101:18, 101:21,
126:21, 126:22,
128:13
**woman**
117:20
**word**
25:21, 26:11,
28:24, 69:1,
69:4, 69:7,
72:10, 72:11,
73:1, 73:24,
91:8, 116:23
**words**
52:14, 57:23,
98:8, 99:5, 99:6
**work**
25:6, 25:14,

36:13, 36:17,
37:2, 37:3,
51:12, 53:18,
58:4, 86:8,
86:9, 86:11,
86:16, 86:18,
86:21, 87:21,
101:22, 109:24,
112:21, 116:19,
118:13, 118:17,
118:18
**worked**
46:13, 49:9,
93:19
**working**
63:11
**wouldn't**
59:21, 75:18,
105:17
**wrapping**
101:9
**write**
65:8
**written**
68:7
**wrong**
69:12, 100:7

**X**

**xlsx**
6:21

**Y**

**yc**
89:25
**yc-e**
7:5, 7:8,
121:17
**yeah**
18:17, 23:9,
30:11, 36:14,
40:9, 44:10,
47:21, 53:19,
59:16, 66:11,
68:15, 70:15,
73:15, 75:17,
85:21, 86:13,
90:4, 93:18,

94:10, 102:17,
103:15, 106:23,
112:24, 113:25,
119:25
**yescare**
19:14, 31:9,
34:7, 40:2,
57:5, 62:12,
62:13, 62:14,
63:9, 63:10,
63:12, 63:15,
64:25, 65:5,
66:19, 67:1,
69:17, 70:1,
70:17, 70:21,
71:1, 71:9,
71:10, 71:11,
71:13, 71:18,
71:20, 71:23,
71:25, 72:3,
72:12, 72:14,
72:20, 73:9,
73:13, 73:18,
74:3, 74:6,
74:10, 74:16,
75:8, 76:2,
76:11, 88:18,
102:13, 103:2,
103:5, 103:6,
103:14, 103:16,
103:18, 103:20,
103:21, 103:23,
103:24, 103:25,
104:1, 104:8,
104:15, 104:19,
104:22, 105:15,
105:25, 106:2,
106:6, 106:8,
106:11, 106:14,
107:4, 107:12,
107:18, 109:5,
109:12, 111:4,
111:8, 111:11,
111:15, 111:17,
111:21, 112:1,
112:3, 112:4,
112:5, 112:6,
112:9, 112:14,

112:15, 114:9,
114:21, 115:6,
116:4, 122:5,
122:24, 124:16,
124:23, 125:14,
125:18, 125:19
**yourself**
95:13

## Z

**zach**
8:19, 9:20,
13:7, 16:13,
31:6, 49:16,
60:17, 78:25,
79:2, 125:22
**zachary**
3:4
**zalman**
12:14, 14:25,
17:8, 25:1,
25:3, 25:4,
25:5, 25:8,
25:13, 36:4,
36:6, 36:8,
36:9, 36:12,
36:17, 36:22,
37:3, 37:14,
47:6, 47:10,
54:22, 54:24,
55:4, 55:5,
55:6, 55:11,
55:13, 55:15,
55:16, 55:17,
56:9, 57:10,
57:16, 57:20,
58:4, 58:5,
58:15, 58:17,
71:7, 91:24,
92:5, 93:5,
93:23, 93:24,
94:7, 94:12,
95:1, 95:3,
95:11, 95:18,
95:23, 101:3,
101:4, 109:10,
109:21
**zluticky**
3:5, 9:7

**zoom**
2:2, 3:3, 3:12,
3:20, 4:3, 4:11,
8:15, 121:24

## $

**$125**
97:18
**$3**
85:24, 86:3,
86:16, 86:23,
87:7, 87:22
**$400,000**
97:21
**$50,000**
18:23
**$500,000**
52:23

## .

**.1**
5:14
**.11**
5:19
**.121**
7:8
**.2**
5:20
**.27**
5:23
**.3**
6:4
**.31**
6:6
**.4**
6:7
**.40**
6:9
**.5**
6:10
**.6**
6:15
**.64**
6:14
**.65**
6:18
**.7**
6:19

**.8**
7:4
**.82**
6:24
**.9**
7:7
**.90**
7:6

## 0

**00**
60:20, 101:25
**00155164**
84:25
**001586**
5:23, 27:15
**001692**
6:8
**01692**
40:23
**036150**
7:5
**038632**
121:17
**04**
102:6
**05**
33:2
**08**
33:5
**08632**
7:8

## 1

**10**
60:20, 101:24,
102:3
**100**
9:24, 10:12
**1018**
3:20, 8:25,
17:20, 17:22,
19:23, 20:1,
24:14, 25:23,
26:8, 34:25,
35:2, 35:5,
35:8, 35:10,
35:12, 35:14,

35:24, 36:3,
36:5, 36:16,
36:18, 36:24,
37:4, 37:16,
37:19, 37:21,
38:3, 43:9
**10501**
3:23
**106**
3:23
**1099**
56:19, 119:23
**11**
1:8, 66:24,
67:2, 67:10,
69:18, 70:2,
101:25, 102:6,
121:9, 121:12,
127:2, 127:5
**113011**
6:13, 64:12
**113013**
6:14
**1201**
3:8
**128**
1:19, 5:9
**138299**
6:17, 65:23
**138300**
6:18
**14**
1:14, 8:11
**144502**
31:22
**144532**
6:6
**144533**
6:6
**15**
105:5
**155163**
6:23, 82:19
**155164**
6:24
**1587**
5:23
**1601**
4:6

**164**
84:10
**1694**
6:9
**19**
6:22, 82:24
**1st**
20:15

---
**2**
---

**20**
6:5, 6:16,
33:13
**2004**
5:16, 8:4, 8:7,
11:15, 11:20,
11:24, 14:12,
15:12, 19:3,
29:12, 29:16,
31:10, 42:7,
126:6, 126:15,
126:24
**2021**
15:23, 20:9,
20:15, 21:19,
22:11, 34:19,
43:16, 44:15,
44:20, 45:1,
45:9, 45:18,
62:18, 64:25,
69:18, 70:2,
82:2, 84:6,
85:4, 92:22
**2022**
6:5, 6:12,
6:16, 6:22,
33:13, 62:7,
62:17, 62:19,
62:22, 63:2,
63:4, 63:6,
67:10, 70:7,
82:24, 105:1,
105:11
**2023**
1:14, 8:11,
20:12, 105:13,
128:15
**21**
20:14, 21:7,

21:8, 24:7,
128:14
**214**
4:8
**22**
6:5, 6:16,
33:13, 64:24
**220**
3:17
**23**
1:7, 8:10
**24**
6:12
**25**
110:17
**27**
121:9
**2900**
3:8

---
**3**
---

**31**
20:12
**32**
121:12
**36**
1:15, 8:12
**36150**
89:25
**36154**
7:6
**3810**
3:17

---
**4**
---

**40**
127:2, 127:5
**402**
4:14
**4134**
4:8
**4200**
3:15
**43**
60:21
**4600**
4:6
**48103**
4:15

---
**5**
---

**50**
13:20, 13:23,
101:24, 102:3
**500,000**
52:25, 61:5,
79:21, 81:11,
82:11
**503115**
1:18
**532**
31:22
**55**
60:19, 60:24
**5753**
128:18

---
**6**
---

**600**
3:15
**64103**
3:9
**6th**
41:5, 43:16,
43:22, 44:1,
44:11, 44:15,
44:20, 45:1,
45:9, 81:21,
92:22

---
**7**
---

**7104**
3:25
**713**
3:17
**734**
4:16
**75201**
4:7
**75231**
3:24
**755**
3:25
**77002**
3:16
**7th**
45:15



| 8 |
|---|
| **8** |
| 1:15, 8:12 |
| **816** |
| 3:10 |
| **842** |
| 3:10 |
| **8th** |
| 44:9, 44:13, |
| 44:16, 44:17, |
| 44:22, 45:3, |
| 45:13, 45:18, |
| 81:22 |

| 9 |
|---|
| **9** |
| 33:2, 33:5, |
| 60:19, 60:21, |
| 60:24 |
| **90086** |
| 1:7, 8:10 |
| **91** |
| 122:14, 123:3, |
| 123:10 |
| **954** |
| 4:8 |
| **9590** |
| 4:16 |
| **9600** |
| 3:10 |
| **972** |
| 3:25 |
| **994** |
| 4:16 |
| **9th** |
| 45:16, 85:3 |