

# Transcript of Isaac Lefkowitz, Corporate Designee (PERIGROVE 1018)

**Date:** August 14, 2023
**Case:** Tehum 2004 Exams, In Re:

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF TEXAS

3    HOUSTON DIVISION

4    - - - - - - - - - - - x

5    IN RE:                    :

6    TEHUM CARE SERVICES, INC.    :    Case No.

7                 DEBTOR.    :    23-90086 (CML)

8                           :    CHAPTER 11

9    - - - - - - - - - - - x

10

11    REMOTELY CONDUCTED VIDEOTAPED DEPOSITION OF

12    ISAAC LEFKOWITZ

13    AS CORPORATE DESIGNEE FOR PERIGROVE 1018, LLC

14    MONDAY, AUGUST 14, 2023

15    2:06 P.M. CST

16

17

18    JOB NO.: 503115

19    PAGES: 1 - 82

20    REPORTED BY: KARISA EKENSEAIR, CCR RMR

21

22

23

24

25

1          DEPOSITION OF ISAAC LEFKOWITZ, CORPORATE

2     DESIGNEE, CONDUCTED VIA ZOOM VIDEOCONFERENCE.

3

4

5

6

7

8

9

10          Pursuant to notice, before Karisa J.

11     Ekenseair, Certified Shorthand Reporter in and for

12     the States of Arkansas, Oklahoma, Missouri,

13     Tennessee, Georgia, Washington, and Illinois;

14     National Registered Professional Reporter,

15     National Registered Merit Reporter, Notary Public

16     in and for the State of Arkansas.

17

18

19

20

21

22

23

24

25

```
1                 A P P E A R A N C E S

2      ON BEHALF OF OFFICIAL COMMITTEE OF UNSECURED

3    CREDITORS (VIA ZOOM):

4           ZACHARY HEMENWAY, ESQUIRE

5           NICHOLAS ZLUTICKY, ESQUIRE

6           ANNA TURNER, ESQUIRE

7           STINSON, LLP

8           1201 WALNUT STREET, SUITE 2900

9           KANSAS CITY, MISSOURI 64103

10          816-842-9600

11

12

13     ON BEHALF OF PHARMACORR, LLC AND PERIGROVE

14   1018, LLC (VIA ZOOM):

15          MELISSA HAYWARD, ESQUIRE

16          HAYWARD PLLC

17          10501 N. CENTRAL EXPY, SUITE 106

18          DALLAS, TEXAS 75231

19          972-755-7104

20

21

22

23

24

25
```

```
 1        A P P E A R A N C E S   C O N T I N U E D

 2

 3   ON BEHALF OF TEHUM CARE SERVICES, INC. (VIA ZOOM):

 4          AARON KAUFMAN, ESQUIRE

 5          GRAY REED

 6          1601 ELM STREET, SUITE 4600

 7          DALLAS, TEXAS  75201

 8          214-954-4134

 9

10   ON BEHALF OF KOHCHISE JACKSON, WILLIAM KELLY, AND

11   DERICO THOMPSON (VIA ZOOM):

12          IAN CROSS, ESQUIRE

13          CROSS LAW, PLLC

14          402 WEST LIBERTY STREET

15          ANN ARBOR, MICHIGAN  48103

16          734-994-9590

17

18   ALSO PRESENT:

19          MALCOLM COOKE, REMOTE TECHNICIAN

20          LAWRENCE WALLACE, VIDEOGRAPHER          14:03:01

21                                                  14:03:01

22

23

24

25
```

```
1           T A B L E   O F   C O N T E N T S

2                                          PAGE

3      STYLE AND NUMBER.......................  1

4      APPEARANCES............................  3

5

6      WITNESS:   ISAAC LEFKOWITZ

7      EXAMINATION BY MR. HEMENWAY........... 9

8

9      CERTIFICATE OF REPORTER.............. 82

10

11                    EXHIBITS

12              (ATTACHED TO TRANSCRIPT)

13     NUMBER  DESCRIPTION                  PAGE

14     Ex.1    E-MAIL CHAIN, SUBJECT 11.45 AM

15             CALL, DATED DECEMBER 1, 2021,

16             BATES NUMBER DEBTOR299893,

17             CONFIDENTIAL....................27

18     Ex.2    NON-BINDING TERM SHEET, BATES

19             NUMBER DEBTOR299894 THROUGH

20             299898, CONFIDENTIAL............36

21     Ex.3    E-MAIL CHAIN, SUBJECT FLORIDA,

22             DATED JANUARY 31, 2022, BATES

23             NUMBER DEBTOR169745,

24             CONFIDENTIAL....................49

25
```

```
 1                    EXHIBITS

 2                   (CONTINUED)

 3   NUMBER  DESCRIPTION                     PAGE

 4   Ex.4    E-MAIL CHAIN, SUBJECT CHS

 5           ENTITIES, DATED FEBRUARY 21,

 6           2022, BATES NUMBER

 7           DEBTOR111835, CONFIDENTIAL.......53

 8   Ex.5    E-MAIL CHAIN, SUBJECT FTI,

 9           DATED FEBRUARY 14, 2022, BATES

10           NUMBER DEBTOR348914,

11           CONFIDENTIAL....................65

12   Ex.6    FTI CORIZON HEALTH PRELIMINARY

13           VALUATION INFORMATION REQUEST,

14           BATES NUMBER DEBTOR348915

15           THROUGH 348916, CONFIDENTIAL.....67

16   Ex.7    DOCUMENT 811 PAGE 220 OF 225.....69

17   Ex.8    E-MAIL CHAIN, SUBJECT RE:

18           WIRING INSTRUCTIONS FOR THE

19           CENTURION/TN DOC SETTLEMENT,

20           DATED DECEMBER 15, 2021, BATES

21           NUMBER DEBTOR 621804 THROUGH

22           621805, CONFIDENTIAL.............70

23

24

25
```

```
1                    EXHIBITS

2                   (CONTINUED)

3    NUMBER   DESCRIPTION                    PAGE

4    Ex.9     E-MAIL CHAIN, SUBJECT FWD:

5             [EXTERNAL] FW: CORIZON

6             CENTURION SETTLEMENT, DATED

7             DECEMBER 28, 2021, BATES NUMBER

8             DEBTOR305428 THROUGH 305429,

9             CONFIDENTIAL....................71

10   Ex.10    E-MAIL CHAIN, SUBJECT RE:

11            LEFKOWITZ/HYMAN, DATED APRIL

12            26, 2022, BATES NUMBER

13            DEBTOR165274 THROUGH 165248,

14            CONFIDENTIAL....................73

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2          THE VIDEOGRAPHER:  Here begins Media        14:05:43
 3    Number 1 in the videotaped deposition of Isaac    14:05:45
 4    Lefkowitz, designee in the matter of Tehum 2004   14:05:47
 5    exams In Re: In the United States Bankruptcy Court 14:05:53
 6    for the Southern District of Houston, Texas       14:05:56
 7    Division, Case Number 32-90086 (CML).             14:06:00
 8          Today's date is August 14, 2023, and the   14:06:08
 9    time on the video monitor is 2:06 p.m.  The       14:06:11
10    videographer today is Lawrence Wallace            14:06:19
11    representing Planet Depos.                        14:06:21
12          This video deposition is taking place      14:06:23
13    remotely via Zoom.                                14:06:24
14          Will counsel please voice-identify         14:06:27
15    themselves and state whom they represent beginning 14:06:29
16    with the taking attorney, please.                 14:06:31
17          MR. HEMENWAY:  Zach Hemenway with Stinson,  14:06:33
18    LLP for the Committee, and Anna Turner is here    14:06:35
19    with me as well.                                  14:06:38
20          MS. HAYWARD:  Melissa Hayward, Hayward      14:06:40
21    PLLC here on behalf of Perigrove 1018, LLC, the   14:06:43
22    deponent.                                         14:06:47
23          MR. KAUFMAN:  Aaron Kaufman from the law    14:06:47
24    firm Gray Reed for the debtor, Tehum Care         14:06:52
25    Services, Inc.                                    14:06:56
```

| | | |
|---|---|---|
| 1 | MR. CROSS:  Ian Cross on behalf of | 14:06:58 |
| 2 | Kohchise Jackson, William Kelly, and Derico | 14:06:59 |
| 3 | Thompson.  I will not be questioning the witness. | 14:07:02 |
| 4 | THE VIDEOGRAPHER:  Is that everyone? | 14:07:07 |
| 5 | All right.  The court reporter today is | 14:07:09 |
| 6 | Karisa Ekenseair representing Planet Depos. | 14:07:12 |
| 7 | Would the reporter please swear in the | 14:07:15 |
| 8 | witness? | 14:07:18 |
| 9 | ISAAC LEFKOWITZ | 14:07:18 |
| 10 | of lawful age, being first duly sworn, deposes and | 14:07:18 |
| 11 | says in reply to the questions propounded as | 14:07:18 |
| 12 | follows: | 14:07:18 |
| 13 | EXAMINATION | 14:07:33 |
| 14 | BY MR. HEMENWAY: | 14:07:33 |
| 15 | Q  All right.  So Mr. Lefkowitz, we're now | 14:07:35 |
| 16 | doing the corporate representative deposition of | 14:07:41 |
| 17 | Perigrove 1018, LLC. | 14:07:45 |
| 18 | What did you do to prepare for this | 14:07:48 |
| 19 | deposition? | 14:07:50 |
| 20 | A  Discussed it with counsel. | 14:07:50 |
| 21 | Q  Which counsel? | 14:07:55 |
| 22 | A  Melissa Hayward. | 14:07:59 |
| 23 | Q  No other counsel? | 14:07:59 |
| 24 | A  No. | 14:08:01 |
| 25 | Q  Did you review any documents? | 14:08:07 |

| | | |
|---|---|---|
| 1 | A  I reviewed the discovery requests and the | 14:08:09 |
| 2 | deposition notice. | 14:08:12 |
| 3 | Q  Which discovery request are you referring | 14:08:15 |
| 4 | to? | 14:08:17 |
| 5 | A  2004 deposition notice. | 14:08:19 |
| 6 | Q  And you understood those topics and | 14:08:21 |
| 7 | definitions? | 14:08:27 |
| 8 | A  Yes. | 14:08:27 |
| 9 | Q  Okay.  So let's start with the leadership | 14:08:28 |
| 10 | of Perigrove 1018, LLC. | 14:08:37 |
| 11 | Who is in charge of Perigrove 1018, LLC | 14:08:41 |
| 12 | dating back to November 2021?  Who was in charge | 14:08:46 |
| 13 | at that time? | 14:08:52 |
| 14 | A  I am. | 14:08:52 |
| 15 | Q  You said you are.  I asked about | 14:08:52 |
| 16 | December -- November 2021. | 14:08:58 |
| 17 | Is.  Are you saying you work -- | 14:09:00 |
| 18 | A  Whoa, whoa, whoa, whoa.  You saying | 14:09:02 |
| 19 | December or November?  You were saying both months | 14:09:05 |
| 20 | in one breath. | 14:09:08 |
| 21 | Q  Yeah.  So let's start with November 2021, | 14:09:10 |
| 22 | which is the question you already answered. | 14:09:13 |
| 23 | Since -- | 14:09:15 |
| 24 | A  No.  I did not. | 14:09:15 |
| 25 | Q  Okay.  We can start over. | 14:09:17 |

| | | |
|---|---|---|
| 1 | A   Please. | 14:09:23 |
| 2 | Q   Who was in charge of Perigrove 1018, LLC | 14:09:23 |
| 3 | in November 2021? | 14:09:27 |
| 4 | A   I was in charge in December. | 14:09:29 |
| 5 | Q   Was anyone in charge in November? | 14:09:33 |
| 6 | A   I don't know.  I don't have that in front | 14:09:37 |
| 7 | of me. | 14:09:39 |
| 8 | Q   Can you speak up, Mr. Lefkowitz? | 14:09:40 |
| 9 | A   I don't know what happened in November.  I | 14:09:41 |
| 10 | stepped in in December. | 14:09:45 |
| 11 | Q   Okay.  How did you end up stepping in? | 14:09:46 |
| 12 | A   I was asked to be the director of the | 14:09:51 |
| 13 | company. | 14:10:02 |
| 14 | Q   Who asked you? | 14:10:03 |
| 15 | A   The general counsel, Zalman Schapiro. | 14:10:04 |
| 16 | Q   And did you become an employee of | 14:10:07 |
| 17 | Perigrove 1018, LLC? | 14:10:17 |
| 18 | A   No. | 14:10:18 |
| 19 | Q   Were you offered compensation for becoming | 14:10:18 |
| 20 | a director of Perigrove 1018, LLC? | 14:10:21 |
| 21 | A   No. | 14:10:24 |
| 22 | Q   Okay.  Has anyone else been in charge of | 14:10:25 |
| 23 | Perigrove 1018, LLC since November 2022 -- or | 14:10:28 |
| 24 | excuse me -- since December 2021, other than you? | 14:10:31 |
| 25 | A   Not that I'm aware of. | 14:10:37 |

1        Q   Okay.  And are you a director of          14:10:39

2   Perigrove, LLC as well?                             14:10:54

3        MS. HAYWARD:  Objection, form.  Perigrove,     14:10:58

4   LLC is outside of the scope and we object to the    14:10:59

5   definitions of your exam -- notice of examination.  14:11:03

6        Q   Are you a director of Perigrove, LLC,      14:11:07

7   Mr. Lefkowitz?                                      14:11:10

8        A   Not here to testify on behalf of          14:11:13

9   Perigrove, LLC.                                     14:11:16

10       Q   Are you an officer of Perigrove, LLC?      14:11:17

11       MS. HAYWARD:  Objection.                       14:11:20

12       A   Not here to testify.                       14:11:22

13       Q   And are you a manager of Perigrove, LLC?   14:11:24

14       A   Zach, I'm here as a corporate director for 14:11:31

15   Perigrove 1018, and we agreed in previous          14:11:35

16   depositions that you will identify Perigrove 1018  14:11:38

17   as 1018; Perigrove, LLC you'll identify as          14:11:42

18   Perigrove, LLC.  So from here on, I will only       14:11:46

19   answer questions you identified 1018 so the record 14:11:49

20   doesn't get confused.                               14:11:54

21       I'm here as a corporate director and           14:11:55

22   representative for 1018.  Please pose your          14:11:59

23   question and you'll get your answer.                14:12:03

24       Q   My question was:  Are you a manager of     14:12:04

25   Perigrove, LLC?                                     14:12:08

| | | |
|---|---|---|
| 1 | MS. HAYWARD:  Objection, form.  Perigrove, | 14:12:09 |
| 2 | LLC is outside the scope of this 2004 exam. | 14:12:11 |
| 3 | MR. HEMENWAY:  It's -- I mean, it's on the | 14:12:16 |
| 4 | topics we sent you. | 14:12:18 |
| 5 | MS. HAYWARD:  No.  It's not the topics we | 14:12:19 |
| 6 | agreed to, and I did not agree to that definition. | 14:12:21 |
| 7 | That's something the Committee changed before it | 14:12:24 |
| 8 | filed the notice.  We object to the attempt to | 14:12:26 |
| 9 | encompass, you know, you, yours, or yours, or | 14:12:30 |
| 10 | Perigrove shall mean Perigrove 1018, LLC, and | 14:12:35 |
| 11 | Perigrove, LLC, any person operating as under the | 14:12:39 |
| 12 | name Perigrove, including all persons acting or | 14:12:42 |
| 13 | purporting to act on its behalf.  We object to | 14:12:46 |
| 14 | that definition.  And the witness, when asked | 14:12:46 |
| 15 | about Perigrove, shall understand that these | 14:12:49 |
| 16 | questions are with respect to Perigrove 1018, LLC. | 14:12:51 |
| 17 | MR. HEMENWAY:  Yeah.  And you're lodging | 14:12:56 |
| 18 | those objections now, correct? | 14:12:58 |
| 19 | MS. HAYWARD:  Yes.  Well, I have lodged | 14:13:00 |
| 20 | the objections prior to you serving the notice | 14:13:02 |
| 21 | too. | 14:13:04 |
| 22 | MR. HEMENWAY:  In what -- in what way? | 14:13:08 |
| 23 | MS. HAYWARD:  I'm sorry?  You unilaterally | 14:13:10 |
| 24 | filed a notice of 2004 exam that did not | 14:13:13 |
| 25 | incorporate the revisions to which we agreed to | 14:13:16 |

| | | |
|---|---|---|
| 1 | testify on scope. | 14:13:19 |
| 2 | MR. HEMENWAY:  Okay.  And that's what | 14:13:21 |
| 3 | you're -- your preferred scope is what you're | 14:13:26 |
| 4 | referring to when you say that you objected? | 14:13:29 |
| 5 | MS. HAYWARD:  I'm saying this witness here | 14:13:31 |
| 6 | is appearing as a corporate representative of | 14:13:33 |
| 7 | Perigrove 1018, LLC, and he's answering questions | 14:13:35 |
| 8 | in that capacity. | 14:13:41 |
| 9 | MR. HEMENWAY:  Okay. | 14:13:43 |
| 10 | BY MR. HEMENWAY: | 14:13:43 |
| 11 | Q  How was Perigrove 1018 managed? | 14:13:51 |
| 12 | A  What do you mean how it's managed? | 14:13:56 |
| 13 | Q  Well, you said you're in charge of it.  So | 14:14:00 |
| 14 | that's one part of it. | 14:14:04 |
| 15 | Do you have other advisors who you | 14:14:07 |
| 16 | interface with in making decisions for Perigrove | 14:14:12 |
| 17 | 1018? | 14:14:14 |
| 18 | A  1018 was not making any decisions.  1018 | 14:14:16 |
| 19 | doesn't -- doesn't have decisions to make that | 14:14:20 |
| 20 | they have a basis.  1018 -- you interrupt, then | 14:14:23 |
| 21 | I'm done. | 14:14:31 |
| 22 | Q  You said Perigrove 1018 doesn't have | 14:14:33 |
| 23 | decisions to make. | 14:14:35 |
| 24 | Why not? | 14:14:37 |
| 25 | A  What decisions does it have to make? | 14:14:39 |

| | | |
|---|---|---|
| 1 | Q  You're in charge of it.  I'm asking you. | 14:14:44 |
| 2 | A  I'm telling you that 1018 doesn't have | 14:14:46 |
| 3 | daily decisions to be made. | 14:14:49 |
| 4 | Q  Does it have weekly or monthly decisions? | 14:14:51 |
| 5 | A  No. | 14:14:54 |
| 6 | Q  So there are no decisions to be made on | 14:14:54 |
| 7 | behalf of Perigrove 1018? | 14:15:00 |
| 8 | A  I didn't -- I didn't say no.  You said no. | 14:15:03 |
| 9 | I said there is no daily decisions to be made in | 14:15:04 |
| 10 | 1018.  Very rare that 1018 needs to make a | 14:15:08 |
| 11 | decision.  Everything under 1018 runs under its | 14:15:13 |
| 12 | own. | 14:15:18 |
| 13 | Q  And what's under 1018, Mr. Lefkowitz? | 14:15:18 |
| 14 | A  Whatever 1018 owns. | 14:15:25 |
| 15 | Q  Okay.  Is YesCare under 1018? | 14:15:42 |
| 16 | A  No. | 14:15:44 |
| 17 | Q  Was Corizon, LLC under 1018? | 14:15:44 |
| 18 | A  Not directly. | 14:15:47 |
| 19 | Q  Was Corizon, LLC under 1018 indirectly? | 14:15:50 |
| 20 | A  Yes. | 14:15:55 |
| 21 | Q  Was Valitas Health Services, Inc. under | 14:15:55 |
| 22 | 1018? | 14:16:00 |
| 23 | A  Indirectly. | 14:16:02 |
| 24 | Q  Was Corizon Health of New Jersey under | 14:16:04 |
| 25 | 1018? | 14:16:10 |

1       A   Indirectly.                                    14:16:10

2       Q   And do the entities that I described --        14:16:11

3   let me rephrase.                                       14:16:20

4       Did the entities I described run on their          14:16:22

5   own?                                                   14:16:25

6       A   On their own.  Correct, yes.                   14:16:28

7       Q   Okay.  So Perigrove 1018 had no input in       14:16:30

8   decision-making for any of those entities?             14:16:36

9       A   I didn't say it doesn't have input.  I         14:16:40

10  said it doesn't have daily decisions to be made.       14:16:43

11      Q   I see the distinction.  Okay.                  14:16:46

12      So did Perigrove 1018 have input on the            14:16:48

13  decisions that were made by those entities under       14:16:52

14  it?                                                    14:16:54

15      A   Only on the extreme occasions.                 14:17:00

16      Q   What were some of those?                       14:17:04

17      A   Like the subsidiary filing for bankruptcy.     14:17:08

18      Q   What else?                                     14:17:14

19      A   You can say what else and I'm going to         14:17:15

20  answer you.  You asked me for one example and I        14:17:20

21  gave it for you.  I'm not going to list more           14:17:22

22  examples.                                              14:17:25

23      Q   Then transfers of funds exceeding a            14:17:26

24  million dollars?                                       14:17:29

25      A   From where to where?                           14:17:31

1      Q   From one of the entities below 1018 to        14:17:33

2   anywhere?                                            14:17:39

3      A   1018 entities?                                14:17:40

4      Q   Yep.                                          14:17:42

5      A   Each entity has its own books and records.    14:17:45

6      Q   So the entities make their own decisions      14:17:50

7   on transferring money without input from the        14:17:52

8   Perigrove?                                           14:17:55

9      A   Exactly.  Perigrove you said or 1018?         14:17:55

10      Q   1018.                                        14:17:59

11      A   Correct.                                     14:18:02

12      Q   Sounds like that's an important              14:18:02

13   distinction.                                        14:18:06

14      A   Yeah.  Because you're mixing up entities.    14:18:07

15      Q   So how did those entities come to be under   14:18:11

16   1018?                                               14:18:16

17      A   How did it become?  What does that mean?     14:18:22

18      Q   You said that -- I named a number of         14:18:26

19   entities and you said that 1018 -- they were under  14:18:31

20   1018 directly or indirectly, correct?              14:18:36

21      A   Yes.                                         14:18:39

22      Q   How did that occur?                          14:18:39

23      A   Acquiring the equity position.               14:18:44

24      Q   And when did that happen?                    14:18:47

25      A   December of '21.                             14:18:48

| 1 | Q Can you tell me how that came about? | 14:18:52 |
| 2 | A What do you mean? What came what about? | 14:18:56 |
| 3 | Q Were those entities up for sale? Did 1018 | 14:19:01 |
| 4 | acquire them in bankruptcy. How did 1018 acquire | 14:19:05 |
| 5 | them? | 14:19:08 |
| 6 | A It was a commercial transaction. | 14:19:08 |
| 7 | Q And who negotiated the transaction on | 14:19:13 |
| 8 | behalf of 1018? | 14:19:17 |
| 9 | A I did. | 14:19:19 |
| 10 | Q And who were you acquiring the equity | 14:19:21 |
| 11 | from? | 14:19:26 |
| 12 | A Flacksgroup. | 14:19:31 |
| 13 | Q How did those conversations begin? | 14:19:33 |
| 14 | A I don't recall. | 14:19:38 |
| 15 | Q And 1018 acquired the equipment in those | 14:19:39 |
| 16 | entities? | 14:19:49 |
| 17 | A Correct. | 14:19:49 |
| 18 | Q All the equity? | 14:19:49 |
| 19 | A Yes. | 14:19:54 |
| 20 | Q And what was the purchase price? | 14:19:54 |
| 21 | A Purchase price of what? | 14:19:59 |
| 22 | Q Of the equity? What did -- what did | 14:20:02 |
| 23 | pair -- what did 1018 give in exchange for the | 14:20:05 |
| 24 | equity? | 14:20:10 |
| 25 | A It's a commercial transaction. I don't | 14:20:11 |

| | | |
|---|---|---|
| 1 | have the transaction in front of me. | 14:20:14 |
| 2 | Q  You don't know the terms of the | 14:20:15 |
| 3 | transaction? | 14:20:18 |
| 4 | A  Well, they're a complicated transaction. | 14:20:20 |
| 5 | Q  How much money did 1018 give the | 14:20:23 |
| 6 | Flacksgroup in the transaction? | 14:20:31 |
| 7 | A  1018 gave money to the -- to the | 14:20:32 |
| 8 | Flacksgroup. | 14:20:38 |
| 9 | Q  Did 1018 take on obligations in return -- | 14:20:38 |
| 10 | A  It was a very -- | 14:20:47 |
| 11 | Q  -- for the equity? | 14:20:49 |
| 12 | A  It was a very complex M&A. | 14:20:49 |
| 13 | Q  So let's try to talk through some of it, | 14:20:54 |
| 14 | if we can.  I understand that -- | 14:20:59 |
| 15 | A  Sure. | 14:21:02 |
| 16 | Q  -- equity went from Flacksgroup to 1018. | 14:21:02 |
| 17 | A  Correct. | 14:21:06 |
| 18 | Q  And when we talk about the equity, just so | 14:21:06 |
| 19 | that I'm not being a -- messy on the record when I | 14:21:10 |
| 20 | talk about the entities, the entities include | 14:21:13 |
| 21 | M2Holdco, M2Equityco, M2Loanco, Corizon Health, | 14:21:19 |
| 22 | Inc., Valitas Health Inc., And Corizon Health of | 14:21:28 |
| 23 | New Jersey; is that correct? | 14:21:37 |
| 24 | A  So when I said it was a very complex | 14:21:43 |
| 25 | transaction, you kind of smirked.  Now you're | 14:21:46 |

1    listing, like, a dozen entities and you're asking          14:21:51

2    me if it's correct.                                         14:21:56

3         So the Flacksgroup who ultimately owned               14:21:57

4    and controlled the equity of these entities, sold          14:22:02

5    it and transferred it through a complex M&A to             14:22:05

6    1018.                                                       14:22:11

7         This clear English, how it happened?                  14:22:13

8    Q   I'm not sure what the reference to my                   14:22:18

9    facial expression was, but, yes, that's what I was         14:22:24

10   confirming.                                                 14:22:27

11        I understand you to be saying they                    14:22:27

12   transferred all that entity to 1018 -- all that            14:22:29

13   equity to 1018.                                             14:22:32

14   A   You made a facial expression when I said               14:22:33

15   it was a complex -- a complex transaction, you             14:22:37

16   made a facial transaction [sic], like really?              14:22:40

17   Then you listed off a dozen companies.                     14:22:41

18        And I reaffirm that it was a complex                  14:22:43

19   transaction.  Flacksgroup got their consideration          14:22:47

20   and 1018 took on their -- the control of the               14:22:52

21   equity.                                                     14:22:57

22   Q   And what was Flacksgroup's consideration?              14:22:58

23   A   I just explained to you, it was a complex              14:23:01

24   transaction.                                               14:23:04

25   Q   That -- what was the -- so the                         14:23:06

1    consideration was not money.  We've established          14:23:08

2    that.                                                    14:23:10

3         What was the consideration?                         14:23:10

4    A  I didn't say --                                       14:23:12

5         MS. HAYWARD:  Objection, form.                      14:23:14

6    A  I didn't say it was not money.  You're                14:23:15

7    saying it was not money.                                 14:23:17

8    Q  Okay.  What was the consideration?  What              14:23:18

9    did Flacksgroup receive?                                 14:23:21

10   A  I said it was a complex M&A.  It wasn't               14:23:23

11   just one element.  It was multiple elements.             14:23:26

12   Q  Tell me some of them.                                 14:23:29

13   A  I don't have the documents in front of me.            14:23:32

14   You have those closing documents?                        14:23:35

15   Q  No.                                                   14:23:43

16   A  I have to pull up the closing documents               14:23:43

17   and research them.                                       14:23:45

18   Q  Are you agreeing that -- will you agree to            14:23:48

19   produce the closing documents, Mr. Lefkowitz?            14:23:50

20        MS. HAYWARD:  Objection.  We're not going           14:23:53

21   to -- I'll discuss that with my client and get          14:23:53

22   back to you.                                             14:24:00

23   Q  Mr. Lefkowitz, do you know what the                   14:24:00

24   consideration was for the transaction?                   14:24:03

25   A  It was a complex transaction.                         14:24:05

1      Q  We've established that.  What I'm saying          14:24:07

2  is:  Do you know if money went from 1018 to            14:24:09

3  Flacksgroup in connection with this transaction?       14:24:14

4      A  I said to you that in a complex               14:24:16

5  transaction, it's not just about money.  Money was     14:24:20

6  involved, but it's not just about money.  It's         14:24:22

7  about the complexity of the transfer and the           14:24:25

8  transaction, so --                                     14:24:30

9      Q  So the --                                       14:24:32

10     A  -- a -- okay.  Go ahead.                         14:24:33

11     Q  Is the transaction --                           14:24:37

12     A  You don't -- you know the rule once you         14:24:37

13  interrupt, the answer is over.  So go ahead, next     14:24:40

14  question.                                              14:24:43

15     Q  Is the transaction so complex that you          14:24:43

16  can't even describe the consideration aside from      14:24:47

17  money?                                                 14:24:48

18     A  I didn't say that I can't describe it.  I       14:24:50

19  said it's a complex transaction with a lot of         14:24:54

20  documents, a lot of negotiation with a troubled      14:24:56

21  company, companies, like a dozen that you just        14:25:00

22  rattled off; and two, I'm not that into -- 1018       14:25:03

23  made a deal with the Flacksgroup to undertake and     14:25:12

24  to acquire, to consider to Flacksgroup.  It wasn't    14:25:17

25  just money.                                            14:25:22

1           You're asking me to describe to                    14:25:23

2    transaction, I can't describe it other than being         14:25:25

3    a complex M&A.                                             14:25:28

4       Q  So you can't tell me what the Flacksgroup           14:25:30

5    received other than money for giving up -- giving         14:25:35

6    1018 all the equity in those companies?                   14:25:36

7       A  Not without the documents in front of us.           14:25:39

8       Q  Do you have the documents accessible to             14:25:42

9    you?                                                       14:25:47

10          MS. HAYWARD:  Objection, form.  We're not          14:25:47

11   doing that today.                                          14:25:48

12      Q  Mr. Lefkowitz, do you have the closing              14:25:52

13   documents?                                                 14:25:54

14      A  Not in front of me.  I have in front of me          14:25:55

15   Zoom.  That's all I got.                                   14:25:59

16      Q  Sure.  Do you know how much money the               14:26:00

17   Flacksgroup received from 1018?                            14:26:09

18      A  Question was asked and answered.                    14:26:13

19      Q  No, it wasn't.                                       14:26:17

20          Do you know how much?                               14:26:18

21          MS. HAYWARD:  Objection, form.  How is             14:26:21

22   this relevant in any way to the debtor?                    14:26:21

23          MR. HEMENWAY:  The acquisition of or               14:26:25

24   interest in the PharmaCorr entities, the merger           14:26:26

25   parties, or the debtor, and the circumstances             14:26:28

1  surrounding such acquisition.                                    14:26:31

2         MS. HAYWARD:  And I'm asking how is what                   14:26:33

3  the Flacksgroup got as part of a deal relevant at                14:26:35

4  all to the debtor or the debtor's estate?                        14:26:38

5         MR. HEMENWAY:  The -- a relevancy                          14:26:41

6  objection to the topics you're making live in a                  14:26:42

7  deposition is not a valid objection.                             14:26:44

8         MS. HAYWARD:  Again, you've served this                    14:26:48

9  prior to the 14-day deadline to object.  We are                  14:26:50

10 appearing here.  However, I am going to make my                  14:26:55

11 objections on the record.  And to the extent you                 14:26:59

12 believe you need a 2004 exam after this because we               14:27:00

13 can't agree on a scope of the topics, you have                   14:27:04

14 reserved your right to do that.                                  14:27:07

15        But this witness is here by agreement                     14:27:09

16 between the parties.  And I am asking you, to the                14:27:10

17 extent you want to get into consideration paid to               14:27:13

18 the Flacksgroup to explain to me how that issue is              14:27:15

19 relevant to the debtor, its assets, its                          14:27:19

20 liabilities, or its estate.                                      14:27:22

21        MR. HEMENWAY:  So the circumstances by                    14:27:24

22 which the debtor was acquired and the terms of                   14:27:28

23 that transaction are relevant to a number of                     14:27:31

24 considerations on the divisional merger, including              14:27:35

25 but not limited to the debt instruments that were               14:27:39

| | | |
|---|---|---|
| 1 | acquired in that transaction. | 14:27:42 |
| 2 | BY MR. HEMENWAY: | 14:27:44 |
| 3 | Q  Mr. Lefkowitz, can you tell us any | 14:27:44 |
| 4 | category of consideration other than the amount of | 14:27:49 |
| 5 | money that you have referenced that was provided | 14:27:54 |
| 6 | to the Flacksgroup as consideration? | 14:27:58 |
| 7 | A  Question was asked and answered, that it | 14:28:02 |
| 8 | was a complex merger and acquisition that was | 14:28:05 |
| 9 | negotiated fully by the parties represented by | 14:28:09 |
| 10 | counsel and was fully documented.  I don't have | 14:28:11 |
| 11 | the information in front of me -- | 14:28:17 |
| 12 | Q  Who was -- | 14:28:19 |
| 13 | A  -- to make -- | 14:28:20 |
| 14 | Q  -- Perigrove -- | 14:28:21 |
| 15 | A  Well, one second.  Are you done with the | 14:28:22 |
| 16 | answer, or you don't want to hear the rest of it? | 14:28:26 |
| 17 | Q  You can answer however you want. | 14:28:32 |
| 18 | A  You have -- you have a habit of | 14:28:33 |
| 19 | interrupting your witness.  So go ahead, | 14:28:37 |
| 20 | answer -- ask your next question. | 14:28:39 |
| 21 | Q  You said the parties are represented by | 14:28:42 |
| 22 | counsel. | 14:28:44 |
| 23 | Who represented 1018? | 14:28:44 |
| 24 | A  I don't have that information in front of | 14:28:46 |
| 25 | me. | 14:28:48 |

| | | |
|---|---|---|
| 1 | Q  Who represented Flacksgroup? | 14:28:48 |
| 2 | A  I don't have that information in front of | 14:28:50 |
| 3 | me. | 14:28:52 |
| 4 | Q  All right.  What was the financial | 14:28:52 |
| 5 | condition of the entities whose equity 1018 | 14:29:02 |
| 6 | acquired at the time of the transaction? | 14:29:07 |
| 7 | A  Stress. | 14:29:12 |
| 8 | Q  Were they contemplating filing for | 14:29:15 |
| 9 | bankruptcy protection at the time of the | 14:29:19 |
| 10 | transaction? | 14:29:20 |
| 11 | A  Yes. | 14:29:22 |
| 12 | Q  Was there a proposal that such filing | 14:29:22 |
| 13 | would occur immediately after 1018 acquired them? | 14:29:37 |
| 14 | A  There was no such proposal.  They | 14:29:44 |
| 15 | were -- they had a proposal of their own, but it | 14:29:46 |
| 16 | wasn't a proposal of thereafter. | 14:29:48 |
| 17 | Q  What was their proposal? | 14:29:52 |
| 18 | A  Previous ownership and previous management | 14:29:56 |
| 19 | were at the brink of bankruptcy.  They had a | 14:30:03 |
| 20 | proposal of they've had their bankruptcy counsel | 14:30:06 |
| 21 | and they had bankruptcy consultant.  And everyone | 14:30:08 |
| 22 | tell them that they have no way of survival other | 14:30:12 |
| 23 | than filing for bankruptcy. | 14:30:16 |
| 24 | Q  So if they were planning to file for | 14:30:20 |
| 25 | bankruptcy, what was -- what was the purpose of | 14:30:22 |

| | | |
|---|---|---|
| 1 | equity investment? | 14:30:27 |
| 2 | A  Not to file for bankruptcy and to pay off | 14:30:31 |
| 3 | its creditors. | 14:30:34 |
| 4 | MR. HEMENWAY:  Okay.  Let's go ahead and | 14:30:35 |
| 5 | pull up our exhibit.  Are we on Exhibit 1 for | 14:30:38 |
| 6 | this? | 14:30:40 |
| 7 | MS. HAYWARD:  I think so. | 14:30:41 |
| 8 | REMOTE TECHNICIAN:  Yes.  There's been no | 14:30:41 |
| 9 | exhibits marked in this deposition yet. | 14:30:44 |
| 10 | MR. HEMENWAY:  Malcolm, let's pull up | 14:30:45 |
| 11 | Debtor 299893. | 14:30:49 |
| 12 | REMOTE TECHNICIAN:  All right.  I have | 14:30:51 |
| 13 | that.  Stand by. | 14:30:52 |
| 14 | (Exhibit 1 marked for identification.) | 14:30:54 |
| 15 | BY MR. HEMENWAY: | 14:31:33 |
| 16 | Q  Okay.  Mr. Lefkowitz, are you familiar | 14:31:33 |
| 17 | with this e-mail? | 14:31:35 |
| 18 | A  No. | 14:31:38 |
| 19 | Q  So this is December 1st, 2021.  Is that | 14:31:39 |
| 20 | prior to you -- I think we said just December | 14:31:48 |
| 21 | earlier. | 14:31:51 |
| 22 | Is that prior to the 1018 acquisition? | 14:31:53 |
| 23 | A  I don't know the exact date of the 1018 | 14:31:56 |
| 24 | acquisition.  Sorry. | 14:32:00 |
| 25 | Q  Okay.  Fair enough.  And we see there's a | 14:32:01 |

1  term sheet attached and there are, in addition to                14:32:08

2  yourself, a number --                                            14:32:13

3      A   What's the source -- what's the source of                14:32:16

4  this document?                                                   14:32:18

5      Q   I'll let your counsel answer those.                      14:32:19

6      A   No.                                                      14:32:19

7      Q   We don't need to get into document details              14:32:21

8  anymore.                                                         14:32:23

9      A   I'm asking you.  What is the source of                   14:32:23

10  this document?  This --                                         14:32:27

11      Q   Right there at the top of the page,                     14:32:27

12  Mr. Lefkowitz, it says Debtor299893.                            14:32:28

13      MS. HAYWARD:  I'm sorry, we can't see                       14:32:33

14  that, so can you zoom out?                                      14:32:35

15      MR. HEMENWAY:  Oh, I -- I thought we were                   14:32:36

16  all looking at the same thing.  I'll scroll down.               14:32:39

17      MS. HAYWARD:  Okay.  Thank you.                             14:32:43

18      MR. HEMENWAY:  Okay.                                        14:32:43

19      THE WITNESS:  Sure.                                         14:32:47

20  BY MR. HEMENWAY:                                                14:32:47

21      Q   And just for -- to avoid any future                     14:32:48

22  confusion, I'm reading out the Bates numbers to                 14:32:51

23  the -- to the Planet Depos host.  And when I said              14:32:56

24  Debtor and the series of numbers, that's a                      14:33:00

25  document produced by the debtor.                                14:33:02

1    So this is addressed to you and Abe                    14:33:08

2  Goldberger and David Gefner at Perigrove.  And I'm        14:33:14

3  just using Perigrove in general because it's a            14:33:19

4  Perigrove domain.                                         14:33:23

5    A  And you don't want to tell -- you don't             14:33:25

6  want to tell me the source of this document?              14:33:28

7    Q  I've told you the source multiple times.            14:33:30

8  It was produced by the debtor.                            14:33:32

9    A  Okay.                                                14:33:34

10   Q  Could you -- could you explain to me what           14:33:36

11 the significance of the source of the document is?        14:33:38

12 It might help ask these further questions and deal        14:33:41

13 with further exhibits.                                    14:33:44

14   A  To know if it's a fabricated document or a          14:33:47

15 legitimate document.                                      14:33:50

16   Q  Well, you are --                                    14:33:51

17   A  You -- you accused my counsel before for            14:33:54

18 making false statements, and I'll accuse you for          14:33:59

19 producing fabricated documents unless they are            14:34:02

20 legitimate.  So go ahead.                                 14:34:05

21   Q  So you're the --                                    14:34:06

22   A  You're saying it's a legitimate -- you're           14:34:07

23 saying it's a legitimate document -- you're saying        14:34:10

24 a legitimate document that you got from the               14:34:10

25 debtor, then I will respect it and I will respond.        14:34:11

1      Q   Well let, me just state for the record:        14:34:15

2   You have been the corporate representative of the     14:34:17

3   debtor and so these are documents received from       14:34:20

4   the debtor that are Bates produced.  So if you're     14:34:22

5   saying that they're fabricated, you're essentially    14:34:25

6   accusing --                                           14:34:29

7      A   That's not --                                  14:34:30

8          MS. HAYWARD:  I don't think that's what --     14:34:30

9          THE WITNESS:  That's not what I said.          14:34:31

10  That's not what I said.                               14:34:31

11         The debtor produced, and me as a director      14:34:33

12  of the debtor, produced hundreds and hundreds of      14:34:36

13  thousands of documents.  Before you posted this       14:34:38

14  document on my screen, there was no Bates stamp.      14:34:43

15  Still now on the screen it's not a Bates stamp,       14:34:47

16  but you're saying that you received it from the       14:34:51

17  debtor.  Right now you are showing the Bates          14:34:53

18  stamp.                                                14:34:55

19         So what I said is, unless you give me the      14:34:56

20  source of the document, I'm not sure the              14:34:59

21  legitimacy of the document.  But now that you said    14:35:00

22  that you got it from the debtor, I trust you and      14:35:04

23  I'm ready to respond to it.                           14:35:06

24     Q   Great.  I appreciate your trust.               14:35:09

25         So this is -- contains a term sheet and        14:35:11

1    we're saying that by the attachment.  I'll show          14:35:17

2    you the attachment.  I'm just going through the          14:35:20

3    document to make sure we're all on the same page.        14:35:22

4          And it is sent to you, David Gefner, and           14:35:24

5    Abe Goldberger at Perigrove domains.                     14:35:28

6          Were Mr. Gefner and Mr. Goldberger                 14:35:32

7    involved in the 1018 acquisition?                        14:35:34

8      A  Yes.                                                14:35:40

9      Q  And what was their role in that                     14:35:42

10   acquisition, their respective role?                      14:35:45

11     A  I don't know their role.                            14:35:48

12     Q  And I -- I apologize, I was talking over            14:35:52

13   you trying to clarify my question because it was a       14:35:55

14   bad question.                                            14:35:57

15     A  That's okay.  That's just been a habit of           14:35:57

16   you.                                                     14:36:02

17         So why don't I tell you about this                 14:36:02

18   document the way I read it.  This is a document          14:36:04

19   from Charles Gassenheimer who is known to have           14:36:06

20   verbal diarrhea when he writes.  So he was writing       14:36:08

21   something here to all these folks.  I don't know         14:36:12

22   if it was either received or communicated with,          14:36:14

23   but I -- I remember this far, he was just writing.       14:36:19

24         So what did he write in here:  Abe and             14:36:22

25   Isaac and team, please be introduced to senior          14:36:25

1   management of Corizon.  This is on December 1st.                    14:36:26

2          I understand 11:45 a.m. Eastern is a good                    14:36:30

3   for a kickoff call.  Please stand by for Teams                      14:36:34

4   invitation from Corizon.  I've endeavored to work                   14:36:38

5   through initial set of numbers for the Corizon                      14:36:40

6   management as well as ankura are restructuring                      14:36:43

7   professionals.  Please find enclosed a strawman                     14:36:48

8   that will hopefully helpful crystalize our                          14:36:50

9   conversations on getting the cash requirements                      14:36:53

10  around restructuring of Corizon.  You will see                      14:36:55

11  that we're separately added the funding needs for                   14:36:58

12  PharmaCorr that are hopefully consistent with our                   14:37:01

13  discussions yesterday.  The two bracket items, one                  14:37:05

14  is the amount funding needed post-filing of CZ,                     14:37:06

15  probably Corizon.  That largely depends on key                      14:37:11

16  assumptions that together we make on the business                   14:37:14

17  plan.  Therefore, this is an invitation to begin                    14:37:17

18  those conversations.  The second is the amount                      14:37:21

19  being paid to Flacks.  While this has been agreed                   14:37:24

20  between the principals, yourselves and Michael,                     14:37:28

21  Michael hasn't provided approval to disclosure                      14:37:30

22  that amount to CZ management at this time.                          14:37:34

23  Regards, Charles.  Sent from my iPhone.                            14:37:38

24         What is your question about this document?                   14:37:40

25     Q  So my question was:  What role did Abe                        14:37:43

| | | |
|---|---|---|
| 1 | Goldberger play in the 1018 acquisition of the | 14:37:52 |
| 2 | equity? | 14:37:57 |
| 3 | A  I don't recall. | 14:37:58 |
| 4 | Q  What role did David Gefner play in the | 14:38:00 |
| 5 | 1018 acquisition of the equity? | 14:38:03 |
| 6 | A  I don't recall, if any. | 14:38:06 |
| 7 | Q  Okay.  Is Joel Eizikowits someone that was | 14:38:08 |
| 8 | involved in 1018's acquisition of the equity? | 14:38:16 |
| 9 | A  No clue. | 14:38:20 |
| 10 | Q  I couldn't understand that, Mr. Lefkowitz. | 14:38:21 |
| 11 | A  I have no clue. | 14:38:24 |
| 12 | Q  Okay.  Do you know who Joel Eizikowits is? | 14:38:26 |
| 13 | A  No. | 14:38:30 |
| 14 | Q  Okay.  And the last paragraph, they say, | 14:38:30 |
| 15 | the amount being paid Flacks has been agreed | 14:38:38 |
| 16 | between the principals, yourselves, and Michael. | 14:38:41 |
| 17 | Is that referencing an agreement between | 14:38:44 |
| 18 | 1018 and Michael Flacks, as to the amount being | 14:38:50 |
| 19 | paid to him? | 14:38:55 |
| 20 | A  I don't see one word 1018 on this | 14:38:57 |
| 21 | document.  So what are you taking 1018 from? | 14:39:00 |
| 22 | Q  I'm asking.  If it -- if it's not 1018 -- | 14:39:03 |
| 23 | A  You asked something about 1018.  I'm | 14:39:10 |
| 24 | reading the document.  I don't see a word of 1018 | 14:39:12 |
| 25 | here. | 14:39:16 |

1     Q   So it says, While this has been agreed          14:39:16

2  between the principals, yourself, and Michael.         14:39:19

3     A   I have no idea what he's referring to           14:39:21

4  here.                                                  14:39:23

5     Q   Well, it said --                                14:39:23

6     A   Does it say anything here about the             14:39:24

7  acquisition of -- of the equity.  It says -- it's      14:39:26

8  referencing to something.  I have no clue what         14:39:30

9  he's referencing it to.                                14:39:32

10    Q   Well, it's referencing an amount being          14:39:35

11 paid to Flacks.                                        14:39:38

12        Did you and Mr. Goldberger --                   14:39:39

13    A   Might amount -- amount being played to          14:39:43

14 Flacks for a boat, for a plane, for equity, for        14:39:44

15 what.                                                  14:39:47

16    Q   Did you and Mr. Goldberger buy a plane          14:39:48

17 from Michael Flacks?                                   14:39:52

18    A   I have no idea what this is referring to,       14:39:52

19 but we have been negotiating other matters with        14:39:54

20 the Flacks other than Corizon, so yes.                 14:39:56

21    Q   So is there a reason why Michael Flacks         14:40:00

22 would not -- would need to provide approval for        14:40:10

23 you to disclose the amount you were offering to        14:40:14

24 something else to Corizon management?                  14:40:17

25        MS. HAYWARD:  Objection.                        14:40:20

| | | |
|---|---|---|
| 1 | A  I have no idea -- I have no idea what this | 14:40:20 |
| 2 | document is.  I'm not the author of this document. | 14:40:22 |
| 3 | I don't know if I ever received or read this | 14:40:24 |
| 4 | document.  I believe I'm reading this document for | 14:40:27 |
| 5 | the very first time, which is okay. | 14:40:29 |
| 6 | Q  Okay. | 14:40:31 |
| 7 | A  I have no idea what this document is | 14:40:31 |
| 8 | referring to. | 14:40:33 |
| 9 | Q  All right.  So let's go to the attachment. | 14:40:33 |
| 10 | MR. HEMENWAY:  Malcolm, it should be just | 14:40:40 |
| 11 | the next Bates number.  All right.  Stand by. | 14:40:42 |
| 12 | REMOTE TECHNICIAN:  And just to comment, | 14:40:57 |
| 13 | Counsel, it looks like we may have lost the | 14:40:59 |
| 14 | witness' video again.  Just wanted to make you | 14:41:01 |
| 15 | aware of that. | 14:41:04 |
| 16 | MR. HEMENWAY:  Yeah.  I was looking at | 14:41:05 |
| 17 | these documents.  I hadn't realized. | 14:41:06 |
| 18 | Mr. Lefkowitz, can you log out and log | 14:41:09 |
| 19 | back in? | 14:41:12 |
| 20 | THE WITNESS:  Yes. | 14:41:14 |
| 21 | MR. HEMENWAY:  Just one second.  I hear | 14:41:14 |
| 22 | your phone ringing.  Is this a good time for a | 14:41:16 |
| 23 | break? | 14:41:19 |
| 24 | THE WITNESS:  Nothing is more important | 14:41:19 |
| 25 | than this deposition. | 14:41:21 |

1            MR. HEMENWAY:  Appreciate that.                    14:41:22

2            THE WITNESS:  So I'm leaving the meeting            14:41:24

3    and I'm coming back in.                                    14:41:25

4            MR. HEMENWAY:  All right we see you now.            14:42:08

5    BY MR. HEMENWAY:                                            14:42:09

6        Q  Mr. Lefkowitz, I'll point out in the                14:42:09

7    bottom corner of this is a debtor Bates number and         14:42:11

8    it's the next consecutive number to the document           14:42:14

9    we just looked at that was attached to the e-mail.         14:42:17

10           (Exhibit 2 marked for identification.)             14:42:21

11       A  Correct.                                             14:42:21

12       Q  So I'm just going to very briefly go back           14:42:21

13   to that document so you can see there was an               14:42:28

14   attachment there, Corizon term sheet.                      14:42:30

15           This is the attachment.                            14:42:33

16       A  Okay.                                                14:42:39

17       Q  And I just want to scroll down and ask you          14:42:39

18   about this section right here.                             14:42:42

19           So the term sheet that was sent by                 14:42:52

20   Mr. Gassenheimer contemplates a Chapter 11 filing          14:42:56

21   on December 20th up here.  And then --                     14:43:01

22       A  Could you scroll up to the first sheet?             14:43:06

23       Q  Sure.                                                14:43:10

24       A  And what does it say on the top, the very           14:43:10

25   first line in.                                             14:43:12

| | | |
|---|---|---|
| 1 | Q  It says Non-0Binding Term Sheet. | 14:43:13 |
| 2 | A  Above that. | 14:43:16 |
| 3 | Q  Oh, A&P Draft. | 14:43:18 |
| 4 | A  I have no idea what A&P is, but I do know | 14:43:21 |
| 5 | what draft is.  I have no idea what this term | 14:43:25 |
| 6 | sheet is about, but I do know what non-binding | 14:43:28 |
| 7 | is.  I have no idea about this document and I will | 14:43:31 |
| 8 | not testify to any of the contents of this | 14:43:32 |
| 9 | document.  You're wasting your time.  I have no | 14:43:34 |
| 10 | clue what this document -- what this draft is and | 14:43:38 |
| 11 | what this non-binding agreement is. | 14:43:39 |
| 12 | Q  Okay.  So down here where it says roll-up, | 14:43:42 |
| 13 | it says around December 20th, DHS and certain | 14:43:52 |
| 14 | subsidiaries shall initiate a Chapter 11 case in | 14:43:53 |
| 15 | bankruptcy court in Delaware. | 14:43:55 |
| 16 | Do you see that? | 14:43:57 |
| 17 | A  Yes. | 14:43:59 |
| 18 | Q  And then in the next section, it | 14:43:59 |
| 19 | contemplates a DIP facility. | 14:44:05 |
| 20 | Do you know what DIP stands for in the | 14:44:12 |
| 21 | context of bankruptcy? | 14:44:15 |
| 22 | A  Yes, I do. | 14:44:16 |
| 23 | Q  And what does it stand for, Mr. Lefkowitz? | 14:44:18 |
| 24 | A  Debtor in possession. | 14:44:24 |
| 25 | Q  And eventually, when Corizon eventually | 14:44:25 |

| | | |
|---|---|---|
| 1 | filed for bankruptcy, there was a debtor in | 14:44:34 |
| 2 | possession on the loan, wasn't there? | 14:44:36 |
| 3 | A  What does that have to do with the price | 14:44:40 |
| 4 | of tea in China?  Why did you just jump away from | 14:44:43 |
| 5 | this document? | 14:44:50 |
| 6 | Q  I just asked a question, Mr. Lefkowitz. | 14:44:51 |
| 7 | You can answer it or choose not to. | 14:44:53 |
| 8 | A  You refuse to stay on course.  You opened | 14:44:55 |
| 9 | up a draft document of a non-binding document that | 14:44:58 |
| 10 | Mr. Gassenheimer sent to multiple parties and | 14:45:03 |
| 11 | you're asking me to testify on this document.  I | 14:45:06 |
| 12 | told you that I've never read this document, I | 14:45:08 |
| 13 | have no idea about this document.  It's a | 14:45:13 |
| 14 | meaningless piece of an exhibit that's in front of | 14:45:14 |
| 15 | me. | 14:45:17 |
| 16 | You want to continue, I can read the | 14:45:18 |
| 17 | entire document.  And I read English well and I | 14:45:20 |
| 18 | understand the definition of every word in this | 14:45:24 |
| 19 | document.  But I have zero knowledge about this | 14:45:27 |
| 20 | document. | 14:45:32 |
| 21 | Q  So in the second part of the table, it | 14:45:32 |
| 22 | says, Buyer shall provide senior secured loans, | 14:45:34 |
| 23 | and it lists out loan to Corizon Health in an | 14:45:38 |
| 24 | amount, and it has 7 million filled in, references | 14:45:43 |
| 25 | a PharmaCorr prepetition loan. | 14:45:46 |

| | | |
|---|---|---|
| 1 | You can see that -- | 14:45:48 |
| 2 | A   Mr. Hemenway, every single person on this | 14:45:51 |
| 3 | Zoom except for Mr. Cross is getting paid from the | 14:45:57 |
| 4 | debtor.  You are draining huge amounts of legal | 14:46:00 |
| 5 | fees from the debtor by going through a document | 14:46:06 |
| 6 | that I told you that I have zero knowledge of this | 14:46:09 |
| 7 | information of this document.  Not some knowledge, | 14:46:13 |
| 8 | zero knowledge. | 14:46:16 |
| 9 | Why do you continue to interrogate a draft | 14:46:18 |
| 10 | non-binding executed term sheet where the words | 14:46:23 |
| 11 | Perigrove 1018 is not listed on this document?  I | 14:46:32 |
| 12 | I'm here as a corporate representative of | 14:46:35 |
| 13 | Perigrove 1018, and you're constantly deviating to | 14:46:38 |
| 14 | other areas where I have zero knowledge. | 14:46:41 |
| 15 | Q   Thank you, Mr. Lefkowitz. | 14:46:48 |
| 16 | So let's go back to the term sheet that | 14:46:51 |
| 17 | was sent to 1018 three days before the transaction | 14:46:53 |
| 18 | where they acquired the equity -- | 14:46:56 |
| 19 | MS. HAYWARD:  Objection, form. | 14:46:58 |
| 20 | Q   Do you see that this contemplated a loan | 14:47:00 |
| 21 | right here and right here? | 14:47:03 |
| 22 | When 1018 acquire the equity did it | 14:47:09 |
| 23 | provide a loan? | 14:47:13 |
| 24 | A   To any of -- | 14:47:16 |
| 25 | MS. HAYWARD:  Objection, form. | 14:47:17 |

1    A  You just -- you just said a                    14:47:17
2  misrepresentation, that this was sent to 1018.      14:47:20
3  1018 never received this.  So why did you say that  14:47:23
4  when you sent it to the 1018?  1018 never got this  14:47:28
5  document.                                           14:47:31
6    Q  Okay.  So let's go back to the document.       14:47:34
7  It's sent to Abe Goldberger, David Gefner, and --   14:47:36
8    A  Why don't -- why don't we say, okay, and       14:47:40
9  let's try to be accurate with the information that  14:47:42
10  you're putting on the record.                      14:47:44
11    Q  I'm trying --                                  14:47:46
12    A  This e-mail was -- this e-mail was             14:47:46
13  never -- this e-mail was never sent to Perigrove   14:47:49
14  1018.  It was never given to 1018.  1018 has zero  14:47:52
15  knowledge of this document.                        14:47:57
16    Q  Okay.  So this was sent to Mr. Goldberger,    14:48:01
17  Mr. Gefner, and you at Perigrove, LLC.             14:48:04
18    A  That's what the document says.  So what       14:48:11
19  does that got to do with today's deposition of     14:48:14
20  1018?                                              14:48:19
21    Q  The document says Perigrove.com.              14:48:19
22    A  Okay.                                         14:48:22
23    Q  It doesn't say Perigrove LLC or 1018.         14:48:22
24    A  Perigrove 1018 does not have a domain         14:48:27
25  Perigrove.com.                                     14:48:30

1      Q   What's Perigrove 1018's domain?                   14:48:30

2      A   Does not have a domain.                           14:48:32

3      Q   Okay.  So this e-mail was sent to                 14:48:35

4  Mr. Goldberger, Mr. Gefner, and you days before           14:48:41

5  1018 acquired the equity, but it wasn't sent to           14:48:45

6  1018 according to you, correct?                           14:48:49

7      A   Probably before 1018 became in existence.         14:48:51

8  What's the date that 1018 became in existence?            14:48:56

9      Q   I don't have that in front of me.  So --          14:48:58

10      A   But you don't have that in front of you,         14:48:59

11  but you have that information.                            14:49:02

12      Q   Did 1018 provide a loan to --                    14:49:03

13      A   I'm asking -- I'm asking -- I'm asking you       14:49:07

14  a question.                                               14:49:08

15          When did 1018 become in existence?  If          14:49:09

16  1018 was not in existence on December 1st, why are       14:49:12

17  you asking 1018 about a document that's dated            14:49:17

18  December 1st?                                             14:49:21

19      Q   Mr. Lefkowitz, I'm conducting a                  14:49:21

20  deposition.  You can ask me questions.  I'm happy        14:49:24

21  to stay on the line --                                    14:49:25

22      A   And I'm making sure -- and I'm making sure       14:49:29

23  the deposition that I'm here for is clear and            14:49:30

24  accurate and it's not being warped by your               14:49:32

25  questioning.                                              14:49:36

| | | |
|---|---|---|
| 1 | December 1st, 2021, an e-mail from a | 14:49:37 |
| 2 | Charles Gassenheimer to a bunch of people, to a | 14:49:41 |
| 3 | group of people and the debtor produced it as part | 14:49:45 |
| 4 | of a production of documents does not mean that | 14:49:48 |
| 5 | Perigrove 1018 was even in existence December 1st, | 14:49:51 |
| 6 | '21. Does not mean that Perigrove 1018 even knew | 14:49:56 |
| 7 | about this document. So you need to move on or | 14:49:59 |
| 8 | something, that we don't have in our possession. | 14:50:04 |
| 9 | Q I'm really trying hard to. | 14:50:05 |
| 10 | A You're not. You're trying to create a | 14:50:09 |
| 11 | false record. | 14:50:12 |
| 12 | Q Okay. So I'm going to ask this question | 14:50:14 |
| 13 | again. | 14:50:19 |
| 14 | Did Perigrove 1018 provide a loan to any | 14:50:22 |
| 15 | of the entities of which it acquired the equity? | 14:50:29 |
| 16 | A Question was answered. The -- the | 14:50:36 |
| 17 | acquisition of equity was a complex transaction, | 14:50:40 |
| 18 | part of an M&A between 1018 and the Flacksgroup. | 14:50:45 |
| 19 | Q It was part of a complex transaction is | 14:50:53 |
| 20 | not an answer to, did it provide a loan. | 14:50:56 |
| 21 | Did it provide a loan? | 14:51:00 |
| 22 | A I can't give you any other answer other | 14:51:00 |
| 23 | than what I'm answering. | 14:51:03 |
| 24 | Q Okay. At what point did 1018 decide that | 14:51:05 |
| 25 | these entities shouldn't file for bankruptcy | 14:51:18 |

1    protection?                                             14:51:24

2        A   They also didn't decide to shovel snow.        14:51:24

3    They didn't have to decide something that's not        14:51:29

4    part of their decision.                                 14:51:32

5        Q   Can you explain that?                           14:51:34

6        A   And your question again?                        14:51:37

7        Q   Well, let's back up.  When you talked           14:51:42

8    about the acquisition earlier --                        14:51:45

9        A   Right.                                          14:51:47

10       Q   -- you said that the entities were              14:51:47

11   contemplating filing for bankruptcy protection.         14:51:52

12       A   Correct.                                        14:51:57

13       Q   After Perigrove 1018 acquired the equity        14:51:57

14   in these entities, did they file for bankruptcy         14:52:03

15   protection?                                             14:52:07

16       A   No.                                             14:52:07

17       Q   What changed?                                   14:52:08

18       A   They felt that they don't need bankruptcy       14:52:12

19   protection.  They can pay off the creditors             14:52:17

20   without intervention of the courts.                     14:52:21

21       Q   Who is they, Mr. Lefkowitz?                     14:52:23

22       A   1018.                                           14:52:27

23       Q   Okay.  At what point did 1018 make that         14:52:27

24   decision?                                               14:52:30

25       A   The day they acquired it.                       14:52:30

| | | |
|---|---|---|
| 1 | Q  And what was the basis for that decision? | 14:52:32 |
| 2 | A  Different business strategy. | 14:52:34 |
| 3 | Q  What was the different business strategy? | 14:52:38 |
| 4 | A  How to run and grow a business. | 14:52:45 |
| 5 | Q  Did Perigrove 1018 put more money into the | 14:52:48 |
| 6 | entities? | 14:52:52 |
| 7 | A  At what point? | 14:52:52 |
| 8 | Q  The -- the first week that -- after it | 14:52:53 |
| 9 | acquired it. | 14:52:57 |
| 10 | A  I don't have that information in front of | 14:53:00 |
| 11 | me. | 14:53:03 |
| 12 | Q  Did it take money out of the entities? | 14:53:03 |
| 13 | A  No. | 14:53:05 |
| 14 | Q  Okay.  So once Perigrove 1018 acquired the | 14:53:08 |
| 15 | equity, how did it manage Corizon? | 14:53:17 |
| 16 | A  Corizon was managed on its own, its own | 14:53:21 |
| 17 | management. | 14:53:25 |
| 18 | Q  Who made decisions for Corizon after | 14:53:25 |
| 19 | Perigrove 1018 acquired the entity? | 14:53:29 |
| 20 | A  Which decisions? | 14:53:32 |
| 21 | Q  Decisions on contracts. | 14:53:34 |
| 22 | A  Corizon management. | 14:53:42 |
| 23 | Q  And are you part of Corizon management? | 14:53:45 |
| 24 | A  Director of Corizon, was a director of | 14:53:48 |
| 25 | Corizon.  Yes. | 14:53:54 |

1    Q   Okay.  So Perigrove 1018, which you are in     14:53:54

2   charge of, left decision-making for Corizon to     14:54:00

3   Corizon management, which you are a part of,        14:54:09

4   correct?                                            14:54:12

5    A   Correct.                                       14:54:12

6    Q   Okay.  Who made the decisions at 1018 as       14:54:13

7   to who should run the companies that it held the   14:54:25

8   equity for?                                         14:54:30

9    A   They just acquired the equity.  The           14:54:31

10  companies were run on their own.  There was        14:54:37

11  existing management in place.                       14:54:38

12   Q   So if M2Holdco needed a new CEO, M2Holdco      14:54:39

13  made that decision on its own?                      14:54:47

14   A   Correct.                                       14:54:48

15   Q   What about Corizon?                            14:54:49

16   A   Every single entity.                           14:54:53

17   Q   Okay.  At what point did Perigrove 1018        14:54:56

18  decide to restructure the Corizon entities via a   14:55:05

19  divisional merger?                                  14:55:14

20   A   Sometime in the first quarter of '22.          14:55:18

21   Q   January '22?                                   14:55:23

22   A   I said first quarter.  I don't know the        14:55:26

23  exact date.                                         14:55:29

24   Q   Okay.  What were the first steps that          14:55:29

25  Perigrove 1018 took for that?                       14:55:36

| | | |
|---|---|---|
| 1 | A   Ask management to get counsel involved. | 14:55:39 |
| 2 | Q   And which counsel was that, Mr. Lefkowitz? | 14:55:43 |
| 3 | A   It was multiple law firms. | 14:55:47 |
| 4 | Q   Do you remember any of them? | 14:55:51 |
| 5 | A   White & Case, McDermott. | 14:55:55 |
| 6 | Q   Okay.  And -- and at what point was the | 14:55:58 |
| 7 | decision made -- scratch that. | 14:56:10 |
| 8 | When the decision was made to pursue the | 14:56:17 |
| 9 | divisional merger in the first quarter 2022, as | 14:56:20 |
| 10 | you said, what was the plan for the company | 14:56:24 |
| 11 | following the merger? | 14:56:26 |
| 12 | A   Which company? | 14:56:29 |
| 13 | MR. KAUFMAN:  Hold on, Isaac.  For the | 14:56:32 |
| 14 | record, Aaron Kaufman for the debtor.  We're | 14:56:34 |
| 15 | starting to veer into some attorney-client | 14:56:35 |
| 16 | privilege.  So I'll just instruct the witness, at | 14:56:38 |
| 17 | least from the debtor's perspective now that we've | 14:56:40 |
| 18 | named counsel for the debtor, let's not get into | 14:56:43 |
| 19 | the discussions and the decisions made based on | 14:56:46 |
| 20 | advice of counsel. | 14:56:48 |
| 21 | MR. HEMENWAY:  Sure.  I'm asking a much a | 14:56:51 |
| 22 | simpler question. | 14:56:54 |
| 23 | Q   After the divisional merger, what | 14:56:54 |
| 24 | companies were going to exist? | 14:56:57 |
| 25 | A   Every company. | 14:57:01 |

1    Q   So the divisional merger involved                   14:57:04

2   combining companies and then splitting them into          14:57:08

3   two companies.                                            14:57:11

4        What were those two companies,                       14:57:13

5   Mr. Lefkowitz?                                            14:57:14

6    A   More than two.  It was multiple companies.           14:57:16

7   You have all the divisional merger information.           14:57:18

8    Q   Okay.  Perigrove 1018 owns the equity in             14:57:23

9   YesCare, correct?                                         14:57:31

10   A   No.  You asked that question twice and I             14:57:32

11  said twice no.  And you're coming in on the third         14:57:34

12  time from behind the door and ask the question            14:57:37

13  again to try to trap me to say yes.  And I said           14:57:41

14  absolutely not.  1018 does not own any equity or          14:57:46

15  any involvement in YesCare.  I hope --                    14:57:51

16   Q   I see.                                               14:57:55

17   A   -- it's clear for the third time.                    14:57:55

18   Q   What was 1018's involvement in planning              14:57:59

19  the launch of YesCare?                                    14:58:08

20   A   Zero.                                                14:58:13

21   Q   All right.                                           14:58:13

22       MR. HEMENWAY:  Let's pull up exhibit --              14:58:15

23  actually, we'll come back to that.                        14:58:44

24   Q   In connection with the divisional merger,            14:58:46

25  you mentioned White & Case.                               14:58:49

| # | | Time |
|---|---|---|
| 1 | Did Perigrove 1018 engage a financial | 14:58:51 |
| 2 | advisor as well? | 14:58:56 |
| 3 | A  I don't recall. | 14:58:58 |
| 4 | Q  And I don't -- my term financial advisor | 14:59:03 |
| 5 | is not that exact. | 14:59:07 |
| 6 | Did Perigrove 1018 engage FTI? | 14:59:08 |
| 7 | A  I don't believe so. | 14:59:14 |
| 8 | Q  You believe so, or you don't believe so? | 14:59:14 |
| 9 | A  I don't believe so. | 14:59:21 |
| 10 | Q  Okay. | 14:59:23 |
| 11 | MR. HEMENWAY:  Let's pull up -- give me | 14:59:23 |
| 12 | the Bates number then.  Yeah.  It's Debtor -- can | 14:59:37 |
| 13 | we pull up Debtor169745? | 14:59:47 |
| 14 | REMOTE TECHNICIAN:  Stand by.  I | 15:00:07 |
| 15 | apologize, Counsel, I -- | 15:00:08 |
| 16 | MR. HEMENWAY:  We may not that have one. | 15:00:09 |
| 17 | We're getting it right now. | 15:00:11 |
| 18 | MR. KAUFMAN:  Zach, can you say that | 15:00:15 |
| 19 | number again? | 15:00:16 |
| 20 | MR. HEMENWAY:  169745, I believe. | 15:00:18 |
| 21 | REMOTE TECHNICIAN:  All right.  Hold on, I | 15:00:43 |
| 22 | apologize.  This is -- looks like a file type I'm | 15:00:45 |
| 23 | not able to open. | 15:00:48 |
| 24 | MR. HEMENWAY:  All right.  Why don't we | 15:00:51 |
| 25 | take -- why don't we take a ten-minute break and | 15:00:52 |

| | | |
|---|---|---|
| 1 | we'll get our technical issues sorted out here. | 15:00:55 |
| 2 | THE WITNESS:  Can I ask you a question, | 15:00:58 |
| 3 | Zach?  How long do you think we're going to be | 15:01:00 |
| 4 | going here? | 15:01:02 |
| 5 | MR. HEMENWAY:  Right now, 10 minutes. | 15:01:03 |
| 6 | MS. HAYWARD:  No.  How long do -- | 15:01:06 |
| 7 | THE WITNESS:  Oh, 10 minutes -- | 15:01:06 |
| 8 | MS. HAYWARD:  -- you think we're going to | 15:01:08 |
| 9 | be going he asked, not gone. | 15:01:08 |
| 10 | MR. HEMENWAY:  I'm not sure.  I've got | 15:01:10 |
| 11 | some more exhibits for sure, so we'll -- we'll see | 15:01:15 |
| 12 | when we come back. | 15:01:18 |
| 13 | THE VIDEOGRAPHER:  All right.  The time is | 15:01:20 |
| 14 | 3:01 p.m.  We're off the record. | 15:01:21 |
| 15 | (Whereupon a break was had.) | 15:01:23 |
| 16 | THE VIDEOGRAPHER:  All right.  The time is | 15:14:32 |
| 17 | 3:14 p.m.  Back on the record. | 15:14:41 |
| 18 | MR. HEMENWAY:  Okay.  So let's go ahead | 15:14:43 |
| 19 | and pull up the next exhibit which is going to be | 15:14:45 |
| 20 | the Debtor169745. | 15:14:48 |
| 21 | (Exhibit 3 marked for identification.) | 15:14:48 |
| 22 | BY MR. HEMENWAY: | 15:14:48 |
| 23 | Q  And Mr. Lefkowitz, take your time reading | 15:14:56 |
| 24 | this e-mail.  I -- you are not a recipient of this | 15:14:58 |
| 25 | e-mail, so get that out of the way ahead of time | 15:15:02 |

1    to avoid any confusion.                                    15:15:05

2        A   Just want to go on the record that I just          15:15:07

3    received an e-mail from a news reporter asking me          15:15:10

4    about multiple questions that I've been asked              15:15:15

5    today in the deposition.  So obviously, there are          15:15:18

6    people on this group who have a different agenda           15:15:20

7    than just discovery on behalf of the UCC.                  15:15:24

8            So I really would like to put that on the          15:15:29

9    record, that it's highly unappreciated using this         15:15:33

10   deposition before it even gets corrected or even          15:15:38

11   get a chance to correct it to leak information to         15:15:43

12   the press.                                                15:15:46

13       MS. HAYWARD:  Sorry, Isaac, who did you              15:15:46

14   get an e-mail from?                                       15:15:48

15       THE WITNESS:  From a news reporter.                   15:15:49

16       MS. HAYWARD:  Is there a reporter present?            15:15:52

17       THE WITNESS:  I don't think the reporter             15:15:56

18   is present, but there's somebody here on the -- on       15:15:57

19   the 2004 exam that's been leaking information to a       15:16:00

20   news reporter.  Otherwise, they would have never         15:16:03

21   ever known about the questions and answers that         15:16:06

22   went on today.                                           15:16:09

23           We'll deal with it in course.  I just           15:16:11

24   wanted to be -- approach that, you know, before to      15:16:13

25   even have a chance to correct the transcribed           15:16:22

| | | |
|---|---|---|
| 1 | deposition before it leaked -- gets leaked out to | 15:16:25 |
| 2 | the outside world. | 15:16:27 |
| 3 | MR. HEMENWAY:  Understood.  Are we back on | 15:16:31 |
| 4 | the record? | 15:16:34 |
| 5 | THE WITNESS:  Yes. | 15:16:36 |
| 6 | MR. HEMENWAY:  Sorry, I was asking the | 15:16:37 |
| 7 | videographer. | 15:16:39 |
| 8 | THE VIDEOGRAPHER:  We've been on the | 15:16:41 |
| 9 | record. | 15:16:43 |
| 10 | MR. HEMENWAY:  Great.  Thank you. | 15:16:43 |
| 11 | BY MR. HEMENWAY: | 15:16:44 |
| 12 | Q  So Mr. Lefkowitz, this is a document | 15:16:45 |
| 13 | produced by the debtor.  You're not a recipient. | 15:16:49 |
| 14 | I want to ask about, first of all, who is Sarah | 15:16:53 |
| 15 | Tirschwell? | 15:16:55 |
| 16 | A  I will not answer any questions if I'm not | 15:16:56 |
| 17 | a recipient.  Move on. | 15:16:58 |
| 18 | Q  Do you not know who -- | 15:17:02 |
| 19 | A  You can ask me who Sarah Tirschwell is, | 15:17:04 |
| 20 | but you can close this down.  I'm not a recipient. | 15:17:07 |
| 21 | Q  Okay.  We'll minimize the document. | 15:17:10 |
| 22 | Who is Sarah Tirschwell? | 15:17:12 |
| 23 | A  Sarah Tirschwell was hired by Geneva | 15:17:15 |
| 24 | Consulting to be CEO for -- | 15:17:20 |
| 25 | Q  And who made the decision to hire her? | 15:17:25 |

| | | |
|---|---|---|
| 1 | A  I did. | 15:17:26 |
| 2 | Q  And why did you choose Ms. Tirschwell? | 15:17:26 |
| 3 | A  We were looking -- I fired James Hyman and | 15:17:31 |
| 4 | we were looking for a replacement. | 15:17:37 |
| 5 | Q  And what was the scope of her authority as | 15:17:38 |
| 6 | the CEO of Corizon? | 15:17:41 |
| 7 | A  Wasn't more for authority; it was more for | 15:17:43 |
| 8 | business development to go out and get new | 15:17:47 |
| 9 | business. | 15:17:49 |
| 10 | Q  Okay.  Let's go ahead and pull the | 15:17:49 |
| 11 | document back up. | 15:17:52 |
| 12 | So this document is dated January 31st, | 15:17:56 |
| 13 | 2022, and says, Sounds like Perigrove wants | 15:18:01 |
| 14 | Florida. | 15:18:04 |
| 15 | A  I told you I will not respond to a | 15:18:08 |
| 16 | document that I'm not a recipient. | 15:18:11 |
| 17 | Q  My question to you is:  Was Perigrove | 15:18:13 |
| 18 | involved -- I'll actually ask it differently. | 15:18:17 |
| 19 | Was Perigrove 1018 involved in seeking new | 15:18:20 |
| 20 | business in the state of Florida? | 15:18:26 |
| 21 | A  No. | 15:18:28 |
| 22 | Q  Was Perigrove, LLC involved in seeking new | 15:18:29 |
| 23 | business in the state of Florida? | 15:18:32 |
| 24 | A  I am not here on behalf of Perigrove, LLC. | 15:18:34 |
| 25 | Q  Okay. | 15:18:42 |

1          MR. HEMENWAY:  Let's go to 111835 and have          15:18:47
2    that marked as an exhibit.                                15:18:54
3          REMOTE TECHNICIAN:  Stand by.  Apologies,           15:19:01
4    Counsel.  I see a 113011, but I -- I don't believe        15:19:06
5    I see --                                                  15:19:11
6          MR. HEMENWAY:  We have 835 and we'll send           15:19:13
7    it to you if you don't have it.                           15:19:16
8          REMOTE TECHNICIAN:  I'm running a search,           15:19:19
9    but it looks like -- let me check this repository,        15:19:21
10   but I don't believe I have it up.  There we go.           15:19:25
11   Great.                                                    15:19:31
12         All right.  Apologies about the delay.  It          15:19:42
13   should be on screen now.                                  15:19:44
14         (Exhibit 4 marked for identification.)              15:19:48
15   BY MR. HEMENWAY:                                          15:19:48
16     Q  So Mr. Lefkowitz, in Exhibit 4, you are              15:19:48
17   instructing someone at Corizon to form entities,          15:19:57
18   CHS entities.                                             15:20:03
19         What was the purpose of those entities?             15:20:08
20     A  Where did you get this document from?                15:20:11
21     Q  From the debtor.                                     15:20:13
22     A  So why am I being deposed now about the              15:20:14
23   debtor?  This is a debtor's deposition now?               15:20:19
24     Q  Mr. Lefkowitz, tell me what your --                  15:20:24
25     A  Yes.                                                 15:20:25

1      Q  -- address -- what does your e-mail          15:20:26

2   address say in the From line of this e-mail?       15:20:28

3      A  il@perigrove.com.                            15:20:30

4      Q  So it was produced by the debtor, but you    15:20:38

5   as a director at Perigrove are telling the debtor  15:20:42

6   to form entities.                                  15:20:47

7         Why?                                         15:20:49

8      A  What does that got to do with today's        15:20:53

9   deposition?                                        15:20:55

10     Q  Today's deposition is about Perigrove        15:20:55

11  1018's management of the companies --              15:20:58

12     A  So asking -- so ask me the questions about   15:21:00

13  Perigrove 1018.  Don't ask me questions about the  15:21:02

14  debtor or about Perigrove, LLC.                    15:21:07

15     Q  Mr. Lefkowitz, why --                        15:21:09

16     A  Mr. -- Mr. Hemenway, I'm here since 8:30     15:21:11

17  in the morning.  And by the way, I'm on Eastern    15:21:16

18  time so now it's 4:30 in the afternoon.  So I am    15:21:20

19  sitting here for quite some time and multiple      15:21:22

20  deposition, and I'll be gladly to sit a few more   15:21:26

21  days for more depositions.                         15:21:29

22        But your deposition needs to be accurate.    15:21:32

23  I have counsel here for Perigrove 1018.  I don't   15:21:34

24  have counsel here for the debtor.  I don't have    15:21:37

25  counsel here for YesCare, although Aaron Kaufman   15:21:40

| | | |
|---|---|---|
| 1 | is here.  But if you have something that you want | 15:21:43 |
| 2 | to ask, you depose me on the debtor's side. | 15:21:46 |
| 3 | You want to ask something on Perigrove, go | 15:21:49 |
| 4 | ahead, serve Perigrove with a 2004 deposition | 15:21:53 |
| 5 | notice.  I came this afternoon for Perigrove 1018. | 15:21:56 |
| 6 | Show me on this document the words 1018. | 15:22:00 |
| 7 | Q  So Mr. Lefkowitz -- okay.  I've got an | 15:22:05 |
| 8 | echo. | 15:22:10 |
| 9 | A  Your echo has nothing to do with me. | 15:22:13 |
| 10 | Q  So Mr. Lefkowitz, so I understand what | 15:22:18 |
| 11 | you're saying, if the e-mail domain does not say | 15:22:21 |
| 12 | Perigrove 1018, you are not communicating on | 15:22:26 |
| 13 | behalf of Perigrove 1018? | 15:22:29 |
| 14 | A  I didn't say that.  I said, if you have | 15:22:31 |
| 15 | something to ask me about 1018, about a document | 15:22:33 |
| 16 | from 1018, I will respond to it.  If you have a | 15:22:36 |
| 17 | question about 1018, I will respond to it.  If | 15:22:40 |
| 18 | you're asking me about any other entity outside | 15:22:43 |
| 19 | the scope of 1018, I will not answer you. | 15:22:47 |
| 20 | Q  So Mr. Lefkowitz, why is Perigrove 1018 | 15:22:51 |
| 21 | asking Corizon to form these entities? | 15:22:57 |
| 22 | A  Show me where 1018 is asking Corizon to | 15:23:00 |
| 23 | form entities. | 15:23:04 |
| 24 | Q  Is it your testimony that it's not? | 15:23:05 |
| 25 | A  That 1018 asked, I have no knowledge of | 15:23:06 |

1    1018 asking anybody anything.                        15:23:10

2        Q   So the document that we're looking at is     15:23:13

3    the equity owner of Corizon asking it to form         15:23:17

4    entities?                                             15:23:22

5        A   No.                                           15:23:22

6        Q   The third party?                              15:23:22

7        A   No.   The answer is no.   You're making an    15:23:24

8    assumption, and you're trying to make something       15:23:30

9    up.   There's no request here from 1018 to do         15:23:33

10   anything.                                             15:23:36

11       Q   What would a request from 1018 look like,     15:23:38

12   Mr. Lefkowitz?   Would it sign it --                  15:23:42

13       A   I don't know.                                 15:23:42

14       Q   -- Isaac Lefkowitz, Perigrove 1018?           15:23:44

15       A   Don't -- don't ask eventualities and don't    15:23:46

16   ask assumptions.   You have an accurate fact, I       15:23:51

17   will clarify it for you.   If you have a fact that    15:23:54

18   1018 asked something or 1018 did something, as        15:23:57

19   1018 representative I'm ready to testify.   I'm not   15:24:03

20   here to help you with your assumptions.               15:24:08

21       Q   So as the 1018 representative, do you know    15:24:10

22   why these CHS entities were formed?                   15:24:13

23       A   As a 1018 representative, I will not          15:24:17

24   respond to a document that does not belong to         15:24:20

25   1018.                                                 15:24:24

1     Q  1018 did not produce any documents.  You          15:24:27

2  understand that, right?                                  15:24:29

3     A  1018 did what they're obligated to do.             15:24:32

4     Q  Okay.  So but if you won't respond to a            15:24:35

5  document that wasn't produced by 1018, then you're       15:24:40

6  refusing to respond to questions about --                15:24:43

7     A  I did not say that.  I said a document             15:24:45

8  that 1018 is not involved in.  I didn't say a            15:24:47

9  document that 1018 didn't produce.  If you can           15:24:50

10 show me a document that 1018 had an involvement in       15:24:53

11 it, then 1018's representative, which is myself,         15:24:56

12 will testify.                                            15:25:00

13    Q  And --                                             15:25:01

14    A  You're bringing me a document -- if you're         15:25:01

15 bringing me a document that 1018 did not produce,        15:25:04

16 that 1018 did not write, that 1018 wasn't               15:25:07

17 involved, the answer is no response.                     15:25:11

18    Q  And what is your basis for considering the         15:25:12

19 document we're looking at not to be a document           15:25:15

20 that 1018 wrote or was involved in?                      15:25:17

21    A  Doesn't say anything in this document that         15:25:20

22 1018 was involved in it.                                 15:25:23

23       Let's -- let's put it this way,                    15:25:29

24 Mr. Hemenway:  There's no secret that I'm a              15:25:32

25 director of multiple, multiple, multiple                 15:25:36

1   companies, that I'm a board member of multiple,                    15:25:40

2   multiple, multiple companies.  There's no secret                   15:25:43

3   about that.  It's been disclosed to the court.                     15:25:45

4   It's been disclosed in the litigation.                             15:25:49

5         The fact that you're making an assumption                    15:25:50

6   that me as a director of one company did or asked                  15:25:53

7   or requested another company that, is totally                      15:25:58

8   inaccurate.                                                        15:26:01

9         So if -- right now we're spending time on                    15:26:03

10  a deposition notice for Perigrove 1018.  Melissa                   15:26:06

11  Hayward is counsel to that firm and I am the                       15:26:13

12  corporate director of that firm.                                   15:26:17

13        You have not showed me a document that                       15:26:18

14  Perigrove 1018 or I, myself, on behalf of 1018 has                 15:26:21

15  requested, has written, has responded to.  You're                  15:26:24

16  trying to connect dots that don't connect.  I'm                    15:26:30

17  not here to help you.  I'm here to respond to you.                 15:26:33

18     Q  So Perigrove 1018 owned Corizon at the                       15:26:43

19  time of this e-mail?                                               15:26:56

20     A  No.                                                          15:26:58

21     Q  Perigrove 1018 does not have an equity                       15:27:01

22  interest in Corizon as of February 21st, 2022?                     15:27:05

23     A  No.                                                          15:27:08

24     Q  At what point after acquiring the equity                     15:27:09

25  interest in December 2021, did Perigrove 1018                      15:27:15

| | | |
|---|---|---|
| 1 | divest its equity interest in Corizon? | 15:27:19 |
| 2 | A Never had an interest in Corizon. | 15:27:22 |
| 3 | Q I see. As of February 21st, 2022, the | 15:27:24 |
| 4 | date of this e-mail, Perigrove had an equity | 15:27:30 |
| 5 | interest in Corizon's parent company, correct? | 15:27:33 |
| 6 | A Yes. | 15:27:36 |
| 7 | Q And you are sending an e-mail directing | 15:27:36 |
| 8 | Corizon to take an action? | 15:27:46 |
| 9 | A Me? In which company? | 15:27:50 |
| 10 | Q I'm just saying you as a person. | 15:27:52 |
| 11 | A That's not what -- | 15:27:56 |
| 12 | Q You -- | 15:27:57 |
| 13 | A That is not what I said to you earlier. | 15:27:58 |
| 14 | Me as a person, been -- been employed, been | 15:28:00 |
| 15 | working, been directed, been representative in | 15:28:05 |
| 16 | many companies. So when I write, I don't write as | 15:28:10 |
| 17 | a person. I wrote on behalf of a company. | 15:28:14 |
| 18 | As a person, I play golf. As a person, I | 15:28:17 |
| 19 | clean windows. As a person, I do my personal | 15:28:20 |
| 20 | stuff. | 15:28:24 |
| 21 | You're showing me a document. It's on | 15:28:26 |
| 22 | behalf of a company to a company. So you cannot | 15:28:28 |
| 23 | show me a document that 1018 -- Perigrove 1018, | 15:28:32 |
| 24 | the subject company of this deposition, directed | 15:28:36 |
| 25 | anyone to do anything. | 15:28:40 |

| | | |
|---|---|---|
| 1 | Q  I understand that's your -- that's your | 15:28:43 |
| 2 | position. | 15:28:46 |
| 3 | A  If you -- so if you understand it, why do | 15:28:46 |
| 4 | you keep going back and forth again -- | 15:28:49 |
| 5 | Q  And -- | 15:28:50 |
| 6 | A  -- and asking -- and asking the question | 15:28:51 |
| 7 | in various forms?  You're going to get the same | 15:28:53 |
| 8 | answer. | 15:28:56 |
| 9 | Perigrove 1018 has not been -- instructed | 15:28:56 |
| 10 | anyone at Corizon to do anything, other than | 15:29:00 |
| 11 | major, major decisions that 1018 was involved in, | 15:29:08 |
| 12 | in the management of any subsidiaries.  I | 15:29:12 |
| 13 | testified to that. | 15:29:16 |
| 14 | Q  What were those major decisions other than | 15:29:18 |
| 15 | filing for bankruptcy at -- | 15:29:21 |
| 16 | A  You asked me of an example and I gave you | 15:29:23 |
| 17 | an example.  And back then before in the | 15:29:26 |
| 18 | deposition, said I will not give you more | 15:29:29 |
| 19 | examples. | 15:29:31 |
| 20 | If bankruptcy is not a major decision to | 15:29:31 |
| 21 | you, then I can't give you any other examples. | 15:29:34 |
| 22 | Q  I asked you if there were any others. | 15:29:36 |
| 23 | A  What's that? | 15:29:39 |
| 24 | Q  I asked you if there were any others. | 15:29:40 |
| 25 | A  There were major decisions 1018 was | 15:29:42 |

1    involved.  You want to go back to that subject          15:29:48

2    again now?                                              15:29:51

3        Q  Yeah.  You just brought it up.  What were        15:29:52

4    the major decisions?                                    15:29:54

5        A  I brought it up because you keep coming          15:29:56

6    back in on the same question over and over and          15:29:58

7    over again, and I keep answering you over and over      15:30:00

8    add over again.  And I'm trying to answer more          15:30:03

9    than the yes and the no and I don't know and I          15:30:05

10   don't recall.  I'm giving you clear answers so you      15:30:07

11   get the information.                                    15:30:11

12       Perigrove 1018 was an independent entity            15:30:12

13   company that acquired the equity that controlled        15:30:16

14   the subsidiaries of 1018.  Ultimately, down the         15:30:22

15   chain pole there was a company called Corizon           15:30:27

16   which is the debtor, or the former Corizon, which       15:30:30

17   is the debtor today.  Has nothing to do with any        15:30:34

18   of the other Perigroves that you're trying to link      15:30:35

19   in.  It has nothing to do with directions from one      15:30:39

20   company to another company using e-mail addresses.      15:30:43

21   You're trying to create dots that don't exist           15:30:48

22   clearly.                                                15:30:52

23       Q  Here's my question, Mr. Lefkowitz.               15:30:58

24       A  Sure.                                            15:31:01

25       Q  And I want to be clear --                        15:31:03

| | | |
|---|---|---|
| 1 | A  And if it's a question that you've asked | 15:31:05 |
| 2 | before, I will not answer it because I told you | 15:31:08 |
| 3 | that I have a time limitation.  I have some -- I | 15:31:11 |
| 4 | got to pick up my grandkids from day camp and I | 15:31:14 |
| 5 | have a hard stop.  And you're wasting time, | 15:31:19 |
| 6 | precious time of my time, precious legal time of | 15:31:23 |
| 7 | asking the question over and over and over in | 15:31:26 |
| 8 | different forms.  So either you move on to a new | 15:31:29 |
| 9 | question or you're going to get the same answer. | 15:31:33 |
| 10 | Q  Here's my question. | 15:31:35 |
| 11 | A  Sure. | 15:31:37 |
| 12 | Q  Are you saying that when you sent this | 15:31:38 |
| 13 | e-mail, you were not acting on behalf of Perigrove | 15:31:41 |
| 14 | 101; yes or no? | 15:31:48 |
| 15 | A  I did not say that.  And you will not get | 15:31:49 |
| 16 | a yes or no.  I said that I will testify on | 15:31:53 |
| 17 | anything that's related to 1018 on the document. | 15:31:55 |
| 18 | If it's not related to 1018 -- | 15:32:00 |
| 19 | Q  Explain that -- let's move on. | 15:32:02 |
| 20 | Let's pull up -- | 15:32:04 |
| 21 | A  Sure. | 15:32:04 |
| 22 | Q  -- 348914.  Mr. Lefkowitz, you're the one | 15:32:06 |
| 23 | that's talking about time limitations.  I'm not | 15:32:09 |
| 24 | going to listen to a soliloquy and not get to ask | 15:32:11 |
| 25 | my questions. | 15:32:15 |

| | | |
|---|---|---|
| 1 | MR. HEMENWAY: 318984, please. | 15:32:16 |
| 2 | REMOTE TECHNICIAN: Stand by. | 15:32:23 |
| 3 | MR. HEMENWAY: Thank you, Malcolm. | 15:32:26 |
| 4 | REMOTE TECHNICIAN: Apologize, I'm | 15:32:33 |
| 5 | looking. I'm not seeing it directly in front of | 15:32:34 |
| 6 | me right now. | 15:32:37 |
| 7 | MR. HEMENWAY: One second. | 15:32:38 |
| 8 | REMOTE TECHNICIAN: 348 -- | 15:32:40 |
| 9 | BY MR. HEMENWAY: | 15:32:40 |
| 10 | Q While that is coming up, go back to | 15:32:42 |
| 11 | something we talked about earlier. | 15:32:47 |
| 12 | MR. HEMENWAY: And Malcolm, just let me | 15:32:48 |
| 13 | know when you're ready but don't pull it up. | 15:32:51 |
| 14 | Q You mentioned that in planning the | 15:32:53 |
| 15 | divisional merger, you engaged counsel, mentioned | 15:32:55 |
| 16 | White & Case. Obviously, we're not going to talk | 15:33:01 |
| 17 | about the substance. | 15:33:03 |
| 18 | But who for Perigrove 1018 interacted with | 15:33:04 |
| 19 | White & Case on that project? | 15:33:09 |
| 20 | A I didn't say that Perigrove 1018 engaged | 15:33:12 |
| 21 | White & Case. This is something that you assumed | 15:33:16 |
| 22 | and you're making it up. | 15:33:18 |
| 23 | Q Did anyone from -- | 15:33:20 |
| 24 | A White -- White & Case -- White & Case was | 15:33:21 |
| 25 | engaged by Corizon and Valitas. Has nothing -- no | 15:33:23 |

| | | |
|---|---|---|
| 1 | engagement was done by Perigrove 1018. | 15:33:30 |
| 2 | Q  So -- | 15:33:34 |
| 3 | A  It so happened -- is so happened, and I'm | 15:33:34 |
| 4 | a director of Perigrove 1018.  I'm a director of | 15:33:37 |
| 5 | Valitas.  And I'm a director of Corizon.  And I | 15:33:42 |
| 6 | have personal familiarity with it.  But Perigrove | 15:33:44 |
| 7 | 1018, LLC never engaged White & Case. | 15:33:47 |
| 8 | Q  So was the divisional merger of those big | 15:33:52 |
| 9 | decisions where Perigrove 1018 would be involved | 15:33:58 |
| 10 | with a company that it had equity in? | 15:34:02 |
| 11 | A  The divisional merger was a major decision | 15:34:04 |
| 12 | that I, as a director of Perigrove 1018, was | 15:34:08 |
| 13 | involved in the approval process that Corizon and | 15:34:12 |
| 14 | Valitas understood.  Yes. | 15:34:17 |
| 15 | REMOTE TECHNICIAN:  And I don't want to | 15:34:18 |
| 16 | interrupt, but I am ready with that document | 15:34:20 |
| 17 | whenever, Counsel. | 15:34:22 |
| 18 | BY MR. HEMENWAY: | 15:34:23 |
| 19 | Q  And as part of your involvement in that | 15:34:23 |
| 20 | process, did you -- were you -- you said the | 15:34:26 |
| 21 | approval process, I believe. | 15:34:29 |
| 22 | Were you involved in the planning process? | 15:34:31 |
| 23 | A  The approval process. | 15:34:34 |
| 24 | Q  Yeah.  I was trying to clarify your | 15:34:38 |
| 25 | answer. | 15:34:40 |

1       You mentioned the approval process.  Were          15:34:40

2   you involved in any other processes associated        15:34:42

3   with the divisional merger?                           15:34:44

4       A  Is the approval process not enough?  What      15:34:47

5   is the other process?                                 15:34:51

6       Q  The planning.                                  15:34:52

7       A  Planning the division merger is a              15:34:53

8   divisional merger.  Documents speak for itself.       15:34:59

9       Q  Okay.  Did you interface with White & Case     15:35:03

10  on behalf of Perigrove 1018 in connection with        15:35:09

11  the --                                                15:35:13

12      A  No.  No.                                        15:35:14

13      MR. HEMENWAY:  All right.  Malcolm, let's          15:35:17

14  pull that document up.                                15:35:19

15      (Exhibit 5 marked for identification.)            15:35:27

16      Q  We spoke early about FTI being engaged in       15:35:27

17  connection with the divisional merger.                15:35:31

18      Were you involved in that in your capacity         15:35:32

19  as director of Perigrove 1018?                        15:35:35

20      A  No.                                            15:35:39

21      Q  So in the e-mail where you're looking at        15:35:40

22  providing direction to Corizon on cooperating with    15:35:46

23  FTI and that process, you're not acting on behalf     15:35:51

24  of Perigrove 1018?                                    15:35:56

25      A  What process?                                   15:35:58

| | | |
|---|---|---|
| 1 | Q  The divisional merger process with -- | 15:35:59 |
| 2 | A  I don't see a word divisional -- I don't | 15:36:02 |
| 3 | see the word divisional merger here.  I read the | 15:36:04 |
| 4 | whole e-mail.  There's not one word of divisional | 15:36:07 |
| 5 | merger here. | 15:36:10 |
| 6 | Q  I didn't say there was. | 15:36:11 |
| 7 | A  You said divisional merger. | 15:36:12 |
| 8 | Q  Mr. Lefkowitz -- | 15:36:16 |
| 9 | A  On here it says from -- | 15:36:17 |
| 10 | Q  FTI -- | 15:36:18 |
| 11 | A  It says from Isaac Lefkowitz -- it says | 15:36:20 |
| 12 | from Isaac Lefkowitz, so il@perigrove to Jeff | 15:36:24 |
| 13 | Sholey, subject FTI.  Doesn't say what about FTI. | 15:36:24 |
| 14 | Dated Monday, February 14 -- | 15:36:28 |
| 15 | Q  Let's go to 348915. | 15:36:31 |
| 16 | A  What? | 15:36:34 |
| 17 | Q  Let's go to the attachment. | 15:36:34 |
| 18 | A  This has an attachment? | 15:36:37 |
| 19 | Q  Mr. Lefkowitz, this will go a lot faster | 15:36:39 |
| 20 | if you don't pretend you don't know why FTI was | 15:36:43 |
| 21 | hired. | 15:36:45 |
| 22 | MS. HAYWARD:  Objection. | 15:36:46 |
| 23 | A  Hired by whom?  Hired by whom? | 15:36:48 |
| 24 | Q  It doesn't matter for the question.  We're | 15:36:50 |
| 25 | just trying to get through the -- | 15:36:52 |

1      A  It does.  It does.                          15:36:53

2         REMOTE TECHNICIAN:  All right.  One moment  15:36:59

3      Counsel, I'm bringing that up.                 15:37:00

4         MR. HEMENWAY:  Sure.                         15:37:03

5         (Exhibit 6 marked for identification.)       15:37:17

6      Q  Okay.  So this is the attachment,           15:37:17

7      Mr. Lefkowitz.                                 15:37:19

8      A  Okay.                                       15:37:19

9      Q  FTI's preliminary information request       15:37:19

10     lists related to evaluation analysis of Corizon 15:37:22

11     Health.                                        15:37:25

12        Are you not aware of FTI doing evaluation   15:37:25

13     analysis in the context of the divisional merger? 15:37:31

14     A  I am aware.                                 15:37:33

15     Q  Okay.  So going back to the parent e-mail   15:37:34

16     where this was sent to Jeff Sholey at Corizon  15:37:38

17     Health from il@perigrove, my question is:  When 15:37:44

18     you told Jeff Sholey to get on this ASAP, were you 15:37:48

19     instructing him in your capacity as director at 15:37:55

20     Perigrove 1018?                                15:38:01

21     A  I don't recall under what capacity, but     15:38:03

22     there's not a word of 1018 in this document.   15:38:07

23     Q  Okay.  So you don't know what capacity.     15:38:11

24        Was Perigrove 1018 involved in the FTI      15:38:17

25     engagement?                                    15:38:21

1      A   No.                                                    15:38:21

2      Q   Did you interact with FTI in any                      15:38:21

3   capacity -- or sorry.                                        15:38:23

4          Did you interact with FTI as part of your             15:38:27

5   role at 1018?                                                15:38:28

6      A   Part of the role for the debtor.  As part             15:38:30

7   of the role for Corizon.                                     15:38:34

8      Q   Okay.  Did Perigrove 1018 receive any                 15:38:36

9   payments from any of the entities that it had                15:38:49

10  purchased the equity in or acquired the equity in,           15:38:54

11  in December of 2021?                                         15:39:00

12     A   Not that I'm aware of.                                15:39:00

13     Q   Okay.                                                 15:39:02

14         MR. HEMENWAY:  And let's -- let's pull up             15:39:05

15  that page 220 real quick.  So that -- Malcolm, the           15:39:10

16  exhibit that was page 220.                                   15:39:15

17         REMOTE TECHNICIAN:  Let me -- check                   15:39:23

18  through -- I apologize, I don't -- do you have the           15:39:26

19  Bates number?  That might make it easier to refer            15:39:31

20  to.                                                          15:39:36

21         MR. HEMENWAY:  -- number, but it reference            15:39:37

22  220 in the file name.  Anna will resend it to you.           15:39:38

23         REMOTE TECHNICIAN:  Okay.  I -- yeah.  I              15:39:39

24  believe this was marked in a previous deposition            15:39:41

25  but not this one, unless I'm mistaken.                       15:39:44

| | | |
|---|---|---|
| 1 | Do you want it to be marked as Exhibit 7 | 15:39:53 |
| 2 | or -- | 15:39:56 |
| 3 | MR. HEMENWAY:  As Exhibit 7.  We're just | 15:39:56 |
| 4 | going to put it up for a little bit. | 15:39:58 |
| 5 | REMOTE TECHNICIAN:  Okay. | 15:40:01 |
| 6 | (Exhibit 7 marked for identification.) | 15:40:01 |
| 7 | BY MR. HEMENWAY: | 15:40:15 |
| 8 | Q  All right.  We looked at this earlier, Mr. | 15:40:15 |
| 9 | Lefkowitz. | 15:40:15 |
| 10 | My question is just about the two lines | 15:40:15 |
| 11 | that reference Perigrove. | 15:40:17 |
| 12 | A  Correct. | 15:40:20 |
| 13 | Q  Did Perigrove 1018 receive funds on either | 15:40:20 |
| 14 | of those dates of these amounts? | 15:40:25 |
| 15 | A  No. | 15:40:27 |
| 16 | Q  Okay.  Then we can put that down. | 15:40:28 |
| 17 | MR. HEMENWAY:  Let's go ahead and pull up | 15:40:48 |
| 18 | 621804. | 15:40:50 |
| 19 | THE WITNESS:  I think my camera is frozen | 15:40:53 |
| 20 | again. | 15:40:55 |
| 21 | MS. HAYWARD:  It does appear that way. | 15:40:56 |
| 22 | MR. HEMENWAY:  Yeah. | 15:40:59 |
| 23 | THE WITNESS:  Log out -- | 15:40:59 |
| 24 | MR. HEMENWAY:  Yeah.  Go ahead and log out | 15:40:59 |
| 25 | and come back in and we'll pull up the document | 15:41:00 |

| | | |
|---|---|---|
| 1 | while you're doing that.  That will give Malcolm a | 15:41:03 |
| 2 | sec to pull it up. | 15:41:07 |
| 3 | REMOTE TECHNICIAN:  All right.  I have | 15:41:18 |
| 4 | that ready, Counsel.  And do you want me to wait | 15:41:20 |
| 5 | until -- | 15:41:21 |
| 6 | MR. HEMENWAY:  Wait until he comes -- | 15:41:22 |
| 7 | REMOTE TECHNICIAN:  -- to put it on? | 15:41:24 |
| 8 | MR. HEMENWAY:  -- so we're looking at it | 15:41:26 |
| 9 | at the same time. | 15:41:28 |
| 10 | All right.  Let's go ahead and pull it up. | 15:41:40 |
| 11 | (Exhibit 8 marked for identification.) | 15:41:40 |
| 12 | BY MR. HEMENWAY: | 15:41:40 |
| 13 | Q  So this is produced by the debtor, as you | 15:41:45 |
| 14 | can see, from the bottom right corner, | 15:41:47 |
| 15 | Mr. Lefkowitz.  The second page is blank, but I'm | 15:41:51 |
| 16 | just going to scroll down to show that.  It's just | 15:41:53 |
| 17 | the rest of the bottom e-mail signature.  And you | 15:41:57 |
| 18 | see the bottom e-mail references a settlement | 15:42:05 |
| 19 | payment from Centurion. | 15:42:10 |
| 20 | Do you know what that is, Mr. Lefkowitz? | 15:42:11 |
| 21 | A  I know what Centurion is.  Yes. | 15:42:15 |
| 22 | Q  Do you know what this settlement payment | 15:42:17 |
| 23 | was? | 15:42:20 |
| 24 | A  No. | 15:42:21 |
| 25 | Q  Okay.  And then you respond from your | 15:42:21 |

1    Perigrove e-mail saying that you will                    15:42:25

2    provide -- you told Travis you would provide him,        15:42:31

3    and it looks like you're probably referencing            15:42:33

4    wire -- wiring instructions from down here.              15:42:37

5    That's the subject line.                                 15:42:41

6        A   Okay.                                            15:42:45

7        Q   And then you can see at the top,                 15:42:46

8    Mr. Sholey sends Corizon wire instructions.              15:42:48

9        A   Okay.                                            15:42:55

10       Q   Do you know if you sent those to whomever        15:42:55

11   Travis is for the Centurion DOC settlement?              15:43:05

12       A   I don't remember that.                           15:43:10

13       Q   Okay.                                            15:43:12

14       A   What's on page 3?  Keep scrolling down.          15:43:14

15       Q   There's two pages.  The second one is            15:43:17

16   blank.  It's just the end of this signature.             15:43:20

17       A   Okay.                                            15:43:23

18       Q   So then let's go ahead and pull up the           15:43:23

19   later one.                                               15:43:26

20           MR. HEMENWAY:  Let's go ahead and pull up        15:43:28

21   305428.                                                  15:43:35

22           REMOTE TECHNICIAN:  All right.  I have           15:43:36

23   that.  Stand by.                                         15:43:37

24           (Exhibit 9 marked for identification.)           15:43:53

25   BY MR. HEMENWAY:                                         15:43:53

1    Q   In the prior document, just to refresh          15:43:55

2   your memory -- and I'll go back to it if you want     15:43:59

3   to confirm, but it was dated December 15th, 2021.     15:44:02

4   I'll put that up just to show you.                    15:44:06

5        And this is dated later, and it starts           15:44:08

6   with you e-mailing a Travis Parham on Corizon         15:44:14

7   Centurion settlement, saying FedEx the settlement     15:44:20

8   check to Corizon C/O Perigrove, Spook Rock Road.      15:44:22

9        Which Perigrove are you referencing there,       15:44:29

10  Mr. Lefkowitz?                                         15:44:31

11   A   I don't know.                                     15:44:33

12   Q   Okay.  And then Mr. Parham informs people        15:44:35

13  at Corizon that this was sent -- so do you know if    15:44:44

14  Perigrove received this check at this address?        15:44:50

15   A   I don't know what this is about.                 15:44:54

16   Q   Do you --                                        15:44:57

17   A   I don't recall what this is about.               15:44:58

18   Q   Okay.  Is 351 Spock [sic] Road an address        15:44:59

19  that Perigrove uses?                                  15:45:07

20   A   Which Perigrove?                                 15:45:09

21   Q   Let's start with Perigrove 1018.                 15:45:10

22   A   No.                                              15:45:12

23   Q   Okay.  What address does Perigrove 1018          15:45:12

24  use?  Where is Perigrove 1018's address?             15:45:23

25   A   Brentwood, Tennessee.                            15:45:27

| | | |
|---|---|---|
| 1 | Q  And how long have Perigrove 1018's | 15:45:31 |
| 2 | addresses been in Brentwood, Tennessee? | 15:45:35 |
| 3 | A  Since December of '21. | 15:45:40 |
| 4 | Q  Okay.  And they're still there today? | 15:45:40 |
| 5 | A  Yes. | 15:45:44 |
| 6 | Q  And that's where Perigrove 1018 conducts | 15:45:45 |
| 7 | business involving Corizon? | 15:45:49 |
| 8 | A  You got to go back to the questions and | 15:45:55 |
| 9 | answers that were -- that was in previous | 15:45:57 |
| 10 | questioning -- line of questioning, that Perigrove | 15:46:01 |
| 11 | 1018 does not have daily operations.  It's only | 15:46:05 |
| 12 | involved in major decisions. | 15:46:08 |
| 13 | So when you're saying conducting business, | 15:46:09 |
| 14 | making it sound like there was something going on | 15:46:12 |
| 15 | every day. | 15:46:14 |
| 16 | Q  Yeah.  And I appreciate the clarification. | 15:46:15 |
| 17 | When Perigrove 1018 is dealing with those | 15:46:19 |
| 18 | major decisions, that is the office where it | 15:46:22 |
| 19 | conducts that business? | 15:46:24 |
| 20 | A  Doesn't do major decisions from an office. | 15:46:26 |
| 21 | It's virtual. | 15:46:29 |
| 22 | Q  Understood.  Okay. | 15:46:30 |
| 23 | MR. HEMENWAY:  Let's pull up 165274. | 15:46:33 |
| 24 | (Exhibit 10 marked for identification.) | 15:46:40 |
| 25 | REMOTE TECHNICIAN:  Stand by. | 15:46:40 |

BY MR. HEMENWAY:                                          15:46:40

    Q  Mr. Lefkowitz, I believe you said earlier      15:46:45

that Perigrove 1018 engaged Sarah Tirschwell to          15:46:47

become the CEO of Corizon in December 2021; is           15:46:53

that right?                                              15:46:58

    A  No.  That's not right.  And I never said     15:46:58

that.                                                    15:47:00

    Q  Who -- who brought in Ms. Tirschwell?         15:47:02

    A  Geneva.                                        15:47:07

    Q  Geneva.  And was Perigrove 1018 involved       15:47:07

in that decision?                                        15:47:12

    A  No.                                            15:47:14

    Q  Okay.  The document we're looking at is an     15:47:14

e-mail from you to James Hyman.                          15:47:21

    Who is James Hyman?                                 15:47:26

    A  Former CEO of Corizon.                         15:47:28

    Q  And we can scroll down if you'd like to        15:47:31

see the full context.  It's five pages.  I'm not         15:47:36

going to ask you about all five.  It's back and          15:47:39

forth on what looks like a planning meeting of           15:47:41

some sort, and I'm happy to let you look at it.          15:47:47

    A  Okay.                                          15:47:51

    Q  And we say spoke to Isaac.  He'd like to       15:47:56

set up a meeting.  And then there's a note from          15:48:00

Mr. Hyman about parameters for the meeting.              15:48:03

1          And the last e-mail is you telling                    15:48:12

2   Mr. Hyman, Please come to our office at 885 3rd              15:48:15

3   Avenue, 29th floor.                                          15:48:20

4          Whose office, Mr. -- Mr. Lefkowitz?                   15:48:21

5      A   Mine.                                                 15:48:24

6      Q   That's your office?                                   15:48:25

7      A   Yes.  Yes.                                            15:48:26

8      Q   And have you conducted Perigrove 1018                 15:48:27

9   major decision business from that office?                   15:48:34

10     A   No.                                                   15:48:38

11     Q   Okay.  One second.                                   15:48:38

12         MR. HEMENWAY:  Let's take one last break             15:49:14

13  and then we'll wrap up.                                      15:49:16

14         THE WITNESS:  Okay.                                   15:49:19

15         MR. HEMENWAY:  So but we can just take               15:49:20

16  five minutes so that we can get you to picking up            15:49:20

17  your grandkids.                                              15:49:23

18         THE VIDEOGRAPHER:  Time on the video                  15:49:24

19  monitor is 3:49 p.m.  We're off the record.                 15:49:25

20             (Whereupon a break was had.)                      15:49:28

21         THE VIDEOGRAPHER:  The time is 3:55 p.m.              15:55:01

22  We're back on the record.                                    15:55:08

23  BY MR. HEMENWAY:                                             15:55:08

24     Q   Mr. Lefkowitz, at the outset of this                 15:55:10

25  deposition, I asked you what you did to prepare             15:55:12

1    and you mentioned you reviewed financial documents          15:55:14

2    and e-mails.                                                 15:55:17

3        What e-mail account did you review?                      15:55:20

4    A    This deposition?                                        15:55:22

5    Q    Yes.                                                    15:55:24

6    A    I think I said that in the PharmaCorr                   15:55:25

7    deposition today.                                            15:55:28

8    Q    You said it at both.  We can have -- I                  15:55:29

9    mean, I supposed we could have the court reporter            15:55:32

10   read it back or you could just say whether you               15:55:35

11   reviewed e-mails.                                            15:55:38

12   A    I don't believe that's the case.  That's               15:55:39

13   not what I said during the -- during the Perigrove            15:55:41

14   deposition.                                                  15:55:44

15   Q    Did you review e-mails in preparation for              15:55:45

16   this deposition?                                             15:55:51

17   A    I reviewed e-mails not in Perigrove 1018.              15:55:51

18   I reviewed e-mails in Corizon.                               15:55:56

19   Q    You reviewed e-mails in Corizon.                       15:55:57

20       What does that mean?                                     15:56:00

21   A    I have a Corizon demain e-mail address.                15:56:01

22   Q    So your Perigrove 1018 electronic                      15:56:04

23   communications are kept at your Corizon e-mail               15:56:08

24   address?                                                     15:56:10

25   A    I didn't say that.  I said that's where I              15:56:11

| 1 | reviewed.  I didn't say that that's where it's | 15:56:14 |
| 2 | kept. | 15:56:16 |
| 3 | Q  Why did you choose to review those in | 15:56:17 |
| 4 | preparation for your Perigrove 1018 deposition? | 15:56:19 |
| 5 | A  That's what I chose to do. | 15:56:22 |
| 6 | Q  Why? | 15:56:24 |
| 7 | A  You asked me why I did something which I | 15:56:25 |
| 8 | did.  You don't get it.  You asked me where I | 15:56:30 |
| 9 | looked, and I'm giving you that address where I | 15:56:37 |
| 10 | looked.  You ask me why I looked in that address, | 15:56:39 |
| 11 | I don't get the question. | 15:56:42 |
| 12 | Q  So the topics -- you reviewed the 2004 | 15:56:43 |
| 13 | notice that lists the topics, and you reviewed | 15:56:48 |
| 14 | your e-mail to prepare to talk about those topics. | 15:56:51 |
| 15 | And the e-mail you reviewed was Corizon e-mail. | 15:56:54 |
| 16 | Why would you review Corizon e-mail to | 15:56:58 |
| 17 | answer questions of 1018? | 15:57:01 |
| 18 | A  Because this 2004 deposition arises out of | 15:57:03 |
| 19 | the bankruptcy that's former Corizon, currently | 15:57:09 |
| 20 | Tehum, that, ultimately, is the subsidiary of | 15:57:15 |
| 21 | Perigrove 1018, LLC. | 15:57:18 |
| 22 | Where else do you want me to go look, | 15:57:20 |
| 23 | other than the subject matter?  That's where I | 15:57:23 |
| 24 | went and I looked. | 15:57:26 |
| 25 | Q  Did you look at your Perigrove e-mail? | 15:57:27 |

1    A   No.                                                    15:57:32

2    Q   Why not?                                               15:57:33

3    A   Because there was no business conducted                15:57:35

4  Perigrove 1018 in my Perigrove e-mail.                       15:57:40

5    Q   What e-mail did you use to conduct                     15:57:43

6  business for Perigrove 1018?                                 15:57:45

7    A   Was for din Corizon.                                   15:57:47

8    Q   And you didn't use your perigrove.com                  15:57:49

9  e-mail to conduct business for Perigrove 1018?               15:57:51

10   A   Listen, I have a mobile device with at                 15:57:54

11  least 20 e-mail addresses.  Could be sometimes              15:57:58

12  inadvertently when you send and receive, you know,          15:58:01

13  I don't pick or choose, you know, the right e-mail          15:58:05

14  to send.                                                    15:58:07

15      But predominantly, if it was Perigrove                  15:58:08

16  1018, it was Corizon.                                       15:58:12

17   Q   And if you sent something from your                    15:58:12

18  perigrove.com e-mail, then you weren't conducting           15:58:15

19  business for Perigrove 1018; you were conducting            15:58:18

20  business for some other Perigrove entity?                   15:58:21

21   A   I'm not here to testify on behalf of                   15:58:23

22  Perigrove, what's going on in Perigrove.  Have to           15:58:25

23  do a separate deposition for that.                          15:58:29

24   Q   Okay.  But in the perigrove.com e-mails                15:58:37

25  that we've seen, you're telling us you weren't              15:58:40

| 1 | conducting business for Perigrove 1018? | 15:58:43 |
| 2 | A  I didn't say that.  You're saying it. | 15:58:49 |
| 3 | Q  Where -- | 15:58:52 |
| 4 | A  I said predominantly -- go ahead. | 15:58:53 |
| 5 | Interrupt and ask a question. | 15:58:58 |
| 6 | Q  Where are Perigrove 1018's records kept? | 15:58:59 |
| 7 | A  Virtual. | 15:59:03 |
| 8 | Q  How did Perigrove 1018 interact with | 15:59:05 |
| 9 | Corizon? | 15:59:08 |
| 10 | A  Depending on the interaction. | 15:59:15 |
| 11 | Q  Did Perigrove 1018 interact with Corizon | 15:59:17 |
| 12 | over e-mail? | 15:59:21 |
| 13 | A  Not that I'm aware of. | 15:59:22 |
| 14 | Q  Okay.  Let's talk about the management of | 15:59:24 |
| 15 | Perigrove 1018. | 15:59:31 |
| 16 | You testified that you were in charge; is | 15:59:32 |
| 17 | that correct? | 15:59:35 |
| 18 | A  Correct. | 15:59:35 |
| 19 | Q  And did you ever receive input from others | 15:59:36 |
| 20 | on the decisions you made on behalf of Perigrove | 15:59:41 |
| 21 | 1018? | 15:59:45 |
| 22 | A  Only outside counsel. | 15:59:45 |
| 23 | Q  Did you ever -- did you ever report up to | 15:59:47 |
| 24 | anyone about the performance of Perigrove 1018? | 15:59:58 |
| 25 | A  Not that I recall. | 16:00:05 |

| | | |
|---|---|---|
| 1 | Q  Did you ever discuss with anyone the | 16:00:07 |
| 2 | performance of Perigrove 1018? | 16:00:10 |
| 3 | MS. HAYWARD:  Objection, form. | 16:00:14 |
| 4 | A  No. | 16:00:19 |
| 5 | Q  And did -- outside of the acquisition of | 16:00:19 |
| 6 | the equity, did Abe Goldberger have any role at | 16:00:32 |
| 7 | Perigrove 1018? | 16:00:37 |
| 8 | A  No. | 16:00:39 |
| 9 | Q  Outside of the acquisition of equity, did | 16:00:40 |
| 10 | David Gefner have any role at Perigrove? | 16:00:45 |
| 11 | A  No. | 16:00:47 |
| 12 | Q  Okay. | 16:00:48 |
| 13 | MR. HEMENWAY:  Okay.  I think that's good | 16:00:56 |
| 14 | enough.  This concludes the deposition of | 16:00:58 |
| 15 | Perigrove 1018, LLC. | 16:01:01 |
| 16 | THE VIDEOGRAPHER:  The time is 4:00 | 16:01:05 |
| 17 | o'clock p.m.  We're going off the record. | 16:01:07 |
| 18 | THE REPORTER:  Can I get transcript | 16:01:13 |
| 19 | orders, please? | 16:01:15 |
| 20 | MS. HAYWARD:  We'll read and sign. | 16:01:15 |
| 21 | THE REPORTER:  Mr. Kaufman, did you want a | 16:01:15 |
| 22 | copy of the transcript? | 16:01:15 |
| 23 | MR. KAUFMAN:  Copy, yes.  I don't need | 16:01:27 |
| 24 | to -- we don't need to read and sign. | 16:01:28 |
| 25 | THE REPORTER:  So since this was three | 16:01:28 |

1   different depositions, do you want copies of all        16:01:39

2   three from today?                                        16:01:39

3        MR. KAUFMAN:  I think between the                   16:01:42

4   committee and the debtor we only need one set.  So      16:01:43

5   you're sending it to Committee, we'll just share        16:01:47

6   with them.                                               16:01:49

7        THE WITNESS:  But Aaron, she's asking if            16:01:51

8   you want all three depositions.  The answer is          16:01:51

9   yes.                                                     16:01:54

10       MR. KAUFMAN:  Yes.  We want all three, but          16:01:55

11  I assume the Committee is getting a set too.  I          16:01:56

12  just don't -- I don't think we need to duplicate         16:01:59

13  the expense.  It's all coming out of one source.         16:02:03

14       THE REPORTER:  But Ms. Hayward, you would           16:02:03

15  like to read and sign for all three?                     16:02:16

16       MS. HAYWARD:  Yes.  You can send me all             16:02:16

17  three, and also Geneva's counsel.                        16:02:18

18    (Whereupon the proceedings were concluded at

19                  4:00 p.m.)

20

21

22

23

24

25

1

2      CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

3          I, Karisa Ekenseair, the officer before

4   whom the foregoing deposition was taken, do hereby

5   certify that the foregoing transcript is a true

6   and correct record of the testimony given; that

7   said testimony was taken by me stenographically

8   and thereafter reduced to typewriting under my

9   direction; that reading and signing was not

10  requested; and that I am neither counsel for,

11  related to, nor employed by any of the parties to

12  this case and have no interest, financial or

13  otherwise, in its outcome.

14          IN WITNESS WHEREOF, I have hereunto set my

15  hand and affixed my seal this 21st day of August,

16  2023.

17

18

19      Karisa Ekenseair, CCR, RMR  LS #5753

20

21

22

23

24

25

| A | | | |
|---|---|---|---|
| **a&p** | **account** | **address** | 37:11 |
| 37:3, 37:4 | 76:3 | 54:1, 54:2, | **ahead** |
| **aaron** | **accurate** | 72:14, 72:18, | 22:10, 22:13, |
| 4:4, 8:23, | 40:9, 41:24, | 72:23, 72:24, | 25:19, 27:4, |
| 46:14, 54:25, | 54:22, 56:16 | 76:21, 76:24, | 29:20, 49:18, |
| 81:7 | **accuse** | 77:9, 77:10 | 49:25, 52:10, |
| **abe** | 29:18 | **addressed** | 55:4, 69:17, |
| 29:1, 31:5, | **accused** | 29:1 | 69:24, 70:10, |
| 31:24, 32:25, | 29:17 | **addresses** | 71:18, 71:20, |
| 40:7, 80:6 | **accusing** | 61:20, 73:2, | 79:4 |
| **able** | 30:6 | 78:11 | **all** |
| 48:23 | **acquire** | **advice** | 9:5, 9:15, |
| **about** | 18:4, 22:24, | 46:20 | 13:12, 18:18, |
| 10:15, 13:15, | 39:22 | **advisor** | 20:12, 23:6, |
| 18:1, 18:2, | **acquired** | 48:2, 48:4 | 23:15, 24:4, |
| 19:18, 19:20, | 18:15, 24:22, | **advisors** | 26:4, 27:12, |
| 22:5, 22:6, | 25:1, 26:6, | 14:15 | 28:16, 31:3, |
| 22:7, 31:17, | 26:13, 39:18, | **affixed** | 31:21, 35:9, |
| 32:24, 33:23, | 41:5, 42:15, | 82:15 | 35:11, 36:4, |
| 34:6, 36:18, | 43:13, 43:25, | **after** | 47:7, 47:21, |
| 37:6, 37:7, | 44:9, 44:14, | 24:12, 26:13, | 48:21, 48:24, |
| 38:13, 38:19, | 44:19, 45:9, | 43:13, 44:8, | 49:13, 49:16, |
| 41:17, 42:7, | 61:13, 68:10 | 44:18, 46:23, | 51:14, 53:12, |
| 43:8, 45:15, | **acquiring** | 58:24 | 65:13, 67:2, |
| 50:4, 50:21, | 17:23, 18:10, | **afternoon** | 69:8, 70:3, |
| 51:14, 53:12, | 58:24 | 54:18, 55:5 | 70:10, 71:22, |
| 53:22, 54:10, | **acquisition** | **again** | 74:19, 81:1, |
| 54:12, 54:13, | 23:23, 24:1, | 24:8, 35:14, | 81:8, 81:10, |
| 54:14, 55:15, | 25:8, 27:22, | 42:13, 43:6, | 81:13, 81:15, |
| 55:17, 55:18, | 27:24, 31:7, | 47:13, 48:19, | 81:16 |
| 57:6, 58:3, | 31:10, 33:1, | 60:4, 61:2, | **already** |
| 62:23, 63:11, | 33:5, 33:8, | 61:7, 61:8, | 10:22 |
| 63:17, 65:16, | 34:7, 42:17, | 69:20 | **also** |
| 66:13, 69:10, | 43:8, 80:5, 80:9 | **age** | 4:18, 43:2, |
| 72:15, 72:17, | **act** | 9:10 | 81:17 |
| 74:19, 74:25, | 13:13 | **agenda** | **although** |
| 77:14, 79:14, | **acting** | 50:6 | 54:25 |
| 79:24 | 13:12, 62:13, | **agree** | **amount** |
| **above** | 65:23 | 13:6, 21:18, | 25:4, 32:14, |
| 37:2 | **action** | 24:13 | 32:18, 32:22, |
| **absolutely** | 59:8 | **agreed** | 33:15, 33:18, |
| 47:14 | **actually** | 12:15, 13:6, | 34:10, 34:13, |
| **accessible** | 47:23, 52:18 | 13:25, 32:19, | 34:23, 38:24 |
| 23:8 | **add** | 33:15, 34:1 | **amounts** |
| **according** | 61:8 | **agreeing** | 39:4, 69:14 |
| 41:6 | **added** | 21:18 | **analysis** |
| | 32:11 | **agreement** | 67:10, 67:13 |
| | **addition** | 24:15, 33:17, | **ankura** |
| | 28:1 | | 32:6 |

**ann**
4:15
**anna**
3:6, 8:18,
68:22
**another**
58:7, 61:20
**answer**
12:19, 12:23,
16:20, 22:13,
25:16, 25:17,
25:20, 28:5,
38:7, 42:20,
42:22, 51:16,
55:19, 56:7,
57:17, 60:8,
61:8, 62:2,
62:9, 64:25,
77:17, 81:8
**answered**
10:22, 23:18,
25:7, 42:16
**answering**
14:7, 42:23,
61:7
**answers**
50:21, 61:10,
73:9
**any**
9:25, 13:11,
14:18, 16:8,
23:22, 25:3,
28:21, 33:6,
37:8, 39:24,
42:14, 42:22,
46:4, 47:14,
47:15, 50:1,
51:16, 55:18,
57:1, 60:12,
60:21, 60:22,
60:24, 61:17,
65:2, 68:2,
68:8, 68:9,
80:6, 80:10,
82:11
**anybody**
56:1
**anymore**
28:8

**anyone**
11:5, 11:22,
59:25, 60:10,
63:23, 79:24,
80:1
**anything**
34:6, 56:1,
56:10, 57:21,
59:25, 60:10,
62:17
**anywhere**
17:2
**apologies**
53:3, 53:12
**apologize**
31:12, 48:15,
48:22, 63:4,
68:18
**appear**
69:21
**appearances**
5:4
**appearing**
14:6, 24:10
**appreciate**
30:24, 36:1,
73:16
**approach**
50:24
**approval**
32:21, 34:22,
64:13, 64:21,
64:23, 65:1,
65:4
**april**
7:11
**arbor**
4:15
**areas**
39:14
**arises**
77:18
**arkansas**
2:12, 2:16
**around**
32:10, 37:13
**asap**
67:18

**aside**
22:16
**asked**
10:15, 11:12,
11:14, 13:14,
16:20, 23:18,
25:7, 33:23,
38:6, 47:10,
49:9, 50:4,
55:25, 56:18,
58:6, 60:16,
60:22, 60:24,
62:1, 75:25,
77:7, 77:8
**asking**
15:1, 20:1,
23:1, 24:2,
24:16, 28:9,
33:22, 38:11,
41:13, 41:17,
46:21, 50:3,
51:6, 54:12,
55:18, 55:21,
55:22, 56:1,
56:3, 60:6,
62:7, 81:7
**assets**
24:19
**associated**
65:2
**assume**
81:11
**assumed**
63:21
**assumption**
56:8, 58:5
**assumptions**
32:16, 56:16,
56:20
**attached**
5:12, 28:1,
36:9
**attachment**
31:1, 31:2,
35:9, 36:14,
36:15, 66:17,
66:18, 67:6
**attempt**
13:8

**attorney**
8:16
**attorney-client**
46:15
**august**
1:14, 8:8,
82:15
**author**
35:2
**authority**
52:5, 52:7
**avenue**
75:3
**avoid**
28:21, 50:1
**aware**
11:25, 35:15,
67:12, 67:14,
68:12, 79:13
**away**
38:4

**B**

**back**
10:12, 21:22,
35:19, 36:3,
36:12, 39:16,
40:6, 43:7,
47:23, 49:12,
49:17, 51:3,
52:11, 60:4,
60:17, 61:1,
61:6, 63:10,
67:15, 69:25,
72:2, 73:8,
74:19, 75:22,
76:10
**bad**
31:14
**bankruptcy**
1:1, 8:5,
16:17, 18:4,
26:9, 26:19,
26:20, 26:21,
26:23, 26:25,
27:2, 37:15,
37:21, 38:1,
42:25, 43:11,

43:14, 43:18,
60:15, 60:20,
77:19
**based**
46:19
**basis**
14:20, 44:1,
57:18
**bates**
5:16, 5:18,
5:22, 6:6, 6:9,
6:14, 6:20, 7:7,
7:12, 28:22,
30:4, 30:14,
30:15, 30:17,
35:11, 36:7,
48:12, 68:19
**became**
41:7, 41:8
**because**
17:14, 24:12,
29:3, 31:13,
61:5, 62:2,
77:18, 78:3
**become**
11:16, 17:17,
41:15, 74:4
**becoming**
11:19
**been**
11:22, 27:8,
30:2, 31:15,
32:19, 33:15,
34:1, 34:19,
50:4, 50:19,
51:8, 58:3,
58:4, 59:14,
59:15, 60:9,
73:2
**before**
2:10, 13:7,
29:17, 30:13,
39:17, 41:4,
41:7, 50:10,
50:24, 51:1,
60:17, 62:2,
82:3
**begin**
18:13, 32:17

**beginning**
8:15
**begins**
8:2
**behalf**
3:2, 3:13, 4:3,
4:10, 8:21, 9:1,
12:8, 13:13,
15:7, 18:8,
50:7, 52:24,
55:13, 58:14,
59:17, 59:22,
62:13, 65:10,
65:23, 78:21,
79:20
**behind**
47:12
**being**
9:10, 19:19,
23:2, 32:19,
33:15, 33:18,
34:10, 34:13,
41:24, 53:22,
65:16
**believe**
24:12, 35:4,
48:7, 48:8,
48:9, 48:20,
53:4, 53:10,
64:21, 68:24,
74:2, 76:12
**belong**
56:24
**below**
17:1
**between**
24:16, 32:20,
33:16, 33:17,
34:2, 42:18,
81:3
**big**
64:8
**bit**
69:4
**blank**
70:15, 71:16
**board**
58:1

**boat**
34:14
**books**
17:5
**both**
10:19, 76:8
**bottom**
36:7, 70:14,
70:17, 70:18
**bracket**
32:13
**break**
35:23, 48:25,
49:15, 75:12,
75:20
**breath**
10:20
**brentwood**
72:25, 73:2
**briefly**
36:12
**bringing**
57:14, 57:15,
67:3
**brink**
26:19
**brought**
61:3, 61:5,
74:8
**bunch**
42:2
**business**
32:16, 44:2,
44:3, 44:4,
52:8, 52:9,
52:20, 52:23,
73:7, 73:13,
73:19, 75:9,
78:3, 78:6,
78:9, 78:19,
78:20, 79:1
**buy**
34:16
**buyer**
38:22

**C**

**call**
5:15, 32:3

**called**
61:15
**came**
18:1, 18:2,
55:5
**camera**
69:19
**camp**
62:4
**can't**
22:16, 22:18,
23:2, 23:4,
24:13, 28:13,
42:22, 60:21
**cannot**
59:22
**capacity**
14:8, 65:18,
67:19, 67:21,
67:23, 68:3
**care**
1:6, 4:3, 8:24
**case**
1:6, 8:7,
37:14, 46:5,
47:25, 63:16,
63:19, 63:21,
63:24, 64:7,
65:9, 76:12,
82:12
**cash**
32:9
**category**
25:4
**ccr**
1:20, 82:19
**central**
3:17
**centurion**
6:19, 7:6,
70:19, 70:21,
71:11, 72:7
**ceo**
45:12, 51:24,
52:6, 74:4,
74:16
**certain**
37:13

| | | | |
|---|---|---|---|
| **certificate**<br>5:9, 82:2<br>**certified**<br>2:11<br>**certify**<br>82:5<br>**chain**<br>5:14, 5:21,<br>6:4, 6:8, 6:17,<br>7:4, 7:10, 61:15<br>**chance**<br>50:11, 50:25<br>**changed**<br>13:7, 43:17<br>**chapter**<br>1:8, 36:20,<br>37:14<br>**charge**<br>10:11, 10:12,<br>11:2, 11:4,<br>11:5, 11:22,<br>14:13, 15:1,<br>45:2, 79:16<br>**charles**<br>31:19, 32:23,<br>42:2<br>**check**<br>53:9, 68:17,<br>72:8, 72:14<br>**china**<br>38:4<br>**choose**<br>38:7, 52:2,<br>77:3, 78:13<br>**chose**<br>77:5<br>**chs**<br>6:4, 53:18,<br>56:22<br>**circumstances**<br>23:25, 24:21<br>**city**<br>3:9<br>**clarification**<br>73:16<br>**clarify**<br>31:13, 56:17,<br>64:24 | **clean**<br>59:19<br>**clear**<br>20:7, 41:23,<br>47:17, 61:10,<br>61:25<br>**clearly**<br>61:22<br>**client**<br>21:21<br>**close**<br>51:20<br>**closing**<br>21:14, 21:16,<br>21:19, 23:12<br>**clue**<br>33:9, 33:11,<br>34:8, 37:10<br>**cml**<br>1:7, 8:7<br>**com**<br>40:21, 40:25,<br>54:3, 78:8,<br>78:18, 78:24<br>**combining**<br>47:2<br>**come**<br>17:15, 47:23,<br>49:12, 69:25,<br>75:2<br>**comes**<br>70:6<br>**coming**<br>36:3, 47:11,<br>61:5, 63:10,<br>81:13<br>**comment**<br>35:12<br>**commercial**<br>18:6, 18:25<br>**committee**<br>3:2, 8:18,<br>13:7, 81:4,<br>81:5, 81:11<br>**communicated**<br>31:22<br>**communicating**<br>55:12 | **communications**<br>76:23<br>**companies**<br>20:17, 22:21,<br>23:6, 45:7,<br>45:10, 46:24,<br>47:2, 47:3,<br>47:4, 47:6,<br>54:11, 58:1,<br>58:2, 59:16<br>**company**<br>11:13, 22:21,<br>46:10, 46:12,<br>46:25, 58:6,<br>58:7, 59:5,<br>59:9, 59:17,<br>59:22, 59:24,<br>61:13, 61:15,<br>61:20, 64:10<br>**compensation**<br>11:19<br>**complex**<br>19:12, 19:24,<br>20:5, 20:15,<br>20:18, 20:23,<br>21:10, 21:25,<br>22:4, 22:15,<br>22:19, 23:3,<br>25:8, 42:17,<br>42:19<br>**complexity**<br>22:7<br>**complicated**<br>19:4<br>**concluded**<br>81:18<br>**concludes**<br>80:14<br>**condition**<br>26:5<br>**conduct**<br>78:5, 78:9<br>**conducted**<br>1:11, 2:2,<br>75:8, 78:3<br>**conducting**<br>41:19, 73:13,<br>78:18, 78:19, | 79:1<br>**conducts**<br>73:6, 73:19<br>**confidential**<br>5:17, 5:20,<br>5:24, 6:7, 6:11,<br>6:15, 6:22, 7:9,<br>7:14<br>**confirm**<br>72:3<br>**confirming**<br>20:10<br>**confused**<br>12:20<br>**confusion**<br>28:22, 50:1<br>**connect**<br>58:16<br>**connection**<br>22:3, 47:24,<br>65:10, 65:17<br>**consecutive**<br>36:8<br>**consider**<br>22:24<br>**consideration**<br>20:19, 20:22,<br>21:1, 21:3,<br>21:8, 21:24,<br>22:16, 24:17,<br>25:4, 25:6<br>**considerations**<br>24:24<br>**considering**<br>57:18<br>**consistent**<br>32:12<br>**constantly**<br>39:13<br>**consultant**<br>26:21<br>**consulting**<br>51:24<br>**contains**<br>30:25<br>**contemplated**<br>39:20<br>**contemplates**<br>36:20, 37:19 |

contemplating
26:8, 43:11
contents
37:8
context
37:21, 67:13,
74:18
continue
38:16, 39:9
continued
6:2, 7:2
contracts
44:21
control
20:20
controlled
20:4, 61:13
conversations
18:13, 32:9,
32:18
cooke
4:19
cooperating
65:22
copies
81:1
copy
80:22, 80:23
corizon
6:12, 7:5,
15:17, 15:19,
15:24, 19:21,
19:22, 32:1,
32:4, 32:5,
32:10, 32:15,
34:20, 34:24,
36:14, 37:25,
38:23, 44:15,
44:16, 44:18,
44:22, 44:23,
44:24, 44:25,
45:2, 45:3,
45:15, 45:18,
52:6, 53:17,
55:21, 55:22,
56:3, 58:18,
58:22, 59:1,
59:2, 59:8,

60:10, 61:15,
61:16, 63:25,
64:5, 64:13,
65:22, 67:10,
67:16, 68:7,
71:8, 72:6,
72:8, 72:13,
73:7, 74:4,
74:16, 76:18,
76:19, 76:21,
76:23, 77:15,
77:16, 77:19,
78:7, 78:16,
79:9, 79:11
corizon's
59:5
corner
36:7, 70:14
corporate
1:13, 2:1,
9:16, 12:14,
12:21, 14:6,
30:2, 39:12,
58:12
correct
13:18, 16:6,
17:11, 17:20,
18:17, 19:17,
19:23, 20:2,
36:11, 41:6,
43:12, 45:4,
45:5, 45:14,
47:9, 50:11,
50:25, 59:5,
69:12, 79:17,
79:18, 82:6
corrected
50:10
could
29:10, 36:22,
76:9, 76:10,
78:11
couldn't
33:10
counsel
8:14, 9:20,
9:21, 9:23,
11:15, 25:10,

25:22, 26:20,
28:5, 29:17,
35:13, 46:1,
46:2, 46:18,
46:20, 48:15,
53:4, 54:23,
54:24, 54:25,
58:11, 63:15,
64:17, 67:3,
70:4, 79:22,
81:17, 82:10
course
38:8, 50:23
court
1:1, 8:5, 9:5,
37:15, 58:3,
76:9
courts
43:20
create
42:10, 61:21
creditors
3:3, 27:3,
43:19
cross
4:12, 4:13,
9:1, 39:3
crystalize
32:8
cst
1:15
currently
77:19
cz
32:14, 32:22

**D**

daily
15:3, 15:9,
16:10, 73:11
dallas
3:18, 4:7
date
8:8, 27:23,
41:8, 45:23,
59:4
dated
5:15, 5:22,

6:5, 6:9, 6:20,
7:6, 7:11,
41:17, 52:12,
66:14, 72:3,
72:5
dates
69:14
dating
10:12
david
29:2, 31:4,
33:4, 40:7,
80:10
day
24:9, 43:25,
62:4, 73:15,
82:15
days
39:17, 41:4,
54:21
deadline
24:9
deal
22:23, 24:3,
29:12, 50:23
dealing
73:17
debt
24:25
debtor
1:7, 5:16,
5:19, 5:23, 6:7,
6:10, 6:14,
6:21, 7:8, 7:13,
8:24, 23:22,
23:25, 24:4,
24:19, 24:22,
27:11, 28:12,
28:24, 28:25,
29:8, 29:25,
30:3, 30:4,
30:11, 30:12,
30:17, 30:22,
36:7, 37:24,
38:1, 39:4,
39:5, 42:3,
46:14, 46:18,
48:12, 48:13,

49:20, 51:13,
53:21, 53:23,
54:4, 54:5,
54:14, 54:24,
61:16, 61:17,
68:6, 70:13,
81:4

**debtor's**
24:4, 46:17,
53:23, 55:2

**december**
5:15, 6:20,
7:7, 10:16,
10:19, 11:4,
11:10, 11:24,
17:25, 27:19,
27:20, 32:1,
36:21, 37:13,
41:16, 41:18,
42:1, 42:5,
58:25, 68:11,
72:3, 73:3, 74:4

**decide**
42:24, 43:2,
43:3, 45:18

**decision**
15:11, 43:4,
43:24, 44:1,
45:13, 46:7,
46:8, 51:25,
60:20, 64:11,
74:11, 75:9

**decision-making**
16:8, 45:2

**decisions**
14:16, 14:18,
14:19, 14:23,
14:25, 15:3,
15:4, 15:6,
15:9, 16:10,
16:13, 17:6,
44:18, 44:20,
44:21, 45:6,
46:19, 60:11,
60:14, 60:25,
61:4, 64:9,
73:12, 73:18,
73:20, 79:20

**definition**
13:6, 13:14,
38:18

**definitions**
10:7, 12:5

**delaware**
37:15

**delay**
53:12

**demain**
76:21

**depending**
79:10

**depends**
32:15

**deponent**
8:22

**depos**
8:11, 9:6,
28:23

**depose**
55:2

**deposed**
53:22

**deposes**
9:10

**deposition**
1:11, 2:1, 8:3,
8:12, 9:16,
9:19, 10:2,
10:5, 24:7,
27:9, 35:25,
40:19, 41:20,
41:23, 50:5,
50:10, 51:1,
53:23, 54:9,
54:10, 54:20,
54:22, 55:4,
58:10, 59:24,
60:18, 68:24,
75:25, 76:4,
76:7, 76:14,
76:16, 77:4,
77:18, 78:23,
80:14, 82:4

**depositions**
12:16, 54:21,
81:1, 81:8

**derico**
4:11, 9:2

**describe**
22:16, 22:18,
23:1, 23:2

**described**
16:2, 16:4

**description**
5:13, 6:3, 7:3

**designee**
1:13, 2:2, 8:4

**details**
28:7

**development**
52:8

**deviating**
39:13

**device**
78:10

**dhs**
37:13

**diarrhea**
31:20

**different**
44:2, 44:3,
50:6, 62:8, 81:1

**differently**
52:18

**din**
78:7

**dip**
37:19, 37:20

**directed**
59:15, 59:24

**directing**
59:7

**direction**
65:22, 82:9

**directions**
61:19

**directly**
15:18, 17:20,
63:5

**director**
11:12, 11:20,
12:1, 12:6,
12:14, 12:21,
30:11, 44:24,

54:5, 57:25,
58:6, 58:12,
64:4, 64:5,
64:12, 65:19,
67:19

**disclose**
34:23

**disclosed**
58:3, 58:4

**disclosure**
32:21

**discovery**
10:1, 10:3,
50:7

**discuss**
21:21, 80:1

**discussed**
9:20

**discussions**
32:13, 46:19

**distinction**
16:11, 17:13

**district**
1:2, 8:6

**divest**
59:1

**division**
1:3, 8:7, 65:7

**divisional**
24:24, 45:19,
46:9, 46:23,
47:1, 47:7,
47:24, 63:15,
64:8, 64:11,
65:3, 65:8,
65:17, 66:1,
66:2, 66:3,
66:4, 66:7,
67:13

**doc**
6:19, 71:11

**document**
6:16, 28:4,
28:7, 28:10,
28:25, 29:6,
29:11, 29:14,
29:15, 29:23,
29:24, 30:14,

30:20, 30:21,
31:3, 31:18,
32:24, 33:21,
33:24, 35:2,
35:4, 35:7,
36:8, 36:13,
37:7, 37:9,
37:10, 38:5,
38:9, 38:11,
38:12, 38:13,
38:17, 38:19,
38:20, 39:5,
39:7, 39:11,
40:5, 40:6,
40:15, 40:18,
40:21, 41:17,
42:7, 51:12,
51:21, 52:11,
52:12, 52:16,
53:20, 55:6,
55:15, 56:2,
56:24, 57:5,
57:7, 57:9,
57:10, 57:14,
57:15, 57:19,
57:21, 58:13,
59:21, 59:23,
62:17, 64:16,
65:14, 67:22,
69:25, 72:1,
74:13
**documented**
25:10
**documents**
9:25, 21:13,
21:14, 21:16,
21:19, 22:20,
23:7, 23:8,
23:13, 29:19,
30:3, 30:13,
35:17, 42:4,
57:1, 65:8, 76:1
**doing**
9:16, 23:11,
67:12, 70:1
**dollars**
16:24
**domain**
29:4, 40:24,

41:1, 41:2,
55:11
**domains**
31:5
**done**
14:21, 25:15,
64:1
**door**
47:12
**dots**
58:16, 61:21
**down**
28:16, 36:17,
37:12, 51:20,
61:14, 69:16,
70:16, 71:4,
71:14, 74:17
**dozen**
20:1, 20:17,
22:21
**draft**
37:3, 37:5,
37:10, 38:9,
39:9
**draining**
39:4
**duly**
9:10
**duplicate**
81:12
**during**
76:13

### E

**e-mail**
5:14, 5:21,
6:4, 6:8, 6:17,
7:4, 7:10,
27:17, 36:9,
40:12, 40:13,
41:3, 42:1,
49:24, 49:25,
50:3, 50:14,
54:1, 54:2,
55:11, 58:19,
59:4, 59:7,
61:20, 62:13,
65:21, 66:4,

67:15, 70:17,
70:18, 71:1,
74:14, 75:1,
76:3, 76:21,
76:23, 77:14,
77:15, 77:16,
77:25, 78:4,
78:5, 78:9,
78:11, 78:13,
78:18, 79:12
**e-mailing**
72:6
**e-mails**
76:2, 76:11,
76:15, 76:17,
76:18, 76:19,
78:24
**each**
17:5
**earlier**
27:21, 43:8,
59:13, 63:11,
69:8, 74:2
**early**
65:16
**easier**
68:19
**eastern**
32:2, 54:17
**echo**
55:8, 55:9
**either**
31:22, 62:8,
69:13
**eizikowits**
33:7, 33:12
**ekenseair**
1:20, 2:11,
9:6, 82:3, 82:19
**electronic**
76:22
**element**
21:11
**elements**
21:11
**elm**
4:6
**else**
11:22, 16:18,

16:19, 34:24,
77:22
**employed**
59:14, 82:11
**employee**
11:16
**enclosed**
32:7
**encompass**
13:9
**end**
11:11, 71:16
**endeavored**
32:4
**engage**
48:1, 48:6
**engaged**
63:15, 63:20,
63:25, 64:7,
65:16, 74:3
**engagement**
64:1, 67:25
**english**
20:7, 38:17
**enough**
27:25, 65:4,
80:14
**entire**
38:17
**entities**
6:5, 16:2,
16:4, 16:8,
16:13, 17:1,
17:3, 17:6,
17:14, 17:15,
17:19, 18:3,
18:16, 19:20,
20:1, 20:4,
23:24, 26:5,
42:15, 42:25,
43:10, 43:14,
44:6, 44:12,
45:18, 53:17,
53:18, 53:19,
54:6, 55:21,
55:23, 56:4,
56:22, 68:9
**entity**
17:5, 20:12,

44:19, 45:16,
55:18, 61:12,
78:20
**equipment**
18:15
**equity**
17:23, 18:10,
18:18, 18:22,
18:24, 19:11,
19:16, 19:18,
20:4, 20:13,
20:21, 23:6,
26:5, 27:1,
33:2, 33:5,
33:8, 34:7,
34:14, 39:18,
39:22, 41:5,
42:15, 42:17,
43:13, 44:15,
45:8, 45:9,
47:8, 47:14,
56:3, 58:21,
58:24, 59:1,
59:4, 61:13,
64:10, 68:10,
80:6, 80:9
**esquire**
3:4, 3:5, 3:6,
3:15, 4:4, 4:12
**essentially**
30:5
**established**
21:1, 22:1
**estate**
24:4, 24:20
**evaluation**
67:10, 67:12
**even**
22:16, 42:5,
42:6, 50:10,
50:25
**eventualities**
56:15
**eventually**
37:25
**ever**
35:3, 50:21,
79:19, 79:23,

80:1
**every**
38:18, 39:2,
45:16, 46:25,
73:15
**everyone**
9:4, 26:21
**everything**
15:11
**ex**
5:14, 5:18,
5:21, 6:4, 6:8,
6:12, 6:16,
6:17, 7:4, 7:10
**exact**
27:23, 45:23,
48:5
**exactly**
17:9
**exam**
12:5, 13:2,
13:24, 24:12,
50:19
**examination**
5:7, 9:13, 12:5
**example**
16:20, 60:16,
60:17
**examples**
16:22, 60:19,
60:21
**exams**
8:5
**exceeding**
16:23
**except**
39:3
**exchange**
18:23
**excuse**
11:24
**executed**
39:10
**exhibit**
27:5, 27:14,
36:10, 38:14,
47:22, 49:19,
49:21, 53:2,

53:14, 53:16,
65:15, 67:5,
68:16, 69:1,
69:3, 69:6,
70:11, 71:24,
73:24
**exhibits**
5:11, 6:1, 7:1,
27:9, 29:13,
49:11
**exist**
46:24, 61:21
**existence**
41:7, 41:8,
41:15, 41:16,
42:5
**existing**
45:11
**expense**
81:13
**explain**
24:18, 29:10,
43:5, 62:19
**explained**
20:23
**expression**
20:9, 20:14
**expy**
3:17
**extent**
24:11, 24:17
**external**
7:5
**extreme**
16:15

---
### F
---

**fabricated**
29:14, 29:19,
30:5
**facial**
20:9, 20:14,
20:16
**facility**
37:19
**fact**
56:16, 56:17,
58:5

**fair**
27:25
**false**
29:18, 42:11
**familiar**
27:16
**familiarity**
64:6
**far**
31:23
**faster**
66:19
**february**
6:5, 6:9,
58:22, 59:3,
66:14
**fedex**
72:7
**fees**
39:5
**felt**
43:18
**few**
54:20
**file**
26:24, 27:2,
42:25, 43:14,
48:22, 68:22
**filed**
13:8, 13:24,
38:1
**filing**
16:17, 26:8,
26:12, 26:23,
36:20, 43:11,
60:15
**filled**
38:24
**financial**
26:4, 48:1,
48:4, 76:1,
82:12
**find**
32:7
**fired**
52:3
**firm**
8:24, 58:11,

58:12
**firms**
46:3
**first**
9:10, 35:5,
36:22, 36:25,
44:8, 45:20,
45:22, 45:24,
46:9, 51:14
**five**
74:18, 74:19,
75:16
**flacks**
32:19, 33:15,
33:18, 34:11,
34:14, 34:17,
34:20, 34:21
**flacksgroup**
18:12, 19:6,
19:8, 19:16,
20:3, 20:19,
21:9, 22:3,
22:23, 22:24,
23:4, 23:17,
24:3, 24:18,
25:6, 26:1,
42:18
**flacksgroup's**
20:22
**floor**
75:3
**florida**
5:21, 52:14,
52:20, 52:23
**folks**
31:21
**following**
46:11
**follows**
9:12
**foregoing**
82:4, 82:5
**form**
12:3, 13:1,
21:5, 23:10,
23:21, 39:19,
39:25, 53:17,
54:6, 55:21,

55:23, 56:3,
80:3
**formed**
56:22
**former**
61:16, 74:16,
77:19
**forms**
60:7, 62:8
**forth**
60:4, 74:20
**front**
11:6, 19:1,
21:13, 23:7,
23:14, 25:11,
25:24, 26:2,
38:14, 41:9,
41:10, 44:10,
63:5
**frozen**
69:19
**fti**
6:8, 6:12,
48:6, 65:16,
65:23, 66:10,
66:13, 66:20,
67:12, 67:24,
68:2, 68:4
**fti's**
67:9
**full**
74:18
**fully**
25:9, 25:10
**funding**
32:11, 32:14
**funds**
16:23, 69:13
**further**
29:12, 29:13
**future**
28:21
**fw**
7:5
**fwd**
7:4

**G**

**gassenheimer**
31:19, 36:20,

38:10, 42:2
**gave**
16:21, 19:7,
60:16
**gefner**
29:2, 31:4,
31:6, 33:4,
40:7, 40:17,
41:4, 80:10
**general**
11:15, 29:3
**geneva**
51:23, 74:9,
74:10
**geneva's**
81:17
**georgia**
2:13
**getting**
32:9, 39:3,
48:17, 81:11
**give**
18:23, 19:5,
30:19, 42:22,
48:11, 60:18,
60:21, 70:1
**given**
40:14, 82:6
**giving**
23:5, 61:10,
77:9
**gladly**
54:20
**go**
22:10, 22:13,
25:19, 27:4,
29:20, 35:9,
36:12, 39:16,
40:6, 49:18,
50:2, 52:8,
52:10, 53:1,
53:10, 55:3,
61:1, 63:10,
66:15, 66:17,
66:19, 69:17,
69:24, 70:10,
71:18, 71:20,
72:2, 73:8,

77:22, 79:4
**going**
16:19, 16:21,
21:20, 24:10,
31:2, 36:12,
39:5, 42:12,
46:24, 49:3,
49:4, 49:8,
49:9, 49:19,
60:4, 60:7,
62:9, 62:24,
63:16, 67:15,
69:4, 70:16,
73:14, 74:19,
78:22, 80:17
**goldberger**
29:2, 31:5,
31:6, 33:1,
34:12, 34:16,
40:7, 40:16,
41:4, 80:6
**golf**
59:18
**gone**
49:9
**good**
32:2, 35:22,
80:13
**grandkids**
62:4, 75:17
**gray**
4:5, 8:24
**great**
30:24, 51:10,
53:11
**group**
42:3, 50:6
**grow**
44:4

**H**

**habit**
25:18, 31:15
**hand**
82:15
**happen**
17:24
**happened**
11:9, 20:7,

64:3
**happy**
41:20, 74:21
**hard**
42:9, 62:5
**hayward**
3:15, 3:16,
8:20, 9:22,
12:3, 12:11,
13:1, 13:5,
13:19, 13:23,
14:5, 21:5,
21:20, 23:10,
23:21, 24:2,
24:8, 27:7,
28:13, 28:17,
30:8, 34:25,
39:19, 39:25,
49:6, 49:8,
50:13, 50:16,
58:11, 66:22,
69:21, 80:3,
80:20, 81:14,
81:16
**health**
6:12, 15:21,
15:24, 19:21,
19:22, 38:23,
67:11, 67:17
**hear**
25:16, 35:21
**held**
45:7
**help**
29:12, 56:20,
58:17
**helpful**
32:8
**hemenway**
3:4, 5:7, 8:17,
9:14, 13:3,
13:17, 13:22,
14:2, 14:9,
14:10, 23:23,
24:5, 24:21,
25:2, 27:4,
27:10, 27:15,
28:15, 28:18,

28:20, 35:10,
35:16, 35:21,
36:1, 36:4,
36:5, 39:2,
46:21, 47:22,
48:11, 48:16,
48:20, 48:24,
49:5, 49:10,
49:18, 49:22,
51:3, 51:6,
51:10, 51:11,
53:1, 53:6,
53:15, 54:16,
57:24, 63:1,
63:3, 63:7,
63:9, 63:12,
64:18, 65:13,
67:4, 68:14,
68:21, 69:3,
69:7, 69:17,
69:22, 69:24,
70:6, 70:8,
70:12, 71:20,
71:25, 73:23,
74:1, 75:12,
75:15, 75:23,
80:13
**here**
8:2, 8:18,
8:21, 12:8,
12:12, 12:14,
12:18, 12:21,
14:5, 24:10,
24:15, 31:21,
31:24, 33:25,
34:4, 34:6,
36:18, 36:21,
37:12, 39:12,
39:21, 41:23,
49:1, 49:4,
50:18, 52:24,
54:16, 54:19,
54:23, 54:24,
54:25, 55:1,
56:9, 56:20,
58:17, 66:3,
66:5, 66:9,
71:4, 78:21

**here's**
61:23, 62:10
**hereby**
82:4
**hereunto**
82:14
**highly**
50:9
**hire**
51:25
**hired**
51:23, 66:21,
66:23
**hold**
46:13, 48:21
**hope**
47:15
**hopefully**
32:8, 32:12
**host**
28:23
**houston**
1:3, 8:6
**however**
24:10, 25:17
**huge**
39:4
**hundreds**
30:12
**hyman**
7:11, 52:3,
74:14, 74:15,
74:25, 75:2

**I**

**ian**
4:12, 9:1
**idea**
34:3, 34:18,
35:1, 35:7,
37:4, 37:5,
37:7, 38:13
**identification**
27:14, 36:10,
49:21, 53:14,
65:15, 67:5,
69:6, 70:11,
71:24, 73:24

**identified**
12:19
**identify**
12:16, 12:17
**il@perigrove**
54:3, 66:12,
67:17
**illinois**
2:13
**immediately**
26:13
**important**
17:12, 35:24
**inaccurate**
58:8
**inadvertently**
78:12
**inc**
1:6, 4:3, 8:25,
15:21, 19:22
**include**
19:20
**including**
13:12, 24:24
**incorporate**
13:25
**independent**
61:12
**indirectly**
15:19, 15:23,
16:1, 17:20
**information**
6:13, 25:11,
25:24, 26:2,
39:7, 40:9,
41:11, 44:10,
47:7, 50:11,
50:19, 61:11,
67:9
**informs**
72:12
**initial**
32:5
**initiate**
37:14
**input**
16:7, 16:9,
16:12, 17:7,

79:19
**instruct**
46:16
**instructed**
60:9
**instructing**
53:17, 67:19
**instructions**
6:18, 71:4,
71:8
**instruments**
24:25
**interact**
68:2, 68:4,
79:8, 79:11
**interacted**
63:18
**interaction**
79:10
**interest**
23:24, 58:22,
58:25, 59:1,
59:2, 59:5,
82:12
**interface**
14:16, 65:9
**interrogate**
39:9
**interrupt**
14:20, 22:13,
64:16, 79:5
**interrupting**
25:19
**intervention**
43:20
**introduced**
31:25
**investment**
27:1
**invitation**
32:4, 32:17
**involved**
22:6, 31:7,
33:8, 46:1,
47:1, 52:18,
52:19, 52:22,
57:8, 57:17,
57:20, 57:22,

60:11, 61:1,
64:9, 64:13,
64:22, 65:2,
65:18, 67:24,
73:12, 74:10
**involvement**
47:15, 47:18,
57:10, 64:19
**involving**
73:7
**iphone**
32:23
**isaac**
1:12, 2:1, 5:6,
8:3, 9:9, 31:25,
46:13, 50:13,
56:14, 66:11,
66:12, 74:23
**issue**
24:18
**issues**
49:1
**items**
32:13
**itself**
65:8

J

**jackson**
4:10, 9:2
**james**
52:3, 74:14,
74:15
**january**
5:22, 45:21,
52:12
**jeff**
66:12, 67:16,
67:18
**jersey**
15:24, 19:23
**job**
1:18
**joel**
33:7, 33:12
**jump**
38:4

K

**kansas**
3:9

**karisa**
1:20, 2:10,
9:6, 82:3, 82:19
**kaufman**
4:4, 8:23,
46:13, 46:14,
48:18, 54:25,
80:21, 80:23,
81:3, 81:10
**keep**
60:4, 61:5,
61:7, 71:14
**kelly**
4:10, 9:2
**kept**
76:23, 77:2,
79:6
**key**
32:15
**kickoff**
32:3
**kind**
19:25
**knew**
42:6
**know**
11:6, 11:9,
13:9, 19:2,
21:23, 22:2,
22:12, 23:16,
23:20, 27:23,
29:14, 31:11,
31:21, 33:12,
35:3, 37:4,
37:6, 37:20,
45:22, 50:24,
51:18, 56:13,
56:21, 61:9,
63:13, 66:20,
67:23, 70:20,
70:21, 70:22,
71:10, 72:11,
72:13, 72:15,
78:12, 78:13
**knowledge**
38:19, 39:6,
39:7, 39:8,
39:14, 40:15,

55:25
**known**
31:19, 50:21
**kohchise**
4:10, 9:2

L

**largely**
32:15
**last**
33:14, 75:1,
75:12
**later**
71:19, 72:5
**launch**
47:19
**law**
4:13, 8:23,
46:3
**lawful**
9:10
**lawrence**
4:20, 8:10
**leadership**
10:9
**leak**
50:11
**leaked**
51:1
**leaking**
50:19
**least**
46:17, 78:11
**leaving**
36:2
**lefkowitz**
1:12, 2:1, 5:6,
7:11, 8:4, 9:9,
9:15, 11:8,
12:7, 15:13,
21:19, 21:23,
23:12, 25:3,
27:16, 28:12,
33:10, 35:18,
36:6, 37:23,
38:6, 39:15,
41:19, 43:21,
46:2, 47:5,

49:23, 51:12,
53:16, 53:24,
54:15, 55:7,
55:10, 55:20,
56:12, 56:14,
61:23, 62:22,
66:8, 66:11,
66:12, 66:19,
67:7, 69:9,
70:15, 70:20,
72:10, 74:2,
75:4, 75:24
**left**
45:2
**legal**
39:4, 62:6
**legitimacy**
30:21
**legitimate**
29:15, 29:20,
29:22, 29:23,
29:24
**let's**
10:9, 10:21,
19:13, 27:4,
27:10, 35:9,
39:16, 40:6,
40:9, 43:7,
46:18, 47:22,
48:11, 49:18,
52:10, 53:1,
57:23, 62:19,
62:20, 65:13,
66:15, 66:17,
68:14, 69:17,
70:10, 71:18,
71:20, 72:21,
73:23, 75:12,
79:14
**liabilities**
24:20
**liberty**
4:14
**limitation**
62:3
**limitations**
62:23
**limited**
24:25

**line**
36:25, 41:21,
54:2, 71:5,
73:10
**lines**
69:10
**link**
61:18
**list**
16:21
**listed**
20:17, 39:11
**listen**
62:24, 78:10
**listing**
20:1
**lists**
38:23, 67:10,
77:13
**litigation**
58:4
**little**
69:4
**live**
24:6
**llc**
1:13, 3:13,
3:14, 8:21,
9:17, 10:10,
10:11, 11:2,
11:17, 11:20,
11:23, 12:2,
12:4, 12:6,
12:9, 12:10,
12:13, 12:17,
12:18, 12:25,
13:2, 13:10,
13:11, 13:16,
14:7, 15:17,
15:19, 40:17,
40:23, 52:22,
52:24, 54:14,
64:7, 77:21,
80:15
**llp**
3:7, 8:18
**loan**
38:2, 38:23,

38:25, 39:20,
39:23, 41:12,
42:14, 42:20,
42:21
**loans**
38:22
**lodged**
13:19
**lodging**
13:17
**log**
35:18, 69:23,
69:24
**long**
49:3, 49:6,
73:1
**look**
56:11, 74:21,
77:22, 77:25
**looked**
36:9, 69:8,
77:9, 77:10,
77:24
**looking**
28:16, 35:16,
52:3, 52:4,
56:2, 57:19,
63:5, 65:21,
70:8, 74:13
**looks**
35:13, 48:22,
53:9, 71:3,
74:20
**lost**
35:13
**lot**
22:19, 22:20,
66:19
**ls**
82:19

**M**

**m&a**
19:12, 20:5,
21:10, 23:3,
42:18
**m2equityco**
19:21

**m2holdco**
19:21, 45:12
**m2loanco**
19:21
**made**
15:3, 15:6,
15:9, 16:10,
16:13, 20:14,
20:16, 22:23,
44:18, 45:6,
45:13, 46:7,
46:8, 46:19,
51:25, 79:20
**major**
60:11, 60:14,
60:20, 60:25,
61:4, 64:11,
73:12, 73:18,
73:20, 75:9
**make**
14:19, 14:23,
14:25, 15:10,
17:6, 24:10,
25:13, 31:3,
32:16, 35:14,
43:23, 56:8,
68:19
**making**
14:16, 14:18,
24:6, 29:18,
41:22, 56:7,
58:5, 63:22,
73:14
**malcolm**
4:19, 27:10,
35:10, 63:3,
63:12, 65:13,
68:15, 70:1
**manage**
44:15
**managed**
14:11, 14:12,
44:16
**management**
26:18, 32:1,
32:6, 32:22,
34:24, 44:17,
44:22, 44:23,

45:3, 45:11,
46:1, 54:11,
60:12, 79:14
**manager**
12:13, 12:24
**many**
59:16
**marked**
27:9, 27:14,
36:10, 49:21,
53:2, 53:14,
65:15, 67:5,
68:24, 69:1,
69:6, 70:11,
71:24, 73:24
**matter**
8:4, 66:24,
77:23
**matters**
34:19
**mcdermott**
46:5
**mean**
13:3, 13:10,
14:12, 17:17,
18:2, 42:4,
42:6, 76:9,
76:20
**meaningless**
38:14
**media**
8:2
**meeting**
36:2, 74:20,
74:24, 74:25
**melissa**
3:15, 8:20,
9:22, 58:10
**member**
58:1
**memory**
72:2
**mentioned**
47:25, 63:14,
63:15, 65:1,
76:1
**merger**
23:24, 24:24,

25:8, 45:19,
46:9, 46:11,
46:23, 47:1,
47:7, 47:24,
63:15, 64:8,
64:11, 65:3,
65:7, 65:8,
65:17, 66:1,
66:3, 66:5,
66:7, 67:13
**merit**
2:15
**messy**
19:19
**michael**
32:20, 32:21,
33:16, 33:18,
34:2, 34:17,
34:21
**michigan**
4:15
**might**
29:12, 34:13,
68:19
**million**
16:24, 38:24
**mine**
75:5
**minimize**
51:21
**minutes**
49:5, 49:7,
75:16
**misrepresentation**
40:2
**missouri**
2:12, 3:9
**mistaken**
68:25
**mixing**
17:14
**mobile**
78:10
**moment**
67:2
**monday**
1:14, 66:14
**money**
17:7, 19:5,

19:7, 21:1,
21:6, 21:7,
22:2, 22:5,
22:6, 22:17,
22:25, 23:5,
23:16, 25:5,
44:5, 44:12
**monitor**
8:9, 75:19
**monthly**
15:4
**months**
10:19
**more**
16:21, 35:24,
44:5, 47:6,
49:11, 52:7,
54:20, 54:21,
60:18, 61:8
**morning**
54:17
**move**
42:7, 51:17,
62:8, 62:19
**much**
19:5, 23:16,
23:20, 46:21
**multiple**
21:11, 29:7,
38:10, 46:3,
47:6, 50:4,
54:19, 57:25,
58:1, 58:2
**myself**
57:11, 58:14

**N**

**name**
13:12, 68:22
**named**
17:18, 46:18
**national**
2:14, 2:15
**need**
24:12, 28:7,
34:22, 42:7,
43:18, 80:23,
80:24, 81:4,

81:12
**needed**
32:14, 45:12
**needs**
15:10, 32:11,
54:22
**negotiated**
18:7, 25:9
**negotiating**
34:19
**negotiation**
22:20
**neither**
82:10
**never**
38:12, 40:3,
40:4, 40:13,
40:14, 50:20,
59:2, 64:7, 74:6
**new**
15:24, 19:23,
45:12, 52:8,
52:19, 52:22,
62:8
**news**
50:3, 50:15,
50:20
**next**
22:13, 25:20,
35:11, 36:8,
37:18, 49:19
**nicholas**
3:5
**non-0binding**
37:1
**non-binding**
5:18, 37:6,
37:11, 38:9,
39:10
**notary**
2:15
**note**
74:24
**nothing**
35:24, 55:9,
61:17, 61:19,
63:25
**notice**
2:10, 10:2,

10:5, 12:5,
13:8, 13:20,
13:24, 55:5,
58:10, 77:13
**november**
10:12, 10:16,
10:19, 10:21,
11:3, 11:5,
11:9, 11:23
**number**
5:3, 5:13,
5:16, 5:19,
5:23, 6:3, 6:6,
6:10, 6:14,
6:21, 7:3, 7:7,
7:12, 8:3, 8:7,
17:18, 24:23,
28:2, 35:11,
36:7, 36:8,
48:12, 48:19,
68:19, 68:21
**numbers**
28:22, 28:24,
32:5

**O**

**o'clock**
80:17
**object**
12:4, 13:8,
13:13, 24:9
**objected**
14:4
**objection**
12:3, 12:11,
13:1, 21:5,
21:20, 23:10,
23:21, 24:6,
24:7, 34:25,
39:19, 39:25,
66:22, 80:3
**objections**
13:18, 13:20,
24:11
**obligated**
57:3
**obligations**
19:9

**obviously**
50:5, 63:16
**occasions**
16:15
**occur**
17:22, 26:13
**offered**
11:19
**offering**
34:23
**office**
73:18, 73:20,
75:2, 75:4,
75:6, 75:9
**officer**
12:10, 82:3
**official**
3:2
**oh**
28:15, 37:3,
49:7
**okay**
10:9, 10:25,
11:11, 11:22,
12:1, 14:2,
14:9, 15:15,
16:7, 16:11,
21:8, 22:10,
27:4, 27:16,
27:25, 28:17,
28:18, 29:9,
31:15, 33:7,
33:12, 33:14,
35:5, 35:6,
36:16, 37:12,
40:6, 40:8,
40:16, 40:22,
41:3, 42:12,
42:24, 43:23,
44:14, 45:1,
45:6, 45:17,
45:24, 46:6,
47:8, 48:10,
49:18, 51:21,
52:10, 52:25,
55:7, 57:4,
65:9, 67:6,
67:8, 67:15,

67:23, 68:8,
68:13, 68:23,
69:5, 69:16,
70:25, 71:6,
71:9, 71:13,
71:17, 72:12,
72:18, 72:23,
73:4, 73:22,
74:13, 74:22,
75:11, 75:14,
78:24, 79:14,
80:12, 80:13
**oklahoma**
2:12
**once**
22:12, 44:14
**one**
10:20, 14:14,
16:20, 17:1,
21:11, 25:15,
32:13, 33:20,
35:21, 48:16,
58:6, 61:19,
62:22, 63:7,
66:4, 67:2,
68:25, 71:15,
71:19, 75:11,
75:12, 81:4,
81:13
**only**
12:18, 16:15,
73:11, 79:22,
81:4
**open**
48:23
**opened**
38:8
**operating**
13:11
**operations**
73:11
**orders**
80:19
**other**
9:23, 11:24,
14:15, 23:2,
23:5, 25:4,
26:22, 34:19,

34:20, 39:14,
42:22, 55:18,
60:10, 60:14,
60:21, 61:18,
65:2, 65:5,
77:23, 78:20
**others**
60:22, 60:24,
79:19
**otherwise**
50:20, 82:13
**out**
28:14, 28:22,
35:18, 36:6,
38:23, 44:12,
49:1, 49:25,
51:1, 52:8,
69:23, 69:24,
77:18, 81:13
**outcome**
82:13
**outset**
75:24
**outside**
12:4, 13:2,
51:2, 55:18,
79:22, 80:5,
80:9
**over**
10:25, 22:13,
31:12, 61:6,
61:7, 61:8,
62:7, 79:12
**own**
15:12, 16:5,
16:6, 17:5,
17:6, 26:15,
44:16, 45:10,
45:13, 47:14
**owned**
20:3, 58:18
**owner**
56:3
**ownership**
26:18
**owns**
15:14, 47:8

**P**

**page**
5:2, 5:13, 6:3,

6:16, 7:3,
28:11, 31:3,
68:15, 68:16,
70:15, 71:14
**pages**
1:19, 71:15,
74:18
**paid**
24:17, 32:19,
33:15, 33:19,
34:11, 39:3
**pair**
18:23
**paragraph**
33:14
**parameters**
74:25
**parent**
59:5, 67:15
**parham**
72:6, 72:12
**part**
14:14, 24:3,
38:21, 42:3,
42:18, 42:19,
43:4, 44:23,
45:3, 64:19,
68:4, 68:6
**parties**
23:25, 24:16,
25:9, 25:21,
38:10, 82:11
**party**
56:6
**pay**
27:2, 43:19
**payment**
70:19, 70:22
**payments**
68:9
**people**
42:2, 42:3,
50:6, 72:12
**performance**
79:24, 80:2
**perigroves**
61:18
**person**
13:11, 39:2,

59:10, 59:14,
59:17, 59:18,
59:19
**personal**
59:19, 64:6
**persons**
13:12
**perspective**
46:17
**pharmacorr**
3:13, 23:24,
32:12, 38:25,
76:6
**phone**
35:22
**pick**
62:4, 78:13
**picking**
75:16
**piece**
38:14
**place**
8:12, 45:11
**plan**
32:17, 46:10
**plane**
34:14, 34:16
**planet**
8:11, 9:6,
28:23
**planning**
26:24, 47:18,
63:14, 64:22,
65:6, 65:7,
74:20
**play**
33:1, 33:4,
59:18
**played**
34:13
**please**
8:14, 8:16,
9:7, 11:1,
12:22, 31:25,
32:3, 32:7,
63:1, 75:2,
80:19
**pllc**
3:16, 4:13,

8:21
**point**
36:6, 42:24,
43:23, 44:7,
45:17, 46:6,
58:24
**pole**
61:15
**pose**
12:22
**position**
17:23, 60:2
**possession**
37:24, 38:2,
42:8
**post-filing**
32:14
**posted**
30:13
**precious**
62:6
**predominantly**
78:15, 79:4
**preferred**
14:3
**preliminary**
6:12, 67:9
**preparation**
76:15, 77:4
**prepare**
9:18, 75:25,
77:14
**prepetition**
38:25
**present**
4:18, 50:16,
50:18
**press**
50:12
**pretend**
66:20
**previous**
12:15, 26:18,
68:24, 73:9
**price**
18:20, 18:21,
38:3
**principals**
32:20, 33:16,

34:2
**prior**
13:20, 24:9,
27:20, 27:22,
72:1
**privilege**
46:16
**probably**
32:15, 41:7,
71:3
**proceedings**
81:18
**process**
64:13, 64:20,
64:21, 64:22,
64:23, 65:1,
65:4, 65:5,
65:23, 65:25,
66:1
**processes**
65:2
**produce**
21:19, 57:1,
57:9, 57:15
**produced**
28:25, 29:8,
30:4, 30:11,
30:12, 42:3,
51:13, 54:4,
57:5, 70:13
**producing**
29:19
**production**
42:4
**professional**
2:14
**professionals**
32:7
**project**
63:19
**proposal**
26:12, 26:14,
26:15, 26:16,
26:17, 26:20
**propounded**
9:11
**protection**
26:9, 43:1,

43:11, 43:15,
43:19
**provide**
34:22, 38:22,
39:23, 41:12,
42:14, 42:20,
42:21, 71:2
**provided**
25:5, 32:21
**providing**
65:22
**public**
2:15, 82:2
**pull**
21:16, 27:5,
27:10, 47:22,
48:11, 48:13,
49:19, 52:10,
62:20, 63:13,
65:14, 68:14,
69:17, 69:25,
70:2, 70:10,
71:18, 71:20,
73:23
**purchase**
18:20, 18:21
**purchased**
68:10
**purporting**
13:13
**purpose**
26:25, 53:19
**pursuant**
2:10
**pursue**
46:8
**put**
44:5, 50:8,
57:23, 69:4,
69:16, 70:7,
72:4
**putting**
40:10

**Q**

**quarter**
45:20, 45:22,
46:9

**question**
10:22, 12:23,
12:24, 22:14,
23:18, 25:7,
25:20, 31:13,
31:14, 32:24,
32:25, 38:6,
41:14, 42:12,
42:16, 43:6,
46:22, 47:10,
47:12, 49:2,
52:17, 55:17,
60:6, 61:6,
61:23, 62:1,
62:7, 62:9,
62:10, 66:24,
67:17, 69:10,
77:11, 79:5
**questioning**
9:3, 41:25,
73:10
**questions**
9:11, 12:19,
13:16, 14:7,
29:12, 41:20,
50:4, 50:21,
51:16, 54:12,
54:13, 57:6,
62:25, 73:8,
77:17
**quick**
68:15
**quite**
54:19

**R**

**rare**
15:10
**rattled**
22:22
**read**
31:18, 35:3,
38:12, 38:16,
38:17, 66:3,
76:10, 80:20,
80:24, 81:15
**reading**
28:22, 33:24,

35:4, 49:23,
82:9
**ready**
30:23, 56:19,
63:13, 64:16,
70:4
**reaffirm**
20:18
**real**
68:15
**realized**
35:17
**really**
20:16, 42:9,
50:8
**reason**
34:21
**recall**
18:14, 33:3,
33:6, 48:3,
61:10, 67:21,
72:17, 79:25
**receive**
21:9, 68:8,
69:13, 78:12,
79:19
**received**
23:5, 23:17,
30:3, 30:16,
31:22, 35:3,
40:3, 50:3,
72:14
**recipient**
49:24, 51:13,
51:17, 51:20,
52:16
**record**
12:19, 19:19,
24:11, 30:1,
40:10, 42:11,
46:14, 49:14,
49:17, 50:2,
50:9, 51:4,
51:9, 75:19,
75:22, 80:17,
82:6
**records**
17:5, 79:6

**reduced**
82:8
**reed**
4:5, 8:24
**refer**
68:19
**reference**
20:8, 68:21,
69:11
**referenced**
25:5
**references**
38:24, 70:18
**referencing**
33:17, 34:8,
34:9, 34:10,
71:3, 72:9
**referring**
10:3, 14:4,
34:3, 34:18,
35:8
**refresh**
72:1
**refuse**
38:8
**refusing**
57:6
**regards**
32:23
**registered**
2:14, 2:15
**related**
62:17, 62:18,
67:10, 82:11
**relevancy**
24:5
**relevant**
23:22, 24:3,
24:19, 24:23
**remember**
31:23, 46:4,
71:12
**remote**
4:19, 27:8,
27:12, 35:12,
48:14, 48:21,
53:3, 53:8,
63:2, 63:4,

63:8, 64:15,
67:2, 68:17,
68:23, 69:5,
70:3, 70:7,
71:22, 73:25
**remotely**
1:11, 8:13
**rephrase**
16:3
**replacement**
52:4
**reply**
9:11
**report**
79:23
**reported**
1:20
**reporter**
2:11, 2:14,
2:15, 5:9, 9:5,
9:7, 50:3,
50:15, 50:16,
50:17, 50:20,
76:9, 80:18,
80:21, 80:25,
81:14
**reporter-notary**
82:2
**repository**
53:9
**represent**
8:15
**representative**
9:16, 12:22,
14:6, 30:2,
39:12, 56:19,
56:21, 56:23,
57:11, 59:15
**represented**
25:9, 25:21,
25:23, 26:1
**representing**
8:11, 9:6
**request**
6:13, 10:3,
56:9, 56:11,
67:9
**requested**
58:7, 58:15,

82:10
**requests**
10:1
**requirements**
32:9
**research**
21:17
**resend**
68:22
**reserved**
24:14
**respect**
13:16, 29:25
**respective**
31:10
**respond**
29:25, 30:23,
52:15, 55:16,
55:17, 56:24,
57:4, 57:6,
58:17, 70:25
**responded**
58:15
**response**
57:17
**rest**
25:16, 70:17
**restructure**
45:18
**restructuring**
32:6, 32:10
**return**
19:9
**review**
9:25, 76:3,
76:15, 77:3,
77:16
**reviewed**
10:1, 76:1,
76:11, 76:17,
76:18, 76:19,
77:1, 77:12,
77:13, 77:15
**revisions**
13:25
**right**
9:5, 9:15,
24:14, 26:4,

27:12, 28:11,
30:17, 35:9,
35:11, 36:4,
36:18, 39:21,
43:9, 47:21,
48:17, 48:21,
48:24, 49:5,
49:13, 49:16,
53:12, 57:2,
58:9, 63:6,
65:13, 67:2,
69:8, 70:3,
70:10, 70:14,
71:22, 74:5,
74:6, 78:13
**ringing**
35:22
**rmr**
1:20, 82:19
**road**
72:8, 72:18
**rock**
72:8
**role**
31:9, 31:10,
31:11, 32:25,
33:4, 68:5,
68:6, 68:7,
80:6, 80:10
**roll-up**
37:12
**rule**
22:12
**run**
16:4, 44:4,
45:7, 45:10
**running**
53:8
**runs**
15:11

---
**S**
---
**s**
33:8, 41:1,
47:18, 54:11,
57:11, 72:24,
73:1, 79:6
**said**
10:15, 14:13,

14:22, 15:8,
15:9, 16:10,
17:9, 17:18,
17:19, 19:24,
20:14, 21:10,
22:4, 22:19,
25:21, 27:20,
28:23, 30:9,
30:10, 30:19,
30:21, 34:5,
40:1, 43:10,
45:22, 46:10,
47:11, 47:13,
55:14, 57:7,
59:13, 60:18,
62:16, 64:20,
66:7, 74:2,
74:6, 76:6,
76:8, 76:13,
76:25, 79:4,
82:7
**sale**
18:3
**same**
28:16, 31:3,
60:7, 61:6,
62:9, 70:9
**sarah**
51:14, 51:19,
51:22, 51:23,
74:3
**say**
14:4, 15:8,
16:9, 16:19,
21:4, 21:6,
22:18, 33:14,
34:6, 36:24,
40:3, 40:8,
40:23, 47:13,
48:18, 54:2,
55:11, 55:14,
57:7, 57:8,
57:21, 62:15,
63:20, 66:6,
66:13, 74:23,
76:10, 76:25,
77:1, 79:2
**saying**
10:17, 10:18,

10:19, 14:5,
20:11, 21:7,
22:1, 29:22,
29:23, 30:5,
30:16, 31:1,
55:11, 59:10,
62:12, 71:1,
72:7, 73:13,
79:2
**says**
9:11, 28:12,
34:1, 34:7,
37:1, 37:12,
37:13, 38:22,
40:18, 40:21,
52:13, 66:9,
66:11
**schapiro**
11:15
**scope**
12:4, 13:2,
14:1, 14:3,
24:13, 52:5,
55:19
**scratch**
46:7
**screen**
30:14, 30:15,
53:13
**scroll**
28:16, 36:17,
36:22, 70:16,
74:17
**scrolling**
71:14
**seal**
82:15
**search**
53:8
**sec**
70:2
**second**
25:15, 32:18,
35:21, 38:21,
63:7, 70:15,
71:15, 75:11
**secret**
57:24, 58:2

**section**
36:18, 37:18
**secured**
38:22
**see**
16:11, 27:25,
28:13, 32:10,
33:20, 33:24,
36:4, 36:13,
37:16, 39:1,
39:20, 47:16,
49:11, 53:4,
53:5, 59:3,
66:2, 66:3,
70:14, 70:18,
71:7, 74:18
**seeing**
63:5
**seeking**
52:19, 52:22
**seen**
78:25
**send**
53:6, 78:12,
78:14, 81:16
**sending**
59:7, 81:5
**sends**
71:8
**senior**
31:25, 38:22
**sent**
13:4, 31:4,
32:23, 36:19,
38:10, 39:17,
40:2, 40:4,
40:7, 40:13,
40:16, 41:3,
41:5, 62:12,
67:16, 71:10,
72:13, 78:17
**separate**
78:23
**separately**
32:11
**series**
28:24
**serve**
55:4

**served**
24:8
**services**
1:6, 4:3, 8:25,
15:21
**serving**
13:20
**set**
32:5, 74:24,
81:4, 81:11,
82:14
**settlement**
6:19, 7:6,
70:18, 70:22,
71:11, 72:7
**shall**
13:10, 13:15,
37:14, 38:22
**share**
81:5
**sheet**
5:18, 28:1,
30:25, 36:14,
36:19, 36:22,
37:1, 37:6,
39:10, 39:16
**sholey**
66:13, 67:16,
67:18, 71:8
**shorthand**
2:11, 82:2
**should**
35:10, 45:7,
53:13
**shouldn't**
42:25
**shovel**
43:2
**show**
31:1, 55:6,
55:22, 57:10,
59:23, 70:16,
72:4
**showed**
58:13
**showing**
30:17, 59:21
**sic**
20:16, 72:18

**side**
55:2
**sign**
56:12, 80:20,
80:24, 81:15
**signature**
70:17, 71:16
**signature-sc3**
82:17
**significance**
29:11
**signing**
82:9
**simpler**
46:22
**since**
10:23, 11:23,
11:24, 54:16,
73:3, 80:25
**single**
39:2, 45:16
**sit**
54:20
**sitting**
54:19
**smirked**
19:25
**snow**
43:2
**sold**
20:4
**soliloquy**
62:24
**some**
16:16, 19:13,
21:12, 39:7,
46:15, 49:11,
54:19, 62:3,
74:21, 78:20
**somebody**
50:18
**someone**
33:7, 53:17
**something**
13:7, 31:21,
33:23, 34:8,
34:24, 42:8,
43:3, 55:1,

55:3, 55:15,
56:8, 56:18,
63:11, 63:21,
73:14, 77:7,
78:17
**sometime**
45:20
**sometimes**
78:11
**sorry**
13:23, 27:24,
28:13, 50:13,
51:6, 68:3
**sort**
74:21
**sorted**
49:1
**sound**
73:14
**sounds**
17:12, 52:13
**source**
28:3, 28:9,
29:6, 29:7,
29:11, 30:20,
81:13
**southern**
1:2, 8:6
**speak**
11:8, 65:8
**spending**
58:9
**splitting**
47:2
**spock**
72:18
**spoke**
65:16, 74:23
**spook**
72:8
**st**
52:12, 58:22,
59:3, 82:15
**stamp**
30:14, 30:15,
30:18
**stand**
27:13, 32:3,

35:11, 37:23,
48:14, 53:3,
63:2, 71:23,
73:25
**stands**
37:20
**start**
10:9, 10:21,
10:25, 72:21
**starting**
46:15
**starts**
72:5
**state**
2:16, 8:15,
30:1, 52:20,
52:23
**statements**
29:18
**states**
1:1, 2:12, 8:5
**stay**
38:8, 41:21
**stenographically**
82:7
**stepped**
11:10
**stepping**
11:11
**steps**
45:24
**still**
30:15, 73:4
**stinson**
3:7, 8:17
**stop**
62:5
**strategy**
44:2, 44:3
**strawman**
32:7
**street**
3:8, 4:6, 4:14
**stress**
26:7
**stuff**
59:20
**style**
5:3

**subject**
5:14, 5:21,
6:4, 6:8, 6:17,
7:4, 7:10,
59:24, 61:1,
66:13, 71:5,
77:23
**subsidiaries**
37:14, 60:12,
61:14
**subsidiary**
16:17, 77:20
**substance**
63:17
**suite**
3:8, 3:17, 4:6
**supposed**
76:9
**sure**
19:15, 20:8,
23:16, 28:19,
30:20, 31:3,
36:23, 41:22,
46:21, 49:10,
49:11, 61:24,
62:11, 62:21,
67:4
**surrounding**
24:1
**survival**
26:22
**swear**
9:7
**sworn**
9:10

**T**

**table**
38:21
**take**
19:9, 44:12,
48:25, 49:23,
59:8, 75:12,
75:15
**taken**
82:4, 82:7
**taking**
8:12, 8:16,

33:21
**talk**
19:13, 19:18,
19:20, 63:16,
77:14, 79:14
**talked**
43:7, 63:11
**talking**
31:12, 62:23
**tea**
38:4
**team**
31:25
**teams**
32:3
**technical**
49:1
**technician**
4:19, 27:8,
27:12, 35:12,
48:14, 48:21,
53:3, 53:8,
63:2, 63:4,
63:8, 64:15,
67:2, 68:17,
68:23, 69:5,
70:3, 70:7,
71:22, 73:25
**tehum**
1:6, 4:3, 8:4,
8:24, 77:20
**tell**
18:1, 21:12,
23:4, 25:3,
26:22, 29:5,
29:6, 31:17,
53:24
**telling**
15:2, 54:5,
75:1, 78:25
**ten-minute**
48:25
**tennessee**
2:13, 72:25,
73:2
**term**
5:18, 28:1,
30:25, 36:14,

36:19, 37:1,
37:5, 39:10,
39:16, 48:4
**terms**
19:2, 24:22
**testified**
60:13, 79:16
**testify**
12:8, 12:12,
14:1, 37:8,
38:11, 56:19,
57:12, 62:16,
78:21
**testimony**
55:24, 82:6,
82:7
**texas**
1:2, 3:18, 4:7,
8:6
**th**
36:21, 37:13,
72:3, 75:3
**thank**
28:17, 39:15,
51:10, 63:3
**themselves**
8:15
**thereafter**
26:16, 82:8
**therefore**
32:17
**thing**
28:16
**think**
27:7, 27:20,
30:8, 49:3,
49:8, 50:17,
69:19, 76:6,
80:13, 81:3,
81:12
**third**
47:11, 47:17,
56:6
**thompson**
4:11, 9:3
**thought**
28:15
**thousands**
30:13

**three**
39:17, 80:25,
81:2, 81:8,
81:10, 81:15,
81:17
**through**
5:19, 6:15,
6:21, 7:8, 7:13,
19:13, 20:5,
31:2, 32:5,
39:5, 66:25,
68:18
**time**
8:9, 10:13,
26:6, 26:9,
32:22, 35:5,
35:22, 37:9,
47:12, 47:17,
49:13, 49:16,
49:23, 49:25,
54:18, 54:19,
58:9, 58:19,
62:3, 62:5,
62:6, 62:23,
70:9, 75:18,
75:21, 80:16
**times**
29:7
**tirschwell**
51:15, 51:19,
51:22, 51:23,
52:2, 74:3, 74:8
**tn**
6:19
**today**
8:10, 9:5,
23:11, 50:5,
50:22, 61:17,
73:4, 76:7, 81:2
**today's**
8:8, 40:19,
54:8, 54:10
**together**
32:16
**told**
29:7, 38:12,
39:6, 52:15,
62:2, 67:18,

71:2
**took**
20:20, 45:25
**top**
28:11, 36:24,
71:7
**topics**
10:6, 13:4,
13:5, 24:6,
24:13, 77:12,
77:13, 77:14
**totally**
58:7
**transaction**
18:6, 18:7,
18:25, 19:1,
19:3, 19:4,
19:6, 19:25,
20:15, 20:16,
20:19, 20:24,
21:24, 21:25,
22:3, 22:5,
22:8, 22:11,
22:15, 22:19,
23:2, 24:23,
25:1, 26:6,
26:10, 39:17,
42:17, 42:19
**transcribed**
50:25
**transcript**
5:12, 80:18,
80:22, 82:5
**transfer**
22:7
**transferred**
20:5, 20:12
**transferring**
17:7
**transfers**
16:23
**trap**
47:13
**travis**
71:2, 71:11,
72:6
**troubled**
22:20

**true**
82:5
**trust**
30:22, 30:24
**try**
19:13, 40:9,
47:13
**trying**
31:13, 40:11,
42:9, 42:10,
56:8, 58:16,
61:8, 61:18,
61:21, 64:24,
66:25
**turner**
3:6, 8:18
**twice**
47:10, 47:11
**two**
22:22, 32:13,
47:3, 47:4,
47:6, 69:10,
71:15
**type**
48:22
**typewriting**
82:8

**U**

**ucc**
50:7
**ultimately**
20:3, 61:14,
77:20
**unappreciated**
50:9
**under**
13:11, 15:11,
15:13, 15:15,
15:17, 15:19,
15:21, 15:24,
16:13, 17:15,
17:19, 67:21,
82:8
**understand**
13:15, 19:14,
20:11, 32:2,
33:10, 38:18,

55:10, 57:2,
60:1, 60:3
**understood**
10:6, 51:3,
64:14, 73:22
**undertake**
22:23
**unilaterally**
13:23
**united**
1:1, 8:5
**unless**
29:19, 30:19,
68:25
**unsecured**
3:2
**until**
70:5, 70:6
**use**
72:24, 78:5,
78:8
**uses**
72:19
**using**
29:3, 50:9,
61:20

### V

**valid**
24:7
**valitas**
15:21, 19:22,
63:25, 64:5,
64:14
**valuation**
6:13
**various**
60:7
**veer**
46:15
**verbal**
31:20
**via**
2:2, 3:3, 3:14,
4:3, 4:11, 8:13,
45:18
**video**
8:9, 8:12,

35:14, 75:18
**videoconference**
2:2
**videographer**
4:20, 8:2,
8:10, 9:4,
49:13, 49:16,
51:7, 51:8,
75:18, 75:21,
80:16
**videotaped**
1:11, 8:3
**virtual**
73:21, 79:7
**voice-identify**
8:14

### W

**wait**
70:4, 70:6
**wallace**
4:20, 8:10
**walnut**
3:8
**want**
24:17, 25:16,
25:17, 29:5,
29:6, 36:17,
38:16, 50:2,
51:14, 55:1,
55:3, 61:1,
61:25, 64:15,
69:1, 70:4,
72:2, 77:22,
80:21, 81:1,
81:8, 81:10
**wanted**
35:14, 50:24
**wants**
52:13
**warped**
41:24
**washington**
2:13
**wasting**
37:9, 62:5
**way**
13:22, 23:22,

26:22, 31:18,
49:25, 54:17,
57:23, 69:21
**we'll**
47:23, 49:1,
49:11, 50:23,
51:21, 53:6,
69:25, 75:13,
80:20, 81:5
**we're**
9:15, 21:20,
23:10, 31:1,
31:3, 32:11,
46:14, 48:17,
49:3, 49:8,
49:14, 56:2,
57:19, 58:9,
63:16, 66:24,
69:3, 70:8,
74:13, 75:19,
75:22, 80:17
**we've**
21:1, 22:1,
46:17, 51:8,
78:25
**week**
44:8
**weekly**
15:4
**went**
19:16, 22:2,
50:22, 77:24
**weren't**
78:18, 78:25
**west**
4:14
**whatever**
15:14
**whenever**
64:17
**whereof**
82:14
**whereupon**
49:15, 75:20,
81:18
**whether**
76:10
**white**
46:5, 47:25,

63:16, 63:19,
63:21, 63:24,
64:7, 65:9
**whoa**
10:18
**whole**
66:4
**whomever**
71:10
**william**
4:10, 9:2
**windows**
59:19
**wire**
71:4, 71:8
**wiring**
6:18, 71:4
**without**
17:7, 23:7,
43:20
**witness**
5:6, 9:3, 9:8,
13:14, 14:5,
24:15, 25:19,
28:19, 30:9,
35:14, 35:20,
35:24, 36:2,
46:16, 49:2,
49:7, 50:15,
50:17, 51:5,
69:19, 69:23,
75:14, 81:7,
82:14
**word**
33:20, 33:24,
38:18, 66:2,
66:3, 66:4,
67:22
**words**
39:10, 55:6
**work**
10:17, 32:4
**working**
59:15
**world**
51:2
**wrap**
75:13

**write**
31:24, 57:16, 59:16
**writes**
31:20
**writing**
31:20, 31:23
**written**
58:15
**wrote**
57:20, 59:17

**Y**

**yeah**
10:21, 13:17, 17:14, 35:16, 48:12, 61:3, 64:24, 68:23, 69:22, 69:24, 73:16
**yep**
17:4
**yescare**
15:15, 47:9, 47:15, 47:19, 54:25
**yesterday**
32:13
**yourself**
28:2, 34:2
**yourselves**
32:20, 33:16

**Z**

**zach**
8:17, 12:14, 48:18, 49:3
**zachary**
3:4
**zalman**
11:15
**zero**
38:19, 39:6, 39:8, 39:14, 40:14, 47:20
**zluticky**
3:5
**zoom**
2:2, 3:3, 3:14,

4:3, 4:11, 8:13, 23:15, 28:14, 39:3

**.**

**.1**
5:14
**.10**
7:10
**.2**
5:18
**.27**
5:17
**.3**
5:21
**.36**
5:20
**.4**
6:4
**.49**
5:24
**.5**
6:8
**.53**
6:7
**.6**
6:12
**.65**
6:11
**.67**
6:15
**.69**
6:16
**.7**
6:16
**.70**
6:22
**.71**
7:9
**.73**
7:14
**.8**
6:17
**.9**
7:4

**0**

**00**
80:16, 81:19

**01**
49:14
**06**
1:15, 8:9

**1**

**10**
49:5, 49:7, 73:24
**101**
62:14
**10501**
3:17
**106**
3:17
**11**
1:8, 32:2, 36:20, 37:14
**11.45**
5:14
**111835**
6:7, 53:1
**113011**
53:4
**1201**
3:8
**14**
1:14, 6:9, 8:8, 24:9, 49:17, 66:14
**15**
6:20, 72:3
**1601**
4:6
**165248**
7:13
**165274**
7:13, 73:23
**169745**
5:23, 48:13, 48:20, 49:20
**1st**
27:19, 32:1, 41:16, 41:18, 42:1, 42:5

**2**

**2**
1:15, 8:9

**20**
36:21, 37:13, 78:11
**2004**
8:4, 10:5, 13:2, 13:24, 24:12, 50:19, 55:4, 77:12, 77:18
**2021**
5:15, 6:20, 7:7, 10:12, 10:16, 10:21, 11:3, 11:24, 27:19, 42:1, 58:25, 68:11, 72:3, 74:4
**2022**
5:22, 6:6, 6:9, 7:12, 11:23, 46:9, 52:13, 58:22, 59:3
**2023**
1:14, 8:8, 82:16
**21**
6:5, 17:25, 42:6, 58:22, 59:3, 73:3, 82:15
**214**
4:8
**22**
45:20, 45:21
**220**
6:16, 68:15, 68:16, 68:22
**225**
6:16
**23**
1:7
**26**
7:12
**28**
7:7
**29**
75:3
**2900**
3:8

**299893**
5:16, 27:11,
28:12
**299894**
5:19
**299898**
5:20

---
**3**
---

**3**
49:14, 49:17,
75:19, 75:21
**30**
54:16, 54:18
**305428**
7:8, 71:21
**305429**
7:8
**31**
5:22, 52:12
**318984**
63:1
**32**
8:7
**348**
63:8
**348914**
6:10, 62:22
**348915**
6:14, 66:15
**348916**
6:15
**351**
72:18
**3rd**
75:2

---
**4**
---

**4**
54:18, 80:16,
81:19
**402**
4:14
**4134**
4:8
**45**
32:2
**4600**
4:6

**48103**
4:15
**49**
75:19

---
**5**
---

**503115**
1:18
**55**
75:21
**5753**
82:19

---
**6**
---

**621804**
6:21, 69:18
**621805**
6:22
**64103**
3:9

---
**7**
---

**7104**
3:19
**734**
4:16
**75201**
4:7
**75231**
3:18
**755**
3:19

---
**8**
---

**8**
54:16
**811**
6:16
**816**
3:10
**82**
1:19, 5:9
**835**
53:6
**842**
3:10
**885**
75:2

---
**9**
---

**90086**
1:7, 8:7
**92**
82:17
**954**
4:8
**9590**
4:16
**9600**
3:10
**972**
3:19
**994**
4:16