**From:** "Sholey, Jeff" <Jeff.Sholey@corizonhealth.com>
**To:** "Lefkowitz, Isaac" <IL@corizonhealth.com>
**Subject:** Wire Transactions - Need Accounting.xlsx
**Date:** Wed, 19 Jan 2022 21:38:47 +0000
**Importance:** Normal
**Attachments:** Wire_Transactions_-_Need_Accounting.xlsx

---

Isaac, as we had discussed in late December, we need some support for the accounting for several wires in our December close.   Please see the highlighted section in the attached file.   Can Michelle and I get view access to our cash account at Signature Bank so that we can track the cash and reconcile to the g/l.   Also, we need an underlying agreement for the Geneva Consulting amounts as well.

Jeff



Confidential

DEBTOR155163

| Date | Description | Signature Bank | Geneva Consulting | Other | Total | |
|---|---|---:|---:|---:|---:|---|
| 12/9/2021 | Geneva Consulting Wire | | 3,000,000 | | 3,000,000 | |
| 12/20/2021 | Wire out of BoA | 1,000 | | | 1,000 | |
| 12/21/2021 | Wire out of BoA | 10,000,000 | | | 10,000,000 | |
| 12/30/2021 | MO Settlement ($4,980,874) | 5,000,000 | - | - | 5,000,000 | |
| | | 15,001,000 | 3,000,000 | - | 18,001,000 | |
| 1/4/2022 | ID Settlement | 2,311,583 | | | 2,311,583 | |
| 1/6/2022 | Aircraft Title Service | | | 500,000 | 500,000 | |
| 1/11/2022 | Geneva Consulting Wire | | 500,000 | | 500,000 | |
| 1/11/2022 | TWA Design | | | 11,326 | 11,326 | |
| | TN Settlement | 650,000.00 | | | 650,000 | Need to up |
| | | 17,962,583 | 3,500,000 | 511,326 | 21,973,909 | |