**From**:          Rice, Michelle [Michelle.Rice@Yescarecorp.com]
**Sent**:           11/17/2022 11:51:08 AM
**To**:             Lefkowitz, Isaac [IL@Yescarecorp.com]
**Subject**:      Book1.xlsx
**Attachments**:  Book1.xlsx



Exhibit #

Lefkowitz 7

08/14/23 - MC

YC-E-005672

| Date | Description | Corizon Signature Bank A | YesCare Geneva Consulting B | YesCare PharmaCorr C | YesCare Geneva Mgt Fee D | Total | |
|---|---|---|---|---|---|---|---|
| 12/9/2021 | Geneva Consulting Wire | | 3,000,000 | | | 3,000,000 | |
| 12/20/2021 | Wire out of BoA | 1,000 | | | | 1,000 | |
| 12/21/2021 | Wire out of BoA | 10,000,000 | | | | 10,000,000 | |
| 12/30/2021 | MO Settlement ($4,980,874) | 5,000,000 | - | - | - | 5,000,000 | |
| | | 15,001,000 | 3,000,000 | - | - | 18,001,000 | |
| 1/1/2022 | Geneva Mangement Fee | | | | 500,000 | 500,000 | |
| 1/3/2022 | Charles Gassenheimer | | | | | | |
| 1/4/2022 | ID Settlement | 2,311,583 | | | | 2,311,583 | |
| 1/10/2022 | Transfer to PharmaCorr | | | 200,000 | | 200,000 | |
| 1/26/2022 | Credit for Prepayment | | | (200,000) | | (200,000) | |
| 1/31/2022 | ABC Wire | | | 500,000 | | 500,000 | |
| 1/31/2022 | Signature Bank Wire In of BoA | (5,000,000) | | | | (5,000,000) | |
| | | | | | | - | |
| 2/1/2022 | Geneva Mangement Fee | | | | 500,000 | 500,000 | |
| 2/14/2022 | Charles Gassenheimer (JDG.CLG Consulting) Wire | | | 50,000 | | 50,000 | |
| 2/15/2022 | Amerisource Bergen PharmaCorr PayOff | | | 456,707 | | 456,707 | |
| | | | | | | - | |
| 3/1/2022 | Geneva Mangement Fee | | | | 500,000 | 500,000 | |
| 3/1/2022 | Charles Gassenheimer (JDG.CLG Consulting) Wire | | | 22,000 | | 22,000 | |
| 3/4/2022 | PharmaCorr Prepayment | | | 500,000 | | 500,000 | |
| 3/16/2022 | Credit for Prepayment | | | (500,000) | | (500,000) | |
| 3/23/2022 | M2 Hold Co Wire In | 3,500,000 | | | | 3,500,000 | |
| 3/24/2022 | M2 Hold Co Wire In | 1,500,000 | | | | 1,500,000 | |
| 3/31/2022 | PharmaCorr Prepayment | | | 500,000 | | 500,000 | |
| 4/1/2022 | Geneva Mangement Fee | | | | 500,000 | 500,000 | |
| 4/1/2022 | Charles Gassenheimer (JDG.CLG Consulting) Wire | | | 22,000 | | 22,000 | |
| 4/11/2022 | Signature Bank Wire Out of BoA | 5,000,000 | | | | 5,000,000 | |
| 4/13/2022 | Signature Bank Wire In of BoA | (5,000,000) | | | | (5,000,000) | |
| 4/29/2022 | Sellers Notes Payments | (5,500,000) | | | | (5,500,000) | |
| 4/29/2022 | Debt Amendment Fee | (5,000,000) | | | | (5,000,000) | |
| 4/29/2022 | Debt Interest Amendment | (1,178,107) | | | | (1,178,107) | |
| 4/29/2022 | Debt Principal Amendement | (3,321,893) | | | | (3,321,893) | |
| 4/30/2022 | TN Settlement | | 650,000 | | | 650,000 | |
| 4/30/2022 | Centurion - ID Pharmacy Inventory | | 152,455 | | | 152,455 | Checks were |
| 4/30/2022 | Centurion - MO Pharmacy Inventory | | 273,549 | | | 273,549 | Checks were |
| 4/30/2022 | Centurion - KS Medical Supply Inventory | | 228,109 | | | 228,109 | Payment was |
| 4/30/2022 | Centurion - ID Medical Supply Inventory | | 122,039 | | | 122,039 | Payment was |
| 4/30/2022 | Centurion - MO Medical Supply Inventory | | 249,319 | | | 249,319 | Payment was |
| 5/1/2022 | Geneva Mangement Fee | | | | 500,000 | 500,000 | |
| 5/1/2022 | Charles Gassenheimer (JDG.CLG Consulting) Wire | | | 22,000 | | 22,000 | |
| 5/1/2022 | Signature Bank Adj to $1M at Merger | (2,312,583) | 2,312,583 | | | - | |
| 5/15/2022 | PharmaCorr Prepayment | | | 500,000 | | 500,000 | |
| 5/11/2022 | Signature Bank Wire Out BoA | 1,000,000 | | | | 1,000,000 | |
| 6/1/2022 | Geneva Mangement Fee | | | | 500,000 | 500,000 | |
| 6/1/2022 | Charles Gassenheimer (JDG.CLG Consulting) Wire | | | 22,000 | | 22,000 | |
| 6/3/2022 | Geneva Wire | | 7,000,000 | | | 7,000,000 | |
| 6/8/2022 | PharmaCorr Wire Advance | | | 350,000 | | 350,000 | |
| 6/21/2022 | Geneva Wire | | (4,500,000) | | | (4,500,000) | |
| 6/22/2022 | Geneva Wire | | (900,000) | | | (900,000) | |
| 6/29/2022 | Geneva Wire | | (1,100,000) | | | (1,100,000) | |
| 6/30/2022 | Signature Bank Wire Out BoA | 2,000,000 | | | | 2,000,000 | |
| 6/30/2022 | PharmaCorr, LLC 0616-063022 | | | 450,000 | | 450,000 | |
| 6/30/2022 | PharmaCorr, LLC 0616-063022 | | | (23,295) | | (23,295) | |
| 7/1/2022 | Geneva Mangement Fee | | | | 500,000 | 500,000 | |
| 7/1/2022 | Signature Bank Wire In BoA | (2,000,000) | | | | (2,000,000) | |
| 7/1/2022 | Geneva Wire | | (500,000) | | | (500,000) | |
| 7/1/2022 | Charles Gassenheimer (JDG.CLG Consulting) Wire | | | 22,000 | | 22,000 | |
| 7/31/2022 | 0701-071522 PharmaCorr Inv | | | (63,934) | | (63,934) | |
| 7/31/2022 | 0716-073122 PharmaCorr Inv | | | (34,032) | | (34,032) | |
| 8/1/2022 | Geneva Mangement Fee | | | | 500,000 | 500,000 | |
| 8/9/2022 | PharmaCorr Wire | | | 284,509 | | 284,509 | |
| 8/31/2022 | 0801-081522 PharmaCorr Inv | | | (79,141) | | (79,141) | |
| 8/31/2022 | 0816-083122 PharmaCorr Inv | | | (46,863) | | (46,863) | |
| 9/1/2022 | Geneva Mangement Fee | | | | 500,000 | 500,000 | |
| 9/26/2022 | PharmaCorr Wire | | | 500,000 | | 500,000 | |