**From:** "Lefkowitz, Isaac" <IL@corizonhealth.com>
**To:** "Tirschwell, Sara" <Sara.Tirschwell@corizonhealth.com>, "King, Scott" <Scott.King@corizonhealth.com>, "Sholey, Jeff" <Jeff.Sholey@corizonhealth.com>
**Subject:** RE:
**Date:** Fri, 11 Feb 2022 13:57:32 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

CHS AZ, LLC
101 N 1st Ave Suite 800, Phoenix, AZ 85003

Isaac Lefkowitz
Member of the Board
**Corizon Health**
103 Powell Ct, Brentwood, TN 37027
C:+1.646.623.5200
IL@CorizonHealth.com




---

**From:** Lefkowitz, Isaac
**Sent:** Friday, February 11, 2022 8:15 AM
**To:** Tirschwell, Sara <Sara.Tirschwell@corizonhealth.com>; King, Scott <Scott.King@corizonhealth.com>; Sholey, Jeff <Jeff.Sholey@corizonhealth.com>
**Subject:** RE:

CHS of AZ DOC, LLC
a wholly owned subsidiary of:
YesCare am ESOP company, a predominantly women owned Company comprised of former Corizon Health clinical and administrative employees.
Managed by Geneva Consulting, a wholly owned subsidiary of:
Genesis HealthCare a publicly traded Company (GENN)


Isaac Lefkowitz
Member of the Board
**Corizon Health**
103 Powell Ct, Brentwood, TN 37027
C:+1.646.623.5200
IL@CorizonHealth.com






Confidential                                                                                                                    DEBTOR138299

**From:** Lefkowitz, Isaac
**Sent:** Friday, February 11, 2022 8:10 AM
**To:** Tirschwell, Sara <Sara.Tirschwell@corizonhealth.com>; King, Scott <Scott.King@corizonhealth.com>; Sholey, Jeff <Jeff.Sholey@corizonhealth.com>
**Subject:**

CHS AZ DOC, LLC
A YesCare ESOP company a predominantly women owned Company
Managed by Geneva Consulting, a wholly owned subsidiary of:
Genesis HealthCare a publicly traded Company (GENN)


Isaac Lefkowitz
Member of the Board
**Corizon Health**
103 Powell Ct, Brentwood, TN 37027
C:+1.646.623.5200
IL@CorizonHealth.com





Confidential
DEBTOR138300