

# Delaware
## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "GENEVA CONSULTING LLC", FILED IN THIS OFFICE ON THE SIXTEENTH DAY OF NOVEMBER, A.D. 2021, AT 3:05 O`CLOCK P.M.

6399441  8100
SR# 20213825961

Authentication: 204718081
Date: 11-17-21

You may verify this certificate online at corp.delaware.gov/authver.shtml

Geneva_001586

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:05 PM 11/16/2021
FILED 03:05 PM 11/16/2021
SR 20213812358 - File Number 6399441

# STATE *of* DELAWARE
# LIMITED LIABILITY COMPANY
# CERTIFICATE *of* FORMATION

**FIRST:** The name of the limited liability company is:

**Geneva Consulting LLC**

**SECOND:** The address of its registered office in the State of Delaware is 1811 Silverside Road, Wilmington, DE 19810. The name of its registered agent at such address is USACORP DE INC.

**In Witness Whereof,** the undersigned have executed this Certificate of Formation this 16th day of November, 2021.

By: /s/ David Gefner

Authorized Person (s)

Name: David Gefner