**From:** "Isaac Lefkowitz" <il@perigrove.com>
**To:** "james hyman" <hymanjames@gmail.com>
**Cc:** "Lefkowitz, Isaac" <IL@corizonhealth.com>, "David Gefner" <dg@perigrove.com>, "Abe Goldberger" <ag@perigrove.com>
**Subject:** Re: Lefkowitz / Hyman
**Date:** Tue, 26 Apr 2022 19:19:07 +0000
**Importance:** Normal

---

Hi James

Please come to our office at 885 3rd Avenue 29th floor


**Isaac Lefkowitz**
Director

Perigrove
A prolific private equity investment firm

C. +1.646.623.5200
O. +1.212.737.4478
D. +1.212.951.1076

il@perigrove.com
www.perigrove.com



On Apr 26, 2022 2:52 PM, james hyman <hymanjames@gmail.com> wrote:
Thursday ok - 1030am, but phonecall is easier.   Before we meet, I'd like to have your response in email that you agree to rules that I put in the email below on the 8th:
1) Nothing said is binding on anyone; nor can what is said be raised in litigation.
2) Only a signed, written agreement will be binding, and
3) No delays will be considered in any proceeding begun unless ordered.

On Tue, Apr 26, 2022 at 1:45 PM Isaac Lefkowitz <il@perigrove.com> wrote:
> We can meet Thursday in NY
>
>
> **Isaac Lefkowitz**
> Director
>
> Perigrove
> A prolific private equity investment firm
>
> C. +1.646.623.5200
> O. +1.212.737.4478
> D. +1.212.951.1076
>
> il@perigrove.com
> www.perigrove.com
>
> 
>
> On Apr 26, 2022 1:10 PM, james hyman <hymanjames@gmail.com> wrote:
> Isaac,
>
> If you want to have a conversation, this week would be the time.

Exhibit # Lefkowitz 10
08/14/23 - MC

Confidential                                                                                                              DEBTOR165274

James

On Mon, Apr 11, 2022 at 10:06 AM Lefkowitz, Isaac <IL@corizonhealth.com> wrote:

> OK, will connect when I am back in the states.
>
> ---
>
> **From:** James E. Hyman <hymanjames@gmail.com>
> **Sent:** Friday, April 8, 2022 8:17 PM
> **To:** Lefkowitz, Isaac <IL@corizonhealth.com>
> **Cc:** scott king <scottking3910@gmail.com>
> **Subject:** [EXTERNAL] Re: Watch "Mauritania Iron Ore Train food delivery" on YouTube
>
> ---
>
> **This Message has originated outside of your organization.**
>
> ---
>
> Isaac,
>
> Re Scott's note from below, if you'd like to speak, you can call me anytime. But, before any discussion regarding settlement occurs, we need three "rules" to be agreed upon in advance, in an email:
>
> 1) Nothing said is binding on anyone; nor can what is said be raised in litigation.
> 2) Only a signed, written agreement will be binding, and
> 3) No delays will be considered in any proceeding begun unless ordered.
>
> Regards, and have a good Pesach.
>
> James
>
> James E. Hyman | +1.203.539.1401 | hymanjames@gmail.com
>
> -------- Original message --------
>
> From: scott king <scottking3910@gmail.com>
>
> Date: 4/8/22 12:46 PM (GMT-05:00)
>
> To: "James E. Hyman" <hymanjames@gmail.com>
>
> Subject: Re: Watch "Mauritania Iron Ore Train food delivery" on YouTube

James,

I spoke to Isaac.  He is in Israel the next few weeks, but would like to set up a meeting for when he gets back to discuss your employment agreement and reach an amicable resolution.  Probably sometime the week of April 25, if you are available.

Scott

Sent from my iPad

On Mar 30, 2022, at 5:04 PM, James E. Hyman <hymanjames@gmail.com> wrote:

Mon 9am CT?

James E. Hyman | +1.203.539.1401 | hymanjames@gmail.com

-------- Original message --------

From: scott king <scottking3910@gmail.com>

Date: 3/30/22 9:57 PM (GMT+00:00)

To: "James E. Hyman" <hymanjames@gmail.com>

Subject: Re: Watch "Mauritania Iron Ore Train food delivery" on YouTube

Sure.

Sent from my iPad

 On Mar 30, 2022, at 10:28 AM, James E. Hyman <hymanjames@gmail.com> wrote:

Confidential
DEBTOR165276

Currently in Morocco. Not back in US until Friday. Can it wait?

James E. Hyman | +1.203.539.1401 | hymanjames@gmail.com

-------- Original message --------

From: scott king <scottking3910@gmail.com>

Date: 3/30/22 3:27 PM (GMT+00:00)

To: james hyman <hymanjames@gmail.com>

Subject: Re: Watch "Mauritania Iron Ore Train food delivery" on YouTube

James,

Let me know if you have a few minutes this afternoon or tomorrow to talk. I wanted to give you an update on your desk and a few other matters.

Thanks,

Scott

Sent from my iPad

On Feb 17, 2022, at 10:13 PM, james hyman <hymanjames@gmail.com> wrote:

https://youtu.be/hteWKH89uu8

James E. Hyman | +1.203.539.1401 | hymanjames@gmail.com

> --
> James E. Hyman | +1.203.539.1401 | hymanjames@gmail.com

--
James E. Hyman | +1.203.539.1401 | hymanjames@gmail.com

Confidential
DEBTOR165278