**Valitas Health Services, Inc.**
103 Powell Ct
Brentwood, TN 37027

December 9, 2021

James E. Hyman
Former CEO
Valitas Health Services, Inc.
Corizon Health, Inc.

Dear Mr. Hyman

Considering the recent massive losses of the company revenues and steering the company with its mounting liabilities to the brink of bankruptcy, **effective immediately** please refrain from making any material company decisions or issue any orders to any of the company and all its subsidiaries' staff until the interim board will have a chance to install a permanent governing body of directors and officers and will have the opportunity to evaluate each of the former Corizon Health executives for their new role in the restructuring of the company.

In the interim all matters should come to my office while we operate in an emergency mode.

Sincerely

Isaac Lefkowitz
Interim CEO and
Member of the Board