# Exhibit B

Case 23-90088 Document 911-31 Filed in TXSB on 09/01/23 Page 2 of 5





Case 23-90066   Document 911-31   Filed in TXSB on 09/01/23   Page 4 of 5



INDEX NO. 515734/2023
Case 23-90068 Document 912-31 Filed in TXSB on 09/01/23 Page 5 of 5
RECEIVED NYSCEF: 05/30/2023

