

**Ian Cross <ian@lawinannarbor.com>**

## Corizon

| | |
|---|---|
| **Jennifer Finger** <Jennifer.Finger@sigmarm.org> | Fri, Mar 24, 2023 at 3:00 PM |
| To: "ian@lawinannarbor.com" <ian@lawinannarbor.com> | |

Ian, I am attorney who provides legal services for Corizon. As you know, Corizon has filed for bankruptcy. I understand that you claim to represent a former Corizon employee in a lawsuit in which that person is named as a defendant and which arises out of their employment with Corizon. You also represent plaintiffs in cases against Corizon. This situation appears to create a conflict of interest for you. Can you please advise how you do not have a conflict in representing a former employee of Corizon?

**Jennifer Finger**

General Counsel



205 Powell Place

Brentwood, TN 37027

Cell: 615-210-6305

Office: 615-239-6000

Email: Jennifer.finger@sigmarm.org

*Sigma Risk Management, LLC provides legal and claims management services.*

*This message and all attachments are a private communication and may be confidential or contain individually identifiable patient information protected under state and federal law. If you are not the intended recipient,*

*you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system.*