# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for 1528 56TH STREET, LLC, File Number 211114000003 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on May 11, 2023.

Brendan C. Hughes
Executive Deputy Secretary of State

Authentication Number: 100003484589 To Verify the authenticity of this document you may access the
Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

ARTICLES OF ORGANIZATION
OF
1528 56TH STREET, LLC
Under Section 203 of the Limited Liability Company Law


FIRST:        The Name of the limited liability company is: **1528 56TH STREET, LLC**

SECOND:       The county, within this state, in which the office of the limited liability company is to be located is **KINGS**

THIRD:        The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

              **1528 56TH STREET LLC**
              **1528 56TH STREET**
              **BROOKLYN, NY 11219**


        I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

                    YITZCHOK LEFKOWITZ (Signature)
                    --------------------------------------------------

                    **YITZCHOK LEFKOWITZ, ORGANIZER**
                    **1528 56TH STREET**
                    **BROOKLYN, NY 11219**

Filed by:

**YITZCHOK LEFKOWITZ**
**1528 56TH STREET**
**BROOKLYN, NY 11219**


Filed with the NYS Department of State on 11/14/2021
Filing Number: 211114000003 DOS ID: 6327111