United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 02, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TEHUM CARE SERVICES, INC.,[1] | ) Case No. 23-90086 (CML) |
| | ) |
| Debtor. | ) |
| | ) **Re: Docket No. 715** |

## STIPULATION AND AGREED ORDER REGARDING
## LIMITED MODIFICATION OF THE AUTOMATIC STAY

Tehum Care Services, Inc., the above-captioned debtor and debtor-in-possession (the "Debtor"), and Reuben Cortes, as class representative for a class of inmates within the physical custody of the Idaho Department of Corrections (collectively, the "Class"), hereby enter into this Stipulation and Agreed Order as follows:

WHEREAS, on February 13, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, prior to the Petition Date, Debtor (as Corizon, LLC), certain other defendants, and the Class executed an Amended Private Settlement Agreement and Release (the "Amended Settlement Agreement") resolving injunctive relief claims in the prisoner class action lawsuit pending in the U.S. District Court for the District of Idaho (the "Idaho District Court"), captioned *Reuben Cortes, et al. v. Josh Tewalt, et al.*, Case No. 1:18-cv-00001-BLW (the "Idaho Case");

WHEREAS, the Amended Settlement Agreement provides, among other things, that the Debtor shall pay only a specified portion of Class counsel's fair and reasonable attorney fees and costs in the exact amount of $127,421.22, with the rest and remainder of Class counsel's fair and

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

4856-5401-9969.5

reasonable attorney fees and costs to be determined by the Idaho District Court and payable out of non-Debtor property as part of the injunctive relief;

WHEREAS, prior to the Petition Date, all parties to the Amended Settlement Agreement jointly moved for and filed a joint memorandum in support of final approval of such agreement;

WHEREAS, by reason of the automatic stay, the Idaho District Court is unable to consider the Amended Settlement Agreement; and

WHEREAS, the Debtor and the Class have agreed to a modification of the automatic stay to allow (a) the Idaho District Court to consider the Amended Settlement Agreement; (b) Class counsel to petition and the Idaho District Court to determine the fair and reasonable amount of Class counsel's attorney fees and costs; and (c) counsel to file a stipulation for dismissal of the Idaho Case and the Idaho District Court to enter a dismissal thereon.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED AS FOLLOWS:**

1. The automatic stay imposed by section 362 of the Bankruptcy Code is modified to allow:

    a. the Idaho District Court to consider and approve or deny the Amended Settlement Agreement in the Idaho Case;

    b. Class counsel to petition for, and the Idaho District Court to determine, the fair and reasonable amount of Class counsel's attorney fees and costs; *provided*, *however*, that no amount above $127,421.22 may be asserted against the Debtor or its estate; and

    c. counsel to file a stipulation for dismissal of the Idaho Case and the Idaho District Court to enter a dismissal thereon.

2. Except as provided in the preceding paragraph, the Idaho Case and any further litigation by the Class against the Debtor related to the Debtor's obligations under the Amended Settlement Agreement are stayed pursuant to section 11 U.S.C. § 362. Any attempt to enforce the

Debtor's obligations under the Amended Settlement Agreement, if any, is subject to the automatic stay; *provided*, *however*, that the Class or Class counsel (Hearn Law PLC) may assert a general unsecured claim of $127,421.22 through one proof of claim in this chapter 11 case.

3. Nothing in this Stipulation and Agreed Order shall alter, modify, or otherwise affect or prejudice the rights of the Idaho Department of Correction and all other related parties in the Idaho Case.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Stipulation and Agreed Order.

Signed: October 02, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

| | |
|---|---|
| **RACINE OLSON, PLLP** | **GRAY REED** |
| By: */s/ Daniel C. Green (w/ permission)* <br> Daniel C. Green (admitted *pro hac vice*) <br> 201 E. Center Street <br> Pocatello, Idaho 83204 <br> Telephone: (208) 232-6101 <br> Email: dan@racineolson.com <br><br> *Counsel to Class of Idaho Department of Corrections Inmates* | By: */s/ Jason S. Brookner* <br> Jason S. Brookner <br> Texas Bar No. 24033684 <br> Aaron M. Kaufman <br> Texas Bar No. 24060067 <br> Lydia R. Webb <br> Texas Bar No. 24083758 <br> Amber M. Carson <br> Texas Bar No. 24075610 <br> 1300 Post Oak Boulevard, Suite 2000 <br> Houston, Texas 77056 <br> Telephone: (713) 986-7127 <br> Facsimile: (713) 986-5966 <br> Email: jbrookner@grayreed.com <br>       akaufman@grayreed.com <br>       lwebb@grayreed.com <br>       acarson@grayreed.com <br><br> *Counsel to the Debtor and Debtor in Possession* |