UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90086 |
|---|---|---|---|
| Debtor | In Re: | Tehum Care Services, Inc. | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Samuel P. Hershey<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 819-8200; sam.hershey@whitecase.com<br>New York State Bar, No. 5100854 |
|---|---|

Seeks to appear as the attorney for this party:

| White & Case LLP | |
|---|---|
| Dated: October 9, 2023 | Signed: /s/ Samuel P. Hershey |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____   Signed: _____
                              Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                           United States Bankruptcy Judge