TO:
Nathan Ochsner
U.S. Bankruptcy Court Clerk
for the Southern District of Texas
515 Rusk Avenue
Houston, TX 77002

From:
Erin Maurice Justice #696223
E.C. Brooks Correctional Facility
2500 South Sheridan Drive
Muskegon Heights, MI 49444

United States Courts
Southern District of Texas
FILED
OCT 16 2023
Nathan Ochsner, Clerk of Court

## LETTER ASKING FOR GUIDANCE

Ref: Bankruptcy of TEHUM CARE SERVICES, INC.
Case No. 23-90086

  I am a prisoner within the Michigan Department of Corrections with a pending claim with TEHUM CARE SERVICES, INC. On August 30, 2023 I Received two mail envelopes, from this Honorable Court, Containing the <u>Motion and Order for Admission Pro Hac Vice</u>, and the <u>STIPULATION AND AGREED ORDER AMONG THE DEBTOR, THE ARIZONA DEPARTMENT OF CORRECTIONS AND THE ARIZONA DEPARTMENT OF CORRECTIONS REHABILITATION AND REENTRY</u> documentation, from the above referenced case.

  E.C. Brooks Correctional Facility (LRF) mail room staff, opened the two above mentioned envelopes, without me being present, and they photo copied the original documents, without my permission, and without my knowledge of it, and they refuse to explain what they have done with the original documents.

1

The contents of both mail envelopes required special handling according to the Michigan Department of Corrections Policy Directive 05.03.118, under the section titled MAIL REQUIRING SPECIAL HANDLING. E.C. Brooks Correctional Facility (LRF) mail room staff violated the above mentioned MDOC PD 05.03.118, as well as breaking well established law governed in the UNITED STATES OF AMERICA. My sole purpose for this correspondence, is to inquire about, what is it that I need to do, within this Honorable Court, to take civil action against the mailroom staff here, at E.C. Brooks Correctional Facility (LRF), for opening my legal mail from this Court, and doing god knows what with the original documents, without my consent, and without me being present.

The mail envelopes contained legal documents for the above referenced case, that is pending in this Honorable Court. I have already started the process of exhausting my administrative remedies (grievance process), within the Michigan Department of Corrections. I pray that you respond to this correspondence at your earliest convenience, so that I may pursue the proper course of action, through this Honorable Court. Your assistance with this matter will be greatly appreciated. P.S. This is my 2nd attempt to inquire into this issue, enclosed is a true copy of the 1st letter I sent on 9-7-23.

Sincerely,

Erin Justice

Erin Maurice Justice #696223
E.C. Brooks Correctional Facility
2500 South Sheridan Drive
Muskegon Heights, MI 49444

ALEX JIMERSON
Notary Public, State of Michigan
County of Muskegon
My Commission Expires ___9/29___
Acting in the County of ___Muskegon___

Notary

US POSTAGE **PITNEY BOWES**
ZIP 49444 $ 000.63°
02 4W
0000386111 OCT. 10. 2023

Prisoner Name: Eric Justice
Prisoner Number: 696223
EARNEST C. BROOKS CORRECTIONAL FACILITY
2500 S. Sheridan Drive
Muskegon Heights, MI 49444

United States Courts
Southern District of Texas
FILED
OCT 16 2023
Nathan Ochsner, Clerk of Court

Nathan Ochsner
U.S. Bankruptcy Court Clerk
for the Southern District of Texas
515 Rusk Avenue
Houston, TX 77002

7700232623 C057