Electronic Appearance Sheet

Jeremy Killpack, Hallinan & Killpack Law Firm
Client(s): Schwartz, Banuelos, Lupe

Pamela Elchert Thurmond, City of Philadelphia
Client(s): City of Philadelphia

Kenneth Beams, Kenneth R. Beams, PLLC
Client(s): Estate of Kerry Milkiewicz

Blake Markus, Carson & Coil, P.C.
Client(s): Capitol Eye Care, Inc.; Jefferson City Oral and Maxillofacial Surgery, L.L.C.; CMMP Surgical Center, L.L.C.; and Mid-Missouri Anesthesia Consultants

Mark Cole, Spencer Fane LLP
Client(s): Cameron Regional Medical Center, Missouri Delta Medical Center, Hannibal Regional Healthcare System

Warren Stapleton, Osborn Maledon, PA
Client(s): Arizona Department of Corrections, Rehabilitation, and Reentry

Christopher Simpson, Osborn Maledon
Client(s): Arizona Department of Corrections, Rehabilitation, and Reentry

Richelle Marting, Marting Law, LLC
Client(s): North Kansas City Hospital

Janel Glynn, Burgess Law Group
Client(s): The Al-Amins

Ian Cross, Cross Law PLLC
Client(s): Kohchise Jackson, William Kelly, Derico Thompson

Val Early, Frank Ozment Attorney at Law LLC
Client(s): Tracey Grissom

Adam Nach, Lane & Nach, P.C.
Client(s): Creditors Linda Floyd, Jennifer Power, Aanda Slocum and Henry Snook

Brenda Funk, Munsch Hardt Kopf & Harr, P.C.
Client(s): Idaho Parties

Dylan Ross, Forshey Prostok
Client(s): Creditor Cassandra Oliver

Aaron Kaufman, Gray Reed
Client(s): Counsel to debtor, Tehum Care Services

Amber Carson, Gray Reed

Electronic Appearance Sheet

Client(s): Counsel to debtor, Tehum Care Services

Emily Shanks, Gray Reed
Client(s): Counsel to debtor, Tehum Care Services

Julie Harrison, Norton Rose Fulbright US LLP
Client(s): M2 LoanCo

Lori Rifkin, Rifkin Law Office
Client(s): Adree Edmo

Melissa Hayward, Hayward PLLC
Client(s): M2 HoldCo, M2 Equity Co, Perigrove 1018, YesCare, CHS Texas, Pharmacorr

Adam Nach, Lane & Nach, P.C.
Client(s): Creditors Jason Robinson, Nathan Alvarez, Randolph DeLeon and Michael Rosales

Erin Jones, Jones Murray LLP
Client(s): Curators of the University of Missouri

Mark Stromberg, Stromberg Stock, PLLC
Client(s): Lone Star Alliance

Erin Jones, Jones Murray LLP
Client(s): Capital Region Medical Center

Kristian Gluck, Norton Rose Fulbright
Client(s): M2 LoanCo

Ha Nguyen, U.S. Trustee
Client(s): U.S. Trustee

Matt Vigil, Saint Louis University School of Law Legal Clinic
Client(s): Phillip Buchanan

Mary Elizabeth Heard, M.E. Heard, Attorney, PLLC
Client(s): Adree Edmo