IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | Chapter 11 |
| § | |
| TEHUM CARE SERVICES, INC.,[1] § | Case No. 23-90086 (CML) |
| § | |
| DEBTOR § | |

## NOTICE OF APPOINTMENT OF COMMITTEE
## OF TORT CLAIMANTS

TO THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for the Southern District of Texas, through his undersigned attorneys and pursuant to Section 1102(a)(1) of the Bankruptcy Code, hereby appoints the following eligible creditors to the Committee of Tort Claimants in connection with the above captioned case:

| | Members | Counsel for Members |
|---|---|---|
| 1 | Aanda Slocum<br>aanda7123@gmail.com | Daniel Shaffer<br>405 Ridges Blvd., Ste B.<br>Grand Junction, CO 81507<br>lawyerdan@danielshafferlaw.com<br>Tel: 970-243-2552 |
| 2 | Elizabeth Frederick<br>frederickbeth@gmail.com | James Slater<br>113 S. Monroe Street<br>Tallahassee, FL 32301<br>james@slater.legal<br>Tel: 305-523-9023 |

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

1

| 3 | Henry Snook<br>moregreyhounds@cox.net | Anne Findling<br>301 E. Bethany Home Rd.,<br>Suite B-100<br>Phoenix, AZ 85012<br>Tel: 602-400-4400<br>anne@rcmslaw.com |
|---|---|---|
| 4 | LaTonda Smith | Scott Zwillinger<br>2020 N. Central Ave.,<br>Suite 675<br>Phoenix, AZ 85004<br>scott.zwillinger@zwfirm.com<br>Tel: 602-609-3800 |
| 5 | Nathan Alvarez<br>Alvarez.nate@icloud.com | Scott Griffiths<br>201 E. Southern Ave., Suite 207<br>Tempe, AZ 85282<br>Scott@griffithslawaz.com<br>Tel: 602-875-0601 |
| 6 | Paris Morgan<br>parisangelmorgan@gmail.com | Jason Wallace<br>320 Osuna Rd NE, Suite G-3<br>Albuquerque, NM 87107<br>jason@hmhw.law |

Dated: November 20, 2023

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

*/s/ Ha M. Nguyen*
Ha Nguyen, Trial Attorney
California Bar #305411
E-mail: Ha.Nguyen@usdoj.gov
Office: 713-718-4655
Cell: 202-590-7962

*/s/ Andrew Jimenez*
Andrew Jiménez, Trial Attorney
District of Columbia Bar 991907
E-mail:Andrew.Jimenez@usdoj.gov
Office: 713-718-4668

United States Department of Justice
Office of the United States Trustee

515 Rusk Street, Suite 3516<br>
Houston, Texas 77002<br>
Facsimile: 713-718-4670

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Committee of Tort Claimants has been served by electronic means on all PACER participants on November 20, 2023.

*/s/ Ha M. Nguyen*
Ha M. Nguyen
Trial Attorney