United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 27, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Main Case Number | 23-90086 |
|---|---|---|---|
| Debtor |  | In Re: | TEHUM CARE SERVICES, INC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Elizabeth S. Lynch<br>Chinnery Evans & Nail, P.C.<br>800 NE Vanderbilt Lane<br>Lee's Summit, MO 64064<br>816.525.2050; blynch@chinnery.com<br>Missouri and Western District of MO Bar No. 57502 |
|---|---|

| Name of party applicant seeks to appear for: | James Miller, individually, on behalf of the wrongful death class and as the Personal Representative of the Estate of Robert Miller |
|---|---|

Has applicant been sanctioned by any bar association or court?    Yes _____    No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/20/2023 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: Active and in Good Standing |
|---|
| Dated: |

**Order**

This lawyer is admitted *pro hac vice.*

Signed: November 27, 2023

_____
Christopher Lopez
United States Bankruptcy Judge