**IN THE UNITED STATES COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | | |
|---|---|---|---|
| In Re: | TEHUM CARE SERVICES, INC. | ) ) ) ) ) | Case No. 23-90086 |
| | Debtor | | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW Elizabeth S. Lynch, for the firm of Chinnery Evans & Nail, P.C., attorney for the creditor, James Miller, individually, on behalf of the wrongful death class and as the Personal Representative of the Estate of Robert Miller, and enters her appearance and respectfully requests that, pursuant to Section 1109(b) of the Bankruptcy Code, the Court provides notices under Sections 2002 and 9002 of the Rules of Bankruptcy Procedure and any other local rules, concerning matters pending before this Court in the above-captioned proceeding.

This request extends to all notices which this entity or creditors are entitled to receive in this proceeding, including, but not limited to: (1) notices of hearing on the sufficiency and approval of a disclosure statement under Section 1125(b) of the Code; (2) hearings on confirmation of any plan; (3) hearings on the proposed sale of property, other than in the ordinary course of business; (4) hearings on approval of a compromise or settlement of a controversy; (5) hearings on all applications, interim or final, for compensation or reimbursement of expenses; (6) any Disclosure Statement and/or Plan; and (7) all other Motions, Petitions, Pleadings and/or Complaints.

It is further requested that such notices be addressed to:

>Elizabeth S. Lynch, MO 57502
>CHINNERY EVANS & NAIL, P.C.
>800 NE Vanderbilt Lane
>Lee's Summit, MO 64064
>816.525.1917 fax
>blynch@chinnery.com

Respectfully submitted,

CHINNERY EVANS & NAIL, P.C.

By: /s/Elizabeth S. Lynch
Elizabeth S. Lynch, MO 57502
800 NE Vanderbilt Lane
Lee's Summit, MO 64064
816.525.2050 phone
816.525.1917 fax
blynch@chinnery.com
www.chinnery.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 27th day of November 2023, the above and foregoing Entry of Appearance And Request For Notice was electronically filed with the Court using the CM/ECF system, which sent notification to debtor's attorney and to all parties of interest participating in the CM/ECF system.

/s/Elizabeth S. Lynch
Elizabeth S. Lynch