# UNITED STATES BANKRUPTCY COURT — SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90086 |
|---|---|---|---|
| | Debtor | In Re: | Tehum Care Services, Inc. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Michael W. Zimmerman<br>Berry Riddell LLC<br>6750 E. Camelback Road, Suite 100<br>Scottsdale, AZ  85251<br>480-385-2727    mz@berryriddell.com<br>AZ   027442<br>AZ   027442 |
|---|---|

| Name of party applicant seeks to appear for: | Co-Counsel for Tort Claimants' Committee |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 11/28/2023    Signed: /s/ Michael W. Zimmerman

The state bar reports that the applicant's status is:

Dated: _____    Clerk's signature: _____

### Order

This lawyer is admitted *pro hac vice.*

Dated: _____    _____
United States Bankruptcy Judge