# UNITED STATES BANKRUPTCY COURT — SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90086 |
|---|---|---|---|
| Debtor | | In Re: | Tehum Care Services, Inc. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Martin Alan Aronson<br>Berry Riddell LLC<br>6750 E. Camelback Road, Suite 100<br>Scottsdale, AZ  85251<br>480-385-2727     ma@berryriddell.com<br>AZ   009005<br>AZ   009005 |
| Name of party applicant seeks to appear for: | Co-Counsel for Tort Claimants' Committee |

Has applicant been sanctioned by any bar association or court?   Yes ____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 11/28/2023     Signed: */s/ Martin Aronson/*

The state bar reports that the applicant's status is:

Dated:     Clerk's signature:

### Order

This lawyer is admitted *pro hac vice.*

Dated: _____     _____
United States Bankruptcy Judge