United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 30, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT              SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90086 |
|---|---|---|---|
| Debtor | | In Re: | Tehum Care Services, Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Martin Alan Aronson<br>Berry Riddell LLC<br>6750 E. Camelback Road, Suite 100<br>Scottsdale, AZ 85251<br>480-385-2727    ma@berryriddell.com<br>AZ    009005<br>AZ    009005 |
|---|---|

| Name of party applicant seeks to appear for: | Co-Counsel for Tort Claimants' Committee |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   11/28/2023 | Signed:   *Martin Aronson* |
|---|---|

| The state bar reports that the applicant's status is:  Active |
|---|
| Dated: 11/30/2023 | Clerk's signature: /s/ Z. Compean |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Signed:  November 30, 2023

Christopher Lopez
United States Bankruptcy Judge