UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90086 |
|---|---|---|---|
| Debtor | In Re: | Tehum Care Services, Inc. | |

This lawyer, who is admitted to the State Bar of ___New York, New Jersey___ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Gerard T. Cicero<br>Brown Rudnick LLP<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Email: gcicero@brownrudnick.com<br>New York: 5452859; New Jersey: 173562015 |

Seeks to appear as the attorney for this party:

| Committee of Tort Claimants |
|---|
| Dated: 12/5/2023    Signed: /s/ *Gerard T. Cicero* |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
                    Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                              United States Bankruptcy Judge