United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 08, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90086 |
|---|---|---|---|
| Debtor | | In Re: | Tehum Care Services, Inc. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | James M. Slater<br>Slater Legal PLLC<br>113 S. Monroe Street<br>Tallahassee, FL 32301<br>(305) 523-9023, james@slater.legal<br>Florida Bar No. 111779 |
|---|---|

| Name of party applicant seeks to appear for: | Elizabeth Frederick, individually as a survivor of Jennifer Casey Norred, deceased, and as personal representative of the Estate of Jennifer Casey Norred |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/7/2023 | Signed: | /s/ James M. Slater |
|---|---|---|

| The state bar reports that the applicant's status is: Eligible to Practice | | |
|---|---|---|
| Dated: 12/08/2023 | Clerk's signature: | /s/ Z. Compean |

**Order**     This lawyer is admitted *pro hac vice*.

Signed: December 08, 2023

_____
Christopher Lopez
United States Bankruptcy Judge