IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| TEHUM CARE SERVICES, INC.,[1] | ) Case No. 23-90086 (CML) |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

I, Thomas Peterson, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On or before December 26, 2023, I caused copies of the
- [Customized for Rule 3001(e)(2) or 3001(e)(4)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) or 3001(e)(4) [Re Docket Nos. 1078, 1098, & 1117]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Furthermore, on or before December 26, 2023, I caused copies of the
- [Customized for Rule 3001(e)(1) Through Rule 3001(e)(4)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) Through 3001(e)(4) [Re Docket Nos. 1079 & 1116]

to be served on the parties attached hereto as **Exhibit B** via First Class Mail.

Dated: December 29, 2023

*/s/ Thomas Peterson*
Thomas Peterson
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

# Exhibit A

**Exhibit A**
**Rule 3001(e)(2) or 3001(e)(4)**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Boyce & Bynum Path Pro Serv | | 300 Portland St Ste 110 | Columbia | MO | 65201-7390 | 477 | $129,002.32 | $129,002.32 | 1078 | Transferor |
| Boyce & Bynum Path Pro Serv | | 200 Portland St | Columbia | MO | 65201 | 477 | $129,002.32 | $129,002.32 | 1078 | Notice Party |
| TRC Master Fund LLC | Attn Terrel Ross | PO Box 633 | Woodmere | NY | 11598 | 477 | $129,002.32 | $129,002.32 | 1078 | Transferee |
| CRG Financial LLC | | 84 Herbert Ave. Building B, Suite 202 | Closter | NJ | 07624 | 58 | $8,383.34 | $8,383.34 | 1098 | Transferee |
| Progressive Medical USA, Inc | | 365 5th Ave South, Suite 201 | Naples | FL | 34102 | 58 | $8,383.34 | $8,383.34 | 1098 | Transferor |
| Logicalis | Department 172301 | PO Box 67000 | Detroit | MI | 48267-1723 | 426 | $87,148.83 | $87,148.83 | 1117 | Notice Party |
| Logicalis, Inc. | Jonathan B. Frank, Esq. | 3910 Telegraph Road, Suite 200 | Bloomfield Hills | MI | 48302 | 426 | $87,148.83 | $87,148.83 | 1117 | Transferor |
| TRC Master Fund LLC | Attn Terrel Ross | PO Box 633 | Woodmere | NY | 11598 | 426 | $87,148.83 | $87,148.83 | 1117 | Transferee |

In re: Tehum Care Services, Inc.
Case No.: 23-90086 (CML)

Page 1 of 1

# Exhibit B

**Exhibit B**
**Rule 3001(e)(1) - 3001(e)(4)**
**Rejected**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|
| Boyce & Bynum Path Pro Serv | | 300 Portland St Ste 110 | Columbia | MO | 65201-7390 | 1079 | Transferor |
| Boyce & Bynum Path Pro Serv | | 200 Portland St | Columbia | MO | 65201 | 1079 | Notice Party |
| TRC Master Fund LLC | Attn Terrel Ross | PO Box 633 | Woodmere | NY | 11598 | 1079 | Transferee |
| Logicalis | Department 172301 | PO Box 67000 | Detroit | MI | 48267-1723 | 1116 | Notice Party |
| Logicalis, Inc. | Jonathan B. Frank, Esq. | 3910 Telegraph Road, Suite 200 | Bloomfield Hills | MI | 48302 | 1116 | Transferor |
| TRC Master Fund LLC | Attn Terrel Ross | PO Box 633 | Woodmere | NY | 11598 | 1116 | Transferee |

In re: Tehum Care Services, Inc.
Case No.: 23-90086 (CML)