United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 16, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEHUM CARE SERVICES, INC. | § | CASE NO. 23-90086 |
| | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### ORDER DENYING MOTION TO LIFT STAY TO PROCEED WITH LITIGATION
(RE: Docket No. 33)

For the reasons stated on the record at the January 16, 2024 hearing, the motion to lift the automatic stay to proceed with litigation filed at Docket No. 33 is denied.

Signed: January 16, 2024

_____
Christopher Lopez
United States Bankruptcy Judge