Merkley W.D. #87699
I.S.C.I. - Med. Anx. - 7
P.O. Box 14
Boise, Idaho - 83707

United States Courts
Southern District of Texas
FILED

JAN 17 2024

Nathan Ochsner, Clerk of Court

United States Bankruptcy Court
Southern District of Texas
Houston

| | |
|---|---|
| Wayne Douglas Merkley<br>v.<br>Corizon; Health Services;<br>[In Re] Tehum Care Services | Case No. 23-90086 (CML)<br><br>Motion To Allow Plaintiffs to Move Jointly |

Comes now the Plaintiff Wayne Douglas Merkly, incarcerated under the Idaho Board of Corrections / Idaho Department of Corrections;

Similarly, situated is Stephen Floyd Ullrich, #56989, same address.

That both filed seperately a Motion

Joint Plaintiffs - 1 of 4

For Joinder into the above listed case before the above listed Court and accepted; and

both having File a Motion and Affidavit for Appointment of Council, pending;

the Request, and the acceptance of these two parties to move jointly would save judicial Resource, and be in a good public intrest.

That, in Meakley vs. Idaho Board of Corrections, U.S. Dist. Ida., Document 9, 12/21/23, pg. 16 of 19, #1:23-cv-00207-AKB "Plaintiff names Corizon, the prisons former private medical (provider) contractor as a defendant. However on February 13, 2023, Corizon filed Chapter 11 bankruptcy in The United States (District) Bankruptcy Court for the Southern District of Texas, Houston Division, under case No 2340086-emu. The automatic stay under 11 U.S.C. §362 in That action prevents

Joint Plaintiffs-2

plaintiff from proceeding."

Other Defendants were listed in this action Thus the case is open - ongoing

However, the only Remedy/Relief is of this Court, Houston Texas.

I, Wayne Douglas Merkley do hereby PRAY for this Court to grant him the ability to move jointly with Stephen Floyd Ullrich, 1/2/2024
Wayne Douglas Merkley, *[signature]*

I, Stephen Floyd Ullrich do hereby PRAY for this Court to Grant him the ability to move jointly with Wayne Douglas Meakley; 1/2/2024
Stephen Floyd Ullrich *[signature]*
In Re, Ullrich, U.S. Dist. Ida., 1:20-cv-00035 DCN

Joint Plaintiffs - 3

The Plaintiff do not have the Address of The Defendants and will rely on The Clerk of the Court For Any Notice of This Motion To Allow upon them

1/2/2024

Wayne D. Alford

Stephen J. Ulrich

Joint Plaintiffs - 4