IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TEHUM CARE SERVICES, INC.,[1] | ) Case No. 23-90086 (CML) |
| | ) |
| Debtor. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

    I, Emily J. Cooper, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

    On January 17, 2024, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and served via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Motion for Entry of Fifth Interim DIP Order (I) Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Modifying the Automatic Stay and (IV) Granting Related Relief** [Docket No. 1258]

- **Joint Motion for Entry of an Order (I) Authorizing and Approving the Settlement by and Among the Debtor, the UCC, and the Parties to the Settlement Agreement and (II) Granting Related Relief** [Docket No. 1259]

Dated: January 19, 2024

                                                                               */s/ Emily J. Cooper*
                                                                               Emily J. Cooper
                                                                               KCC
                                                                               222 N Pacific Coast Highway,
                                                                               3rd Floor
                                                                               El Segundo, CA 90245
                                                                               Tel 310.823.9000

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

# Exhibit A

Exhibit A
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor | Alight | Jessica Lazenby | Jessica.lazenby@alight.com |
| Counsel for Andrew B Jones PC | Andrew Butler Jones | Andrew Butler Jones | ajones@wagnerjones.com |
| Top 30 Creditor | Arizona DOC | Tim Bojanowski | bojanowski@strucklove.com |
| Counsel for Maxim Healthcare Staffing Services, Inc. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Susan C. Mathews | smathews@bakerdonelson.com |
| Top 30 Creditor | Bio-Rad Laboratories, Inc. | Thomas Burg | thomas@bbslaw.com |
| Top 30 Creditor | Blue Cross Blue Shield of MI | Paul Wilk, Jr. | Paul.wilk@kitch.com |
| Counsel for Ginger Headley and Mark Coffelt | Brown & Crouppen, P.C. | Stephen L. Bishop | stephenb@getbc.com |
| Counsel for Consilium Staffing, LLC | Brown Fox PLLC | Eric C. Wood | eric@brownfoxlaw.com |
| Counsel for MMS Minnesota Supply Inc. | Buchalter, A Professional Corporation | Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| Top 30 Creditor | Cameron Regional Medical Center | Mark Cole | mcole@spencerfane.com |
| Top 30 Creditor | Canon Financial | Brian Fleischer | bfleischer@fleischerlaw.com |
| Top 30 Creditor and Committee of Unsecured Creditors | Capital Region Medical Center/Curators of the University of MO | Patrick Stueve, Tom Luebbering | stueve@stuevesiegel.com; tluebbering@crmc.org |
| Top 30 Creditor | Capitol Eye et al. | Blake Marcus | Blake.m@carsoncoil.com |
| Top 30 Creditor | Cell Staff | Mike Landon | mlandon@cellstaff.com |
| Counsel for James Miller, individually, on behalf of the Estate of Robert Miller | Chinnery Evans & Nail, P.C. | Elizabeth S. Lynch | blynch@chinnery.com |
| Interested Party | Christopher D. Harrell WMCI #26939 | | doc-wmci-court@wyo.gov |
| Top 30 Creditor | Dell Financial Services, LLC | Richard Villa | collections@slollp.com |
| Interested Party | Dickinson Wright PLLC | Ashley Fernandez and Collin Kelly | afernandez@dickinsonwright.com; ckelly@dickinsonwright.com |
| Counsel to Mitsubishi HC Capital America, Inc. f/k/a Hitachi Capital America, Corp. | Doshi Legal Group, P.C. | Amish R. Doshi | amish@doshilegal.com |
| Counsel to YesCare Corp. and CHS TX | Dowd Bennett LLP | Philip A. Cantwell, Robyn Parkinson | pcantwell@dowdbennett.com; rparkinson@dowdbennett.com |
| Counsel for Saint Alphonsus Health System, Inc | Duke Evett, PLLC | Keely E. Duke and Molly E. Mitchell | ked@dukeevett.com; mem@dukeevett.com |
| Counsel for Canon Financial Services, Inc. | Fleischer, Fleischer & Suglia, P.C. | Nicola G. Suglia | nsuglia@fleischerlaw.com |
| FL Attorney General | Florida Attorney General | Ashley Moody, Office of the AG | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Local Counsel for Cassandra Oliver | Forshey & Prostok, LLP | Jeff P. Prostok and Dylan T.F. Ross | jprostok@forsheyprostok.com; dross@forsheyprostok.com |
| Top 30 Creditor | GHR General Healthcare Resources | Jessica Glatzer Mason | jmason@foley.com |
| Counsel for Former Michigan Medical Provider Employees | Hackney Odlem & Dardas, PLC | Thomas G. Hackney | thackney@hodlawyers.com |
| Top 30 Creditor | Halo Branded Solutions | Scott Schaefer | Scott@schaeferslaw.com |
| Counsel for CHS TX, Inc. and YesCare Corp. | Hayward PLLC | Melissa S. Hayward | MHayward@HaywardFirm.com |
| Top 30 Creditor | HCA Health Services of FL | David Tassa | dtassa@kslaw.com |
| Top 30 Creditor | Highwoods Properties | Ronn Steen | Ronn.steen@thompsonburton.com |
| Counsel for Capital Region Medical Center and The Curators of the University of Missouri | Jones Murray LLP | Erin Jones | erin@jonesmurray.com |
| KY Attorney General | Kentucky Attorney General | Daniel Cameron | attorney.general@ag.ky.gov |
| Counsel for Insider, Inc., Nicole Einbinder and Dakin Campbell | Khazaeli Wyrsch, LLC | James R. Wyrsch | james.wyrsch@kwlawstl.com |
| Counsel for Timothy Hawkins | Kirkland & Ellis LLP | Austin C. Teng | austin.teng@kirkland.com |
| Counsel for Timothy Hawkins | Kirkland & Ellis LLP | Ross M. Kwasteniet, P.C. and Claire Stephens | rkwasteniet@kirkland.com; claire.stephens@kirkland.com |
| Counsel for Henry Snook, Jennifer Power, Aanda Slocum, Linda Floyd, successors and assigns, Jason Robinson, Nathan Alvarez, Randolph DeLeon, and Michael Rosales | Lane & Nach, P.C. | Adam B. Nach | adam.nach@lane-nach.com |
| Committee of Unsecured Creditors | Latricia Revell | | Latriciarevell227@gmail.com |
| Top 30 Creditor | Liftforward / Hitachi / Mitsubishi | Mark Magnozzi | mmagnozzi@magnozzilaw.com |
| Co-Counsel for Adree Edmo | M.E. Heard, Attorney, PLLC | Mary Elizabeth Heard | meheard@heardlawfirm.net |
| MD Attorney General | Maryland Attorney General | Anthony G Brown | oag@oag.state.md.us |
| Counsel for ANV Global Services Inc. on behalf of Associated Industries Insurance Company Inc. | Maurice Wutscher LLP | Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Top 30 Creditor | Maxim Healthcare | Erno Lindner | elindner@bakerdonelson.com |
| Committee of Unsecured Creditors | Maxim Healthcare Staffing Services, Inc. | Neil M. Williamson | newillia@maximstaffing.com |
| Counsel for Sara Tirschwell | McCloskey Roberson Woolley, PLLC | Timothy M. McCloskey, Thomas A. Woolley, III, and Carissa N. Brewster | tmccloskey@mrwpllc.com; rwoolley@mrwpllc.com; cbrewster@mrwpllc.com |
| Counsel for Saint Alphonsus Health System, Inc | Mehaffy Weber, P.C. | Blake Hamm and Holly Hamm | BlakeHamm@MehaffyWeber.com; HollyHamm@MehaffyWeber.com |
| Top 30 Creditor | Mercy Hospital (MO) | Lisa Manziel | info@manziel.com |
| MI Attorney General | Michigan Attorney General | Dana Nessel | miag@mi.gov; miag@michigan.gov |
| Top 30 Creditor | Microsoft | Amy Scoville | amdevi@microsoft.com |
| MO Attorney General | Missouri Attorney General | Andrew Bailey | attorney.general@ago.mo.gov |
| Counsel to State of Idaho, Idaho Department of Corrections, and certain officials or employees of the State of Idaho | Munsch Hardt Kopf & Harr, P.C. | John D. Cornwell and Brenda L. Funk | jcornwell@munsch.com; bfunk@munsch.com |
| Counsel to State of Idaho, Idaho Department of Corrections, and certain officials or employees of the State of Idaho | Munsch Hardt Kopf & Harr, P.C. | Randall W. Miller | rwmiller@munsch.com |
| NJ Attorney General | New Jersey Attorney General | Matthew J Platkin | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| NY Attorney General | New York Attorney General | Letitia James Dept. of Law | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |

Exhibit A
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor | Newman, Kathleen | TGH Litigation LLC, J. Andrew Hirth | andy@tghlitigation.com |
| Counsel to DIP Agent M2 LoanCo, LLC | Norton Rose Fulbright | Julie Goodrich Harrison | julie.harrison@nortonrosefulbright.com |
| Counsel to DIP Agent M2 LoanCo, LLC | Norton Rose Fulbright | Kristian W. Gluck | kristian.gluck@nortonrosefulbright.com |
| Office of the United States Trustee | Office of the United States Trustee | Ha Minh Nguyen | ha.nguyen@usdoj.gov |
| Counsel to Sigma Risk Management, LLC | Okin Adams Bartlett Curry LLP | David. L. Curry, Jr. | dcurry@okinadams.com |
| Counsel for Arizona Department of Corrections, Rehabilitation, and Reentry | Osborn Maledon, P.A. | Warren J. Stapleton and Christopher C. Simpson | wstapleton@omlaw.com; csimpson@omlaw.com |
| PA Attorney General | Pennsylvania Attorney General | Michelle Henry | press@attorneygeneral.gov; info@attorneygeneral.gov |
| Top 30 Creditor | Pike County Memorial Hospital | Jonathan Shoener | fandblegal@gmail.com |
| Counsel for Press Intervenors | Public Justice | Jaqueline Aranda Osorno | jaosorno@publicjustice.net; hkieschnick@publicjustice.net |
| Committee of Unsecured Creditors | Rachell Garwood | | rachellgarwood@yahoo.com |
| Counsel for Idaho Claimants | Racine Olson, PLLP | Daniel C. Green | dan@racineolson.com |
| Top 30 Creditor and Co-Counsel for Adree Edmo | Rifkin Law Office | Lori Rifkin | lrifkin@rifkinlawoffice.com |
| Top 30 Creditor and Committee of Unsecured Creditors | Saint Alphonsus Health System, Inc. | Keely Duke, Stephanie Westermeier | ked@dukeevett.com; stephanie.westermeier@trinity-health.org |
| Counsel for Cassandra Oliver | Sandberg Phoenix & von Gontard P.C. | Sharon Stolte | sstolte@sandbergphoenix.com |
| Counsel for Clarence Dean, the personal representative of the estate of Jesse Dean | Shannon & Lee LLP | R. J. Shannon and Kyung S. Lee | rshannon@shannonleellp.com; klee@shannonleellp.com |
| Top 30 Creditor and Committee of Unsecured Creditors | St. Luke's Health System, Ltd. | Wendy Olson, Stoel Rives, LLP and David Barton | wendy.olson@stoel.com; bartond@slhs.org |
| Counsel for the Official Unsecured Creditors' Committee | Stinson LLP | Paul B. Lackey | paul.lackey@stinson.com; ed.caldie@stinson.com; phillip.ashfield@stinson.com; nicholas.zluticky@stinson.com |
| Counsel for Dell Financial Services L.L.C. | Streusand, Landon, Ozburn & Lemmon, LLP | Richard D. Villa | villa@slollp.com |
| Counsel for Lone Star Alliance Inc., A Risk Retention Company, a subsidiary of Texas Medical Liability Trust | Stromberg Stock, PLLC | Mark Stromberg | mark@strombergstock.com |
| Counsel for the Curators of the University of Missouri and Capital Region Medical Center | Stueve Siegel Hanson LLP | Ethan M. Lange | lange@stuevesiegel.com |
| Top 30 Creditor | Supplemental Healthcare | Fariha Haider | fhaider@shccares.com |
| TX Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel for City of Philadelphia and/or Water Revenue Bureau | The City of Philadelphia | City of Philadelphia Law Department | Pamela.Thurmond@phila.gov |
| Counsel for David Hall | The Essmyer Law Firm | Michael M. Essmyer, Sr. | messmyer@essmyerlaw.com |
| TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | steve.butler@ag.tn.gov |
| Top 30 Creditor and Committee of Unsecured Creditors | Truman Medical Center, Inc. d/b/a University Health | Office of General Counsel, Claire Hillman | Claire.hillman@uhkc.org |
| U.S. Department of Justice | U.S. Department of Justice Office of the U.S. Trustee | Andrew Jimenez | andrew.jimenez@usdoj.gov |
| United States Attorney | US Attorney Southern District of Texas | | usatxs.atty@usdoj.gov |
| Top 30 Creditor | Vang, Ka et al | c/o Webb Law Group, Lenden Webb | lwebb@webblawgroup.com |
| VA Attorney General | Virginia Attorney General | Jason Miyares | mailoag@oag.state.va.us |
| Counsel for White & Case LLP | White & Case LLP | Charles Koster | ckoster@whitecase.com |
| Counsel to YesCare Corp. and CHS TX | White & Case LLP | Samuel P. Hershey | sam.hershey@whitecase.com |
| Top 30 Creditor | WhiteGlove Placement | Linda Markowitz | lmarkowitz@whiteglovecare.net |
| WY Attorney General | Wyoming Attorney General | Bridget Hill | judy.mitchell@wyo.gov |

# Exhibit B

**Exhibit B**
**Master Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Interested Party | Aakash Dalal SBI# 792652E | | 215 Burlington Road South | | Bridgeton | NJ | 08302 |
| Interested Party | Alex Scott #98450 | Idaho Maximum Security Inst (I.M.S.F. C-Block) | PO Box 51 | | Boise | ID | 83707 |
| Interested Party | Anant Kumar Tripati #102081 | | P.O. Box 8909 | | Yuma | AZ | 85349 |
| Top 30 Creditor | BDO | Randy Wise | P.O. Box 642743 | | Pittsburgh | PA | 15264-274 |
| Interested Party | Benjamin Bedogwar Oryang AIS# 168079 F2-34A | Staton Correctional Facility | 2690 Marion Spillway Road | | Elmore | AL | 36025 |
| Interested Party | Christopher D. Harrell WMCI #26939 | | 7076 Road 55F | | Torrington | WY | 82240-7771 |
| Interested Party | Donald Rolle #25795 | Wyoming Medium Correctional Institute | 7076 Rd 55 F | | Torrington | WY | 82240 |
| Interested Party | Edward Albert Stenberg #124629 | Lakeland Correctional Facility | 141 First St. | | Coldwater | MI | 49036 |
| Franchise Tax Board | Franchise Tax Board | Bankruptcy Section, MS: A-340 | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| Interested Party | Frank Patterson WMCI #13216 | | 7076 Road 55 F | | Torrington | WY | 82240-7771 |
| Interested Party | Gordon S. Dittmer MDOC No. 175464 | Lakeland Correctional Facility | 141 First Street | | Coldwater | MI | 49036-9687 |
| IRS | Internal Revenue Svc | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| KS Attorney General | Kansas Attorney General | Kris W Kobach | 120 SW 10th Ave, 2nd Fl | | Topeka | KS | 66612-1597 |
| Top 30 Creditor | Nephrology and Hypertension Associates L.L.P. | Thomas Riley | 1205 West Broadway | | Columbia | MO | 65203 |
| NM Attorney General | New Mexico Attorney General | Raul Torrez | 408 Glisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Interested Party | Scott W. Woodbury #203038 | Kinross Correctional Facility | 4533 W. Inductrial Park Drive | | Kincheloe | MI | 49788 |
| Top 30 Creditor | Willis Towers Watson RMS LLC | | 29754 Network Place | | Chicago | IL | 60673-1297 |

In re: Tehum Care Services, Inc.
Case No.: 23-90086 (CML)

Page 1 of 1