Electronic Appearance Sheet

Matthew Stolz, Cohen, Weiss and Simon LLP
Client(s): NYSNA Pension Fund

Lindsi Weber, The Burgess Law Group
Client(s): Al-Amins

D. Cameron Moxley, Brown Rudnick LLP
Client(s): Official Committee of Tort Claimants

Gerard Cicero, Brown Rudnick LLP
Client(s): Official Committee of Tort Claimants

David Molton, Brown Rudnick LLP
Client(s): Official Committee of Tort Claimants

Michael Essmyer, The Essmyer Law Firm
Client(s): David Hall

Ian Cross, Cross Law PLLC
Client(s): William Kelly, Kohchise Jackson, Derico Thompson

Eric Goodman, Brown Rudnick LLP
Client(s): Official Committee of Tort Claimants

Jessica Meyers, Brown Rudnick LLP
Client(s): Official Committee of Tort Claimants

Nicholas Zluticky, Stinson LLP
Client(s): Official Committee of Unsecured Creditors

Warren Stapleton, Osborn Maledon
Client(s): Arizona Department of Corrections, Rehabilitation, Reentry

Jason Brookner, Gray Reed
Client(s): Debtor

Aaron Kaufman, Gray Reed
Client(s): Debtor

Valrey Early, Frank Ozment Attorney at Law, LLC
Client(s): Tracey Grissom

Andrew Jimenez, U.S. Department of Justice
Client(s): U.S. Trustee

Matt Vigil, SLU Law Legal Clinic
Client(s): Phillip Buchanan

Electronic Appearance Sheet

Zachary Hemenway, Stinson LLP
Client(s): Official Committee of Unsecured Creditors

Rebekah Bailey, Nichols Kaster, PLLP
Client(s): Counsel for the Pearson Class Creditors

Kristian Gluck, Norton Rose Fulbright
Client(s): M2 LoanCo

Erin Jones, Jones Murray LLP
Client(s): The Curators of the University of Missouri

Erin Jones, Jones Murray LLP
Client(s): Capital Region Medical Center