

mark@strombergstock.com
Direct: 972.458.5335

February 26, 2024

**Via CM/ECF Filing**
Clerk of the Court
United States Bankruptcy Court
Southern District of Texas
Houston Division

RE: Case No. 23-90086; *In Re Tehum Care Servs.*

Dear Clerk:

This letter is to advise you and all parties that the undersigned will be out of town on the following dates:

June 24 through July 5, 2024

To the extent you can do so, please avoid scheduling any trials or hearings and avoid filing anything requiring a response, in or during this period. Thank you very much for your courtesy in these matters. If you should have any questions regarding the above, please contact me immediately.

Very truly yours,

*/s/ Mark Stromberg*

Mark Stromberg

MS/vw