United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 11, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-90086 |
| TEHUM CARE SERVICES, INC., | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

### ORDER DENYING MOTION TO APPROVE SETTLEMENT
[RE: Docket No. 1259]

For the reasons stated on the record at the hearing held on April 11, 2024, the Joint Motion for Entry of an Order Authorizing and Approving the Settlement by and among the Debtor, the UCC, and the Parties to the Settlement Agreement is denied.

Signed: April 11, 2024

_____
Christopher Lopez
United States Bankruptcy Judge