United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 11, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-90086 |
| TEHUM CARE SERVICES, INC., | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER DENYING MOTION FOR STRUCTURED DISMISSAL
[RE: Docket No. 1260]

For the reasons stated on the record at the hearing held on April 11, 2024, the Motion of the Official Committee of Tort Claimants and Certain Tort Claimants for Structured Dismissal of Chapter 11 Case is denied.

Signed: April 11, 2024

_____
Christopher Lopez
United States Bankruptcy Judge