IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TEHUM CARE SERVICES, INC.,[1] | ) | Case No. 23-90086 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF CUSTOMARY INCREASE IN HOURLY RATES

**PLEASE TAKE NOTICE** that Ankura is hereby providing notice of a customary increase in the hourly rates of its professionals pursuant to paragraph 5 of the *Order Authorizing the Retention and Employment of Ankura Consulting Group, LLC as Financial Advisor and Designating Russell A. Perry as Chief Restructuring Officer, Effective as of the Petition Date* [Docket No. 340].

**PLEASE TAKE FURTHER NOTICE** that pursuant to internal operating procedures and past practices, Ankura adjusts its hourly rates each year.

**PLEASE TAKE FURTHER NOTICE** that Ankura's new hourly rates as of January 1, 2024, are as follows:

| Position | 2023 Hourly Rates | 2024 Hourly Rates |
|---|---|---|
| Senior Managing Director | $1,145 - $1,285 | $1,205 - $1,350 |
| Managing Director | $950 - $1,065 | $1,000 - $1,120 |
| Senior Director | $780 - $900 | $820 - $945 |
| Director | $650 - $750 | $685 - $790 |
| Senior Associate | $530 - $600 | $560 - $630 |
| Associate | $450 - $510 | $460 - $520 |
| Paraprofessional | $350 - $405 | $360 - $415 |

---

[1] The last four digits of the Debtor's federal tax identification number is 8853.  The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

Respectfully submitted this 19th day of July, 2024.

Dated: July 19, 2024  */s/ Russell A. Perry*
**ANKURA CONSULTING GROUP, LLC**
Russell A. Perry
Senior Managing Director
2021 McKinney Avenue, Suite 340
Dallas, Texas 75201
Telephone: (214) 200-3699
Email: Russell.perry@ankura.com

### Certificate of Service

I certify that on July 19, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Russell A. Perry*
Russell A . Perry