**<u>Schedule 2</u>**

**Professional Liability Insurance Policy Information**

## PRIMARY POLICIES

| Policy Number | Insured | Insurer | Policy Period | Claims Made or Occurance Type Policy | Generally Applicable Per Incident Limits | Aggregate Limits | Policy Clearly Requires Insurer to Provide Defense of All Claims | Retro Date | Generally applicable SIR per incident | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 6793692 | America Service Group Inc; Prison Health Services, Inc. | Lexington | 9/1/2005 - 9/1/2006 | Claims made | $500k per doctor /$1 M for entity | $2 M per incident | yes | 9/1/2005 | $0 | Applies only to PA |
| 9389853 | Valitas Health Services, Inc. | Lexington | 3/4/2013 - 3/4/2014 | Claims made | $10 M | $10 M | no | 3/4/2013 | $50k | Applies to AZ only. |
| 6797662 | Valitas Health Services, Inc. | Lexington | 3/4/2014 - 3/4/2015 | Claims made | $10 M | $10 M | no | 3/4/2013 | $50k | Applies to AZ only. |
| 6797964 | Valitas Health Services, Inc. | Lexington | 3/4/2015 - 3/4/2016 | Claims made | $10 M | $10 M | no | 3/4/2013 | $50k | Applies to AZ only. |
| 4-100109* | Valitas Health Services, Inc. | Lone Star Alliance | 3/4/2016 - 3/4/2017 | Claims made | $2 M | $6 M | no | 3/4/2013 | $50k | Applies only to AZ. |
| 4-100167* | Valitas Health Services, Inc. | Lone Star Alliance | 3/4/2017 - 3/4/2018 | Claims made | $2 M | $6 M | no | 3/4/2013 | $50k | Applies only to AZ. |
| 4-453898* | Valitas Health Services, Inc. | Lone Star Alliance | 3/4/2018 - 3/4/2019 | Claims made | $2 M | $6 M | no | 3/4/2013 | $50k | Applies only to AZ. |
| 4-454898* | Valitas Health Services, Inc. | Lone Star Alliance | 3/4/2019 - 3/4/2020 | Claims made | $2 M | $6 M | no | 3/4/2013 | $50k | Applies only to AZ. Reporting period extended to 7/1 2021. |
| 4334400 | Corizon | Ironshore | 1/1/2020 - 1/1/2021 | Claims made | $1 M | $3 M | no | 3/1/2020 | $50k | Applies only to Arlington Co. VA |
| HC7AAB65W8001 | Corizon | Ironshore | 3/1/2021 - 3/1/2022 | Claims made | $1 M | $3 M | no | 3/1/2020 | $50k | Applies only to Arlington Co. VA |
| G-COP-600001 | Valitas Health Services, Inc. | COPIC | 1/1/2021 - 1/1/2022 | Claims made | Varies by state with lowest $500k in PA | $12 M | no | 1/1/2021 | Generally equal to limits | |
| G-AMS-600001 | Valitas Health Services, Inc. | Applied Medico-Legal Solutions | 1/1/2022 - 1/1/2023 | Claims made | Varies by state with lowest $500k in PA | $24 M | no | 1/1/2021 | Generally equal to limits | |
| G-AMS-600001 | YesCare Corp | Applied Medico-Legal Solutions | 1/1/2023 - 1/1/2024 | Claims made | Varies by state with lowest $500k in PA | $17 M | no | 1/1/2021 | Generally equal to limits | |
| 6797138 | Valitas Health Services, Inc. | Lexington | 1/1/2012 - 1/1/2013 | Occurance | Generally $1 M but varies by state. As low as $250k in IN. | $35 M | no | | Generally equal to limits amount | |
| 6796367 | Valitas Health Services, Inc. | Lexington | 8/31/2012 - 8/31/2013 | Occurance | $500k (physicians only) | $1.5 M per physician | yes | | none | Limited to certain Philadelphia locations. |
| 6796728 | Valitas Health Services, Inc. | Lexington | 9/1/2012 - 1/1/2013 | Occurance | Generally $500k per doctor / $1 M others | $1.5 M per physician / $2 M non-physician insureds | yes | | none | PA only |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6797138 | Valitas Health Services, Inc. | **Lexington** | 1/1/2013 - 1/1/2014 | Occurance | Generally $1 M but varies by state. As low as $250k in FL. | $35 M | no | | Generally equal to limits amount | AZ excluded |
| 6796367 | Valitas Health Services, Inc. | Lexington | 8/31/2013 - 8/31/2014 | Occurance | $500k (physicians only) | $1.5 M per physician | yes | | none | Limited to certain Philadelphia and Pittsburgh locations. |
| 6797600 | Valitas Health Services, Inc. | Lexington | 1/1/2014 - 1/1/2015 | Occurance | Generally $1 M but varies by state. As los as $250k in IN and FL. | $48 M | no | | Generally equal to limits amount | AZ excluded |
| 6796367 | Valitas Health Services, Inc. | Lexington | 8/31/2014 - 3/1/2016 | Occurance | $500k (physicians only) | $1.5 M per physician | yes | | none | Limited to certain Philadelphia and Pittsburgh locations. |
| 6797914 | Valitas Health Services, Inc. | Lexington | 1/1/2015 - 1/1/2016 | Occurance | Generally $1 M per contractor but varies in some states, particularly FL and IA where $250k | $48 M | no | | Generally equal to limits amount | AZ excluded |
| 4-100092 | Valitas Health Services, Inc. | **Lone Star Alliance** | 1/1/2016 - 1/1/2017 | Occurance | Varies by state from $250k to $3 M w/ agg. limit for all insured usually twice indiv. limit or more. (Incident limits capped at $2 M until agg SIR satisfied.) | $22 M - Some states exempt from Agg. Limits cap | no | | Generally equal to limits amount | AZ excluded |
| 4-100159 | Valitas Health Services, Inc. | **Lone Star Alliance** | 1/1/2017 - 1/1/2018 | Occurance | Varies by state from $250k to $3 M w/ agg. limit for all insured usually twice indiv. limit or more. (Incident limits capped at $2 M until agg SIR satisfied.) | $22.5 M - Some states exempt from Agg. Limits cap | no | | Generally equal to limits amount | AZ excluded |
| 4-453668 | Valitas Health Services, Inc. | **Lone Star Alliance** | 1/1/2018 - 1/1/2019 | Occurance | Varies by state from $250k to $3 M w/ agg. limit for all insured usually twice indiv. limit or more. (Incident limits capped at $2 M until agg SIR satisfied.) | $24 M - Some states exempt from Agg. Limits cap | no | | Generally equal to limits amount | |
| 4-454719 | Valitas Health Services, Inc. | **Lone Star Alliance** | 1/1/2019 - 1/1/2020 | Occurance | Varies by state from $250k to $3 M w/ agg. limit for all insured usually twice indiv. limit or more. (Incident limits capped at $2 M until agg SIR satisfied.) | $21 M - Some states exempt from Agg. Limits cap | no | | Generally equal to limits amount | AZ excluded |
| 4-455844 | Valitas Health Services, Inc. | **Lone Star Alliance** | 1/1/2020 - 1/1/2021 | Occurance | Varies by state from $250k to $3 M w/ agg. limit for all insured usually twice indiv. limit or more. (Incident limits capped at $2 M until agg SIR satisfied.) | $21 M - Some states exempt from Agg. Limits cap | no | | Generally equal to limits amount | AZ excluded |

## EXCESS POLICIES

| Policy Number | Insured | Insurer | Policy Period | Claims Made / Occurance Type Policy | Per Incident Limits | Aggregate Limits | Notes |
|---|---|---|---|---|---|---|---|
| B0180C121204 | Corizon | Underwriters (Beazley) | 1/1/2012 - 1/1/2013 | Claims made | $10 M | $10 M | Underlying $5 M not including costs |
| B0180C131204 | Corizon | Underwriters (Beazley) | 1/1/2013 - 1/1/2014 | Claims made | $10 M | $10 M | Underlying $5 M not including costs. AZ and WI excluded. |
| B0180PD1431204 | Corizon | Underwriters (Beazley) | 1/1/2014 - 1/1/2015 | Claims made | $10 M | $10 M | Underlying $5 M not including costs |
| B0180PD1531204 | Corizon | Underwriters (Beazley) | 1/1/2015 - 1/1/2016 | Claims made | $10 M | $10 M | Underlying $5 M not including costs. AZ and WI excluded. |
| 5-10038 | Valitas Health Services, Inc. | Coverys | 3/4/2016 - 3/4/2017 | Claims made | $8 M | $8 M | Underlying is Lone Star 4-100109. Follows form |
| 5-10229 | Valitas Health Services, Inc. | Coverys | 3/4/2017 - 3/4/2018 | Claims made | $8 M | $8 M | Underlying is Lone Star 4-453898. Follows form |
| 5-10262 | Valitas Health Services, Inc. | Coverys | 3/4/2018 - 3/4/2019 | Claims made | $8 M | $8 M | Underlying is Lone Star 4-453898. Follows form |
| 005TN000025399 | Valitas Health Services, Inc. | Coverys | 3/4/2019 - 7/1/2021 | Claims made | $8 M | $8 M | Underlying is Lone Star 4-453898. Follows form |
| HPS0000015 | Valitas Health Services, Inc. | Nationwide/Scottsdale | 1/1/2016 - 1/1/ 2017 | Claims made | $10 M | $10 M | Underlying $5 M per claim not including costs. AZ and WI excluded. |
| HPS0000036 | Valitas Health Services, Inc. | Nationwide/Scottsdale | 1/1/2017 - 1/1/2018 | Claims made | $10 M | $10 M | Underlying $5 M per claim not including costs. AZ and WI excluded. |
| HPS0000058 | Valitas Health Services, Inc. | Nationwide/Scottsdale | 1/1/2018 - 1/1/2019 | Claims made | $10 M | $10 M | Underlying $5 M per claim not including costs. AZ and WI excluded. |
| HPS0000093 | Valitas Health Services, Inc. | Nationwide/Scottsdale | 1/1/2019 - 1/1/2020 | Claims made | $10 M | $10 M | Underlying $2 M per claim not including costs with $2M aggregate and then $5M per claim with no aggregate. AZ and WI excluded. |
| HPS0000146 | Valitas Health Services, Inc. | Nationwide/Scottsdale | 1/1/2020 - 1/1/2021 | Claims Made | $10 M | $10 M | Generally, underlying $2 M per claim not including costs with $2M aggregate and then $5M per claim with no aggregate. Also excess of Ironshore policy #004334400 and then with $4M aggregate cap. AZ excluded. |
| HPS0000232 | Valitas Health Services, Inc. | Nationwide/Scottsdale | 1/1/2021 - 1/1/2022 | Claims Made | $10 M | $10 M | Generally, underlying $2 M per claim not including costs with $2M aggregate and then $5M per claim with no aggregate. Also excess of Ironshore policy #HC7AAB65W8001 and then with $4M aggregate cap. AZ excluded. |