**Schedule 3**

**PI/WD Claimant Recovery Analysis**

**TEHUM - ILLUSTRATIVE CHANNELED PI/WD CLAIM RECOVERIES**

| | Est. Claims Count | | TDP Values | | Aggregate Claim Value | | Nominal Avg. Recoveries per Channeled PI/WD Claim | |
| | | | | | | | High Recovery [1] | Low Recovery [2] |
| Tier | High Recovery | Low Recovery | Base Matrix Value | Maximum Matrix Value | At Base Matrix Value | At Max. Matrix Value | At Base Matrix Value | At Max. Matrix Value |
|---|---|---|---|---|---|---|---|---|
| 1 | 35 | 39 | $ 1,200,000 | $ 1,597,200 | $ 42,000,000 | $ 62,290,800 | $ 779,073 | $ 377,988 |
| 2 | 33 | 51 | $ 600,000 | $ 798,600 | 19,800,000 | 40,728,600 | $ 389,536 | $ 188,994 |
| 3 | 18 | 20 | $ 200,000 | $ 266,200 | 3,600,000 | 5,324,000 | $ 129,845 | $ 62,998 |
| 4 | 49 | 58 | $ 50,000 | $ 66,550 | 2,450,000 | 3,859,900 | $ 32,461 | $ 15,750 |
| 5 | 24 | 10 | $ 5,000 | $ 5,000 | 120,000 | 50,000 | $ 3,246 | $ 1,183 |
| Total | 159 | 178 | | | $ 67,970,000 | $ 112,253,300 | $ 277,534 | $ 167,079 |
| **Estimated Payment Percentage** | | | | | | | **64.9%** | **23.7%** |

[1] High Recovery assumes that claims that were dismissed or received a defense verdict and claims that did not name Corizon in pre-petition litigation are not compensable. All other claims are assumed compensable. High Recovery categorizes the 15 claims with unknown injuries in Tier 5. All claims are valued using Base Matrix Values.

[2] Low Recovery assumes only claims that were dismissed or received a defense verdict are not compensable. All other claims are assumed compensable. Low Recovery categorizes the 15 claims whose injury is unknown as Tier 2 claims. All claims are valued at the Maximum Matrix Values.

**TEHUM - ILLUSTRATIVE PAYMENT PERCENTAGE ANALYSIS**

|  |  | Nominal | |
|---|---|---:|---:|
| *($ in thousands)* |  | **High Recovery** | **Low Recovery** |
| 1 | Employee Retention Credits, gross | 12,980 | 5,272 |
| 2 | Causes of Actions Proceeds | 1,500 | - |
| 3 | Insurance and Third-Party Recoveries | 10,000 | 1,000 |
| 4 | Global Settlement, Including Interest | 26,719 | 26,719 |
| 5 | **Gross Proceeds from Estate Assets** | $ 51,199 | $ 32,991 |
| 6 | Less: Employee Retention Credits Setoff by Priority Federal Tax Claims | (4,120) | (4,120) |
| 7 | Less: Employee Retention Credits - Synergi Administrative Fee (Dkt 723) | (574) | (75) |
| 8 | **Proceeds Available for PI/WD Trust and GUC Trust** | $ 46,505 | $ 28,796 |
| 9 | Less: Plan Trusts' Professional Fees | (2,000) | (2,000) |
| 10 | Less: Post-Effective Date US Trustee Fees | (377) | (231) |
| 11 | **Channeled PI/WD Trust Claims Recoveries** | $ 44,128 | $ 26,566 |
| 12 | Channeled PI/WD Trust Claims | 67,970 | 112,253 |
| 13 | ***Estimated Recovery Percentage for Channeled PI/WD Trust Claims*** | ***64.9%*** | ***23.7%*** |