**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TEHUM CARE SERVICES, INC.,[1] | Case No. 23-90086 (CML) |
| Debtor. | Related Dkt. Nos. 1739, 1740 & 1741 |

**NOTICE OF FILING OF THE SUPPLEMENT**
**TO DISCLOSURE STATEMENT FOR THE JOINT**
**CHAPTER 11 PLAN OF THE TORT CLAIMANTS' COMMITTEE,**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND DEBTOR**

**PLEASE TAKE NOTICE THAT** on October 2, 2024, the Official Committee of Tort Claimants appointed in the Debtor's Chapter 11 Case (the "**Tort Claimants' Committee**"), the Official Committee of Unsecured Creditors appointed in the Debtor's Chapter 11 Case (the "**Unsecured Creditors' Committee**"), and Tehum Care Services, Inc., the above-captioned debtor (the "**Debtor**" and, together with the Tort Claimants' Committee and the Unsecured Creditors' Committee, the "**Plan Proponents**") filed:

- the *Joint Chapter 11 Plan of the Tort Claimants' Committee, Official Committee of Unsecured Creditors, and Debtor* [Docket No. 1739] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**");

- the *Disclosure Statement for the Joint Chapter 11 Plan of the Tort Claimants' Committee, Official Committee of Unsecured Creditors, and Debtor* [Docket No. 1740] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Disclosure Statement**"); and

- the *Joint Motion of the Tort Claimants' Committee, Official Committee of Unsecured Creditors, and Debtor for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Claim Holders (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief* [Docket No. 1741] (the "**Solicitation Procedures Motion**").

---

[1]   The last four digits of the Debtor's federal tax identification number is 8853.  The Debtor's service address is:  205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

**PLEASE TAKE FURTHER NOTICE THAT**:

1. The United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") has scheduled a hearing on **Wednesday, November 6, 2024, at 1:00 p.m. (Prevailing Central Time)** (the "**Disclosure Statement Hearing**") to consider (A) the Solicitation Procedures Motion and whether to, among other things, (B) approve the Disclosure Statement as containing "adequate information" within the meaning ascribed to such term in section 1125 of title 11 of the United States Code.

2. Attached hereto are revised clean and, where applicable, blackline versions of the following documents:

| Exhibit | Document |
|---------|----------|
| 1. | **Liquidation Analysis — Schedule 1 to the Disclosure Statement** |
| 2. | **Blackline of Liquidation Analysis** |
| 3. | **Form of PI/WD Trust Distribution Procedures — Exhibit B to the Disclosure Statement (revised to address formatting issue)** |
| 4. | **Disclosure Statement** |
| 5. | **Blackline of Disclosure Statement (modified page only)** |
| 6. | **UCC Recommendation Letter** |
| 7. | **Blackline of UCC Recommendation Letter** |
| 8. | **Schedule 2 to Disclosure Statement** |
| 9. | **Blackline of Schedule 2 to Disclosure Statement** |

3. Copies of the Disclosure Statement, the Plan and Supplemental Documents are available for review free of charge on the website maintained by the Solicitation Agent, Verita Global, at https://veritaglobal.net/Tehum. Copies of the Disclosure Statement, the Plan and Supplemental Documents are also available upon request by contacting the Solicitation Agent at tehuminfo@veritaglobal.com or at (855) 967-0491 (Toll-Free) or +1 (301) 751-2691 (International).

*(Remainder of Page Left Intentionally Blank)*

Respectfully submitted this 4th day of November, 2024.

/s/ Eric R. Goodman

David J. Molton (*pro hac vice*)
Eric R. Goodman (*pro hac vice*)
D. Cameron Moxley (*pro hac vice*)
Gerard T. Cicero (*pro hac vice*)
Meghan McCafferty (*pro hac vice*)
Amir Shachmurove (*pro hac vice*)
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
egoodman@brownrudnick.com
cmoxley@brownrudnick.com
gcicero@brownrudnick.com
mmccafferty@brownrudnick.com
ashachmurove@brownrudnick.com

- and –

/s/ Michael W. Zimmerman

Michael W. Zimmerman
**BERRY RIDDELL LLC**
6750 E. Camelback Road, Suite #100
Scottsdale, AZ 85251
Telephone: (480) 385-2727
Email: mz@berryriddell.com

*Counsel to the Tort Claimants' Committee*

/s/ Nicholas Zluticky

Nicholas Zluticky (SD TX Bar No. 3846893)
Zachary Hemenway (SD TX Bar No. 3856801)
**STINSON LLP**
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone:    (816) 842-8600
Facsimile:    (816) 691-3495

3

Email: nicholas.zluticky@stinson.com
zachary.hemenway@stinson.com

*Counsel to the Official Committee of Unsecured Creditors*

*/s/ Jason S. Brookner*
Jason S. Brookner (TX Bar No. 24033684)
Micheal W. Bishop (TX Bar No. 02354860)
Aaron M. Kaufman (TX Bar No. 24060067)
Lydia R. Webb (TX Bar No. 24083758)
Amber M. Carson (TX Bar No. 24075610)
**GRAY REED LLP**
1300 Post Oak Boulevard, Suite 2000
Houston, Texas 77056
Telephone:     (713) 986-7127
Facsimile:     (713) 986-5966
Email: jbrookner@grayreed.com
        mbishop@grayreed.com
        akaufman@grayreed.com
        lwebb@grayreed.com
        acarson@grayreed.com

*Counsel to the Debtor and Debtor in Possession*

## Certificate of Service

The undersigned hereby certifies that, on the 4th day of November 2024, he caused a true and correct copy of the foregoing document to be served on all parties who have subscribed for electronic notice via the Court's CM-ECF Notification System.

*/s/ Eric R. Goodman*
Eric R. Goodman

4