IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>TEHUM CARE SERVICES, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-90086 (CML)<br><br>Related Dkt. Nos. 1739, 1740 & 1741 |

**NOTICE OF FILING OF SOLICITATION VERSIONS OF THE JOINT
CHAPTER 11 PLAN OF THE TORT CLAIMANTS' COMMITTEE,
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND DEBTOR AND
RELATED DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE THAT** attached hereto as Exhibit A is the solicitation version of the *Joint Chapter 11 Plan of the Tort Claimants' Committee, Official Committee of Unsecured Creditors, and Debtor*.

**PLEASE TAKE NOTICE THAT** attached hereto as Exhibit B is the solicitation version of the *Disclosure Statement for Prepackaged Chapter 11 Plan of Reorganization of the Debtor*, dated November 13, 2024 (together with exhibits thereto).

Respectfully submitted this 14th day of November, 2024.

*/s/ Eric R. Goodman*
David J. Molton (*pro hac vice*)
Eric R. Goodman (*pro hac vice*)
D. Cameron Moxley (*pro hac vice*)
Gerard T. Cicero (*pro hac vice*)
Meghan McCafferty (*pro hac vice*)
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
      egoodman@brownrudnick.com
      cmoxley@brownrudnick.com
      gcicero@brownrudnick.com
      mmccafferty@brownrudnick.com

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

- and –

/s/ Michael W. Zimmerman
Michael W. Zimmerman
**BERRY RIDDELL LLC**
6750 E. Camelback Road, Suite #100
Scottsdale, AZ 85251
Telephone: (480) 385-2727
Email: mz@berryriddell.com

*Counsel to the Tort Claimants' Committee*

/s/ Nicholas Zluticky
Nicholas Zluticky (SD TX Bar No. 3846893)
Zachary Hemenway (SD TX Bar No. 3856801)
**STINSON LLP**
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone:    (816) 842-8600
Facsimile:    (816) 691-3495
Email: nicholas.zluticky@stinson.com
       zachary.hemenway@stinson.com

*Counsel to the Official Committee of Unsecured Creditors*

/s/ Jason S. Brookner
Jason S. Brookner (TX Bar No. 24033684)
Micheal W. Bishop (TX Bar No. 02354860)
Aaron M. Kaufman (TX Bar No. 24060067)
Lydia R. Webb (TX Bar No. 24083758)
Amber M. Carson (TX Bar No. 24075610)
**GRAY REED LLP**
1300 Post Oak Boulevard, Suite 2000
Houston, Texas 77056
Telephone:    (713) 986-7127
Facsimile:    (713) 986-5966
Email: jbrookner@grayreed.com
       mbishop@grayreed.com
       akaufman@grayreed.com
       lwebb@grayreed.com
       acarson@grayreed.com

*Counsel to the Debtor and Debtor in*

*Possession*

### Certificate of Service

The undersigned hereby certifies that, on the 14th day of November 2024, he caused a true and correct copy of the foregoing document to be served on all parties who have subscribed for electronic notice via the Court's CM-ECF Notification System.

    */s/ Eric R. Goodman*
    Eric R. Goodman