# EXHIBIT A

ASSUMED AND ASSIGNED CONTRACTS

**<u>Exhibit A</u>**

**Assumed and Assigned Contracts**

| Debtor | Contract Counterparty | Address | Description |
|---|---|---|---|
| Tehum Care Services, Inc. | Synergi Partners, Inc. | 151 W. Evans Street, Florence, SC, 29501 | ERC Tax Consultant |
| Tehum Care Services, Inc. | Sigma Risk Management, LLC | 1528 56th Street, Suite 2000, Brooklyn, NY, 11219 | Litigation Management and Claims Handling |