## EXHIBIT B

RETAINED CAUSES OF ACTION

## EXHIBIT B

### RETAINED CAUSES OF ACTION

Retained Causes of Action include, without limitation, all avoidance actions pursuant to 11 U.S.C. § 544, actions to avoid preferences pursuant to 11 U.S.C. § 547, fraudulent transfer actions pursuant to 11 U.S.C. § 548, any actions for post-petition transfers pursuant to 11 U.S.C. § 549, all transfers described in Sections II.C-D of the Disclosure Statement, and all actions described in Article I.A.127 and Article IV.J of the Plan and Article III.A.9 of the Disclosure Statement, except to the extent such actions have been released pursuant to the Plan, subject to Article IV.B.9 of the Plan. As outlined in the Disclosure Statement, specific Retained Causes of Action that have been identified include actions against Non-Released Parties such as James Gassenheimer, Charles Gassenheimer, James Hyman, Michael Flacks, and Flacks Group LLC.

Pursuant to Article IV.B.9, if the Settlement Payment is not paid in full, or if any portion of the Settlement Payment is clawed back and not promptly replaced upon demand, the Release of Estate Causes of Action against the Released Parties becomes void and the Estate Causes of Action against the Released Parties become Retained Causes of Action.

Released Causes of Action are defined in Article IV.B.9 and Article IX.C of the Plan. They include, without limitation, avoidance actions arising out of potential fraudulent transfers or preferential transfers made to M2 LoanCo, avoidance actions arising out of potential fraudulent transfers or preferential transfers made to Geneva, avoidance actions arising out of transfers to a third-party vendor to benefit non-debtor Perigrove 1018-related parties, and potential avoidance actions arising out of the May 2022 Divisional Merger.

CORE/3527808.0002/196111447.1