# **EXHIBIT D**

SETTLEMENT PAYMENT SCHEDULE

**Tehum Care Services, Inc.**
**Case No. 23-90086**
**Settlement Payment Schedule**

| Month | Payment Date | Principal Payment | Interest Rate | Remain Principal | Interest | Principal + Interest |
|---|---|---|---|---|---|---|
| On of Before ED | 3/15/2025 | $2,000,000 | 6% | $48,000,000 | $0 | $2,000,000 |
| ED + 1 | 4/15/2025 | 3,500,000 | 6% | 44,500,000 | 240,000 | 3,740,000 |
| ED + 2 | 5/15/2025 | 3,000,000 | 6% | 41,500,000 | 222,500 | 3,222,500 |
| ED + 3 | 6/15/2025 | 1,500,000 | 6% | 40,000,000 | 207,500 | 1,707,500 |
| ED + 4 | 7/15/2025 | 1,500,000 | 6% | 38,500,000 | 200,000 | 1,700,000 |
| ED + 5 | 8/15/2025 | 1,500,000 | 6% | 37,000,000 | 192,500 | 1,692,500 |
| ED + 6 | 9/15/2025 | 1,500,000 | 6% | 35,500,000 | 185,000 | 1,685,000 |
| ED + 7 | 10/15/2025 | 1,500,000 | 6% | 34,000,000 | 177,500 | 1,677,500 |
| ED + 8 | 11/15/2025 | 1,500,000 | 6% | 32,500,000 | 170,000 | 1,670,000 |
| ED + 9 | 12/15/2025 | 1,500,000 | 6% | 31,000,000 | 162,500 | 1,662,500 |
| ED + 10 | 1/15/2026 | 1,500,000 | 6% | 29,500,000 | 155,000 | 1,655,000 |
| ED + 11 | 2/15/2026 | 1,500,000 | 6% | 28,000,000 | 147,500 | 1,647,500 |
| ED + 12 | 3/15/2026 | 1,500,000 | 6% | 26,500,000 | 140,000 | 1,640,000 |
| ED + 13 | 4/15/2026 | 1,500,000 | 6% | 25,000,000 | 132,500 | 1,632,500 |
| ED + 14 | 5/15/2026 | 1,500,000 | 6% | 23,500,000 | 125,000 | 1,625,000 |
| ED + 15 | 6/15/2026 | 1,500,000 | 6% | 22,000,000 | 117,500 | 1,617,500 |
| ED + 16 | 7/15/2026 | 1,500,000 | 6% | 20,500,000 | 110,000 | 1,610,000 |
| ED + 17 | 8/15/2026 | 1,500,000 | 6% | 19,000,000 | 102,500 | 1,602,500 |
| ED + 18 | 9/15/2026 | 1,500,000 | 6% | 17,500,000 | 95,000 | 1,595,000 |
| ED + 19 | 10/15/2026 | 1,500,000 | 6% | 16,000,000 | 87,500 | 1,587,500 |
| ED + 20 | 11/15/2026 | 1,500,000 | 6% | 14,500,000 | 80,000 | 1,580,000 |
| ED + 21 | 12/15/2026 | 1,500,000 | 6% | 13,000,000 | 72,500 | 1,572,500 |
| ED + 22 | 1/15/2027 | 1,500,000 | 6% | 11,500,000 | 65,000 | 1,565,000 |
| ED + 23 | 2/5/2027 | 1,500,000 | 6% | 10,000,000 | 57,500 | 1,557,500 |
| ED + 24 | 3/15/2027 | 1,500,000 | 6% | 8,500,000 | 50,000 | 1,550,000 |
| ED + 25 | 4/15/2027 | 1,500,000 | 6% | 7,000,000 | 42,500 | 1,542,500 |
| ED + 26 | 5/15/2027 | 1,500,000 | 6% | 5,500,000 | 35,000 | 1,535,000 |
| ED + 27 | 6/15/2027 | 1,500,000 | 6% | 4,000,000 | 27,500 | 1,527,500 |
| ED + 28 | 7/15/2027 | 1,500,000 | 6% | 2,500,000 | 20,000 | 1,520,000 |
| ED + 29 | 8/15/2027 | 1,500,000 | 6% | 1,000,000 | 12,500 | 1,512,500 |
| ED + 30 | 9/15/2027 | 1,000,000 | 6% | - | 5,000 | 1,005,000 |
| **Total** | | **$50,000,000** | | | **$3,437,500** | **$53,437,500** |