## EXHIBIT E

IDENTITY OF PI/WD TRUSTEE AND
PI/WD TRUST ADVISORY COMMITTEE

## EXHIBIT E

IDENTITY OF PI/WD TRUSTEE AND
PI/WD TRUST ADVISORY COMMITTEE

**PI/WD Trustee**:

Michael Zimmerman
BERRY RIDDELL LLC
6750 E. Camelback Road, Suite 100
Scottsdale, Arizona 85251
Office:  480-682-3914
Email:  mz@berryriddell.com

**PI/WD Trust Advisory Committee**:

Aanda Slocum
Elizabeth Frederick
Henry Snook