## **EXHIBIT F**

IDENTITY OF GUC TRUSTEE AND
GUC TRUST AND ADVISORY COMMITTEE

## EXHIBIT F

IDENTITY OF GUC TRUSTEE AND
GUC TRUST ADVISORY COMMITTEE

**GUC Trustee:**

Matthew J. Dundon
DUNDON ADVISERS LLC
10 Bank Street, Suite 1100
White Plains, NY 10606
Telephone: (914) 341-1188
Email: md@dundon.com

**GUC Trust Advisory Committee**

David Barton
Denny Hamilton
Third Member to be Identified in Forthcoming Supplement

CORE/3527808.0002/196111313.1