IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) ) Chapter 11 ) |
| TEHUM CARE SERVICES, INC.,[1] | ) ) Case No. 23-90086 (CML) ) |
| Debtor. | ) ) |

**FOURTEENTH MONTHLY FEE STATEMENT OF PROVINCE, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL TORT
CLAIMANTS' COMMITTEE FOR THE PERIOD FROM
FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 357] entered by the Court on April 14, 2023 (the "Interim Compensation Order"), Province, LLC ("Province"), financial advisor to the Official Tort Claimants' Committee of Tehum Care Services, Inc. (the "TCC"), submits this monthly statement (the "Statement") of services rendered and expenses incurred in this case for the period from February 1, 2025 through February 28, 2025 (the "Statement Period").

## I. Itemization of Services Rendered by Province

A.  The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which Province seeks compensation.

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

## SUMMARY

| Name of Professional Individual | Position of the Applicant, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Atkinson, MBA, CPA, CIRA, ABV, CVA, CFE, CFF | Partner – Financial consulting, bankruptcy consulting, and litigation analysis since 1991. | $1,450 | 2.5 | $3,625.00 |
| Jason Crockett, MBA, CIRA | Partner - Financial consulting, corporate restructuring, and litigation analysis since 2002. | $1,125 | 0.4 | $450.00 |
| James Bland | Director - Financial analysis and management consulting since 2016. | $880 | 5.3 | $4,664.00 |
| Reymundo Delgado | Analyst | $430 | 0.6 | $258.00 |
| | Subtotal | | 8.8 | $8,997.00 |
| **Paraprofessionals** | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| Laura Conn | Matter Administrator | $280 | 0.7 | $196.00 |
| | Subtotal | | 0.7 | $196.00 |
| | | | Fee Statement Hours | Total Compensation |
| | Grand Total | | 9.5 | $9,193.00 |

B.  The time records of Province consisting of a daily breakdown of the time spent by each person on each day and detail as to the disbursements incurred are attached as **Exhibit A** to this Statement.

II.  **Itemization of Services Rendered and Disbursements Incurred by Category**

The following itemization presents the services rendered by Province by task category and provides a summary of disbursements incurred by category of disbursement.

1.  Services Rendered

The following services were rendered in the following task categories:

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 0.7 | $1,015.00 |
| Court Filings | 0.6 | $258.00 |
| Fee / Employment Applications | 0.7 | $196.00 |
| Plan and Disclosure Statement | 7.5 | $7,724.00 |

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Grand Total | 9.5 | $9,193.00 |

A detailed itemization of the services rendered in each of the above task categories is set forth in **Exhibit A**.

2. Disbursements Incurred

The disbursements incurred by Province for this Statement are as follows:

| Expense Category | Description | Total Expenses |
|---|---|---|
|  |  |  |
| Total Expenses |  | $0.00 |

A detailed itemization of the disbursements incurred in each of the above expense categories is set forth in **Exhibit A**.

3. Total Amount Payable

Accordingly, the amount of compensation and expenses payable for this Statement Period is **$7,354.40** which is calculated as follows:

| | |
|---|---|
| Total Fees for Services Rendered During Statement Period | $9,193.00 |
| Twenty Percent (20%) Holdback | $1,838.60 |
| Fees Minus Holdback | $7,354.40 |
| Costs (100%) | $0.00 |
| **Total** | **$7,354.40** |

**WHEREFORE**, pursuant to the Interim Compensation Order, Province requests payment of (i) compensation in the amount of $7,354.40 (80% of $9,193.00) on account of actual, reasonable and necessary professional services rendered to the TCC by Province and (ii) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred on behalf of the TCC by Province.

Dated:  March 14, 2025

Respectfully submitted,

By: /s/ Michael Atkinson
Michael Atkinson, Partner
Province, LLC
2360 Corporate Circle, Suite 340
Henderson, NV 89074
(702) 685-5555
matkinson@provincefirm.com

*Financial Advisor to the Official Tort Claimants' Committee*

## CERTIFICATE OF SERVICE

I certify that on March 14, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Michael Atkinson*
MICHAEL ATKINSON

# EXHIBIT A

## BILLING DETAILS

| Entry Date | Person | Comments | Task | Hours | Billing Rate | Amount |
|---|---|---|---|---|---|---|
| 2/2/2025 | Michael Atkinson | Reviewed and analyzed materials for plan purposes. | Plan and Disclosure Statement | 0.50 | 1,450.00 | $725.00 |
| 2/3/2025 | James Bland | Created plan supplement. | Plan and Disclosure Statement | 2.50 | 880.00 | $2,200.00 |
| 2/3/2025 | Jason Crockett | Analyzed open issues related to plan and disclosure statement. | Plan and Disclosure Statement | 0.40 | 1,125.00 | $450.00 |
| 2/3/2025 | Michael Atkinson | Reviewed and prepared for call with counsel. | Business Analysis / Operations | 0.40 | 1,450.00 | $580.00 |
| 2/3/2025 | Michael Atkinson | Call with counsel regarding plan stuff. | Plan and Disclosure Statement | 0.40 | 1,450.00 | $580.00 |
| 2/6/2025 | Michael Atkinson | Reviewed plan documents for counsel. | Plan and Disclosure Statement | 0.90 | 1,450.00 | $1,305.00 |
| 2/11/2025 | Reymundo Delgado | Reviewed dockets to report the firm's latest application. | Court Filings | 0.30 | 430.00 | $129.00 |
| 2/18/2025 | Laura Conn | Drafted January Fee Application and sent to R. Busto for review. | Fee / Employment Applications | 0.70 | 280.00 | $196.00 |
| 2/19/2025 | Michael Atkinson | Reviewed budget issues and questions from counsel. | Business Analysis / Operations | 0.30 | 1,450.00 | $435.00 |
| 2/21/2025 | James Bland | Analyzed voting related issues. | Plan and Disclosure Statement | 2.80 | 880.00 | $2,464.00 |
| 2/24/2025 | Reymundo Delgado | Reviewed dockets to report the firm's latest application. | Court Filings | 0.30 | 430.00 | $129.00 |