IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TEHUM CARE SERVICES, INC.,[1] | ) Case No. 23-90086 (CML) |
| | ) |
| Debtor. | ) |

## MASTER SERVICE LIST AS OF MARCH 14, 2025

Pursuant to paragraph 1 of the *Order Granting Complex Case Treatment* entered on February 16, 2023 [Docket No. 6], attached hereto is the updated Master Service List for the above-referenced cases as of March 14, 2025.

Dated: March 14, 2025

                                                                                 */s/ Rossmery Martinez*
                                                                                 Rossmery Martinez
                                                                                  Verita
                                                                                  222 N Pacific Coast Highway,
                                                                                  3rd Floor
                                                                                  El Segundo, CA 90245
                                                                                  Tel 310.823.9000

---

[1] The last four digits of the Debtor's federal tax identification number is 8853. The Debtor's service address is: 205 Powell Place, Suite 104, Brentwood, Tennessee 37027.

Master Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aakash Dalal SBI# 792652E | | 215 Burlington Road South | | | Bridgeton | NJ | 08302 | | | | Interested Party |
| Alex Scott | | 514 5th St., Apt. 6 | | | Melba | ID | 83641 | | | | Interested Party |
| Alight | Jessica Lazenby | P.O. Box 95135 | | | Chicago | IL | 60694-5135 | | | Jessica.lazenby@alight.com | Top 30 Creditor |
| Anant Kumar Tripati #102081 | | P.O. Box 8909 | | | Yuma | AZ | 85349 | 928-627-8871 | | | Interested Party |
| Andrew B Jones PC | Andrew Butler Jones | 1479 W. Robinwood Ln. | | | Fresno | CA | 93711 | 559-906-2252 | 559-436-1100 | ajones@wagnerjones.com | Interested Party |
| Arizona DOC | Tim Bojanowski | Struck Love Bojanowski & Acedo, PLC | 3100 W. Ray Rd, Ste 300 | | Chandler | AZ | 85226 | | | bojanowski@strucklove.com | Top 30 Creditor |
| BDO | Randy Wise | P.O. Box 642743 | | | Pittsburgh | PA | 15264-274 | | | | Top 30 Creditor |
| Benjamin Bedogwar Oryang AIS# 168079 F2-34A | Staton Correctional Facility | 2690 Marion Spillway Road | | | Elmore | AL | 36025 | | | | Interested Party |
| Bio-Rad Laboratories, Inc. | Larry Schwab, Shelby Nace, Heather Ryan | 1000 Alfred Nobel Drive | | | Hercules | CA | 94547 | | | lschwab@bbslaw.com; SNace@bbslaw.com; Heather@bbslaw.com | Top 30 Creditor |
| Blue Cross Blue Shield of MI | Paul Wilk, Jr. | 600 East Lafayette Boulevard | | | Detroit | MI | 48226-2996 | | | Paul.wilk@kitch.com | Top 30 Creditor |
| Brown & Crouppen, P.C. | Stephen L. Bishop | 2345 Grand Blvd., Ste. 675 | | | Kansas City | MO | 64108 | 816-350-9158 | 816-298-6437 | stephenb@getbc.com | Counsel for Ginger Headley and Mark Coffelt |
| Brown Fox PLLC | Eric C. Wood | 6303 Cowboys Way, Suite 450 | | | Frisco | TX | 75034 | 214-327-5000 | 214-327-5001 | eric@brownfoxlaw.com | Counsel for Consilium Staffing, LLC |
| Buchalter, A Professional Corporation | Jeffrey K. Garfinkle | 18400 Von Karman Avenue, Suite 800 | | | Irvine | CA | 92612 | 949-760-1121 | | jgarfinkle@buchalter.com | Counsel for MMS Minnesota Supply Inc. |
| Cameron Regional Medical Center | Mark Cole | 1600 East Evergreen | | | Cameron | MO | 64429 | | | mcole@spencerfane.com | Top 30 Creditor |
| Canon Financial | Brian Fleischer | 14904 Collections Drive | | | Chicago | IL | 60693-0149 | | | bfleischer@fleischerlaw.com | Top 30 Creditor |
| Capital Region Medical Center/Curators of the University of MO | Patrick Stueve, Tom Luebbering | 1125 Madison Street | | | Jefferson City | MO | 65101 | 573-632-5001 | | stueve@stuevesiegel.com; tluebbering@crmc.org | Top 30 Creditor and Committee of Unsecured Creditors |
| Capitol Eye et al. | Blake Marcus | 1705 Christy Drive, #101 | | | Jefferson City | MO | 65101 | | | Blake.m@carsoncoil.com | Top 30 Creditor |
| Cell Staff | Mike Landon | 1715 N Westshore Boulevard | | | Tampa | FL | 33607 | | | mlandon@cellstaff.com | Top 30 Creditor |
| Chinnery Evans & Nail, P.C. | Elizabeth S. Lynch | 800 NE Vanderbilt Lane | | | Lee's Summit | MO | 64064 | | 816-525-1917 | blynch@chinnery.com | Counsel for James Miller, individually, on behalf of the Estate of Robert Miller |
| Christopher D. Harrell WMCI #26939 | | 7076 Road 55F | | | Torrington | WY | 82240-7771 | | | doc-wmci-court@wyo.gov | Interested Party |
| Dell Financial Services, LLC | Richard Villa | P.O. BOX 6547 | | | Carol Stream | IL | 60197-6547 | | | collections@slollp.com | Top 30 Creditor |
| Dickinson Wright PLLC | Aleanna Siacon | 500 Woodward Avenue Suite 4000 | | | Detroit | MI | 48226 | | | ASiacon@dickinson-wright.com | Interested Party |
| Donald Rolle #25795 | Wyoming Medium Correctional Institute | 7076 Rd 55 F | | | Torrington | WY | 82240 | | | | Interested Party |
| Doshi Legal Group, P.C. | Amish R. Doshi | 1979 Marcus Avenue | Suite 210E | | Lake Success | NY | 11042 | 516-622-2335 | | amish@doshilegal.com | Counsel to Mitsubishi HC Capital America, Inc. f/k/a Hitachi Capital America, Corp. |
| Dowd Bennett LLP | Philip A. Cantwell, Robyn Parkinson | 7733 Forsyth Blvd., Suite 1900 | | | St. Louis | MO | 63105 | | | pcantwell@dowdbennett.com; rparkinson@dowdbennett.com | Counsel to YesCare Corp. and CHS TX |
| Duke Evett, PLLC | Keely E. Duke and Molly E. Mitchell | P.O. Box 7387 | | | Boise | ID | 83702 | 208-342-3310 | 208-342-3299 | ked@dukeevett.com; mem@dukeevett.com | Counsel for Saint Alphonsus Health System, Inc |
| Edward Albert Stenberg #124629 | Thumb Correctional Facility FB-48 | 3225 John Conley Dr. | | | Lapeer | MI | 48446 | | | | Interested Party |
| Fleischer, Fleischer & Suglia, P.C. | Nicola G. Suglia | Four Greentree Centre | 601 Route 73 North, Suite 305 | | Marlton | NJ | 08053 | 856-489-8977 | | nsuglia@fleischerlaw.com | Counsel for Canon Financial Services, Inc. |
| Florida Attorney General | Ashley Moody, Office of the AG | The Capitol PL-01 | | | Tallahassee | FL | 32399-1050 | | | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com | FL Attorney General |
| Forshey & Prostok, LLP | Jeff P. Prostok and Dylan T.F. Ross | 777 Main Street, Suite 1550 | | | Fort Worth | TX | 76102 | 817-877-8855 | 817-877-4151 | jprostok@forsheyprostok.com; dross@forsheyprostok.com | Local Counsel for Cassandra Oliver |
| Franchise Tax Board | Bankruptcy Section, MS: A-340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | | | | Franchise Tax Board |
| Frank Patterson #13216 | Tallahatchie County Correctional Facility | 415 US Highway 49 North | | | Tutwiler | MS | 38963 | | | | Interested Party |
| GHR General Healthcare Resources | Jessica Glatzer Mason | 2250 Hickory Road, Ste. 240 | | | Plymouth Meeting | PA | 19462 | | | jmason@foley.com | Top 30 Creditor |
| Gilbert LLP | Craig J. Litherland | 700 Pennsylvania Avenue, SE Suite 400 | | | Washington | DC | 20003 | 202-772-2200 | | litherlandc@gilbertlegal.com | Ccounsel for the Official Tort Claimants' Committee |
| Gordon S. Dittmer MDOC No. 175464 | Lakeland Correctional Facility | 141 First Street | | | Coldwater | MI | 49036-9687 | | | | Interested Party |
| Gray Reed & McGraw LLP | Jason S. Brookner, Aaron M. Kaufman, Lydia R. Webb,Amber M. Carson | 1300 Post Oak Boulevard, Suite 2000 | | | Houston | TX | 77056 | 713-986-7127 | 713-986-5966 | jbrookner@grayreed.com; akaufman@grayreed.com; lwebb@grayreed.com; acarson@grayreed.com | Counsel for the Debtor and Debtor in Possession |
| Hackney Odlem & Dardas, PLC | Thomas G. Hackney | 10850 E. Traverse Hwy., Ste. 4540 | | | Traverse City | MI | 49684 | 231-642-5026 | | thackney@hodlawyers.com | Counsel for Former Michigan Medical Provider Employees |
| Halo Branded Solutions | Tom Christensen | 3182 Momentum Place | | | Chicago | IL | 60689-5331 | | | tchristensen@huckbouma.com | Top 30 Creditor |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hayward PLLC | Melissa S. Hayward | 10501 N. Central Expy, Ste. 106 | | | Dallas | TX | 75231 | 972-755-7100 | 972-755-7100 | MHayward@HaywardFirm.com | Counsel for CHS TX, Inc. and YesCare Corp. |
| HCA Health Services of FL | David Tassa | 2020 59th Street West | | | Bradenton | FL | 34209-4604 | | | dtassa@kslaw.com | Top 30 Creditor |
| Highwoods Properties | Ronn Steen | P.O. Box 409355 | | | Atlanta | GA | 30384 | | | Ronn.steen@thompsonburton.com | Top 30 Creditor |
| Internal Revenue Svc | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | | | IRS |
| Internal Revenue Svc | Centralized Insolvency Operation | 2970 Market St | Mail Stop 5 Q30 133 | | Philadelphia | PA | 19104-5016 | | | | IRS |
| Jeremy Cochran #412291 | J.C.I. | P.O. Box 534 | | | Jessup | MD | 20794 | | | | Interested Party |
| Jim Williams Jr. #256142 | Central Michigan Correctional Facility | 320 N. Hubbard Street | | | St. Louis | MI | 48880 | | | | Interested Party |
| Jones Murray LLP | Erin Jones | 602 Sawyer St., Suite 400 | | | Houston | TX | 77007 | 832-529-1999 | 832-529-3393 | erin@jonesmurray.com | Counsel for Capital Region Medical Center and The Curators of the University of Missouri |
| Kansas Attorney General | Kris W Kobach | 120 SW 10th Ave, 2nd Fl | | | Topeka | KS | 66612-1597 | | | | KS Attorney General |
| KCC dba Verita Global | Darlene S. Calderon | 222 N Pacific Coast Highway, Suite 300 | | | El Segundo | CA | 90245 | 866-967-0491 | | tehuminfo@veritaglobal.com | Claims and Noticing Agent |
| Kentucky Attorney General | Daniel Cameron | 700 Capitol Ave | Capital Bldg Ste 118 | | Frankfort | KY | 40601 | | | attorney.general@ag.ky.gov | KY Attorney General |
| Khazaeli Wyrsch, LLC | James R. Wyrsch | 911 Washington Ave., Suite 211 | | | St. Louis | MO | 63101 | 314-288-0777 | | james.wyrsch@kwlawstl.com | Counsel for Insider, Inc., Nicole Einbinder and Dakin Campbell |
| Kirkland & Ellis LLP | Austin C. Teng | 401 Congress Ave | Suite 2500 | | Austin | TX | 78701 | 512-678-9050 | | austin.teng@kirkland.com | Counsel for Timothy Hawkins |
| Kirkland & Ellis LLP | Ross M. Kwasteniet, Claire Stephens, Sabrina Lieberman | 333 West Wolf Point Plaza | | | Chicago | IL | 60654 | 312-862-2000; 872-327-8657 | | rkwasteniet@kirkland.com; claire.stephens@kirkland.com; tera.stone@kirkland.com; eric.tarosky@kirkland.com; maryia.shybut@kirkland.com; sabrina.lieberman@kirkland.com | Counsel for Timothy Hawkins |
| Latricia Revell | | 1568 Sterling Place | | | Brooklyn | NY | 11212 | 929-234-1835 | | Latriciarevell227@gmail.com | Committee of Unsecured Creditors |
| Liftforward / Hitachi / Mitsubishi | Mark Magnozzi | P.O. BOX 1880 | | | Minneapolis | MN | 55480-1880 | | | mmagnozzi@magnozzilaw.com | Top 30 Creditor |
| Maryland Attorney General | Anthony G Brown | 200 St Paul Pl | | | Baltimore | MD | 21202-2022 | | | oag@oag.state.md.us | MD Attorney General |
| Maurice Wutscher LLP | Alan C. Hochheiser | 23611 Chagrin Blvd., Suite 207 | | | Beachwood | OH | 44122 | 216-220-1129 | 216-472-8510 | ahochheiser@mauricewutscher.com | Counsel for ANV Global Services Inc. on behalf of Associated Industries Insurance Company Inc. |
| Maxim Healthcare | Erno Lindner | 12558 Collections Center Drive | | | Chicago | IL | 60693 | | | elindner@bakerdonelson.com | Top 30 Creditor |
| Maxim Healthcare Staffing Services, Inc. | Neil M. Williamson | 7227 Lee Deforest Drive | | | Columbia | MD | 21046 | 410-910-6191 | | newillia@maximstaffing.com | Committee of Unsecured Creditors |
| McCloskey Roberson Woolley, PLLC | Timothy M. McCloskey, Thomas A. Woolley, III, and Carissa N. Brewster | 190 TC Jester Blvd., Suite 400 | | | Houston | TX | 77007 | 713-337-3919 | 713-337-3915 | tmccloskey@mrwpllc.com; rwoolley@mrwpllc.com; cbrewster@mrwpllc.com | Counsel for Sara Tirschwell |
| Mehaffy Weber, P.C. | Blake Hamm and Holly Hamm | P.O. Box 16 | | | Beaumont | TX | 77704 | 409-835-5011 | 409-835-5177 | BlakeHamm@MehaffyWeber.com; HollyHamm@MehaffyWeber.com | Counsel for Saint Alphonsus Health System, Inc |
| Mercy Hospital (MO) | Lisa Manziel | 1400 US Highway 61 | | | Festus | MO | 63028-4100 | | | info@manziel.com | Top 30 Creditor |
| Michigan Attorney General | Dana Nessel | PO Box 30212 | 525 W Ottawa St | | Lansing | MI | 48909-0212 | | | miag@mi.gov; miag@michigan.gov | MI Attorney General |
| Microsoft | Amy Scoville | 1950 N. STEMMONS FWY | | | DALLAS | TX | 75207 | | | amdevi@microsoft.com | Top 30 Creditor |
| Missouri Attorney General | Andrew Bailey | Supreme Ct Bldg | 207 W High St | | Jefferson City | MO | 65101 | | | attorney.general@ago.mo.gov | MO Attorney General |
| Munsch Hardt Kopf & Harr, P.C. | John D. Cornwell and Brenda L. Funk | 700 Milam Street, Suite 800 | | | Houston | TX | 77002-2806 | 713-222-1470 | 713-2221475 | jcornwell@munsch.com; bfunk@munsch.com | Counsel to State of Idaho, Idaho Department of Corrections, and certain officials or employees of the State of Idaho |
| Munsch Hardt Kopf & Harr, P.C. | Randall W. Miller | 500 N. Akard Street, Suite 3800 | | | Dallas | TX | 75201-6659 | 214-855-7539 | 214-855-7584 | rwmiller@munsch.com | Counsel to State of Idaho, Idaho Department of Corrections, and certain officials or employees of the State of Idaho |
| Nephrology and Hypertension Associates L.L.P. | Thomas Riley | 1205 West Broadway | | | Columbia | MO | 65203 | | 573-449-1787 | | Top 30 Creditor |
| New Jersey Attorney General | Office of The Attorney General | RJ Hughes Justice Complex | 25 Market Street, Box 080 | | Trenton | NJ | 08625-0080 | | | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov | NJ Attorney General |
| New Mexico Attorney General | Raul Torrez | 408 Glisteo St | Villagra Bldg | | Santa Fe | NM | 87501 | | | | NM Attorney General |
| New York Attorney General | Letitia James Dept. of Law | The Capitol, 2nd Floor | | | Albany | NY | 12224-0341 | | | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov | NY Attorney General |
| Newman, Kathleen | TGH Litigation LLC, J. Andrew Hirth | 28 N. 8th Street, Suite 317 | | | Columbia | MO | 65201 | | | andy@tghlitigation.com | Top 30 Creditor |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Norton Rose Fulbright | Julie Goodrich Harrison | 1301 McKinney | Suite 5100 | | Houston | TX | 77010-3095 | 713-651-5434 | | julie.harrison@nortonrosefulbright.com | Counsel to DIP Agent M2 LoanCo, LLC |
| Norton Rose Fulbright | Kristian W. Gluck | 2200 Ross Avenue | Suite 3600 | | Dallas | TX | 75201-7932 | 214-855-8210 | | kristian.gluck@nortonrosefulbright.com | Counsel to DIP Agent M2 LoanCo, LLC |
| Office of the United States Trustee | Ha Minh Nguyen | 515 Rusk St Ste 3516 | | | Houston | TX | 77002 | | | ha.nguyen@usdoj.gov | Office of the United States Trustee |
| Okin Adams Bartlett Curry LLP | David. L. Curry, Jr. | 1113 Vine Street, Suite 240 | | | Houston | TX | 77002 | 713-228-4100 | 346-247-7158 | dcurry@okinadams.com | Counsel to Sigma Risk Management, LLC |
| Osborn Maledon, P.A. | Warren J. Stapleton and Christopher C. Simpson | 2929 N. Central Ave, Ste. 2000 | | | Phoenix | AZ | 85012 | 602-640-9000 | 602-640-9050 | wstapleton@omlaw.com; csimpson@omlaw.com | Counsel for Arizona Department of Corrections, Rehabilitation, and Reentry |
| Pennsylvania Attorney General | Michelle Henry | 1600 Strawberry Square, 16th Fl | | | Harrisburg | PA | 17120 | | | press@attorneygeneral.gov; info@attorneygeneral.gov | PA Attorney General |
| Philip Wayne Berryman #107202 | Thumb Correctional Facility | 3225 John Conley Dr. | | | Lapeer | MI | 48446 | | | | Interested Party |
| Pike County Memorial Hospital | Jonathan Shoener | 2305 West Georgia St. | | | Louisiana | MO | 63353 | | | fandblegal@gmail.com | Top 30 Creditor |
| Public Justice | Jaqueline Aranda Osorno | 1620 L St. NW, Suite 630 | | | Washington | DC | 20036 | 202-797-8600 | | jaosorno@publicjustice.net; hkieschnick@publicjustice.net | Counsel for Press Intervenors |
| Rachell Garwood | | 4457 Lance Lake Rd | | | Wolverine | MI | 49799 | 586-260-8325 | | rachellgarwood@yahoo.com | Committee of Unsecured Creditors |
| Racine Olson, PLLP | Daniel C. Green | 201 E. Center Street | P.O. Box 1391 | | Pocatello | ID | 83204 | 208-232-6101 | 208-232-6109 | dan@racineolson.com | Counsel for Idaho Claimants |
| Rifkin Law Office | Lori Rifkin | 3630 High St. Ste. 18917 | | | Oakland | CA | 94619 | | | lrifkin@rifkinlawoffice.com | Top 30 Creditor and Co-Counsel for Adree Edmo |
| Ritter Spencer Cheng PLLC | David D. Ritter | 15305 Dallas Parkway, 12th Fl | | | Addison | TX | 75001 | 214-295-5078 | 214-329-4362 | dritter@ritterspencercheng.com | Counsel for Kimberly Dorkins |
| Robert D. Blaurock #86516 | Lansing Correctional Facility | 301 East Kansas, Hwy 7 | P.O. Box 2 | | Lansing | KS | 66043 | | | | Interested Party |
| Robert L. Dykes-Bay #201541 | Muskegon Correctional Facility | 2400 S. Sheridan Dr. | | | Muskegon | MI | 49442 | | | | Interested Party |
| Roger Ervin #361733 221-080 | Under ADA Vision Impair RCI | 18701 Roxbury Road | | | Hagerstown | MD | 21746 | | | | Interested Party |
| Saint Alphonsus Health System, Inc. | Keely Duke, Stephanie Westermeier | 1055 North Curtis Road | | | Boise | ID | 83706-1309 | 208-367-6325 | | ked@dukeevett.com; stephanie.westermeier@trinity-health.org | Top 30 Creditor and Committee of Unsecured Creditors |
| Sandberg Phoenix & von Gontard P.C. | Sharon Stolte | 4600 Madison Avenue, Suite 1000 | | | Kansas City | MO | 64112 | 816-627-5543 | 816-627-5532 | sstolte@sandbergphoenix.com | Counsel for Cassandra Oliver |
| Scott W. Woodbury #203038 | Kinross Correctional Facility | 4533 W. Inductrial Park Drive | | | Kincheloe | MI | 49788 | | | | Interested Party |
| Shannon & Lee LLP | R. J. Shannon and Kyung S. Lee | 2100 Travis Street, STE 1525 | | | Houston | TX | 77002 | 713-714-5770 | | rshannon@shannonleellp.com; klee@shannonleellp.com | Counsel for Clarence Dean, the personal representative of the estate of Jesse Dean |
| St. Luke's Health System, Ltd. | Wendy Olson, Stoel Rives, LLP and David Barton | 190 E. Bannock | | | Boise | ID | 83712-6241 | 208-493-0560 | | wendy.olson@stoel.com; bartond@slhs.org | Top 30 Creditor and Committee of Unsecured Creditors |
| Stinson LLP | Paul B. Lackey | 2200 Ross Ave., Suite 2900 | | | Dallas | TX | 75201 | 214-560-2201 | 214-560-2203 | paul.lackey@stinson.com; ed.caldie@stinson.com; phillip.ashfield@stinson.com; nicholas.zluticky@stinson.com | Counsel for the Official Unsecured Creditors' Committee |
| Streusand, Landon, Ozburn & Lemmon, LLP | Richard D. Villa | 1801 S. MoPac Expressway, Suite 320 | | | Austin | TX | 78746 | 512-236-9903 | 512-236-9904 | villa@slollp.com | Counsel for Dell Financial Services L.L.C. |
| Stromberg Stock, PLLC | Mark Stromberg | 8350 N. Central Expressway, Suite 1225 | | | Dallas | TX | 75206 | 972-458-5353 | 972-861-5339 | mark@strombergstock.com | Counsel for Lone Star Alliance Inc., A Risk Retention Company, a subsidiary of Texas Medical Liability Trust |
| Stueve Siegel Hanson LLP | Ethan M. Lange | 460 Nichols Rd., Suite 200 | | | Kansas City | MO | 64112 | 816-714-7174 | 816-714-7101 | lange@stuevesiegel.com | Counsel for the Curators of the University of Missouri and Capital Region Medical Center |
| Supplemental Healthcare | Fariha Haider | 6955 Union Park Center Drive, Suite 400 | | | Cottonwood Heights | UT | 84047 | | | fhaider@shccares.com | Top 30 Creditor |
| Tehum Care Services, Inc. | Russell Perry, Chief Restructuring Officer, Ankura Consulting Group, LLC | 2021 McKinney Ave., Ste. 340 | | | Dallas | TX | 75201 | | | russell.perry@ankura.com | Debtor and Debtor in Possession |
| Tehum Care Services, Inc. | | 205 Powell Place, Suite 104 | | | Brentwood | TN | 37027 | | | | Debtor and Debtor in Possession |
| Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | 512-463-2100 | 512-475-2994 | bankruptcytax@oag.texas.gov; communications@oag.texas.gov | TX Attorney General |
| The City of Philadelphia | City of Philadelphia Law Department | Pamela Elchert Thurmond | 1401 JFK Boulevard, 5th Floor | Municipal Services Building | Philadelphia | PA | 19102-1595 | 215-686-0508 | | Pamela.Thurmond@phila.gov | Counsel for City of Philadelphia and/or Water Revenue Bureau |
| The Essmyer Law Firm | Michael M. Essmyer, Sr. | 6602 Westview Dr. | | | Houston | TX | 77055 | 713-869-1155 | 713-869-8957 | messmyer@essmyerlaw.com | Counsel for David Hall |
| The Law Offices Of William J. Fox, P.C. | William J. Fox | 100 N. 20th Street, Suite 303 | | | Philadelphia | PA | 19103 | 215-546-2477 | 215-546-4698 | wjf@billfoxlaw.com | Counsel to Alfred Thompson |

Master Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | | Nashville | TN | 37202-0207 | 615-532-8718 | 615-741-3334 | steve.butler@ag.tn.gov | TN Dept of Revenue |
| Truman Medical Center, Inc. d/b/a University Health | Office of General Counsel, Claire Hillman | 2301 Holmes Street | | | Kansas City | MO | 63108 | | | Claire.hillman@uhkc.org | Top 30 Creditor and Committee of Unsecured Creditors |
| U.S. Department of Justice Office of the U.S. Trustee | Andrew Jimenez | 515 Rusk Street, Suite 3516 | | | Houston | TX | 77002 | | | andrew.jimenez@usdoj.gov | U.S. Department of Justice |
| US Attorney Southern District of Texas | | 1000 Louisiana Ste 2300 | | | Houston | TX | 77002 | | | usatxs.atty@usdoj.gov | United States Attorney |
| Vang, Ka et al | c/o Webb Law Group, Lenden Webb | 466 W. Fallbrook Ave., #102 | | | Fresno | CA | 93711 | | | lwebb@webblawgroup.com | Top 30 Creditor |
| Virginia Attorney General | Jason Miyares | 202 North Ninth St | | | Richmond | VA | 23219 | | | mailoag@oag.state.va.us | VA Attorney General |
| White & Case LLP | Charles Koster | 609 Main Street, Suite 2900 | | | Houston | TX | 77002 | 713-496-9700 | 713-496-9701 | ckoster@whitecase.com | Counsel for White & Case LLP |
| White & Case LLP | Samuel P. Hershey | 1221 Avenue of the Americas | | | New York | NY | 10020 | 212-819-8200 | | sam.hershey@whitecase.com | Counsel to YesCare Corp. and CHS TX |
| WhiteGlove Placement | Linda Markowitz | 89 Bartlett Street | | | Brooklyn | NY | 11206 | | | lmarkowitz@whiteglovecare.net | Top 30 Creditor |
| Willis Towers Watson RMS LLC | | 29754 Network Place | | | Chicago | IL | 60673-1297 | | | | Top 30 Creditor |
| Wyoming Attorney General | Bridget Hill | 200 W 24th St | State Capitol Bldg Rm 123 | | Cheyenne | WY | 82002 | | | ag.webmaster@wyo.gov | WY Attorney General |