# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> TEHUM CARE SERVICES, INC. <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-90086 (CML) |

## MOTION TO WITHDRAW DOCUMENT

The undersigned hereby moves to withdraw Dkt. No. 2120, which was mistakenly filed under the wrong case number.

Dated: April 22, 2025        Submitted,

/s/ Jaqueline Aranda Osorno
Jaqueline Aranda Osorno
**Public Justice**
1620 L St. NW, Suite 630
Washington, DC 20036
(202) 797-8600
jaosorno@publicjustice.net

## Certificate of Service

 I hereby certify that a true and correct copy of the foregoing was served on April 22, 2025, via this Court's electronic case filing (ECF) system on all parties receiving ECF notices in this case.

            */s/ Jaqueline Aranda Osorno*
            Jaqueline Aranda Osorno