# EXHIBIT A



|  |  |
|---|---|
|  | 19-Nov-2025 |
|  | 05:23:31 PM |

# Payment Detail Report

Page 1 of 1

ELIARU

## Payment Summary

| | |
|---|---|
| Payment ID: | 6688 |
| Payment Type: | Wire - Domestic |
| Status: | Bank Received |
| Template: | Tehum GUC Liquidating Trust (TehumGuc) |
| Value Date: | 19-Nov-2025 |
| Tran Date: | 19-Nov-2025 |
| Amount: | USD   100,000.00 |
| Customer Ref: | |
| Reference#: | ████8145 |

## Debit Account

| | |
|---|---|
| Number: | ██████7460 |
| Name: | ELI A RUBENSTEIN IOLA |
| Type: | Commercial Checking |
| Bank: | COF Eastern (NY/NJ) |

### Instructions to Beneficiary
Tehum settlement parties forberance

## Beneficiary

| | |
|---|---|
| Name: | Tehum GUC Liquidating Trust |
| Account: | ██████5189 |
| Address: | |
| | US |

## Beneficiary Bank

| | |
|---|---|
| ID: | ABA  ████5980 |
| Name: | WESTERN ALLIANCE BANK |
| Address: | |
| | PHOENIX AZ  US |

## Audit Information

1 Signatures

| | User ID | User Name | Client ID | Timestamp |
|---|---|---|---|---|
| Entered: | RUBENSTEIN1971 | ELI RUBENSTEIN | ELIARU | 19-Nov-2025   5:10PM |
| Modified: | | | | |
| Repaired: | | | | |
| Approved 1: | RUBENSTEIN1971 | ELI RUBENSTEIN | ELIARU | 19-Nov-2025   5:10PM |

## Settlement Information

| | |
|---|---|
| Extracted: | 19-Nov-2025   5:11PM |
| Bank Received: | 19-Nov-2025   5:11PM |
| Bank Confirmed: | |
| Bank Rejected: | |

Note:  All times displayed are in Eastern Time