# EXHIBIT B



19-Nov-2025

05:22:32 PM

## Payment Detail Report

Page 1 of 1

ELIARU

### Payment Summary

| | |
|---|---|
| Payment ID: | 6689 |
| Payment Type: | Wire - Domestic |
| Status: | Bank Received |
| Template: | Tehum PI Trust Custody ACC (TehumPI) |
| Value Date: | 19-Nov-2025 |
| Tran Date: | 19-Nov-2025 |
| Amount: | USD   100,000.00 |
| Customer Ref: | |
| Reference#: | ▮▮▮8167 |

### Debit Account

| | |
|---|---|
| Number: | ▮▮▮7460 |
| Name: | ELI A RUBENSTEIN IOLA |
| Type: | Commercial Checking |
| Bank: | COF Eastern (NY/NJ) |

### Beneficiary

| | |
|---|---|
| Name: | Tehum PI Trust Custody ACC |
| Account: | ▮▮▮1000 |
| Address: | |
| | US |

### Beneficiary Bank

| | |
|---|---|
| ID: | ABA ▮▮▮0092 |
| Name: | MANUFACTURERS  TRADERS TRUST CO |
| Address: | |
| | WILMINGTON DE  US |

### Instructions to Beneficiary

Tehum settlement parties forberance

### Audit Information

| 1 Signatures | User ID | User Name | Client ID | Timestamp | |
|---|---|---|---|---|---|
| Entered: | RUBENSTEIN1971 | ELI RUBENSTEIN | ELIARU | 19-Nov-2025 | 5:13PM |
| Modified: | | | | | |
| Repaired: | | | | | |
| Approved 1: | RUBENSTEIN1971 | ELI RUBENSTEIN | ELIARU | 19-Nov-2025 | 5:13PM |

### Settlement Information

| | | |
|---|---|---|
| Extracted: | 19-Nov-2025 | 5:14PM |
| Bank Received: | 19-Nov-2025 | 5:14PM |
| Bank Confirmed: | | |
| Bank Rejected: | | |

Note:  All times displayed are in Eastern Time