UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

APR 29 2026

Nathan Ochsner, Clerk of Court

In re:                              Chapter 11

TEHUM CARE SERVICE INC.             Case No. 23-90086(CML)

        Debtor.
_____/

## PLAINTIFF'S MOTION TO ENFORCE
## SETTLEMENT AGREEMENT

Claimant, Terry Neil Bowling #216014 pro se, respectfully moves this Honorable Court to enforce the parties settlement agreement.

### I. INTRODUCTION

1. Plaintiff and Defendant previously entered into a settlement agreement resolving this matter.

2. Defendant has failed to comply with the terms of that agreement and is therefore in default.

3. Plaintiff seeks enforcement of the settlement agreement by this Court.

### II. FACTUAL BASIS

4. A valid settlement agreement was reached in this case.

5. Plaintiff has complied or stands ready to comply with his obligations under that agreement.

6. Defendant has failed to fulfill its obligation under that agreement.

7. Despite the passage of time, Defendant has not cured the default.

8. Plaintiff has limited ability, due to his incarceration, to further resolve this matter without court intervention.

9. Settlement agreements are binding and enforceable contracts.

10. A parties failure to comply with a settlement agreement

1

constitutes a breach, warranting enforcement by the court.

11. This Court retains authority to enforce settlement agreements entered in cases before it.

12. Defendant's failure to comply with the settlement agreement has created uncertainty and requires court intervention.

### III. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enforce the settlement agreement entered into by the parties.

B. Order Defendant to comply with the terms of the agreement.

C. Grant any further relied the Court deems Just and proper.

Dated this 21 day of April 2026.

Terry Neil Bowling #216014
Pro per
Gus Harrison Correctional Facility
2727 East Beecher Street
Adrian, Michigan 49221

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 21st day of April 2026, he did cause a true and correct copy of the foregoing motion to be served on TEHUM CARE SERVICE INC. by United States Postal service utilizing the Gus Harrison Correctional Facility prisoner expedited legal mail service.

Terry Neil Bowling

2