IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAY 11 2026

Nathan Ochsner, Clerk of Court

IN RE:

TEHUM CARE SERVICES, INC.,

DEBTOR

CHAPTER 11

CASE NO.: 23-90086 (CML)

COMMENCEMENT OF CAUSES OF ACTION

PLAINTIFF, AKA, HOLDER OF CLAIM AND INJURED PARTY, WAYNE RESPER #274319, PRO SE AND A PRISONER / INCARCERATED INDIVIDUAL (II) AT JESSUP CORRECTIONAL INSTITUTION (JCI) / P.O. BOX 534 / ROUTE 175 / JESSUP, MARYLAND 20794-0534, HEREBY MAINTAINS A LEGITIMATE, VERIFIED CAUSE OF ACTION AGAINST TEHUM CARE SERVICES, INC. AND COMMENCES A CAUSE OF ACTION AGAINST THE RELEASED PARTIES IN THE CAPTIONED MATTER, STATING:

1. TEHUM CARE SERVICES, INC. AND ITS AFFILIATES WERE PAID UP FRONT A CONTRACTED SUM OF FUNDS TO PROVIDE MEDICAL CARE TO MARYLAND'S PRISONERS / IIS BUT FAILED TO DO SO.

2. INSTEAD OF PROVIDING MEDICAL CARE, TEHUM AND ITS AFFILIATES SOUGHT OUT BANKRUPTCY PROTECTION AND HIRED MULTIPLE LAW FIRMS TO REPRESENT THEIR THEFT AND GROSS MISAPPROPRIATION OF FUNDS, TO WHICH THE STATE OF MARYLAND WAS COMPLICIT BY THE CONSISTENT AWARDING OF MEDICAL CONTRACTS TO TEHUM-LIKE BIDDERS WHO NEVER INTENDED TO FULFILL THE CONTRACT AS WRITTEN, GIVING RISE TO A CONSPIRATORIAL AND RACKETEERING RELATIONSHIP AT THE EXPENSE OF

PRISONERS/II's THAT INCLUDES PLAINTIFF.

3. THE DENIALS OF MEDICAL CARE WERE NOT MERELY INADVERTENT ACTS OR OVERSIGHT BUT WERE MALICIOUS IN NATURE, RESULTING IN TORTURE AND DEATH STATEWIDE.

4. DRAGGING THESE RELATIVELY SIMPLE MATTERS OUT TO THE DOORSTEP OF RESOLUTION QUITE FAVORABLE TO TEHUM AND ITS AFFILIATES, THE INSULT OF DEFAULT HAS THE EFFECT OF KNIVES BEING THRUST INTO AND TWISTED ABOUT IN ALREADY IRREPARABLE AND DEEP WOUNDS CAUSED BY DIGNITY INFRINGING MEDICAL MISCONDUCT.

5. INASMUCH AS NUMEROUS SUBMISSIONS CREATED A RECORD BEFORE THE COURT OF MULTIPLE LAYERS OF "PROOF," ABSOLUTE BREACHES THROUGHOUT HAVE OCCURRED THAT INCLUDE FRAUD, JUSTIFYING A REQUEST TO THE COURT TO ORDER RESOLUTION OF THIS MATTER AS AGREED, WITH THE EXCEPTION OF RELEASING ANYONE FROM CAUSES OF ACTION AS PARTIAL PENALTY FOR DEFAULTING, AGAIN.

6. PLAINTIFF IMPLORES THE COURT TO EXERCISE ITS AUTHORITY TO ORDER ASSET SEIZURE, PENSION, SOCIAL SECURITY, 401K, AND INVESTMENT SEIZURE, INCLUDING RESIDENCES, BUSINESS ESTABLISHMENTS AND ANY OTHER SEIZURES TO EFFECT SATISFACTION OF PLAINTIFF'S $500,000 CLAIM, EXCLUSIVE OF FURTHER PENALTIES FOR DEFAULT TEHUM AND ITS AFFILIATES KNEW THEY WOULD NOT FULFILL.

7. TO BRING ABOUT ANY SEMBLANCE OF WHOLENESS, AS THE COURT IS EMPOWERED TO GRANT, THE COURT IS AGAIN IMPLORED TO ACCEPT THIS COMMENCEMENT OF CAUSES OF ACTION AND EXERCISE ITS AUTHORITY TO GRANT THE REQUESTED REMEDIES, IN THE INTEREST OF EQUITY.

WHEREFORE, PLAINTIFF ENTREATS THE COURT TO EXERCISE ITS AU-
THORITY, GRANTING THE REMEDY NECESSARY TO RESOLVE THIS MATTER, TO AND
INCLUDING HOLDING THE STATE OF MARYLAND ACCOUNTABLE FOR ITS PARTICI-
PATION IN THE SCHEME COMPLAINED OF.


RESPECTFULLY SUBMITTED,


WAYNE RESPER #274319
J.C.I.
P.O. BOX 534 / ROUTE 175
JESSUP, MD 20794-0534



CERTIFICATE OF SERVICE


I HEREBY CERTIFY THAT A COPY OF THIS COMMENCEMENT OF CAUSES OF
ACTION WAS MAILED, POSTAGE PREPAID, TO: NICHOLAS ZLUTICKY, C/O STINSON
LLP, 1201 WALNUT, SUITE 2900, KANSAS CITY, MO 64106, AND ERIC R.
GOODMAN, C/O BROWN RUDNICK LLP, SEVEN TIMES SQUARE, NEW YORK, NY
10036 ON THIS 24TH DAY OF APRIL 2026.


WAYNE RESPER #274319

-3-

Case 23-90086   Document 2660   Filed in TXSB on 05/11/26   Page 4 of 4

MR. WAYNE RESPER #274319
J.C.I.                          334634
P.O. BOX 534 / ROUTE 175
JESSUP, MD 20794-0534

CAPITAL DISTRICT 208

8 MAY 2026 PM 3

quadient "NF"

FIRST-CLASS MAIL
IMI
**$000.74**⁰
05/08/2026 ZIP 20794
043M31227202

US POSTAGE

CLERK
UNITED STATES BANKRUPTCY COURT
BOB CASEY COURTHOUSE
515 RUSK AVENUE
HOUSTON, TX 77002

United States Courts
Southern District of Texas
FILED

MAY 11 2026

Nathan Ochsner, Clerk of Court

77002-262399