DARREN JOHNSON #######
ST. LOUIS CORRECTIONAL FACILITY
8585 N. CROSWELL ROAD
SAINT LOUIS, MI 48880

June 1, 2026

United States Courts
Southern District of Texas
FILED

JUN 08 2026

Nathan Ochsner, Clerk of Court

In re:
TEHUM CARE SERVICES, INC
Case No. 23-90086 (CML)

Dear Clerk of the Court,

I have submitted Tehum Care Service, Inc a copy of the Notice of failure to cure Settlement Payment Default; Automatic Termination of Channeling Injunction; and Deadline to commence Causes of action against released Parties. and requesting amount of the original claim in the eastern district court or alternatively $798,600 to be paid in full immediately. I believe the original claim was between 3 to 5 million dollars IF not cured by the June 3, 2026 deadline since the bankruptcy have already approved the loan for the creditors (me) to be paid I am requesting that 3 million dollars be immediately paid to me in full or alternatively $798,600 be paid to me in full immediately sent to my prison trust account. See Notice Document 2617 page 1 of 3.

Respectfully Submitted
Darren Johnson
Creditor

CC: File

ST. LOUIS CORRECTIONAL FACILITY
8585 N. CROSWELL ROAD
SAINT LOUIS, MI 48880

May 25, 2026

IN RE:

TEHUM CARE SERVICES, INC

CASE NO 23-90086 (CML)

Dear TEHUM CARE SERVICES, INC

I have Sent you a copy of the service from the court documentation sending you a Notice of failure to cure settlement payment Default, Automatic termination of channeling Injunction, and Deadline to commence causes of action against released Parties. The Settlement Payment was due on February 17, 2026. The court have given you until June 3, 2026.

If you are agreeing with the termination I am requesting my amount claim in my original claim. However If you are complying and meet the June 3, 2026 deadline. I am requesting the $79,600 Tier VII because I meet the criteria of tier 2. or significant loss of mobility with my partial which medical evidence I have already Sent you with the additional form.

Respectfully submitted,

David Johnson
Creditor

CC: File