June 11, 2026

Honorable Christopher Lopez
United States Bankruptcy Court
United States Courthouse
515 Rusk Avenue
Houston, Texas 77002

United States Courts
Southern District of Texas
FILED

JUN 16 2026

Nathan Ochsner, Clerk of Court

RE: In re Tehum Care Services, Inc.
Case No. 23-90086 (CML)

Dear Judge Lopez:

I am a creditor in the above referenced action who did not Opt-out of the Chapter 11 Plan. By notice dated April 10, 2026, I was notified by the Trust Claims Administrator, that the Trustee for the PI/WD trust, Michael Zimmerman had designated my claim in accordance with the Claims Matrix to be a Tier 2 allowed claim.

Despite the Settlement Agreement, the Settling Parties defaulted on payments to the PI/WD Trust. However, I was notified that prior to the Settling Parties defaulting, they made several payments to the Trust. According to the Trust Claims Administrator, the Trustee recommended, and the Trust Advisory Committee approved an interim Trust distribution of approximately

Page Two

$2,500,000.00 to be allocated among all holders of Allowed Claims on a pro rata basis, a distribution of Funds for all Tiered Claims. Because my claim was valued as a Tier 2 claim with a scaling factor of 1.0, I was to receive an interim distribution in the amount of $24,250.26.

Please be advised that I was instructed to complete and sign an Acceptance and Release Form before I would receive any Funds. I completed and signed the release on the day I received it and returned it to the Trust Claims Administrator as instructed. For weeks now, I have been contacting the Office of the Trust Claims Administrator and I am receiving various excuses why the check has NOT been sent to me. A representative of the Trust Claims Administrator told me more than three weeks ago, that they had the check in the amount of $24,250.26 from the Trustee. According to the Trust Claims representative that I spoke to today - the check has still not been mailed out.

While I signed the Acceptance and Release, because I NEVER "received" any Funds, I wish to revoke my signature because it appears that the Trustee and the Trust Claims Administrator

Page Three

breached the terms of the Acceptance and Release as "the Claimant has received and accepted an Award in the amount of $24,250.26 From the Trust on account of his or her Personal Injury Claim and agrees to execute this Release in consideration of the benefit of such Award."

I intend to File suit against both the Trustee and Trust Claims Administrator for breach of contract and Fraud. As such, I am respect-Fully requesting an order From this Court dissolving my Acceptance and Release.

Sincerely,

Neal E. Dailey, 3rd
#203110/SID#934048
Western Correctional Inst.
13800 McMullen Hwg., S.W.
Cumberland, MD 21502

P.S. The prisons Library has been closed For months which houses the inmate photocopier - so I cannot make copies of this Letter.