United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 24, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: Stephen Nolan, | § | Civil No. 4:25-cv-4616 |
| | § | |
| Appellant. | § | |
| | § | Bankruptcy No. 23-bk-900086 |
| | § | |
| | § | |

**ORDER DISMISSING CASE**

The appellant, Stephen Nolan, filed a Notice of an Appeal from an Order or Judgment of the Bankruptcy Court on September 23, 2025. On September 29, 2025, October 10, 2025, and April 20, 2026, the Clerk's Office issued Notices of Deficient Pleading, Docs. 2, 3, and 7 directing the appellant to pay the filing fee within fourteen days of the notice. Appellant was warned that his failure to comply as directed could result in the dismissal of this action under Fed. R. Civ. P. 41(b), and 5th Cir. R. 42.3, for want of prosecution.

Appellant has not paid the filing fee. Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

The Clerk's Office shall send a copy of this Order of Dismissal to Appellant.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 24th of July, 2026.

Nicholas J. Ganjei
United States District Judge